IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA R. MATHEWS,

    Mathews,

v.                                                          Civil Action File No. __6:21-cv-00808__

BRYAN A. COLE,

    Cole.

_____/

**PLAINTIFF PAMELA R. MATHEWS' RESPONSE TO THE COURT'S
ORDER TO SHOW CAUSE**

COMES NOW PAMELA R. MATHEWS ("Plaintiff" or "Mathews") by and through counsel and files this Response to the Court's Order to Show Cause entered on May 14, 2021, and in support thereof states as follows:

1. Plaintiff's initial Complaint filed on May 10, 2021 erroneously stated that Plaintiff resides in Seminole County, Florida which, as the Court correctly notes, would preclude the Court from exercising subject matter jurisdiction in this case.

2. Plaintiff is in fact a citizen of and residing in the state of Georgia.

3. Simultaneously with this Response to the Court's Order to Show Cause, Plaintiff is filing a First Amended Complaint correcting the erroneous citizenship and residency of Plaintiff, and Plaintiff respectfully submits that the First Amended Complaint resolves the lack of diversity.

WHEREFORE Plaintiff respectfully requests that the Court enter her First Amended Complaint and exercise jurisdiction over the matters pled.

Dated: May 26, 2021.

    /Andrew J. Dean/
Andrew J. Dean, Esq. (Fla. Bar No. 121808)
PATTEN, WORNOM, HATTEN
& DIAMONSTEIN
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
Telephone:   (757) 223-4500
Facsimile:   (757) 249-1627
adean@pwhd.com

**CERTIFICATE OF SERVICE**

I certify the on this 26th day of May 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Bryan A. Cole
1312 Winter Springs Boulevard
Winter Springs, FL 32708


Bryan A. Cole
4265 South Atlantic Avenue
Port Orange, FL 32127


/Andrew J. Dean/