IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA R. MATHEWS,

    Plaintiff,

v.                                                                 Case No.: 6:21-cv-00808-WWB-EJK

BRYAN A. COLE,

    Defendant.
_____/

**NOTICE OF RESOLUTION OF MOTION TO COMPEL PLAINTIFF TO
CONSENT TO PRODUCTION OF MEDICAL/MENTAL HEALTH RECORDS**

Defendant Bryan A. Cole ("Cole"), by and through his undersigned counsel and pursuant to Local Rule 3.01(g) and the Order on Discovery Motions (Doc. 6, entered May 11, 2021), hereby gives notice to the Court that the parties resolved in whole the issues raised in the Motion to Compel Plaintiff to Consent to Production of Medical/Mental Health Records (Doc. 53), filed by Cole on Apr. 27, 2022.

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 27th day of April, 2022, I electronically filed the foregoing **Notice of Resolution of Motion to Compel Plaintiff to Consent to Production of Medical/Mental Health Records** with the Clerk of the Court by using the CM/ECF system, which will send an electronic copy to the following:

Andrew J. Dean, Esquire
Duncan G. Byers, Esquire
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Email: adean@pwhd.com
       dbyers@pwhd.com
       joxley@pwhd.com
*Counsel for Plaintiff*

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email: spiveyw@gtlaw.com
       bakerco@gtlaw.com
       nef-iws@gtlaw.com
       FLService@gtlaw.com
*Counsel Defendant Bryan A. Cole*

By: */s/ I. William Spivey, II*
    I. William Spivey, II, Esquire
    Florida Bar No. 701076
    Colin S. Baker, Esquire
    Florida Bar No. 0066352