IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA R. MATHEWS,

    Plaintiff,

v.                                Case No.: 6:21-cv-00808-WWB-EJK

BRYAN A. COLE,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING MATERIALS IN SUPPORT OF MOTIONS**

Defendant, Bryan A. Cole ("Cole"), by and through his undersigned counsel, hereby gives notice of filing the following materials in support of his Motion to Exclude the Purported Expert Opinions of Patricia Maisano Under Fed. R. Civ. P. 37, Fed. R. Evid. 702 And *Daubert* (Doc. 75) and Motion for Partial Summary Judgment (Doc. 76):

    a.    The July 20, 2022 deposition transcript of Patricia A. Maisano with referenced exhibits, attached hereto as Exhibit "A";

    b.    Excerpts from the July 22, 2022 deposition transcript of David S. Klein, MD, attached hereto as Exhibit "B";

    c.    Excerpts from the March 21, 2022 deposition transcript of Toni Furbringer, Ph.D., LCSW, attached hereto as Exhibit "C";

    d.    Excerpts from the May 18, 2022 deposition transcript of Walter Glenn Glover, attached hereto as Exhibit "D"; and

    e.    Excerpts from the April 26, 2022 deposition transcript of John Hudson, MD, attached hereto as Exhibit "E".

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 1st day of September, 2022, I electronically filed the foregoing **Defendant's Notice of Filing Materials in Support of Motions** with the Clerk of the Court by using the CM/ECF system, which will send an electronic copy to the following:

    Duncan G. Byers, Esquire
    Patten, Wornom, Hatten & Diamonstein, L.C.
    12350 Jefferson Avenue, Suite 300
    Newport News, Virginia 23602
    Email: dbyers@pwhd.com
           cveals@pwhd.com
    *Counsel for Plaintiff*

    **GREENBERG TRAURIG, P.A.**
    450 South Orange Avenue, Suite 650
    Orlando, Florida 32801
    Telephone: (407) 420-1000
    Facsimile: (407) 420-5909
    Email: spiveyw@gtlaw.com
           bakerco@gtlaw.com
           nef-iws@gtlaw.com
           FLService@gtlaw.com
    *Counsel Defendant Bryan A. Cole*

    By: */s/ I. William Spivey, II*
        I. William Spivey, II, Esquire
        Florida Bar No. 701076
        Colin S. Baker, Esquire
        Florida Bar No. 0066352