407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

ORIGINAL

```
1  IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF FLORIDA
2  ORLANDO DIVISION
   CASE NO.: 6:21-CV-00808-WWB-EJK
3

   PAMELA R. MATHEWS,
4  PLAINTIFF,

5  VS.

6  BRYAN A. COLE,
   DEFENDANT.
7  _____/
   VIDEOTAPED DEPOSITION OF DAVID S. KLEIN, MD
8  DATE:          JULY 22, 2022
   REPORTER:      ALLISON KENNY
9  PLACE:         GREENBERG TRAURIG, PA
                  450 SOUTH ORANGE AVENUE
10                SUITE 650
                  ORLANDO, FLORIDA 32801
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                       EXHIBIT "B"
```

1   Q   Okay. Based on my review of all the records
2 we subpoenaed from your office, it's my impression that
3 you, Ms. Ali, and Ms. Derisbraun were the only people
4 who saw Ms. Mathews.
5   A   That would be accurate.
6   Q   Okay. Prior to Ms. Mathews becoming your
7 patient on March 29, 2021. Did you have any prior
8 awareness of her?
9   A   The only awareness I would've had, would've
10 been her referring physician or referring psychologist
11 asking permission to send her because it was sort of an
12 odd problem. And so she asked me whether I'd be willing
13 to do it. And I said, okay, I'm willing to help out as
14 best I can.
15   Q   And who referred her to you?
16   A   That'd be Dr. Furbringer.
17   Q   Furbringer?
18   A   Yeah. She's a psychologist. And I've known
19 her for many years. So she had this patient that needed
20 medications refilled, things that had to be refilled.
21 Her physician retired and was -- this was the middle of
22 COVID. So there weren't that many choices. And so it
23 was like, you know, this is not my wheelhouse. I do
24 things, as necessary. I've prescribed these medications
25 many, many times. This was not a great imposition, but

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1  she's out of town.  I didn't expect to see her for --
2  until she could find another physician.
3      Q    Okay.  Is it fair to say then that you were
4  acting as kind of a stop gap?
5      A    That's exactly the word I would use.
6      Q    Okay.  And I'm not trying to be pejorative or
7  anything, but you were the successor to Dr. Hudson, and
8  you were seeing Ms. Mathews until she found somebody
9  else?
10     A    Yes.  That's not pejorative.  That's -- that's
11 accurate description.  Dr. Hudson was a fine physician,
12 you know, and he just had enough for -- I don't know the
13 details of why he left actually.
14     Q    Okay.
15     A    But yeah, he left a -- I received a lot of his
16 patients as primary care actually, when he left.
17     Q    But other than the referral from Dr.
18 Furbringer, did you have any personal knowledge of Pam
19 Mathews prior to her becoming your patient?
20     A    No, sir.
21     Q    You didn't know her socially or
22 professionally, or any other way?  Do you have any
23 knowledge of gentleman named Bryan Cole, who's my
24 client?
25     A    No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    Q    Let's go to these records, which are Exhibit
2 C.  And let me ask you to turn to --
3    A    Do you want me -- do I put these away no?
4    Q    No, we're going to keep going through this --
5 these documents, but we're going to go through different
6 pages of them.  I'm going to ask you to turn to page 5
7 of the records.
8    A    Yes, sir.
9    Q    And in the upper left-hand corner of this, it
10 says, "Health History."  Do you see that?
11    A    Yes, sir.
12    Q    And then I see some information that's
13 inserted here in handwriting.  Is that your handwriting?
14    A    My handwriting is not even close to being that
15 neat.
16    Q    Okay.  Do you know whose handwriting this is?
17    A    These are generally filled out by the patient,
18 but they're filled out often before they show up.  So
19 that's a -- my assumption.
20    Q    Okay.  You'll notice in the right-hand corner
21 of this page, it's dated March 29, 2021.
22    A    Yes, sir.
23    Q    And then Pamela Santini's name appears on it?
24    A    Yes.
25    Q    And on the third line down, it says, "What is

