# Contents

**DSM-5 Classification** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **xiii**

**Preface** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**xli**

## Section I
### DSM-5 Basics

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**5**

**Use of the Manual** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**19**

**Cautionary Statement for Forensic Use of DSM-5** . . . . . . . . . . . .**25**

## Section II
### Diagnostic Criteria and Codes

**Neurodevelopmental Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**31**

**Schizophrenia Spectrum and Other Psychotic Disorders** . . . . . .**87**

**Bipolar and Related Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**123**

**Depressive Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**155**

**Anxiety Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**189**

**Obsessive-Compulsive and Related Disorders** . . . . . . . . . . . . .**235**

**Trauma- and Stressor-Related Disorders** . . . . . . . . . . . . . . . . . .**265**

**Dissociative Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**291**

**Somatic Symptom and Related Disorders** . . . . . . . . . . . . . . . . . .**309**

**Feeding and Eating Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**329**

**Elimination Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**355**

**Sleep-Wake Disorders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**361**

**Sexual Dysfunctions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**423**

**Gender Dysphoria** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**451**

**EXHIBIT "A"**

Disruptive, Impulse-Control, and Conduct Disorders . . . . . . . 461

Substance-Related and Addictive Disorders . . . . . . . . . . . . . . 481

Neurocognitive Disorders. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 591

Personality Disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 645

Paraphilic Disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 685

Other Mental Disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 707

Medication-Induced Movement Disorders
    and Other Adverse Effects of Medication . . . . . . . . . . . . . . . 709

Other Conditions That May Be a Focus of Clinical Attention . . 715

# Section III
## Emerging Measures and Models

Assessment Measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 733

Cultural Formulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 749

Alternative DSM-5 Model for Personality Disorders . . . . . . . . 761

Conditions for Further Study . . . . . . . . . . . . . . . . . . . . . . . . . . 783

# Appendix

Highlights of Changes From DSM-IV to DSM-5 . . . . . . . . . . . . 809

Glossary of Technical Terms . . . . . . . . . . . . . . . . . . . . . . . . . . . 817

Glossary of Cultural Concepts of Distress . . . . . . . . . . . . . . . . 833

Alphabetical Listing of DSM-5 Diagnoses and Codes
    (ICD-9-CM and ICD-10-CM). . . . . . . . . . . . . . . . . . . . . . . . . . 839

Numerical Listing of DSM-5 Diagnoses and Codes
    (ICD-9-CM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 863

Numerical Listing of DSM-5 Diagnoses and Codes
    (ICD-10-CM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 877

DSM-5 Advisors and Other Contributors . . . . . . . . . . . . . . . . 897

Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 917

# DSM-5 Classification

Before each disorder name, ICD-9-CM codes are provided, followed by ICD-10-CM codes in parentheses. Blank lines indicate that either the ICD-9-CM or the ICD-10-CM code is not applicable. For some disorders, the code can be indicated only according to the subtype or specifier.

ICD-9-CM codes are to be used for coding purposes in the United States through September 30, 2014. ICD-10-CM codes are to be used starting October 1, 2014.

Following chapter titles and disorder names, page numbers for the corresponding text or criteria are included in parentheses.

**Note for all mental disorders due to another medical condition:** Indicate the name of the other medical condition in the name of the mental disorder due to [the medical condition]. The code and name for the other medical condition should be listed first immediately before the mental disorder due to the medical condition.

## Neurodevelopmental Disorders (31)

### Intellectual Disabilities (33)

| | | |
|---|---|---|
| ___.__ (___.__) | Intellectual Disability (Intellectual Developmental Disorder) (33) | |
| | *Specify* current severity: | |
| 317 (F70) | Mild | |
| 318.0 (F71) | Moderate | |
| 318.1 (F72) | Severe | |
| 318.2 (F73) | Profound | |
| 315.8 (F88) | Global Developmental Delay (41) | |
| 319 (F79) | Unspecified Intellectual Disability (Intellectual Developmental Disorder) (41) | |

### Communication Disorders (41)

| | |
|---|---|
| 315.39 (F80.9) | Language Disorder (42) |
| 315.39 (F80.0) | Speech Sound Disorder (44) |
| 315.35 (F80.81) | Childhood-Onset Fluency Disorder (Stuttering) (45) |
| | **Note:** Later-onset cases are diagnosed as 307.0 (F98.5) adult-onset fluency disorder. |
| 315.39 (F80.89) | Social (Pragmatic) Communication Disorder (47) |
| 307.9 (F80.9) | Unspecified Communication Disorder (49) |

Case 6:21-cv-00808-WWB-EJK    Document 78-1    Filed 09/01/22    Page 4 of 71 PageID 1210

## Autism Spectrum Disorder (50)

**299.00 (F84.0)**     Autism Spectrum Disorder (50)

*Specify* if: Associated with a known medical or genetic condition or environmental factor; Associated with another neurodevelopmental, mental, or behavioral disorder

*Specify* current severity for Criterion A and Criterion B: Requiring very substantial support, Requiring substantial support, Requiring support

*Specify* if: With or without accompanying intellectual impairment, With or without accompanying language impairment, With catatonia (use additional code 293.89 [F06.1])

## Attention-Deficit/Hyperactivity Disorder (59)

\_\_\_.\_\_ (\_\_.\_\_)     Attention-Deficit/Hyperactivity Disorder (59)

*Specify* whether:

**314.01 (F90.2)**     Combined presentation

**314.00 (F90.0)**     Predominantly inattentive presentation

**314.01 (F90.1)**     Predominantly hyperactive/impulsive presentation

*Specify* if: In partial remission

*Specify* current severity: Mild, Moderate, Severe

**314.01 (F90.8)**     Other Specified Attention-Deficit/Hyperactivity Disorder (65)

**314.01 (F90.9)**     Unspecified Attention-Deficit/Hyperactivity Disorder (66)

## Specific Learning Disorder (66)

\_\_\_.\_\_ (\_\_.\_\_)     Specific Learning Disorder (66)

*Specify* if:

**315.00 (F81.0)**     With impairment in reading (*specify* if with word reading accuracy, reading rate or fluency, reading comprehension)

**315.2 (F81.81)**     With impairment in written expression (*specify* if with spelling accuracy, grammar and punctuation accuracy, clarity or organization of written expression)

**315.1 (F81.2)**     With impairment in mathematics (*specify* if with number sense, memorization of arithmetic facts, accurate or fluent calculation, accurate math reasoning)

*Specify* current severity: Mild, Moderate, Severe

## Motor Disorders (74)

**315.4 (F82)**     Developmental Coordination Disorder (74)

**307.3 (F98.4)**     Stereotypic Movement Disorder (77)

*Specify* if: With self-injurious behavior, Without self-injurious behavior

*Specify* if: Associated with a known medical or genetic condition, neurodevelopmental disorder, or environmental factor

*Specify* current severity: Mild, Moderate, Severe

### Tic Disorders

**307.23 (F95.2)**     Tourette's Disorder (81)

**307.22 (F95.1)**     Persistent (Chronic) Motor or Vocal Tic Disorder (81)

*Specify* if: With motor tics only, With vocal tics only

| | | |
|---|---|---|
| **307.21** (F95.0) | Provisional Tic Disorder (81) | |
| **307.20** (F95.8) | Other Specified Tic Disorder (85) | |
| **307.20** (F95.9) | Unspecified Tic Disorder (85) | |

## Other Neurodevelopmental Disorders (86)

| | |
|---|---|
| **315.8** (F88) | Other Specified Neurodevelopmental Disorder (86) |
| **315.9** (F89) | Unspecified Neurodevelopmental Disorder (86) |

---

# Schizophrenia Spectrum
# and Other Psychotic Disorders (87)

The following specifiers apply to Schizophrenia Spectrum and Other Psychotic Disorders where indicated:

[a]*Specify* if: The following course specifiers are only to be used after a 1-year duration of the disorder: First episode, currently in acute episode; First episode, currently in partial remission; First episode, currently in full remission; Multiple episodes, currently in acute episode; Multiple episodes, currently in partial remission; Multiple episodes, currently in full remission; Continuous; Unspecified

[b]*Specify* if: With catatonia (use additional code 293.89 [F06.1])

[c]*Specify* current severity of delusions, hallucinations, disorganized speech, abnormal psychomotor behavior, negative symptoms, impaired cognition, depression, and mania symptoms

| | | |
|---|---|---|
| **301.22** (F21) | Schizotypal (Personality) Disorder (90) | |
| **297.1** (F22) | Delusional Disorder[a, c] (90) | |
| | *Specify* whether: Erotomanic type, Grandiose type, Jealous type, Persecutory type, Somatic type, Mixed type, Unspecified type | |
| | *Specify* if: With bizarre content | |
| **298.8** (F23) | Brief Psychotic Disorder[b, c] (94) | |
| | *Specify* if: With marked stressor(s), Without marked stressor(s), With postpartum onset | |
| **295.40** (F20.81) | Schizophreniform Disorder[b, c] (96) | |
| | *Specify* if: With good prognostic features, Without good prognostic features | |
| **295.90** (F20.9) | Schizophrenia[a, b, c] (99) | |
| ___.__ (__.__) | Schizoaffective Disorder[a, b, c] (105) | |
| | *Specify* whether: | |
| **295.70** (F25.0) | Bipolar type | |
| **295.70** (F25.1) | Depressive type | |
| ___.__ (__.__) | Substance/Medication-Induced Psychotic Disorder[c] (110) | |
| | **Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding. | |
| | *Specify* if: With onset during intoxication, With onset during withdrawal | |
| ___.__ (__.__) | Psychotic Disorder Due to Another Medical Condition[c] (115) | |
| | *Specify* whether: | |
| **293.81** (F06.2) | With delusions | |
| **293.82** (F06.0) | With hallucinations | |

| | |
|---|---|
| **293.89** **(F06.1)** | Catatonia Associated With Another Mental Disorder (Catatonia Specifier) (119) |
| **293.89** **(F06.1)** | Catatonic Disorder Due to Another Medical Condition (120) |
| **293.89** **(F06.1)** | Unspecified Catatonia (121) |
| | **Note:** Code first **781.99 (R29.818)** other symptoms involving nervous and musculoskeletal systems. |
| **298.8** **(F28)** | Other Specified Schizophrenia Spectrum and Other Psychotic Disorder (122) |
| **298.9** **(F29)** | Unspecified Schizophrenia Spectrum and Other Psychotic Disorder (122) |

## Bipolar and Related Disorders (123)

The following specifiers apply to Bipolar and Related Disorders where indicated:
[a]*Specify*: With anxious distress (*specify* current severity: mild, moderate, moderate-severe, severe); With mixed features; With rapid cycling; With melancholic features; With atypical features; With mood-congruent psychotic features; With mood-incongruent psychotic features; With catatonia (use additional code 293.89 [F06.1]); With peripartum onset; With seasonal pattern

| | |
|---|---|
| \_\_\_.\_\_ (\_\_.\_\_) | Bipolar I Disorder[a] (123) |
| \_\_\_.\_\_ (\_\_.\_\_) | Current or most recent episode manic |
| **296.41** **(F31.11)** | Mild |
| **296.42** **(F31.12)** | Moderate |
| **296.43** **(F31.13)** | Severe |
| **296.44** **(F31.2)** | With psychotic features |
| **296.45** **(F31.73)** | In partial remission |
| **296.46** **(F31.74)** | In full remission |
| **296.40** **(F31.9)** | Unspecified |
| **296.40** **(F31.0)** | Current or most recent episode hypomanic |
| **296.45** **(F31.73)** | In partial remission |
| **296.46** **(F31.74)** | In full remission |
| **296.40** **(F31.9)** | Unspecified |
| \_\_\_.\_\_ (\_\_.\_\_) | Current or most recent episode depressed |
| **296.51** **(F31.31)** | Mild |
| **296.52** **(F31.32)** | Moderate |
| **296.53** **(F31.4)** | Severe |
| **296.54** **(F31.5)** | With psychotic features |
| **296.55** **(F31.75)** | In partial remission |
| **296.56** **(F31.76)** | In full remission |
| **296.50** **(F31.9)** | Unspecified |
| **296.7** **(F31.9)** | Current or most recent episode unspecified |
| **296.89** **(F31.81)** | Bipolar II Disorder[a] (132) |
| | *Specify* current or most recent episode: Hypomanic, Depressed |
| | *Specify* course if full criteria for a mood episode are not currently met: In partial remission, In full remission |
| | *Specify* severity if full criteria for a mood episode are not currently met: Mild, Moderate, Severe |

| | | |
|---|---|---|
| **301.13** | **(F34.0)** | Cyclothymic Disorder (139) |
| | | *Specify* if: With anxious distress |
| __.__ | (__.__) | Substance/Medication-Induced Bipolar and Related Disorder (142) |
| | | **Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding. |
| | | *Specify* if: With onset during intoxication, With onset during withdrawal |
| **293.83** | **(__.__)** | Bipolar and Related Disorder Due to Another Medical Condition (145) |
| | | *Specify* if: |
| | **(F06.33)** | With manic features |
| | **(F06.33)** | With manic- or hypomanic-like episode |
| | **(F06.34)** | With mixed features |
| **296.89** | **(F31.89)** | Other Specified Bipolar and Related Disorder (148) |
| **296.80** | **(F31.9)** | Unspecified Bipolar and Related Disorder (149) |

## Depressive Disorders (155)

The following specifiers apply to Depressive Disorders where indicated:

[a]*Specify:* With anxious distress (*specify* current severity: mild, moderate, moderate-severe, severe); With mixed features; With melancholic features; With atypical features; With mood-congruent psychotic features; With mood-incongruent psychotic features; With catatonia (use additional code 293.89 [F06.1]); With peripartum onset; With seasonal pattern

| | | |
|---|---|---|
| **296.99** | **(F34.8)** | Disruptive Mood Dysregulation Disorder (156) |
| __.__ | (__.__) | Major Depressive Disorder[a] (160) |
| __.__ | (__.__) | Single episode |
| **296.21** | **(F32.0)** | Mild |
| **296.22** | **(F32.1)** | Moderate |
| **296.23** | **(F32.2)** | Severe |
| **296.24** | **(F32.3)** | With psychotic features |
| **296.25** | **(F32.4)** | In partial remission |
| **296.26** | **(F32.5)** | In full remission |
| **296.20** | **(F32.9)** | Unspecified |
| __.__ | (__.__) | Recurrent episode |
| **296.31** | **(F33.0)** | Mild |
| **296.32** | **(F33.1)** | Moderate |
| **296.33** | **(F33.2)** | Severe |
| **296.34** | **(F33.3)** | With psychotic features |
| **296.35** | **(F33.41)** | In partial remission |
| **296.36** | **(F33.42)** | In full remission |
| **296.30** | **(F33.9)** | Unspecified |
| **300.4** | **(F34.1)** | Persistent Depressive Disorder (Dysthymia)[a] (168) |
| | | *Specify* if: In partial remission, In full remission |
| | | *Specify* if: Early onset, Late onset |
| | | *Specify* if: With pure dysthymic syndrome; With persistent major depressive episode; With intermittent major depressive episodes, with current |

episode; With intermittent major depressive episodes, without current episode

*Specify* current severity: Mild, Moderate, Severe

| | | |
|---|---|---|
| 625.4 | (N94.3) | Premenstrual Dysphoric Disorder (171) |
| \_\_.\_\_ | (\_\_.\_) | Substance/Medication-Induced Depressive Disorder (175) |

**Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding.

*Specify* if: With onset during intoxication, With onset during withdrawal

| | | |
|---|---|---|
| 293.83 | (\_\_.\_) | Depressive Disorder Due to Another Medical Condition (180) |

*Specify* if:

| | | |
|---|---|---|
| | (F06.31) | With depressive features |
| | (F06.32) | With major depressive-like episode |
| | (F06.34) | With mixed features |
| 311 | (F32.8) | Other Specified Depressive Disorder (183) |
| 311 | (F32.9) | Unspecified Depressive Disorder (184) |

## Anxiety Disorders (189)

| | | |
|---|---|---|
| 309.21 | (F93.0) | Separation Anxiety Disorder (190) |
| 312.23 | (F94.0) | Selective Mutism (195) |
| 300.29 | (\_\_.\_) | Specific Phobia (197) |

*Specify* if:

| | | |
|---|---|---|
| | (F40.218) | Animal |
| | (F40.228) | Natural environment |
| | (\_\_.\_) | Blood-injection-injury |
| | (F40.230) | Fear of blood |
| | (F40.231) | Fear of injections and transfusions |
| | (F40.232) | Fear of other medical care |
| | (F40.233) | Fear of injury |
| | (F40.248) | Situational |
| | (F40.298) | Other |
| 300.23 | (F40.10) | Social Anxiety Disorder (Social Phobia) (202) |

*Specify* if: Performance only

| | | |
|---|---|---|
| 300.01 | (F41.0) | Panic Disorder (208) |
| \_\_.\_\_ | (\_\_.\_) | Panic Attack Specifier (214) |
| 300.22 | (F40.00) | Agoraphobia (217) |
| 300.02 | (F41.1) | Generalized Anxiety Disorder (222) |
| \_\_.\_\_ | (\_\_.\_) | Substance/Medication-Induced Anxiety Disorder (226) |

**Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding.

*Specify* if: With onset during intoxication, With onset during withdrawal, With onset after medication use

| | | |
|---|---|---|
| 293.84 | (F06.4) | Anxiety Disorder Due to Another Medical Condition (230) |
| 300.09 | (F41.8) | Other Specified Anxiety Disorder (233) |
| 300.00 | (F41.9) | Unspecified Anxiety Disorder (233) |

## Obsessive-Compulsive and Related Disorders (235)

The following specifier applies to Obsessive-Compulsive and Related Disorders where indicated:
aSpecify if: With good or fair insight, With poor insight, With absent insight/delusional beliefs

| | | |
|---|---|---|
| 300.3 | (F42) | Obsessive-Compulsive Disordera (237)<br>*Specify* if: Tic-related |
| 300.7 | (F45.22) | Body Dysmorphic Disordera (242)<br>*Specify* if: With muscle dysmorphia |
| 300.3 | (F42) | Hoarding Disordera (247)<br>*Specify* if: With excessive acquisition |
| 312.39 | (F63.3) | Trichotillomania (Hair-Pulling Disorder) (251) |
| 698.4 | (L98.1) | Excoriation (Skin-Picking) Disorder (254) |
| \_\_\_.\_\_ | (\_\_.\_\_) | Substance/Medication-Induced Obsessive-Compulsive and Related Disorder (257)<br>**Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding.<br>*Specify* if: With onset during intoxication, With onset during withdrawal, With onset after medication use |
| 294.8 | (F06.8) | Obsessive-Compulsive and Related Disorder Due to Another Medical Condition (260)<br>*Specify* if: With obsessive-compulsive disorder–like symptoms, With appearance preoccupations, With hoarding symptoms, With hair-pulling symptoms, With skin-picking symptoms |
| 300.3 | (F42) | Other Specified Obsessive-Compulsive and Related Disorder (263) |
| 300.3 | (F42) | Unspecified Obsessive-Compulsive and Related Disorder (264) |

## Trauma- and Stressor-Related Disorders (265)

| | | |
|---|---|---|
| 313.89 | (F94.1) | Reactive Attachment Disorder (265)<br>*Specify* if: Persistent<br>*Specify* current severity: Severe |
| 313.89 | (F94.2) | Disinhibited Social Engagement Disorder (268)<br>*Specify* if: Persistent<br>*Specify* current severity: Severe |
| 309.81 | (F43.10) | Posttraumatic Stress Disorder (includes Posttraumatic Stress Disorder for Children 6 Years and Younger) (271)<br>*Specify* whether: With dissociative symptoms<br>*Specify* if: With delayed expression |
| 308.3 | (F43.0) | Acute Stress Disorder (280) |

Adjustment Disorders (286)

*Specify* whether:

**309.0** (F43.21)   With depressed mood
**309.24** (F43.22)   With anxiety
**309.28** (F43.23)   With mixed anxiety and depressed mood
**309.3** (F43.24)   With disturbance of conduct
**309.4** (F43.25)   With mixed disturbance of emotions and conduct
**309.9** (F43.20)   Unspecified
**309.89** (F43.8)   Other Specified Trauma- and Stressor-Related Disorder (289)
**309.9** (F43.9)   Unspecified Trauma- and Stressor-Related Disorder (290)

## Dissociative Disorders (291)

**300.14** (F44.81)   Dissociative Identity Disorder (292)
**300.12** (F44.0)   Dissociative Amnesia (298)
*Specify* if:
**300.13** (F44.1)       With dissociative fugue
**300.6** (F48.1)   Depersonalization/Derealization Disorder (302)
**300.15** (F44.89)   Other Specified Dissociative Disorder (306)
**300.15** (F44.9)   Unspecified Dissociative Disorder (307)

## Somatic Symptom and Related Disorders (309)

**300.82** (F45.1)   Somatic Symptom Disorder (311)
*Specify* if: With predominant pain
*Specify* if: Persistent
*Specify* current severity: Mild, Moderate, Severe
**300.7** (F45.21)   Illness Anxiety Disorder (315)
*Specify* whether: Care seeking type, Care avoidant type
**300.11** (___.___)   Conversion Disorder (Functional Neurological Symptom
              Disorder) (318)
*Specify* symptom type:
(F44.4)       With weakness or paralysis
(F44.4)       With abnormal movement
(F44.4)       With swallowing symptoms
(F44.4)       With speech symptom
(F44.5)       With attacks or seizures
(F44.6)       With anesthesia or sensory loss
(F44.6)       With special sensory symptom
(F44.7)       With mixed symptoms
*Specify* if: Acute episode, Persistent
*Specify* if: With psychological stressor (specify stressor), Without psycho-
logical stressor

| 316 | (F54) | Psychological Factors Affecting Other Medical Conditions (322) |
|---|---|---|
| | | *Specify* current severity: Mild, Moderate, Severe, Extreme |
| 300.19 | (F68.10) | Factitious Disorder (includes Factitious Disorder Imposed on Self, Factitious Disorder Imposed on Another) (324) |
| | | *Specify* Single episode, Recurrent episodes |
| 300.89 | (F45.8) | Other Specified Somatic Symptom and Related Disorder (327) |
| 300.82 | (F45.9) | Unspecified Somatic Symptom and Related Disorder (327) |

## Feeding and Eating Disorders (329)

The following specifiers apply to Feeding and Eating Disorders where indicated:
[a]*Specify* if: In remission
[b]*Specify* if: In partial remission, In full remission
[c]*Specify* current severity: Mild, Moderate, Severe, Extreme

| 307.52 | (___.__) | Pica[a] (329) |
|---|---|---|
| | (F98.3) | In children |
| | (F50.8) | In adults |
| 307.53 | (F98.21) | Rumination Disorder[a] (332) |
| 307.59 | (F50.8) | Avoidant/Restrictive Food Intake Disorder[a] (334) |
| 307.1 | (___.__) | Anorexia Nervosa[b, c] (338) |
| | | *Specify* whether: |
| | (F50.01) | Restricting type |
| | (F50.02) | Binge-eating/purging type |
| 307.51 | (F50.2) | Bulimia Nervosa[b, c] (345) |
| 307.51 | (F50.8) | Binge-Eating Disorder[b, c] (350) |
| 307.59 | (F50.8) | Other Specified Feeding or Eating Disorder (353) |
| 307.50 | (F50.9) | Unspecified Feeding or Eating Disorder (354) |

## Elimination Disorders (355)

| 307.6 | (F98.0) | Enuresis (355) |
|---|---|---|
| | | *Specify* whether: Nocturnal only, Diurnal only, Nocturnal and diurnal |
| 307.7 | (F98.1) | Encopresis (357) |
| | | *Specify* whether: With constipation and overflow incontinence, Without constipation and overflow incontinence |
| ___.__ | (___.__) | Other Specified Elimination Disorder (359) |
| 788.39 | (N39.498) | With urinary symptoms |
| 787.60 | (R15.9) | With fecal symptoms |
| ___.__ | (___.__) | Unspecified Elimination Disorder (360) |
| 788.30 | (R32) | With urinary symptoms |
| 787.60 | (R15.9) | With fecal symptoms |

## Sleep-Wake Disorders (361)

The following specifiers apply to Sleep-Wake Disorders where indicated:
[a]*Specify* if: Episodic, Persistent, Recurrent
[b]*Specify* if: Acute, Subacute, Persistent
[c]*Specify* current severity: Mild, Moderate, Severe

780.52 (G47.00)  Insomnia Disorder[a] (362)
*Specify* if: With non–sleep disorder mental comorbidity, With other medical comorbidity, With other sleep disorder

780.54 (G47.10)  Hypersomnolence Disorder[b, c] (368)
*Specify* if: With mental disorder, With medical condition, With another sleep disorder

___.__ (__.__)  Narcolepsy[c] (372)
*Specify* whether:

347.00 (G47.419)  Narcolepsy without cataplexy but with hypocretin deficiency
347.01 (G47.411)  Narcolepsy with cataplexy but without hypocretin deficiency
347.00 (G47.419)  Autosomal dominant cerebellar ataxia, deafness, and narcolepsy
347.00 (G47.419)  Autosomal dominant narcolepsy, obesity, and type 2 diabetes
347.10 (G47.429)  Narcolepsy secondary to another medical condition

### Breathing-Related Sleep Disorders (378)

327.23 (G47.33)  Obstructive Sleep Apnea Hypopnea[c] (378)

___.__ (__.__)  Central Sleep Apnea (383)
*Specify* whether:

327.21 (G47.31)  Idiopathic central sleep apnea
786.04 (R06.3)  Cheyne-Stokes breathing
780.57 (G47.37)  Central sleep apnea comorbid with opioid use
**Note:** First code opioid use disorder, if present.
*Specify* current severity

