**CONDENSED**

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

```
 1  IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF FLORIDA
 2  ORLANDO DIVISION
    CASE NO.: 6:21-CV-00808-WWB-EJK
 3
    PAMELA R. MATHEWS,
 4  PLAINTIFF,

 5  VS.

 6  BRYAN A. COLE,
    DEFENDANT.
 7  _____/
    VIDEOTAPED DEPOSITION OF DAVID S. KLEIN, MD
 8  DATE:          JULY 22, 2022
    REPORTER:      ALLISON KENNY
 9  PLACE:         GREENBERG TRAURIG, PA
                   450 SOUTH ORANGE AVENUE
10                 SUITE 650
                   ORLANDO, FLORIDA 32801
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

```
 1          APPEARANCES
 2 ON BEHALF OF THE PLAINTIFF, PAMELA R. MATHEWS:
       Duncan G. Byers, Esquire
 3     Patten, Wornom, Hatten & Diamonstein
       12350 Jefferson Avenue
 4     Suite 300
       Newport News, Virginia 23602
 5     Telephone No.: (757) 301-4536
       Facsimile No.: (757) 227-3341
 6     E-mail: dbyers@pwhd.com
       (Appeared via videoconference)
 7
   ON BEHALF OF THE DEFENDANT, BRYAN A. COLE:
 8     I. William Spivey II, Esquire
       Greenberg Traurig, PA
 9     450 South Orange Avenue
       Suite 650
10     Orlando, Florida 32801
       Telephone No.: (407) 420-1000
11     Facsimile No.: (407) 420-5909
       E-mail: spiveyw@gtlaw.com
12
   Also Present:
13     Alyssa, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1          INDEX
                              Page
 2 PROCEEDINGS                 5
     DIRECT EXAMINATION BY MR. SPIVEY      6
 3 CROSS EXAMINATION BY MR. BYERS          74
     REDIRECT EXAMINATION BY MR. SPIVEY    82
 4
          EXHIBITS
 5 Exhibit                     Page
     D   Plaintiff's medical records from
 6       Dr. Klein office, 396 pages      7
     C   Dr. Klein website(partial),
 7       suffernomore.com                 9
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1          STIPULATION
 2
 3 The video deposition of David S. Klein, MD taken at
 4 Greenberg Traurig, PA, 450 South Orlando Avenue, Suite
 5 650, Orlando, Florida 32801 on Friday the 22nd day of
 6 2022 at 9:06 a.m.; said deposition was taken pursuant to
 7 the Federal Rules of Civil Procedure 30.
 8
 9 It is agreed that Allison Kenny, being a Notary Public
10 and Court Reporter for the State of Florida, may swear
11 the witness.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

```
 1          PROCEEDINGS
 2     VIDEOGRAPHER:  We are on the video record. The
 3 time is now 9:09 a.m.  My name is Alyssa, and
 4 Allison is the court reporter.  Today is the 22nd
 5 day of July 2022.  We were at Greenberg Traurig
 6 located at 450 South Orange Avenue Orlando, Florida
 7 32801 to take the deposition of Dr. David S. Klein.
 8 In the matter of Pamela Mathews v. Bryan Cole
 9 pending in the United States District Court, Middle
10 District Orlando Division. Case number 621CV00808
11 WWBEJEK.  Will Counsel please introduce themselves
12 for the record, starting with the plaintiff.
13     MR. BYERS:  Duncan Byers, Patten, Wornom,
14 Hatten, and Diamonstein for the plaintiff
15     MR. SPIVEY: Will Spivey of Greenberg Traurig
16 on behalf of the defendant, Bryan Cole.
17     THE WITNESS:  And I'm Dr. David Klein currently
18 being deposed.  Oh, the mic.
19     VIDEOGRAPHER:  Thank you, Mr. Klein.  Will you
20 please raise your right hand to be sworn in by the
21 court reporter?
22     COURT REPORTER:  Do you solemnly and affirm
23 that the testimony you're about to give will be the
24 truth, the whole truth, and nothing but the truth?
25     THE WITNESS:  I do.
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

Page 6

1      COURT REPORTER:  You may proceed.
2      DIRECT EXAMINATION
3      BY MR. SPIVEY:
4      Q   Dr. Klein.  Good morning.  My name is Bill
5  Spivey, and as I said during the introductions I
6  represent Bryan Cole, who's a defendant in a appending
7  Federal Court case here in Orlando.  Would you state
8  your full legal name for the record please?
9      A   David Steven Klein.
10      Q   Okay.  And what do you do for a living, sir?
11      A   I'm a physician licensed in the state of
12  Florida.
13      Q   Okay.  And what kind of medical practice do
14  you have?
15      A   Currently, I have what is best described as an
16  eclectic general medical practice, but I'm boarded in
17  five areas.  So mostly what I do is hormone replacement
18  therapy, but I'm a diagnostician by nature and by
19  profession.
20      Q   What are the five areas that you're certified
21  in -- or specialist in?
22      A   Anesthesiology, pain management -- anesthesia,
23  pain management, minimally invasive medicine and
24  surgery, and there's a -- one in clinical pathology, but
25  I'm not a clinical pathologist, and -- three -- there's

Page 7

1  three in pain medicine, anesthesiology, minimally
2  invasive medicine, and surgery.  Those would be the ones
3  with the plaques on the wall.
4      Q   Okay.  Do you hold yourself out as a
5  psychiatrist?
6      A   No.
7      Q   Okay.  Do you hold yourself out as a
8  psychologist?
9      A   No.
10      Q   Okay.  Let me show you what we will mark as
11  Exhibit D.  And Duncan, this is on your list as Exhibit
12  D.  Dr. Klein, I represent to you that this is a partial
13  printout of your website, which is suffernomore.com.  Do
14  you recognize this document?
15      (EXHIBIT D MARKED FOR IDENTIFICATION)
16      A   Yes, I do.
17      Q   All right.  On the second page of the
18  document, there's a bio of you that says that you
19  practice pain medicine for over 35 years.  That you're
20  the author of over 50 published articles and textbook
21  chapters.  You have lectured locally, nationally, and
22  internationally.  You're a member of the American Board
23  Of Anesthesiology, the American --
24      A   No, no.  Yes.  I was made a fellow of the
25  American Board.

Page 8

1      Q   Okay.  Of anesthesiology?
2      A   Yes.  I'm sorry.
3      Q   Oh, that's fine.  Then it goes on to talk
4  about the American Board Of Pain Medicine.
5      A   I helped found it.
6      Q   The American Academy Of Pain Management.
7      A   Yes, sir.
8      Q   The American Board Of Minimally Invasive
9  Medicine And Surgery.
10      A   Yes.
11      Q   And you have a subspecialty certification in
12  pain by the American Board Of Anesthesiologists.
13      A   That's correct.
14      Q   Is that a fair description of what you do?
15      A   Well, there's more, but that's -- that does a
16  good job for little space I had in the article here.
17      Q   Okay.  That's fine.  Have you been retained to
18  act as an expert witness in the current case that was
19  filed by Pam Mathews?
20      A   No.
21      Q   Has anybody paid you any fee to render any
22  opinions or to write any reports relative to Ms.
23  Mathews?
24      A   I haven't written any reports.  I'm currently
25  -- I think I've been paid for today's time as a material

Page 9

1  witness.
2      Q   Okay.
3      A   So I'll let you guys sort that out.
4      Q   Understand.  But to your knowledge, has Mr.
5  Byers who appears on the video screen, has he retained
6  you to serve as an expert in this case?
7      A   I've been retained.  I don't know who wrote
8  the check.
9      Q   Okay.
10      A   Okay?  Because I don't -- I try not to -- I
11  don't pay a lot of attention to that.  My secretary
12  does.  One of my billing people, I should say.  But
13  not -- it was not done as an expert witness.  It was
14  done as a material witness.
15      Q   Okay.  And just to be clear, have you written
16  any report that sets forth any expert opinions or
17  conclusions regarding Pam Mathews?
18      A   No.
19      Q   Let me hand you, sir, what we will mark as
20  Exhibit C.  And Duncan, this is on your list as Exhibit
21  --
22      A   Oh, should I give this --
23      Q   You can just keep it right there.  That's
24  totally fine.  And Doc, I'm going to hand this to you
25  with the rubber band if you want use it or not.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

10

1    (EXHIBIT C MARKED FOR IDENTIFICATION)
2    A   Sure.
3    Q   But I'd ask you to try to keep that collection
4  in order as best you can.
5    A   Yes, sir.
6    Q   And Duncan tell --
7    MR. BYERS:  Bill, this is SOL 1-396, right?
8    MR. SPIVEY:  Correct.
9    MR. BYERS:  Okay.  Got it.  Thank you.
10   THE WITNESS:  Oh, okay.  Stages of life.  Okay.
11  That's the pages.  Because I did not read -- I --
12  okay.  I didn't reprint this.  Okay?  So -- because
13  I usually use my electronics, so I was hoping to be
14  able to do this.  So please accept my apology if I
15  have to -- it take a moment or two to flip through.
16  Because as you figure it out, okay?  In the matter
17  of this patient.  Okay?  I am verbose.  Okay.  A lot
18  of the stuff is redundant, repetitive, but necessary
19  for regulatory purposes.  And I apologize for that.
20   BY MR. SPIVEY:
21   Q   So it's fine.  Dr. Klein, I'll represent to
22  you that the items that have been marked as Exhibit C
23  represent the 396 pages of documents that we subpoenaed
24  from your office.  Do you have any reason to dispute
25  that?

11

1    A   They look very familiar.
2    Q   Okay.  And in the lower right-hand corner of
3  these pages, there are things called Bates numbers.  The
4  pages are numbered sequentially from page 1 to page 396.
5    A   Yes, sir.
6    Q   And we'll use those page references to
7  hopefully go through these materials --
8    A   Thank you.
9    Q   -- earlier instead of later.  Let me ask you,
10  if I could sir, to turn to what's Bates number 260.
11   A   Yes, sir.
12   Q   And I think this is a three-page collection of
13  related papers that is entitled Patient Ledger (Report).
14  Is that what you're seeing?
15   A   That's what I see.
16   Q   All right.  And it's my impression that this
17  is a running chronology of all of the times that you saw
18  or consulted with Pam Mathews.
19   A   Yes.  And, there may be things in here,
20  although it -- that would reflect office laboratories
21  that may have been done on a subsequent date.
22   Q   Right.
23   A   But yeah, that -- this is complete.
24   Q   All right.  Let's just run through this
25  quickly to make sure we all understand the history here.

12

1  It appears the very first entry is dated March 29, 2021.
2  And it says, "Office visit new level." Do you see that?
3    A   Yes, sir.
4    Q   And does that signify that's the first time
5  you saw Pam Mathews?
6    A   Yes.  The CPT code 99205 suggest that there
7  was a new patient devaluation comprehensive.
8    Q   All right.
9    MR. BYERS:  Bill, I'm sorry.  I somehow got
10  lost.  What Bates number are you on?
11   MR. SPIVEY:  260.
12   MR. BYERS:  260.  All right.  Thank you.
13   BY MR. SPIVEY:
14   Q   All right.  And, just for the record, Dr.
15  Klein, Ms. Mathews filed this case under the name, Pam
16  Mathews, but her name --
17   A   I know her as Pam Santini.
18   Q   Okay.  You understand that Pam Mathews and Pam
19  Santini relate to the same person?
20   A   Yes.
21   Q   Okay.
22   A   Thank you.
23   Q   And, on page 260 that we're talking about
24  here, the patient is identified as Pamela R Santini.  Do
25  you see that?

13

1    A   Yes, sir.
2    Q   Okay.  So you first saw her on March 29, 2021,
3  correct?
4    A   Yes, sir.
5    Q   And it looks like the next office visit then
6  was on April 26, 2021?
7    A   Yes, sir.
8    Q   And then the third office visit would've been
9  on May 25, 2021?
10   A   Correct.
11   Q   And then the fourth office visit would've been
12  on June 22, 2021?
13   A   Yes.
14   Q   And then the fifth office visit would have
15  been on July 20, 2021?
16   A   Correct.
17   Q   The sixth office visit would've been on August
18  17, 2021?
19   A   Yes, sir.
20   Q   Then turning to the next page, which is Bates
21  number 261.  It appears that you had a telemedicine
22  session with Ms. Santini on September 9, 2021?
23   A   Correct.
24   Q   That would've been your seventh encounter with
25  her?


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**14**

1   A  Yes, sir.
2   Q  All right. And then on September 14, 2021,
3  you had an office visit with Ms. Santini?
4   A  Yes.
5   Q  That would've been your eighth encounter with
6  her?
7   A  Correct.
8   Q  Dropping down to October 13, 2021. You had an
9  office visit with her, which would've been your ninth
10  encounter?
11   A  That's correct.
12   Q  And then on October 27, 2021, you had a
13  telemedicine visit with her, which would've been your
14  tenth encounter?
15   A  Correct.
16   Q  And feel free to look at all of this, but does
17  this accurately reflect all of the appointments or
18  telephone visits that you had with Ms. Santini?
19   A  To the best of my recollection and after
20  review of the electronic records, yes.
21   Q  All right. I want to ask you about some names
22  that appear in these records. I saw a name. Charito
23  Ali?
24   A  Yes.
25   Q  C-H-A-R-I-T-O. What is her role?

**15**

1   A  She was a -- or is a physician's assistant or
2  PA.
3   Q  Is she still with you?
4   A  No.
5   Q  Okay. When did she leave you?
6   A  Oh, about six months ago.
7   Q  Okay. Where is she now, if you know?
8   A  I don't know.
9   Q  Okay.
10   A  Yeah, they move around and so it's -- and she
11  has a history of moving around, actually.
12   Q  That's fine. I saw another name in these
13  records. Emanuela (phonetic) Derisbraun?
14   A  Yes.
15   Q  D-E-R-I-S-B-R-U-N.
16   A  Yes. She's currently with me and she's a
17  nurse practitioner.
18   Q  And what is a nurse practitioner, just for the
19  record?
20   A  A nurse practitioner is an advance -- what they
21  call an advanced degree nurse. They go to nursing
22  school, get a bachelor's typically, sometimes a
23  master's. And they'll go on for additional training in
24  clinical. It's not clinical medicine, it would be
25  clinical nursing, but they function as PAs as well.

**16**

1   Q  Okay. Based on my review of all the records
2  we subpoenaed from your office, it's my impression that
3  you, Ms. Ali, and Ms. Derisbraun were the only people
4  who saw Ms. Mathews.
5   A  That would be accurate.
6   Q  Okay. Prior to Ms. Mathews becoming your
7  patient on March 29, 2021. Did you have any prior
8  awareness of her?
9   A  The only awareness I would've had, would've
10  been her referring physician or referring psychologist
11  asking permission to send her because it was sort of an
12  odd problem. And so she asked me whether I'd be willing
13  to do it. And I said, okay, I'm willing to help out as
14  best I can.
15   Q  And who referred her to you?
16   A  That'd be Dr. Furbringer.
17   Q  Furbringer?
18   A  Yeah. She's a psychologist. And I've known
19  her for many years. So she had this patient that needed
20  medications refilled, things that had to be refilled.
21  Her physician retired and was -- this was the middle of
22  COVID. So there weren't that many choices. And so it
23  was like, you know, this is not my wheelhouse. I do
24  things, as necessary. I've prescribed these medications
25  many, many times. This was not a great imposition, but

**17**

1  she's out of town. I didn't expect to see her for --
2  until she could find another physician.
3   Q  Okay. Is it fair to say then that you were
4  acting as kind of a stop gap?
5   A  That's exactly the word I would use.
6   Q  Okay. And I'm not trying to be pejorative or
7  anything, but you were the successor to Dr. Hudson, and
8  you were seeing Ms. Mathews until she found somebody
9  else?
10   A  Yes. That's not pejorative. That's -- that's
11  accurate description. Dr. Hudson was a fine physician,
12  you know, and he just had enough for -- I don't know the
13  details of why he left actually.
14   Q  Okay.
15   A  But yeah, he left a -- I received a lot of his
16  patients as primary care actually, when he left.
17   Q  But other than the referral from Dr.
18  Furbringer, did you have any personal knowledge of Pam
19  Mathews prior to her becoming your patient?
20   A  No, sir.
21   Q  You didn't know her socially or
22  professionally, or any other way? Do you have any
23  knowledge of gentleman named Bryan Cole, who's my
24  client?
25   A  No.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

18

1    Q   Let's go to these records, which are Exhibit
2  C. And let me ask you to turn to --
3    A   Do you want me -- do I put these away no?
4    Q   No, we're going to keep going through this --
5  these documents, but we're going to go through different
6  pages of them. I'm going to ask you to turn to page 5
7  of the records.
8    A   Yes, sir.
9    Q   And in the upper left-hand corner of this, it
10  says, "Health History." Do you see that?
11    A   Yes, sir.
12    Q   And then I see some information that's
13  inserted here in handwriting. Is that your handwriting?
14    A   My handwriting is not even close to being that
15  neat.
16    Q   Okay. Do you know whose handwriting this is?
17    A   These are generally filled out by the patient,
18  but they're filled out often before they show up. So
19  that's a -- my assumption.
20    Q   Okay. You'll notice in the right-hand corner
21  of this page, it's dated March 29, 2021.
22    A   Yes.
23    Q   And then Pamela Santini's name appears on it?
24    A   Yes.
25    Q   And on the third line down, it says, "What is

19

1  your reason for visit?" And I'm reading, "Complex PTSD.
2  ADHD, and Stockholm Syndrome."
3    A   Yes, sir.
4    Q   Do you see that?
5    A   Absolutely.
6    Q   So does that mean that when Ms. Santini
7  presented herself in your office, she announced to you
8  that's why she was seeing you?
9    A   Yes. They -- they're -- these are done in two
10  different hand writings. The top one would've been my
11  secretary at the time, was Iris, I recognize her
12  handwriting. So what she -- what more than likely would
13  happen here was that she filled out the top with the
14  date and then handed this to the patient to fill out on
15  a clipboard.
16    Q   Okay.
17    A   So basically this is a form that we've seen in
18  my practice about 40,000 times.
19    Q   Okay. At the bottom of the page, there's a
20  reference to medications out.
21    A   Yes, sir.
22    Q   You certainly wouldn't have had any idea what
23  medications she was on.
24    A   Not at that time. No.
25    Q   Right. Okay. Did you ever administer any

20

1  test to determine whether Ms. Mathews indeed had complex
2  PTSD?
3    A   No.
4    Q   Did you administer any tests to determine
5  whether Ms. Mathews indeed had ADHD?
6    A   No.
7    Q   Did you administer any tests to determine
8  whether Ms. Mathews had Stockholm Syndrome?
9    A   No.
10    Q   Even to the extent that Ms. Mathews had any of
11  those conditions, complex PTSD, ADHD, or Stockholm
12  Syndrome --
13    A   Yes, sir.
14    Q   -- did you undertake any analysis to determine
15  what would have caused those conditions?
16    A   Yeah, we discuss these with the patient. We
17  do a very objective, but short inventory called a Zung
18  inventory. We do these once a year to look for
19  depressive symptoms and she scored as being moderately
20  depressed. It's not a big shock. She was on a
21  medication used for ADD, but it's also used to treat
22  depression. So a lot of the testing that you do with
23  folks like this, the medications have already mitigated
24  much of the objective signs. So yes, I did go over with
25  her what and why she was in there. So Dr. Orretreda,

21

1  would've gone through it first. But on the initial
2  evaluation, it's basically me. So on the first
3  evaluation, you'll see my name alone.
4    Q   Understand. But in terms of what may have
5  caused the onset of complex PTSD, did you undertake any
6  analysis to determine what would've actually triggered
7  that?
8    A   All I have is a history. Okay. So I did take
9  a fairly comprehensive history of it, and she attributed
10  this to an abusive relationship. I didn't get into the
11  specifics of how -- you know, what the abuse was. I was
12  hoping to get that actually as a report from Dr.
13  Furbringer, but she didn't feel comfortable sharing the
14  data with me. And I understand that entirely because
15  I've known her for 20 years and this is just kind of the
16  way she is. It didn't seem outrageous. And it didn't
17  seem unusual. The medications were being used
18  appropriately. The dosage -- dosages were correct. So
19  my job basically was to keep her medications current. It
20  takes a license to do that, and I did.
21    Q   Right. But in terms of you independently,
22  professionally determining what may have caused her
23  alleged complex PTSD, did you ever do that?
24    A   I did not establish causality between her
25  current psychiatric or psychological problem and any



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

22

1 particular trauma or traumatic event. So if that
2 answers the question.
3    Q   It does. You were relying on what she told
4 you.
5    A   I was -- I relied on what she told me and what
6 Dr. Furbringer said, when she said, "Hey, would you mind
7 seeing this lady with?" And I said, "Okay, I'll be happy
8 to do what I can."
9    Q   And that was the extent of what you knew about
10 her history?
11    A   That's still the extent of what I know about
12 her history.
13    Q   Likewise, did you undertake any professional
14 investigation of what may have caused her alleged ADHD?
15    A   It's almost impossible. Okay. To find a
16 cause for ADD, ADHD, or any of the other eponyms and
17 acronyms for, you know, these sorts of disorders. You
18 know, either you have these problems, or you don't have
19 them. They either manifest, or they don't manifest.
20 Either they respond to therapy, or they do not respond
21 to therapy. And that's all you have, but there's not
22 necessarily a precipitating cause for ADD or ADHD. Kids
23 get it, or they don't get it, adults get it, or they
24 don't get it. It's an imbalance of a neurotransmitter
25 called dopamine. And the way we treated her was that

23

1 way. So she had been on DL amphetamine, Adderall, you
2 know. She was on a different brand, it little bit --
3 cost a little bit less. And one of the things that we
4 tried was to start her on dopaminergic called bupropion
5 because that's the way I like to treat ADD and ADHD,
6 which I do all day long.
7    Q   Right.
8    A   I get lots of patients with this.
9    Q   Did you undertake any independent professional
10 analysis of what may have caused her alleged Stockholm
11 Syndrome?
12    A   I don't know that I would be able to for, you
13 know, for starters, I don't know that I've actually ever
14 seen a Stockholm Syndrome from start to finish. I've
15 treated many, you know, military trauma patients. I've
16 treated patients for 42 years. And I can't say that I
17 would be -- oh, let's just say a -- and I don't have
18 that level of perspicuity to deal with that particular
19 problem.
20    Q   Let me back up, you said something that your
21 treatment of Ms. Santini, wasn't really in your
22 wheelhouse.
23    A   Yes, sir.
24    Q   If I understood that correctly.
25    A   Yeah.

24

1    Q   What do you regard as your wheelhouse?
2    A   My wheelhouse. Okay. I'm a diagnostician. I
3 have a lab. I've got a laboratory in my office that's
4 unlike any other in a physician's office in the entire
5 world. It's fantastic. We have lots and lots of firsts
6 in terms of diagnostics. What I typically do is I look
7 for hormone imbalance states. That's my main focus in
8 life. Okay? There's no real good description for this
9 in terms of medical specialty. It crosses
10 endocrinology, gynecology, neuroendocrinology,
11 anesthesiology, pain medicine, pain management. So I've
12 been treating hormone imbalance issues and disease
13 states for 40 years -- over 40 years, and that's what I
14 do. And were I to be asked why I think that's
15 important, I like using a metaphor when I teach, which
16 is that the body has a series of commanding control
17 mechanisms, very much like the telecommunication system.
18 Okay. Which is very, very discreet. Okay. So this is
19 going to pick a signal up from a very small area, but
20 you may have something that broadcasts widely. The
21 neural system, the nerve axial is the wired system. But
22 then you have the wireless system, and that's the
23 endocrine system. And there's a matter of control and
24 command that you need to look at. And people, doctors
25 in general, do not look at this. So I get patients from

25

1 all over the world for diagnostics. So I picked up a
2 brain tumor last week. Okay. And a kid, a 16-year-old
3 kid with a prolactinoma, pituitary tumor. He was -- he
4 came in with behavioral issues. And so what I did --
5 okay, well, let's find out what the command and control