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  your reason for visit?" And I'm reading, "Complex PTSD.
2  ADHD, and Stockholm Syndrome."
3     A    Yes, sir.
4     Q    Do you see that?
5     A    Absolutely.
6     Q    So does that mean that when Ms. Santini
7  presented herself in your office, she announced to you
8  that's why she was seeing you?
9     A    Yes.  They -- they're -- these are done in two
10 different hand writings.  The top one would've been my
11 secretary at the time, was Iris, I recognize her
12 handwriting.  So what she -- what more than likely would
13 happen here was that she filled out the top with the
14 date and then handed this to the patient to fill out on
15 a clipboard.
16    Q    Okay.
17    A    So basically this is a form that we've seen in
18 my practice about 40,000 times.
19    Q    Okay.  At the bottom of the page, there's a
20 reference to medications out.
21    A    Yes, sir.
22    Q    You certainly wouldn't have had any idea what
23 medications she was on.
24    A    Not at that time.  No.
25    Q    Right.  Okay.  Did you ever administer any

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  would've gone through it first.  But on the initial
2  evaluation, it's basically me.  So on the first
3  evaluation, you'll see my name alone.
4       Q    Understand.  But in terms of what may have
5  caused the onset of complex PTSD, did you undertake any
6  analysis to determine what would've actually triggered
7  that?
8       A    All I have is a history.  Okay.  So I did take
9  a fairly comprehensive history of it, and she attributed
10 this to an abusive relationship.  I didn't get into the
11 specifics of how -- you know, what the abuse was.  I was
12 hoping to get that actually as a report from Dr.
13 Furbringer, but she didn't feel comfortable sharing the
14 data with me.  And I understand that entirely because
15 I've known her for 20 years and this is just kind of the
16 way she is.  It didn't seem outrageous.  And it didn't
17 seem unusual.  The medications were being used
18 appropriately.  The dosage -- dosages were correct.  So
19 my job basically was to keep her medications current. It
20 takes a license to do that, and I did.
21      Q    Right.  But in terms of you independently,
22 professionally determining what may have caused her
23 alleged complex PTSD, did you ever do that?
24      A    I did not establish causality between her
25 current psychiatric or psychological problem and any

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  particular trauma or traumatic event.  So if that
2  answers the question.
3       Q    It does.  You were relying on what she told
4  you.
5       A    I was -- I relied on what she told me and what
6  Dr. Furbringer said, when she said, "Hey, would you mind
7  seeing this lady with?" And I said, "Okay, I'll be happy
8  to do what I can."
9       Q    And that was the extent of what you knew about
10 her history?
11      A    That's still the extent of what I know about
12 her history.
13      Q    Likewise, did you undertake any professional
14 investigation of what may have caused her alleged ADHD?
15      A    It's almost impossible.  Okay.  To find a
16 cause for ADD, ADHD, or any of the other eponyms and
17 acronyms for, you know, these sorts of disorders.  You
18 know, either you have these problems, or you don't have
19 them.  They either manifest, or they don't manifest.
20 Either they respond to therapy, or they do not respond
21 to therapy.  And that's all you have, but there's not
22 necessarily a precipitating cause for ADD or ADHD.  Kids
23 get it, or they don't get it, adults get it, or they
24 don't get it.  It's an imbalance of a neurotransmitter
25 called dopamine.  And the way we treated her was that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

all over the world for diagnostics. So I picked up a brain tumor last week. Okay. And a kid, a 16-year-old kid with a prolactinoma, pituitary tumor. He was -- he came in with behavioral issues. And so what I did -- okay, well, let's find out what the command and control looks like. And it turns out that he had the prolactin of a lactating female. And so you know, so he's going to go for surgery. I picked up a gastric cancer in a guy this past week, unfortunately. Okay. With -- I was treating his wife. She did real well. He comes in, he ends up with, instead of reflux esophagitis, he ends up with an adenal carcinoma in the stomach. So my job is principally that of diagnostician.

Q   Right.

A   And you know.

Q   Let me --

A   Sounds boring, but it's actually pretty cool.

Q   No, I understand. I appreciate that. Did you ever receive Ms. Santini's full medical history from any other physician?