___.__ (__.__)  Sleep-Related Hypoventilation (387)
*Specify* whether:

327.24 (G47.34)  Idiopathic hypoventilation
327.25 (G47.35)  Congenital central alveolar hypoventilation
327.26 (G47.36)  Comorbid sleep-related hypoventilation
*Specify* current severity

___.__ (__.__)  Circadian Rhythm Sleep-Wake Disorders[a] (390)
*Specify* whether:

307.45 (G47.21)  Delayed sleep phase type (391)
*Specify* if: Familial, Overlapping with non-24-hour sleep-wake type
307.45 (G47.22)  Advanced sleep phase type (393)
*Specify* if: Familial
307.45 (G47.23)  Irregular sleep-wake type (394)
307.45 (G47.24)  Non-24-hour sleep-wake type (396)

**307.45 (G47.26)**   Shift work type (397)

**307.45 (G47.20)**   Unspecified type

## Parasomnias (399)

**\_\_\_.\_\_ (\_\_.\_\_)**   Non–Rapid Eye Movement Sleep Arousal Disorders (399)
*Specify* whether:

**307.46 (F51.3)**   Sleepwalking type
*Specify* if: With sleep-related eating, With sleep-related sexual behavior (sexsomnia)

**307.46 (F51.4)**   Sleep terror type

**307.47 (F51.5)**   Nightmare Disorder[b, c] (404)
*Specify* if: During sleep onset
*Specify* if: With associated non–sleep disorder, With associated other medical condition, With associated other sleep disorder

**327.42 (G47.52)**   Rapid Eye Movement Sleep Behavior Disorder (407)

**333.94 (G25.81)**   Restless Legs Syndrome (410)

**\_\_\_.\_\_ (\_\_.\_\_)**   Substance/Medication-Induced Sleep Disorder (413)
**Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding.
*Specify* whether: Insomnia type, Daytime sleepiness type, Parasomnia type, Mixed type
*Specify* if: With onset during intoxication, With onset during discontinuation/withdrawal

**780.52 (G47.09)**   Other Specified Insomnia Disorder (420)

**780.52 (G47.00)**   Unspecified Insomnia Disorder (420)

**780.54 (G47.19)**   Other Specified Hypersomnolence Disorder (421)

**780.54 (G47.10)**   Unspecified Hypersomnolence Disorder (421)

**780.59 (G47.8)**   Other Specified Sleep-Wake Disorder (421)

**780.59 (G47.9)**   Unspecified Sleep-Wake Disorder (422)

## Sexual Dysfunctions (423)

The following specifiers apply to Sexual Dysfunctions where indicated:
[a]*Specify* whether: Lifelong, Acquired
[b]*Specify* whether: Generalized, Situational
[c]*Specify* current severity: Mild, Moderate, Severe

**302.74 (F52.32)**   Delayed Ejaculation[a, b, c] (424)

**302.72 (F52.21)**   Erectile Disorder[a, b, c] (426)

**302.73 (F52.31)**   Female Orgasmic Disorder[a, b, c] (429)
*Specify* if: Never experienced an orgasm under any situation

**302.72 (F52.22)**   Female Sexual Interest/Arousal Disorder[a, b, c] (433)

**302.76 (F52.6)**   Genito-Pelvic Pain/Penetration Disorder[a, c] (437)

**302.71 (F52.0)**  Male Hypoactive Sexual Desire Disorder[a, b, c] (440)

**302.75 (F52.4)**  Premature (Early) Ejaculation[a, b, c] (443)

___.___ (___.___)  Substance/Medication-Induced Sexual Dysfunction[c] (446)
**Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding.
*Specify* if: With onset during intoxication, With onset during withdrawal, With onset after medication use

**302.79 (F52.8)**  Other Specified Sexual Dysfunction (450)

**302.70 (F52.9)**  Unspecified Sexual Dysfunction (450)

## Gender Dysphoria (451)

___.___ (___.___)  Gender Dysphoria (452)

**302.6  (F64.2)**  Gender Dysphoria in Children
*Specify* if: With a disorder of sex development

**302.85 (F64.1)**  Gender Dysphoria in Adolescents and Adults
*Specify* if: With a disorder of sex development
*Specify* if: Posttransition
**Note:** Code the disorder of sex development if present, in addition to gender dysphoria.

**302.6  (F64.8)**  Other Specified Gender Dysphoria (459)

**302.6  (F64.9)**  Unspecified Gender Dysphoria (459)

## Disruptive, Impulse-Control, and Conduct Disorders (461)

**313.81 (F91.3)**  Oppositional Defiant Disorder (462)
*Specify* current severity: Mild, Moderate, Severe

**312.34 (F63.81)**  Intermittent Explosive Disorder (466)

___.___ (___.___)  Conduct Disorder (469)
*Specify* whether:
**312.81 (F91.1)**    Childhood-onset type
**312.82 (F91.2)**    Adolescent-onset type
**312.89 (F91.9)**    Unspecified onset
*Specify* if: With limited prosocial emotions
*Specify* current severity: Mild, Moderate, Severe

**301.7  (F60.2)**  Antisocial Personality Disorder (476)

**312.33 (F63.1)**  Pyromania (476)

**312.32 (F63.2)**  Kleptomania (478)

**312.89 (F91.8)**  Other Specified Disruptive, Impulse-Control, and Conduct Disorder (479)

**312.9  (F91.9)**  Unspecified Disruptive, Impulse-Control, and Conduct Disorder (480)

## Substance-Related and Addictive Disorders (481)

The following specifiers and note apply to Substance-Related and Addictive Disorders where indicated:

[a]Specify if: In early remission, In sustained remission
[b]Specify if: In a controlled environment
[c]Specify if: With perceptual disturbances
[d]The ICD-10-CM code indicates the comorbid presence of a moderate or severe substance use disorder, which must be present in order to apply the code for substance withdrawal.

### Substance-Related Disorders (483)

Alcohol-Related Disorders (490)

| | | |
|---|---|---|
| \_\_\_.\_\_ (\_\_.\_) | | Alcohol Use Disorder[a, b] (490) |
| | | *Specify* current severity: |
| 305.00 | (F10.10) | Mild |
| 303.90 | (F10.20) | Moderate |
| 303.90 | (F10.20) | Severe |

| | | |
|---|---|---|
| 303.00 | (\_\_.\_) | Alcohol Intoxication (497) |
| | (F10.129) | With use disorder, mild |
| | (F10.229) | With use disorder, moderate or severe |
| | (F10.929) | Without use disorder |

| | | |
|---|---|---|
| 291.81 | (\_\_.\_) | Alcohol Withdrawal[c, d] (499) |
| | (F10.239) | Without perceptual disturbances |
| | (F10.232) | With perceptual disturbances |

| | | |
|---|---|---|
| \_\_\_.\_\_ | (\_\_.\_) | Other Alcohol-Induced Disorders (502) |
| 291.9 | (F10.99) | Unspecified Alcohol-Related Disorder (503) |

Caffeine-Related Disorders (503)

| | | |
|---|---|---|
| 305.90 | (F15.929) | Caffeine Intoxication (503) |
| 292.0 | (F15.93) | Caffeine Withdrawal (506) |
| \_\_\_.\_\_ | (\_\_.\_) | Other Caffeine-Induced Disorders (508) |
| 292.9 | (F15.99) | Unspecified Caffeine-Related Disorder (509) |

Cannabis-Related Disorders (509)

| | | |
|---|---|---|
| \_\_\_.\_\_ (\_\_.\_) | | Cannabis Use Disorder[a, b] (509) |
| | | *Specify* current severity: |
| 305.20 | (F12.10) | Mild |
| 304.30 | (F12.20) | Moderate |
| 304.30 | (F12.20) | Severe |

292.89 (___.__)   Cannabis Intoxication[c] (516)

Without perceptual disturbances
(F12.129)   With use disorder, mild
(F12.229)   With use disorder, moderate or severe
(F12.929)   Without use disorder
With perceptual disturbances
(F12.122)   With use disorder, mild
(F12.222)   With use disorder, moderate or severe
(F12.922)   Without use disorder

292.0   (F12.288)   Cannabis Withdrawal[d] (517)

___.__   (___.__)   Other Cannabis-Induced Disorders (519)

292.9   (F12.99)   Unspecified Cannabis-Related Disorder (519)

Hallucinogen-Related Disorders (520)

___.__   (___.__)   Phencyclidine Use Disorder[a, b] (520)
*Specify* current severity:
305.90 (F16.10)   Mild
304.60 (F16.20)   Moderate
304.60 (F16.20)   Severe

___.__   (___.__)   Other Hallucinogen Use Disorder[a, b] (523)
*Specify* the particular hallucinogen
*Specify* current severity:
305.30 (F16.10)   Mild
304.50 (F16.20)   Moderate
304.50 (F16.20)   Severe

292.89 (___.__)   Phencyclidine Intoxication (527)
(F16.129)   With use disorder, mild
(F16.229)   With use disorder, moderate or severe
(F16.929)   Without use disorder

292.89 (___.__)   Other Hallucinogen Intoxication (529)
(F16.129)   With use disorder, mild
(F16.229)   With use disorder, moderate or severe
(F16.929)   Without use disorder

292.89 (F16.983)   Hallucinogen Persisting Perception Disorder (531)

___.__   (___.__)   Other Phencyclidine-Induced Disorders (532)

___.__   (___.__)   Other Hallucinogen-Induced Disorders (532)

292.9   (F16.99)   Unspecified Phencyclidine-Related Disorder (533)

292.9   (F16.99)   Unspecified Hallucinogen-Related Disorder (533)

Inhalant-Related Disorders (533)

___.__   (___.__)   Inhalant Use Disorder[a, b] (533)
*Specify* the particular inhalant
*Specify* current severity:
305.90 (F18.10)   Mild

**304.60** **(F18.20)**     Moderate
**304.60** **(F18.20)**     Severe

**292.89** **(___.__)**     Inhalant Intoxication (538)
          **(F18.129)**     With use disorder, mild
          **(F18.229)**     With use disorder, moderate or severe
          **(F18.929)**     Without use disorder
**___.__** **(___.__)**     Other Inhalant-Induced Disorders (540)
**292.9** **(F18.99)**     Unspecified Inhalant-Related Disorder (540)

Opioid-Related Disorders (540)

**___.__** **(___.__)**     Opioid Use Disorder[a] (541)
                    *Specify* if: On maintenance therapy, In a controlled environment
                    *Specify* current severity:
**305.50** **(F11.10)**     Mild
**304.00** **(F11.20)**     Moderate
**304.00** **(F11.20)**     Severe

**292.89** **(___.__)**     Opioid Intoxication[c] (546)
                       Without perceptual disturbances
          **(F11.129)**      With use disorder, mild
          **(F11.229)**      With use disorder, moderate or severe
          **(F11.929)**      Without use disorder
                       With perceptual disturbances
          **(F11.122)**      With use disorder, mild
          **(F11.222)**      With use disorder, moderate or severe
          **(F11.922)**      Without use disorder
**292.0** **(F11.23)**     Opioid Withdrawal[d] (547)
**___.__** **(___.__)**     Other Opioid-Induced Disorders (549)
**292.9** **(F11.99)**     Unspecified Opioid-Related Disorder (550)

Sedative-, Hypnotic-, or Anxiolytic-Related Disorders (550)

**___.__** **(___.__)**     Sedative, Hypnotic, or Anxiolytic Use Disorder[a, b] (550)
                    *Specify* current severity:
**305.40** **(F13.10)**     Mild
**304.10** **(F13.20)**     Moderate
**304.10** **(F13.20)**     Severe

**292.89** **(___.__)**     Sedative, Hypnotic, or Anxiolytic Intoxication (556)
          **(F13.129)**     With use disorder, mild
          **(F13.229)**     With use disorder, moderate or severe
          **(F13.929)**     Without use disorder

**292.0** **(___.__)**     Sedative, Hypnotic, or Anxiolytic Withdrawal[c, d] (557)
          **(F13.239)**     Without perceptual disturbances
          **(F13.232)**     With perceptual disturbances

\_\_.\_\_ (\_\_.\_\_)    Other Sedative-, Hypnotic-, or Anxiolytic-Induced Disorders (560)

**292.9** (F13.99)    Unspecified Sedative-, Hypnotic-, or Anxiolytic-Related Disorder (560)

## Stimulant-Related Disorders (561)

\_\_.\_\_ (\_\_.\_\_)    Stimulant Use Disorder[a, b] (561)
*Specify* current severity:

\_\_.\_\_ (\_\_.\_\_)       Mild
**305.70** (F15.10)          Amphetamine-type substance
**305.60** (F14.10)          Cocaine
**305.70** (F15.10)          Other or unspecified stimulant
\_\_.\_\_ (\_\_.\_\_)       Moderate
**304.40** (F15.20)          Amphetamine-type substance
**304.20** (F14.20)          Cocaine
**304.40** (F15.20)          Other or unspecified stimulant
\_\_.\_\_ (\_\_.\_\_)       Severe
**304.40** (F15.20)          Amphetamine-type substance
**304.20** (F14.20)          Cocaine
**304.40** (F15.20)          Other or unspecified stimulant

**292.89** (\_\_.\_\_)    Stimulant Intoxication[c] (567)
*Specify* the specific intoxicant
**292.89** (\_\_.\_\_)       Amphetamine or other stimulant, Without perceptual disturbances
      (F15.129)          With use disorder, mild
      (F15.229)          With use disorder, moderate or severe
      (F15.929)          Without use disorder
**292.89** (\_\_.\_\_)       Cocaine, Without perceptual disturbances
      (F14.129)          With use disorder, mild
      (F14.229)          With use disorder, moderate or severe
      (F14.929)          Without use disorder
**292.89** (\_\_.\_\_)       Amphetamine or other stimulant, With perceptual disturbances
      (F15.122)          With use disorder, mild
      (F15.222)          With use disorder, moderate or severe
      (F15.922)          Without use disorder
**292.89** (\_\_.\_\_)       Cocaine, With perceptual disturbances
      (F14.122)          With use disorder, mild
      (F14.222)          With use disorder, moderate or severe
      (F14.922)          Without use disorder

**292.0** (\_\_.\_\_)    Stimulant Withdrawal[d] (569)
*Specify* the specific substance causing the withdrawal syndrome
      (F15.23)          Amphetamine or other stimulant
      (F14.23)          Cocaine
\_\_.\_\_ (\_\_.\_\_)    Other Stimulant-Induced Disorders (570)

| | | |
|---|---|---|
| **292.9** | **(___.___)** | Unspecified Stimulant-Related Disorder (570) |
| | **(F15.99)** | Amphetamine or other stimulant |
| | **(F14.99)** | Cocaine |

**Tobacco-Related Disorders (571)**

| | | |
|---|---|---|
| **___.___** | **(___.___)** | Tobacco Use Disorder[a] (571) |
| | | *Specify* if: On maintenance therapy, In a controlled environment |
| | | *Specify* current severity: |
| **305.1** | **(Z72.0)** | Mild |
| **305.1** | **(F17.200)** | Moderate |
| **305.1** | **(F17.200)** | Severe |
| **292.0** | **(F17.203)** | Tobacco Withdrawal[d] (575) |
| **___.___** | **(___.___)** | Other Tobacco-Induced Disorders (576) |
| **292.9** | **(F17.209)** | Unspecified Tobacco-Related Disorder (577) |

**Other (or Unknown) Substance–Related Disorders (577)**

| | | |
|---|---|---|
| **___.___** | **(___.___)** | Other (or Unknown) Substance Use Disorder[a, b] (577) |
| | | *Specify* current severity: |
| **305.90** | **(F19.10)** | Mild |
| **304.90** | **(F19.20)** | Moderate |
| **304.90** | **(F19.20)** | Severe |
| **292.89** | **(___.___)** | Other (or Unknown) Substance Intoxication (581) |
| | **(F19.129)** | With use disorder, mild |
| | **(F19.229)** | With use disorder, moderate or severe |
| | **(F19.929)** | Without use disorder |
| **292.0** | **(F19.239)** | Other (or Unknown) Substance Withdrawal[d] (583) |
| **___.___** | **(___.___)** | Other (or Unknown) Substance–Induced Disorders (584) |
| **292.9** | **(F19.99)** | Unspecified Other (or Unknown) Substance–Related Disorder (585) |

**Non-Substance-Related Disorders (585)**

| | | |
|---|---|---|
| **312.31** | **(F63.0)** | Gambling Disorder[a] (585) |
| | | *Specify* if: Episodic, Persistent |
| | | *Specify* current severity: Mild, Moderate, Severe |

## Neurocognitive Disorders (591)

| | | |
|---|---|---|
| **___.___** | **(___.___)** | Delirium (596) |
| | | [a]**Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding. |
| | | *Specify* whether: |
| **___.___** | **(___.___)** | Substance intoxication delirium[a] |
| **___.___** | **(___.___)** | Substance withdrawal delirium[a] |
| **292.81** | **(___.___)** | Medication-induced delirium[a] |
| **293.0** | **(F05)** | Delirium due to another medical condition |

**293.0　(F05)**　　Delirium due to multiple etiologies
*Specify* if: Acute, Persistent
*Specify* if: Hyperactive, Hypoactive, Mixed level of activity

**780.09 (R41.0)**　　Other Specified Delirium (602)

**780.09 (R41.0)**　　Unspecified Delirium (602)

### Major and Mild Neurocognitive Disorders (602)

*Specify* whether due to: Alzheimer's disease, Frontotemporal lobar degeneration, Lewy body disease, Vascular disease, Traumatic brain injury, Substance/medication use, HIV infection, Prion disease, Parkinson's disease, Huntington's disease, Another medical condition, Multiple etiologies, Unspecified

[a]*Specify* Without behavioral disturbance, With behavioral disturbance. *For possible major neurocognitive disorder and for mild neurocognitive disorder, behavioral disturbance cannot be coded but should still be indicated in writing.*

[b]*Specify* current severity: Mild, Moderate, Severe. *This specifier applies only to major neurocognitive disorders (including probable and possible).*

**Note:** As indicated for each subtype, an additional medical code is needed for probable major neurocognitive disorder or major neurocognitive disorder. An additional medical code should *not* be used for possible major neurocognitive disorder or mild neurocognitive disorder.

### Major or Mild Neurocognitive Disorder Due to Alzheimer's Disease (611)

**___.__　(__.__)**　　Probable Major Neurocognitive Disorder Due to Alzheimer's Disease[b]
　　　**Note:** Code first **331.0 (G30.9)** Alzheimer's disease.

**294.11 (F02.81)**　　With behavioral disturbance

**294.10 (F02.80)**　　Without behavioral disturbance

**331.9　(G31.9)**　　Possible Major Neurocognitive Disorder Due to Alzheimer's Disease[a, b]

**331.83 (G31.84)**　　Mild Neurocognitive Disorder Due to Alzheimer's Disease[a]

### Major or Mild Frontotemporal Neurocognitive Disorder (614)

**___.__　(__.__)**　　Probable Major Neurocognitive Disorder Due to Frontotemporal Lobar Degeneration[b]
　　　**Note:** Code first **331.19 (G31.09)** frontotemporal disease.

**294.11 (F02.81)**　　With behavioral disturbance

**294.10 (F02.80)**　　Without behavioral disturbance

**331.9　(G31.9)**　　Possible Major Neurocognitive Disorder Due to Frontotemporal Lobar Degeneration[a, b]

**331.83 (G31.84)**　　Mild Neurocognitive Disorder Due to Frontotemporal Lobar Degeneration[a]

### Major or Mild Neurocognitive Disorder With Lewy Bodies (618)

**___.__　(__.__)**　　Probable Major Neurocognitive Disorder With Lewy Bodies[b]
　　　**Note:** Code first **331.82 (G31.83)** Lewy body disease.

**294.11 (F02.81)**　　With behavioral disturbance

**294.10 (F02.80)**　　Without behavioral disturbance

**331.9** **(G31.9)** Possible Major Neurocognitive Disorder With Lewy Bodies[a, b]

**331.83** **(G31.84)** Mild Neurocognitive Disorder With Lewy Bodies[a]

Major or Mild Vascular Neurocognitive Disorder (621)

___.__ (__.__)  Probable Major Vascular Neurocognitive Disorder[b]
    **Note:** No additional medical code for vascular disease.

**290.40** **(F01.51)** With behavioral disturbance

**290.40** **(F01.50)** Without behavioral disturbance

**331.9** **(G31.9)** Possible Major Vascular Neurocognitive Disorder[a, b]

**331.83** **(G31.84)** Mild Vascular Neurocognitive Disorder[a]

Major or Mild Neurocognitive Disorder Due to Traumatic Brain Injury (624)

___.__ (__.__)  Major Neurocognitive Disorder Due to Traumatic Brain Injury[b]
    **Note:** For ICD-9-CM, code first **907.0** late effect of intracranial injury without
    skull fracture. For ICD-10-CM, code first **S06.2X9S** diffuse traumatic brain
    injury with loss of consciousness of unspecified duration, sequela.

**294.11** **(F02.81)** With behavioral disturbance

**294.10** **(F02.80)** Without behavioral disturbance

**331.83** **(G31.84)** Mild Neurocognitive Disorder Due to Traumatic Brain Injury[a]

Substance/Medication-Induced Major or Mild Neurocognitive Disorder[a] (627)
**Note:** No additional medical code. See the criteria set and corresponding recording procedures
for substance-specific codes and ICD-9-CM and ICD-10-CM coding.
*Specify* if: Persistent

Major or Mild Neurocognitive Disorder Due to HIV Infection (632)

___.__ (__.__)  Major Neurocognitive Disorder Due to HIV Infection[b]
    **Note:** Code first **042 (B20)** HIV infection.

**294.11** **(F02.81)** With behavioral disturbance

**294.10** **(F02.80)** Without behavioral disturbance

**331.83** **(G31.84)** Mild Neurocognitive Disorder Due to HIV Infection[a]

Major or Mild Neurocognitive Disorder Due to Prion Disease (634)

___.__ (__.__)  Major Neurocognitive Disorder Due to Prion Disease[b]
    **Note:** Code first **046.79 (A81.9)** prion disease.

**294.11** **(F02.81)** With behavioral disturbance

**294.10** **(F02.80)** Without behavioral disturbance

**331.83** **(G31.84)** Mild Neurocognitive Disorder Due to Prion Disease[a]

Major or Mild Neurocognitive Disorder Due to Parkinson's Disease (636)

___.__ (__.__)  Major Neurocognitive Disorder Probably Due to Parkinson's
    Disease[b]
    **Note:** Code first **332.0 (G20)** Parkinson's disease.

**294.11** **(F02.81)** With behavioral disturbance

**294.10** **(F02.80)** Without behavioral disturbance

331.9   (G31.9)   Major Neurocognitive Disorder Possibly Due to Parkinson's Disease[a, b]

331.83  (G31.84)  Mild Neurocognitive Disorder Due to Parkinson's Disease[a]

### Major or Mild Neurocognitive Disorder Due to Huntington's Disease (638)

___.__ (__.__)   Major Neurocognitive Disorder Due to Huntington's Disease[b]
**Note:** Code first 333.4 (G10) Huntington's disease.

294.11  (F02.81)      With behavioral disturbance
294.10  (F02.80)      Without behavioral disturbance

331.83  (G31.84)  Mild Neurocognitive Disorder Due to Huntington's Disease[a]

### Major or Mild Neurocognitive Disorder Due to Another Medical Condition (641)

___.__ (__.__)   Major Neurocognitive Disorder Due to Another Medical Condition[b]
**Note:** Code first the other medical condition.

294.11  (F02.81)      With behavioral disturbance
294.10  (F02.80)      Without behavioral disturbance

331.83  (G31.84)  Mild Neurocognitive Disorder Due to Another Medical Condition[a]

### Major or Mild Neurocognitive Disorder Due to Multiple Etiologies (642)

___.__ (__.__)   Major Neurocognitive Disorder Due to Multiple Etiologies[b]
**Note:** Code first all the etiological medical conditions (with the exception of vascular disease).