6 looks like. And it turns out that he had the prolactin
7 of a lactating female. And so you know, so he's going
8 to go for surgery. I picked up a gastric cancer in a
9 guy this past week, unfortunately. Okay. With -- I was
10 treating his wife. She did real well. He comes in, he
11 ends up with, instead of reflux esophagitis, he ends up
12 with an adenal carcinoma in the stomach. So my job is
13 principally that of diagnostician.
14    Q   Right.
15    A   And you know.
16    Q   Let me --
17    A   Sounds boring, but it's actually pretty cool.
18    Q   No, I understand. I appreciate that. Did you
19 ever receive Ms. Santini's full medical history from any
20 other physician?
21    A   No. I do have some records that I received
22 from the psychologist, and I left them intact because it
23 really -- you know, it's not -- it's just, it's not my
24 business. Okay. And so just to be -- being respectful
25 of the individual, I figured if I was called upon to



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

**26**

1  tear into them, I would.  Okay.  But it's just the sort
2  of thing that I don't think is appropriate.  It's like
3  reading somebody's diary.  I don't have to have that.
4      Q    You did not receive all of Dr. Hudson's
5  records?
6      A    I don't think I received anything from Dr.
7  Hudson.
8      Q    Okay.
9      A    I haven't seen or heard from him since he
10  retired.
11      Q    Okay.  And I -- if I'm understanding you
12  correctly, you received some materials from Dr.
13  Furbringer.
14      A    Yes.  That's -- those are sitting in a box in
15  my car.
16      Q    But if I'm understanding you correctly, you
17  didn't actually look at those materials.
18      A    No, but I was waiting to see whether anybody
19  needed me to refer to anything.  It's like -- but again,
20  it's peering into somebody else's private life.  It's
21  not -- it wouldn't be necessary for me to do this.
22  Anything I would read there would be hearsay anyway.
23      Q    I understand.  I guess my point is this,
24  throughout your treatment of Ms. Santini --
25      A    Yes, sir.

**27**

1      Q    You didn't rely on anything in the Furbringer
2  records that impacted your analysis of her?
3      A    No, sir.
4      Q    Okay.  Fair enough.  Let me -- we'll go
5  through these hopefully fairly quickly, sir.  Let me ask
6  you to turn to page 9 of the medical records.
7      A    Yes.
8      Q    And this is something entitled Zung Self
9  Rating Anxiety Scale?
10      A    Yeah.  That's a depression screening.  We do
11  these for every patient once a year.
12      Q    All right.  And the bottom of this page
13  indicates that her total score was 33?
14      A    Yes, sir.
15      Q    What does that signify to you?
16      A    It's a -- it's moderate depression.  That
17  she's not in any danger to her -- her life.
18      Q    And in terms of the causal factors of her
19  moderate depression, you don't have any opinion on that?
20      A    No.  It's a -- it's a -- it's a -- it's a
21  screening test that we use.  It's actually -- it's most
22  useful in men, believe it or not because men don't tend
23  to -- to complain when -- when -- when they -- when
24  these things pop positive in men, it's -- a -- generally
25  a more serious issue.  So yeah, and what we're doing

**28**

1  really is screening for people to commit suicide and/or
2  to go to the mall and shoot people up.
3      Q    Did you ever have any awareness of Ms.
4  Santini's marital history?
5      A    No, I don't think so.  I don't remember.  I --
6  and -- and all I knew was -- was the -- was the
7  allegations of abuse.  That's all.
8      Q    Okay.  Relative to the allegations of abuse,
9  do you know if she ever told you who the reported abuser
10  was?
11      A    She -- she said that it was -- she -- as a
12  male, okay?  I didn't know -- I -- I don't know that I
13  knew whether it was a husband or not because it really
14  doesn't matter to me.  You know, her marital status was,
15  "Married."  Okay?  So I don't -- I would've assumed at
16  the time that the abuser was the husband.
17      Q    Okay.
18      A    Now that's not -- as we don't know, but -- but
19  -- assumptions.
20      Q    Do you know whether Ms. Santini ever told you
21  that one of her prior husbands had purportedly abused
22  her?
23      A    No.
24      Q    Did you ever have any awareness of Ms.
25  Santini's litigation history as an adult?

**29**

1      A    The only litigation that I was aware of was
2  this, okay?  And that's -- that was enough, I thought.
3      Q    And how were you aware of this?
4      A    Because when Dr. Furbringer called me up, it
5  was done with a -- with a caveat.  You know, "Would you
6  mind seeing this patient?"  "Sure, but" -- you know,
7  because, by and large, physicians tried to avoid cases
8  where litigation's involved.  Rightfully, okay?  Nobody
9  enjoys being grilled.  However, I'm happy to do it.
10  Somebody has to, and moreso is there wasn't anybody else
11  to do it, so --
12      Q    Did Ms. Santini ever make you aware of any
13  mental health history in her family?
14      A    I don't -- I don't think so, but I, like, I --
15  the only -- the only place where that would've happened
16  would've been on the intake summary where we have family
17  histories.  And I don't remember seeing that.
18      Q    To the extent that Ms. Mathew's mother may
19  have been institutionalized because of alleged mental
20  health issues, is that something you would've wanted to
21  know?
22      A    It wouldn't have made a material difference.
23  It -- it's a -- the -- it's -- the correct answer is,
24  yeah I would've -- would've enjoyed having a more
25  complete record, but it wouldn't have changed anything.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONE**REPORTING.com          Toll Free 855-MYDEPOS

30

1    Q    Okay.  Would you have wanted to know anything
2  about the mental health profile of Ms. Santini's
3  grandmother?
4    A    Not in the lease bit.
5    Q    Let me ask you to turn to page 21 --
6    A    Yes, sir.
7    Q    -- of this collection, please.
8    A    Sure.
9    Q    And it's entitled, "Encounter Sheet."  Do you
10 see that?
11   A    Yes, sir.
12   Q    And it's also dated 3-29-21?
13   A    Yes.
14   Q    Tell me what the encounter sheet tells us,
15 please.
16   A    Just tells you that the level of the office
17 visit.  And so this is a communication between the back
18 desk and the billing office.  So we don't necessarily
19 know what's going to happen when somebody comes in so,
20 you know, that -- so when they -- when they enter the
21 office, we'll start creating a record.  That process can
22 sometimes take weeks, and weeks, and weeks.  You know,
23 you -- you bring people in, you find out things about
24 them.  It's a -- a -- it's an assembly process.  But
25 this is a simple correspondence between my back desk and

31

1  the billing office, which is remote.  Here's -- here's
2  the -- here's the -- here's the -- what we did today.
3  There was nothing else done that day to her or for her.
4  The diagnoses are all entered by the physician or the
5  assistant on a separate computer.
6    Q    What is the typical duration of an initial
7  office visit to your practice?
8    A    People can be in the office anywhere from an
9  hour to four hours.  It's a long time.  We tell people
10 not to make any plans for the afternoon or the morning.
11   Q    Do you have any recollection of how long Ms.
12 Mathews -- or Ms. Santini was with you in the first
13 visit?
14   A    I would if I had the records in front of me,
15 because they're all timed.  But I don't have that in
16 front of me.
17   Q    Okay.
18   A    Yeah.  But it would -- it -- the average is
19 about two hours.
20   Q    Let me ask you this, on this page 21 that you
21 --
22   A    Yes.
23   Q    -- may still have in front of you.  I see at
24 the top of the sheet, it says, "2:50 p.m."  Do you see
25 that?  By -- where it says, "Encounter sheet."  2:50

32

1  p.m.?
2    A    Yeah, I got -- oh, okay.  This -- that's when
3  it was printed.
4    Q    Okay.
5    A    Yes.
6    Q    Would -- that would've been printed on March
7  29, 2021?
8    A    Yeah.  The -- these are printed either at the
9  beginning of the -- of the visit or at the very end, so
10 it doesn't necessarily tell me which it was.  More times
11 than not, it's at the beginning so if she came in at
12 2:50, so she -- and we -- we're open until 6:00.
13   Q    Okay.
14   A    So she was, you know, that's -- so she was
15 there two, maybe three hours.  Hard to know.
16   Q    Look at page 25, if you would please?
17   A    Yes, sir.
18   Q    In the lower left-hand corner I see, "2:25
19 p.m."  Do you see that?
20   A    That -- that narrows it down.
21   Q    Okay.
22   A    Yes.
23   Q    What does that -- what do those two timeframes
24 signify to you?
25   A    It tells me when she -- when she entered the

33

1  office.
2    Q    What -- based on what we've seen so far, when
3  do you think she entered your office?
4    A    It would've been about -- it would've been
5  2:25.  The -- you -- you walk in it down -- we are --
6  we're the first doctor's office, from my understanding,
7  in the world to Geo-freeze their patients.  So when you
8  enter the office it downloads your documents and date
9  stamps it.  Yeah, so this is the first time it's
10 actually coming in handy, actually.
11   Q    Let me ask you to jump ahead to what's Bates
12 numbered 36 --
13   A    Yes, sir.
14   Q    -- in this collection, please.
15   A    Uh-huh.
16   Q    And this is entitled, "Visit Note: Initial
17 Evaluation."
18   A    Yes, sir.
19   Q    Correct?  Tell us what this is?
20   A    This -- this is a -- an electronic print out
21 of our interaction with the patient on that date.  So it
22 contains information that was gleaned from those
23 documents that we just saw a few minutes ago.  Not all
24 of it was salient, nor is it necessary to sit back and
25 transcribe that for another hour, so what will happen is



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

34

1  we'll take the data that we need for the nature of the
2  visit and then turn it into an electronic format and so,
3  it's a summary.  So at the very top here, there's a
4  thing called Snowband CT, which you'll probably never
5  see ever again after this, but it's an international
6  classification of diseases.  And the reason I put it at
7  the top is I use it as a problem list.  So that way,
8  when somebody comes in, I can see those things for which
9  I have to -- I -- I identify as a likelihood or an
10  absolute, with regards to treatment, necessity.  The
11  diagnostic area where -- where -- where it'll say
12  assessment, okay, that -- those are diagnosis codes.  And
13  so those things are generally what I'm thinking of going
14  on as well as what I know.  So why do I do it that way?
15  Because it keeps me focused on, on what direction I have
16  to head in.  Because again, people come in not just for
17  treatment, but for -- for our -- just diagnosis.
18      Q    And I don't think we'll go over every one
19  today, but --
20      A    Thank God.
21      Q    -- there's a -- a visit note for every time
22  that she came to see you --
23      A    Yes, sir.
24      Q    -- correct?  Is that a "yes"?
25      A    Yes.  I'm sorry, I have --

35

1      Q    Let me ask you to turn to page 37 of this
2  collection --
3      A    Yes.
4      Q    -- which is the second page of this initial
5  visit note.  At the bottom of the page, there are
6  references to PTSD, ADHD, Stockholm syndrome,
7  depression, and hyperlipidemia.
8      A    Yes.  These are things that she would've told
9  us either on that sheet or elsewhere, so -- and -- and
10  these are things that I'm looking to deal with.  The
11  PTSD, ADHD, okay.  Stockholm syndrome is hard, you know,
12  and it doesn't necessarily add anything to what I was --
13  what I had to do.  Depression?  Clearly.  And then the
14  hyperlipidemia?  It never really panned out, so whether
15  that --
16      Q    What --
17      A    -- was a diagnosis she had in the past or not,
18  that's a possibility.  It -- it's also a -- it's not --
19  it's -- there's no consequence to it.
20      Q    What is hyperlipidemia?
21      A    Elevated cholesterol triglycerides, and it can
22  be transient.
23      Q    So all of these things that you've listed at
24  the bottom of page 37 are things that she told?
25      A    Yes.

36

1      Q    All right.  At the very bottom of 37, there's
2  a little paragraph narrative.  It says, "Patient lost
3  her PCP last May due to COVID-19.  PCP retired.  Was
4  seen temporarily by a NP but needs to establish care.
5  Was referred here by a friend.  Her condition is stable
6  with her current medication regimen.  Suffers from PTSD
7  due to a former abusive relationship.  Patient reports a
8  suicide attempt in 2017.  She took 40 Trazodone tablets
9  at once.  No suicidal inclinations since then.  Prefers
10  to stay on least amount of meds as possible.  Patient is
11  going for counseling and PRN."
12      A    Yes.
13      Q    Those are all things she told you?
14      A    That was -- that was my interpretation of what
15  she said, yes.
16      Q    Okay.  And again, when she told you that she
17  suffered from PTSD due to a former abusive relationship,
18  you don't know what relationship that was?
19      A    No.  That was -- that was pretty much the way
20  it was -- that it was told to me.
21      Q    That's fine.  Let's go to page 38 then.
22      A    Sure.
23      Q    There's a reference to abuse/diversion risk
24  assessment?
25      A    Yes.

37

1      Q    And then there's a reference to SOAPP-R and
2  COMM.
3      A    Yeah.  This is -- these are tools that we use
4  to screen for alcohol abuse, drug abuse, drug diversion.
5  This is a necessary document when you're dealing with
6  Class 2 and Class 3 substances under Harrison Act.  So
7  I've got an advanced DEA license that I have to protect,
8  okay?  And -- and part of that is making sure all my i's
9  are dotted and t's are crossed.  Did it necessarily make
10  any changes to the -- to the case?  The answer is no,
11  but I do mention it because that's done every 90 days in
12  the practice.
13      Q    That's fine.  We'll go over some of those in a
14  little bit.  Immediately under that entry, it says, "Due
15  to the nature of the medications being prescribed to
16  this patient, Schedule 2 agents, Schedule 3, and/or
17  Schedule 5 agents, the risk group analysis for this
18  patient is considered to be moderate risk."
19      A    Yes.
20      Q    What does that mean?
21      A    Well, what -- what it is -- it's a -- it's a
22  subjective view as to whether or not somebody is at
23  minimal, moderate, or substantial risk of damage to
24  themselves or diversion.  And I don't know the lady so,
25  I -- you know, she didn't seem at that time, never did



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

222551 David S. Kreilly M.D. 12-2022                                    Page 38

Page 38

1  actually, to be somebody who would divert.  So that's
2  something -- it's like, okay, if -- when somebody's high
3  risk, it means I have to keep a closer watch on them.
4  Although I keep a pretty close watch on everybody, but
5  you just really have to watch a -- a little bit more
6  invasively.  So this is -- this is, like, she's average
7  basically.  But she's also taken a Class 2 narcotic
8  called DL-Amphetamine and, you know, Alprazolam, which
9  is a Schedule 4, so these things are -- are -- yeah,
10 just have to keep your eye on them.
11     Q    Look at page 39 of this collection, if you
12 would please.
13     A    Yes, sir.
14     Q    There's an entry that says, "Alcohol use: she
15 denies alcohol use."
16     A    Yes.
17     Q    You see that?
18     A    Yeah.
19     Q    So she told you that she did not drink?
20     A    When I filled these things out, okay, I -- I
21 don't know whether she -- frankly, I don't remember
22 whether she does or she doesn't, but I wouldn't've either
23 asked her the question or pulled it off one of the
24 forms, but some -- it's not one that I really
25 necessarily get right all the time.  So if she enjoys

Page 39

1  drinking, I wouldn't -- it wouldn't shock me.
2     Q    Right.  And in your experience, you're aware
3  that sometimes patients don't tell you the truth about
4  what they're really doing?
5     A    In medical practice you learn to question
6  everything you're told, so I don't take anything at face
7  value.  But I'll -- I'll pry into things that have a
8  distinction with a difference.  So there's no -- there
9  was nothing there that would've made a great deal of
10 difference to me one way or the other actually.  You
11 know, everybody's cautioned not to drink with this
12 medicine or that, you know, the same thing is true with
13 -- with over-the-counter meds but yet people do what
14 they do.  I'm more concerned about things like cocaine
15 with the amphetamines, I'm concerned about
16 methamphetamine, I'm concerned about Phencyclidine.  So
17 that -- the one below that's actually the meaningful
18 one, which this question is, "Do you use any -- any
19 recreational drugs?" And frankly, the answer is always
20 negative.
21     Q    Even when that may not be true?
22     A    Of course.  Yeah.  That's why we do the urine
23 toxicology.
24     Q    If a patient told you though, that she uses
25 alcohol with regularity --

Page 40

1     A    Yes.
2     Q    -- would that impact what you might prescribe
3  for that patient?
4     A    It depends.  If they're -- if they're already
5  receiving something then probably not.  So if you have
6  somebody that doesn't drink, okay, and then -- then they
7  start the medications, that would be far more impactful
8  than -- than continuing something with somebody that
9  does.  So the answer is, yeah, it does make a
10 difference, but it wouldn't necessarily make a huge
11 difference.
12     Q    Let me ask you to jump ahead to Bates number
13 45.
14     A    Yes, sir.
15     Q    Which is something I believe is called a,
16 "Narcs Care Report."
17     A    Yeah, it's a -- it's actually a -- the
18 technical description is a PDMP.
19     Q    Say it again, please?
20     A    PDMP.  And so -- it -- it's a, it's a -- a
21 report with regards to controlled substance that are --
22 that are prescribed over the past year or two, depending
23 upon how you query it.  We do this for every patient
24 that comes through the door.  Is it mandated by law to
25 do this?  The answer's, no.  I'm very -- very complete

Page 41

1  about what I do as far as controlled substances.  You
2  really only have to do it once in a while.  We do it
3  each visit because people don't -- they -- they -- they
4  don't always give you-all the information.
5     Q    Look at page 46, where there are certain Narcs
6  Care Scores reported --
7     A    Yes, sir.
8     Q    And an, "Overdose Risk Score."
9     A    Yes.
10     Q    What do those entries mean?
11     A    Those are -- those are federal scorings that
12 people have that are assigned to them with regards to
13 the medications that they're taking and their medication
14 history.  And these are also things that you take with
15 the proverbial grain of salt.  So you know, they get
16 additional risk indicators if they go to more -- more
17 than one pharmacy, so they may get an additional 100
18 points.  Well, the problem there is that it's no longer
19 even important whether you go to more than one pharmacy
20 because you can't pharmacy shop because everybody's
21 supposed to use this document to see if somebody's
22 doctor shopping.  And yet, seeing more than one
23 physician, you guys -- get an -- extra 100 points.  The
24 -- the real -- the real meat-and-potatoes of this
25 particular report come further.  Okay.  And it's



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

42

1  actually on page 49 and down where you can -- you can
2  see who the physicians are that wrote these
3  prescriptions, and when.
4      Q    Right.
5      A    And then off to the right there, it'll --
6  it'll say what the daily dose is, and something called
7  LME or MME.  And so these are the Morphine milligram
8  equivalents and these -- this is what's used to score
9  this.  So she was really not all that high on this list,
10 frankly.  Somebody taking 30 milligrams a day of -- of
11 Adderall or -- or equivalent is -- this -- this would be
12 very typical.
13     Q    Okay.  Let me follow up on something you
14 mentioned on page 47 --
15     A    Yes, sir.
16     Q    -- of this report.  There -- there's a list of
17 five prescribers, do you see that?
18     A    Yes.
19     Q    And what is your takeaway from seeing that
20 information?
21     A    Well, that John Hudson a -- treated the
22 patient for the greatest length of time.  And then when
23 he dropped there were -- well, let's see one, two,
24 three, four other people that stepped up to the plate.
25 He's the only MD on that list so, you know, she was

43

1  trying to find somebody to take care of it.  So when you
2  look at the one, let's say three months later, or two
3  months later, the next time it was done, you'll see my
4  name listed there.
5      Q    Okay.  The second name listed here above Dr.
6  Hudson, which is, V-I-D-H-Y-A-L-A-K-S-H-M-I, Jai.  J-A-
7  I.
8      A    It makes you wonder what he was before he
9  changed it.
10     Q    Yeah.  Do you know that individual?
11     A    No, I don't.
12     Q    If I told you he was a psychiatrist, would you
13 have any reason to doubt that?
14     A    I would expect it.  I would hope it would be,
15 actually.  Because it's -- that's really the crux to
16 this matter, okay, and so that doesn't shock me.
17     Q    Does this graph on page 47 indicate that
18 doctor, Dr. V., prescribed medications for her for a
19 relatively short period of time?
20     A    It was very brief.  But what I don't know,
21 okay, is who -- the ones that followed, are -- did they
22 work for -- for Dr. V.  We'll call him, "Dr. V."  So if
23 it's -- if it's a different practitioner in the same
24 office, you would see them listed differently because
25 their -- their name wasn't on the prescription, but it

44

1  could -- it could all be one office.  So I do not know
2  how to interpret that.
3      Q    And again, of these five prescribers who were
4  identified on page 47 --
5      A    Yes.
6      Q    -- you never saw their medical records,
7  correct?
8      A    No, I did not.
9      Q    All right.  Look at page 49 for me, briefly?
10     A    Yes, sir.
11     Q    It references a total of 52 prescriptions?
12     A    Yes.
13     Q    Is that a large number of prescriptions in
14 your history?  Your experience?
15     A    No, really the way -- not at all.  The way to
16 look at it would be look at -- to go by date.  So what
17 you do is you can see when it's written, when it was
18 dispensed.  So she was picking up the same two medicines
19 the whole time.  So that would be Alprazolam and the
20 Adderall, mydayis is a -- is a -- is a -- is an Adderall
21 generic and so this is -- this would be appropriate.
22 When you go down to the very bottom, you can see where
23 these doctors are located, so this could help you figure
24 out whether they worked for any of the -- whether they
25 worked for Dr. V.  However, if they -- if they -- on

45

1  their DEA registration, if they put their home address,
2  then that can throw this off.  So there are lots of --
3  of places where this can get messed up.
4      Q    Let me ask you to jump ahead to Bates number
5  65 in this collection, please?
6      A    Yes.  Yes, sir.
7      Q    And this appears to be the office visit note
8  for April 26, 2021?
9      A    Yes.
10     Q    And if you'll jump ahead to page 102 in this
11 collection, please?
12     A    Okay.  You want me to leave both pages open?
13     Q    No, no.  You're --
14     A    Oh, okay.
15     Q    We're just going through them.  If you're at
16 page 102, is that your office visit note for May 25,
17 2021?
18     A    Yes, sir.
19     Q    Jump ahead, if you would please, to page 119?
20
21
22     A    Yes, sir.
23     Q    This is entitled SOAPP-R, correct?
24     A    Yes.
25     Q    Tell me what this is, please?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

46

1    A    This is a -- a quick and dirty screen for drug
2  seeking behavior.  Alcoholism.  And it's -- it's -- it's
3  not real sensitive, but it's fairly specific.  When --
4  when people pop positive for this, then you look into
5  it.  This is -- this is a normal response, right here.
6    Q    And this is something the patient fills out?