A   No. I do have some records that I received from the psychologist, and I left them intact because it really -- you know, it's not -- it's just, it's not my business. Okay. And so just to be -- being respectful of the individual, I figured if I was called upon to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1 tear into them, I would.  Okay.  But it's just the sort
2 of thing that I don't think is appropriate.  It's like
3 reading somebody's diary.  I don't have to have that.
4     Q    You did not receive all of Dr. Hudson's
5 records?
6     A    I don't think I received anything from Dr.
7 Hudson.
8     Q    Okay.
9     A    I haven't seen or heard from him since he
10 retired.
11     Q    Okay.  And I -- if I'm understanding you
12 correctly, you received some materials from Dr.
13 Furbringer.
14     A    Yes.  That's -- those are sitting in a box in
15 my car.
16     Q    But if I'm understanding you correctly, you
17 didn't actually look at those materials.
18     A    No, but I was waiting to see whether anybody
19 needed me to refer to anything.  It's like -- but again,
20 it's peering into somebody else's private life.  It's
21 not -- it wouldn't be necessary for me to do this.
22 Anything I would read there would be hearsay anyway.
23     Q    I understand.  I guess my point is this,
24 throughout your treatment of Ms. Santini --
25     A    Yes, sir.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    Q    All right. At the very bottom of 37, there's
2 a little paragraph narrative. It says, "Patient lost
3 her PCP last May due to COVID-19. PCP retired. Was
4 seen temporarily by a NP but needs to establish care.
5 Was referred here by a friend. Her condition is stable
6 with her current medication regimen. Suffers from PTSD
7 due to a former abusive relationship. Patient reports a
8 suicide attempt in 2017. She took 40 Trazodone tablets
9 at once. No suicidal inclinations since then. Prefers
10 to stay on least amount of meds as possible. Patient is
11 going for counseling and PRN."
12    A    Yes.
13    Q    Those are all things she told you?
14    A    That was -- that was my interpretation of what
15 she said, yes.
16    Q    Okay. And again, when she told you that she
17 suffered from PTSD due to a former abusive relationship,
18 you don't know what relationship that was?
19    A    No. That was -- that was pretty much the way
20 it was -- that it was told to me.
21    Q    That's fine. Let's go to page 38 then.
22    A    Sure.
23    Q    There's a reference to abuse/diversion risk
24 assessment?
25    A    Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1   Q   Dr. Klein, let me ask you this. If you were
2   subpoenaed to appear at the trial of this case, would
3   you provide any testimony regarding Bryan Cole causing
4   any purported condition in Ms. Santini?
5   A   I would have no basis to make any testimonial
6   remarks about his relationship -- his presence or
7   anything more. I've never met the man.
8   Q   And did you see anything in the records that
9   even mentioned his name?
10  A   No.
11        MR. SPIVEY: That's all I have.
12              CROSS EXAMINATION
13        BY MR. BYERS:
14  Q   Just got a couple of quick follow ups --
15  A   Yes, sir.
16  Q   -- Doctor Klein. Knowing or not knowing --
17  let me take that back. Would it be important to you,
18  for any reason, to know my client's marital history?
19  A   Your client is Mr. Cole?
20  Q   No, my client's Pam.
21  A   Oh, I get confused. I'm sorry. Yeah, it's
22  hard --
23  Q   I'm sorry.
24  A   Well, yeah, it's hard to know the players
25  without a program. Okay. So -- so would it be


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1  she is a let's just say a chronic drug seeker.  I think
2  she -- I think she needs her Adderall.  I think she
3  probably needs some Xanax, but I don't think she has the
4  -- she doesn't have the stability to know where to keep
5  it.  That doesn't make her drug seeker.  That simply
6  means that she has a mental illness.  And that's -- we
7  deal with it all the time.
8       Q    Now you had said that you spoke to Dr.
9  Furbringer about Pam Mathews --
10      A    Yes.
11      Q    -- correct?  Okay.  And what did Dr.
12 Furbringer tell you about Pam Mathew's condition or
13 conditions?
14      A    She -- she told me that -- she told me the
15 nature of the medications that she was on.  She told me
16 that there was an abusive relationship, no particulars
17 on it.  She did not want to give me access to her
18 written records because that's -- I've known -- I've
19 known her a long time and, you know, and I respect her.
20 And -- and in fact, when I've sent many patients to her
21 over the years, and she never sends me any of their
22 records.  So I've -- I've learned how to work without
23 them.  You know, if I trust somebody well enough to --
24 to do this kind of work, I don't necessarily need to
25 seek to -- to check their work like they were in school.

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

But no, I don't -- all I really knew from her was that she needed help with the medications, and I was -- and I agreed to do it.

Q   Okay.  Just -- if it makes you feel better, you're not the only one that Dr. Furbringer does not want to give records.