294.11  (F02.81)      With behavioral disturbance
294.10  (F02.80)      Without behavioral disturbance

331.83  (G31.84)  Mild Neurocognitive Disorder Due to Multiple Etiologies[a]

### Unspecified Neurocognitive Disorder (643)
799.59  (R41.9)   Unspecified Neurocognitive Disorder[a]

# Personality Disorders (645)

## Cluster A Personality Disorders
301.0   (F60.0)   Paranoid Personality Disorder (649)
301.20  (F60.1)   Schizoid Personality Disorder (652)
301.22  (F21)     Schizotypal Personality Disorder (655)

## Cluster B Personality Disorders
301.7   (F60.2)   Antisocial Personality Disorder (659)
301.83  (F60.3)   Borderline Personality Disorder (663)
301.50  (F60.4)   Histrionic Personality Disorder (667)
301.81  (F60.81)  Narcissistic Personality Disorder (669)

Case 6:21-cv-00808-WWB-EJK   Document 78-1   Filed 09/01/22   Page 23 of 71 PageID 1229

### Cluster C Personality Disorders

**301.82  (F60.6)**   Avoidant Personality Disorder (672)

**301.6   (F60.7)**   Dependent Personality Disorder (675)

**301.4   (F60.5)**   Obsessive-Compulsive Personality Disorder (678)

### Other Personality Disorders

**310.1   (F07.0)**   Personality Change Due to Another Medical Condition (682)
*Specify* whether: Labile type, Disinhibited type, Aggressive type, Apathetic type, Paranoid type, Other type, Combined type, Unspecified type

**301.89  (F60.89)**  Other Specified Personality Disorder (684)

**301.9   (F60.9)**   Unspecified Personality Disorder (684)

## Paraphilic Disorders (685)

The following specifier applies to Paraphilic Disorders where indicated:
[a]*Specify* if: In a controlled environment, In full remission

**302.82  (F65.3)**   Voyeuristic Disorder[a] (686)

**302.4   (F65.2)**   Exhibitionistic Disorder[a] (689)
*Specify* whether: Sexually aroused by exposing genitals to prepubertal children, Sexually aroused by exposing genitals to physically mature individuals, Sexually aroused by exposing genitals to prepubertal children and to physically mature individuals

**302.89  (F65.81)**  Frotteuristic Disorder[a] (691)

**302.83  (F65.51)**  Sexual Masochism Disorder[a] (694)
*Specify* if: With asphyxiophilia

**302.84  (F65.52)**  Sexual Sadism Disorder[a] (695)

**302.2   (F65.4)**   Pedophilic Disorder (697)
*Specify* whether: Exclusive type, Nonexclusive type
*Specify* if: Sexually attracted to males, Sexually attracted to females, Sexually attracted to both
*Specify* if: Limited to incest

**302.81  (F65.0)**   Fetishistic Disorder[a] (700)
*Specify*: Body part(s), Nonliving object(s), Other

**302.3   (F65.1)**   Transvestic Disorder[a] (702)
*Specify* if: With fetishism, With autogynephilia

**302.89  (F65.89)**  Other Specified Paraphilic Disorder (705)

**302.9   (F65.9)**   Unspecified Paraphilic Disorder (705)

## Other Mental Disorders (707)

**294.8   (F06.8)**   Other Specified Mental Disorder Due to Another Medical Condition (707)

**294.9   (F09)**     Unspecified Mental Disorder Due to Another Medical Condition (708)

**300.9   (F99)**     Other Specified Mental Disorder  (708)

**300.9   (F99)**     Unspecified Mental Disorder (708)

## Medication-Induced Movement Disorders and Other Adverse Effects of Medication (709)

| | | |
|---|---|---|
| **332.1** | **(G21.11)** | Neuroleptic-Induced Parkinsonism (709) |
| **332.1** | **(G21.19)** | Other Medication-Induced Parkinsonism (709) |
| **333.92** | **(G21.0)** | Neuroleptic Malignant Syndrome (709) |
| **333.72** | **(G24.02)** | Medication-Induced Acute Dystonia (711) |
| **333.99** | **(G25.71)** | Medication-Induced Acute Akathisia (711) |
| **333.85** | **(G24.01)** | Tardive Dyskinesia (712) |
| **333.72** | **(G24.09)** | Tardive Dystonia (712) |
| **333.99** | **(G25.71)** | Tardive Akathisia (712) |
| **333.1** | **(G25.1)** | Medication-Induced Postural Tremor (712) |
| **333.99** | **(G25.79)** | Other Medication-Induced Movement Disorder (712) |
| **___.__** | **(___.__)** | Antidepressant Discontinuation Syndrome (712) |
| **995.29** | **(T43.205A)** | Initial encounter |
| **995.29** | **(T43.205D)** | Subsequent encounter |
| **995.29** | **(T43.205S)** | Sequelae |
| **___.__** | **(___.__)** | Other Adverse Effect of Medication (714) |
| **995.20** | **(T50.905A)** | Initial encounter |
| **995.20** | **(T50.905D)** | Subsequent encounter |
| **995.20** | **(T50.905S)** | Sequelae |

## Other Conditions That May Be a Focus of Clinical Attention (715)

### Relational Problems (715)

Problems Related to Family Upbringing (715)

| | | |
|---|---|---|
| **V61.20** | **(Z62.820)** | Parent-Child Relational Problem (715) |
| **V61.8** | **(Z62.891)** | Sibling Relational Problem (716) |
| **V61.8** | **(Z62.29)** | Upbringing Away From Parents (716) |
| **V61.29** | **(Z62.898)** | Child Affected by Parental Relationship Distress (716) |

Other Problems Related to Primary Support Group (716)

| | | |
|---|---|---|
| **V61.10** | **(Z63.0)** | Relationship Distress With Spouse or Intimate Partner (716) |
| **V61.03** | **(Z63.5)** | Disruption of Family by Separation or Divorce (716) |
| **V61.8** | **(Z63.8)** | High Expressed Emotion Level Within Family (716) |
| **V62.82** | **(Z63.4)** | Uncomplicated Bereavement (716) |

DSM-5 Classification

## Abuse and Neglect (717)

Child Maltreatment and Neglect Problems (717)

**Child Physical Abuse** (717)

Child Physical Abuse, Confirmed (717)

| | | |
|---|---|---|
| **995.54 (T74.12XA)** | Initial encounter | |
| **995.54 (T74.12XD)** | Subsequent encounter | |

Child Physical Abuse, Suspected (717)

| | | |
|---|---|---|
| **995.54 (T76.12XA)** | Initial encounter | |
| **995.54 (T76.12XD)** | Subsequent encounter | |

Other Circumstances Related to Child Physical Abuse (718)

| | |
|---|---|
| **V61.21 (Z69.010)** | Encounter for mental health services for victim of child abuse by parent |
| **V61.21 (Z69.020)** | Encounter for mental health services for victim of nonparental child abuse |
| **V15.41 (Z62.810)** | Personal history (past history) of physical abuse in childhood |
| **V61.22 (Z69.011)** | Encounter for mental health services for perpetrator of parental child abuse |
| **V62.83 (Z69.021)** | Encounter for mental health services for perpetrator of nonparental child abuse |

**Child Sexual Abuse** (718)

Child Sexual Abuse, Confirmed (718)

| | |
|---|---|
| **995.53 (T74.22XA)** | Initial encounter |
| **995.53 (T74.22XD)** | Subsequent encounter |

Child Sexual Abuse, Suspected (718)

| | |
|---|---|
| **995.53 (T76.22XA)** | Initial encounter |
| **995.53 (T76.22XD)** | Subsequent encounter |

Other Circumstances Related to Child Sexual Abuse (718)

| | |
|---|---|
| **V61.21 (Z69.010)** | Encounter for mental health services for victim of child sexual abuse by parent |
| **V61.21 (Z69.020)** | Encounter for mental health services for victim of nonparental child sexual abuse |
| **V15.41 (Z62.810)** | Personal history (past history) of sexual abuse in childhood |
| **V61.22 (Z69.011)** | Encounter for mental health services for perpetrator of parental child sexual abuse |
| **V62.83 (Z69.021)** | Encounter for mental health services for perpetrator of nonparental child sexual abuse |

**Child Neglect** (718)

Child Neglect, Confirmed (718)

| | |
|---|---|
| **995.52 (T74.02XA)** | Initial encounter |
| **995.52 (T74.02XD)** | Subsequent encounter |

Child Neglect, Suspected (719)

**995.52 (T76.02XA)**   Initial encounter

**995.52 (T76.02XD)**   Subsequent encounter

Other Circumstances Related to Child Neglect (719)

**V61.21 (Z69.010)**   Encounter for mental health services for victim of child neglect by parent

**V61.21 (Z69.020)**   Encounter for mental health services for victim of nonparental child neglect

**V15.42 (Z62.812)**   Personal history (past history) of neglect in childhood

**V61.22 (Z69.011)**   Encounter for mental health services for perpetrator of parental child neglect

**V62.83 (Z69.021)**   Encounter for mental health services for perpetrator of nonparental child neglect

**Child Psychological Abuse** (719)

Child Psychological Abuse, Confirmed (719)

**995.51 (T74.32XA)**   Initial encounter

**995.51 (T74.32XD)**   Subsequent encounter

Child Psychological Abuse, Suspected (719)

**995.51 (T76.32XA)**   Initial encounter

**995.51 (T76.32XD)**   Subsequent encounter

Other Circumstances Related to Child Psychological Abuse (719)

**V61.21 (Z69.010)**   Encounter for mental health services for victim of child psychological abuse by parent

**V61.21 (Z69.020)**   Encounter for mental health services for victim of nonparental child psychological abuse

**V15.42 (Z62.811)**   Personal history (past history) of psychological abuse in childhood

**V61.22 (Z69.011)**   Encounter for mental health services for perpetrator of parental child psychological abuse

**V62.83 (Z69.021)**   Encounter for mental health services for perpetrator of nonparental child psychological abuse

Adult Maltreatment and Neglect Problems (720)

**Spouse or Partner Violence, Physical** (720)

Spouse or Partner Violence, Physical, Confirmed (720)

**995.81 (T74.11XA)**   Initial encounter

**995.81 (T74.11XD)**   Subsequent encounter

Spouse or Partner Violence, Physical, Suspected (720)

**995.81 (T76.11XA)**   Initial encounter

**995.81 (T76.11XD)**   Subsequent encounter

Other Circumstances Related to Spouse or Partner Violence, Physical (720)

**V61.11 (Z69.11)**   Encounter for mental health services for victim of spouse or partner violence, physical

DSM-5 Classification                                                                                                  xxxvii

**V15.41 (Z91.410)**    Personal history (past history) of spouse or partner violence, physical
**V61.12 (Z69.12)**    Encounter for mental health services for perpetrator of spouse or partner violence, physical

### Spouse or Partner Violence, Sexual (720)

Spouse or Partner Violence, Sexual, Confirmed (720)
**995.83 (T74.21XA)**    Initial encounter
**995.83 (T74.21XD)**    Subsequent encounter

Spouse or Partner Violence, Sexual, Suspected (720)
**995.83 (T76.21XA)**    Initial encounter
**995.83 (T76.21XD)**    Subsequent encounter

Other Circumstances Related to Spouse or Partner Violence, Sexual (720)
**V61.11 (Z69.81)**    Encounter for mental health services for victim of spouse or partner violence, sexual
**V15.41 (Z91.410)**    Personal history (past history) of spouse or partner violence, sexual
**V61.12 (Z69.12)**    Encounter for mental health services for perpetrator of spouse or partner violence, sexual

### Spouse or Partner, Neglect (721)

Spouse or Partner Neglect, Confirmed (721)
**995.85 (T74.01XA)**    Initial encounter
**995.85 (T74.01XD)**    Subsequent encounter

Spouse or Partner Neglect, Suspected (721)
**995.85 (T76.01XA)**    Initial encounter
**995.85 (T76.01XD)**    Subsequent encounter

Other Circumstances Related to Spouse or Partner Neglect (721)
**V61.11 (Z69.11)**    Encounter for mental health services for victim of spouse or partner neglect
**V15.42 (Z91.412)**    Personal history (past history) of spouse or partner neglect
**V61.12 (Z69.12)**    Encounter for mental health services for perpetrator of spouse or partner neglect

### Spouse or Partner Abuse, Psychological (721)

Spouse or Partner Abuse, Psychological, Confirmed (721)
**995.82 (T74.31XA)**    Initial encounter
**995.82 (T74.31XD)**    Subsequent encounter

Spouse or Partner Abuse, Psychological, Suspected (721)
**995.82 (T76.31XA)**    Initial encounter
**995.82 (T76.31XD)**    Subsequent encounter

Other Circumstances Related to Spouse or Partner Abuse, Psychological (721)
**V61.11 (Z69.11)**    Encounter for mental health services for victim of spouse or partner psychological abuse

**V15.42 (Z91.411)**    Personal history (past history) of spouse or partner
    psychological abuse

**V61.12 (Z69.12)**    Encounter for mental health services for perpetrator of spouse
    or partner psychological abuse

**Adult Abuse by Nonspouse or Nonpartner (722)**

Adult Physical Abuse by Nonspouse or Nonpartner, Confirmed (722)

**995.81 (T74.11XA)**    Initial encounter

**995.81 (T74.11XD)**    Subsequent encounter

Adult Physical Abuse by Nonspouse or Nonpartner, Suspected (722)

**995.81 (T76.11XA)**    Initial encounter

**995.81 (T76.11XD)**    Subsequent encounter

Adult Sexual Abuse by Nonspouse or Nonpartner, Confirmed (722)

**995.83 (T74.21XA)**    Initial encounter

**995.83 (T74.21XD)**    Subsequent encounter

Adult Sexual Abuse by Nonspouse or Nonpartner, Suspected (722)

**995.83 (T76.21XA)**    Initial encounter

**995.83 (T76.21XD)**    Subsequent encounter

Adult Psychological Abuse by Nonspouse or Nonpartner, Confirmed (722)

**995.82 (T74.31XA)**    Initial encounter

**995.82 (T74.31XD)**    Subsequent encounter

Adult Psychological Abuse by Nonspouse or Nonpartner, Suspected (722)

**995.82 (T76.31XA)**    Initial encounter

**995.82 (T76.31XD)**    Subsequent encounter

Other Circumstances Related to Adult Abuse by Nonspouse or Nonpartner (722)

**V65.49 (Z69.81)**    Encounter for mental health services for victim of nonspousal
    adult abuse

**V62.83 (Z69.82)**    Encounter for mental health services for perpetrator of
    nonspousal adult abuse

## Educational and Occupational Problems (723)

Educational Problems (723)

**V62.3 (Z55.9)**    Academic or Educational Problem (723)

Occupational Problems (723)

**V62.21 (Z56.82)**    Problem Related to Current Military Deployment Status (723)

**V62.29 (Z56.9)**    Other Problem Related to Employment (723)

## Housing and Economic Problems (723)

Housing Problems (723)

**V60.0 (Z59.0)**    Homelessness (723)

**V60.1 (Z59.1)**    Inadequate Housing (723)

**V60.89 (Z59.2)**   Discord With Neighbor, Lodger, or Landlord (723)

**V60.6   (Z59.3)**   Problem Related to Living in a Residential Institution (724)

Economic Problems (724)

**V60.2   (Z59.4)**   Lack of Adequate Food or Safe Drinking Water (724)

**V60.2   (Z59.5)**   Extreme Poverty (724)

**V60.2   (Z59.6)**   Low Income (724)

**V60.2   (Z59.7)**   Insufficient Social Insurance or Welfare Support (724)

**V60.9   (Z59.9)**   Unspecified Housing or Economic Problem (724)

## Other Problems Related to the Social Environment (724)

**V62.89 (Z60.0)**   Phase of Life Problem (724)

**V60.3   (Z60.2)**   Problem Related to Living Alone (724)

**V62.4   (Z60.3)**   Acculturation Difficulty (724)

**V62.4   (Z60.4)**   Social Exclusion or Rejection (724)

**V62.4   (Z60.5)**   Target of (Perceived) Adverse Discrimination or Persecution (724)

**V62.9   (Z60.9)**   Unspecified Problem Related to Social Environment (725)

## Problems Related to Crime or Interaction With the Legal System (725)

**V62.89 (Z65.4)**   Victim of Crime (725)

**V62.5   (Z65.0)**   Conviction in Civil or Criminal Proceedings Without Imprisonment (725)

**V62.5   (Z65.1)**   Imprisonment or Other Incarceration (725)

**V62.5   (Z65.2)**   Problems Related to Release From Prison (725)

**V62.5   (Z65.3)**   Problems Related to Other Legal Circumstances (725)

## Other Health Service Encounters for Counseling and Medical Advice (725)

**V65.49 (Z70.9)**   Sex Counseling (725)

**V65.40 (Z71.9)**   Other Counseling or Consultation (725)

## Problems Related to Other Psychosocial, Personal, and Environmental Circumstances (725)

**V62.89 (Z65.8)**   Religious or Spiritual Problem (725)

**V61.7   (Z64.0)**   Problems Related to Unwanted Pregnancy (725)

**V61.5   (Z64.1)**   Problems Related to Multiparity (725)

**V62.89 (Z64.4)**   Discord With Social Service Provider, Including Probation Officer, Case Manager, or Social Services Worker (725)

**V62.89 (Z65.4)**   Victim of Terrorism or Torture (725)

**V62.22 (Z65.5)**   Exposure to Disaster, War, or Other Hostilities (725)

**V62.89 (Z65.8)**   Other Problem Related to Psychosocial Circumstances (725)

**V62.9   (Z65.9)**   Unspecified Problem Related to Unspecified Psychosocial Circumstances (725)

*Other Circumstances of Personal History* (726)

**V15.49 (Z91.49)**     Other Personal History of Psychological Trauma (726)

**V15.59 (Z91.5)**     Personal History of Self-Harm (726)

**V62.22 (Z91.82)**     Personal History of Military Deployment (726)

**V15.89 (Z91.89)**     Other Personal Risk Factors (726)

**V69.9 (Z72.9)**     Problem Related to Lifestyle (726)

**V71.01 (Z72.811)**     Adult Antisocial Behavior (726)

**V71.02 (Z72.810)**     Child or Adolescent Antisocial Behavior (726)

Problems Related to Access to Medical and Other Health Care (726)

**V63.9 (Z75.3)**     Unavailability or Inaccessibility of Health Care Facilities (726)

**V63.8 (Z75.4)**     Unavailability or Inaccessibility of Other Helping Agencies (726)

Nonadherence to Medical Treatment (726)

**V15.81 (Z91.19)**     Nonadherence to Medical Treatment (726)

**278.00 (E66.9)**     Overweight or Obesity (726)

**V65.2 (Z76.5)**     Malingering (726)

**V40.31 (Z91.83)**     Wandering Associated With a Mental Disorder (727)

**V62.89 (R41.83)**     Borderline Intellectual Functioning (727)

Case 6:21-cv-00808-WWB-EJK   Document 78-1   Filed 09/01/22   Page 31 of 71 PageID 1237

# Posttraumatic Stress Disorder

**309.81 (F43.10)**

## Diagnostic Criteria

### Posttraumatic Stress Disorder

**Note:** The following criteria apply to adults, adolescents, and children older than 6 years. For children 6 years and younger, see corresponding criteria below.

A. Exposure to actual or threatened death, serious injury, or sexual violence in one (or more) of the following ways:

1. Directly experiencing the traumatic event(s).
2. Witnessing, in person, the event(s) as it occurred to others.
3. Learning that the traumatic event(s) occurred to a close family member or close friend. In cases of actual or threatened death of a family member or friend, the event(s) must have been violent or accidental.
4. Experiencing repeated or extreme exposure to aversive details of the traumatic event(s) (e.g., first responders collecting human remains; police officers repeatedly exposed to details of child abuse).

   **Note:** Criterion A4 does not apply to exposure through electronic media, television, movies, or pictures, unless this exposure is work related.

B. Presence of one (or more) of the following intrusion symptoms associated with the traumatic event(s), beginning after the traumatic event(s) occurred:

1. Recurrent, involuntary, and intrusive distressing memories of the traumatic event(s).

   **Note:** In children older than 6 years, repetitive play may occur in which themes or aspects of the traumatic event(s) are expressed.
2. Recurrent distressing dreams in which the content and/or affect of the dream are related to the traumatic event(s).

   **Note:** In children, there may be frightening dreams without recognizable content.
3. Dissociative reactions (e.g., flashbacks) in which the individual feels or acts as if the traumatic event(s) were recurring. (Such reactions may occur on a continuum, with the most extreme expression being a complete loss of awareness of present surroundings.)

   **Note:** In children, trauma-specific reenactment may occur in play.
4. Intense or prolonged psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event(s).
5. Marked physiological reactions to internal or external cues that symbolize or resemble an aspect of the traumatic event(s).

C. Persistent avoidance of stimuli associated with the traumatic event(s), beginning after the traumatic event(s) occurred, as evidenced by one or both of the following:

1. Avoidance of or efforts to avoid distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s).
2. Avoidance of or efforts to avoid external reminders (people, places, conversations, activities, objects, situations) that arouse distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s).

D. Negative alterations in cognitions and mood associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following:

1. Inability to remember an important aspect of the traumatic event(s) (typically due to dissociative amnesia and not to other factors such as head injury, alcohol, or drugs).

2. Persistent and exaggerated negative beliefs or expectations about oneself, others, or the world (e.g., "I am bad," "No one can be trusted," "The world is completely dangerous," "My whole nervous system is permanently ruined").

3. Persistent, distorted cognitions about the cause or consequences of the traumatic event(s) that lead the individual to blame himself/herself or others.

4. Persistent negative emotional state (e.g., fear, horror, anger, guilt, or shame).

5. Markedly diminished interest or participation in significant activities.

6. Feelings of detachment or estrangement from others.

7. Persistent inability to experience positive emotions (e.g., inability to experience happiness, satisfaction, or loving feelings).

E. Marked alterations in arousal and reactivity associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following:

1. Irritable behavior and angry outbursts (with little or no provocation) typically expressed as verbal or physical aggression toward people or objects.

2. Reckless or self-destructive behavior.

3. Hypervigilance.

4. Exaggerated startle response.

5. Problems with concentration.

6. Sleep disturbance (e.g., difficulty falling or staying asleep or restless sleep).

F. Duration of the disturbance (Criteria B, C, D, and E) is more than 1 month.

G. The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

H. The disturbance is not attributable to the physiological effects of a substance (e.g., medication, alcohol) or another medical condition.

*Specify* whether:

**With dissociative symptoms:** The individual's symptoms meet the criteria for posttraumatic stress disorder, and in addition, in response to the stressor, the individual experiences persistent or recurrent symptoms of either of the following:

1. **Depersonalization:** Persistent or recurrent experiences of feeling detached from, and as if one were an outside observer of, one's mental processes or body (e.g., feeling as though one were in a dream; feeling a sense of unreality of self or body or of time moving slowly).

2. **Derealization:** Persistent or recurrent experiences of unreality of surroundings (e.g., the world around the individual is experienced as unreal, dreamlike, distant, or distorted).

**Note:** To use this subtype, the dissociative symptoms must not be attributable to the physiological effects of a substance (e.g., blackouts, behavior during alcohol intoxication) or another medical condition (e.g., complex partial seizures).

*Specify* if:

**With delayed expression:** If the full diagnostic criteria are not met until at least 6 months after the event (although the onset and expression of some symptoms may be immediate).

## Posttraumatic Stress Disorder for Children 6 Years and Younger

A. In children 6 years and younger, exposure to actual or threatened death, serious injury, or sexual violence in one (or more) of the following ways:

1. Directly experiencing the traumatic event(s).

2. Witnessing, in person, the event(s) as it occurred to others, especially primary caregivers.

**Note:** Witnessing does not include events that are witnessed only in electronic media, television, movies, or pictures.

3. Learning that the traumatic event(s) occurred to a parent or caregiving figure.

B. Presence of one (or more) of the following intrusion symptoms associated with the traumatic event(s), beginning after the traumatic event(s) occurred:

1. Recurrent, involuntary, and intrusive distressing memories of the traumatic event(s).

**Note:** Spontaneous and intrusive memories may not necessarily appear distressing and may be expressed as play reenactment.

2. Recurrent distressing dreams in which the content and/or affect of the dream are related to the traumatic event(s).

**Note:** It may not be possible to ascertain that the frightening content is related to the traumatic event.

3. Dissociative reactions (e.g., flashbacks) in which the child feels or acts as if the traumatic event(s) were recurring. (Such reactions may occur on a continuum, with the most extreme expression being a complete loss of awareness of present surroundings.) Such trauma-specific reenactment may occur in play.

4. Intense or prolonged psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event(s).

5. Marked physiological reactions to reminders of the traumatic event(s).

C. One (or more) of the following symptoms, representing either persistent avoidance of stimuli associated with the traumatic event(s) or negative alterations in cognitions and mood associated with the traumatic event(s), must be present, beginning after the event(s) or worsening after the event(s):

**Persistent Avoidance of Stimuli**

1. Avoidance of or efforts to avoid activities, places, or physical reminders that arouse recollections of the traumatic event(s).

2. Avoidance of or efforts to avoid people, conversations, or interpersonal situations that arouse recollections of the traumatic event(s).

**Negative Alterations in Cognitions**

3. Substantially increased frequency of negative emotional states (e.g., fear, guilt, sadness, shame, confusion).

4. Markedly diminished interest or participation in significant activities, including constriction of play.

5. Socially withdrawn behavior.

6. Persistent reduction in expression of positive emotions.

D. Alterations in arousal and reactivity associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following:

1. Irritable behavior and angry outbursts (with little or no provocation) typically expressed as verbal or physical aggression toward people or objects (including extreme temper tantrums).

2. Hypervigilance.

3. Exaggerated startle response.

4. Problems with concentration.

5. Sleep disturbance (e.g., difficulty falling or staying asleep or restless sleep).

E. The duration of the disturbance is more than 1 month.

F. The disturbance causes clinically significant distress or impairment in relationships with parents, siblings, peers, or other caregivers or with school behavior.

G. The disturbance is not attributable to the physiological effects of a substance (e.g., medication or alcohol) or another medical condition.

*Specify* whether:

**With dissociative symptoms:** The individual's symptoms meet the criteria for posttraumatic stress disorder, and the individual experiences persistent or recurrent symptoms of either of the following:

1. **Depersonalization:** Persistent or recurrent experiences of feeling detached from, and as if one were an outside observer of, one's mental processes or body (e.g., feeling as though one were in a dream; feeling a sense of unreality of self or body or of time moving slowly).

2. **Derealization:** Persistent or recurrent experiences of unreality of surroundings (e.g., the world around the individual is experienced as unreal, dreamlike, distant, or distorted).

**Note:** To use this subtype, the dissociative symptoms must not be attributable to the physiological effects of a substance (e.g., blackouts) or another medical condition (e.g., complex partial seizures).

*Specify* if:

**With delayed expression:** If the full diagnostic criteria are not met until at least 6 months after the event (although the onset and expression of some symptoms may be immediate).

## Diagnostic Features

The essential feature of posttraumatic stress disorder (PTSD) is the development of characteristic symptoms following exposure to one or more traumatic events. Emotional reactions to the traumatic event (e.g., fear, helplessness, horror) are no longer a part of Criterion A. The clinical presentation of PTSD varies. In some individuals, fear-based re-experiencing, emotional, and behavioral symptoms may predominate. In others, anhedonic or dysphoric mood states and negative cognitions may be most distressing. In some other individuals, arousal and reactive-externalizing symptoms are prominent, while in others, dissociative symptoms predominate. Finally, some individuals exhibit combinations of these symptom patterns.