7    A    Yes, this is self-assessment.  In medicine, we
8  do a lot of self-assessments --
9    Q    Right.
10   A    -- and they're all taken with a grain of salt.
11   Q    And -- you don't have any idea if the
12 information is reported here is actually correct?
13   A    I -- how could I?
14   Q    Right.
15   A    All right?  And that's the way it goes.
16   Q    On the first page here, 119, I see in the
17 left-hand margin what appears to be "18-4?"
18   A    Yes.  That's a -- that's a -- a scoring and
19 then my -- my MAs will go ahead and put that in the
20 computer.  Because we have to enter the data in the HR,
21 this -- what you do is essentially score it and then
22 record it.  So it's -- and it's kind of an interesting
23 thing because then you can watch it over time.
24   Q    Right.  And did you do that?
25   A    Yes.

47

1    Q    Go to page 120, if you would, please?  Number
2  18 says, "How often in your lifetime have you had legal
3  problems or been arrested?"
4    A    Yes.
5    Q    You see that?  And she says, "Never."
6    A    Got it.
7    Q    You have no idea if that's correct?
8    A    Oh, I'd have no idea.
9    Q    Right.
10   A    Yeah, really it's -- what -- the -- the -- the
11 -- what you're looking for there is people that have
12 been arrested for drug -- drug issues or DUI.  So that's
13 -- but no that's -- you know, it is what it is.
14   Q    Did Ms. Santini ever tell you that she had
15 been arrested for drunk driving?
16   A    No.
17   Q    Jump ahead, if you would, to page 145?
18   A    Yes, sir.
19   Q    This appears to be a medical records invoice
20 for a document that you provided to somebody concerning
21 Ms. Santini, correct?
22   A    Correct.
23   Q    And in the lower left-hand corner, it says,
24     "Authority: Brittany Simmons, MA."
25   A    Yeah, Brittany is my -- is my employee.

48

1    Q    Okay.
2    A    Yeah, she handles medical records.  They --
3  the requests go to her.  She makes sure they're correct,
4  complete, and sent out on time.  If it were left to me,
5  they'd be late and inaccurate, probably.
6    Q    Jump ahead, if you would, to page --
7    A    Oh, and these -- these -- these were sent
8  directly to Ms. Santini.  So -- so she -- she requested
9  whatever it was she requested, and we sent them directly
10 to her.
11   Q    That's fine.  Jump ahead to page 148, if you
12 would, please?
13   A    Yes, sir.
14   Q    This appears to be a fax to you from a Steven
15 Hitchcock?
16   A    Yes, sir.
17   Q    And it says, "Matthew Santini, request for
18 records."
19   A    Yes.
20   Q    Do you know who Mr. Hitchcock is?
21   A    I do not.
22   Q    Do you know why he was requesting records from
23 you?
24   A    No, I don't.
25   Q    Were you ever aware that Ms. Santini was

49

1  involved in a Social Security claim for disability
2  benefits?
3    A    It wouldn't surprise me, but I -- I don't
4  recall that at all.
5    Q    Okay.
6    A    That actually -- you know, that would --
7  that's -- that -- that's the type of invoice that we
8  would get for that purpose.
9    Q    Yep.  Let me ask you to jump ahead to Bates
10 number 169, please.
11   A    Yes, sir.
12   Q    And is this the visit note that relates to her
13 visit on July 20, 2021?
14   A    Yes, sir.
15   Q    Did Ms. Santini ever disclose to you that she
16 had been arrested on July 4, 2021?
17   A    I don't believe so.  I don't -- I don't see
18 any -- any record of it, but it doesn't mean that it
19 wasn't.  I -- you know, I don't -- I don't recall having
20 been told that, no.
21   Q    Look at page 171 of the collection, if you
22 would please.
23   A    Yes, sir.
24   Q    On the July 20, 2021 entry, it says "Starting
25 to feel some depression and would like to start

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

50

Wellbutrin."
A Yes.
Q "Otherwise anxiety stable."
A Yes.
Q Did she express to you why she was feeling some depression?
A This visit was done by my PA -- my PA Charito Ali. Okay. So it wouldn't have been done directly to me. This is really more -- this -- this would've been the way she would've done it. So typically what happens is they then pop out of the rooms and ask me, you know, what do we do? Because I'm running around like a crazy person, I guess, would be best description. So my -- one of my favorite medicines under the circumstances is Wellbutrin because it acts like Hamburger Helper to the Adderall.
Q It -- it says here that she would like to restart what --
A She'd been on it before, apparently.
Q It's my impression that in your records, when you do these -- these office notes --
A Yes.
Q -- you repeat what has previously been reported to you and then you update it with the then current information?

51

A Well, if you -- just above there, you can see the prior dates. I find that to be a whole lot easier to keep track of people than flipping back on screens. Back in the day when we had them on paper, it was a whole lot easier to go page to page to page. But when stuff is on a computer screen, it is not easy to do. So when I wrote -- I hacked into this -- this -- this EHR to make this a feature of it. You won't see that in too many records actually. But what I do is I keep it sequential, and then once -- and then when it occupies too much space, I'll delete from the current record the -- you know, a handful of prior ones to make room. But it just makes it easier to see what was going on the month before or six months before or whatever.
Q Look at Bates number 176, if you would please.
A Yes, sir.
Q And tell me what that is, please.
A This is a urine toxicology screen. And this is exactly what you'd expect from somebody that was taking Xanax and Adderall. We do these because there's a -- there's a mandate, okay, federally, locally by society, as well as by the DEA. So we got multiple layers of regulation. Many times it's contradictory. In this case, it was easy. Okay. So benzodiazepines positive, amphetamine positive, and she's so -- which

52

means she's taking them, not diverting them, although you don't necessarily know that with absolute certainty, but she's not taking anything else.
Q And you're referring to the entry that has an "H" by it?
A Yeah. Now the "H" means that it's over the threshold value. So if you look at these things, you see some of the values are listed. So well, there's methadone at 17. Is she taking methadone? The answer is no. That's electronic noise. Okay? The threshold values are on the right. And the reason I do it that way is that sometimes you want to be able to go back and see whether or not there were traces of things where you wouldn't necessarily have tripped the trigger. So it's just me being compulsive, and I get to write the program, so it gets to be done my way. This is all done on my machinery in the office, by the way.
Q What is your impression of the entry for amphetamine where it says 912.0?
A It's appropriate.
Q Is that high?
A No, it's -- high implies presence. So this is -- this is typically a positive or negative assay. It's called an RIA or radioimmunoassay of the metabolites. So what it does is it tells me that it was over the

53

threshold value of 500, but what's in the urine, the concentration there can vary based on hydration state, when the drug was taken. You know, if you take a pill right now and we draw your -- do your urine right now, it's not going to show. If we do it 24 hours from now, it might not show, but it'll hit its peak at about six hours. So you interpret these things based upon the time of day that it was collected. In this case, it was 1:00 in the afternoon. She would've taken this in the morning. So it's a -- it's appropriate.
Q Okay. Let me ask you to jump ahead to Bates number 218 and 219.
A Yes, sir.
Q Tell me what -- what's -- what appears on page 218.
A All right. At the -- at this point, as I recall, she had asked for a referral to go in house. Okay. You know, she thought she was losing control, so she asked for this. Didn't say where it was going to go, otherwise we would've put an address on it. So she just -- she was hoping that if she needed to go in, she wanted another document in hand that gave some validity, I think, to the fact that she was in trouble.
Q But you never made any independent determination that this patient actually had Stockholm

54

1  Syndrome.
2     A   No.  If somebody -- if -- we just wrote on
3  there what the -- what the di -- what the diagnosis
4  would be to bring them in.  And so you do the best you
5  can.  Sometimes it's -- it just is what it is.
6     Q   Look at page 219.
7     A   Yes.
8     Q   Tell me what that is, please.
9     A   Okay.  So people are given this form when they
10  -- when they come in.  And so they fill it out, they're
11  asked what medications they have to have, and what are
12  your -- what are your concerns?  And the reason I did
13  that is that I wanted to limit people as best I could to
14  staying on point.  Otherwise, your patient will come in
15  and they'll -- they'll -- they'll take -- they'll take
16  all four hours in the morning from you if allowed to.
17  And so it was my way of trying to limit it to three
18  problems.  Most doctors come in, one problem one day,
19  that's it.  Our practice is a little bit different that
20  way.  So she writes down what her problems are.  Up
21  above, my staff would've written into medications for
22  her.
23     Q   Is it your testimony or belief then that what
24  is written in paragraphs 4A 4B and 4C on page 219 would
25  be Ms. Santini 's handwriting?

55

1     A   No, I think -- I think -- in this case here, I
2  think Ms. Santini is on the medications that she needed.
3  Okay.  And down below, this looks like Charito's
4  handwriting.
5     Q   I'm sorry?
6     A   This -- this looks -- this looks like Charito.
7     Q   Charito Ali?
8     A   Yes.  I'm sorry.
9     Q   All right.
10     A   Yeah, but I don't -- I don't know that with
11  certainty.
12     Q   That's fine.  Is it your belief that --
13     A   It's two different people.  Yes.
14     Q   I understand.  Two different handwritings?
15     A   Yes.
16     Q   But what Ms. Ali inserted in paragraph 4,
17  would've been what Ms. Santini was telling her?
18     A   It -- it -- sometimes these -- often -- often
19  people bring these things in completely filled in.  And
20  so in order -- in order to make sure that you do
21  everything you're supposed to do, both fill in the
22  blanks.  So I don't know.
23     Q   Okay.  Look at the writing and the margin by
24  paragraph 4.
25     A   Yes.

56

1     Q   I read that to say, "would like an inpatient
2  reference."
3     A   Yes.  That's -- that's Charito's that's
4  Charito's handwriting.
5     Q   Okay.  Jump ahead, if you would then, to page
6  222.
7     A   Yes, sir.
8     Q   Look at the entries on September 9, 2021.
9     A   Yes, sir.
10     Q   And September 14, 2021.
11     A   Yes.
12     Q   And let's talk about September 9th.  It says,
13  "Patient stated that she's in the process of selling her
14  house, and someone -- someone stole her Xanax during an
15  open house.  This event occurred on September 3rd, 2021,
16  and she picked her scripts up on 8-20-21 per the
17  calculation.  Patient is missing 24 pills.  New scripts
18  at the pharmacy.  Police case number on file.  Patient
19  to bring in full police report once obtained."
20     A   That's -- that's our standard operating
21  procedure.
22     Q   And is it unusual to have people complaining
23  of stolen medications?
24     A   No, it happens -- it happens a lot.  It's
25  shocking how often it happens, and nobody ever steals

57

1  the blood pressure meds, I found.  Just an observation.
2  Nobody takes away the cholesterol medications.  Nobody
3  takes away the cathartic, the diuretics, but the --
4  yeah.  So do I -- but we accept everything at face
5  value.  Do people steal medicines?  The answer is yes.
6  It's most frequently done by family members when it
7  happens.  But we're very, very picky about this, and --
8  and we'll give it to people the first time.
9     Q   When you get those reports that somebody stole
10  my Xanax, does that trigger some concern in your mind?
11     A   Whenever anybody speaks to me, it triggers
12  concern.  In this case, does it -- does it -- does it
13  raise any red flags?  Well, what it does is it -- is
14  it's something we will note, because if it pops up
15  again, it becomes a significant event.  You know,
16  somebody breaking your window once is an unfortunate
17  event.  Somebody breaking that window twice, it becomes
18  a pattern.  So this -- that's why we do this.  The other
19  reason for getting a police report is it puts people on
20  notice that we're paying attention to it and that so --
21  you know, so are the federals, as it turns out.  So it
22  minimizes a lot of this.  Before we started doing that,
23  it was quite frequent.
24     Q   Look at, also on page 222, the entry from
25  September 14th, 2021.  It says, "Had a bad episode of



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

58

1  Stockholm Syndrome.  Feels bad.  She cut wedding
2  dressing (current husband).  Would like to have
3  inpatient rehab referral for just in case."
4       A    Yeah, that was -- that was Charito.  That --
5  that would be a Charito note.  Yeah, okay.  Then what's
6  -- I'm sorry, I cut you off.  What -- what was your
7  question going to be?
8       Q    Did you make any determination that she needed
9  inpatient therapy or is that something she requested?
10      A    We talked about it, okay, because we that's --
11 that's -- that's -- what's done.  I send my assistants
12 in and then, you know, I run around in circles.  We have
13 30 -- basically 30 exam rooms for three of us.  And so
14 I'll see the patients I'm seeing that day, plus I'll
15 review the ones or -- or go over the ones for the other
16 two providers.  So we talked about it, and so, you know,
17 when -- when I was asked, well, would I be willing to do
18 that because it's got to -- it's on my license.  And I
19 said, "Well, absolutely."  If -- if somebody thinks that
20 they're at risk and they want to go in, it would be
21 really, really stupid of me not to agree.
22      Q    Right.  But the patient requested it in this
23 case?
24      A    Well, we would not have known anything until
25 she mentioned it.  And so Charito properly talked about

59

1  cutting up the wedding dress.  That -- that's important
2  because you're talking about sharp slicing objects.  She
3  also pointed out that there was an incident with her
4  current husband, implying it was not whoever else the
5  other people were.  She didn't mention who it was.  And
6  she wanted that referral, just in case.  It just seemed
7  like a -- it didn't seem like a bad idea.
8       Q    And again, Ms. Santini --
9       A    And in fact, she doesn't even need the
10 referral.  She could have just gone in.  Okay, you know,
11 people admit themselves.  It's not -- these days you do
12 not need to go see a psychiatrist or anybody else to go
13 into a detox or go into a rehab center.  So there was no
14 reason not to do it.
15      Q    Jump ahead, if you would, to page 253.
16      A    253.  Okay.  Yes, sir.
17      Q    And I'll represent to you that 253 to 259 are
18 related.
19      A    Yes.
20      Q    And it appears that on September 20, 2021,
21 someone from hitchcockwarrior.com is sending to your
22 office a form --
23      A    Yes.
24      Q    -- to fill out, correct?
25      A    Yes, sir.  I'm sorry.

60

1       Q    At 253, it says, "Please see attached forms
2  that need to be filled out.  Ms. Mathews has been almost
3  two years trying to get disability.  Ms. Mathews cannot
4  work in her current condition.  I would ask that you
5  please fill these out for this patient.  She has a court
6  hearing on October 6, 2021.  This will be her only
7  chance to prove her case.  Please fax back to Shannon
8  at," her particular number.
9       A    Yes, sir.
10      Q    "I appreciate you taking time to do this."
11      A    Yes.
12      Q    Right.  And then the form that she wanted you
13 to fill out appears from 260 -- 254 to 259.
14      A    Yes.
15      Q    Did you fill out those forms?
16      A    No.
17      Q    Why not?
18      A    Because that's not my place to do so.  If --
19 if she has a psychiatrist, that would be the appropriate
20 place to do a psychiatric evaluation.  I wouldn't -- I
21 didn't do it.  More so, is that -- this -- I don't know
22 anything about -- I, you know -- I don't really follow,
23 you know, legal profession, but when somebody ask --
24 gives you an order of 11 days to take four hours out of
25 a busy schedule to fill out a form for patient to -- you

61

1  know, it just was abusive.  Just like, you know -- so
2  they knew they had a case coming up for what?  Six
3  months?  How long does it take to get something on a
4  docket?  So you're going to call me the week before and
5  say, "Hey, would you mind filling this out without
6  records?"
7       Q    Did you feel like you knew the patient well
8  enough to fill out those -- those forms?
9       A    I still don't know the patient well enough to
10 fill it out.  Yeah.  A -- a psychiatrist would've --
11 would've been the personal choice.
12      Q    Let me ask you to jump ahead to page 356.
13      A    Yes, sir.
14      Q    Tell me what this is, please.
15      A    This is the -- this is the patient's sheet
16 that they bring in.  And this was also done by -- she
17 was seen by -- the initials are Charito Ali's, and
18 patient fills in what needs us to be -- what they'd like
19 to have refilled, and then the concerns are down below.
20 And again, it's also in two different handwritings,
21 which means that she didn't fill it out in its entirety.
22 And so what it looks like is that all she -- the patient
23 wrote on here was Alprazolam, Wellbutrin, and the
24 Adderall.  And then the second handwriting would be
25 Charito's.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

222039 David G. Kneally M.D. 8-22-2022                    Page 62

62

1     Q    In the paragraph 3 on page 356, it looks like
2    there's by Alprazolam reference, there's a paren that
3    says, "would like to go up."  End of paren.  Am I
4    reading that correctly?
5     A    Yes.
6     Q    And then underneath that -- is that
7    Wellbutrin?
8     A    Wellbutrin.
9     Q    Wellbutrin.  It also says, "Would like to go
10   up."
11    A    Yes.
12    Q    And then to the right of that in the margin,
13   what do you read that to say?
14    A    I'm not sure that I can read it, but it says,
15   "Going therapy, tremendous therapy side" -- That's -- I
16   don't -- can you read that?
17    Q    Going through tremendous therapy?
18    A    I don't know.  Could be.  I can't -- I -- my
19   handwriting's bad, but that was one I can't -- that's --
20   that's better than my handwriting, but it's still -- I'm
21   not sure.
22    Q    Is it your impression that was the explanation
23   for why the patient would "like to go up" in her
24   medications?
25    A    Don't -- well, you don't typically go up if

63

1    you're -- if you're having tremendous therapy, if it's
2    doing well.  I don't -- I don't how to interpret that.
3     Q    Okay.
4     A    But the problem with Alprazolam, okay, and we
5    try not completely, okay, because sometimes we get
6    patients that are on much higher doses.  But to never
7    willingly increase the dose over one and a half
8    milligrams per day, per -- on a patient, two milligrams
9    on -- on occasion, but no more than that, it's highly
10   addictive, but it's also a depressant.  These
11   anxiolytics make depression worse.  So when you're
12   giving people things for -- as anti-depressant, then you
13   give them a depressant, it just seems like a -- like a
14   push pull, not smart.  But the Alprazolam is more
15   addictive than it's generally given -- than more widely
16   recognized, let's say, you know.  It's one of the
17   hardest things in the world to come off of.
18    Q    Jump ahead to page 359 in this section, if you
19   would please.  And I want to talk about the entry that
20   is dated October 13, 2021.  Do you see that?
21    A    Yes.
22    Q    It says, "Experiencing more anxiety.  Inquiries
23   about increased dose of Alprazolam.  Will try Buspar
24   this month.  Also patient would like to increase
25   Wellbutrin.  Will make slight change from Wellbutrin."

64

1     A    That should be 150.  That's a typographical
2    error.  150 every day to Wellbutrin 100 twice a day.
3     Q    Okay.  So she'd be getting 200 milligrams.
4     A    You're increasing the dose -- you're
5    increasing it by 33 percent.  So it's -- it would be
6    reflective of my instructions to Charito.  And Buspar is
7    an anxiolytic, but it doesn't give you the same
8    addiction potential as the Alprazolam does.  It also
9    doesn't make you stupid.  And so it's my preferred
10   medication to treat anxiety.
11    Q    But in this instance on October 13, 2021, the
12   patient is asking you for those increases?
13    A    Yes, sir.
14    Q    Jump ahead, if you would, to Bates number 369
15   in this collection, please.  First of all, tell me what
16   this sheet is.
17    A    This -- this would have been -- this would've
18   been done if we didn't have the ability to either
19   generate an electronic record, but this was done all by
20   voicemail.  So she called it on voicemail, left a note
21   at 10:23 a.m., and so this would've been a Telehealth.
22   This is not the way we do things now.
23    Q    Okay.
24    A    All right.  But in the middle of Covid we had
25   -- there's a process of developing records to deal with

65

1    Telehealth.
2     Q    I understand.
3     A    Okay, so --
4     Q    But does 369 reflect somebody then writing
5    down what they got off of voicemail?
6     A    Yes, sir.
7     Q    All right.  And do you recognize his
8    handwriting?
9     A    This -- this I'm not sure, but I think this is
10   Charito also.  So it says crisis got -- actually, this
11   is -- this is Emmy, I believe.
12    Q    Who?
13    A    Derisbraun.  She's my nurse practitioner.
14    Q    Okay.
15    A    So I'm sorry.  That was -- I misspoke, I
16   guess, was the right word.  And so -- so she writes on
17   here, "Crisis counseling, going through divorce.  Wants
18   four milligrams of Xanax daily instead of one and a
19   half."  Okay.  And they're -- they're abbreviations we
20   use for that and they're not polite.  And so the answer
21   was "negatory, Batman."
22    Q    So what is your impression of a request to go
23   to four milligrams of Xanax?
24    A    It's very precise.  It -- to me -- okay.  In
25   my 42 years of experience, when somebody does something



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

66

1  like that it implies that's what they've been taking or
2  that's what they have taken in the recent past.  Far
3  exceeds what we were using.
4      Q   They know what four milligrams will --
5      A   They know what it'll do.  If I gave you four
6  milligrams, you'd be on the floor, or I'll assume that
7  to be the case, I should say.  But you know, I know if I
8  took -- if I took a half milligram, I'd be on the floor.
9      Q   And this is the same patient who was reporting
10 that her Xanax had been stolen during the open house?
11     A   Yes, sir.  Yeah, it's -- yes, sir.
12     Q   Did that link up in your mind?
13     A   Yeah.  Well, I mean, it links up in
14 everybody's mind that does this.  So but again, in all
15 fairness, you know, when people are going through times
16 of tribulation, let's say, they're -- they become
17 desperate.  So mine is not to cast aspersions or
18 judgment, but mine is to keep everybody safe and happy,
19 and safe being the operative word here.  I'm sorry.  I
20 digress.
21     Q   Did Ms. Santini ever discuss with you the
22 divorce that she was going through or that is referenced
23 on page 369?
24     A   Not -- but not in -- not specifically.  No. It
25 would -- it wouldn't have been -- it wouldn't have been

67

1  something I would ask either.  You know, you discuss
2  these things in passing, but you don't want to
3  necessarily know the specifics.  So on -- on page of
4  373, it's where that was documented.
5      Q   Right.  Let's talk about that, because you
6  actually jumped to where I wanted to go.  I want to talk
7  about 370 through 377 as a whole.
8      A   Okay.
9      Q   Okay.  And that appears to be your visit note
10 following a Telehealth session on October 27, 2021.
11     A   Yes.
12     Q   Is that right?
13     A   Yeah.  And this would -- this would actually
14 be the typed-up transcript from that handwritten one,
15 which is -- this is -- this is -- again, where I'm in the