A   Oh, I know.  Well, you know -- and I respect the heck out of her.  She is -- she's -- she's a remarkable gal or woman, I guess I should say.  I -- I may get pilloried.  She does a brilliant job, but she's paranoid about what she's supposed to do and not do with regards to her records.  And so she's got -- I don't know in her past whether she ever got in -- got reprimanded, but somewhere along the line, she's scared to death.  And so -- and that's -- and you know something, that's -- that's part of her charm, you know?  You know.

Q   So -- so when Dr. Furbringer refers a patient to you --

A   Yes.

Q   -- and tells you that they're on particular medications for, in this case, PTSD, you just take that at face value?

A   I'll take it at face value.  If she -- if she -- if -- if that's her working diagnosis and I have

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1 nothing else with which to work, I will deal with that.
2 But I'm not -- I'm not being called in to give an
3 objective second opinion. I'm -- I'm really -- you
4 know, if that were the case, I would be a bad choice of
5 -- of a person. The real problem right now is you can't
6 find -- you can't find a psychiatrist let alone find a
7 good one. And so I do a lot of psychiatric work in my
8 practice. I've got one of the biggest bipolar patient
9 populations in the state of Florida because nobody wants
10 to see these folks. And so you know, I'll -- I'll trade
11 them. I do what I have to do, but I'm not a
12 psychiatrist. And I did not stay in a Holiday Inn
13 Express last night, but I will do what I can do.
14     Q   So you would not, during the course of a
15 treatment, make a determination if you didn't see signs
16 of what Dr. Furbringer told you was an underlying
17 condition?
18     A   Okay --
19         MR. SPIVEY: Objection to form.
20         THE WITNESS: I'm sorry?
21         MR. SPIVEY: You can answer.
22         THE WITNESS: I can answer. Okay. I question
23   everything, okay? That's my nature. And so one of
24   the things that I did was I started her on a
25   medication called Prazosin and another one called

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1  Orphenadrine, which are useful.  And you'll --
2  you'll say, "Well, gee, Prazosin is for blood
3  pressure and the Orphenadrine's muscle relaxant."
4  But they're used to treat PTSD, right? How would I
5  know that?  Because that's a military treatment.
6  That's how it's done.  And so I -- I went ahead and
7  started her on it, but I didn't have ample time to -
8  - to get follow up with her.  So if this were a PTSD
9  kind of a situation, you would've -- you would --
10 you would have seen clinical improvement.  I did not
11 have -- have that opportunity.  The second thing was
12 when I got her blood work back, she was menopausal.
13 And one thing about menopausal women is that they're
14 -- they're not always unbalanced, let's say.  So I
15 wanted to -- to treat her for this to see whether
16 that contributed to her -- her anxiety/other issues.
17 Because I -- I'm a physician first, a prescriber for
18 other people's medications only secondary or in a
19 tertiary manner.
20      BY MR. BYERS:
21   Q   And looking at the -- looking at the -- the
22 prescription records --
23   A   Yes, sir.
24   Q   -- for Pam Mathews, you didn't see anything in
25 those records that alerted you to any concerns about the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1  amount and how often she was filling the prescriptions?
2      A    No, it was all -- it was all exactly on
3  schedule.  The only concern that we had was when she
4  wanted to go up to what I would consider to be an
5  inappropriately high dosage, and rapidly at that.
6      Q    Have you ever prescribed dosages that high or
7  higher?
8      A    Oh yes.  Oh, absolutely.  Yeah.
9      Q    What is the -- what is the range of dosage you
10 use today?
11     A    There's a -- there's an interesting question.
12 Okay?  Because it depends on -- it depends on what
13 you're trying to treat.  If you're trying to treat stage
14 anxiety, the dosage may be a half a milligram under the
15 tongue once.  If you're dealing with somebody that --
16 that has a flight anxiety -- these are the sorts of
17 things I treat on a daily basis.  The dosage may be a
18 half a milligram twice daily.  If you've got somebody
19 that has agoraphobia and yet they have to work out in
20 public, they may be taking a half a milligram three to
21 four times a day.  So it really depends on the
22 individual.  Then you've got some -- some people they
23 come in and I get them from another doctor's office that
24 may have closed down, sometimes properly so, and their
25 dosage may be as high as two milligrams three to four