The directly experienced traumatic events in Criterion A include, but are not limited to, exposure to war as a combatant or civilian, threatened or actual physical assault (e.g., physical attack, robbery, mugging, childhood physical abuse), threatened or actual sexual violence (e.g., forced sexual penetration, alcohol/drug-facilitated sexual penetration, abusive sexual contact, noncontact sexual abuse, sexual trafficking), being kidnapped, being taken hostage, terrorist attack, torture, incarceration as a prisoner of war, natural or human-made disasters, and severe motor vehicle accidents. For children, sexually violent events may include developmentally inappropriate sexual experiences without physical violence or injury. A life-threatening illness or debilitating medical condition is not necessarily considered a traumatic event. Medical incidents that qualify as traumatic events involve sudden, catastrophic events (e.g., waking during surgery, anaphylactic shock). Witnessed events include, but are not limited to, observing threatened or serious injury, unnatural death, physical or sexual abuse of another person due to violent assault, domestic violence, accident, war or disaster, or a medical catastrophe in one's child (e.g., a life-threatening hemorrhage). Indirect exposure through learning about an event is limited to experiences affecting close relatives or friends and experiences that are violent or accidental (e.g., death due to natural causes does not qualify). Such events include violent per-

Case 6:21-cv-00808-WWB-EJK   Document 78-1   Filed 09/01/22   Page 35 of 71 PageID 1241

sonal assault, suicide, serious accident, and serious injury. The disorder may be especially severe or long-lasting when the stressor is interpersonal and intentional (e.g., torture, sexual violence).

The traumatic event can be reexperienced in various ways. Commonly, the individual has recurrent, involuntary, and intrusive recollections of the event (Criterion B1). Intrusive recollections in PTSD are distinguished from depressive rumination in that they apply only to involuntary and intrusive distressing memories. The emphasis is on recurrent memories of the event that usually include sensory, emotional, or physiological behavioral components. A common reexperiencing symptom is distressing dreams that replay the event itself or that are representative or thematically related to the major threats involved in the traumatic event (Criterion B2). The individual may experience dissociative states that last from a few seconds to several hours or even days, during which components of the event are relived and the individual behaves as if the event were occurring at that moment (Criterion B3). Such events occur on a continuum from brief visual or other sensory intrusions about part of the traumatic event without loss of reality orientation, to complete loss of awareness of present surroundings. These episodes, often referred to as "flashbacks," are typically brief but can be associated with prolonged distress and heightened arousal. For young children, reenactment of events related to trauma may appear in play or in dissociative states. Intense psychological distress (Criterion B4) or physiological reactivity (Criterion B5) often occurs when the individual is exposed to triggering events that resemble or symbolize an aspect of the traumatic event (e.g., windy days after a hurricane; seeing someone who resembles one's perpetrator). The triggering cue could be a physical sensation (e.g., dizziness for survivors of head trauma; rapid heartbeat for a previously traumatized child), particularly for individuals with highly somatic presentations.

Stimuli associated with the trauma are persistently (e.g., always or almost always) avoided. The individual commonly makes deliberate efforts to avoid thoughts, memories, feelings, or talking about the traumatic event (e.g., utilizing distraction techniques to avoid internal reminders) (Criterion C1) and to avoid activities, objects, situations, or people who arouse recollections of it (Criterion C2).

Negative alterations in cognitions or mood associated with the event begin or worsen after exposure to the event. These negative alterations can take various forms, including an inability to remember an important aspect of the traumatic event; such amnesia is typically due to dissociative amnesia and is not due to head injury, alcohol, or drugs (Criterion D1). Another form is persistent (i.e., always or almost always) and exaggerated negative expectations regarding important aspects of life applied to oneself, others, or the future (e.g., "I have always had bad judgment"; "People in authority can't be trusted") that may manifest as a negative change in perceived identity since the trauma (e.g., "I can't trust anyone ever again"; Criterion D2). Individuals with PTSD may have persistent erroneous cognitions about the causes of the traumatic event that lead them to blame themselves or others (e.g., "It's all my fault that my uncle abused me") (Criterion D3). A persistent negative mood state (e.g., fear, horror, anger, guilt, shame) either began or worsened after exposure to the event (Criterion D4). The individual may experience markedly diminished interest or participation in previously enjoyed activities (Criterion D5), feeling detached or estranged from other people (Criterion D6), or a persistent inability to feel positive emotions (especially happiness, joy, satisfaction, or emotions associated with intimacy, tenderness, and sexuality) (Criterion D7).

Individuals with PTSD may be quick tempered and may even engage in aggressive verbal and/or physical behavior with little or no provocation (e.g., yelling at people, getting into fights, destroying objects) (Criterion E1). They may also engage in reckless or self-destructive behavior such as dangerous driving, excessive alcohol or drug use, or self-injurious or suicidal behavior (Criterion E2). PTSD is often characterized by a heightened sensitivity to potential threats, including those that are related to the traumatic experience (e.g., following a motor vehicle accident, being especially sensitive to the threat potentially

caused by cars or trucks) and those not related to the traumatic event (e.g., being fearful of suffering a heart attack) (Criterion E3). Individuals with PTSD may be very reactive to unexpected stimuli, displaying a heightened startle response, or jumpiness, to loud noises or unexpected movements (e.g., jumping markedly in response to a telephone ringing) (Criterion E4). Concentration difficulties, including difficulty remembering daily events (e.g., forgetting one's telephone number) or attending to focused tasks (e.g., following a conversation for a sustained period of time), are commonly reported (Criterion E5). Problems with sleep onset and maintenance are common and may be associated with nightmares and safety concerns or with generalized elevated arousal that interferes with adequate sleep (Criterion E6). Some individuals also experience persistent dissociative symptoms of detachment from their bodies (depersonalization) or the world around them (derealization); this is reflected in the "with dissociative symptoms" specifier.

## Associated Features Supporting Diagnosis

Developmental regression, such as loss of language in young children, may occur. Auditory pseudo-hallucinations, such as having the sensory experience of hearing one's thoughts spoken in one or more different voices, as well as paranoid ideation, can be present. Following prolonged, repeated, and severe traumatic events (e.g., childhood abuse, torture), the individual may additionally experience difficulties in regulating emotions or maintaining stable interpersonal relationships, or dissociative symptoms. When the traumatic event produces violent death, symptoms of both problematic bereavement and PTSD may be present.

## Prevalence

In the United States, projected lifetime risk for PTSD using DSM-IV criteria at age 75 years is 8.7%. Twelve-month prevalence among U.S. adults is about 3.5%. Lower estimates are seen in Europe and most Asian, African, and Latin American countries, clustering around 0.5%–1.0%. Although different groups have different levels of exposure to traumatic events, the conditional probability of developing PTSD following a similar level of exposure may also vary across cultural groups. Rates of PTSD are higher among veterans and others whose vocation increases the risk of traumatic exposure (e.g., police, firefighters, emergency medical personnel). Highest rates (ranging from one-third to more than one-half of those exposed) are found among survivors of rape, military combat and captivity, and ethnically or politically motivated internment and genocide. The prevalence of PTSD may vary across development; children and adolescents, including preschool children, generally have displayed lower prevalence following exposure to serious traumatic events; however, this may be because previous criteria were insufficiently developmentally informed. The prevalence of full-threshold PTSD also appears to be lower among older adults compared with the general population; there is evidence that subthreshold presentations are more common than full PTSD in later life and that these symptoms are associated with substantial clinical impairment. Compared with U.S. non-Latino whites, higher rates of PTSD have been reported among U.S. Latinos, African Americans, and American Indians, and lower rates have been reported among Asian Americans, after adjustment for traumatic exposure and demographic variables.

## Development and Course

PTSD can occur at any age, beginning after the first year of life. Symptoms usually begin within the first 3 months after the trauma, although there may be a delay of months, or even years, before criteria for the diagnosis are met. There is abundant evidence for what DSM-IV called "delayed onset" but is now called "delayed expression," with the recognition that some symptoms typically appear immediately and that the delay is in meeting full criteria.

Case 6-31-cv-00808-WWB-EJK   Document 78-1   Filed 09/01/22   Page 36 of 71 PageID 1242

Postraumatic Stress Disorder

Frequently, an individual's reaction to a trauma initially meets criteria for acute stress disorder in the immediate aftermath of the trauma. The symptoms of PTSD and the relative predominance of different symptoms may vary over time. Duration of the symptoms also varies, with complete recovery within 3 months occurring in approximately one-half of adults, while some individuals remain symptomatic for longer than 12 months and sometimes for more than 50 years. Symptom recurrence and intensification may occur in response to reminders of the original trauma, ongoing life stressors, or newly experienced traumatic events. For older individuals, declining health, worsening cognitive functioning, and social isolation may exacerbate PTSD symptoms.

The clinical expression of reexperiencing can vary across development. Young children may report new onset of frightening dreams without content specific to the traumatic event. Before age 6 years (see criteria for preschool subtype), young children are more likely to express reexperiencing symptoms through play that refers directly or symbolically to the trauma. They may not manifest fearful reactions at the time of the exposure or during reexperiencing. Parents may report a wide range of emotional or behavioral changes in young children. Children may focus on imagined interventions in their play or storytelling. In addition to avoidance, children may become preoccupied with reminders. Because of young children's limitations in expressing thoughts or labeling emotions, negative alterations in mood or cognition tend to involve primarily mood changes. Children may experience co-occurring traumas (e.g., physical abuse, witnessing domestic violence) and in chronic circumstances may not be able to identify onset of symptomatology. Avoidant behavior may be associated with restricted play or exploratory behavior in young children; reduced participation in new activities in school-age children; or reluctance to pursue developmental opportunities in adolescents (e.g., dating, driving). Older children and adolescents may judge themselves as cowardly. Adolescents may harbor beliefs of being changed in ways that make them socially undesirable and estrange them from peers (e.g., "Now I'll never fit in") and lose aspirations for the future. Irritable or aggressive behavior in children and adolescents can interfere with peer relationships and school behavior. Reckless behavior may lead to accidental injury to self or others, thrill-seeking, or high-risk behaviors. Individuals who continue to experience PTSD into older adulthood may express fewer symptoms of hyperarousal, avoidance, and negative cognitions and mood compared with younger adults with PTSD, although adults exposed to traumatic events during later life may display more avoidance, hyperarousal, sleep problems, and crying spells than do younger adults exposed to the same traumatic events. In older individuals, the disorder is associated with negative health perceptions, primary care utilization, and suicidal ideation.

## Risk and Prognostic Factors

Risk (and protective) factors are generally divided into pretraumatic, peritraumatic, and posttraumatic factors.

### Pretraumatic factors

**Temperamental.**   These include childhood emotional problems by age 6 years (e.g., prior traumatic exposure, externalizing or anxiety problems) and prior mental disorders (e.g., panic disorder, depressive disorder, PTSD, or obsessive-compulsive disorder [OCD]).

**Environmental.**   These include lower socioeconomic status; lower education; exposure to prior trauma (especially during childhood); childhood adversity (e.g., economic deprivation, family dysfunction, parental separation or death); cultural characteristics (e.g., fatalistic or self-blaming coping strategies); lower intelligence; minority racial/ethnic status; and a family psychiatric history. Social support prior to event exposure is protective.

**Genetic and physiological.**   These include female gender and younger age at the time of trauma exposure (for adults). Certain genotypes may either be protective or increase risk of PTSD after exposure to traumatic events.

### Peritraumatic factors

**Environmental.** These include severity (dose) of the trauma (the greater the magnitude of trauma, the greater the likelihood of PTSD), perceived life threat, personal injury, interpersonal violence (particularly trauma perpetrated by a caregiver or involving a witnessed threat to a caregiver in children), and, for military personnel, being a perpetrator, witnessing atrocities, or killing the enemy. Finally, dissociation that occurs during the trauma and persists afterward is a risk factor.

### Posttraumatic factors

**Temperamental.** These include negative appraisals, inappropriate coping strategies, and development of acute stress disorder.

**Environmental.** These include subsequent exposure to repeated upsetting reminders, subsequent adverse life events, and financial or other trauma-related losses. Social support (including family stability, for children) is a protective factor that moderates outcome after trauma.

## Culture-Related Diagnostic Issues

The risk of onset and severity of PTSD may differ across cultural groups as a result of variation in the type of traumatic exposure (e.g., genocide), the impact on disorder severity of the meaning attributed to the traumatic event (e.g., inability to perform funerary rites after a mass killing), the ongoing sociocultural context (e.g., residing among unpunished perpetrators in postconflict settings), and other cultural factors (e.g., acculturative stress in immigrants). The relative risk for PTSD of particular exposures (e.g., religious persecution) may vary across cultural groups. The clinical expression of the symptoms or symptom clusters of PTSD may vary culturally, particularly with respect to avoidance and numbing symptoms, distressing dreams, and somatic symptoms (e.g., dizziness, shortness of breath, heat sensations).

Cultural syndromes and idioms of distress influence the expression of PTSD and the range of comorbid disorders in different cultures by providing behavioral and cognitive templates that link traumatic exposures to specific symptoms. For example, panic attack symptoms may be salient in PTSD among Cambodians and Latin Americans because of the association of traumatic exposure with panic-like *khyâl* attacks and *ataque de nervios*. Comprehensive evaluation of local expressions of PTSD should include assessment of cultural concepts of distress (see the chapter "Cultural Formulation" in Section III).

## Gender-Related Diagnostic Issues

PTSD is more prevalent among females than among males across the lifespan. Females in the general population experience PTSD for a longer duration than do males. At least some of the increased risk for PTSD in females appears to be attributable to a greater likelihood of exposure to traumatic events, such as rape, and other forms of interpersonal violence. Within populations exposed specifically to such stressors, gender differences in risk for PTSD are attenuated or nonsignificant.

## Suicide Risk

Traumatic events such as childhood abuse increase a person's suicide risk. PTSD is associated with suicidal ideation and suicide attempts, and presence of the disorder may indicate which individuals with ideation eventually make a suicide plan or actually attempt suicide.

## Functional Consequences of Posttraumatic Stress Disorder

PTSD is associated with high levels of social, occupational, and physical disability, as well as considerable economic costs and high levels of medical utilization. Impaired functi

Case 6:21-cv-00808-WWB-EJK   Document 78-1   Filed 09/01/22   Page 39 of 71 PageID 1245

ing is exhibited across social, interpersonal, developmental, educational, physical health, and occupational domains. In community and veteran samples, PTSD is associated with poor social and family relationships, absenteeism from work, lower income, and lower educational and occupational success.

## Differential Diagnosis

**Adjustment disorders.**   In adjustment disorders, the stressor can be of any severity or type rather than that required by PTSD Criterion A. The diagnosis of an adjustment disorder is used when the response to a stressor that meets PTSD Criterion A does not meet all other PTSD criteria (or criteria for another mental disorder). An adjustment disorder is also diagnosed when the symptom pattern of PTSD occurs in response to a stressor that does not meet PTSD Criterion A (e.g., spouse leaving, being fired).

**Other posttraumatic disorders and conditions.**   Not all psychopathology that occurs in individuals exposed to an extreme stressor should necessarily be attributed to PTSD. The diagnosis requires that trauma exposure precede the onset or exacerbation of pertinent symptoms. Moreover, if the symptom response pattern to the extreme stressor meets criteria for another mental disorder, these diagnoses should be given instead of, or in addition to, PTSD. Other diagnoses and conditions are excluded if they are better explained by PTSD (e.g., symptoms of panic disorder that occur only after exposure to traumatic reminders). If severe, symptom response patterns to the extreme stressor may warrant a separate diagnosis (e.g., dissociative amnesia).

**Acute stress disorder.**   Acute stress disorder is distinguished from PTSD because the symptom pattern in acute stress disorder is restricted to a duration of 3 days to 1 month following exposure to the traumatic event.

**Anxiety disorders and obsessive-compulsive disorder.**   In OCD, there are recurrent intrusive thoughts, but these meet the definition of an obsession. In addition, the intrusive thoughts are not related to an experienced traumatic event, compulsions are usually present, and other symptoms of PTSD or acute stress disorder are typically absent. Neither the arousal and dissociative symptoms of panic disorder nor the avoidance, irritability, and anxiety of generalized anxiety disorder are associated with a specific traumatic event. The symptoms of separation anxiety disorder are clearly related to separation from home or family, rather than to a traumatic event.

**Major depressive disorder.**   Major depression may or may not be preceded by a traumatic event and should be diagnosed if other PTSD symptoms are absent. Specifically, major depressive disorder does not include any PTSD Criterion B or C symptoms. Nor does it include a number of symptoms from PTSD Criterion D or E.

**Personality disorders.**   Interpersonal difficulties that had their onset, or were greatly exacerbated, after exposure to a traumatic event may be an indication of PTSD, rather than a personality disorder, in which such difficulties would be expected independently of any traumatic exposure.

**Dissociative disorders.**   Dissociative amnesia, dissociative identity disorder, and depersonalization-derealization disorder may or may not be preceded by exposure to a traumatic event or may or may not have co-occurring PTSD symptoms. When full PTSD criteria are also met, however, the PTSD "with dissociative symptoms" subtype should be considered.

**Conversion disorder (functional neurological symptom disorder).**   New onset of somatic symptoms within the context of posttraumatic distress might be an indication of PTSD rather than conversion disorder (functional neurological symptom disorder).

**Psychotic disorders.**   Flashbacks in PTSD must be distinguished from illusions, hallucinations, and other perceptual disturbances that may occur in schizophrenia, brief psychotic disorder, and other psychotic disorders; depressive and bipolar disorders with

psychotic features; delirium; substance/medication-induced disorders; and psychotic disorders due to another medical condition.

**Traumatic brain injury.**   When a brain injury occurs in the context of a traumatic event (e.g., traumatic accident, bomb blast, acceleration/deceleration trauma), symptoms of PTSD may appear. An event causing head trauma may also constitute a psychological traumatic event, and traumatic brain injury (TBI)–related neurocognitive symptoms are not mutually exclusive and may occur concurrently. Symptoms previously termed *postconcussive* (e.g., headaches, dizziness, sensitivity to light or sound, irritability, concentration deficits) can occur in brain-injured and non-brain-injured populations, including individuals with PTSD. Because symptoms of PTSD and TBI-related neurocognitive symptoms can overlap, a differential diagnosis between PTSD and neurocognitive disorder symptoms attributable to TBI may be possible based on the presence of symptoms that are distinctive to each presentation. Whereas reexperiencing and avoidance are characteristic of PTSD and not the effects of TBI, persistent disorientation and confusion are more specific to TBI (neurocognitive effects) than to PTSD.

## Comorbidity

Individuals with PTSD are 80% more likely than those without PTSD to have symptoms that meet diagnostic criteria for at least one other mental disorder (e.g., depressive, bipolar, anxiety, or substance use disorders). Comorbid substance use disorder and conduct disorder are more common among males than among females. Among U.S. military personnel and combat veterans who have been deployed to recent wars in Afghanistan and Iraq, co-occurrence of PTSD and mild TBI is 48%. Although most young children with PTSD also have at least one other diagnosis, the patterns of comorbidity are different than in adults, with oppositional defiant disorder and separation anxiety disorder predominating. Finally, there is considerable comorbidity between PTSD and major neurocognitive disorder and some overlapping symptoms between these disorders.

# Acute Stress Disorder

**308.3 (F43.0)**

## Diagnostic Criteria

A. Exposure to actual or threatened death, serious injury, or sexual violation in one (or more) of the following ways:

1. Directly experiencing the traumatic event(s).
2. Witnessing, in person, the event(s) as it occurred to others.
3. Learning that the event(s) occurred to a close family member or close friend. **Note:** In cases of actual or threatened death of a family member or friend, the event(s) must have been violent or accidental.
4. Experiencing repeated or extreme exposure to aversive details of the traumatic event(s) (e.g., first responders collecting human remains, police officers repeatedly exposed to details of child abuse).

   **Note:** This does not apply to exposure through electronic media, television, movies, or pictures, unless this exposure is work related.

B. Presence of nine (or more) of the following symptoms from any of the five categories of intrusion, negative mood, dissociation, avoidance, and arousal, beginning or worsening after the traumatic event(s) occurred:

**Intrusion Symptoms**

1. Recurrent, involuntary, and intrusive distressing memories of the traumatic event(s). **Note:** In children, repetitive play may occur in which themes or aspects of the traumatic event(s) are expressed.

# Index

Page numbers printed in **boldface type** refer to tables.

Abuse and neglect, 22, 717–722
    adult maltreatment and neglect problems, 720–722
    child maltreatment and neglect problems, 717–719
Access to medical and other health care, problems related to, 726
Acute dissociative reactions to stressful events, 306–307
Acute stress disorder, 265, 280–286
    associated features supporting diagnosis of, 283–284
    culture-related diagnostic issues in, 285
    development and course of, 284
    diagnostic criteria for, 280–281
    diagnostic features of, 281–283
    differential diagnosis of, 285–286
    functional consequences of, 285
    gender-related diagnostic issues in, 285
    prevalence of, 284
    risk and prognostic factors for, 284–285
Addiction. *See* Substance-related and addictive disorders
ADHD. *See* Attention-deficit/hyperactivity disorder
Adjustment disorders, 265, 286–289
    comorbidity with, 289
    culture-related diagnostic issues in, 288
    development and course of, 287
    diagnostic criteria for, 286–287
    diagnostic features of, 287
    differential diagnosis of, 288–289
    functional consequences of, 288
    prevalence of, 287
    risk and prognostic factors for, 288
Adjustment-like disorders, 289
Adult maltreatment and neglect problems, 720–722
    adult abuse by nonspouse or nonpartner, 722
    spouse or partner abuse, psychological, 721–722
    spouse or partner neglect, 721
    spouse or partner violence, physical, 720
    spouse or partner violence, sexual, 720

Agoraphobia, 190, 217–221
    associated features supporting diagnosis of, 219
    comorbidity with, 221
    development and course of, 219–220
    diagnostic criteria for, 217–218
    diagnostic features of, 218–219
    differential diagnosis of, 220–221
    functional consequences of, 220
    gender-related diagnostic issues in, 220
    prevalence of, 219
    risk and prognostic factors for, 220
Akathisia, medication-induced, 22
    acute, 711
    tardive, 712
Alcohol intoxication, 497–499
    associated features supporting diagnosis of, 497–498
    comorbidity with, 499
    culture-related diagnostic issues in, 498
    development and course of, 498
    diagnostic criteria for, 497
    diagnostic features of, 497
    diagnostic markers for, 499
    differential diagnosis of, 499
    functional consequences of, 499
    gender-related diagnostic issues in, 498
    prevalence of, 498
    risk and prognostic factors for, 498
Alcohol-related disorders, 481, 490–503
    alcohol intoxication, 497–499
    alcohol use disorder, 490–497
    alcohol withdrawal, 484, 499–501
    diagnoses associated with, **482**
    other alcohol-induced disorders, 502–503
        development and course of, 502–503
        features of, 502
    unspecified alcohol-related disorder, 503
Alcohol use disorder, 490–497
    associated features supporting diagnosis of, 492–493
    comorbidity with, 496–497
    culture-related diagnostic issues in, 494–495
    development and course of, 493–494

Alcohol use disorder *(continued)*
  diagnostic criteria for, 490–491
  diagnostic features of, 492
  diagnostic markers for, 495–496
  differential diagnosis of, 496
  functional consequences of, 496
  prevalence of, 493
  risk and prognostic factors for, 494
  specifiers for, 492
Alcohol withdrawal, 499–501
  associated features supporting diagnosis of, 500
  comorbidity with, 501
  development and course of, 501
  diagnostic criteria for, 499–500
  diagnostic features of, 500
  diagnostic markers for, 501
  differential diagnosis of, 501
  functional consequences of, 501
  prevalence of, 501
  risk and prognostic factors for, 501
  specifiers for, 500
Alzheimer's disease, major or mild
    neurocognitive disorder due to, 591, **603**, 611–614
  associated features supporting diagnosis of, 612
  comorbidity with, 614
  culture-related diagnostic issues in, 613
  development and course of, 612–613
  diagnostic criteria for, 611–612
  diagnostic features of, 612
  diagnostic markers for, 613
  differential diagnosis of, 614
  functional consequences of, 614
  prevalence of, 612
  risk and prognostic factors for, 613
American Psychiatric Association (APA), 5–7
Anorexia nervosa, 329, 338–345
  associated features supporting diagnosis of, 341
  atypical, 353
  comorbidity with, 344–345
  culture-related diagnostic issues in, 342
  development and course of, 341–342
  diagnostic criteria for, 338–339
  diagnostic features of, 339–340
  diagnostic markers for, 342–343
  differential diagnosis of, 344
  functional consequences of, 343
  prevalence of, 341
  risk and prognostic factors for, 342
  subtypes of, 339
  suicide risk in, 343
Antidepressant discontinuation syndrome, 22, 712–714
  comorbidity with, 714
  course and development of, 713

  diagnostic features of, 713
  differential diagnosis of, 713–714
  prevalence of, 713
Antisocial personality disorder, 461, 476, 645, 646, 659–663
  associated features supporting diagnosis of, 660–661
  culture-related diagnostic issues in, 662
  development and course of, 661
  diagnostic criteria for, 659
  diagnostic features of, 659–660
  differential diagnosis of, 662–663
  features and criteria in alternative DSM-5
      model for personality disorders, 763, 764–765
  gender-related diagnostic issues in, 662
  prevalence of, 661
  risk and prognostic factors for, 661–662
Anxiety disorder due to another medical
    condition, 190, 230–232
  associated features supporting diagnosis of, 231
  development and course of, 231
  diagnostic criteria for, 230
  diagnostic features of, 230–231
  diagnostic markers for, 231
  differential diagnosis of, 231–232
  prevalence of, 231
Anxiety disorders, 189–264
  agoraphobia, 190, 217–221
  anxiety disorder due to another medical
      condition, 190, 230–232
  generalized anxiety disorder, 190, 222–226
  highlights of changes from DSM-IV to DSM-5, 811
  other specified anxiety disorder, 233
  panic attack specifier, 214–217
  panic disorder, 190, 208–214
  selective mutism, 189, 195–197
  separation anxiety disorder, 189, 190–195
  social anxiety disorder (social phobia), 190, 202–208
  specific phobia, 189–190, 197–202
  substance/medication-induced anxiety
      disorder, 190, 226–230
  unspecified anxiety disorder, **233**
APA (American Psychiatric Association), 5–7
Assessment measures, 23–24, 733–748
  cross-cutting symptom measures, 733–741
    DSM-5 Level 1 Cross-Cutting Symptom
      Measure, 734–736, 738–741
    DSM-5 Level 2 Cross-Cutting Symptom
      Measures, 734, 735, 736, 737
    frequency of use of, 737
  severity measures, 733, 742

Clinician-Rated Dimensions of Psychosis
  Symptom Severity, 742–744
  frequency of use of, 742
  scoring and interpretation of, 742
WHO Disability Assessment Schedule
  (WHODAS), 16, 21, 734, 745–748
Ataque de nervios, 14, 211–212, 233, 833
Attention-deficit/hyperactivity disorder
  (ADHD), 11, 32, 59–66
  associated features supporting diagnosis of, 61
  comorbidity with, 65
  culture-related diagnostic issues in, 62
  development and course of, 61
  diagnostic criteria for, 59–61
  diagnostic features of, 61
  differential diagnosis of, 63–65
  functional consequences of, 63
  gender-related diagnostic issues in, 63
  medication-induced symptoms of, 65
  other specified attention-deficit/hyperactivity
    disorder, 65–66
  prevalence of, 61
  risk and prognostic factors for, 62
  unspecified attention-deficit/hyperactivity
    disorder, 66
Attenuated psychosis syndrome, 122, 783–786
  associated features supporting diagnosis of, 784
  comorbidity with, 786
  development and course of, 785
  diagnostic features of, 783–784
  differential diagnosis of, 785–786
  functional consequences of, 785
  prevalence of, 784–785
  proposed criteria for, 783
  risk and prognostic factors for, 785
Autism spectrum disorder, 31–32, 50–59
  associated features supporting diagnosis of, 55
  comorbidity with, 58–59
  culture-related diagnostic issues in, 57
  development and course of, 55–56
  diagnostic criteria for, 50–51
  diagnostic features of, 53–55
  differential diagnosis of, 57–58
  functional consequences of, 57
  gender-related diagnostic issues in, 57
  prevalence of, 55
  recording procedures for, 51
  risk and prognostic factors for, 56–57
  specifiers for, 51–53, 52
Avoidant personality disorder, 645, 646, 672–675
  associated features supporting diagnosis of,
    673–674
  culture-related diagnostic issues in, 674
  development and course of, 674
  diagnostic criteria for, 672–673

diagnostic features of, 673
differential diagnosis of, 674–675
features and criteria in alternative DSM-5
  model for personality disorders, 763,
    765–766
gender-related diagnostic issues in, 674
prevalence of, 674
Avoidant/restrictive food intake disorder, 329,
  334–338
  associated features supporting diagnosis of, 335
  comorbidity with, 338
  culture-related diagnostic issues in, 336
  development and course of, 335–336
  diagnostic criteria for, 334
  diagnostic features of, 334–335
  diagnostic markers for, 336
  differential diagnosis of, 336–338
  functional consequences of, 336
  gender-related diagnostic issues in, 336
  risk and prognostic factors for, 336

Bereavement, 125–126, 134, 155, 161, 194
  persistent complex, 289, 789–792
Binge-eating disorder, 329, 350–353
  associated features supporting diagnosis of, 351
  comorbidity with, 353
  culture-related diagnostic issues in, 352
  development and course of, 352
  diagnostic criteria for, 350
  diagnostic features of, 350–351
  differential diagnosis of, 352–353
  functional consequences of, 352
  of low frequency and/or limited duration, 353
  prevalence of, 351
  risk and prognostic factors for, 352
Bipolar I disorder, 123–132
  associated features supporting diagnosis of, 129
  comorbidity with, 132
  culture-related diagnostic issues in, 130
  development and course of, 130
  diagnostic criteria for, 123–127
  diagnostic features of, 127–129
  differential diagnosis of, 131–132
  functional consequences of, 131
  gender-related diagnostic issues in, 130
  prevalence of, 130
  risk and prognostic factors for, 130
  suicide risk and, 131
Bipolar II disorder, 123, 132–139
  associated features supporting diagnosis of, 136
  comorbidity with, 139
  development and course of, 136–137
  diagnostic criteria for, 132–135
  diagnostic features of, 135–136
  differential diagnosis of, 138–139

Bipolar II disorder *(continued)*
    functional consequences of, 138
    gender-related diagnostic issues in, 137
    prevalence of, 136
    risk and prognostic factors for, 137
    suicide risk in, 138
Bipolar and related disorder due to another
    medical condition, 123, 145–147
    associated features supporting diagnosis of, 146
    comorbidity with, 147
    culture-related diagnostic issues in, 147
    development and course of, 146–147
    diagnostic criteria for, 145–146
    diagnostic features of, 146
    diagnostic markers for, 147
    differential diagnosis of, 147
    functional consequences of, 147
    gender-related diagnostic issues in, 147
Bipolar and related disorders, 123–154
    bipolar I disorder, 123–132
    bipolar II disorder, 123, 132–139
    bipolar and related disorder due to another
      medical condition, 123, 145–147
    cyclothymic disorder, 123, 139–141
    highlights of changes from DSM-IV to DSM-5,
      810
    other specified bipolar and related disorder,
      123, 148
    specifiers for, 149–154
    substance/medication-induced bipolar and
      related disorder, 123, 142–145
    unspecified bipolar and related disorder, 149
Body dysmorphic disorder, 235, 236, 242–247
    associated features supporting diagnosis of, 244
    comorbidity with, 247
    culture-related diagnostic issues in, 245
    development and course of, 244
    diagnostic criteria for, 242–243
    diagnostic features of, 243–244
    differential diagnosis of, 245–247
    functional consequences of, 245
    gender-related diagnostic issues in, 245
    prevalence of, 244
    risk and prognostic factors for, 245
    suicide risk and, 245
Body dysmorphic-like disorder with actual flaws,
    263
Body dysmorphic-like disorder without repetitive
    behaviors, 263
Body-focused repetitive behavior disorder, 235,
    263–264
Borderline personality disorder, 645, 646, 663–666
    associated features supporting diagnosis of, 665
    culture-related diagnostic issues in, 665–666
    development and course of, 665

    diagnostic criteria for, 663
    diagnostic features of, 663–664
    differential diagnosis of, 666
    features and criteria in alternative DSM-5
      model for personality disorders, 763,
      766–767
    gender-related diagnostic issues in, 666
    prevalence of, 665
    risk and prognostic factors for, 665
Breathing-related sleep disorders, 361, 378–390
    central sleep apnea, 383–386
    obstructive sleep apnea hypopnea, 378–383
    sleep-related hypoventilation, 387–390
Brief illness anxiety disorder, 327
Brief psychotic disorder, 94–96
    associated features supporting diagnosis of, 95
    culture-related diagnostic issues in, 95
    development and course of, 95
    diagnostic criteria for, 94
    diagnostic features of, 94–95
    differential diagnosis of, 96
    duration of, 89, 94, 99
    functional consequences of, 95
    prevalence of, 95
    risk and prognostic factors for, 95
Brief somatic symptom disorder, 327
Bulimia nervosa, 329, 345–350
    associated features supporting diagnosis of, 347
    comorbidity with, 349–350
    culture-related diagnostic issues in, 348
    development and course of, 347–348
    diagnostic criteria for, 345
    diagnostic features of, 345–347
    diagnostic markers for, 348
    differential diagnosis of, 349
    functional consequences of, 349
    gender-related diagnostic issues in, 348
    of low frequency and/or limited duration, 353
    prevalence of, 347
    risk and prognostic factors for, 348
    suicide risk in, 349

Caffeine intoxication, 503–506
    associated features supporting diagnosis of, 504
    comorbidity with, 506
    development and course of, 505
    diagnostic criteria for, 503–504
    diagnostic features of, 504
    differential diagnosis of, 505
    functional consequences of, 505
    prevalence of, 505
    risk and prognostic factors for, 505
Caffeine-related disorders, 481, 503–509
    caffeine intoxication, 503–506
    caffeine withdrawal, 506–508

diagnoses associated with, **482**
other caffeine-induced disorders, 508
unspecified caffeine-related disorder, 509
Caffeine use disorder, 792–795
comorbidity with, 795
development and course of, 794
diagnostic features of, 793–794
differential diagnosis of, 795
functional consequences of, 794–795
prevalence of, 794
proposed criteria for, 792–793
risk and prognostic factors for, 794
Caffeine withdrawal, 506–508
associated features supporting diagnosis of, 507
comorbidity with, 508
culture-related diagnostic issues in, 508
development and course of, 507
diagnostic criteria for, 506
diagnostic features of, 506–507
differential diagnosis of, 508
functional consequences of, 508
prevalence of, 507
risk and prognostic factors for, 507–508
Cannabis intoxication, 516–517
diagnostic criteria for, 516
diagnostic features of, 516–517
differential diagnosis of, 517
functional consequences of, 517
prevalence of, 517
specifiers for, 516
Cannabis-related disorders, 481, 509–519
cannabis intoxication, 516–517
cannabis use disorder, 509–516
cannabis withdrawal, 484, 517–519
diagnoses associated with, **482**
other cannabis-induced disorders, 519
unspecified cannabis-related disorder, 519
Cannabis use disorder, 509–516
associated features supporting diagnosis of, 512
comorbidity with, 515–516
culture-related diagnostic issues in, 514
development and course of, 513
diagnostic criteria for, 509–510
diagnostic features of, 510–512
diagnostic markers for, 514
functional consequences of, 514–515
prevalence of, 512
risk and prognostic factors for, 513–514
specifiers for, 510
Cannabis withdrawal, 517–519
development and course of, 518
diagnostic criteria for, 517–518
diagnostic features of, 518
differential diagnosis of, 519
risk and prognostic factors for, 519

Case formulation, 19–20
cultural, 749–759 (*See also* Cultural
formulation)
Catatonia, 89, 119–121
associated with another mental disorder
(catatonia specifier), 119–120
diagnostic criteria for, 119–120
diagnostic features of, 120
unspecified, 89, 121
Catatonic disorder due to another medical
condition, 120–121
associated features supporting diagnosis of, 121
diagnostic criteria for, 120–121
diagnostic features of, 121
differential diagnosis of, 121
Central sleep apnea, 383–386
associated features supporting diagnosis of, 385
comorbidity with, 386
development and course of, 385
diagnostic criteria for, 383–384
diagnostic features of, 384–385
diagnostic markers for, 385
differential diagnosis of, 386
functional consequences of, 386
prevalence of, 385
risk and prognostic factors for, 385
specifiers for, 384
subtypes of, 384
CFI. See Cultural Formulation Interview
Cheyne-Stokes breathing, 383–386. *See also* Central
sleep apnea
Childhood-onset fluency disorder (stuttering), 31,
45–47
associated features supporting diagnosis of, 46
development and course of, 46–47
diagnostic criteria for, 45–46
diagnostic features of, 46
differential diagnosis of, 47
functional consequences of, 47
risk and prognostic factors for, 47
Child maltreatment and neglect problems, 717–719
child neglect, 718–719
child physical abuse, 717–718
child psychological abuse, 719
child sexual abuse, 718
Circadian rhythm sleep-wake disorders, 361,
390–398
advanced sleep phase type, 393–394
associated features supporting diagnosis
of, 393
comorbidity with, 394
culture-related diagnostic issues in, 394
development and course of, 393
diagnostic features of, 393
diagnostic markers for, 394

Circadian rhythm sleep-wake disorders
  (continued)
  advanced sleep phase type (continued)
    differential diagnosis of, 394
    functional consequences of, 394
    prevalence of, 393
    risk and prognostic factors for, 394
    specifiers for, 393
  delayed sleep phase type, 391–392
    associated features supporting diagnosis
      of, 391
    comorbidity with, 392
    development and course of, 391
    diagnostic features of, 391
    diagnostic markers for, 392
    differential diagnosis of, 392
    functional consequences of, 392
    prevalence of, 391
    risk and prognostic factors for, 392
  diagnostic criteria for, 390–391
  irregular sleep-wake type, 394–396
    associated features supporting diagnosis
      of, 395
    comorbidity with, 396
    development and course of, 395
    diagnostic features of, 394–395
    diagnostic markers for, 395
    differential diagnosis of, 395
    functional consequences of, 395
    prevalence of, 395
    risk and prognostic factors for, 395
  non-24-hour sleep-wake type, 396–397
    associated features supporting diagnosis
      of, 396
    comorbidity with, 397
    development and course of, 396
    diagnostic features of, 396
    diagnostic markers for, 397
    differential diagnosis of, 397
    functional consequences of, 397
    prevalence of, 396
    risk and prognostic factors for, 396–397
  relationship to International Classification of
    Sleep Disorders, 398
  shift work type, 397–398
    comorbidity with, 398
    development and course of, 398
    diagnostic features of, 397
    diagnostic markers for, 398
    differential diagnosis of, 398
    functional consequences of, 398
    prevalence of, 397
    risk and prognostic factors for, 398
Clinician-Rated Dimensions of Psychosis
  Symptom Severity, 742–744

Coding and reporting procedures, 12, 16, 22, 23,
  29
Cognitive disorders. See Neurocognitive disorders
Communication disorders, 31, 41–49
  childhood-onset fluency disorder (stuttering),
    45–47
  language disorder, 42–44
  social (pragmatic) communication disorder,
    47–49
  speech sound disorder, 44–45
  unspecified communication disorder, 49
Comorbidity, 5
Compulsions, 235–236, 239. See also Obsessive-
  compulsive and related disorders
Conditions for further study, 7, 11, 24, 783–806
  attenuated psychosis syndrome, 783–786
  caffeine use disorder, 792–795
  depressive episodes with short-duration
    hypomania, 786–789
  Internet gaming disorder, 795–798
  neurobehavioral disorder associated with
    prenatal alcohol exposure, 798–801
  nonsuicidal self-injury, 803–805
  persistent complex bereavement disorder,
    789–792
  suicidal behavior disorder, 801–803
Conduct disorder, 32, 461, 469–475
  associated features supporting diagnosis of,
    472–473
  comorbidity with, 475
  culture-related diagnostic issues in, 474
  development and course of, 473
  diagnostic criteria for, 469–471
  diagnostic features of, 472
  differential diagnosis of, 474–475
  functional consequences of, 474
  gender-related diagnostic issues in, 474
  prevalence of, 473
  risk and prognostic factors for, 473–474
  specifiers for, 471–472
  subtypes of, 471
Conversion disorder (functional neurological
  symptom disorder), 309, 310, 318–321
  associated features supporting diagnosis of,
    319–320
  comorbidity with, 321
  culture-related diagnostic issues in, 320
  development and course of, 320
  diagnostic criteria for, 318–319
  diagnostic features of, 319
  differential diagnosis of, 321
  functional consequences of, 321
  gender-related diagnostic issues in, 320
  prevalence of, 320
  risk and prognostic factors for, 320

Creutzfeldt-Jakob disease. *See* Prion disease, major or mild neurocognitive disorder due to
Crime or interaction with the legal system, problems related to, 725
Criterion for clinical significance, 21
Cross-cutting symptom measures, 733–741
  DSM-5 Level 1 Cross-Cutting Symptom Measure, 734–736, 738–741
  DSM-5 Level 2 Cross-Cutting Symptom Measures, 734, 735, 736, 737
  frequency of use of, 737
Cultural concepts of distress, 750, 758, 759, 833–837
Cultural explanations or perceived causes, 14, 758
Cultural formulation, 749–759
  definitions related to, 749
  diagnostic importance of, 758–759
  outline for, 749–750
  relationship to DSM-5 nosology, 758
Cultural Formulation Interview (CFI), 17, 24, 749, 750–757
  domains of assessment, 751
  indications for, 751
  Informant Version, 755–757
  supplementary modules of, 751
Cultural idioms of distress, 14, 758
Cultural issues, 14–15, 749–759
  in anxiety disorders
    generalized anxiety disorder, 224
    panic attacks, 216
    panic disorder, 211–212
    selective mutism, 196
    separation anxiety disorder, 193
    social anxiety disorder (social phobia), 205–206
    specific phobia, 201
  in bipolar and related disorders
    bipolar I disorder, 130
    bipolar and related disorder due to another medical condition, 147
  in depressive disorders
    major depressive disorder, 166
    premenstrual dysphoric disorder, 173
  in disruptive, impulse-control, and conduct disorders
    conduct disorder, 474
    intermittent explosive disorder, 468
    oppositional defiant disorder, 465
  in dissociative disorders
    depersonalization/derealization disorder, 304
    dissociative amnesia, 300
    dissociative identity disorder, 295
  in enuresis, 357
  in feeding and eating disorders
    anorexia nervosa, 342
    avoidant/restrictive food intake disorder, 336
    binge-eating disorder, 352
    bulimia nervosa, 348
    pica, 331
  in fetishistic disorder, 701
  in gender dysphoria, 457
  in neurocognitive disorders, 609
    due to Alzheimer's disease, 613
  in neurodevelopmental disorders
    attention-deficit/hyperactivity disorder, 62
    autism spectrum disorder, 57
    developmental coordination disorder, 76
    intellectual disability (intellectual developmental disorder), 39
    specific learning disorder, 72–73
    stereotypic movement disorder, 79
    tic disorders, 83
  in obsessive-compulsive and related disorders
    body dysmorphic disorder, 245
    hoarding disorder, 250
    obsessive-compulsive disorder, 240
    trichotillomania (hair-pulling disorder), 253
  in personality disorders, 648
    antisocial personality disorder, 662
    avoidant personality disorder, 674
    borderline personality disorder, 665–666
    dependent personality disorder, 677
    histrionic personality disorder, 668
    obsessive-compulsive personality disorder, 681
    paranoid personality disorder, 651
    schizoid personality disorder, 654
    schizotypal personality disorder, 657
  in schizophrenia spectrum and other psychotic disorders
    brief psychotic disorder, 95
    delusional disorder, 93
    schizoaffective disorder, 108–109
    schizophrenia, 103
  in sexual dysfunctions, 423
    delayed ejaculation, 425
    erectile disorder, 428
    female orgasmic disorder, 432
    female sexual interest/arousal disorder, 435–436
    genito-pelvic pain/penetration disorder, 439
    male hypoactive sexual desire disorder, 442
    premature (early) ejaculation, 445
    substance/medication-induced sexual dysfunction, 449

Index

...res, 12, 16, 22, 23,

...cognitive disorders
...41–49
...order (stuttering),

...ication disorder,

...45
...a disorder, 49

...*: also* Obsessive-
...isorders
..., 11, 24, 783–806
...rome, 783–786
...95
...ort-duration

...95–798
...sociated with
...ture, 798–801
...-805
...ment disorder,

...801–803
...475
...ng diagnosis of,

...ues in, 474
...473
...71

...–475
...474
...ues in, 474

...r, 473–474

...neurological
..., 318–321
...g diagnosis of,

...ues in, 320
...20
...9

...21
...ues in, 320

..., 320

924

Cultural issues *(continued)*
  in sleep-wake disorders
    central sleep apnea hypopnea, 381
    circadian rhythm sleep-wake disorders,
      advanced sleep phase type, 394
    narcolepsy, 376
    nightmare disorder, 406
    substance/medication-induced sleep
      disorder, 418
  in somatic symptoms and related disorders
    conversion disorder (functional
      neurological symptom disorder), 320
    illness anxiety disorder, 317
    psychological factors affecting other
      medical conditions, 323
    somatic symptom disorder, 313
  in substance-related and addictive disorders
    alcohol intoxication, 498
    alcohol use disorder, 495
    caffeine withdrawal, 508
    cannabis use disorder, 514
    gambling disorder, 588
    inhalant use disorder, 536
    opioid use disorder, 544
    other hallucinogen use disorder, 526
    other (or unknown) substance use
      disorder, 580
    other (or unknown) substance withdrawal,
      580
    phencyclidine use disorder, 522
    sedative, hypnotic, or anxiolytic use
      disorder, 554
    stimulant use disorder, 565
    tobacco use disorder, 574
  in suicidal behavior disorder, 802
  in trauma- and stressor-related disorders
    acute stress disorder, 285
    adjustment disorders, 288
    posttraumatic stress disorder, 278
    reactive attachment disorder, 267
Cultural syndromes, 14, 758
Culture-bound syndromes, 14, 758
Cyclothymic disorder, 123, 139–141
  comorbidity with, 141
  development and course of, 140–141
  diagnostic criteria for, 139–140
  diagnostic features of, 140
  differential diagnosis of, 141
  prevalence of, 140
  risk and prognostic factors for, 141

Definition of a mental disorder, 20
Delayed ejaculation, 423, 424–426
  associated features supporting diagnosis of,
    424–425
  comorbidity with, 426
  culture-related diagnostic issues in, 425
  development and course of, 425
  diagnostic criteria for, 424
  diagnostic features of, 424
  differential diagnosis of, 425–426
  functional consequences of, 425
  prevalence of, 425
  risk and prognostic factors for, 425
Delirium, 591, 596–602
  due to another medical condition, 597
  associated features supporting diagnosis of, 600
  development and course of, 600–601
  diagnostic criteria for, 596–598
  diagnostic features of, 599–600
  diagnostic markers for, 601
  differential diagnosis of, 601
  functional consequences of, 601
  medication-induced, 597, 599
  due to multiple etiologies, 597
  other specified, 602
  prevalence of, 600
  recording procedures for, 598–599
  risk and prognostic factors for, 601
  specifiers for, 599
  substance intoxication, 596–597, 598
  substance withdrawal, 597, 598–599
  unspecified, 602
Delusional disorder, 89, 90–93
  associated features supporting diagnosis of, 92
  culture-related diagnostic issues in, 93
  delusional symptoms in partner of individual
    with, 122
  development and course of, 92–93
  diagnostic criteria for, 90–91
  diagnostic features of, 92
  functional consequences of, 93
  prevalence of, 92
  subtypes of, 91–93
Delusions, 87, 89, 90–93
  bizarre, 87, 91
  of control, 87
  erotomanic, 87, 90
  grandiose, 87, 90
  jealous, 90, 91
  mixed type, 91
  nihilistic, 87
  nonbizarre, 87
  persecutory, 87, 90–91
  referential, 87
  with significant overlapping mood episodes,
    122
  somatic, 87, 90, 92
  unspecified type, 91
Dementia, 591. *See also* Neurocognitive disorders

Dependent personality disorder, 645, 646, 675–678
  associated features supporting diagnosis of, 677
  culture-related diagnostic issues in, 677
  development and course of, 677
  diagnostic criteria for, 675
  diagnostic features of, 675–677
  differential diagnosis of, 677–678
  gender-related diagnostic issues in, 677
  prevalence of, 677
Depersonalization/derealization disorder, 291,
    302–306
  associated features supporting diagnosis of, 303
  comorbidity with, 306
  culture-related diagnostic issues in, 304
  development and course of, 303–304
  diagnostic criteria for, 302
  diagnostic features of, 302–303
  differential diagnosis of, 305–306
  functional consequences of, 304–305
  prevalence of, 303
  risk and prognostic factors for, 304
Depressive disorder due to another medical
    condition, 155, 180–183
  associated features supporting diagnosis of, 181
  comorbidity with, 183
  development and course of, 181–182
  diagnostic criteria for, 180–181
  diagnostic features of, 181
  diagnostic markers for, 182
  differential diagnosis of, 182–183
  functional consequences of, 182
  gender-related diagnostic issues in, 182
  risk and prognostic factors for, 182
  suicide risk in, 182
Depressive disorders, 155–188
  depressive disorder due to another medical
      condition, 155, 180–183
  disruptive mood dysregulation disorder, 155,
      156–160
  highlights of changes from DSM-IV to DSM-5,
      810–811
  major depressive disorder, 155, 160–168
  other specified depressive disorder, 155,
      183–184
  persistent depressive disorder (dysthymia),
      155, 168–171
  premenstrual dysphoric disorder, 155, 171–175
  specifiers for, 184–188
  substance/medication-induced depressive
      disorder, 155, 175–180
  unspecified depressive disorder, 155, 184
Depressive episode or symptoms in bipolar and
    related disorders
  bipolar I disorder, 125–126, 129
  bipolar II disorder, 133–134, 135–136

cyclothymic disorder, 139, 140
other specified bipolar and related disorder,
    148
Depressive episodes with short-duration
    hypomania, 786–789
  associated features supporting diagnosis of,
      788
  comorbidity with, 789
  diagnostic features of, 788
  differential diagnosis of, 788–789
  functional consequences of, 788
  prevalence of, 788
  proposed criteria for, 786–787
  risk and prognostic factors for, 788
  suicide risk in, 788
Developmental coordination disorder, 32, 74–77
  associated features supporting diagnosis of, 75
  comorbidity with, 76
  culture-related diagnostic issues in, 76
  development and course of, 75–76
  diagnostic criteria for, 74
  diagnostic features of, 74–75
  differential diagnosis of, 76–77
  functional consequences of, 76
  prevalence of, 75
  risk and prognostic factors for, 76
Dhat syndrome, 833–834
Diagnosis, 5–6
  assessment and monitoring measures for,
      23–24, 733–748
  categorical, 5, 8, 12, 13, 19, 20
  clinical utility of, 20
  coding and reporting procedures for, 12, 16,
      22, 23, 29
  criterion for clinical significance, 21
  culture and, 14–15, 749–759
  definition of a mental disorder, 20
  diagnostic criteria and descriptors, 21
  dimensional approach to, 5, 8, 9, 12–13, 17
  elements of, 21–24
  in forensic settings, 25
  of medication-induced movement disorders,
      20, 22, 29, 709–714
  of other conditions that may be a focus of
      clinical attention, 20, 22, 29, 715–727
  principal, 22–23
  provisional, 23
Diagnostic criteria, 21, 29
  case formulation and, 19
  proposed criteria for conditions for further
      study, 11, 783
  revisions of, 6–10
  subtypes and specifiers for, 21–22
  validators for, 5, 9, 11, 12, 20
Diagnostic spectra, 6, 9, 12

**926**

Disinhibited social engagement disorder, 265, 268–270
  associated features supporting diagnosis of, 269
  development and course of, 269–270
  diagnostic criteria for, 268–269
  diagnostic features of, 269
  differential diagnosis of, 270
  functional consequences of, 270
  prevalence of, 269
  risk and prognostic factors for, 270
Disorganized thinking (speech), 88
Disruptive, impulse-control, and conduct disorders, 461–480
  antisocial personality disorder, 461, 476, 645, 646, 659–663
  conduct disorder, 461, 469–475
  highlights of changes from DSM-IV to DSM-5, 815
  intermittent explosive disorder, 461, 466–469
  kleptomania, 461, 478–479
  oppositional defiant disorder, 461, 462–466
  other specified disruptive, impulse-control, and conduct disorder, 461, 479
  pyromania, 461, 476–477
  unspecified disruptive, impulse-control, and conduct disorder, 480
Disruptive mood dysregulation disorder, 155, 156–160
  comorbidity with, 160
  development and course of, 157
  diagnostic criteria for, 156
  diagnostic features of, 156–157
  differential diagnosis of, 158–160
  functional consequences of, 158
  gender-related diagnostic issues in, 158
  prevalence of, 157
  risk and prognostic factors for, 157–158
  suicide risk in, 158
Dissociative amnesia, 291, 298–302
  associated features supporting diagnosis of, 299
  comorbidity with, 302
  culture-related diagnostic issues in, 300
  development and course of, 299
  diagnostic criteria for, 298
  diagnostic features of, 298–299
  differential diagnosis of, 300–302
  functional consequences of, 300
  prevalence of, 299
  risk and prognostic factors for, 299–300
  suicide risk in, 300
Dissociative disorders, 291–307
  depersonalization/derealization disorder, 291, 302–306
  dissociative amnesia, 291, 298–302

  dissociative identity disorder, 291–298
  highlights of changes from DSM-IV to DSM-5, 812
  other specified dissociative disorder, 292, 306–307
  unspecified dissociative disorder, 307
Dissociative identity disorder, 291–298
  associated features supporting diagnosis of, 294
  comorbidity with, 297–298
  culture-related diagnostic issues in, 295
  development and course of, 294
  diagnostic criteria for, 292
  diagnostic features of, 292–294
  differential diagnosis of, 296–297
  functional consequences of, 295–296
  gender-related diagnostic issues in, 295
  prevalence of, 294
  risk and prognostic factors for, 294–295
  suicide risk in, 295
Dissociative reactions to stressful events, acute, 306–307
Dissociative stupor or coma, 292
Dissociative trance, 292, 307
Down syndrome, 38, 40, 44, 53
DSM, history of, 5, 6
DSM-5
  cultural issues in, 14–15, 749–759
  developmental and lifespan considerations in, 13
  forensic use of, 25
  gender differences in, 15
  glossary of technical terms in, 817–831
  harmonization with ICD-11, 11–12
  highlights of changes from DSM-IV to, 809–817
    anxiety disorders, 811
    bipolar and related disorders, 810
    depressive disorders, 810–811
    disruptive, impulse-control, and conduct disorders, 815
    dissociative disorders, 812
    elimination disorders, 813
    feeding and eating disorders, 813
    gender dysphoria, 814–815
    neurodevelopmental disorders, 809–810
    obsessive-compulsive and related disorders, 811–812
    paraphilic disorders, 816
    personality disorders, 816
    schizophrenia spectrum and other psychotic disorders, 810
    sexual dysfunctions, 814
    sleep-wake disorders, 814
    somatic symptom and related disorders, 812–813

Index

substance-related and addictive disorders, 815–816

trauma- and stressor-related disorders, 812

multiaxial system and, 16

online enhancements of, 17

organizational structure of, 10–11, 13

other specified and unspecified mental disorders, in, 15–16, 19–20, 707–708

revision process for, 5, 6–10

expert review, 8–10

field trials, 7–8

proposals for revisions, 7

public and professional review, 8

use of, 19–24

assessment and monitoring tools, 23–24, 733–748

case formulation, 19–20

coding and reporting procedures, 12, 16, 22, 23, 29

definition of a mental disorder, 20–21

elements of a diagnosis, 21–24

DSM-5 Level 1 Cross-Cutting Symptom Measure, 734–736

adult self-rated version, 734, 735, 738–739

parent/guardian-rated version, 734, 736, 740–741

scoring and interpretation of, 734–736

DSM-5 Level 2 Cross-Cutting Symptom Measures, 734, 735, 736, 737

Dysthymia. See Persistent depressive disorder (dysthymia)

Dystonia, medication-induced, 22

acute, 711

tardive, 712

Eating disorders. See Feeding and eating disorders

Economic problems, 724

Educational problems, 723

Ejaculation

delayed, 423, 424–426

premature (early), 423, 443–446

Elements of diagnosis, 21–24

Elimination disorders, 355–360

encopresis, 355, 357–359

enuresis, 355–357

highlights of changes from DSM-IV to DSM-5, 813

other specified elimination disorder, 359

unspecified elimination disorder, 360

Encopresis, 355, 357–359

associated features supporting diagnosis of, 358

comorbidity with, 359

development and course of, 359

diagnostic criteria for, 357–358

diagnostic features of, 358

diagnostic markers for, 359

differential diagnosis of, 359

prevalence of, 359

risk and prognostic factors for, 359

subtypes of, 358

Enuresis, 355–357

associated features supporting diagnosis of, 356

comorbidity with, 356

culture-related diagnostic issues in, 356

development and course of, 356

diagnostic criteria for, 355

diagnostic features of, 355–356

differential diagnosis of, 356

functional consequences of, 356

gender-related diagnostic issues in, 356

prevalence of, 356

risk and prognostic factors for, 356

subtypes of, 355

Erectile disorder, 423, 426–429

associated features supporting diagnosis of, 427

comorbidity with, 429

culture-related diagnostic issues in, 428

development and course of, 427–428

diagnostic criteria for, 426–427

diagnostic features of, 427

diagnostic markers for, 428

differential diagnosis of, 428–429

functional consequences of, 428

prevalence of, 427

risk and prognostic factors for, 428

Excoriation (skin-picking) disorder, 235, 236, 254–257

associated features supporting diagnosis of, 255

comorbidity with, 257

development and course of, 255

diagnostic criteria for, 254

diagnostic features of, 254–255

diagnostic markers for, 255

differential diagnosis of, 256

functional consequences of, 256

prevalence of, 255

risk and prognostic factors for, 255

Exhibitionistic disorder, 685, 689–691

comorbidity with, 691

development and course of, 690

diagnostic criteria for, 689

diagnostic features of, 689–690

differential diagnosis of, 691

functional consequences of, 691

gender-related diagnostic issues in, 691

prevalence of, 690

risk and prognostic factors for, 690–691

specifiers for, 689

subtypes of, 689

Externalizing disorders, 13

Factitious disorder, 309, 310, 324–326
   associated features supporting diagnosis of,
    325–326
   development and course of, 326
   diagnostic criteria for, 324–325
   diagnostic features of, 325
   differential diagnosis of, 326
   imposed on another, 310, 325–325, 338
   prevalence of, 326
   recording procedures for, 325
Family upbringing, problems related to, 715–716
Feeding and eating disorders, 329–354
   anorexia nervosa, 329, 338–345
   avoidant/restrictive food intake disorder, 329,
    334–338
   binge-eating disorder, 329, 350–353
   bulimia nervosa, 329, 345–350
   highlights of changes from DSM-IV to DSM-5,
    813
   other specified feeding or eating disorder,
    353–354
   pica, 329–331
   rumination disorder, 329, 332–333
   unspecified feeding or eating disorder, 354
Female orgasmic disorder, 423, 429–432
   associated features supporting diagnosis of,
    430–431
   comorbidity with, 432
   culture-related diagnostic issues in, 432
   development and course of, 431
   diagnostic criteria for, 429–430
   diagnostic features of, 430
   diagnostic markers for, 432
   differential diagnosis of, 432
   functional consequences of, 432
   prevalence of, 431
   risk and prognostic factors for, 431–432
Female sexual interest/arousal disorder, 423,
   433–437
   associated features supporting diagnosis of,
    434–435
   comorbidity with, 436–437
   culture-related diagnostic issues in, 435–436
   development and course of, 435
   diagnostic criteria for, 433
   diagnostic features of, 433–434
   differential diagnosis of, 436
   functional consequences of, 436
   gender-related diagnostic issues in, 436
   prevalence of, 435
   risk and prognostic factors for, 435
Fetishistic disorder, 685, 700–702
   associated features supporting diagnosis of, 701
   comorbidity with, 702
   culture-related diagnostic issues in, 701

   development and course of, 701
   diagnostic criteria for, 700
   diagnostic features of, 701
   differential diagnosis of, 702
   functional consequences of, 701–702
   gender-related diagnostic issues in, 701
   specifiers for, 701
Forensic settings, 25
Formal thought disorder, 88
Frontotemporal neurocognitive disorder, major or
   mild, 591, **603**, 614–618
   associated features supporting diagnosis of,
    616
   development and course of, 616
   diagnostic criteria for, 614–615
   diagnostic features of, 615–616
   diagnostic markers for, 616–617
   differential diagnosis of, 617–618
   functional consequences of, 617
   prevalence of, 616
   risk and prognostic factors for, 616
Frotteuristic disorder, 685, 691–694
   comorbidity with, 693–694
   development and course of, 693
   diagnostic criteria for, 691–692
   diagnostic features of, 692
   differential diagnosis of, 693
   gender-related diagnostic issues in, 693
   prevalence of, 692–693
   risk and prognostic factors for, 693
   specifiers for, 692
Functional neurological symptom disorder. *See*
   Conversion disorder

GAF (Global Assessment of Functioning) scale, 16
Gambling disorder, 481, 585–589
   associated features supporting diagnosis of,
    587
   comorbidity with, 589
   culture-related diagnostic issues in, 588
   development and course of, 587–588
   diagnostic criteria for, 585–586
   diagnostic features of, 586–587
   differential diagnosis of, 589
   functional consequences of, 589
   gender-related diagnostic issues in, 588
   prevalence of, 587
   risk and prognostic factors for, 588
   specifiers for, 586
Gender differences, 15
Gender dysphoria, 451–459
   associated features supporting diagnosis of,
    454
   comorbidity with, 458–459
   culture-related diagnostic issues in, 457

Case 6:21-cv-00808-WWB-EJK   Document 78-1   Filed 09/01/22   Page 52 of 71 PageID 1258

development and course of, 454–456
  in association with a disorder of sex
    development, 456
  without a disorder of sex
    development, 455–456
diagnostic criteria for, 452–453
diagnostic features of, 453–454
diagnostic markers for, 457
differential diagnosis of, 458
functional consequences of, 457–458
highlights of changes from DSM-IV to DSM-5,
  814–815
other specified, 459
prevalence of, 454
risk and prognostic factors for, 456–457
specifiers for, 453
unspecified, 459
Generalized anxiety disorder, 190, 222–226
  associated features supporting diagnosis of, 223
  comorbidity with, 226
  culture-related diagnostic issues in, 224
  development and course of, 223–224
  diagnostic criteria for, 222
  diagnostic features of, 222–223
  differential diagnosis of, 225–226
  functional consequences of, 225
  gender-related diagnostic issues in, 224–225
  prevalence of, 223
  risk and prognostic factors for, 224
Genito-pelvic pain/penetration disorder, 423,
  437–440
  associated features supporting diagnosis of,
    438
  comorbidity with, 440
  culture-related diagnostic issues in, 439
  development and course of, 439
  diagnostic criteria for, 437
  diagnostic features of, 437–438
  differential diagnosis of, 440
  functional consequences of, 439
  gender-related diagnostic issues in, 439
  prevalence of, 438
  risk and prognostic factors for, 439
Global Assessment of Functioning (GAF) scale, 16
Global developmental delay, 31, 41
Glossary of technical terms, 817–831

Hair pulling. See Trichotillomania (hair-pulling
  disorder)
Hallucinations, 87–88
  auditory, 87, 103, 116, 122
  gustatory, 116
  hypnagogic, 87
  hypnopompic, 88
  olfactory, 116, 118

tactile, 116
visual, 102, 103, 104, 116, 118
Hallucinogen persisting perception disorder,
  531–532
  associated features supporting diagnosis of, 531
  comorbidity with, 532
  development and course of, 532
  diagnostic criteria for, 531
  diagnostic features of, 531
  differential diagnosis of, 532
  functional consequences of, 532
  prevalence of, 531
  risk and prognostic factors for, 532
Hallucinogen-related disorders, 481, 520–533
  diagnoses associated with, **482**
  hallucinogen persisting perception disorder,
    531–532
  other hallucinogen-induced disorders,
    532–533
  other hallucinogen intoxication, 529–530
  other hallucinogen use disorder, 523–527
  other phencyclidine-induced disorders, 532
  phencyclidine intoxication, 527–529
  phencyclidine use disorder, 520–523
  unspecified hallucinogen-related disorder, 533
  unspecified phencyclidine-related disorder, 533
Histrionic personality disorder, 645, 646, 667–669
  associated features supporting diagnosis of,
    668
  culture-related diagnostic issues in, 668
  diagnostic criteria for, 667
  diagnostic features of, 667–668
  differential diagnosis of, 669
  gender-related diagnostic issues in, 668
  prevalence of, 668
HIV infection, major or mild neurocognitive
  disorder due to, 591, **604**, 632–634
  associated features supporting diagnosis of, 633
  comorbidity with, 634
  development and course of, 633
  diagnostic criteria for, 632
  diagnostic features of, 632
  diagnostic markers for, 634
  differential diagnosis of, 634
  functional consequences of, 634
  prevalence of, 633
  risk and prognostic factors for, 633
Hoarding disorder, 235, 236, 247–251
  associated features supporting diagnosis of, 249
  comorbidity with, 251
  culture-related diagnostic issues in, 250
  development and course of, 249
  diagnostic criteria for, 247
  diagnostic features of, 248–249
  differential diagnosis of, 250–251

Hoarding disorder *(continued)*
    functional consequences of, 250
    gender-related diagnostic issues in, 250
    prevalence of, 249
    risk and prognostic factors for, 249
    specifiers for, 248
Housing problems, 723–724
Huntington's disease, 81, 117, 181, 182
    major or mild neurocognitive disorder due to, 591, **604**, 638–641
        associated features supporting diagnosis of, 639
        development and course of, 639–640
        diagnostic criteria for, 638–639
        diagnostic features of, 639
        diagnostic markers for, 640
        differential diagnosis of, 640–641
        functional consequences of, 640
        prevalence of, 639
        risk and prognostic factors for, 640
Hypersomnolence disorder, 361, 368–372
    associated features supporting diagnosis of, 370
    comorbidity with, 372
    development and course of, 370
    diagnostic criteria for, 368–369
    diagnostic features of, 369–370
    diagnostic markers for, 371
    differential diagnosis of, 371–372
    functional consequences of, 371
    other specified, 421
    prevalence of, 370
    relationship to *International Classification of Sleep Disorders*, 372
    risk and prognostic factors for, 370–371
    unspecified, 421
Hypochondriasis, 310, 315–316, 318. *See also* Illness anxiety disorder
Hypomanic episode or symptoms in bipolar and related disorders
    bipolar I disorder, 124–125, 129
    bipolar II disorder, 132–133, 135–136
    bipolar and related disorder due to another medical condition, 146
    cyclothymic disorder, 139, 140
    depressive episodes with short-duration hypomania, 786–789
    other specified bipolar and related disorder, 148

ICD. *See International Classification of Diseases*
ICF (International Classification of Functioning, Disability and Health), 21, 734
ICSD-2. *See International Classification of Sleep Disorders*, 2nd Edition

Identity disturbance due to prolonged and intense coercive persuasion, 306
Illness anxiety disorder, 309, 310, 315–318
    associated features supporting diagnosis of, 316
    brief, 327
    comorbidity with, 318
    culture-related diagnostic issues in, 317
    diagnostic criteria for, 315
    diagnostic features of, 315–316
    differential diagnosis of, 317–318
    functional consequences of, 317
    prevalence of, 316
    risk and prognostic factors for, 316–317
    without excessive health-related behaviors, 327
Inhalant intoxication, 538–540
    associated features supporting diagnosis of, 539
    diagnostic criteria for, 538
    diagnostic features of, 538
    differential diagnosis of, 539–540
    functional consequences of, 539
    gender-related diagnostic issues in, 539
    prevalence of, 539
Inhalant-related disorders, 481, 533–540
    diagnoses associated with, **482**
    inhalant intoxication, 538–540
    inhalant use disorder, 533–538
    other inhalant-induced disorders, 540
    unspecified inhalant-related disorder, 540
Inhalant use disorder, 533–538
    associated features supporting diagnosis of, 535
    comorbidity with, 538
    culture-related diagnostic issues in, 536
    development and course of, 536
    diagnostic criteria for, 533–534
    diagnostic features of, 535
    diagnostic markers for, 536–537
    differential diagnosis of, 537
    functional consequences of, 537
    gender-related diagnostic issues in, 536
    prevalence of, 535–536
    risk and prognostic factors for, 536
    specifiers for, 535
Insomnia disorder, 361, 362–368
    associated features supporting diagnosis of, 364
    brief, 420
    comorbidity with, 368
    development and course of, 365
    diagnostic criteria for, 362–363
    diagnostic features of, 363–364
    diagnostic markers for, 366–367
    differential diagnosis of, 367–368

functional consequences of, 367
gender-related diagnostic issues in, 366
other specified, 420
prevalence of, 364–365
relationship to *International Classification of Sleep Disorders*, 368
restricted to nonrestorative sleep, 420
risk and protective factors for, 366
unspecified, 420–421
Intellectual disability (intellectual developmental disorder), 31, 33–41
associated features supporting diagnosis of, 38
coding and reporting for, 33
comorbidity with, 40
culture-related diagnostic issues in, 39
development and course of, 38–39
diagnostic criteria for, 33
diagnostic features of, 37–38
diagnostic markers for, 39
differential diagnosis of, 39–40
gender-related diagnostic issues in, 39
global developmental delay, 31, 41
prevalence of, 38
relationship to other classifications, 40–41
risk and prognostic factors for, 39
specifiers for levels of severity of, 33, 34–36
unspecified intellectual disability, 41
Intermittent explosive disorder, 461, 466–469
associated features supporting diagnosis of, 467
comorbidity with, 469
culture-related diagnostic issues in, 468
development and course of, 467
diagnostic criteria for, 466
diagnostic features of, 466–467
differential diagnosis of, 468–469
functional consequences of, 468
gender-related diagnostic issues in, 468
prevalence of, 467
risk and prognostic factors for, 467–468
Internalizing disorders, 13
*International Classification of Diseases* (ICD), 21
revision process for ICD-11, 6, 10, 11–12
use of ICD-9-CM and ICD-10 codes, 12, 16, 22, 23, 29
International Classification of Functioning, Disability and Health (ICF), 21, 734
*International Classification of Sleep Disorders*, 2nd Edition (ICSD-2), relationship of DSM-5 to, 361–362
circadian rhythm sleep-wake disorders, 398
hypersomnolence disorder, 372
insomnia disorder, 368
narcolepsy, 378
nightmare disorder, 407

obstructive sleep apnea hypopnea, 383
rapid eye movement sleep behavior disorder, 410
restless legs syndrome, 413
sleep-related hypoventilation, 390
substance/medication-induced sleep disorder, 420
Internet gaming disorder, 795–798
associated features supporting diagnosis of, 797
comorbidity with, 798
diagnostic features of, 796–797
differential diagnosis of, 797–798
functional consequences of, 797
prevalence of, 797
proposed criteria for, 795–796
risk and prognostic factors for, 797
subtypes of, 796
Intoxication, 481, 485–487
alcohol, 497–499
associated with use of multiple substances, 486
caffeine, 503–506
cannabis, 516–517
delirium due to, 598
development and course of, 487
duration of effects and, 486
inhalant, 538–540
laboratory findings associated with, 486–487
opioid, 546–547
other hallucinogen, 529–530
other (or unknown) substance, 581–582
phencyclidine, 527–529
recording procedures for, 487
related to route of administration and speed of substance effects, 486
sedative, hypnotic, or anxiolytic, 556–557
stimulant, 567–569

Jealousy, obsessional, 264
*Jikoshu-kyofu*, 264

*Khyâl cap*, 211, 212, 233, 834
Kleptomania, 461, 478–479
associated features supporting diagnosis of, 478
comorbidity with, 478
development and course of, 478
diagnostic criteria for, 478
diagnostic features of, 478
differential diagnosis of, 478
functional consequences of, 478
prevalence of, 478
risk and prognostic factors for, 478
*Koro*, 264
*Kufungisisa*, 14, 834–835

**932**

Language disorder, 31, 42–44
    associated features supporting diagnosis of, 43
    comorbidity with, 44
    development and course of, 43
    diagnostic criteria for, 42
    diagnostic features of, 42
    differential diagnosis of, 43
    risk and prognostic factors for, 43
Learning disorder. *See* Specific learning disorder
Level of Personality Functioning Scale (LPFS), 772, **775–778**
Lewy bodies, major or mild neurocognitive disorder with, 591, *603*, 618–621
    associated features supporting diagnosis of, 619
    comorbidity with, 621
    development and course of, 619–620
    diagnostic criteria for, 618–619
    diagnostic features of, 619
    diagnostic markers for, 620
    differential diagnosis of, 620
    functional consequences of, 620
    prevalence of, 619
    risk and prognostic factors for, 620
LPFS (Level of Personality Functioning Scale), 772, **775–778**

Major depressive disorder, 155, 160–168
    associated features supporting diagnosis of, 164–165
    comorbidity with, 168
    culture-related diagnostic issues in, 166
    development and course of, 165–166
    diagnostic criteria for, 160–162
    diagnostic features of, 162–164
    differential diagnosis of, 167–168
    functional consequences of, 167
    gender-related diagnostic issues in, 167
    prevalence of, 165
    risk and prognostic factors for, 166
    suicide risk in, 164, 167
Major depressive episode in bipolar and related disorders
    bipolar I disorder, 125–126, 129
    bipolar II disorder, 133–134, 135–136
    other specified bipolar and related disorder, 148
*Maladi moun*, 14, 835
Male hypoactive sexual desire disorder, 423, 440–443
    associated features supporting diagnosis of, 441–442
    comorbidity with, 443
    culture-related diagnostic issues in, 442
    development and course of, 442
    diagnostic criteria for, 440–441

    diagnostic features of, 441
    differential diagnosis of, 443
    gender-related diagnostic issues in, 442–443
    prevalence of, 442
    risk and prognostic factors for, 442
Manic episode
    in bipolar I disorder, 124, 127–129
    in bipolar and related disorder due to another medical condition, 146
Medication-induced delirium, 597, 599
Medication-induced movement disorders and other adverse effects of medication, 20, 22, 29, 709–714
    antidepressant discontinuation syndrome, 22, 712–714
    medication-induced acute akathisia, 22, 711
    medication-induced acute dystonia, 711
    medication-induced postural tremor, 712
    neuroleptic-induced parkinsonism, 709
    neuroleptic malignant syndrome, 22, 709–711
    other adverse effect of medication, 712–714
    other medication-induced movement disorder, 712
    other medication-induced parkinsonism, 709
    tardive akathisia, 712
    tardive dyskinesia, 22, 712
    tardive dystonia, 712
Mental disorder(s)
    culture and, 14–15, 749–759
    definition of, 20
        criterion for clinical significance, 21
        in forensic settings, 25
    gender and, 15
Motor disorders, neurodevelopmental, 32, 74–85
    developmental coordination disorder, 74–77
    stereotypic movement disorder, 77–80
    tic disorders, 81–85
Movement disorders, medication-induced. *See* Medication-induced movement disorders and other adverse effects of medication
Muscle dysmorphia, 236, 243, 245

Narcissistic personality disorder, 645, 646, 669–672
    associated features supporting diagnosis of, 671
    development and course of, 671
    diagnostic criteria for, 669–670
    diagnostic features of, 670–671
    differential diagnosis of, 671–672
    features and criteria in alternative *DSM-5* model for personality disorders, 763, 767–768
    gender-related diagnostic issues in, 671
    prevalence of, 671

Narcolepsy, 361, 372–378
  associated features supporting diagnosis of,
    374–375
  comorbidity with, 377–378
  culture-related diagnostic issues in, 376
  development and course of, 375
  diagnostic criteria for, 372–373
  diagnostic features of, 374
  diagnostic markers for, 376
  differential diagnosis of, 376–377
  functional consequences of, 376
  prevalence of, 375
  relationship to *International Classification of
    Sleep Disorders*, 378
  risk and prognostic factors for, 375–376
  subtypes of, 373–374
NCDs. *See* Neurocognitive disorders
Neglect
  child, 718–719
  spouse or partner, 721
*Nervios*, 835
Neurobehavioral disorder associated with
    prenatal alcohol exposure, 798–801
  associated features supporting diagnosis of, 799
  comorbidity with, 800–801
  development and course of, 800
  diagnostic features of, 799
  differential diagnosis of, 800
  functional consequences of, 800
  prevalence of, 800
  proposed criteria for, 798–799
  suicide risk in, 800
Neurocognitive disorders (NCDs), 591–643
  delirium, 591, 596–602
    other specified delirium, 602
    unspecified delirium, 602
  highlights of changes from DSM-IV to DSM-5,
    816
  major and mild neurocognitive disorders, 591,
    602–611, 611–643
    associated features supporting diagnosis
      of, 608
    comorbidity with, 610–611
    culture-related diagnostic issues in, 609
    development and course of, 608–609
    diagnostic criteria for, 602–606
    diagnostic features of, 607–608
    diagnostic markers for, 609–610
    differential diagnosis of, 610
    functional consequences of, 610
    gender-related diagnostic issues in, 609
    prevalence of, 608
    risk and prognostic factors for, 609
    specifiers for, 606–607
    subtypes of, 591, **603–604**, 606, 611–643

major or mild frontotemporal neuro-
    cognitive disorder, 591, **603**, 614–618
major or mild neurocognitive disorder
    due to Alzheimer's disease, 591, **603**,
    611–614
major or mild neurocognitive disorder
    due to another medical condition,
    591, **604**, 641–642
major or mild neurocognitive disorder
    due to HIV infection, 591, **604**, 632–
    634
major or mild neurocognitive disorder
    due to Huntington's disease, 591,
    **604**, 638–641
major or mild neurocognitive disorder
    with Lewy bodies, 591, **603**, 618–621
major or mild neurocognitive disorder
    due to multiple etiologies, 591, **604**,
    642–643
major or mild neurocognitive disorder
    due to Parkinson's disease, 591, **604**,
    636–638
major or mild neurocognitive disorder
    due to prion disease, 591, **604**, 634–
    636
major or mild neurocognitive disorder
    due to traumatic brain injury, 591,
    **603**, 624–627, **626**
major or mild substance/medication-
    induced neurocognitive disorder,
    591, **603**, 627–632
unspecified neurocognitive disorder,
    591, **604**, 643
vascular neurocognitive disorder, 591,
    **603**, 621–624
neurocognitive domains, 592, **593–595**
Neurodevelopmental disorders, 11, 13, 31–86
  attention-deficit/hyperactivity disorder, 11,
    32, 59–66
  autism spectrum disorders, 31–32, 50–59
  communication disorders, 31, 41–49
  highlights of changes from DSM-IV to DSM-5,
    809–810
  intellectual disabilities, 31, 33–41
  motor disorders, 32, 74–85
  other specified neurodevelopmental disorder,
    86
  specific learning disorder, 32, 66–74
  specifiers for, 32–33
  tic disorders, 32, 81–85
  unspecified neurodevelopmental disorder, 86
Neurodevelopmental motor disorders, 32, 74–85
  developmental coordination disorder, 74–77
  stereotypic movement disorder, 77–80
  tic disorders, 81–85

Neuroleptic-induced parkinsonism, 709
Neuroleptic malignant syndrome, 22, 709–711
    development and course of, 710
    diagnostic features of, 710
    differential diagnosis of, 711
    risk and prognostic factors for, 711
Night eating syndrome, 354
Nightmare disorder, 361, 404–407
    associated features supporting diagnosis of, 405
    comorbidity with, 407
    culture-related diagnostic issues in, 406
    development and course of, 405
    diagnostic criteria for, 404
    diagnostic features of, 404–405
    diagnostic markers for, 406
    differential diagnosis of, 406–407
    functional consequences of, 406
    gender-related diagnostic issues in, 406
    prevalence of, 405
    relationship to *International Classification of
        Sleep Disorders*, 407
    risk and prognostic factors for, 405
Nonadherence to medical treatment, 22, 726–727
Non–rapid eye movement sleep arousal
        disorders, 361, 399–404
    associated features supporting diagnosis of,
        400–401
    comorbidity with, 403
    development and course of, 401
    diagnostic criteria for, 399
    diagnostic features of, 400
    diagnostic markers for, 402
    differential diagnosis of, 402–403
    functional consequences of, 402
    gender-related diagnostic issues in, 401
    prevalence of, 401
    relationship to *International Classification of
        Sleep Disorders*, 404
    risk and prognostic factors for, 401
Nonsuicidal self-injury, 803–805
    development and course of, 804
    diagnostic features of, 804
    differential diagnosis of, 805–806
    functional consequences of, 805
    proposed criteria for, 803
    risk and prognostic factors for, 804

Obesity, 22
    feeding and eating disorders and, 329, 344,
        348, 351–353
    sleep-wake disorders and, 413
        hypersomnia, 372, 373, 375, 376, 377
        obstructive sleep apnea hypopnea,
            379–380, 382
        sleep-related hypoventilation, 387–388, 389

Obsessional jealousy, 264
Obsessive-compulsive disorder (OCD), 235–236,
        237–242
    associated features supporting diagnosis of,
        238–239
    comorbidity with, 243
    culture-related diagnostic issues in, 240
    development and course of, 239
    diagnostic criteria for, 237
    diagnostic features of, 238
    differential diagnosis of, 242–243
    functional consequences of, 241–242
    gender-related diagnostic issues in, 239, 240
    prevalence of, 239
    risk and prognostic factors for, 239–240
    specifiers for, 236, 238
    suicide risk in, 240
Obsessive-compulsive personality disorder, 645,
        646, 678–682
    associated features supporting diagnosis of,
        680–681
    culture-related diagnostic issues in, 681
    diagnostic criteria for, 678–679
    diagnostic features of, 679–680
    differential diagnosis of, 681–682
    features and criteria in alternative DSM-5
        model for personality disorders, 764,
        768–769
    gender-related diagnostic issues in, 681
    prevalence of, 681
Obsessive-compulsive and related disorder due to
        another medical condition, 235, 236, 260–263
    associated features supporting diagnosis of,
        262
    development and course of, 262
    diagnostic criteria for, 260–261
    diagnostic features of, 261–262
    diagnostic markers for, 262
    differential diagnosis of, 262–263
Obsessive-compulsive and related disorders,
        235–264
    body dysmorphic disorder, 235, 236, 242–247
    excoriation (skin-picking) disorder, 235, 236,
        254–257
    highlights of changes from DSM-IV to DSM-5,
        811–812
    hoarding disorder, 235, 236, 247–251
    obsessions and compulsions in, 235–236, 239
    obsessive-compulsive disorder, 235–236,
        237–242
    obsessive-compulsive and related disorder
        due to another medical condition,
        235, 236, 260–263
    other specified obsessive-compulsive and
        related disorder, 235, 236, 263–264

substance/medication-induced obsessive-
compulsive and related disorder, 235,
236, 257–260
trichotillomania (hair-pulling disorder), 235,
236, 251–254
unspecified obsessive-compulsive and related
disorder, 235, 236
Obstructive sleep apnea hypopnea, 378–383
associated features supporting diagnosis of,
379
comorbidity with, 383
culture-related diagnostic issues in, 381
development and course of, 379–380
diagnostic criteria for, 378
diagnostic features of, 379
diagnostic markers for, 381
differential diagnosis of, 381–383
functional consequences of, 381
gender-related diagnostic issues in, 381
prevalence of, 379
relationship to *International Classification of
Sleep Disorders*, 383
risk and prognostic factors for, 380–381
specifiers for, 378–379
Occupational problems, 723
OCD. *See* Obsessive-compulsive disorder
Olfactory reference syndrome, 246, 264, 837
Online enhancements, 17
Opioid intoxication, 546–547
diagnostic criteria for, 546–547
diagnostic features of, 547
differential diagnosis of, 547
specifiers for, 547
Opioid-related disorders, 481, 540–550
diagnoses associated with, **482**
opioid intoxication, 546–547
opioid use disorder, 541–546
opioid withdrawal, 484, 547–549
other opioid-induced disorders, 549
unspecified opioid-related disorder, 550
Opioid use disorder, 541–546
associated features supporting diagnosis of, 543
comorbidity with, 546
culture-related diagnostic issues in, 544
development and course of, 543
diagnostic criteria for, 541–542
diagnostic features of, 542
diagnostic markers for, 544
differential diagnosis of, 545–546
functional consequences of, 544–545
gender-related diagnostic issues in, 544
prevalence of, 543
risk and prognostic factors for, 543–544
specifiers for, 542
suicide risk in, 544

Opioid withdrawal, 484, 547–549
associated features supporting diagnosis of, 549
development and course of, 549
diagnostic criteria for, 547–548
diagnostic features of, 548
differential diagnosis of, 549
prevalence of, 549
Oppositional defiant disorder, 32, 461, 462–466
associated features supporting diagnosis of,
464
comorbidity with, 466
culture-related diagnostic issues in, 465
development and course of, 464
diagnostic criteria for, 462–463
diagnostic features of, 463
differential diagnosis of, 465
functional consequences of, 465
prevalence of, 464
risk and prognostic factors for, 464
specifiers for, 463
Other circumstances of personal history, 726
Other conditions that may be a focus of clinical
attention, 20, 22, 29, 715–727
abuse and neglect, 717–722
adult maltreatment and neglect problems,
720–722
child maltreatment and neglect problems,
717–719
educational and occupational problems, 723
housing and economic problems, 723–724
nonadherence to medical treatment, 726–727
other circumstances of personal history, 726
other health service encounters for counseling
and medical advice, 725
other problems related to the social
environment, 724–725
problems related to access to medical and
other health care, 726
problems related to crime or interaction with
the legal system, 725
problems related to other psychosocial,
personal, and environmental
circumstances, 725
relational problems, 715–717
other problems related to primary support
group, 716–717
problems related to family upbringing,
715–716
Other hallucinogen intoxication, 529–530
diagnostic criteria for, 529
diagnostic features of, 529
differential diagnosis of, 530
functional consequences of, 530
prevalence of, 530
suicide risk in, 530

Other hallucinogen use disorder, 523–527
associated features supporting diagnosis of, 525
comorbidity with, 527
culture-related diagnostic issues in, 526
development and course of, 525–526
diagnostic criteria for, 523–524
diagnostic features of, 524–525
diagnostic markers for, 526
differential diagnosis of, 527
functional consequences of, 527
gender-related diagnostic issues in, 526
prevalence of, 525
risk and prognostic factors for, 526
specifiers for, 524
Other health service encounters for counseling and medical advice, 725
Other mental disorders, 707–708
other specified mental disorder, 15–16, 19, 708
other specified mental disorder due to another medical condition, 707
unspecified mental disorder, 15–16, 19–20, 708
unspecified mental disorder due to another medical condition, 708
Other problems related to primary support group, 716–717
Other problems related to social environment, 724–725
Other psychosocial, personal, and environmental circumstances, problems related to, 725
Other specified mental disorder, 15–16, 19, 708
due to another medical condition, 707
Other (or unknown) substance intoxication, 581–582
comorbidity with, 582
development and course of, 581–582
diagnostic criteria for, 581
diagnostic features of, 581
differential diagnosis of, 582
functional consequences of, 582
prevalence of, 581
Other (or unknown) substance–related disorders, 577–585
diagnoses associated with, **482**
other (or unknown) substance–induced disorders, 584–585
other (or unknown) substance intoxication, 581–582
other (or unknown) substance use disorder, 577–580
other (or unknown) substance withdrawal, 583–584
unspecified other (or unknown) substance–related disorder, 585

Other (or unknown) substance use disorder, 577–580
associated features supporting diagnosis of, 579
comorbidity with, 580
culture-related diagnostic issues in, 580
development and course of, 580
diagnostic criteria for, 577–578
diagnostic features of, 579
diagnostic markers for, 580
differential diagnosis of, 580
prevalence of, 579
risk and prognostic factors for, 580
specifiers for, 578
Other (or unknown) substance withdrawal, 583–584
comorbidity with, 584
culture-related diagnostic issues in, 583
development and course of, 583
diagnostic criteria for, 583
diagnostic features of, 583
differential diagnosis of, 584
functional consequences of, 584
prevalence of, 583

Panic attacks, 189, 190, 208–209, 214–217
associated features with, 215
comorbidity with, 217
culture-related diagnostic issues in, 216
development and course of, 215–216
diagnostic markers for, 216
differential diagnosis of, 217
expected vs. unexpected, 215
features of, 214–215
functional consequences of, 217
gender-related diagnostic issues in, 216
nocturnal, 209, 215
in older adults, 210–211, 215–216
prevalence of, 215
risk and prognostic factors for, 216
specifier for, 214–217
suicide risk and, 215
symptoms of, 214
Panic disorder, 190, 208–214
associated features supporting diagnosis of, 210
culture-related diagnostic issues in, 211–212
development and course of, 210–211
diagnostic criteria for, 208–209
diagnostic features of, 209
diagnostic markers for, 212
differential diagnosis of, 212–213
functional consequences of, 212
gender-related diagnostic issues in, 210.212
prevalence of, 210
risk and prognostic factors for, 211
suicide risk in, 212

Paranoid personality disorder, 645, 646, 649–652
 associated features supporting diagnosis of, 650–651
 culture-related diagnostic issues in, 651
 development and course of, 651
 diagnostic criteria for, 649
 diagnostic features of, 649–650
 differential diagnosis of, 652
 prevalence of, 651
 risk and prognostic factors for, 651
Paraphilic disorders, 685–705
 exhibitionistic disorder, 685, 689–691
 fetishistic disorder, 685, 700–702
 frotteuristic disorder, 685, 691–694
 highlights of changes from DSM-IV to DSM-5, 816
 other specified paraphilic disorder, 705
 pedophilic disorder, 685, 697–700
 sexual masochism disorder, 685, 694–695
 sexual sadism disorder, 685, 695–697
 tansvestic disorder, 685, 702–704
 unspecified paraphilic disorder, 705
 voyeuristic disorder, 685, 686–688
Parasomnias, 361, 399–410
 nightmare disorder, 361, 404–407
 non-rapid eye movement sleep arousal disorders, 361, 399–404
 rapid eye movement sleep behavior disorder, 361, 407–410
Parkinsonism
 neuroleptic-induced, 709
 other medication-induced, 709
Parkinson's disease
 anxiety disorders and, 203, 205, 207, 218, 221
 depressive disorders and, 181, 182
 major or mild neurocognitive disorder due to, 591, **604**, 636–638
  associated features supporting diagnosis of, 637
  comorbidity with, 638
  development and course of, 637
  diagnostic criteria for, 636–637
  diagnostic features of, 637
  diagnostic markers for, 637–638
  differential diagnosis of, 638
  prevalence of, 637
  risk and prognostic factors for, 637
 sleep-wake disorders and, 372, 383, 395, 413, 421
 REM sleep behavior disorder, 361, 408, 410
Pedophilic disorder, 685, 697–700
 associated features supporting diagnosis of, 698
 comorbidity with, 700
 development and course of, 699
 diagnostic criteria for, 697–698

diagnostic features of, 698
diagnostic markers for, 699
differential diagnosis of, 700
gender-related diagnostic issues in, 699
prevalence of, 698
risk and prognostic factors for, 699
Persistent complex bereavement disorder, 289, 789–792
 associated features supporting diagnosis of, 791
 comorbidity with, 792
 culture-related diagnostic issues in, 791
 development and course of, 791
 diagnostic features of, 790–791
 differential diagnosis of, 792
 functional consequences of, 792
 prevalence of, 791
 proposed criteria for, 789–790
 risk and prognostic factors for, 791
 suicide risk in, 791
Persistent depressive disorder (dysthymia), 155, 168–171
 comorbidity with, 171
 development and course of, 170
 diagnostic criteria for, 168–169
 diagnostic features of, 169–170
 differential diagnosis of, 170–171
 functional consequences of, 170
 prevalence of, 170
 risk and prognostic factors for, 170
Personality change due to another medical condition, 645, 682–684
 associated features supporting diagnosis of, 683
 diagnostic criteria for, 682
 diagnostic features of, 683
 differential diagnosis of, 683–684
 subtypes of, 683
Personality disorders, 645–684
 Cluster A, 646, 649–659
  paranoid personality disorder, 645, 646, 649–652
  schizoid personality disorder, 645, 646, 652–655
  schizotypal personality disorder, 87, 89, 90, 645, 646, 655–659
 Cluster B, 646, 659–672
  antisocial personality disorder, 461, 476, 645, 646, 659–663
  borderline personality disorder, 645, 646, 663–666
  histrionic personality disorder, 645, 646, 667–669
  narcissistic personality disorder, 645, 646, 669–672

ce use disorder,

rting diagnosis of, 579

c issues in, 580
 of, 580
7–578
9
80
580

ors for, 580

nce withdrawal,

c issues in, 583
 of, 583
83
3
584
 of, 584

209, 214–217
215

c issues in, 216
 of, 215–216
16
217
, 215

 of, 217
c issues in, 216

215–216

ors for, 216

rting diagnosis of, 210
c issues in, 211–212
 of, 210–211
08–209
9
212
 212–213
 of, 212
c issues in, 210.212

ors for, 211

Personality disorders *(continued)*
  Cluster C, 646, 672–682
    avoidant personality disorder, 645, 646, 672–675
    dependent personality disorder, 645, 646, 675–678
    obsessive-compulsive personality disorder, 645, 646, 678–682
  general personality disorder, 646–649
    criteria for, 646–647
    culture-related diagnostic issues in, 648
    development and course of, 647–648
    diagnostic features of, 647
    differential diagnosis of, 648–649
    gender-related diagnostic issues in, 648
  highlights of changes from DSM-IV to DSM-5, 816
  other specified personality disorder, 645–646, 684
  personality change due to another medical condition, 645, 682–684
  unspecified personality disorder, 645–646, 684
Personality disorders: alternative DSM-5 model, 761–781
  diagnosis of, 771
  general criteria for personality disorder, 761–763
    Criterion A: level of personality functioning, 762, **762**
    Criterion B: pathological personality traits, 762–763
    Criteria C and D: pervasiveness and stability, 763
    Criteria E, F, and G: alternative explanations for personality pathology, 763
  level of personality functioning, 762, **762,** 771–772
    Level of Personality Functioning Scale for rating of, 772, **775–778**
    *self-* and *interpersonal* functioning dimensional definition, 772
  personality traits, 772–774
    assessment of Personality Trait Model, 774
    clinical utility of multidimensional personality functioning and trait model, 774
    definition and description of, 772–773
    definitions of personality disorder trait domains and facets, **779–781**
    dimensionality of, 772–773
    distinguishing traits, symptoms, and specific behaviors, 773–774
    hierarchical structure of personality, 773
    Personality Trait Model, 773

  scoring algorithms for, 771
  specific personality disorders, 763–771
    antisocial personality disorder, 763, 764–765
    avoidant personality disorder, 763, 765–766
    borderline personality disorder, 763, 766–767
    narcissistic personality disorder, 763, 767–768
    obsessive-compulsive personality disorder, 764, 768–769
    personality disorder—trait specified, 761, 770–771
    schizotypal personality disorder, 764, 769–770
Phencyclidine intoxication, 527–529
  diagnostic criteria for, 527–528
  diagnostic features of, 528
  diagnostic markers for, 528
  differential diagnosis of, 528–529
  functional consequences of, 528
  prevalence of, 528
Phencyclidine-related disorders, 481
  diagnoses associated with, **482**
  other phencyclidine-induced disorders, 532
  phencyclidine intoxication, 527–529
  phencyclidine use disorder, 520–523
  unspecified phencyclidine-related disorder, 533
Phencyclidine use disorder, 520–523
  associated features supporting diagnosis of, 522
  culture-related diagnostic issues in, 522
  diagnostic criteria for, 520–521
  diagnostic features of, 521–522
  diagnostic markers for, 522
  differential diagnosis of, 523
  functional consequences of, 522
  gender-related diagnostic issues in, 522
  prevalence of, 522
  risk and prognostic factors for, 522
  specifiers for, 521
Phobic disorders
  agoraphobia, 190, 217–221
  social anxiety disorder (social phobia), 190, 202–208
  specific phobia, 189–190, 197–202
Physical abuse
  child, 717–718
  nonspouse or nonpartner, 722
  spouse or partner, 720
Pica, 329–331
  associated features supporting diagnosis of, 330
  comorbidity with, 331
  culture-related diagnostic issues in, 331
  development and course of, 330
  diagnostic criteria for, 329–330

diagnostic features of, 330
diagnostic markers for, 331
differential diagnosis of, 331
functional consequences of, 331
gender-related diagnostic issues in, 331
prevalence of, 330
risk and prognostic factors for, 330
Posttraumatic stress disorder (PTSD), 265, 271–280
    associated features supporting diagnosis of, 276
    comorbidity with, 280
    culture-related diagnostic issues in, 278
    development and course of, 276–277
    diagnostic criteria for, 271–274
    diagnostic features of, 274–276
    differential diagnosis of, 279–280
    functional consequences of, 278–279
    gender-related diagnostic issues in, 278
    prevalence of, 276
    risk and prognostic factors for, 277–278
    suicide risk in, 278
Postural tremor, medication-induced, 712
Premature (early) ejaculation, 423, 443–446
    associated features supporting diagnosis of, 444
    comorbidity with, 446
    culture-related diagnostic issues in, 445
    development and course of, 444–445
    diagnostic criteria for, 443–444
    diagnostic features of, 444
    diagnostic markers for, 445
    differential diagnosis of, 445–446
    functional consequences of, 445
    gender-related diagnostic issues in, 445
    prevalence of, 444
    risk and prognostic factors for, 445
Premenstrual dysphoric disorder, 155, 171–175
    associated features supporting diagnosis of, 173
    comorbidity with, 175
    culture-related diagnostic issues in, 173
    development and course of, 173
    diagnostic criteria for, 171–172
    diagnostic features of, 172–173
    diagnostic markers for, 173–174
    differential diagnosis of, 174–175
    functional consequences of, 174
    prevalence of, 173
    recording procedures for, 172
    risk and prognostic factors for, 173
Principal diagnosis, 22–23
Prion disease, major or mild neurocognitive
    disorder due to, 591, 604, 634–636
    development and course of, 635
    diagnostic criteria for, 634–635
    diagnostic features of, 635

diagnostic markers for, 636
differential diagnosis of, 636
prevalence of, 635
risk and prognostic factors for, 636
Problems related to access to medical and other
    health care, 726
Problems related to crime or interaction with the
    legal system, 725
Problems related to family upbringing, 715–716
Problems related to other psychosocial, personal,
    and environmental circumstances, 725
Provisional diagnosis, 23
Pseudocyesis, 310, 327
Psychological abuse
    child, 719
    nonspouse or nonpartner, 722
    spouse or partner abuse, 721–722
Psychological factors affecting other medical
    conditions, 309, 310, 322–324
    comorbidity with, 324
    culture-related diagnostic issues in, 323
    development and course of, 323
    diagnostic criteria for, 322
    diagnostic features of, 322–323
    differential diagnosis of, 323–324
    functional consequences of, 323
    prevalence of, 323
Psychotic disorder due to another medical
    condition, 89, 115–118
    associated features supporting diagnosis of, 116
    comorbidity with, 116
    development and course of, 117
    diagnostic criteria for, 115–116
    diagnostic features of, 116
    diagnostic markers for, 117
    differential diagnosis of, 118
    functional consequences of, 118
    prevalence of, 116–117
    risk and prognostic factors for, 117
    specifiers for, 116
    suicide risk in, 118
Psychotic disorders. See Schizophrenia spectrum
    and other psychotic disorders
PTSD. See Posttraumatic stress disorder
Purging disorder, 353
Pyromania, 461, 476–477
    associated features supporting diagnosis of, 476–477
    comorbidity with, 477
    development and course of, 477
    diagnostic criteria for, 476
    diagnostic features of, 476
    differential diagnosis of, 477
    gender-related diagnostic issues in, 477
    prevalence of, 477

Rapid eye movement (REM) sleep behavior
    disorder, 361, 407–410
  associated features supporting diagnosis of, 408
  comorbidity with, 410
  development and course of, 408–409
  diagnostic criteria for, 407–408
  diagnostic features of, 408
  diagnostic markers for, 409
  differential diagnosis of, 409–410
  functional consequences of, 409
  prevalence of, 408
  relationship to *International Classification of
      Sleep Disorders*, 410
  risk and prognostic factors for, 409
Reactive attachment disorder, 265–268
  associated features supporting diagnosis of, 266
  comorbidity with, 268
  culture-related diagnostic issues in, 267
  development and course of, 266
  diagnostic criteria for, 265–266
  diagnostic features of, 266
  differential diagnosis of, 267–268
  functional consequences of, 267
  prevalence of, 266
  risk and prognostic factors for, 267
Recurrent brief depression, 183
Relational problems, 22, 715–717
  other problems related to primary support
      group, 716–717
  problems related to family upbringing, 715–716
REM sleep behavior disorder. *See* Rapid eye
    movement sleep behavior disorder
Restless legs syndrome (RLS), 361, 410–413
  associated features supporting diagnosis of,
      411
  comorbidity with, 413
  development and course of, 411–412
  diagnostic criteria for, 410
  diagnostic features of, 411
  diagnostic markers for, 412
  differential diagnosis of, 413
  functional consequences of, 412–413
  gender-related diagnostic issues in, 412
  prevalence of, 411
  relationship to *International Classification of
      Sleep Disorders*, 413
  risk and prognostic factors for, 412
Rett syndrome, 33, 38, 51, 53, 56, 57, 79, 80
RLS. *See* Restless legs syndrome
Rumination disorder, 329, 332–333
  associated features supporting diagnosis of,
      332–333
  comorbidity with, 333
  development and course of, 333
  diagnostic criteria for, 332

diagnostic features of, 332
differential diagnosis of, 333
functional consequences of, 333
prevalence of, 333
risk and prognostic factors for, 333

Schizoaffective disorder, 89–90, 105–110
  associated features supporting diagnosis of, 107
  comorbidity with, 110
  culture-related diagnostic issues in, 108–109
  development and course of, 108
  diagnostic criteria for, 105–106
  diagnostic features of, 106–107
  differential diagnosis of, 109–110
  functional consequences of, 109
  prevalence of, 107–108
  risk and prognostic factors for, 108
  suicide risk in, 109
Schizoid personality disorder, 645, 646, 652–655
  associated features supporting diagnosis of,
      653–654
  culture-related diagnostic issues in, 654
  development and course of, 654
  diagnostic criteria for, 652–653
  diagnostic features of, 653
  differential diagnosis of, 654–655
  gender-related diagnostic issues in, 654
  prevalence of, 654
  risk and prognostic factors for, 654
Schizophrenia, 87, 99–105
  associated features supporting diagnosis of,
      101–102
  with catatonia, 88, 100
  comorbidity with, 105
  culture-related diagnostic issues in, 103
  development and course of, 102–103
  diagnostic features of, 87–88, 100–101
  differential diagnosis of, 104–105
  functional consequences of, 104
  gender-related diagnostic issues in, 103–104
  prevalence of, 102
  risk and prognostic factors for, 103
  suicide risk in, 104
Schizophrenia spectrum and other psychotic
    disorders, 87–122
  brief psychotic disorder, 89, 94–96
  catatonia, 88, 89, 119–121
  clinician-rated assessment of symptoms and
      related clinical phenomena in, 89–90
  delusional disorder, 89, 90–93
  highlights of changes from DSM-IV to DSM-5,
      810
  key features of, 87–88
    delusions, 87
    disorganized thinking (speech), 88

grossly disorganized or abnormal motor
  behavior (including catatonia), 88
hallucinations, 87–88
negative symptoms, 88
other specified schizophrenia spectrum and
  other psychotic disorder, 122
psychotic disorder due to another medical
  condition, 89, 115–118
schizoaffective disorder, 89–90, 105–110
schizophrenia, 87, 99–105
schizophreniform disorder, 89, 96–99
schizotypal (personality) disorder, 87, 89, 90
substance/medication-induced psychotic
  disorder, 89, 110–115
unspecified schizophrenia spectrum and other
  psychotic disorder, 122
Schizophreniform disorder, 89, 96–99
  associated features supporting diagnosis of, 98
  development and course of, 98
  diagnostic criteria for, 96–97
  diagnostic features of, 97–98
  differential diagnosis of, 98–99
  functional consequences of, 98
  prevalence of, 98
  provisional diagnosis of, 97
  risk and prognostic factors for, 98
Schizotypal personality disorder, 87, 89, 90, 645,
  646, 655–659
  associated features supporting diagnosis of,
    657
  culture-related diagnostic issues in, 657
  development and course of, 657
  diagnostic criteria for, 655–656
  diagnostic features of, 656–657
  differential diagnosis of, 658–659
  features and criteria in alternative DSM-5
    model for personality disorders, 764,
    769–770
  gender-related diagnostic issues in, 658
  prevalence of, 657
  risk and prognostic factors for, 657
Sedative, hypnotic, or anxiolytic intoxication,
  556–557
  associated features supporting diagnosis of, 557
  diagnostic criteria for, 556
  diagnostic features of, 556–557
  differential diagnosis of, 557
  prevalence of, 557
Sedative-, hypnotic-, or anxiolytic-related
  disorders, 481, 550–560
  diagnoses associated with, **482**
  other sedative-, hypnotic-, or anxiolytic-
    induced disorders, 560
  sedative, hypnotic, or anxiolytic intoxication,
    556–557

sedative, hypnotic, or anxiolytic use disorder,
  550–556
sedative, hypnotic, or anxiolytic withdrawal,
  484, 557–560
unspecified sedative-, hypnotic-, or anxiolytic-
  related disorder, 560
Sedative, hypnotic, or anxiolytic use disorder,
  550–556
  associated features supporting diagnosis of,
    553
  comorbidity with, 555–556
  culture-related diagnostic issues in, 554
  development and course of, 553–554
  diagnostic criteria for, 550–552
  diagnostic features of, 552–553
  diagnostic markers for, 554–555
  differential diagnosis of, 555
  functional consequences of, 555
  gender-related diagnostic issues in, 554
  prevalence of, 553
  risk and prognostic factors for, 554
  specifiers for, 552
Sedative, hypnotic, or anxiolytic withdrawal, 484,
  557–560
  associated features supporting diagnosis of, 559
  diagnostic criteria for, 557–558
  diagnostic features of, 558
  diagnostic markers for, 559
  differential diagnosis of, 559–560
  prevalence of, 559
Selective mutism, 189, 195–197
  associated features supporting diagnosis of,
    195–196
  comorbidity with, 197
  culture-related diagnostic issues in, 196
  development and course of, 196
  diagnostic criteria for, 195
  diagnostic features of, 195
  differential diagnosis of, 197
  functional consequences of, 196–197
  prevalence of, 196
  risk and prognostic factors for, 196
Separation anxiety disorder, 189, 190–195
  associated features supporting diagnosis of, 192
  comorbidity with, 195
  culture-related diagnostic issues in, 193
  development and course of, 192–193
  diagnostic criteria for, 190–191
  diagnostic features of, 191–192
  differential diagnosis of, 194–195
  functional consequences of, 193–194
  gender-related diagnostic issues in, 193
  prevalence of, 192
  risk and prognostic factors for, 193
  suicide risk in, 193

Severity measures, 733, 742
    Clinician-Rated Dimensions of Psychosis
        Symptom Severity, 742–744
        frequency of use of, 742
        scoring and interpretation of, 742
Sexual abuse
    child, 718
    nonspouse or nonpartner, 722
    spouse or partner, 720
Sexual dysfunctions, 423–450
    delayed ejaculation, 423, 424–426
    erectile disorder, 423, 426–429
    female orgasmic disorder, 423, 429–432
    female sexual interest/arousal disorder, 423,
        433–437
    genito-pelvic pain/penetration disorder, 423,
        437–440
    highlights of changes from DSM-IV to DSM-5,
        814
    male hypoactive sexual desire disorder, 423,
        440–443
    other specified sexual dysfunction, 423, 450
    premature (early) ejaculation, 423, 443–446
    substance/medication-induced sexual
        dysfunction, 423, 446–450
    subtypes of, 423
    unspecified sexual dysfunction, 423, 450
Sexual masochism disorder, 685, 694–695
    associated features supporting diagnosis of, 694
    comorbidity with, 695
    development and course of, 695
    diagnostic criteria for, 694
    diagnostic features of, 694
    differential diagnosis of, 695
    functional consequences of, 695
    prevalence of, 694
Sexual sadism disorder, 685, 695–697
    associated features supporting diagnosis of, 696
    comorbidity with, 697
    development and course of, 697
    diagnostic criteria for, 695
    diagnostic features of, 696
    differential diagnosis of, 697
    prevalence of, 696
Shenjing shuairuo, 835–836
Shubo-kyofu, 264
Skin picking. See Excoriation (skin-picking)
    disorder
Sleep-related hypoventilation, 387–390
    associated features supporting diagnosis of,
        387–388
    comorbidity with, 389–390
    development and course of, 388
    diagnostic criteria for, 387
    diagnostic features, 387

diagnostic markers for, 389
differential diagnosis of, 389
functional consequences of, 389
gender-related diagnostic issues in, 389
prevalence of, 388
relationship to International Classification of
    Sleep Disorders, 390
risk and prognostic factors for, 388
subtypes of, 387
Sleep terrors, 399–403. See also Non–rapid eye
    movement sleep arousal disorders
Sleep-wake disorders, 361–422
    breathing-related sleep disorders, 361, 378–390
        central sleep apnea, 383–386
        obstructive sleep apnea hypopnea, 378–383
        sleep-related hypoventilation, 387–390
    circadian rhythm sleep-wake disorders, 361,
        390–398
        advanced sleep phase type, 393–394
        delayed sleep phase type, 391–392
        irregular sleep-wake type, 394–396
        non-24-hour sleep-wake type, 396–397
        shift work type, 397–398
    highlights of changes from DSM-IV to DSM-5,
        814
    hypersomnolence disorder, 361, 368–372
        other specified, 421
        unspecified, 421
    insomnia disorder, 361, 362–368
        other specified, 420
        unspecified, 420–421
    narcolepsy, 361, 372–378
    other specified sleep-wake disorder, 421
    parasomnias, 399–410
        nightmare disorder, 361, 404–407
        non–rapid eye movement sleep arousal
            disorders, 361, 399–404
        rapid eye movement sleep behavior
            disorder, 361, 407–410
    relationship to International Classification of
        Sleep Disorders, 361–362 (See also specific
        sleep-wake disorders)
    restless legs syndrome, 361, 410–413
    substance/medication-induced sleep disorder,
        413–420
    unspecified sleep-wake disorder, 422
Sleepwalking, 399–403. See also Non–rapid eye
    movement sleep arousal disorders
Smoking. See Tobacco-related disorders
Social anxiety disorder (social phobia), 190,
    202–208
    associated features supporting diagnosis of,
        204
    comorbidity with, 208
    culture-related diagnostic issues in, 205–206

development and course of, 205
diagnostic criteria for, 202–203
diagnostic features of, 203–204
differential diagnosis of, 206–207
functional consequences of, 206
gender-related diagnostic issues in, 204, 206
prevalence of, 204
risk and prognostic factors for, 205
specifiers for, 203
Social (pragmatic) communication disorder, 31, 47–49
    associated features supporting diagnosis of, 48
    development and course of, 48
    diagnostic criteria for, 47–48
    diagnostic features of, 48
    differential diagnosis of, 49
    risk and prognostic factors for, 48
Somatic symptom disorder, 309, 310, 311–315
    associated features supporting diagnosis of, 312
    comorbidity with, 314–315
    culture-related diagnostic issues in, 313
    development and course of, 312–313
    diagnostic criteria for, 311
    diagnostic features of, 311–312
    differential diagnosis of, 314
    prevalence of, 312
    risk and prognostic factors for, 313
Somatic symptoms and related disorders, 309–327
    conversion disorder (functional neurological symptom disorder), 309, 310, 318–321
    factitious disorder, 309, 310, 324–326
    highlights of changes from DSM-IV to DSM-5, 812–813
    illness anxiety disorder, 309, 310, 315–318
    other specified somatic symptom and related disorder, 309, 310, 327
    psychological factors affecting other medical conditions, 309, 310, 322–324
    somatic symptom disorder, 309, 310, 311–315
    unspecified somatic symptom and related disorder, 309, 310, 327
Specific learning disorder, 32, 66–74
    associated features supporting diagnosis of, 70
    comorbidity with, 72, 74
    culture-related diagnostic issues in, 72–73
    development and course of, 70–72
    diagnostic criteria for, 66–68
    diagnostic features of, 68–70
    differential diagnosis of, 73–74
    functional consequences of, 73
    gender-related diagnostic issues in, 73
    prevalence of, 70
    recording procedures for, 68
    risk and prognostic factors for, 72

Specific phobia, 189–190, 197–202
    associated features supporting diagnosis of, 199
    comorbidity with, 202
    culture-related diagnostic issues in, 201
    development and course of, 199–200
    diagnostic criteria for, 197–198
    diagnostic features of, 198–199
    differential diagnosis of, 201–202
    functional consequences of, 201
    prevalence of, 199
    risk and prognostic factors for, 200
    specifiers for, 198
    suicide risk in, 201
Specifiers, 21–22
Specifiers for bipolar and related disorders, 149–154
Specifiers for depressive disorders, 184–188
Speech sound disorder, 31, 44–45
    associated features supporting diagnosis of, 44
    development and course of, 44–45
    diagnostic criteria for, 44
    diagnostic features of, 44
    differential diagnosis of, 45
Spouse or partner abuse, psychological, 721–722
Spouse or partner neglect, 721
Spouse or partner violence
    physical, 720
    sexual, 720
Stereotypic movement disorder, 32, 77–80
    comorbidity with, 80
    culture-related diagnostic issues in, 79
    development and course of, 79
    diagnostic criteria for, 77–78
    diagnostic features of, 78–79
    differential diagnosis of, 79–80
    prevalence of, 79
    recording procedures for, 78
    risk and prognostic factors for, 79
    specifiers for, 78
Stimulant intoxication, 567–569
    associated features supporting diagnosis of, 568
    diagnostic criteria for, 567–568
    diagnostic features of, 568
    differential diagnosis of, 568–569
Stimulant-related disorders, 481, 561–570
    diagnoses associated with, **482**
    other stimulant-induced disorders, 570
    stimulant intoxication, 567–569
    stimulant use disorder, 561–567
    stimulant withdrawal, 484, 569–570
    unspecified stimulant-related disorder, 570
Stimulant use disorder, 561–567
    associated features supporting diagnosis of, 563–564
    comorbidity with, 566–567

Index

development and course of, 205
diagnostic criteria for, 202–203
diagnostic features of, 203–204
differential diagnosis of, 206–207
functional consequences of, 206
gender-related diagnostic issues in, 204, 206
prevalence of, 204
risk and prognostic factors for, 205
specifiers for, 203
Social (pragmatic) communication disorder, 31, 47–49

Stimulant use disorder *(continued)*
    culture-related diagnostic issues in, 565
    development and course of, 564–565
    diagnostic criteria for, 561–562
    diagnostic features of, 563
    diagnostic markers for, 565–566
    differential diagnosis of, 566
    functional consequences of, 566
    prevalence of, 564
    risk and prognostic factors for, 565
    specifiers for, 563
Stimulant withdrawal, 484, 569–570
    associated features supporting diagnosis of, 570
    diagnostic criteria for, 569
    differential diagnosis of, 570
Stroke, 46, 73, 117
    bipolar disorder and, 146, 147
    depressive disorders and, 164, 167, 181–182
Stuttering. *See* Childhood-onset fluency disorder
    (stuttering)
Substance-induced disorders, 481, 485–490. *See
    also specific substances of abuse*
    alcohol-related, 497–503
    caffeine-related, 503–508
    cannabis-related, 516–519
    hallucinogen-related, 527–533
    inhalant-related, 538–540
    opioid-related, 546–549
    other (or unknown) substance–related, 581–585
    sedative-, hypnotic-, or anxiolytic-related,
        556–560
    substance intoxication and withdrawal, 481,
        485–487 (*See also* Intoxication;
        Withdrawal from substance)
        associated with use of multiple substances,
            486
        development and course of, 487
        duration of effects and, 486
        laboratory findings associated with,
            486–487
        recording procedures for, 487
        related to route of administration and
            speed of substance effects, 486
    substance/medication-induced mental
        disorders, 481, 487–490
        development and course of, 489
        features of, 488–489
        functional consequences of, 490
        recording procedures for, 490
    tobacco-related, 575–576
Substance intoxication delirium, 596–597, 598
Substance/medication-induced anxiety disorder,
    190, 226–230
    associated features supporting diagnosis of,
        228–229

    diagnostic criteria for, 226–227
    diagnostic features of, 228
    diagnostic markers for, 229
    differential diagnosis of, 229–230
    prevalence of, 229
    recording procedures for, 227–228
Substance/medication-induced bipolar and
    related disorder, 123, 142–145
    associated features supporting diagnosis of, 144
    comorbidity with, 146
    development and course of, 144–145
    diagnostic criteria for, 142–143
    diagnostic features of, 144
    diagnostic markers for, 145
    differential diagnosis of, 145
    prevalence of, 144
    recording procedures for, 143–144
Substance/medication-induced depressive
    disorder, 155, 175–180
    comorbidity with, 180
    development and course of, 178
    diagnostic criteria for, 175–176
    diagnostic features of, 177–178
    diagnostic markers for, 179
    differential diagnosis of, 179–180
    prevalence of, 178
    recording procedures for, 176–177
    risk and prognostic factors for, 178–179
    suicide risk in, 179
Substance/medication-induced neurocognitive
    disorder, 591, **603**, 627–632
    associated features supporting diagnosis of, 630
    comorbidity with, 632
    development and course of, 631
    diagnostic criteria for, 627–629
    diagnostic features of, 629–630
    diagnostic markers for, 631
    differential diagnosis of, 631
    functional consequences of, 631
    prevalence of, 630
    recording procedures for, 629
    risk and prognostic factors for, 631
Substance/medication-induced obsessive-
    compulsive and related disorder, 235, 236,
    257–260
    associated features supporting diagnosis of, 259
    diagnostic criteria for, 257–258
    diagnostic features of, 259
    differential diagnosis of, 259–260
    prevalence of, 259
    recording procedures for, 258–259
Substance/medication-induced psychotic
    disorder, 89, 110–115
    associated features supporting diagnosis of, 113
    development and course of, 114

diagnostic criteria for, 110–111
diagnostic features of, 112–113
diagnostic markers for, 114
differential diagnosis of, 114–115
functional consequences of, 114
prevalence of, 113
recording procedures for, 112
Substance/medication-induced sexual
    dysfunction, 423, 446–450
associated features supporting diagnosis of,
    448–449
culture-related diagnostic issues in, 449
development and course of, 449
diagnostic criteria for, 446–447
diagnostic features of, 448
differential diagnosis of, 450
functional consequences of, 450
gender-related diagnostic issues in, 449
prevalence of, 449
recording procedures for, 447–448
Substance/medication-induced sleep disorder,
    413–420
associated features supporting diagnosis of,
    416–418
comorbidity with, 420
culture-related diagnostic issues in, 418
development and course of, 418
diagnostic criteria for, 413–415
diagnostic features of, 416
diagnostic markers for, 419
differential diagnosis of, 419–420
functional consequences of, 419
gender-related diagnostic issues in, 418
recording procedures for, 415–416
relationship to *International Classification of
    Sleep Disorders*, 420
risk and prognostic factors for, 418
Substance-related and addictive disorders,
    481–589
gambling disorder, 481, 585–589
highlights of changes from DSM-IV to DSM-5,
    815
substance-related disorders, 481–585 (*See also
    specific substances of abuse*)
alcohol-related disorders, 490–503
caffeine-related disorders, 503–509
cannabis-related disorders, 509–519
diagnoses associated with substance class,
    **482**
drug classes in, 481
hallucinogen-related disorders, 520–533
inhalant-related disorders, 533–540
opioid-related disorders, 540–550
other (or unknown) substance–related
    disorders, 577–585

sedative-, hypnotic- or anxiolytic-related
    disorders, 550–560
stimulant-related disorders, 561–570
substance-induced disorders, 481, 485–490
substance use disorders, 481, 483–485,
    490–585
tobacco-related disorders, 571–577
Substance use disorders, 481, 483–485
alcohol use disorder, 490–497
caffeine use disorder, 792–795
cannabis use disorder, 509–516
features of, 483–484
inhalant use disorder, 533–538
opioid use disorder, 541–546
other hallucinogen use disorder, 523–527
other (or unknown) substance use disorder,
    577–580
phencyclidine use disorder, 520–523
recording procedures for, 485
sedative, hypnotic, or anxiolytic use disorder,
    550–556
severity and specifiers for, 484
stimulant use disorder, 561–567
tobacco use disorder, 571–574
tolerance and withdrawal in, 484
Substance withdrawal delirium, 597, 598–599
Suicidal behavior disorder, 801–803
comorbidity with, 803
culture-related diagnostic issues in, 802
development and course of, 802
diagnostic features of, 801–802
diagnostic markers for, 802
functional consequences of, 802
proposed criteria for, 801
specifiers for, 801
Suicide risk
anorexia nervosa and, 343
bipolar I disorder and, 131
bipolar II disorder and, 138
body dysmorphic disorder and, 245
bulimia nervosa and, 349
depressive disorder due to another medical
    condition and, 182
depressive episodes with short-duration
    hypomania and, 788
disruptive mood dysregulation disorder and,
    158
dissociative amnesia and, 300
dissociative identity disorder and, 295
major depressive disorder and, 164, 167
neurobehavioral disorder associated with
    prenatal alcohol exposure and, 800
obsessive-compulsive disorder and, 240
opioid use disorder and, 544
other hallucinogen intoxication and, 530

Suicide risk *(continued)*
panic attacks and, 215
panic disorder and, 212
persistent complex bereavement disorder and, 791
posttraumatic stress disorder and, 278
psychotic disorder due to another medical condition and, 118
schizoaffective disorder and, 109
schizophrenia and, 104
separation anxiety disorder and, 193
specific phobia and, 201
substance/medication-induced depressive disorder and, 180
*Susto,* 836–837

*Taijin kyofusho,* 205, 837
Tardive akathisia, 712
Tardive dyskinesia, 22, 712
Tardive dystonia, 712
Technical terms, glossary of, 817–831
Tic disorders, 32, 81–85
comorbidity with, 83, 85
culture-related diagnostic issues in, 83
development and course of, 83
diagnostic criteria for, 81
diagnostic features of, 81–82
differential diagnosis of, 84
functional consequences of, 84
gender-related diagnostic issues in, 83, 84
other specified tic disorder, 85
prevalence of, 83
risk and prognostic factors for, 83
specifiers for, 81
unspecified tic disorder, 85
Tobacco-related disorders, 481, 571–577
diagnoses associated with, **482**
other tobacco-induced disorders, 576
tobacco use disorder, 571–574
tobacco withdrawal, 484, 575–576
unspecified tobacco-related disorder, 577
Tobacco use disorder, 571–574
associated features supporting diagnosis of, 573
comorbidity with, 574
culture-related diagnostic issues in, 574
development and course of, 573
diagnostic criteria for, 571–572
diagnostic features of, 572–573
diagnostic markers for, 574
functional consequences of, 574
prevalence of, 573
risk and prognostic factors for, 573–574
specifiers for, 572
Tobacco withdrawal, 484, 575–576
associated features supporting diagnosis of, 575

development and course of, 576
diagnostic criteria for, 575
diagnostic features of, 575
diagnostic markers for, 576
differential diagnosis of, 576
functional consequences of, 576
prevalence of, 576
risk and prognostic factors for, 576
Tolerance to substance effects, 484
Tourette's disorder, 32. *See also* Tic disorders
diagnostic criteria for, 81
diagnostic features of, 81–82
functional consequences of, 84
prevalence of, 83
risk and prognostic factors for, 83
Transvestic disorder, 685, 702–704
associated features supporting diagnosis of, 703
comorbidity with, 704
development and course of, 703–704
diagnostic criteria for, 702
diagnostic features of, 703
differential diagnosis of, 704
functional consequences of, 704
prevalence of, 703
specifiers for, 703
Trauma- and stressor-related disorders, 265–290
acute stress disorder, 265, 280–286
adjustment disorders, 265, 286–289
disinhibited social engagement disorder, 265, 268–270
highlights of changes from DSM-IV to DSM-5, 812
other specified trauma- and stressor-related disorder, 289
posttraumatic stress disorder, 265, 271–280
reactive attachment disorder, 265–268
unspecified trauma- and stressor-related disorder, 290
Traumatic brain injury
bipolar disorder and, 146
depressive disorders and, 181
dissociative amnesia and, 298, 299, 301
hoarding disorder and, 247, 250
major or mild neurocognitive disorder due to, 591, **603**, 624–627, **626**
associated features supporting diagnosis of, 625
comorbidity with, 627
development and course of, 625–626
diagnostic criteria for, 624
diagnostic features of, 625
diagnostic markers for, 627
differential diagnosis of, 627
functional consequences of, 627

Case 6:21-cv-00808-WWB-EJK Document 78-1 Filed 09/01/22 Page 70 of 71 PageID 1276

Index                                                                                   **947**

prevalence of, 625
   risk and prognostic factors for, 626–627
   specifiers for, 625
neurodevelopmental disorders and, 38, 39, 44, 73
psychotic disorders and, 99, 117
severity ratings for, 625, **626**
trauma- and stressor-related disorders and, 280, 281, 284, 286
Tremor, medication-induced, 712
Trichotillomania (hair-pulling disorder), 235, 236, 251–254
   associated features supporting diagnosis of, 252
   comorbidity with, 254
   culture-related diagnostic issues in, 253
   development and course of, 253
   diagnostic criteria for, 251
   diagnostic features of, 251–252
   diagnostic markers for, 253
   differential diagnosis of, 253–254
   functional consequences of, 253
   prevalence of, 252
   risk and prognostic factors for, 253
*Trúng gió*, 211, 212

Unspecified mental disorder, 15–16, 19–20, 708
   due to another medical condition, 708

Vascular neurocognitive disorder, major or mild, 591, **603**, 621–624
   associated features supporting diagnosis of, 622
   comorbidity with, 624
   development and course of, 623
   diagnostic criteria for, 621
   diagnostic features of, 621–622
   diagnostic markers for, 623
   differential diagnosis of, 623–624
   functional consequences of, 623
   prevalence of, 622–623
   risk and prognostic factors for, 623

Voyeuristic disorder, 685, 686–688
   comorbidity with, 688
   development and course of, 688
   diagnostic criteria for, 686–687
   diagnostic features of, 687
   differential diagnosis of, 688
   gender-related diagnostic issues in, 688
   prevalence of, 687–688
   risk and prognostic factors for, 688
   specifiers for, 687

Withdrawal from substance, 481, 485–487
   alcohol, 499–501
   caffeine, 506–508
   cannabis, 517–519
   delirium due to, 598
   development and course of, 487
   duration of effects and, 486
   laboratory findings associated with, 486–487
   multiple substances, 486
   opioids, 484, 547–549
   other (or unknown) substance, 583–584
   recording procedures for, 487
   related to route of administration and speed of substance effects, 486
   sedative, hypnotic, or anxiolytic, 484, 557–560
   stimulant, 484, 569–570
   tobacco, 484, 575–576
World Health Organization (WHO), 6, 23
   *International Classification of Diseases* (ICD), 21
      revision process for ICD-11, 6, 10, 11–12
      use of ICD-9-CM and ICD-10 codes, 12, 16, 22, 23, 29
   International Classification of Functioning, Disability and Health (ICF), 21, 734
World Health Organization Disability Assessment Schedule 2.0 (WHODAS), 16, 21, 734, 745–748
   additional scoring and interpretation guidance for DSM-5 users, 745–746
   frequency of use of, 746
   scoring instructions provided by WHO for, 745