16 process of trying to put together a prop -- a proper way
17 to document these things.  And so this is this -- this
18 is that note.
19     Q   So that -- my question is 369, the handwritten
20 note that we just looked at --
21     A   Would be these here.
22     Q   You think that happened on 10-27-21?
23     A   Yes.  That would -- that would be -- or -- or
24 it led to this.
25     Q   Got it.

68

1      A   So you know, you leave a voicemail, you
2  document it, and then you go ahead and take the data
3  that you get and then move it across.  So it's
4  imperfect, to be certain.
5      Q   Jump ahead to 373, which I think is where you
6  were going to go anyway.
7      A   Yes, sir.
8      Q   And there's an entry dated 10-27-21 that says
9  "Patient requested Telehealth for being overly anxious
10 about current divorce.  Would like an increase for Xanax
11 to four milligrams.  Advised patient need to see a
12 psychiatrist to assist in solving issues, and for any
13 increase in anti-anxiety medications.  Patient stated
14 that she is seeing a crisis counselor but will go in to
15 see a psychiatrist.  Request to increase Xanax to four
16 milligrams.  Denied at this time."
17     A   Yeah, that was -- that's -- you know, that was
18 my decision then, and it's my -- it would've been my
19 decision today, and it'll probably be my decision
20 tomorrow.  Yeah, it's just ill -- it's -- it's ill
21 advised to do that.  Okay?  You know, are there doctors
22 that would?  And the answer is probably, but not me.
23     Q   But this entry on Bates number 373 reflects
24 what you communicated back to Ms. Santini?
25     A   No, this was -- this was -- this was what --

69

1  what was -- this is what I told Emmy to do.  See, I -- I
2  have a hard time pronouncing it.  She's from the
3  islands, but Derisbraun.  She's a brilliant nurse
4  practitioner, probably the finest I've ever had.  And
5  she was the director of nursing.  I think it was Orlando
6  Regional for intensive care units.  And -- and with the
7  COVID thing, it just kind of burned her out, so she came
8  to work for me.  So -- which is very, very complete. You
9  can see a marked difference in the nature and the
10 diction in the -- in the note, but -- but she knows it
11 to be a foolish idea.  And so it's like a -- what do you
12 want to do?  And the answer's negatory, Batman.
13     Q   But this paragraph at the top of page 373
14 reflects something that your office communicated
15 directly to Ms. Santini.
16     A   On the telephone on telehealth.  Yes.
17     Q   Okay.
18     A   So this patient requested telehealth to being
19 over -- yeah.  That's -- that's what this is.  This is a
20 telehealth visit.
21     Q   Jump ahead if you would to page 390 for the
22 next question.
23     A   Yes.
24     Q   And this is a memo for the record dated
25 November 10, 2021.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

222331 David O. Kealhy M.D. 9-12-2022                    Page 19

70

1   A   Yes.
2   Q   Tell me what this memo indicates.
3   A   Okay.  This is generated by Maria Yates, who's
4   my scheduling/receptionist.  And so when -- when people
5   -- and -- and we have people that -- that don't show up
6   for one reason or another.  Could be traffic, it could
7   be they forgot.  It could be that they passed away.  It
8   could be that they moved on.  Who knows.  But when they
9   don't show up, we do what's called a no show, no skull -
10  - no -- no show, no call record.  Why do we do this?
11  Because if folks come back later on and they say, "Well, you
12  didn't this and you didn't that, and I need this and I
13  need that," we just go back to the record and say,
14  "Well, here it is.  You know, you didn't make your
15  appointment that was dated 11-10-21 at 4:00.  You didn't
16  show" -- or 3:00, whatever it was.
17  Q   Is the last time that you saw Ms. Santini,
18  either physically or telephonically, October 27, 2021?
19  A   Yes, sir.  Physically would be in September, I
20  believe.  And then October would be on the telephone.
21  And yes.
22  Q   And the telephonic visit on October 27, 2021.
23  And then you told me --
24  A   Yes.
25  Q   -- you did not increase her dosage to four

71

1   milligrams?
2   A   Yeah.  And then there's a data entry in here
3   but I can't remember what this was for.  I'm not sure --
4   oh, this -- what's the date on this?  I'm not sure what
5   this is.
6   Q   What page you are you on again?
7   A   This would be 392.  I don't remember what this
8   data entry was for.  This was probably when she called
9   in to make her appointment.  Okay.  And they just got
10  the data.  That's why it's the data entry.  Okay.  I'm
11  sorry.  I usually see these things in electronic format.
12  Q   Okay.  What does 392 mean?
13  A   Yeah.  392 was -- was before she came in as a
14  patient.  She called and we got her demographics.  So
15  they -- they created the chart, is what it boils down
16  to.  So we got her name, date of birth, address,
17  telephone, all that information.
18  Q   Was it notable to you that Ms. Santini didn't
19  see you again after you denied the four milligrams of
20  Xanax?
21  A   It means one of several things, okay?  It --
22  it either means she found somebody that was willing to
23  do what she was asking.  To my way thinking, it's the
24  most likely possibility.  Nobody likes to be told no.
25  She found somebody closer to home, which is what her

72

1   hope was all along.  She is living in, and at the time
2   that we were seeing her, it was Tallahassee.  But she's
3   lived all over -- all over the place.  So she could have
4   just as easily picked somebody else up.  As a general
5   rule, we don't do the PDMPs for people unless we know
6   they're going to show up.  Okay.  So I don't know -- I
7   could find out, but I'm not that interested to know
8   where she ended up.
9   Q   Look at Bates number 386 if you would, please.
10  A   Yes, sir.  Yes.
11  Q   Tell me what this is.
12  A   This is a teleconference invoice -- this --
13  from -- from Mr. Byers.  The date was February 1st,
14  2022.
15  Q   And you had an hour-long conversation with him
16  that day?
17  A   I don't think it was that long.
18  Q   Okay.
19  A   Okay.  Yeah, but we block off time because
20  otherwise I -- I -- patients back up and they -- they
21  get annoyed with me.  So --
22  Q   Do you recall what you and Mr. Byers
23  discussed?
24  A   We discussed the case.  I don't remember the
25  specifics of it.  You know, I do remember specific -- I

73

1   do remember making a note of the fact that I didn't have
2   prior records.  Okay.  Which is -- you know, that's my
3   complaint most of the time anyway.  And after that, I
4   don't remember.
5   Q   Do you recall if Mr. Byers asked you to serve
6   as an expert witness in this case?
7   A   I was not asked to be an expert witness.  I
8   would've been retained this one.
9   Q   Great.  Jump ahead if you would to Bates
10  number 394, please.
11  A   Yes.
12  Q   And tell me what that is.
13  A   Okay.  394, let's see.  That's the invoice,
14  isn't it?  Might -- might be the same thing.
15  Q   386 and 394 appear to be two different
16  invoices.
17  A   Yeah.  Then I don't -- I don't recall.  And I
18  -- we can -- you can ask Mr. Byers.  I don't recall
19  having more than one conversation, but I talk a lot.
20  Okay.  And so I don't necessarily remember, but I think
21  that it got -- it got pushed back to another date.
22  Q   Okay.
23  A   I don't -- that's -- and that's probably the
24  most likely possibility because I wouldn't have done it
25  that -- that rapidly after each other.



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

222351 David O. Klein, M.D. 12-1-2022                                    Page 74

74

1    Q   Dr. Klein, let me ask you this.  If you were
2  subpoenaed to appear at the trial of this case, would
3  you provide any testimony regarding Bryan Cole causing
4  any purported condition in Ms. Santini?
5    A   I would have no basis to make any testimonial
6  remarks about his relationship -- his presence or
7  anything more.  I've never met the man.
8    Q   And did you see anything in the records that
9  even mentioned his name?
10   A   No.
11      MR. SPIVEY:  That's all I have.
12         CROSS EXAMINATION
13      BY MR. BYERS:
14   Q   Just got a couple of quick follow ups --
15   A   Yes, sir.
16   Q   -- Doctor Klein.  Knowing or not knowing --
17 let me take that back.  Would it be important to you,
18 for any reason, to know my client's marital history?
19   A   Your client is Mr. Cole?
20   Q   No, my client's Pam.
21   A   Oh, I get confused.  I'm sorry.  Yeah, it's
22 hard --
23   Q   I'm sorry.
24   A   Well, yeah, it's hard to know the players
25 without a program.  Okay.  So -- so would it be

75

1  important to me?  I'm a -- I'm a devourer of
2  information.  Okay?  And you never know what information
3  is going to prove to be important at the time or later
4  on.  So to answer your question, I would say yes, it
5  would be important, but it would've -- would it have
6  made a difference in my treatment or approach?  And the
7  answer would be no.
8    Q   Okay.  If you had made the determination that
9  Pam Mathews was drug seeking, would that appear in your
10 notes?
11   A   We have places in the record where we would
12 put that.  And more times than not -- you know, because
13 we're -- we're also concerned about having our feet put
14 to the fire in terms of what we write in these records.
15 You know, we're not -- we're not too terribly interested
16 in having to defend ourselves for libelous statements.
17 So we -- we do things in a couched, guarded, and cryptic
18 manner.  So that October note would've been that we were
19 concerned basically that it was -- it was an
20 inappropriate request.  Now, does that -- does that make
21 it drug seeking behavior?  No, it doesn't.  It means
22 that it was an inappropriate behavior, but not
23 necessarily drug seeking.  And that's a lengthy
24 explanation for your -- to your answer and probably
25 unnecessary, but I don't have any particular belief that

76

1  she is a let's just say a chronic drug seeker.  I think
2  she -- I think she needs her Adderall.  I think she
3  probably needs some Xanax, but I don't think she has the
4  -- she doesn't have the stability to know where to keep
5  it.  That doesn't make her drug seeker.  That simply
6  means that she has a mental illness.  And that's -- we
7  deal with it all the time.
8    Q   Now you had said that you spoke to Dr.
9  Furbringer about Pam Mathews --
10   A   Yes.
11   Q   -- correct?  Okay.  And what did Dr.
12 Furbringer tell you about Pam Mathew's condition or
13 conditions?
14   A   She -- she told me that -- she told me the
15 nature of the medications that she was on.  She told me
16 that there was an abusive relationship, no particulars
17 on it.  She did not want to give me access to her
18 written records because that's -- I've known -- I've
19 known her a long time and, you know, and I respect her.
20 And -- and in fact, when I've sent many patients to her
21 over the years, and she never sends me any of their
22 records.  So I've -- I've learned how to work without
23 them.  You know, if I trust somebody well enough to --
24 to do this kind of work, I don't necessarily need to
25 seek to -- to check their work like they were in school.

77

1  But no, I don't -- all I really knew from her was that
2  she needed help with the medications, and I was -- and I
3  agreed to do it.
4    Q   Okay.  Just -- if it makes you feel better,
5  you're not the only one that Dr. Furbringer does not
6  want to give records.
7    A   Oh, I know.  Well, you know -- and I respect
8  the heck out of her.  She is -- she's -- she's a
9  remarkable gal or woman, I guess I should say.  I -- I
10 may get pilloried.  She does a brilliant job, but she's
11 paranoid about what she's supposed to do and not do with
12 regards to her records.  And so she's got -- I don't
13 know in her past whether she ever got in -- got
14 reprimanded, but somewhere along the line, she's scared
15 to death.  And so -- and that's -- and you know
16 something, that's -- that's part of her charm, you know?
17 You know.
18   Q   So -- so when Dr. Furbringer refers a patient
19 to you --
20   A   Yes.
21   Q   -- and tells you that they're on particular
22 medications for, in this case, PTSD, you just take that
23 at face value?
24   A   I'll take it at face value.  If she -- if she
25 -- if -- if that's her working diagnosis and I have



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

223391 David S. Kilkilny, M.D. 12-1-2022 Page 78

78

1  nothing else with which to work, I will deal with that.
2  But I'm not -- I'm not being called in to give an
3  objective second opinion.  I'm -- I'm really -- you
4  know, if that were the case, I would be a bad choice of
5  -- of a person.  The real problem right now is you can't
6  find -- you can't find a psychiatrist let alone find a
7  good one.  And so I do a lot of psychiatric work in my
8  practice.  I've got one of the biggest bipolar patient
9  populations in the state of Florida because nobody wants
10 to see these folks.  And so you know, I'll -- I'll trade
11 them.  I do what I have to do, but I'm not a
12 psychiatrist.  And I did not stay in a Holiday Inn
13 Express last night, but I will do what I can do.
14     Q    So you would not, during the course of a
15 treatment, make a determination if you didn't see signs
16 of what Dr. Furbringer told you was an underlying
17 condition?
18     A    Okay --
19       MR. SPIVEY:  Objection to form.
20       THE WITNESS:  I'm sorry?
21       MR. SPIVEY:  You can answer.
22       THE WITNESS:  I can answer.  Okay.  I question
23 everything, okay?  That's my nature.  And so one of
24 the things that I did was I started her on a
25 medication called Prazosin and another one called

79

1  Orphenadrine, which are useful.  And you'll --
2  you'll say, "Well, gee, Prazosin is for blood
3  pressure and the Orphenadrine's muscle relaxant."
4  But they're used to treat PTSD, right?  How would I
5  know that?  Because that's a military treatment.
6  That's how it's done.  And so I -- I went ahead and
7  started her on it, but I didn't have ample time to -
8  - to get follow up with her.  So if this were a PTSD
9  kind of a situation, you would've -- you would --
10 you would have seen clinical improvement.  I did not
11 have -- have that opportunity.  The second thing was
12 when I got her blood work back, she was menopausal.
13 And one thing about menopausal women is that they're
14 -- they're not always unbalanced, let's say.  So I
15 wanted to -- to treat her for this to see whether
16 that contributed to her -- her anxiety/other issues.
17 Because I -- I'm a physician first, a prescriber for
18 other people's medications only secondary or in a
19 tertiary manner.
20       BY MR. BYERS:
21     Q    And looking at the -- looking at the -- the
22 prescription records --
23     A    Yes, sir.
24     Q    -- for Pam Mathews, you didn't see anything in
25 those records that alerted you to any concerns about the

80

1  amount and how often she was filling the prescriptions?
2     A    No, it was all -- it was all exactly on
3  schedule.  The only concern that we had was when she
4  wanted to go up to what I would consider to be an
5  inappropriately high dosage, and rapidly at that.
6     Q    Have you ever prescribed dosages that high or
7  higher?
8     A    Oh yes.  Oh, absolutely.  Yeah.
9     Q    What is the -- what is the range of dosage you
10 use today?
11    A    There's a -- there's an interesting question.
12 Okay?  Because it depends on -- it depends on what
13 you're trying to treat.  If you're trying to treat stage
14 anxiety, the dosage may be a half a milligram under the
15 tongue once.  If you're dealing with somebody that --
16 that has a flight anxiety -- these are the sorts of
17 things I treat on a daily basis.  The dosage may be a
18 half a milligram twice daily.  If you've got somebody
19 that has agoraphobia and yet they have to work out in
20 public, they may be taking a half a milligram three to
21 four times a day.  So it really depends on the
22 individual.  Then you've got some -- some people they
23 come in and I get them from another doctor's office that
24 may have closed down, sometimes properly so, and their
25 dosage may be as high as two milligrams three to four

81

1  times a day.  So it could be six to eight milligrams.
2  Way too high for any -- for anybody as far as I'm
3  concerned, but that doesn't mean that I won't continue
4  it so that I can taper it down.  So we bring people
5  down a half a milligram per day per two-to-three-week
6  interval.  It's like landing an airplane.  You know, all
7  -- all airplanes will land.  Okay?  The question is
8  whether you land safely or not.
9     Q    So would you say that your concern with Pam's
10 request to be increased at four milligrams is based on
11 her dosage or the speed with which it would increase her
12 -- her daily dosage?
13    A    Both.
14    Q    Okay.
15    A    Okay?  And -- and the -- and the fact that she
16 -- from all -- from our perspective and not having been
17 able to see her, okay, it looked like she was spinning
18 out of control.  I can't say that with -- with a high
19 degree of medical certainty, but I can say is that it
20 would have been unsafe for me to have agreed to it under
21 any circumstance.  So you know, when you're blinded to
22 the way somebody's presenting, it's best to back away,
23 and that's what we did.  And so -- and then she -- she
24 chose to find her medication or her treatment elsewhere,
25 which was something we'd anticipated all along anyway.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

**82**

1 So I didn't think too much of it.
2        MR. BYERS:  Okay.  All right.  Well, thank you,
3 Doctor.  I don't have anything further.
4             REDIRECT EXAMINATION
5        BY MR. SPIVEY:
6    Q   Dr. Klein, let me re-inquire.  Did you -- you
7 said a couple of things that caught my ear.
8    A   About what?  I'm sorry.  About what?
9    Q   You said a couple of things that caught my
10 ear.
11   A   Oh, caught your ear.  I'm sorry.
12   Q   Yeah, apology.
13   A   That wasn't -- yeah.  I'm --
14   Q   You said that you prescribed for Ms. Santini
15 two medications that you would've expected to yield
16 positive results in a PTSD condition.
17   A   In that environment, it usually changes the
18 way the PTSD presents because it takes care of the
19 nightmares, which tend to really promote PTSD.  One
20 hallmark of PTSD is nightmares.
21   Q   Right.
22   A   No nightmares, no PTSD.  So -- and you can
23 block that with two alpha block -- alpha-2 blockers, the
24 Prazosin and the Orphenadrine.  Either one alone is
25 generally good enough to do it, but I hit her with both

**83**

1 because I wanted to see it happen quickly.
2    Q   And that's where I wanted to drill into.  What
3 are the names of those medicines?
4    A   Oh.
5    Q   And be very slow because I'm an idiot.
6    A   Well, you know, I don't -- my Latin's a little
7 rusty.  So -- but P-R-A-Z-O-S-I-N, and Orphenadrine,
8 which is O-R-P-H-E-N-A-D-R-I-N-E.
9    Q   And when do you recall prescribing those
10 medications for?
11   A   You know, I think it was -- you know, I don't
12 really remember.  Oh, actually, let's see if I can find
13 it here.  That would've been in April, I believe.
14   Q   April of 2021?
15   A   No.  Or -- no.  Hundred -- no, it was in July.
16 Pardon me.
17   Q   July of 2021?
18   A   Yes.
19   Q   I'm looking at Bates number 68.
20   A   68?
21   Q   Yeah, 68.
22   A   Okay.
23   Q   Which is April 26, 2021.
24   A   Yeah.  See, what happens is you can write
25 prescriptions, doesn't mean they fill them.  And that's

**84**

1 their analyzer problem.  So when they come in and they
2 tell us what they're on or what they need, and if it's
3 not listed, you have to assume they didn't get it.
4    Q   Okay.
5    A   All right.  So there's a -- there's a
6 tremendous amount of -- of fog to this.  The patients
7 are supposed to bring their bottles each and every visit
8 so that it clears that fog.  The minority of patients
9 actually do.
10   Q   Page 68 -- Bates number 68.  I see this
11 Orphenadrine.
12   A   Yes.
13   Q   Do you see that?
14   A   Uh-huh.
15   Q   Does that mean you would've prescribed it
16 then?
17   A   It was written that day, but --
18   Q   But you don't know when or whether she filled
19 it?
20   A   I would have no, you know, no idea.  Except
21 that when people come in to ask for refills on stuff,
22 that's generally when you pick it up.  And the Prazosin
23 was done later.
24   Q   You're saying the Prazosin was --
25   A   Yeah.

**85**

1    Q   -- in July?
2    A   So yeah.  So if we -- if we look at May, so
3 she comes in, she's asked for Alprazolam and the -- and
4 the Adderall, but no -- no Orphenadrine.  So I -- and I
5 -- and I don't like to make assumptions, but I don't
6 know that she filled it or took it.  That's -- you'd
7 have to ask her.
8    Q   And then if you can, point me to the July
9 record in which you would've prescribed this second
10 level medication, please.
11   A   And do you have a Bates number for that?
12   Q   I don't.
13   A   Those Bates numbers are kind of cool.
14   Q   Bear with me.
15   A   All right.  And okay.  So June 22nd.  The
16 Prazosin is listed and the Orphenadrine is listed under
17 note from June 22nd.  Okay.  But on the -- on the sheet
18 of paper that came in, she doesn't -- doesn't ask for
19 refills.  So I don't know.
20   Q   June 22nd.
21   A   Yeah.
22   Q   What Bates number do you show for that,
23 please?
24   A   June 22nd is Bates 135, is where you would
25 find it.  Current medications.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

86

1    Q   So it's possible that Ms. Mathews did not take
2   the medications that you thought would have improved any
3   PTSD?
4    A   It's -- it's -- everything is possible.  I
5   don't -- I don't know that she did take it.  I don't
6   know that she didn't take it.  Okay?  But I -- but I
7   didn't get enough feedback on it to find out whether or
8   not it was helpful.  Everything -- the main focus was on
9   getting the Adderall and the Xanax.
10   Q   And I just want to be clear on something.  If
11  you'll turn to Bates number 373, you said on cross
12  examination that Ms. Santini's request for four
13  milligrams of Xanax was inappropriate, using your word.
14   A   Yes.
15   Q   And that's the request that was made on -- on
16  October 27, 2021?
17   A   Yes, sir.
18   MR. SPIVEY:  That's all I've got.
19   MR. BYERS:  I didn't have anything further.
20   THE WITNESS:  I don't have any questions
21  either.  So --
22   MR. SPIVEY:  Doctor, do you wish to read or
23  waive?
24   THE WITNESS:  I will waive -- I will waive
25  signature so you can -- guys can get on with your

88

1    MR. BYERS:  No, I don't need the video.
2    THE WITNESS:  Hey.  It might be worth something
3   someday.
4    COURT REPORTER:  All right.  We are off the
5   record.  The time is now 10:46, and this concludes
6   the video deposition.
7    (DEPOSITION CONCLUDED AT 10:46 A.M.)

87

1   lives. If you need -- if you need spelling things,
2   you know how to reach me, and I'll be happy to --
3   happy to help you. And I -- I guess, thank you guys
4   for not being too nasty to me today.
5    COURT REPORTER:  I just need attorney's order
6   on record.
7    MR. SPIVEY:  I'll order it, please.
8    COURT REPORTER:  Okay.  Format?
9    MR. SPIVEY:  Just regular.
10   COURT REPORTER:  Electronic?
11   MR. SPIVEY:  I'm sorry?  Yeah, electronic is
12  fine. Thank you.  Thanks.
13   THE WITNESS:  Thank you.
14   COURT REPORTER:  Any particular turnover time?
15   MR. SPIVEY:  Regular's fine. It's fine.
16   COURT REPORTER:  Okay.  Mr. Byers, do you want
17  to order a copy of the transcripts?
18   MR. BYERS:  Yeah. I'll get a copy of it. Just
19  regular time is fine, please.
20   COURT REPORTER:  Okay.  And electronic format
21  is okay?
22   MR. BYERS:  Yeah, electronic form.  That is
23  just fine.
24   VIDEOGRAPHER:  Mr. Byers, will you be ordering
25  the video?

89

1            CCERTIFICATE OF OATH
2
3   STATE OF FLORIDA
4   COUNTY OF ORANGE
5
6        I, the undersigned, certify that the witness in the
7   foregoing transcript personally appeared before me and
8   was duly sworn.
9
10  Identification:  Produced Identification
11
12
13
14
15   _____
16   ALLISON KENNY
17   Court Reporter, Notary Public
18   State of Florida
19   Commission Expires: 7/28/2025
20   Commission Number:  HH158259
21
22
23
24
25

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

222331 David S. Kiteny M.D.   8-22-2022                    Page 90

```
                                                    90
1             C E R T I F I C A T E
2
3  STATE OF FLORIDA)
4  COUNTY OF ORANGE)
5
6     I, ALLISON KENNY, Court Reporter and Notary Public
7  for the State of Florida at Large, do hereby certify
8  that I was authorized to and did report the foregoing
9  proceeding, and that said transcript is a true record of
10 the said proceeding.
11
12    I FURTHER CERTIFY that I am not of counsel for,
13 related to, or employed by any of the parties or
14 attorneys involved herein, nor am I financially
15 interested in said action.
16
17 Submitted on: August 9, 2022.
18
19
20
21
22         _____
23         ALLISON KENNY
24         Court Reporter, Notary Public
25
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

---

**1**

**1** 11:4

**1:00** 53:9

**10** 69:25

**10:23** 64:21

**10:46** 88:5,7

**100** 41:17,23
  64:2

**102** 45:10,16

**10-27-21** 67:22
  68:8

**11** 60:24

**11-10-21** 70:15

**119** 45:19 46:16

**120** 47:1

**12350** 2:3

**13** 14:8 63:20
  64:11

**135** 85:24

**1-396** 10:7

**14** 14:2 56:10

**145** 47:17

**148** 48:11

**14th** 57:25

**150** 64:1,2

**169** 49:10

**16-year-old**
  25:2

**17** 13:18 52:9

**171** 49:21

**176** 51:15

**18** 47:2

---

**18-4** 46:17

**1st** 72:13

---

**2**

**2** 37:6,16 38:7

**2:25** 32:18 33:5

**2:50** 31:24,25
  32:12

**20** 13:15 21:15
  49:13,24 59:20

**200** 64:3

**2017** 36:8

**2021** 12:1
  13:2,6,9,12,15
  ,18,22
  14:2,8,12 16:7
  18:21 32:7
  45:8,17
  49:13,16,24
  56:8,10,15
  57:25 59:20
  60:6 63:20
  64:11 67:10
  69:25 70:18,22
  83:14,17,23
  86:16

**2022** 1:8 4:6
  5:5 72:14
  90:17

**21** 30:5 31:20

**218** 53:12,15

**219** 53:12
  54:6,24

**22** 1:8 13:12

**222** 56:6 57:24

**227-3341** 2:5

---

**22nd** 4:5 5:4
  85:15,17,20,24

**23602** 2:4

**24** 53:5 56:17

**25** 13:9 32:16
  45:16

**253** 59:15,16,17
  60:1

**254** 60:13

**259** 59:17 60:13

**26** 13:6 45:8
  83:23

**260** 11:10
  12:11,12,23
  60:13

**261** 13:21

**27** 14:12 67:10
  70:18,22 86:16

**29** 12:1 13:2
  16:7 18:21
  32:7

---

**3**

**3** 37:6,16 62:1

**3:00** 70:16

**30** 4:7 42:10
  58:13

**300** 2:4

**301-4536** 2:5

**32801** 1:10 2:10
  4:5 5:7

**3-29-21** 30:12

**33** 27:13 64:5

**35** 7:19

---

**356** 61:12 62:1

**359** 63:18

**36** 33:12

**369** 64:14 65:4
  66:23 67:19

**37** 35:1,24 36:1

**370** 67:7

**373** 67:4
  68:5,23 69:13
  86:11

**377** 67:7

**38** 36:21

**386** 72:9 73:15

**39** 38:11

**390** 69:21

**392** 71:7,12,13

**394** 73:10,13,15

**396** 3:6 10:23
  11:4

**3rd** 56:15

---

**4**

**4** 38:9 49:16
  55:16,24

**4:00** 70:15

**40** 24:13 36:8

**40,000** 19:18

**407** 2:10,11

**42** 23:16 65:25

**420-1000** 2:10

**420-5909** 2:11

**45** 40:13

**450** 1:9 2:9 4:4

---

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

5:6

**46** 41:5

**47** 42:14 43:17
44:4

**49** 42:1 44:9

**4A** 54:24

**4B** 54:24

**4C** 54:24

---
5
**5** 3:2 18:6
37:17

**50** 7:20

**500** 53:1

**52** 44:11

---
6
**6** 3:2 60:6

**6:00** 32:12

**6:21-CV-00808-
WWB-EJK** 1:2

**621CV00808** 5:10

**65** 45:5

**650** 1:10 2:9
4:5

**68** 83:19,20,21
84:10

---
7
**7** 3:6

**7/28/2025** 89:19

**74** 3:3

**757** 2:5

---
8
**82** 3:3

**8-20-21** 56:16

---
9
**9** 3:7 13:22
27:6 56:8
90:17

**9:06** 4:6

**9:09** 5:3

**90** 37:11

**912.0** 52:19

**99205** 12:6

**9th** 56:12

---
A
**a.m** 4:6 5:3
64:21 88:7

**abbreviations**
65:19

**ability** 64:18

**able** 10:14
23:12 52:12
81:17

**absolute** 34:10
52:2

**absolutely** 19:5
58:19 80:8

**abuse** 21:11
28:7,8 37:4

**abuse/diversion**
36:23

**abused** 28:21

**abuser** 28:9,16

**abusive** 21:10
36:7,17 61:1
76:16

**Academy** 8:6

**accept** 10:14
57:4

**access** 76:17

**accurate** 16:5
17:11

**accurately**
14:17

**acronyms** 22:17

**across** 68:3

**act** 8:18 37:6

**acting** 17:4

**action** 90:15

**acts** 50:15

**actually** 15:11
17:13,16
21:6,12 23:13
25:17 26:17
27:21 33:10
38:1 39:10,17
40:17 42:1
43:15 46:12
49:6 51:9
53:25 65:10
67:6,13 83:12
84:9

**add** 20:21
22:16,22 23:5
35:12

**Adderall** 23:1
42:11 44:20
50:16 51:20
61:24 76:2

85:4 86:9

**addiction** 64:8

**addictive**
63:10,15

**additional**
15:23 41:16,17

**address** 45:1
53:20 71:16

**adenal** 25:12

**ADHD** 19:2
20:5,11
22:14,16,22
23:5 35:6,11

**administer**
19:25 20:4,7

**admit** 59:11

**adult** 28:25

**adults** 22:23

**advance** 15:20

**advanced** 15:21
37:7

**advised**
68:11,21

**affirm** 5:22

**afternoon** 31:10
53:9

**agents** 37:16,17

**ago** 15:6 33:23

**agoraphobia**
80:19

**agreed** 4:9 77:3
81:20

**ahead** 33:11
40:12



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

45:4,10,19
46:19 47:17
48:6,11 49:9
53:11 56:5
59:15 61:12
63:18 64:14
68:2,5 69:21
73:9 79:6

**airplane** 81:6

**airplanes** 81:7

**alcohol** 37:4
38:14,15 39:25

**Alcoholism** 46:2

**alerted** 79:25

**Ali** 14:23 16:3
50:8 55:7,16

**Ali's** 61:17

**allegations**
28:7,8

**alleged** 21:23
22:14 23:10
29:19

**Allison** 1:8 4:9
5:4 89:16
90:6,23

**allowed** 54:16

**alone** 21:3 78:6
82:24

**alpha** 82:23

**alpha-2** 82:23

**Alprazolam** 38:8
44:19 61:23
62:2
63:4,14,23
64:8 85:3

**already** 20:23

40:4

**Alyssa** 2:13 5:3

**am** 10:17 62:3
90:12,14

**American**
7:22,23,25
8:4,6,8,12

**amount** 36:10
80:1 84:6

**amphetamine**
23:1 51:25
52:19

**amphetamines**
39:15

**ample** 79:7

**analysis** 20:14
21:6 23:10
27:2 37:17

**analyzer** 84:1

**and/or** 28:1
37:16

**anesthesia** 6:22

**Anesthesiologis
ts** 8:12

**anesthesiology**
6:22 7:1,23
8:1 24:11

**announced** 19:7

**annoyed** 72:21

**answer** 29:23
37:10 39:19
40:9 52:9 57:5
65:20 68:22
75:4,7,24
78:21,22

**answers** 22:2

**answer's** 40:25
69:12

**anti-anxiety**
68:13

**anticipated**
81:25

**anti-depressant**
63:12

**anxiety** 27:9
50:3 63:22
64:10 80:14,16

**anxiety/other**
79:16

**anxiolytic** 64:7

**anxiolytics**
63:11

**anxious** 68:9

**anybody** 8:21
26:18 29:10
57:11 59:12
81:2

**anything** 17:7
26:6,19,22
27:1 29:25
30:1 35:12
39:6 52:3
58:24 60:22
74:7,8 79:24
82:3 86:19

**anyway** 26:22
68:6 73:3
81:25

**anywhere** 31:8

**apologize** 10:19

**apology** 10:14

82:12

**apparently**
50:19

**appear** 14:22
73:15 74:2
75:9

**APPEARANCES** 2:1

**appeared** 2:6
89:7

**appears** 9:5
12:1 13:21
18:23 45:7
46:17 47:19
48:14 53:14
59:20 60:13
67:9

**appending** 6:6

**appointment**
70:15 71:9

**appointments**
14:17

**appreciate**
25:18 60:10

**approach** 75:6

**appropriate**
26:2 44:21
52:20 53:10
60:19

**appropriately**
21:18

**April** 13:6 45:8
83:13,14,23

**area** 24:19
34:11

**areas** 6:17,20

**arrested**



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

47:3,12,15
49:16
**article** 8:16
**articles** 7:20
**aspersions**
66:17
**assay** 52:23
**assembly** 30:24
**assessment**
34:12 36:24
**assigned** 41:12
**assist** 68:12
**assistant** 15:1
31:5
**assistants**
58:11
**assume** 66:6
84:3
**assumed** 28:15
**assumption**
18:19
**assumptions**
28:19 85:5
**attached** 60:1
**attempt** 36:8
**attention** 9:11
57:20
**attorneys** 90:14
**attorney's** 87:5
**attributed** 21:9
**August** 13:17
90:17
**author** 7:20

**Authority** 47:24
**authorized** 90:8
**Avenue** 1:9
2:3,9 4:4 5:6
**average** 31:18
38:6
**avoid** 29:7
**aware** 29:1,3,12
39:2 48:25
**awareness**
16:8,9 28:3,24
**away** 18:3
57:2,3 70:7
81:22
**axial** 24:21

— B —
**bachelor's**
15:22
**bad** 57:25 58:1
59:7 62:19
78:4
**band** 9:25
**based** 16:1 33:2
53:2,7 81:10
**basically** 19:17
21:2,19 38:7
58:13 75:19
**basis** 74:5
80:17
**Bates** 11:3,10
12:10 13:20
33:11 40:12
45:4 49:9
51:15 53:11
64:14 68:23

72:9 73:9
83:19 84:10
85:11,13,22,24
86:11
**Batman** 65:21
69:12
**Bear** 85:14
**become** 66:16
**becomes**
57:15,17
**becoming** 16:6
17:19
**beginning**
32:9,11
**behalf** 2:2,7
5:16
**behavior** 46:2
75:21,22
**behavioral** 25:4
**belief** 54:23
55:12 75:25
**believe** 27:22
40:15 49:17
65:11 70:20
83:13
**benefits** 49:2
**benzodiazepines**
51:24
**best** 6:15 10:4
14:19 16:14
50:13 54:4,13
81:22
**better** 62:20
77:4
**biggest** 78:8

**Bill** 5:15 6:4
10:7 12:9
**billing** 9:12
30:18 31:1
**bio** 7:18
**bipolar** 78:8
**birth** 71:16
**bit** 23:2,3 30:4
37:14 38:5
54:19
**blanks** 55:22
**blinded** 81:21
**block** 72:19
82:23
**blockers** 82:23
**blood** 57:1
79:2,12
**Board** 7:22,25
8:4,8,12
**boarded** 6:16
**body** 24:16
**boils** 71:15
**boring** 25:17
**bottles** 84:7
**bottom** 19:19
27:12 35:5,24
36:1 44:22
**box** 26:14
**brain** 25:2
**brand** 23:2
**breaking**
57:16,17
**brief** 43:20



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

briefly 44:9

brilliant 69:3
  77:10

bring 30:23
  54:4 55:19
  56:19 61:16
  81:4 84:7

Brittany
  47:24,25

broadcasts
  24:20

Bryan 1:6 2:7
  5:8,16 6:6
  17:23 74:3

bupropion 23:4

burned 69:7

business 25:24

Buspar 63:23
  64:6

busy 60:25

Byers 2:2 3:3
  5:13 9:5
  10:7,9 12:9,12
  72:13,22
  73:5,18 74:13
  79:20 82:2
  86:19
  87:16,18,22,24
  88:1

—————
        C
—————
calculation
  56:17

cancer 25:8

car 26:15

carcinoma 25:12

care 17:16 36:4
  40:16 41:6
  43:1 69:6
  82:18

case 1:2 5:10
  6:7 8:18 9:6
  12:15 37:10
  51:24 53:8
  55:1 56:18
  57:12 58:3,23
  59:6 60:7 61:2
  66:7 72:24
  73:6 74:2
  77:22 78:4

cases 29:7

cast 66:17

cathartic 57:3

caught
  82:7,9,11

causal 27:18

causality 21:24

cause 22:16,22

caused 20:15
  21:5,22 22:14
  23:10

causing 74:3

cautioned 39:11

caveat 29:5

CCERTIFICATE
  89:1

center 59:13

certain 41:5
  68:4

certainly 19:22

certainty 52:2

55:11 81:19

certification
  8:11

certified 6:20

certify 89:6
  90:7,12

chance 60:7

change 63:25

changed 29:25
  43:9

changes 37:10
  82:17

chapters 7:21

Charito 14:22
  50:7 55:6,7
  58:4,5,25
  61:17 64:6
  65:10

C-H-A-R-I-T-O
  14:25

Charito's 55:3
  56:3,4 61:25

charm 77:16

chart 71:15

check 9:8 76:25

choice 61:11
  78:4

choices 16:22

cholesterol
  35:21 57:2

chose 81:24

chronic 76:1

chronology
  11:17

circles 58:12

circumstance
  81:21

circumstances
  50:14

Civil 4:7

claim 49:1

Class 37:6 38:7

classification
  34:6

clear 9:15
  86:10

Clearly 35:13

clears 84:8

client 17:24
  74:19

client's
  74:18,20

clinical
  6:24,25
  15:24,25 79:10

clipboard 19:15

close 18:14
  38:4

closed 80:24

closer 38:3
  71:25

cocaine 39:14

code 12:6

codes 34:12

Cole 1:6 2:7
  5:8,16 6:6
  17:23 74:3,19

collected 53:8



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

collection 10:3
11:12 30:7
33:14 35:2
38:11 45:5,11
49:21 64:15
comes 25:10
30:19 34:8
40:24 85:3
comfortable
21:13
coming 33:10
61:2
COMM 37:2
command 24:24
25:5
commanding
24:16
Commission
89:19,20
commit 28:1
communicated
68:24 69:14
communication
30:17
complain 27:23
complaining
56:22
complaint 73:3
complete 11:23
29:25 40:25
48:4 69:8
completely
55:19 63:5
complex 19:1
20:1,11

21:5,23
comprehensive
12:7 21:9
compulsive
52:15
computer 31:5
46:20 51:6
concentration
53:2
concern
57:10,12 80:3
81:9
concerned
39:14,15,16
75:13,19 81:3
concerning
47:20
concerns 54:12
61:19 79:25
CONCLUDED 88:7
concludes 88:5
conclusions
9:17
condition 36:5
60:4 74:4
76:12 78:17
82:16
conditions
20:11,15 76:13
confused 74:21
consequence
35:19
consider 80:4
considered
37:18

consulted 11:18
contains 33:22
continue 81:3
continuing 40:8
contradictory
51:23
contributed
79:16
control
24:16,23 25:5
53:18 81:18
controlled
40:21 41:1
conversation
72:15 73:19
cool 25:17
85:13
copy 87:17,18
corner 11:2
18:9,20 32:18
47:23
correct 8:13
10:8
13:3,10,16,23
14:7,11,15
21:18 29:23
33:19 34:24
44:7 45:23
46:12
47:7,21,22
48:3 59:24
76:11
correctly 23:24
26:12,16 62:4
correspondence
30:25

cost 23:3
couched 75:17
counsel 5:11
90:12
counseling
36:11 65:17
counselor 68:14
COUNTY 89:4
90:4
couple 74:14
82:7,9
course 39:22
78:14
court 1:1 4:10
5:4,9,21,22
6:1,7 60:5
87:5,8,10,14,1
6,20 88:4
89:17 90:6,24
Covid 16:22
64:24 69:7
COVID-19 36:3
CPT 12:6
crazy 50:12
created 71:15
creating 30:21
crisis 65:10,17
68:14
cross 3:3 74:12
86:11
crossed 37:9
crosses 24:9
crux 43:15
cryptic 75:17



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

CT 34:4

current 8:18
21:19,25 36:6
50:25 51:11
58:2 59:4 60:4
68:10 85:25

currently 5:17
6:15 8:24
15:16

cut 58:1,6

cutting 59:1

---

D

daily 42:6
65:18 80:17,18
81:12

damage 37:23

danger 27:17

data 21:14 34:1
46:20 68:2
71:2,8,10

date 1:8 11:21
19:14 33:8,21
44:16 71:4,16
72:13 73:21

dated 12:1
18:21 30:12
63:20 68:8
69:24 70:15

dates 51:2

David 1:7 4:3
5:7,17 6:9

day 4:5 5:5
23:6 31:3
42:10 51:4
53:8 54:18
58:14 63:8

64:2 72:16
80:21 81:1,5
84:17

days 37:11
59:11 60:24

dbyers@pwhd.com
2:6

DEA 37:7 45:1
51:22

deal 23:18
35:10 39:9
64:25 76:7
78:1

dealing 37:5
80:15

death 77:15

decision
68:18,19

defend 75:16

defendant 1:6
2:7 5:16 6:6

degree 15:21
81:19

delete 51:11

demographics
71:14

denied 68:16
71:19

denies 38:15

depending 40:22

depends 40:4
80:12,21

deposed 5:18

deposition 1:7
4:3,6 5:7

88:6,7

depressant
63:10,13

depressed 20:20

depression
20:22
27:10,16,19
35:7,13 49:25
50:6 63:11

depressive
20:19

Derisbraun
15:13 16:3
65:13 69:3

D-E-R-I-S-B-R-
U-N 15:15

described 6:15

description
8:14 17:11
24:8 40:18
50:13

desk 30:18,25

desperate 66:17

details 17:13

determination
53:25 58:8
75:8 78:15

determine
20:1,4,7,14
21:6

determining
21:22

detox 59:13

devaluation
12:7

developing
64:25

devourer 75:1

di 54:3

diagnoses 31:4

diagnosis
34:12,17 35:17
54:3 77:25

diagnostic
34:11

diagnostician
6:18 24:2
25:13

diagnostics
24:6 25:1

Diamonstein 2:3
5:14

diary 26:3

diction 69:10

difference
29:22 39:8,10
40:10,11 69:9
75:6

different 18:5
19:10 23:2
43:23 54:19
55:13,14 61:20
73:15

differently
43:24

digress 66:20

DIRECT 3:2 6:2

direction 34:15

directly 48:8,9
50:8 69:15

---



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

director 69:5

dirty 46:1

disability 49:1
  60:3

disclose 49:15

discreet 24:18

discuss 20:16
  66:21 67:1

discussed
  72:23,24

disease 24:12

diseases 34:6

disorders 22:17

dispensed 44:18

dispute 10:24

distinction
  39:8

District 1:1
  5:9,10

diuretics 57:3

diversion
  37:4,24

divert 38:1

diverting 52:1

Division 1:2
  5:10

divorce 65:17
  66:22 68:10

DL 23:1

DL-Amphetamine
  38:8

Doc 9:24

docket 61:4

doctor 41:22
  43:18 74:16
  82:3 86:22

doctors 24:24
  44:23 54:18
  68:21

doctor's 33:6
  80:23

document
  7:14,18 37:5
  41:21 47:20
  53:22 67:17
  68:2

documented 67:4

documents 10:23
  18:5 33:8,23

done 9:13,14
  11:21 19:9
  29:5 31:3
  37:11 43:3
  50:7,8,10
  52:16 57:6
  58:11 61:16
  64:18,19 73:24
  79:6 84:23

door 40:24

dopamine 22:25

dopaminergic
  23:4

dosage 21:18
  70:25
  80:5,9,14,17,2
  5 81:11,12

dosages 21:18
  80:6

dose 42:6
  63:7,23 64:4

doses 63:6

dotted 37:9

doubt 43:13

downloads 33:8

downward 81:4

Dr 3:6 5:7,17
  6:4 7:12 10:21
  12:14 16:16
  17:7,11,17
  20:25 21:12
  22:6 26:4,6,12
  29:4
  43:5,18,22
  44:25 74:1
  76:8,11
  77:5,18 78:16
  82:6

draw 53:4

dress 59:1

dressing 58:2

drill 83:2

drink 38:19
  39:11 40:6

drinking 39:1

driving 47:15

dropped 42:23

Dropping 14:8

drug 37:4 46:1
  47:12 53:3
  75:9,21,23
  76:1,5

drugs 39:19

drunk 47:15

due 36:3,7,17
  37:14

DUI 47:12

duly 89:8

Duncan 2:2 5:13
  7:11 9:20 10:6

duration 31:6

during 6:5
  56:14 66:10
  78:14

---

E

ear 82:7,10,11

earlier 11:9

easier
  51:2,5,13

easily 72:4

easy 51:6,24

eclectic 6:16

EHR 51:7

eight 81:1

eighth 14:5

either
  22:18,19,20
  32:8 35:9
  38:22 64:18
  67:1 70:18
  71:22 82:24
  86:21

electronic
  14:20 33:20
  34:2 52:10
  64:19 71:11
  87:10,11,20,22

electronics
  10:13

Elevated 35:21



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**else** 17:9 29:10
31:3 52:3
59:4,12 72:4
78:1

**else's** 26:20

**elsewhere** 35:9
81:24

**E-mail** 2:6,11

**Emanuela** 15:13

**Emmy** 65:11 69:1

**employed** 90:13

**employee** 47:25

**encounter** 13:24
14:5,10,14
30:9,14 31:25

**endocrine** 24:23

**endocrinology**
24:10

**enjoyed** 29:24

**enjoys** 29:9
38:25

**enter** 30:20
33:8 46:20

**entered** 31:4
32:25 33:3

**entire** 24:4

**entirely** 21:14

**entirety** 61:21

**entitled** 11:13
27:8 30:9
33:16 45:23

**entries** 41:10
56:8

**entry** 12:1

**37:14 38:14**
49:24 52:4,18
57:24 63:19
68:8,23
71:2,8,10

**environment**
82:17

**episode** 57:25

**eponyms** 22:16

**equivalent**
42:11

**equivalents**
42:8

**error** 64:2

**esophagitis**
25:11

**Esquire** 2:2,8

**essentially**
46:21

**establish** 21:24
36:4

**evaluation**
21:2,3 33:17
60:20

**event** 22:1
56:15 57:15,17

**everybody** 38:4
66:18

**everybody's**
39:11 41:20
66:14

**everything** 39:6
55:21 57:4
78:23 86:4,8

**exactly** 17:5

**51:19 80:2**

**exam** 58:13

**examination**
3:2,3 6:2
74:12 82:4
86:12

**exceeds** 66:3

**Except** 84:20

**Exhibit** 3:5
7:11,15 9:20
10:1,22 18:1

**EXHIBITS** 3:4

**expect** 17:1
43:14 51:19

**expected** 82:15

**experience** 39:2
44:14 65:25

**Experiencing**
63:22

**expert** 8:18
9:6,13,16
73:6,7

**Expires** 89:19

**explanation**
62:22 75:24

**express** 50:5
78:13

**extent** 20:10
22:9,11 29:18

**extra** 41:23

**eye** 38:10

—————————
F
—————————
**face** 39:6 57:4
77:23,24

**Facsimile**
2:5,11

**fact** 53:23 59:9
73:1 76:20
81:15

**factors** 27:18

**fair** 8:14 17:3
27:4

**fairly** 21:9
27:5 46:3

**fairness** 66:15

**familiar** 11:1

**family** 29:13,16
57:6

**fantastic** 24:5

**favorite** 50:14

**fax** 48:14 60:7

**feature** 51:8

**February** 72:13

**federal** 4:7 6:7
41:11

**federally** 51:21

**federals** 57:21

**fee** 8:21

**feedback** 86:7

**feel** 14:16
21:13 49:25
61:7 77:4

**feeling** 50:5

**Feels** 58:1

**feet** 75:13

**fellow** 7:24

**female** 25:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

fifth 13:14

figure 10:16
  44:23

figured 25:25

file 56:18

filed 8:19
  12:15

fill 19:14
  54:10 55:21
  59:24
  60:5,13,15,25
  61:8,10,21
  83:25

filled 18:17,18
  19:13 38:20
  55:19 60:2
  84:18 85:6

filling 61:5
  80:1

fills 46:6
  61:18

financially
  90:14

fine 8:3,17
  9:24 10:21
  15:12 17:11
  36:21 37:13
  48:11 55:12
  87:12,15,19,23

finest 69:4

finish 23:14

fire 75:14

first 12:1,4
  13:2 21:1,2
  31:12 33:6,9
  46:16 57:8

64:15 79:17

firsts 24:5

five 6:17,20
  42:17 44:3

flags 57:13

flight 80:16

flip 10:15

flipping 51:3

floor 66:6,8

Florida 1:1,10
  2:10 4:5,10
  5:6 6:12 78:9
  89:3,18 90:3,7

focus 24:7 86:8

focused 34:15

fog 84:6,8

folks 20:23
  70:11 78:10

foolish 69:11

foregoing 89:7
  90:8

forgot 70:7

form 19:17 54:9
  59:22 60:12,25
  78:19 87:22

format 34:2
  71:11 87:8,20

former 36:7,17

forms 38:24
  60:1,15 61:8

forth 9:16

fourth 13:11

frankly 38:21

39:19 42:10

free 14:16

frequent 57:23

frequently 57:6

Friday 4:5

friend 36:5

front
  31:14,16,23

full 6:8 25:19
  56:19

function 15:25

Furbringer
  16:16,17 17:18
  21:13 22:6
  26:13 27:1
  29:4 76:9,12
  77:5,18 78:16

---
G
---

gal 77:9

gap 17:4

gastric 25:8

gee 79:2

general 6:16
  24:25 72:4

generally 18:17
  27:24 34:13
  63:15 82:25
  84:22

generate 64:19

generated 70:3

generic 44:21

gentleman 17:23

Geo-fence 33:7

gets 41:23
  52:16

getting 57:19
  64:3 86:9

given 54:9
  63:15

gives 60:24

giving 63:12

gleaned 33:22

God 34:20

gone 21:1 59:10

grain 41:15
  46:10

grandmother
  30:3

graph 43:17

great 16:25
  39:9 73:9

greatest 42:22

Greenberg 1:9
  2:8 4:4 5:5,15

grilled 29:9

group 37:17

guarded 75:17

guess 26:23
  50:13 65:16
  77:9 87:3

guy 25:9

guys 9:3 86:25
  87:3

gynecology
  24:10

---
H
---



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

hacked 51:7

half 63:7 65:19
66:8
80:14,18,20
81:5

hallmark 82:20

Hamburger 50:15

hand 5:20
9:19,24 19:10
53:22

handed 19:14

handful 51:12

handles 48:2

handwriting
18:13,14,16
19:12 54:25
55:4 56:4
61:24 62:20
65:8

handwritings
55:14 61:20

handwriting's
62:19

handwritten
67:14,19

handy 33:10

happen 19:13
30:19 33:25
83:1

happened 29:15
67:22

happens 50:10
56:24,25 57:7
83:24

happy 22:7 29:9

66:18 87:2,3

hard 32:15
35:11 69:2
74:22,24

hardest 63:17

Harrison 37:6

Hatten 2:3 5:14

haven't 8:24
26:9

having 29:24
49:19 63:1
73:19 75:13,16
81:16

head 34:16

health 18:10
29:13,20 30:2

heard 26:9

hearing 60:6

hearsay 26:22

heck 77:8

help 16:13
44:23 77:2
87:3

helped 8:5

Helper 50:15

helpful 86:8

hereby 90:7

herein 90:14

here's 31:1,2

herself 19:7

he's 25:7 42:25

Hey 22:6 61:5
88:2

HH158259 89:20

high 38:2 42:9
52:21,22
80:5,6,25
81:2,18

higher 63:6
80:7

highly 63:9

histories 29:17

history 11:25
15:11 18:10
21:8,9
22:10,12 25:19
28:4,25 29:13
41:14 44:14
74:18

hit 53:6 82:25

Hitchcock
48:15,20

hitchcockwarrio
r.com 59:21

hold 7:4,7

Holiday 78:12

home 45:1 71:25

hope 43:14 72:1

hopefully 11:7
27:5

hoping 10:13
21:12 53:21

hormone 6:17
24:7,12

hour 31:9 33:25

hour-long 72:15

hours 31:9,19
32:15 53:5,7

54:16 60:24

house 53:17
56:14,15 66:10

HR 46:20

Hudson 17:7,11
26:7 42:21
43:6

Hudson's 26:4

huge 40:10

Hundred 83:15

husband
28:13,16 58:2
59:4

husbands 28:21

hydration 53:2

hyperlipidemia
35:7,14,20

---
I
---

I'd 10:3 16:12
47:8 66:8

idea 19:22
46:11 47:7,8
59:7 69:11
84:20

Identification
7:15 10:1
89:10

identified
12:24 44:4

identify 34:9

idiot 83:5

II 2:8

ill 68:20

I'll 9:3 10:21



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

22:7 39:7
51:11 58:14
59:17 66:6
77:24 78:10
87:2,7,18

**illness** 76:6

**I'm** 5:17
6:11,16,18,25
8:2,24 9:24
12:9 16:13
17:6 18:6 19:1
24:2 26:11,16
29:9 34:13,25
35:10
39:14,15,16
40:25 50:12
55:5,8 58:6,14
59:25 62:14,20
65:9,15 66:19
71:3,4,10 72:7
74:21,23 75:1
78:2,3,11,20
79:17 81:2
82:8,11,13
83:5,19 87:11

**imbalance** 22:24
24:7,12

**Immediately**
37:14

**impact** 40:2

**impacted** 27:2

**impactful** 40:7

**imperfect** 68:4

**implies** 52:22
66:1

**implying** 59:4

**important** 24:15
41:19 59:1

74:17 75:1,3,5

**imposition**
16:25

**impossible**
22:15

**impression**
11:16 16:2
50:20 52:18
62:22 65:22

**improved** 86:2

**improvement**
79:10

**inaccurate** 48:5

**inappropriate**
75:20,22 86:13

**inappropriately**
80:5

**incident** 59:3

**inclinations**
36:9

**increase**
63:7,24
68:10,13,15
70:25 81:11

**increased** 63:23
81:10

**increases** 64:12

**increasing**
64:4,5

**indeed** 20:1,5

**independent**
23:9 53:24

**independently**
21:21

**INDEX** 3:1

**indicate** 43:17

**indicates** 27:13
70:2

**indicators**
41:16

**individual**
25:25 43:10
80:22

**information**
18:12 33:22
41:4 42:20
46:12 50:25
71:17 75:2

**initial** 21:1
31:6 33:16
35:4

**initials** 61:17

**Inn** 78:12

**inpatient** 56:1
58:3,9

**Inquiries** 63:22

**inserted** 18:13
55:16

**instance** 64:11

**instead** 11:9
25:11 65:18

**institutionaliz
ed** 29:19

**instructions**
64:6

**intact** 25:22

**intake** 29:16

**intensive** 69:6

**interaction**
33:21

**interested** 72:7
75:15 90:15

**interesting**
46:22 80:11

**international**
34:5

**internationally**
7:22

**interpret** 44:2
53:7 63:2

**interpretation**
36:14

**interval** 81:6

**introduce** 5:11

**introductions**
6:5

**invasive** 6:23
7:2 8:8

**invasively** 38:6

**inventory**
20:17,18

**investigation**
22:14

**invoice** 47:19
49:7 72:12
73:13

**invoices** 73:16

**involved** 29:8
49:1 90:14

**Iris** 19:11

**i's** 37:8

**islands** 69:3

**isn't** 73:14

**issue** 27:25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

issues 24:12
25:4 29:20
47:12 68:12
79:16

items 10:22

it'll 34:11
42:5,6 53:6
66:5 68:19

I've 8:25 9:7
16:18,24 21:15
23:13,14,15
24:3,11 37:7
69:4 74:7
76:18,20,22
78:8 86:18

———— J ————

J-A 43:6

Jai 43:6

Jefferson 2:3

job 8:16 21:19
25:12 77:10

John 42:21

judgment 66:18

July 1:8 5:5
13:15
49:13,16,24
83:15,17
85:1,8

jump 33:11
40:12
45:4,10,19
47:17 48:6,11
49:9 53:11
56:5 59:15
61:12 63:18
64:14 68:5

69:21 73:9

jumped 67:6

June 13:12
85:15,17,20,24

———— K ————

Kenny 1:8 4:9
89:16 90:6,23

kid 25:2,3

Kids 22:22

Klein 1:7 3:6
4:3 5:7,17,19
6:4,9 7:12
10:21 12:15
74:1,16 82:6

knew 22:9
28:6,13 61:2,7
77:1

knowledge 9:4
17:18,23

known 16:18
21:15 58:24
76:18,19

———— L ————

lab 24:3

laboratories
11:20

laboratory 24:3

lactating 25:7

lady 22:7 37:24

land 81:7,8

landing 81:6

large 29:7
44:13 90:7

last 25:2 36:3
70:17 78:13

late 48:5

later 11:9
43:2,3 70:11
75:3 84:23

Latin's 83:6

law 40:24

layers 51:23

learn 39:5

learned 76:22

lease 30:4

least 36:10

leave 15:5
45:12 68:1

lectured 7:21

led 67:24

Ledger 11:13

left-hand 18:9
32:18 46:17
47:23

legal 6:8 47:2
60:23

length 42:22

lengthy 75:23

less 23:3

let's 11:24
18:1 23:17
25:5 36:21
42:23 43:2
56:12 63:16
66:16 67:5
73:13 76:1
79:14 83:12

level 12:2
23:18 30:16
85:10

libelous 75:16

license 21:20
37:7 58:18

licensed 6:11

life 10:10 24:8
26:20 27:17

lifetime 47:2

likelihood 34:9

likely 19:12
71:24 73:24

Likewise 22:13

limit 54:13,17

line 18:25
77:14

link 66:12

links 66:13

list 7:11 9:20
34:7
42:9,16,25

listed 35:23
43:4,5,24 52:8
84:3 85:16

litigation
28:25 29:1

litigation's
29:8

little 8:16
23:2,3 36:2
37:14 38:5
54:19 83:6

lived 72:3



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

lives 87:1

living 6:10
  72:1

LME 42:7

locally 7:21
  51:21

located 5:6
  44:23

long 23:6
  31:9,11 61:3
  72:17 76:19

longer 41:18

losing 53:18

lost 12:10 36:2

lot 9:11 10:17
  17:15 20:22
  46:8 51:2,5
  56:24 57:22
  73:19 78:7

lots 23:8 24:5
  45:2

lower 11:2
  32:18 47:23

---

M

MA 47:24

machinery 52:17

main 24:7 86:8

male 28:12

mall 28:2

man 74:7

management
  6:22,23 8:6
  24:11

mandate 51:21

mandated 40:24

manifest 22:19

manner 75:18
  79:19

March 12:1 13:2
  16:7 18:21
  32:6

margin 46:17
  55:23 62:12

Maria 70:3

marital 28:4,14
  74:18

mark 7:10 9:19

marked 7:15
  10:1,22 69:9

Married 28:15

MAs 46:19

master's 15:23

material 8:25
  9:14 29:22

materials 11:7
  26:12,17

Mathews 5:8
  8:19,23 9:17
  11:18
  12:5,15,16,18
  16:4,6 17:8,19
  20:1,5,8,10
  31:12 60:2,3
  75:9 76:9
  79:24 86:1

Mathew's 29:18
  76:12

MATHEWS 1:3 2:2

matter 5:8

10:16 24:23
  28:14 43:16

Matthew 48:17

may 4:10 6:1
  11:19,21 13:9
  21:4,22 22:14
  23:10 24:20
  29:18 31:23
  36:3 39:21
  41:17 45:16
  77:10
  80:14,17,20,24
  ,25 85:2

maybe 32:15

MD 1:7 4:3
  42:25

mean 19:6 37:20
  41:10 49:18
  66:13 71:12
  81:3 83:25
  84:15

meaningful
  39:17

means 38:3
  52:1,6 61:21
  71:21,22 75:21
  76:6

meat-and-
  potatoes 41:24

mechanisms
  24:17

medical 3:5
  6:13,16 24:9
  25:19 27:6
  39:5 44:6
  47:19 48:2
  81:19

medication
  20:21 36:6
  41:13 64:10
  78:25 81:24
  85:10

medications
  16:20,24
  19:20,23 20:23
  21:17,19 37:15
  40:7 41:13
  43:18 54:11,21
  55:2 56:23
  57:2 62:24
  68:13 76:15
  77:2,22 79:18
  82:15 83:10
  85:25 86:2

medicine 6:23
  7:1,2,19 8:4,9
  15:24 24:11
  39:12 46:7

medicines 44:18
  50:14 57:5
  83:3

meds 36:10
  39:13 57:1

member 7:22

members 57:6

memo 69:24 70:2

men 27:22,24

menopausal
  79:12,13

mental 29:13,19
  30:2 76:6

mention 37:11
  59:5

mentioned 42:14



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

58:25 74:9

messed 45:3

met 74:7

metabolites
52:24

metaphor 24:15

methadone 52:9

methamphetamine
39:16

mic 5:18

middle 1:1 5:9
16:21 64:24

military 23:15
79:5

milligram 42:7
66:8
80:14,18,20
81:5

milligrams
42:10 63:8
64:3 65:18,23
66:4,6
68:11,16
71:1,19 80:25
81:1,10 86:13

mind 22:6 29:6
57:10 61:5
66:12,14

mine 66:17,18

minimal 37:23

minimally 6:23
7:1 8:8

minimizes 57:22

minority 84:8

minutes 33:23

missing 56:17

misspoke 65:15

mitigated 20:23

MME 42:7

moderate
27:16,19
37:18,23

moderately
20:19

moment 10:15

month 51:14
63:24

months 15:6
43:2,3 51:14
61:3

moreso 29:10

morning 6:4
31:10 53:10
54:16

Morphine 42:7

mostly 6:17

mother 29:18

move 15:10 68:3

moved 70:8

moving 15:11

multiple 51:22

muscle 79:3

mydayis 44:20

───────────
N
───────────
narcotic 38:7

Narcs 40:16
41:5

narrative 36:2

narrows 32:20

nasty 87:4

nationally 7:21

nature 6:18
34:1 37:15
69:9 76:15
78:23

neat 18:15

necessarily
22:22 30:18
32:10 35:12
37:9 38:25
40:10 52:2,14
67:3 73:20
75:23 76:24

necessary 10:18
16:24 26:21
33:24 37:5

necessity 34:10

negative 39:20
52:23

negatory 65:21
69:12

nerve 24:21

neural 24:21

neuroendocrinol
ogy 24:10

neurotransmitte
r 22:24

Newport 2:4

News 2:4

night 78:13

nightmares
82:19,20,22

ninth 14:9

nobody 29:8
56:25 57:2
71:24 78:9

noise 52:10

nor 33:24 90:14

normal 46:5

notable 71:18

Notary 4:9
89:17 90:6,24

note 33:16
34:21 35:5
45:7,16 49:12
57:14 58:5
64:20
67:9,18,20
69:10 73:1
75:18 85:17

notes 50:21
75:10

nothing 5:24
31:3 39:9 78:1

notice 18:20
57:20

November 69:25

NP 36:4

nurse
15:17,18,20,21
65:13 69:3

nursing
15:21,25 69:5

───────────
O
───────────
OATH 89:1

Objection 78:19

objective


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

20:17,24 78:3

**objects** 59:2

**observation**
57:1

**obtained** 56:19

**occasion** 63:9

**occupies** 51:10

**occurred** 56:15

**October** 14:8,12
60:6 63:20
64:11 67:10
70:18,20,22
75:18 86:16

**odd** 16:12

**office** 3:6
10:24 11:20
12:2
13:5,8,11,14,1
7 14:3,9 16:2
19:7 24:3,4
30:16,18,21
31:1,7,8
33:1,3,6,8
43:24 44:1
45:7,16 50:21
52:17 59:22
69:14 80:23

**oh** 5:18 8:3
9:22 10:10
15:6 23:17
32:2 45:14
47:8 48:7 71:4
74:21 77:7
80:8 82:11
83:4,12

**okay** 6:10,13
7:4,7,10
8:1,17

9:2,9,10,15
10:9,10,12,16,
17 11:2
12:18,21 13:2
15:5,7,9
16:1,6,13
17:3,6,14
18:16,20
19:16,19,25
21:8 22:7,15
24:2,8,18
25:2,5,9,24
26:1,8,11 27:4
28:8,12,15,17
29:2,8 30:1
31:17
32:2,4,13,21
34:12 35:11
36:16 37:8
38:2,20 40:6
41:25 42:13
43:5,16,21
45:12,14 48:1
49:5 50:8
51:21,24 52:10
53:11,18 54:9
55:3,23 56:5
58:5,10
59:10,16
63:3,4,5
64:3,23
65:3,14,19,24
67:8,9 68:21
69:17 70:3
71:9,10,12,21
72:6,18,19
73:2,13,20,22
74:25 75:2,8
76:11 77:4
78:18,22,23
80:12

81:7,14,15,17
82:2 83:22
84:4 85:15,17
86:6
87:8,16,20,21

**ones** 7:2 43:21
51:12 58:15

**onset** 21:5

**open** 32:12
45:12 56:15
66:10

**operating** 56:20

**operative** 66:19

**opinion** 27:19
78:3

**opinions** 8:22
9:16

**opportunity**
79:11

**Orange** 1:9 2:9
5:6 89:4 90:4

**order** 10:4
55:20 60:24
87:5,7,17

**ordering** 87:24

**Orlando** 1:2,10
2:10 4:4,5
5:6,10 6:7
69:5

**Orphenadrine**
79:1 82:24
83:7 84:11
85:4,16

**O-R-P-H-E-N-A-
D-R-I-N-E** 83:8

**Orphenadrine's**

79:3

**Orretreda** 20:25

**otherwise** 50:3
53:20 54:14
72:20

**ourselves** 75:16

**outrageous**
21:16

**Overdose** 41:8

**overly** 68:9

**over-the-
counter** 39:13

---

P

**p.m** 31:24
32:1,19

**PA** 1:9 2:8 4:4
15:2 50:7

**page** 3:1,5 7:17
11:4,6 12:23
13:20 18:6,21
19:19 27:6,12
30:5 31:20
32:16
35:1,4,5,24
36:21 38:11
41:5 42:1,14
43:17 44:4,9
45:10,16,19
46:16 47:1,17
48:6,11 49:21
51:5 53:14
54:6,24 56:5
57:24 59:15
61:12 62:1
63:18 66:23
67:3 69:13,21
71:6 84:10



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

**pages** 3:6
  10:11,23
  11:3,4 18:6
  45:12

**paid** 8:21,25

**pain** 6:22,23
  7:1,19
  8:4,6,12 24:11

**Pam** 8:19 9:17
  11:18
  12:5,15,17,18
  17:18 74:20
  75:9 76:9,12
  79:24

**Pamela** 1:3 2:2
  5:8 12:24
  18:23

**Pam's** 81:9

**panned** 35:14

**paper** 51:4
  85:18

**papers** 11:13

**paragraph** 36:2
  55:16,24 62:1
  69:13

**paragraphs**
  54:24

**paranoid** 77:11

**Pardon** 83:16

**paren** 62:2,3

**partial** 7:12

**particular** 22:1
  23:18 41:25
  60:8 75:25
  77:21 87:14

**particulars**

  76:16

**parties** 90:13

**PAs** 15:25

**passed** 70:7

**passing** 67:2

**past** 25:9 35:17
  40:22 66:2
  77:13

**pathologist**
  6:25

**pathology** 6:24

**patient** 10:17
  11:13 12:7,24
  16:7,19 17:19
  18:17 19:14
  20:16 27:11
  29:6 33:21
  36:2,7,10
  37:16,18 39:24
  40:3,23 42:22
  46:6 53:25
  54:14
  56:13,17,18
  58:22 60:5,25
  61:7,9,18,22
  62:23 63:8,24
  64:12 66:9
  68:9,11,13
  69:18 71:14
  77:18 78:8

**patients** 17:16
  23:8,15,16
  24:25 33:7
  39:3 58:14
  63:6 72:20
  76:20 84:6,8

**patient's** 61:15

**Patten** 2:3 5:13

**pattern** 57:18

**pay** 9:11

**paying** 57:20

**PCP** 36:3

**PDMP** 40:18,20

**PDMPs** 72:5

**peak** 53:6

**peering** 26:20

**pejorative**
  17:6,10

**pending** 5:9

**people** 9:12
  16:3 24:24
  28:1,2 30:23
  31:8,9 34:16
  39:13 41:3,12
  42:24 46:4
  47:11 51:3
  54:9,13
  55:13,19 56:22
  57:5,8,19
  59:5,11 63:12
  66:15 70:4,5
  72:5 80:22
  81:4 84:21

**people's** 79:18

**per** 56:16 63:8
  81:5

**percent** 64:5

**period** 43:19

**permission**
  16:11

**person** 12:19
  50:13 78:5

**personal** 17:18
  61:11

**personally** 89:7

**perspective**
  81:16

**perspicuity**
  23:18

**pharmacy**
  41:17,19,20
  56:18

**Phencyclidine**
  39:16

**phonetic** 15:13

**physically**
  70:18,19

**physician** 6:11
  16:10,21
  17:2,11 25:20
  31:4 41:23
  79:17

**physicians** 29:7
  42:2

**physician's**
  15:1 24:4

**pick** 24:19
  84:22

**picked** 25:1,8
  56:16 72:4

**picking** 44:18

**picky** 57:7

**pill** 53:3

**pilloried** 77:10

**pills** 56:17

**pituitary** 25:3

**places** 45:3



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

75:11

plaintiff 1:4
2:2 5:12,14

Plaintiff's 3:5

plans 31:10

plaques 7:3

plate 42:24

players 74:24

please 5:11,20
6:8 10:14
30:7,15 32:16
33:14 38:12
40:19
45:5,11,19,25
47:1 48:12
49:10,22
51:15,17 54:8
60:1,5,7 61:14
63:19 64:15
72:9 73:10
85:10,23
87:7,19

plus 58:14

point 26:23
53:16 54:14
85:8

pointed 59:3

points 41:18,23

police 56:18,19
57:19

polite 65:20

pop 27:24 46:4
50:11

pops 57:14

populations

78:9

positive 27:24
46:4 51:25
52:23 82:16

possibility
35:18 71:24
73:24

possible 36:10
86:1,4

potential 64:8

practice
6:13,16 7:19
19:18 31:7
37:12 39:5
54:19 78:8

practitioner
15:17,18,20
43:23 65:13
69:4

Prazosin 78:25
79:2 82:24
84:22,24 85:16

P-R-A-Z-O-S-I-N
83:7

precipitating
22:22

precise 65:24

preferred 64:9

Prefers 36:9

prescribe 40:2

prescribed
16:24 37:15
40:22 43:18
80:6 82:14
84:15 85:9

prescriber

79:17

prescribers
42:17 44:3

prescribing
83:9

prescription
43:25 79:22

prescriptions
42:3 44:11,13
80:1 83:25

presence 52:22
74:6

Present 2:12

presented 19:7

presenting
81:22

presents 82:18

pressure 57:1
79:3

pretty 25:17
36:19 38:4

previously
50:23

primary 17:16

principally
25:13

print 33:20

printed
32:3,6,8

printout 7:13

prior 16:6,7
17:19 28:21
51:2,12 73:2

private 26:20

PRN 36:11

probably 34:4
40:5 48:5
68:19,22 69:4
71:8 73:23
75:24 76:3

problem 16:12
21:25 23:19
34:7 41:18
54:18 63:4
78:5 84:1

problems 22:18
47:3 54:18,20

procedure 4:7
56:21

proceed 6:1

proceeding
90:9,10

PROCEEDINGS 3:2
5:1

process
30:21,24 56:13
64:25 67:16

Produced 89:10

profession 6:19
60:23

professional
22:13 23:9

professionally
17:22 21:22

profile 30:2

program 52:16
74:25

prolactin 25:6

prolactinoma



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

25:3

**promote** 82:19

**pronouncing**
69:2

**prop** 67:16

**proper** 67:16

**properly** 58:25
80:24

**protect** 37:7

**prove** 60:7 75:3

**proverbial**
41:15

**provide** 74:3

**provided** 47:20

**providers** 58:16

**pry** 39:7

**psychiatric**
21:25 60:20
78:7

**psychiatrist**
7:5 43:12
59:12 60:19
61:10 68:12,15
78:6,12

**psychological**
21:25

**psychologist**
7:8 16:10,18
25:22

**PTSD** 19:1
20:2,11
21:5,23
35:6,11
36:6,17 77:22
79:4,8

82:16,18,19,20
,22 86:3

**public** 4:9
80:20 89:17
90:6,24

**published** 7:20

**pull** 63:14

**pulled** 38:23

**purported** 74:4

**purportedly**
28:21

**purpose** 49:8

**purposes** 10:19

**pursuant** 4:6

**push** 63:14

**pushed** 73:21

**puts** 57:19

---

Q

**query** 40:23

**question** 22:2
38:23 39:5,18
58:7 67:19
69:22 75:4
78:22 80:11
81:7

**questions** 86:20

**quick** 46:1
74:14

**quickly** 11:25
27:5 83:1

**quite** 57:23

---

R

**radioimmunoassa**

**y** 52:24

**raise** 5:20
57:13

**range** 80:9

**rapidly** 73:25
80:5

**Rating** 27:9

**reach** 87:2

**reading** 19:1
26:3 62:4

**real** 24:8 25:10
41:24 46:3
78:5

**really** 23:21
25:23 28:1,13
35:14 38:5,24
39:4 41:2 42:9
43:15 44:15
47:10 50:9
58:21 60:22
77:1 78:3
80:21 82:19
83:12

**reason** 10:24
19:1 34:6
43:13 52:11
54:12 57:19
59:14 70:6
74:18

**recall** 49:4,19
53:17 72:22
73:5,17,18
83:9

**receive** 25:19
26:4

**received** 17:15
25:21 26:6,12

**receiving** 40:5

**recent** 66:2

**recognize** 7:14
19:11 65:7

**recognized**
63:16

**recollection**
14:19 31:11

**record** 5:2,12
6:8 12:14
15:19 29:25
30:21 46:22
49:18 51:11
64:19 69:24
70:10,13 75:11
85:9 87:6 88:5
90:9

**records** 3:5
14:20,22 15:13
16:1 18:1,7
25:21 26:5
27:2,6 31:14
44:6 47:19
48:2,18,22
50:20 51:9
61:6 64:25
73:2 74:8
75:14 76:18,22
77:6,12
79:22,25

**recreational**
39:19

**red** 57:13

**REDIRECT** 3:3
82:4

**redundant** 10:18

**refer** 26:19



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**reference** 19:20
36:23 37:1
56:2 62:2

**referenced**
66:22

**references** 11:6
35:6 44:11

**referral** 17:17
53:17 58:3
59:6,10

**referred** 16:15
36:5

**referring** 16:10
52:4

**refers** 77:18

**refilled** 16:20
61:19

**refills** 84:21
85:19

**reflect** 11:20
14:17 65:4

**reflective** 64:6

**reflects** 68:23
69:14

**reflux** 25:11

**regard** 24:1

**regarding** 9:17
74:3

**regards** 34:10
40:21 41:12
77:12

**regimen** 36:6

**Regional** 69:6

**registration**
45:1

**regular** 87:9,19

**regularity**
39:25

**Regular's** 87:15

**regulation**
51:23

**regulatory**
10:19

**rehab** 58:3
59:13

**re-inquire** 82:6

**relate** 12:19

**related** 11:13
59:18 90:13

**relates** 49:12

**relationship**
21:10
36:7,17,18
74:6 76:16

**relative** 8:22
28:8

**relatively**
43:19

**relaxant** 79:3

**relied** 22:5

**rely** 27:1

**relying** 22:3

**remarkable** 77:9

**remarks** 74:6

**remember** 28:5
29:17 38:21
71:3,7
72:24,25
73:1,4,20

83:12

**remote** 31:1

**render** 8:21

**repeat** 50:23

**repetitive**
10:18

**replacement**
6:17

**report** 9:16
11:13 21:12
40:16,21 41:25
42:16 56:19
57:19 90:8

**reported** 28:9
41:6 46:12
50:24

**reporter** 1:8
4:10 5:4,21,22
6:1
87:5,8,10,14,1
6,20 88:4
89:17 90:6,24

**reporting** 66:9

**reports** 8:22,24
36:7 57:9

**represent** 6:6
7:12 10:21,23
59:17

**reprimanded**
77:14

**reprint** 10:12

**request** 48:17
65:22 68:15
75:20 81:10
86:12,15

**requested**

48:8,9 58:9,22
68:9 69:18

**requesting**
48:22

**requests** 48:3

**respect** 76:19
77:7

**respectful**
25:24

**respond** 22:20

**response** 46:5

**restart** 50:18

**results** 82:16

**retained** 8:17
9:5,7 73:8

**retired** 16:21
26:10 36:3

**review** 14:20
16:1 58:15

**RIA** 52:24

**Rightfully** 29:8

**right-hand** 11:2
18:20

**risk** 36:23
37:17,18,23
38:3 41:8,16
58:20

**role** 14:25

**room** 51:12

**rooms** 50:11
58:13

**rubber** 9:25

**rule** 72:5

**Rules** 4:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

run 11:24 58:12

running 11:17
50:12

rusty 83:7

---

S

safe 66:18,19

safely 81:8

salient 33:24

salt 41:15
46:10

Santini
12:17,19,24
13:22 14:3,18
19:6 23:21
26:24 28:20
29:12 31:12
47:14,21
48:8,17,25
49:15 54:25
55:2,17 59:8
66:21 68:24
69:15 70:17
71:18 74:4
82:14

Santini's 18:23
25:19 28:4,25
30:2 86:12

saw 11:17 12:5
13:2 14:22
15:12 16:4
33:23 44:6
70:17

Scale 27:9

scared 77:14

schedule
37:16,17 38:9

60:25 80:3

scheduling/
receptionist
70:4

school 15:22
76:25

score 27:13
41:8 42:8
46:21

scored 20:19

Scores 41:6

scoring 46:18

scorings 41:11

screen 9:5 37:4
46:1 51:6,18

screening
27:10,21 28:1

screens 51:3

scripts
56:16,17

second 7:17
35:4 43:5
61:24 78:3
79:11 85:9

secondary 79:18

secretary 9:11
19:11

section 63:18

Security 49:1

seeing 11:14
17:8 19:8 22:7
29:6,17 41:22
42:19 58:14
68:14 72:2

seek 76:25

seeker 76:1,5

seeking 46:2
75:9,21,23

seem 21:16,17
37:25 59:7

seemed 59:6

seems 63:13

seen 19:17
23:14 26:9
33:2 36:4
61:17 79:10

Self 27:8

self-assessment
46:7

self-
assessments
46:8

selling 56:13

send 16:11
58:11

sending 59:21

sends 76:21

sensitive 46:3

sent 48:4,7,9
76:20

separate 31:5

September 13:22
14:2
56:8,10,12,15
57:25 59:20
70:19

sequential
51:10

sequentially
11:4

series 24:16

serious 27:25

serve 9:6 73:5

session 13:22
67:10

sets 9:16

seventh 13:24

several 71:21

Shannon 60:7

sharing 21:13

sharp 59:2

she'd 50:19
64:3

sheet 30:9,14
31:24,25 35:9
61:15 64:16
85:17

she's 15:16
16:18 17:1
27:17 38:6,7
51:25 52:1,3
56:13 65:13
69:2,3 72:2
77:8,10,11,12,
14 85:3

shock 20:20
39:1 43:16

shocking 56:25

shoot 28:2

shop 41:20

shopping 41:22

short 20:17
43:19

signal 24:19



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

signature 86:25

significant 57:15

signify 12:4 27:15 32:24

signs 20:24 78:15

Simmons 47:24

simple 30:25

simply 76:5

sir 6:10 8:7 9:19 10:5 11:5,10,11 12:3 13:1,4,7,19 14:1 17:20 18:8,11,22 19:3,21 20:13 23:23 26:25 27:3,5,14 30:6,11 32:17 33:13,18 34:23 38:13 40:14 41:7 42:15 44:10 45:6,18,22 47:18 48:13,16 49:11,14,23 51:16 53:13 56:7,9 59:16,25 60:9 61:13 64:13 65:6 66:11 68:7 70:19 72:10 74:15 79:23 86:17

sit 33:24

sitting 26:14

situation 79:9

six 15:6 51:14 53:6 61:2 81:1

sixth 13:17

skull 70:9

slicing 59:2

slight 63:25

slow 83:5

small 24:19

smart 63:14

Snowband 34:4

SOAPP-R 37:1 45:23

Social 49:1

socially 17:21

society 51:22

SOL 10:7

solemnly 5:22

solving 68:12

somebody 17:8 26:20 29:10 30:19 34:8 37:22 38:1 40:6,8 42:10 43:1 47:20 51:19 54:2 57:9,16,17 58:19 60:23 65:4,25 71:22,25 72:4 76:23 80:15,18

somebody's 26:3 38:2 41:21 81:22

someday 88:3

somehow 12:9

someone 56:14 59:21

somewhere 77:14

sorry 8:2 12:9 34:25 55:5,8 58:6 59:25 65:15 66:19 71:11 74:21,23 78:20 82:8,11 87:11

sort 9:3 16:11 26:1

sorts 22:17 80:16

Sounds 25:17

South 1:9 2:9 4:4 5:6

space 8:16 51:11

speaks 57:11

specialist 6:21

specialty 24:9

specific 46:3 72:25

specifically 66:24

specifics 21:11 67:3 72:25

speed 81:11

spelling 87:1

spinning 81:17

Spivey 2:8 3:2,3 5:15

6:3,5 10:8,20 12:11,13 74:11 78:19,21 82:5 86:18,22 87:7,9,11,15

spiveyw@gtlaw.c om 2:11

spoke 76:8

stability 76:4

stable 36:5 50:3

staff 54:21

stage 80:13

Stages 10:10

stamps 33:9

standard 56:20

start 23:4,14 30:21 40:7 49:25

started 57:22 78:24 79:7

starters 23:13

starting 5:12 49:24

state 4:10 6:7,11 53:2 78:9 89:3,18 90:3,7

stated 56:13 68:13

statements 75:16

states 1:1 5:9 24:7,13

status 28:14



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

stay 36:10
  78:12

staying 54:14

steal 57:5

steals 56:25

stepped 42:24

Steven 6:9
  48:14

STIPULATION 4:1

Stockholm 19:2
  20:8,11
  23:10,14
  35:6,11 53:25
  58:1

stole 56:14
  57:9

stolen 56:23
  66:10

stomach 25:12

stop 17:4

stuff 10:18
  51:6 84:21

stupid 58:21
  64:9

subjective
  37:22

Submitted 90:17

subpoenaed
  10:23 16:2
  74:2

subsequent
  11:21

subspecialty
  8:11

substance 40:21

substances 37:6
  41:1

substantial
  37:23

successor 17:7

suffered 36:17

suffernomore.co
  m 3:7 7:13

Suffers 36:6

suggest 12:6

suicidal 36:9

suicide 28:1
  36:8

Suite 1:10
  2:4,9 4:4

summary 29:16
  34:3

supposed 41:21
  55:21 77:11
  84:7

sure 10:2 11:25
  29:6 30:8
  36:22 37:8
  48:3 55:20
  62:14,21 65:9
  71:3,4

surgery 6:24
  7:2 8:9 25:8

surprise 49:3

swear 4:10

sworn 5:20 89:8

symptoms 20:19

syndrome 19:2
  20:8,12

23:11,14
  35:6,11 54:1
  58:1

system
  24:17,21,22,23

———————

**T**

tablets 36:8

takeaway 42:19

taking 41:13
  42:10 51:20
  52:1,3,9 60:10
  66:1 80:20

talk 8:3 56:12
  63:19 67:5,6
  73:19

talked
  58:10,16,25

talking 12:23
  59:2

Tallahassee
  72:2

taper 81:4

teach 24:15

tear 26:1

technical 40:18

telecommunicati
  on 24:17

teleconference
  72:12

telehealth
  64:21 65:1
  67:10 68:9
  69:16,18,20

telemedicine
  13:21 14:13

telephone
  2:5,10 14:18
  69:16 70:20
  71:17

telephonic
  70:22

telephonically
  70:18

temporarily
  36:4

tend 27:22
  82:19

tenth 14:14

terms 21:4,21
  24:6,9 27:18
  75:14

terribly 75:15

tertiary 79:19

test 20:1 27:21

testimonial
  74:5

testimony 5:23
  54:23 74:3

testing 20:22

tests 20:4,7

textbook 7:20

thank 5:19 10:9
  11:8 12:12,22
  34:20 82:2
  87:3,12,13

Thanks 87:12

That'd 16:16

themselves 5:11
  37:24 59:11

therapy 6:18



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

22:20,21 58:9
62:15,17 63:1

**there's** 6:24,25
7:18 8:15
19:19 22:21
24:8,23
34:3,21 35:19
36:1,23 37:1
38:14 39:8
42:16 51:20,21
52:8 62:2
64:25 68:8
71:2 80:11
84:5

**they'd** 48:5
61:18

**they'll** 15:23
54:15

**they're** 18:18
19:9 31:15
39:4 40:4
41:13 46:10
48:3 54:10
58:20 65:19,20
66:16 72:6
77:21
79:4,13,14
84:2

**they've** 66:1

**third** 13:8
18:25

**three-page**
11:12

**threshold**
52:7,10 53:1

**throughout**
26:24

**throw** 45:2

**timeframes**
32:23

**today** 5:4 31:2
34:19 68:19
80:10 87:4

**today's** 8:25

**tomorrow** 68:20

**tongue** 80:15

**tools** 37:3

**top** 19:10,13
31:24 34:3,7
69:13

**total** 27:13
44:11

**totally** 9:24

**town** 17:1

**toxicology**
39:23 51:18

**traces** 52:13

**track** 51:3

**trade** 78:10

**traffic** 70:6

**training** 15:23

**transcribe**
33:25

**transcript**
67:14 89:7
90:9

**transcripts**
87:17

**transient** 35:22

**trauma** 22:1
23:15

**traumatic** 22:1

**Traurig** 1:9 2:8
4:4 5:5,15

**Trazodone** 36:8

**treat** 20:21
23:5 64:10
79:4,15
80:13,17

**treated** 22:25
23:15,16 42:21

**treating** 24:12
25:10

**treatment** 23:21
26:24 34:10,17
75:6 78:15
79:5 81:24

**tremendous**
62:15,17 63:1
84:6

**trial** 74:2

**tribulation**
66:16

**tried** 23:4 29:7

**trigger** 52:14
57:10

**triggered** 21:6

**triggers** 57:11

**triglycerides**
35:21

**tripped** 52:14

**trouble** 53:23

**true** 39:12,21
90:9

**trust** 76:23

**truth** 5:24 39:3

**try** 9:10 10:3

63:5,23

**trying** 17:6
43:1 54:17
60:3 67:16
80:13

**t's** 37:9

**tumor** 25:2,3

**turn** 11:10
18:2,6 27:6
30:5 34:2 35:1
86:11

**turning** 13:20

**turnover** 87:14

**turns** 25:6
57:21

**twice** 57:17
64:2 80:18

**two-to-three-
week** 81:5

**type** 49:7

**typed-up** 67:14

**typical** 31:6
42:12

**typically** 15:22
24:6 50:10
52:23 62:25

**typographical**
64:1

---
U
---
**Uh-huh** 33:15
84:14

**unbalanced**
79:14

**underlying**

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

78:16

**underneath** 62:6

**undersigned**
89:6

**understand** 9:4
11:25 12:18
21:4,14 25:18
26:23 55:14
65:2

**understanding**
26:11,16 33:6

**understood**
23:24

**undertake** 20:14
21:5 22:13
23:9

**unfortunate**
57:16

**unfortunately**
25:9

**United** 1:1 5:9

**units** 69:6

**unless** 72:5

**unlike** 24:4

**unnecessary**
75:25

**unsafe** 81:20

**unusual** 21:17
56:22

**update** 50:24

**upon** 25:25
40:23 53:7

**upper** 18:9

**ups** 74:14

**urine** 39:22
51:18 53:1,4

**useful** 27:22
79:1

**usually** 10:13
71:11 82:17

---
V

**validity** 53:22

**value** 39:7 52:7
53:1 57:5
77:23,24

**values** 52:8,11

**vary** 53:2

**verbose** 10:17

**via** 2:6

**video** 4:3 5:2
9:5 87:25
88:1,6

**videoconference**
2:6

**Videographer**
2:13 5:2,19
87:24

**VIDEOTAPED** 1:7

**V-I-D-H-Y-A-L-**
**A-K-S-H-M-I**
43:6

**view** 37:22

**Virginia** 2:4

**visit** 12:2
13:5,8,11,14,1
7 14:3,9,13
19:1 30:17
31:7,13 32:9
33:16 34:2,21

35:5 41:3
45:7,16
49:12,13 50:7
67:9 69:20
70:22 84:7

**visits** 14:18

**voicemail** 64:20
65:5 68:1

**VS** 1:5

---
W

**waiting** 26:18

**waive** 86:23,24

**walk** 33:5

**wall** 7:3

**wasn't** 23:21
29:10 43:25
49:19 82:13

**watch** 38:3,4,5
46:23

**website** 7:13

**website(partial**
3:6

**we'd** 81:25

**wedding** 58:1
59:1

**week** 25:2,9
61:4

**weeks** 30:22

**we'll** 11:6 27:4
30:21 34:1,18
37:13 43:22
57:8

**Wellbutrin**
50:1,15 61:23
62:7,8,9 63:25

64:2

**we're** 12:23
18:4,5 27:25
32:12 33:6
45:15 57:7,20
67:15 75:13,15

**we've** 19:17
33:2

**whatever** 48:9
51:14 70:16

**wheelhouse**
16:23 23:22
24:1,2

**Whenever** 57:11

**whether** 16:12
20:1,5,8 26:18
28:13,20 35:14
37:22 38:21,22
41:19 44:24
52:13 77:13
79:15 81:8
84:18 86:7

**whoever** 59:4

**whole** 5:24
44:19 51:2,5
67:7

**who's** 6:6 17:23
70:3

**whose** 18:16

**widely** 24:20
63:15

**wife** 25:10

**William** 2:8

**willing**
16:12,13 58:17
71:22



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

willingly 63:7

window 57:16,17

wired 24:21

wireless 24:22

wish 86:22

witness 4:11
  5:17,25 8:18
  9:1,13,14
  10:10 73:6,7
  78:20,22
  86:20,24 87:13
  88:2 89:6

woman 77:9

women 79:13

wonder 43:8

work 43:22 60:4
  69:8
  76:22,24,25
  78:1,7 79:12
  80:19

worked 44:24,25

working 77:25

world 24:5 25:1
  33:7 63:17

Wornom 2:3 5:13

worse 63:11

worth 88:2

would've
  13:8,11,17,24
  14:5,9,13 16:9
  19:10 21:1,6
  28:15
  29:15,16,20,24
  32:6 33:4 35:8
  38:22 39:9
  50:9,10

53:9,20 54:21
55:17 61:10,11
64:17,21 68:18
73:8 75:5,18
79:9 82:15
83:13 84:15
85:9

write 8:22
  52:15 75:14
  83:24

writes 54:20
  65:16

writing 55:23
  65:4

writings 19:10

written 8:24
  9:15 44:17
  54:21,24 76:18
  84:17

wrote 9:7 42:2
  51:7 54:2
  61:23

WWBEJEK 5:11

---
X
---

Xanax 51:20
  56:14 57:10
  65:18,23 66:10
  68:10,15 71:20
  76:3 86:9,13

---
Y
---

Yates 70:3

Yep 49:9

yet 39:13 41:22
  80:19

yield 82:15

you-all 41:4

you'll 18:20
  21:3 34:4 43:3
  45:10 79:1,2
  86:11

yourself 7:4,7

you've 35:23
  80:18,22

---
Z
---

Zung 20:17 27:8

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**