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  times a day.  So it could be six to eight milligrams.
2  Way too high for any -- for anybody as far as I'm
3  concerned, but that doesn't mean that I won't continue
4  it so that I can taper it downward.  So we bring people
5  down a half a milligram per day per two-to-three-week
6  interval.  It's like landing an airplane.  You know, all
7  -- all airplanes will land.  Okay?  The question is
8  whether you land safely or not.
9      Q    So would you say that your concern with Pam's
10 request to be increased at four milligrams is based on
11 her dosage or the speed with which it would increase her
12 -- her daily dosage?
13     A    Both.
14     Q    Okay.
15     A    Okay?  And -- and the -- and the fact that she
16 -- from all -- from our perspective and not having been
17 able to see her, okay, it looked like she was spinning
18 out of control.  I can't say that with -- with a high
19 degree of medical certainty, but I can say is that it
20 would have been unsafe for me to have agreed to it under
21 any circumstance.  So you know, when you're blinded to
22 the way somebody's presenting, it's best to back away,
23 and that's what we did.  And so -- and then she -- she
24 chose to find her medication or her treatment elsewhere,
25 which was something we'd anticipated all along anyway.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  So I didn't think too much of it.
2         MR. BYERS: Okay. All right. Well, thank you,
3     Doctor. I don't have anything further.
4                REDIRECT EXAMINATION
5         BY MR. SPIVEY:
6     Q    Dr. Klein, let me re-inquire. Did you -- you
7  said a couple of things that caught my ear.
8     A    About what? I'm sorry. About what?
9     Q    You said a couple of things that caught my
10 ear.
11    A    Oh, caught your ear. I'm sorry.
12    Q    Yeah, apology.
13    A    That wasn't -- yeah. I'm --
14    Q    You said that you prescribed for Ms. Santini
15 two medications that you would've expected to yield
16 positive results in a PTSD condition.
17    A    In that environment, it usually changes the
18 way the PTSD presents because it takes care of the
19 nightmares, which tend to really promote PTSD. One
20 hallmark of PTSD is nightmares.
21    Q    Right.
22    A    No nightmares, no PTSD. So -- and you can
23 block that with two alpha block -- alpha-2 blockers, the
24 Prazosin and the Orphenadrine. Either one alone is
25 generally good enough to do it, but I hit her with both

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  because I wanted to see it happen quickly.
2      Q   And that's where I wanted to drill into.  What
3  are the names of those medicines?
4      A   Oh.
5      Q   And be very slow because I'm an idiot.
6      A   Well, you know, I don't -- my Latin's a little
7  rusty.  So -- but P-R-A-Z-O-S-I-N, and Orphenadrine,
8  which is O-R-P-H-E-N-A-D-R-I-N-E.
9      Q   And when do you recall prescribing those
10 medications for?
11     A   You know, I think it was -- you know, I don't
12 really remember.  Oh, actually, let's see if I can find
13 it here.  That would've been in April, I believe.
14     Q   April of 2021?
15     A   No.  Or -- no.  Hundred -- no, it was in July.
16 Pardon me.
17     Q   July of 2021?
18     A   Yes.
19     Q   I'm looking at Bates number 68.
20     A   68?
21     Q   Yeah, 68.
22     A   Okay.
23     Q   Which is April 26, 2021.
24     A   Yeah.  See, what happens is you can write
25 prescriptions, doesn't mean they fill them.  And that's



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  their analyzer problem.  So when they come in and they
2  tell us what they're on or what they need, and if it's
3  not listed, you have to assume they didn't get it.
4       Q    Okay.
5       A    All right.  So there's a -- there's a
6  tremendous amount of -- of fog to this.  The patients
7  are supposed to bring their bottles each and every visit
8  so that it clears that fog.  The minority of patients
9  actually do.
10      Q    Page 68 -- Bates number 68.  I see this
11 Orphenadrine.
12      A    Yes.
13      Q    Do you see that?
14      A    Uh-huh.
15      Q    Does that mean you would've prescribed it
16 then?
17      A    It was written that day, but --
18      Q    But you don't know when or whether she filled
19 it?
20      A    I would have no, you know, no idea.  Except
21 that when people come in to ask for refills on stuff,
22 that's generally when you pick it up.  And the Prazosin
23 was done later.
24      Q    You're saying the Prazosin was --
25      A    Yeah.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS