407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE ❙ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE MIDDLE DISTRICT OF FLORIDA

 3                     ORLANDO DIVISION

 4            *  *  *  *  *  *  *  *  *  *           ORIGINAL

 5   PAMELA R. MATHEWS,          *

 6     Plaintiff              * Case No.

 7     vs.                    * 6:21-CV-00808-WWV-EJK

 8   BRYAN A. COLE,             *

 9     Defendant              *

10              *  *  *  *  *  *  *  *  *  *

11

12              VIDEOTAPED DEPOSITION OF

13   PATRICIA MAISANO, R.N., DHS, CCM, FAACM, PGCM, NCG,

14                     ABDA

15                July 20, 2022

16

17

18

19

20

21         Any reproduction of this transcript

22         is prohibited without authorization

23            by the certifying agency.

24

25                                    EXHIBIT "A"
```

400 North Ashley Drive, Suite 2600     100 East Pine Street, Suite 308     4651 Salisbury Road, 4th Floor
TAMPA, FL 33602                        ORLANDO, FL 32801                    JACKSONVILLE, FL 32256
                                       CORPORATE

```
 1                  VIDEOTAPED DEPOSITION

 2                          OF

 3   PATRICIA MAISANO, taken on behalf of the Defendant

 4   herein, pursuant to the Rules of Civil Procedure, taken

 5   before me, the undersigned, Nicole Montagano, a Court

 6   Reporter and Notary Public in and for the Commonwealth

 7   of Pennsylvania, at the Law Offices of Greenberg

 8   Traurig, LLP, Three Logan Square, 1717 Arch Street,

 9   Suite 400, Philadelphia, Pennsylvania, on Wednesday,

10   July 20, 2022 beginning at 10:11 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
1                A P P E A R A N C E S

2

3   DUNCAN G. BYERS, ESQUIRE

4   Patten, Wornom, Hatten & Diamonstein

5   12350 Jefferson Avenue

6   Suite 300

7   Newport News, VA  23602

8        COUNSEL FOR PLAINTIFF

9          (Via Videoconference)

10

11  I. WILLIAM SPIVEY, II, ESQUIRE

12  Greenberg Traurig, LLP

13  450 South Orange Avenue

14  Suite 650

15  Orlando, FL  32801

16       COUNSEL FOR DEFENDANT

17

18

19

20

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                  I N D E X

 2

 3   DISCUSSION AMONG PARTIES                    7 - 8

 4   WITNESS:  Patricia Maisano

 5   EXAMINATION

 6      By Attorney Spivey                    8 - 107

 7   EXAMINATION

 8      By Attorney Byers                  108 - 152

 9   RE-EXAMINATION

10      By Attorney Spivey                152 - 158

11   DISCUSSION AMONG PARTIES              158 - 159

12   CERTIFICATE                                 160

13

14

15

16

17

18

19

20

21

22

23

24

25
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1                      EXHIBIT PAGE

 2                                            PAGE

 3   LETTER         IDENTIFICATION         IDENTIFIED

 4   Exhibit A      Plaintiff's Expert Witness

 5                  Disclosure and Report       33

 6   Exhibit B      Draft Report                45

 7   Exhibit C      Draft Report                102

 8   Exhibit R      E-Mail                      86

 9   Exhibit T      Documents                   64

10   Exhibit U      Verified Complaint Packet   50

11   Exhibit V      SEAK's Directories Document 90

12   Exhibit W      Article                     99

13   Exhibit X      Sheffield State University

14                  Packet                      93

15

16

17

18

19

20

21

22

23

24            EXHIBITS NOT ATTACHED

25
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    OBJECTION PAGE

 2

 3   ATTORNEY                              PAGE

 4   Byers                                  73

 5

 6   Spivey        108, 110, 110, 111, 111, 112, 112, 112,

 7             113, 114, 114, 114, 117, 118, 120, 121, 121,

 8             122, 123, 124, 125, 125, 125, 126, 126, 127,

 9             127, 129, 130, 130, 130, 132, 132, 133, 134,

10             134, 135, 135, 136, 137, 138, 138, 139, 139,

11             140, 141, 142, 143, 145, 146, 146, 146, 149,

12                                 149, 150, 152, 152

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    S T I P U L A T I O N
 2  -------------------------------------------------------
 3  (It is hereby stipulated and agreed by and between
 4  counsel for the respective parties that reading,
 5  signing, sealing, certification and filing are waived.)
 6  -------------------------------------------------------
 7                    P R O C E E D I N G S
 8  -------------------------------------------------------
 9            VIDEOGRAPHER:
10            Good morning.  Here begins the videotaped
11  deposition of Dr. Patricia Maisano in the matter of
12  Pamela R. Matthews versus Bryan A. Cole filed in the
13  United States District Court for the Middle District of
14  Florida, Orlando Division.
15            Today's date is July 20th, 2022 and the
16  time is 10:11 a.m. eastern standard time.  The video
17  operator today is Jamie Muth representing Milestone
18  Reporting.  The court reporter is Nicole Montagano of
19  Milestone Reporting.
20            Today's deposition is being taken on
21  behalf of the Defendant and is taking place at the law
22  office of Greenberg Traurig at Three Logan Square, 1717
23  Arch Street, Suite 400, in Philadelphia, Pennsylvania.
24            Counsel, please introduce yourself and
25  state whom you represent.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              ATTORNEY BYERS:

 2              Duncan Byers from Patten, Wornom, Hatten &

 3  Diamonstein for the Plaintiff.

 4              ATTORNEY SPIVEY:

 5              Bill Spivey of Greenberg Traurig on behalf

 6  of the Defendant, Mr. Cole.

 7              VIDEOGRAPHER:

 8              Thank you.  Would the court reporter

 9  please swear in the witness.

10              COURT REPORTER:

11              Doctor, would you please raise your right

12  hand, please?

13                        ---

14              PATRICIA MAISANO, R.N.,

15  CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND

16  HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS

17  FOLLOWS:

18                        ---

19                    EXAMINATION

20                        ---

21  BY ATTORNEY SPIVEY:

22  Q.   Dr. Maisano, good morning.

23  A.   Good morning.

24  Q.   My name is Bill Spivey.  Would you state your full

25  legal name for the record, please?
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  A.   Yes.  It's Patricia A. Maisano.

 2  Q.   And what does the A stand for?

 3  A.   Ann.

 4  Q.   And where do you live, ma'am?

 5  A.   I live in Kennett Square, Pennsylvania.

 6  Q.   How long have you lived there?

 7  A.   Three years.

 8  Q.   Okay.

 9       What do you do for a living?

10  A.   I am, among other things, the treasurer of Chester

11  County and I am also a witness for people.

12  Q.   When you say you're a witness for people, what do

13  you mean by that?

14  A.   Well, for 22 years I did it with the courts and

15  everything, but with regard to guardianship and

16  contested Powers of Attorney in guardianship I now

17  offer that service either to plaintiff or defense,

18  providing the same thing.

19  Q.   Relative to your position as treasurer of Chester

20  County describe briefly what that entails, please?

21  A.   That really entails administrative oversight of

22  the treasurer's office within the county looking at

23  budgets, things like that.

24  Q.   Is that an elected position?

25  A.   Yes, it is.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Q.   All right.
 2       And when were you elected?
 3  A.   Originally 2016.
 4  Q.   And then you were re-elected in 2020?
 5  A.   Yes, 2020.  That's correct.
 6  Q.   How long have you been working as a witness for
 7  people, using your phrase?
 8  A.   Well, I started doing that under my company and as
 9  a patient advocate at one time.  I did that as I said
10  for about 22 years, 23 years.
11  Q.   I understood you to say that at some point you
12  were a witness for people in connection with the courts
13  and guardianship proceedings?
14  A.   That's among other things, yes.
15  Q.   When did you start testifying for the courts in
16  connection with guardianship proceedings?
17  A.   That would have been about 22, 23 years ago.
18  Q.   And then when did you start being a witness for
19  people privately?
20  A.   Just right before COVID hit, so it's only been a
21  couple of years.
22  Q.   2020?
23  A.   Yes.
24  Q.   Okay.
25       And I think you said you started the company?
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 A.   I originally started a company called IKOR.  It

2 was a professional --- it was a guardianship service

3 and professional advocacy service nationally.

4 Q.   And when you're saying IKOR, that's, I-K-O-R?

5 A.   That's correct.

6 Q.   And where is IKOR located?

7 A.   IKOR currently is, I believe, in 60 different,

8 cities in the United States.  The central office for it

9 was in Omaha, Nebraska.

10 Q.   In which office did you work?

11 A.   I worked --- along with building the platform for

12 it I worked in the Chester County area, Chester County

13 in the State of Delaware.

14 Q.   And when was IKOR founded?

15 A.   In 1998.

16 Q.   And did you --- when you started being a witness

17 for people in a private context around 2020, did you

18 start some other organization?

19 A.   No, I did not.  Well, I started the company I do

20 the work under now, which is Varna, LLC.

21 Q.   That is what I was trying to get at.

22     What is Varna, LLC?

23 A.   Just a name that --- of services that I provide.

24 Either consultative services or witness services.

25 Q.   And when was Varna, LLC formed?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.    In 1998.

 2  Q.    So Varna and IKOR were formed at the same time?

 3  A.    I'm sorry.  I apologize.  No, Varna was put

 4  together in 2019.

 5  Q.    And in what state is it incorporated as an LLC?

 6  A.    Pennsylvania.

 7  Q.    And are there any other members of Varna, LLC?

 8  A.    No.

 9  Q.    You're the sole ---?

10  A.    I'm the sole person.

11  Q.    Does Varna, LLC have any employees?

12  A.    No.

13  Q.    It's a person operation?

14  A.    Yes, sir.

15  Q.    All right.

16        I gather from what you've told me thus far is that

17  you've been deposed before?

18  A.    Yes, sir.

19  Q.    Approximately how many times?

20  A.    Just deposed, I'd say maybe ten times at most.

21  Q.    Okay.

22         And have you ever been deposed in a federal court

23  lawsuit?

24  A.    No.  No, I have not.

25  Q.    Okay.
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      The prior depositions were they guardianship

2  proceedings or probate proceedings or what kind of

3  cases were they?

4  A.    They were guardianship cases, they were also cases

5  of --- they were all within the guardianship realm, as

6  I'm recalling and one business, one business quite a

7  few years ago.

8  Q.    Prior to today when was your most recent

9  deposition?

10  A.    In 2020 October I believe by via Zoom.

11  Q.    And do you maintain a list of all the cases in

12  which you've testified either as a deponent or as a

13  trial witness?

14  A.    No, I have not kept a full list of those.

15  Q.    Have you ever testified in trial?

16  A.    Yes, I have.

17  Q.    How many times?

18  A.    I don't know the exact number.

19  Q.    Just give me your best guess ---

20  A.    Okay.

21  Q.    --- since I wasn't involved in them?

22  A.    Okay.

23      Collectively maybe 50 times.

24  Q.    In court?

25  A.    Yes.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Q.    And in those cases, were they all guardianship

2  proceedings?

3  A.    Yes.

4  Q.    And what is a guardianship proceedings just so

5  we're all clear?

6  A.    Well, it was a proceeding to determine if

7  guardianship is necessary and then follow-up

8  proceedings with respect to honestly families arguing

9  about guardianship.

10  Q.   I think I know what it is, but for the record what

11  do you regard as a guardianship?

12  A.    Anything that the court has --- a person has

13  deemed incapacitated to handle their personal or

14  financial or both aspects of their life.

15  Q.    Were you at one time, ma'am, married to a Judge

16  who had some involvement in guardianship proceedings?

17  A.    I was married to a Judge, he was not involved in

18  guardianship proceedings.

19  Q.    What is the name of the Judge to whom you were

20  married?

21  A.    Daniel J. Maisano.

22  Q.    And what division or area did Judge Maisano

23  practice in?

24  A.    He practiced in what we would call magisterial

25  district court and he covered everything within



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1 | magisterial district court.  However guardianship was

 2 | not one of those aspects.

 3 | Q.   Okay.

 4 |      Where did he sit as a magisterial district Judge?

 5 | A.   At the time of his passing in West Chester,

 6 | Pennsylvania.

 7 | Q.   I'm sorry.  Had he always been in West Chester?

 8 | A.   No, he also had a courthouse in the Kennett area,

 9 | Kennett Square area, but not in the city.

10 | Q.   And how far apart are West Chester and Kennett

11 | Square?

12 | A.   About a half an hour apart.

13 | Q.   And when you testified in these prior guardianship

14 | proceedings, were you testifying in courthouses where

15 | your husband was a Judge?

16 | A.   No.

17 | Q.   All right.

18 |      How much of your current schedule is devoted to

19 | being a treasurer of your county?

20 | A.   I would say 80 percent of my day is recorded as

21 | that.

22 | Q.   And when you say 80 percent, are we talking about

23 | a 9:00 to 5:00 day?

24 | A.   It's a 9:00 to 5:00 day that's correct.

25 | Q.   And so six and a half hours or so were devoted to



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  being treasurer of your county?

2  A.   That's correct.

3  Q.   And how much of your time on a daily basis is

4  devoted to acting as a witness for people?

5  A.   Well, that's just beginning to start-up again.  I

6  would tell you on average it's probably ten hours a

7  week maybe.

8  Q.   Would it be fair to say then that you act as a

9  witness for people in part-time capacity?

10  A.   Yes.

11  Q.   And I'm not asking you how much money you make.

12  A.   That's okay.

13  Q.   What I'm trying to find out relatively what

14  percentage of your income derives from acting as a

15  witness for people?

16  A.   That is going to be kind of hard to say, because I

17  started the business itself right before COVID, COVID

18  shut everything down, but I would say if I were trying

19  to put together some numbers --- can you repeat the

20  question for me so I can find ---?

21  Q.   Yes, ma'am.  I'm just trying to find out of your

22  total personal income how much is derived as acting as

23  a, quote, witness for people, end of quote?

24  A.   That again, very off again, on again, but I would

25  tell you probably ten percent of my income.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Q.    I want to back up.  I asked you if you had any

 2  employees.  I just want to be crystal clear on this, do

 3  you have any people who assist you with typing or

 4  clerical functions?

 5  A.    No.  No, sir.

 6  Q.    So there's no payroll at Varna, LLC?

 7  A.    That's correct.

 8  Q.    All right.

 9        Give me an overview of your educational

10  background, please.

11  A.    Well, I started out as a nurse and then I got a

12  Bachelor's degree from Wilmington College, and then I

13  went on.

14  Q.    Let me stop you.  Where is Wilmington College?

15  A.    It's in Delaware.

16  Q.    And when did you get your degree, not to be

17  indelicate?

18  A.    No, that's okay.  I'm just having a hard time

19  remembering.  I honestly do not recall the date, sir.

20  Q.    You have a Bachelor's degree in what?

21  A.    It's in behavioral sciences.

22  Q.    Is that a BA or BS?

23  A.    It's a BA.

24  Q.    And let me go at it this way, when you got your BS

25  degree from Wilmington College were you of the
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  conventional college age 21, 22?

2  A.    No.  No, I was not.  I was probably late 20s.

3  Q.    Okay.

4      So you did something before you went to college?

5  A.    Yes, I was --- I went into nursing school.

6  Q.    Okay.

7      And where did go to nursing school?

8  A.    Saint Francis School of Nursing in Delaware.

9  Q.    And did you receive any degree from Saint Francis

10  School of Nursing?

11  A.    It was not a degree program, it was a license, the

12  ability to practice as a registered nurse.

13  Q.    When did you first become a registered nurse?

14  A.    1972.

15  Q.    Okay.

16      And that would have been after you finished your

17  program at Saint Francis School?

18  A.    Yes.

19  Q.    And this program that you attended at Saint

20  Francis was it a one-year program?

21  A.    No, it was a three-year program.

22  Q.    A three year program.  And at the end of the

23  program you didn't get a degree, but you got a license

24  that enabled you to act as a registered nurse?

25  A.    That's correct.  I did have credits towards a



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1 degree.

 2 Q.   Okay.

 3 A.   But did not --- that was part of the program.

 4 Q.   Okay.

 5      And then if I'm following this correctly, some

 6 years later you attended Wilmington College and got a

 7 BS degree.

 8      Correct?

 9 A.   A BA.

10 Q.   A BA.  Sorry.

11 A.   Yes.  Most of my degree was given to me.  I

12 challenged by exam by almost every course, so that's

13 why it is very difficult for me to give you a timeline,

14 but successfully did that.

15 Q.   Okay.

16      So at some point in time the exact date you can't

17 remember ---

18 A.   Right.

19 Q.   --- you received a BA degree from Wilmington

20 College?

21 A.   Right.  Yes.

22 Q.   Tell me your other academic credentials, please?

23 A.   I have a Master's and a doctorate in health

24 sciences.  The health sciences part with a Master's,

25 which was in assessments and evaluations as the major.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Q.   Let me stop you.  You have a Master's degree in
 2  assessments and evaluations?
 3  A.   Yes.
 4  Q.   And when did you receive your Master's degree?
 5  A.   The early 2000s.  I don't remember the exact date.
 6  Q.   And I'm not trying to be contentious with you.
 7  A.   No.
 8  Q.   But when you say early 2000s, that means 2002,
 9  2003, 2004, something like that?
10  A.   Right.  Yes.
11  Q.   All right.
12       And where did get your Master's degree in
13  assessments and evaluations?
14  A.   I get it from Sheffield State University.
15  Q.   And what --- did you attend classes at Sheffield
16  State?
17  A.   No, it was all an online program.
18  Q.   And when you say online, what does that mean?
19  A.   Communication with the university, materials that
20  they provided me were online.  In other words, I did
21  them from home basically.
22  Q.   Did you have a faculty liaison with whom you
23  interfaced?
24  A.   No, I did not.
25  Q.   What was the --- how long did it take you to get
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  your Master's degree?

 2  A.    It probably took only a couple of years, off

 3  again, on again.

 4  Q.    Was there an actual curriculum at Sheffield State

 5  University?

 6  A.    Yeah.  I have an actual Curriculum Vitae, which I

 7  could provide you with if you need it.

 8  Q.    Was there a roster of classes that you had to

 9  complete in order to get your Master's degree?

10  A.    Yes.  And that's what I have a list of, if you

11  need them.

12  Q.    How many classes did you have to take to get your

13  Master's degree?

14  A.    To be honest, I don't recall.

15  Q.    Did you write a thesis?

16  A.    No, both my Master's and doctorate were done using

17  IKOR, which is a trademark name and a very new program

18  at the time of designing and it was that and the

19  creation of the software that went with it as part of

20  what the --- if you will, what the thesis was.  I

21  developed the assessment tools and evaluations tools

22  for IKOR for staff in the field and then the software

23  that went with it.

24  Q.    If I'm following you correctly I think you're

25  telling me that you got academic credit ---
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.   Yes.
 2  Q.   --- for some things that you did in a non-academic
 3  setting?
 4  A.   That's correct.
 5  Q.   And how much non-academic credit did you get from
 6  Sheffield State for doing these non-academic things?
 7  A.   As I said, I got my Master's and doctorate from
 8  them.
 9  Q.   I understand.  How much credit did you get, was it
10  75 percent based on the IKOR activities, was it a
11  hundred percent based on the IKOR activities?
12  A.   It was a hundred percent based on the IKOR
13  activities.
14  Q.   Can you identify for me any actual classes that
15  you took through Sheffield State University in
16  connection with your Master's degree?
17  A.   No, I have them written --- I have them in a
18  document that I can provide you if you need.
19  Q.   I have not seen the document, but can you give me
20  some sense of how many classes you actually took at
21  Sheffield State to get your Master's degree?
22  A.   At this point I don't --- I don't want to give you
23  an inaccurate answer, so I couldn't tell you.
24  Q.   And again, I don't want you to guess, but
25  understand I didn't participate in the program.
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

1   A.   Understood.

2   Q.   So I have no idea if you took 2 classes or 10

3   classes or 20 classes, but presumably you have some

4   general recollection of where it would fall in a

5   paradigm like that.

6        Correct?

7   A.   Yes.

8   Q.   So how many classes did you take at Sheffield

9   State to get your Master's degree?

10  A.   Somewhere between 10 and 20.

11  Q.   All right.

12       And these were all online classes?

13  A.   Yes.

14  Q.   And were you looking at videotapes that had been

15  made by a professor?

16  A.   I'm trying to remember.  I don't remember any

17  videotapes.  I remember books.  And again, I was using

18  my experience, my knowledge of the creation of

19  assessments and tools, assessments and evaluation

20  tools.

21  Q.   I'm just trying to find out --- I'm gathering you

22  had some kind of interface with somebody who was

23  connected with Sheffield State who was imparting

24  knowledge to you?

25  A.   I would tell you no, that they didn't really



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  impart any knowledge to me, rather than like taking my

2  Wilmington College exam, it was based on be a better

3  kind of --- you know, being assigned the course.

4  Q.   Let me go at it this way.  Can you give me the

5  name of any professor that you had at Sheffield State

6  University?

7  A.   No, I can't.

8  Q.   Did you ever meet any professor from Sheffield

9  State?

10  A.   No.

11  Q.   Did you ever talk to any professor at Sheffield

12  State?

13  A.   No.  No, everything was online.

14  Q.   Have you ever been to Sheffield State University?

15  A.   No.

16  Q.   Do you know where Sheffield State University is

17  located?

18  A.   I believe it's in Ohio.

19  Q.   Do you know what city?

20  A.   No.

21  Q.   So you've never been there?

22  A.   No.

23  Q.   Do you know if Sheffield State has any physical

24  presence?  I mean, is there a campus, are there

25  buildings?



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.   I don't know to be honest with you.
 2  Q.   Have you ever been to any reunions at Sheffield
 3  State?
 4  A.   No.
 5  Q.   Do you receive any alumni news from Sheffield
 6  State?
 7  A.   No.
 8  Q.   Okay.
 9       When did you get your Ph.D.
10  A.   I got that right after I completed the Master's
11  program, so ---.
12  Q.   And when you say right after, what does that mean?
13  A.   Like within a year I went into the doctorate
14  program.
15  Q.   Okay.
16       And did you write a thesis or dissertation in
17  connection with your Ph.D.
18  A.   The creation of IKOR and all of the documents and
19  testings and evaluations that I put together for IKOR
20  became my thesis.
21  Q.   And did you actually prepare a thesis that said
22  thesis of Patricia Maisano that I could find somewhere?
23  A.   No, I did not.
24  Q.   What was your thesis in or what was the subject
25  matter of whatever you got credit for as the thesis?
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.    It was IKOR, which is providing patient advocacy,
 2  life advocacy to seniors and the disabled wherever they
 3  are.  So it may be national and indeed it became
 4  national.
 5  Q.    And my understanding you can tell me that you got
 6  Ph.D. academic credit for things that were not really
 7  academic?
 8  A.    They were academic from the prospective of people
 9  had to be taught them, that what I put together had to
10  be taught, it was very proprietary so nobody could
11  teach me what I designed.
12  Q.    Right.
13  A.    Does that make any sense?
14  Q.    Somewhat.  But I think you're telling me that you
15  got doctoral equivalent credit for what you were doing
16  outside of the academic realm?
17  A.    Yes.
18  Q.    All right.
19        Did you ever interface with any professors in
20  connection with your doctoral credential?
21  A.    No.
22  Q.    What is the actual name of your doctoral
23  credential?
24  A.    It's a doctorate in health sciences.
25  Q.    Does it have any ---?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

```
 1  A.    So Phs.

 2  Q.    Phs.  What do those letters stand for?

 3  A.    Philosophy doctorate.

 4  Q.    Uh-huh (yes).

 5  A.    I'm sorry, not D --- a P --- DHs, Doctorate in

 6  Health Sciences.

 7  Q.    And how is that different from a Ph.D.?

 8  A.    Well, usually a Ph.D. is philosophical in nature,

 9  and that's why the Ph.D., doctorate of philosophy.

10  Q.    Was there an online curriculum that you completed

11  in connection with your DHs degree?

12  A.    Not that I recall.  I believe I went right into it

13  using IKOR as my tool, if you will.

14  Q.    And did you submit this tool to somebody at

15  Sheffield State?

16  A.    Yes, I did.

17  Q.    And who was that?

18  A.    I don't remember.

19  Q.    Okay.

20        Can you identify any human being that you

21  interfaced with at Sheffield State?

22  A.    I can't remember.

23  Q.    Can you identify any Dean or professor that was

24  your sponsor or your person that you went to?

25  A.    No, I didn't have anybody to go to.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  Q.    Do you have any other academic credentials that

2  you have not told me about?

3  A.    I have certification.

4  Q.    Okay.

5  A.    I am a CCM, that is a certified case manager, and

6  these are alternate national certifications that

7  require continuing education units.

8  Q.    Okay.  Let me stop you.

9        Who issues the CCM credential?

10 A.    The Board of American Case Management.

11 Q.    And what is a case manager?

12 A.    It is somebody who looks at a situation, usually

13 medically driven and creates a strategic plan

14 individually for how a person should handle their life

15 and what they're doing with their life.  It also bleeds

16 into the Workers' Comp world.

17 Q.    When did you get the CCM credential?

18 A.    Wow.  I'm terrible at dates.  I don't recall.  I

19 can tell you I was one of the first people in the

20 country to sit for that exam.

21 Q.    And did you have to pass an exam to get the CCM

22 credential?

23 A.    Oh, yeah, absolutely.

24 Q.    What other academic credentials do you have?

25 A.    I have an FAACM, that is a fellowship level in



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  case management.

2  Q.    And who issues that credential?

3  A.    Also the Academy of Case Management.

4  Q.    And how is that different than the CCM credential?

5  A.    I tell --- everyone just kind of deems that I'm

6  older than dirt in the CCM world.  I have to prove that

7  I've gotten credentials.  They use the same credentials

8  that the CCM does.

9  Q.    And I apologize, is it FAACM?

10 A.    Yes.

11 Q.    All right.

12       When did you get that credential?

13 A.    Again, I've had them so long I can't really

14 remember.

15 Q.    Did you get it before or after the CCM?

16 A.    No, it came after the CCM.

17 Q.    Okay.

18 A.    The CCM was my first --- first certification.

19 Q.    Tell me what other credentials you have, please.

20 A.    An NCG, which is a National Guardianship --- no

21 that's the National Case Management in Geriatrics

22 certification.

23 Q.    Okay.

24 A.    And then I have a ---.

25 Q.    Let me stop you.  Who issues the NCG credential?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.    I'm --- excuse me.  I am not --- I'm not
 2  remembering right at this time.  I don't know if it's
 3  the same organization.  I don't --- geriatric case
 4  management, there is a governing body for that, but I'm
 5  not remembering any.
 6  Q.    And you are say MCG?
 7  A.    It's NCG.
 8  Q.    Oh, N as in ---
 9  A.    Uh-huh (yes).
10  Q.    --- national?
11  A.    Yes.
12  Q.    Tell me what other credentials or qualifications
13  you have, ma'am?
14  A.    I have a credential as a National Guardian.
15  Q.    What's the name of that?
16  A.    So NG --- I think it's NGM (sic).
17  Q.    NGM?
18  A.    Yeah.  I should have written these all down for
19  you.  It's from the National Guardianship Association,
20  and they require testing and ongoing credits.
21  Q.    When did you get the NGM credential?
22  A.    After I designed IKOR and after I started
23  guardianship, so that would have been estimating in the
24  early 2000s.
25  Q.    Backing up, then when did you get the NCG
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1  credential?
 2  A.    I believe about that same time.
 3  Q.    Do you have any other credentials, ma'am?
 4  A.    PGCM.
 5  Q.    P?
 6  A.    PGCM.
 7  Q.    And what does that stand for?
 8  A.    That is a --- not CM --- I'm sorry, excuse me,
 9  let's do that one again.  ABDA.
10  Q.    ABDA?
11  A.    Yes.  That is the American Board of Disability
12  Analyst, and I have certification from them as well.
13  Q.    When did you get that certification?
14  A.    That was the last one that I got.  Again, sometime
15  in the 2000s, but I really don't remember.
16  Q.    Okay.
17        Do you have any degrees or certifications in the
18  field of mental health?
19  A.    Not specifically in the field of mental health.  I
20  did a lot of work in the mental health world
21  clinically.
22  Q.    But you don't have any degree in, say, psychology?
23  A.    No, no.
24  Q.    And you don't have any degree in psychiatry?
25  A.    That's correct.
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  Q.    And you don't have any degree in the treatment of

 2  those conditions?

 3  A.    No, I do not.

 4  Q.    And I'm not trying to be pejorative, I'm hopefully

 5  trying to speed this up.  You're not a medical doctor?

 6  A.    No.

 7  Q.    Where are you licensed as a registered nurse?

 8  A.    I'm licensed in Pennsylvania and Delaware, and

 9  because I'm in Pennsylvania --- I'm sorry, because I'm

10  in Delaware licensed I also have reciprocity in all of

11  the other states.

12  Q.    All 50 states?

13  A.    Yes.

14  Q.    And is your nursing licensure in all 50 states

15  active and current?

16  A.    It has a reciprocity so my Pennsylvania and

17  Delaware licenses are, yes, all active.

18  Q.    You're not specifically licensed in say the State

19  of Florida?

20  A.    No, it's through a reciprocity.

21  Q.    I understand.

22  A.    All the states came together, yes.

23  Q.    But you don't have a license issued by the State

24  of Florida?

25  A.    No.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  Q.   And likewise, you don't have a license issued by

 2  the State of Georgia?

 3  A.   That's correct.

 4  Q.   Okay.

 5       Just through this reciprocity thing you're ---

 6  A.   That's how nurses do it.

 7  Q.   --- you're deemed to be licensed?

 8  A.   Uh-huh (yes).

 9  Q.   All right.

10       Let's go at something that hopefully will make our

11  time a little faster here.

12               ATTORNEY SPIVEY:

13               Duncan, I'm going to show her what's on

14  your list as Exhibit A.  And for consistency I'm going

15  to mark this Defendant's Exhibit A.  It's the

16  Plaintiff's expert witness disclosure and report.

17                         ---

18          (Whereupon, Defendant's Exhibit A,

19          Plaintiff's Expert Witness Disclosure and

20          Report, was marked for identification.)

21                         ---

22               ATTORNEY BYERS:

23               I got it.

24  BY ATTORNEY SPIVEY:

25  Q.   Dr. Maisano, I've handed you what has been marked
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  as Exhibit A.  It is Plaintiff's expert witness

 2  disclosure and report that mentions you on the first

 3  page among others.

 4       Do you see that?

 5  A.   Yes, I do.

 6  Q.   Have you ever seen that before?

 7  A.   No, I have not.

 8  Q.   Let's look at your entry on the first page.

 9  That's your name, Dr. Patricia Maisano.

10       Correct?

11  A.   Yes.

12  Q.   And then there are a litany of letters after that,

13  most of which I think you've told me about?

14  A.   Yes.

15  Q.   You told me what R.N. means?

16  A.   Uh-huh (yes).

17  Q.   Yes?

18  A.   Yes, I did.  And it actually says here PHs, but

19  it's suppose to be DHs.

20  Q.   So that's a --- a typographical mistake?

21  A.   Yes.

22  Q.   Okay.  DHs.

23       And then CCM you told me about that?

24  A.   Uh-huh (yes).

25  Q.   FAACM, you told me about that?
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.   Uh-huh (yes).
 2  Q.   I don't think you told me about PLCM, what is
 3  that?
 4  A.   That --- I think that's a typo as well.
 5  Q.   What should that be?
 6  A.   I'm thinking, sir.  FAACM.  It's supposed to be a
 7  PGCM.
 8  Q.   I'm sorry, say it all over?
 9  A.   PGCM.
10  Q.   PGCM.  And did you tell me about that?
11  A.   Working with --- working with the elderly.
12  Q.   What is the body or institution that institutes
13  the PGCM?
14  A.   That's the American Board of Geriatric Care
15  Managers.
16  Q.   Is it fair for me to believe that most of your
17  work in connection with guardianships involves elderly
18  people?
19  A.   It involves elderly or disabled people, so
20  physically or mentally disabled people.
21  Q.   And when you say physically disabled what do you
22  mean by that?
23  A.   People with profound, let's say brain injury,
24  traumatic brain injury, profound developmental delays.
25  That's children, generally speaking.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

1  Q.   Okay.

2  A.   And that sort of thing, that's what I mean.

3  Q.   You also mentioned mental.  What kind of cases do

4  you see in that context?

5  A.   It could be schizophrenic.  It could be --- and it

6  has often been schizophrenia.  I'm trying to think if

7  there's another.  Well, I would say that I have been

8  assigned or worked in guardianship cases where there

9  was so much fighting in a family so the person might

10 have been elderly or again, mentally --- physically

11 disabled like mentally --- like traumatic brain injury,

12 that sort of thing.  But within the confines, it would

13 normally work with the family, but the family is

14 fighting so much, there is so much in fighting that the

15 court names an outside guardian.

16 Q.   Okay.

17      Let's look back at Exhibit A.  I still want to

18 talk about your address and related information on page

19 one?

20 A.   Uh-huh (yes).

21 Q.   You've listed Varna, LLC, which you told me about.

22 A.   Uh-huh (yes).

23 Q.   And then you have an address of 873 East Baltimore

24 Pike, Suite 432.

25 A.   That's correct.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Q.   Is that an office?

 2  A.   It is a --- it's a central place to accept mail.

 3  It's not a physical office.

 4  Q.   It's a pack and ship facility.

 5       Right?

 6  A.   Kind of like that, yeah.

 7  Q.   So Suite 432 is whatever post office box you've

 8  been assigned within that facility?

 9  A.   Yes.  They refer to it as a suite, but ---

10  Q.   Okay.

11  A.   --- okay.

12  Q.   But if I went there, I would not find a

13  receptionist ---

14  A.   No, no.

15  Q.   --- or chairs or an office or anything like that?

16  A.   No.  No.

17  Q.   Correct?

18  A.   Correct.

19  Q.   This is just a place where you send and receive

20  mail?

21  A.   That's correct.

22  Q.   All right.

23       And the phone number that you've given me here, is

24  that your cell number?

25  A.   It is.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  Q.   Fair enough.  Looking at the same Exhibit A, at
 2  the bottom of the first page, there're a reference to a
 3  Dr. Klein, do you see that?
 4  A.   Oh, on the first page.  Yes, I do.
 5  Q.   Do you know Dr. Klein?
 6  A.   I believe that I have seen some records maybe of a
 7  Dr. Klein.  She had quite a few doctors.
 8  Q.   Have you ever spoken to Dr. Klein?
 9  A.   No, I have not spoken to any of the doctors.
10  Q.   By the way, did you bring with you any records
11  today that we requested in our subpoena?
12  A.   I sent them to you, sir, by e-mail.  Did you get
13  them?
14  Q.   When did you do that?
15  A.   Yesterday.
16  Q.   No.
17  A.   Okay.
18       I sent you the medical records that basically I
19  got from Mr. Byers.
20  Q.   Okay.
21       We'll go over all of that in a little bit, but did
22  you bring anything with you today?
23  A.   No.  The only thing --- I will say this, the only
24  thing I did bring with me was the things I researched
25  and printed out on dissociative disorder and PTSD.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Q.   And whatever you brought with you, when did you

2  print that out?

3  A.   Yesterday.

4  Q.   Okay.

5       Whatever you brought with you is --- is it

6  referenced in the report that we're going to go over

7  here in a minute?

8  A.   No.

9  Q.   So it's not part of your report?

10 A.   No, it's not.

11 Q.   On the second page of Exhibit A, there's a

12 reference to a Dr. Furbringer.

13 A.   Uh-huh (yes).

14 Q.   Do you see that?

15 A.   Yes.

16 Q.   Have you ever spoken to Dr. Furbringer?

17 A.   I did.

18 Q.   How many times?

19 A.   Just once.

20 Q.   And how long was that?

21 A.   I don't recall how long it was.  I believe it was

22 in 2019.

23 Q.   I understand.  But was it a five-minute

24 conversation, a 20-minute conversation?

25 A.   I would say more like a five minute not a half an



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

 1 hour, ---

 2 Q.   Let's ---.

 3 A.   --- or between those two.

 4 Q.   Let's go to the fourth page of Exhibit A, which is

 5 actually the report that I think you generated in

 6 connection with this case.

 7      Do you see that.

 8 A.   I'm in the report right now, yes.

 9 Q.   The page I'm on says Varna, and it says live

10 safely.

11 A.   Uh-huh (yes).

12 Q.   Do you see that?

13 A.   Yes.

14 Q.   And it says case of Pamela Mathews.

15 A.   Yes.

16 Q.   Do you see that?

17      When did you first meet or get introduced to

18 Pamela Mathews?

19 A.   I was introduced to her by phone following an

20 inquiry she sent to me regarding my work.

21 Q.   And when did she make an inquiry of you about your

22 work?

23 A.   It was in 2019.  It was before COVID.

24 Q.   And if you know, how did she find you?

25 A.   Probably by my website.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Q.   Did anybody introduce you to Pam Mathews?

2  A.   No.

3  Q.   Prior to you speaking to her on this first

4  occasion in approximately 2019, did you know her from

5  Adam's housecat?

6  A.   No.

7  Q.   You never went to school with her?

8  A.   No.

9  Q.   Or worked with her?

10  A.   No.

11  Q.   You had no background information?

12  A.   No background.  Well, other than what has been

13  written thus far, like her deposition for example,

14  businesses that she was in.  But I have not been

15  associated with any of those things.

16  Q.   You didn't know her prior to her reaching out to

17  you?

18  A.   No, not at all.

19  Q.   All right.

20       At the time that she made contact with you, was

21  she represented by an attorney?

22  A.   No, she was not.

23  Q.   Is that unusual in your practice?

24  A.   Very.

25  Q.   And why is that unusual?



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  A.   I generally don't work on cases that do not come

2  through an attorney, whether that attorney is private

3  practice or governmental.  Just too --- it becomes too

4  difficult.

5  Q.   Okay.

6  A.   Part of why I don't have IKOR open anymore.

7  Q.   What happened to IKOR?

8  A.   My IKOR, I closed it.

9  Q.   When did you do that?

10  A.   During COVID.  2020.

11  Q.   And when you say you closed it, what does that

12  mean?

13  A.   I ended my cases.  When I had cases that were

14  done, I made sure those people were cared for and then

15  I basically closed my business, shut the office and

16  closed the staff down.

17  Q.   Where was the IKOR business or practice located?

18  A.   It was at 311 Schoolhouse Road in Kennett Square,

19  and it was Suite 300, because that is where it was.

20  Q.   And that was a physical location?

21  A.   Very.  Uh-huh (yes).

22  Q.   And you did that in 2019, you closed it?

23  A.   I closed it, yes.  I started closing it, but 2020

24  is when it finally closed.

25  Q.   Okay.


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        When Pam Mathews first contacted you, did she do

 2   so through IKOR or through Varna?

 3   A.   Through Varna.

 4   Q.   All right.

 5        Now, let's look at the first page of your report,

 6   which in the lower right-hand corner has an Exhibit A

 7   sticker.

 8        Do you see that?

 9   A.   Yes.  It's right there.

10   Q.   Okay.  Right.

11        The various initials that are by your name R.N.,

12   PHs (sic), CCM, FAACM, et cetera.

13   A.   Uh-huh (yes).

14   Q.   Do you see those?

15   A.   Yes.

16   Q.   And you put those there?

17   A.   Yes, I did.

18   Q.   Okay.

19        Are any of those letters incorrect?

20   A.   The letters are.  In the PHs, it should be DHs.

21   Q.   Okay.

22   A.   And PGCM instead of PLCM.

23   Q.   So in your own report, you did not accurately

24   reflect your credentials?

25   A.   I misprinted them, yes, sir.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  Q.  Let's look at the next page of your report, which

2  is actually the fifth physical page of Exhibit A, which

3  is a letter from you to Mr. Byers dated May 31st, 2022.

4      Do you see that?

5  A.  Oh, this letter, yes.  It's immediately after the

6  title page.

7  Q.  And did you draft this letter?

8  A.  Yes, I did.

9  Q.  And when did you do that in relation to May 31st,

10  2022?

11  A.  It was the original draft of my report.  I then

12  addressed it to Mr. Byer (sic) once he became involved.

13  So the report itself goes back to 2019 and 2020.

14  Q.  Let me make sure I'm understanding this.  What

15  we're looking at right now, your report dated May 31st,

16  2022, is actually the reproduction of a prior report

17  that you created some years earlier?

18  A.  That's correct.

19  Q.  All right.

20  A.  It was from a draft that I created.

21  Q.  Do you have any other reports concerning Pam

22  Mathews?

23  A.  No, I don't.

24  Q.  Do you have any intention to further revise this

25  report that we're looking at?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  A.   No, I don't believe so.
 2  Q.   Have you been engaged or instructed to prepare any
 3  supplemental or further report?
 4  A.   No.
 5  Q.   All right.
 6            ATTORNEY SPIVEY:
 7            Duncan, I'm going to hand you what we'll
 8  mark as Exhibit B.  And that is going to be item B on
 9  the checklist that you have.
10                         ---
11            (Whereupon, Defendant's Exhibit B, Draft
12            Report, was marked for identification.)
13                         ---
14            ATTORNEY BYERS:
15            Got it.
16  BY ATTORNEY SPIVEY:
17  Q.   Dr. Maisano, I'm handing you what has been marked
18  as Exhibit B, which appears to be a draft of a report
19  dated July 15, 2020.
20       Do you see that?
21  A.   Uh-huh (yes).  I do.
22  Q.   Is that a yes?
23  A.   Yes.  I'm sorry, yes.
24  Q.   And is this the draft report that you were
25  referring to in your prior testimony?
```

**MILESTONE** | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.   Yes.
 2  Q.   And on the first page of Exhibit B we see your
 3  name and we see the various letters and the same
 4  typographical errors that appear relative to your
 5  credentials appeared in the 2020 document.
 6       Correct?
 7  A.   Absolutely, yes.
 8  Q.   All right.
 9  A.   It was miss --- it just went right over to the
10  others.
11  Q.   And then, if you look at the second page of
12  Exhibit B it's addressed to Mr. Bryant Dunivan,
13  Esquire.
14       Do you see that?
15  A.   Yes.
16  Q.   Did you have any understanding who Mr. Dunivan was
17  or is?
18  A.   Ms. Mathews when she first contacted me, I of
19  course asked her if she was represented, and at the
20  time she was thinking about being represented, and she
21  provided me the name of Dunivan and the address.  I
22  never talked to the man.  I don't know.
23  Q.   You don't know Bryan Dunivan?
24  A.   No, not at all.
25  Q.   Now, looking at Exhibit B it looks like your
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   address has changed.

2   A.    Yes.

3   Q.    Exhibit B reflects your address as Post Office Box

4   707 Mendenhall, Pennsylvania?

5   A.    Uh-huh (yes).

6   Q.    Where is Mendenhall in relation to Kennett Square?

7   A.    It's right outside of Kennett Square.

8   Q.    Do you still have a Post Office Box 707?

9   A.    No, I don't.

10  Q.    Was Post Office Box 707 an IKOR post office box?

11  A.    No, it was not.

12  Q.    All right.

13        Now, how long had Varna, LLC been in existence as

14  of July 15th, 2020?

15  A.    Well, I started it in 2019.  The date I started

16  it, I don't clearly remember that.  Possibly 2019, but

17  this was very shortly thereafter.  In fact, one of the

18  only reports that I did around that time.

19  Q.    I want to stay focused on Exhibit B.  Why did you

20  mark it draft?

21  A.    Because it was a draft to Ms. Mathews.  The final

22  report would have come to her after I was paid for the

23  report so this was to show her the report was done

24  basically.

25  Q.    Did you ever further develop Exhibit B into a



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  final product that was sent to Ms. Mathews?

2  A.   Not sent to Ms. Mathews, no.

3  Q.   Did you finalize Exhibit B and send it to somebody

4  else?

5  A.   When she became represented by Mr. Byer, yes.  To

6  Mr. Byers.

7  Q.   Okay.

8       Let's hold Exhibit A and Exhibit B up side by

9  side, if you can.  And more specifically your two

10  reports, one of which is a draft dated July 15th, 2020

11  and then one that's dated May 31st, 2022.

12       Do you have that?

13  A.   Uh-huh (yes).

14  Q.   Is that a yes?

15  A.   Oh, I'm sorry.  Yes, sir.

16  Q.   Would you agree with me that the first page of

17  these two reports are virtually identical?

18  A.   Yes, sir.

19  Q.   Can you identify for me any substantive changes

20  between your final report and the draft report on page

21  one?

22  A.   I cannot.  They're the same.

23  Q.   Okay.

24       And then let's look at page two of each report,

25  would you agree with me that those two pages are



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  virtually identical?

2  A.   They are identical.

3  Q.   There are no substantive changes on page two of

4  either report?

5  A.   No, there are not.

6  Q.   And then if we turn to page three of the

7  respective reports, would you agree with me that those

8  pages are also virtually identical?

9  A.   Yes, sir, they are.

10 Q.   Can you identify for me any substantive changes

11 between the two reports anywhere?

12 A.   I have --- I see none and I do not believe I did

13 any substantive changes.

14 Q.   So --- and again, I'm not trying to be pejorative,

15 but when you created Exhibit A, which is dated May

16 31st, 2022, you basically took the prior draft report

17 from almost two years earlier ---

18 A.   Yes.

19 Q.   --- July 15, 2020, ---

20 A.   Yes.

21 Q.   --- changed the date, changed the addressee and

22 submitted that as your final report?

23 A.   That is correct.

24 Q.   But you didn't do anything in the May 31st, 2022

25 report to update anything that you had done two years



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1 previously?

 2 A.   No, I did not.

 3 Q.   Okay.

 4      Let's look at the report that is the subject of

 5 this case, which is Exhibit A, and it's dated May 31st,

 6 2022?

 7 A.   Okay.

 8 Q.   And at the bottom of that first page of that

 9 report leading over to the second page of that report

10 you identify 11 categories of documents that you

11 reviewed.

12      Do you see that?

13 A.   Yes, I do.

14           ATTORNEY SPIVEY:

15           And Duncan, I'm going to hand her now what

16 will be marked as Exhibit U, which appears as Exhibit U

17 on --- U on your index.

18                     ---

19           (Whereupon, Defendant's Exhibit U, Verified

20           Complaint Packet, was marked for

21           identification.)

22                     ---

23           ATTORNEY BYERS:

24           I seem to be missing that one.  Hold on a

25 second.  Sorry, I had the problem with the name length

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  on the files.  I'm sorry, I thought I had this issue

2  resolved.

3              ATTORNEY SPIVEY:

4              For the record these are Bates stamped

5  MAI001 through 131.

6              ATTORNEY BYERS:

7              All right.

8              For the sake of completeness just give me

9  a minute to correct that.  I think I can fix this

10 problem pretty easily.  I'm still missing a U.  I just

11 re-extracted all the documents and I'm missing it.

12             ATTORNEY SPIVEY:

13             I know it was on the thing that was sent

14 to you this morning, because I saw it.  You had ---.

15             ATTORNEY BYERS:

16             I see it.  I see it listed, but it's not

17 --- it's not part of the documents that extract when

18 you extract the ZIP file, but hold on a second.  I may

19 be able to --- I recognize the Bates numbers, I'm just

20 looking to see I've got those I've extricated the zip

21 folder twice and it doesn't extract.  So I should have

22 QRSS --- all right.

23             Do you want to just take five and I'll ask

24 Casey to send those as attachments to me?

25             ATTORNEY SPIVEY:



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONE**REPORTING.com          Toll Free 855-MYDEPOS

```
 1                  I've already asked her to do that.

 2                  ATTORNEY BYERS:

 3                  Okay.

 4                  ATTORNEY SPIVEY:

 5                  We started quite late and I would like to

 6  keep going.

 7                  ATTORNEY BYERS:

 8                  No, that's fine I don't want you

 9  discussing the document without having me --- it

10  sitting in front of me though.

11                  ATTORNEY SPIVEY:

12                  Well, you have this document in your

13  files.  It was produced by Dr. Maisano long ago in

14  response to a subpoena, which was given to you.  And

15  again the Bates numbers are MAI0001 through 131.

16                  ATTORNEY BYERS:

17                  Yes.  I'm looking for them, but you are

18  not going to talk about IT until I get a chance to

19  compare them.  Sorry that is just the way it is.  It's

20  not my fault that the ZIP file did not extract out the

21  exhibit.

22                  And I'm very, very, cognizant that we

23  started late and I'm very cognizant of your time and

24  your need to get this done.  I understand that.

25                  ATTORNEY SPIVEY:
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              Let me move on to something else and we
 2  will come back to this issue.
 3              ATTORNEY BYERS:
 4              All right.
 5  BY ATTORNEY SPIVEY:
 6  Q.   Ma'am, have you ever written any articles about
 7  post-traumatic stress disorder?
 8  A.   I've written a lot of articles.  I do not recall.
 9  Q.   Okay.
10       If you had written articles about post-traumatic
11  stress disorder they would be listed on your Curriculum
12  Vitae?
13  A.   Some of the articles are there, some of them are
14  not.  I just have a very large list and so to keep them
15  down I put in just what I needed to do.  They are
16  typical of the articles I've written.
17  Q.   Can you identify for me any articles that you have
18  written concerning post-traumatic stress disorder?
19  A.   No.
20  Q.   Do you have any formal academic training in
21  post-traumatic stress disorder?
22  A.   I have clinical training.  On courses on
23  educational level, courses that I have had over time
24  but my role is to keep those credentials up-to-date
25  with my CEUs, and just through experience, a lot of
```



**MILESTONE** | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  experience.

 2  Q.    Can you identify for me though any courses that

 3  you have taken concerning post-traumatic stress

 4  disorder?

 5  A.    I cannot.

 6  Q.    Okay.

 7        Have you ever given any speeches about

 8  post-traumatic stress disorder?

 9  A.    Yes, I have.

10  Q.    When is the most recent time that you gave a

11  speech concerning post-traumatic stress disorder?

12  A.    Right before COVID.

13  Q.    And you said a number of times today.  What do you

14  mean by --- when was COVID in your view?

15  A.    In my view.  It was the very beginning of 2020.

16  Q.    Okay.

17        So if I'm understanding you correctly you gave a

18  speech about post-traumatic stress disorder in late

19  2019?

20  A.    Or somewhere in 2019, yes.

21  Q.    And to whom did you deliver that speech?

22  A.    The last one I think I did was for a large law

23  firm, and they asked me to come in and talk about it.

24  Q.    And what is the name of the law firm?

25  A.    I remember they're a Lancaster County firm.  I do



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  not remember their name.  I'd have to look back on my

2  records.

3  Q.   And did you give the law firm any written

4  materials that related to your speech?

5  A.   No, I did not.

6  Q.   Have you given any other speeches about

7  post-traumatic stress disorder?

8  A.   Yes.

9  Q.   How many times?

10 A.   As specifically covered --- let me be clear, as

11 specifically covered under the Stockholm syndrome that

12 is something that I particularly focused on.  And yes,

13 I have done that to estate planning counsels, to other

14 estate planning counsels in other parts of the country

15 and two, I believe --- well, the attorneys within the

16 estate planning counsels, so I'm not remembering who

17 else.

18 Q.   Is it your belief that post-traumatic stress

19 disorder and Stockholm syndrome are related?

20 A.   Stockholm syndrome is a set of symptoms, if you

21 will, that are part of, yes, post-traumatic stress

22 syndrome.  It doesn't mean that every post-traumatic

23 stress syndrome patient has Stockholm syndrome.  Just

24 that it is one of the many things that can occur.

25 Q.   Have you ever written any books about



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

```
 1  post-traumatic stress disorder?
 2  A.   No, I haven't.
 3  Q.   Have you written any books about Stockholm
 4  syndrome?
 5  A.   No, I haven't.
 6  Q.   Have you received any formal academic training
 7  concerning Stockholm syndrome?
 8  A.   I can't say I have.  I have at some point in time,
 9  but I cannot remember when.
10  Q.   So it's your sworn testimony that you have
11  received academic training concerning Stockholm
12  syndrome, but you're not able to tell me what that
13  academic training was?
14  A.   That's correct.  It could have been in CEUs, it
15  could have been in anything.  I do not recall.
16  Q.   Okay.
17       Now, when I'm talking about ---.
18              ATTORNEY BYERS:
19              Bill, sorry to interrupt, when you're
20  ready to switch back I have Exhibit U.
21              ATTORNEY SPIVEY:
22              Okay.
23  BY ATTORNEY SPIVEY:
24  Q.   Let's jump back to Exhibit U then, Dr. Maisano.
25  And this is Exhibit U right here that I'm handing you
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  now.

2  A.   Okay.

3  Q.   I will represent to you that these are documents

4  that you produced to us in response to a subpoena that

5  we served on you back in 2021.

6       Do you recall producing these to my paralegal,

7  Shannon Casey?

8  A.   I recall having told Mr. Byers and a member of his

9  staff that I no longer have the records of Pam Mathews,

10 so when I wrote the report it ended with the draft

11 report.  I did not hear from Ms. Mathews ever again, so

12 to me it was my responsibility to destroy the records

13 she gave me and I did do that.

14 Q.   Okay.

15 A.   So these were --- and I said this to the

16 attorneys, it was just not something that I had

17 available to me.

18 Q.   Okay.

19      When did you destroy the records that are

20 referenced in both Exhibit A and Exhibit B?

21 A.   I would have destroyed those when I --- after a

22 month or so after I sent her the report the first time,

23 yeah.

24 Q.   Are you disputing that you sent Exhibit U to my

25 paralegal back in 2021?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  A.   I did not send them that I recall.  This is ---
 2  looks relatively new to me.  Some of this may be some
 3  of those medical records.
 4  Q.   My question to you ultimately is, the records that
 5  you reference in your report under subparagraphs 1
 6  through 11 ---
 7  A.   Okay.
 8  Q.   --- are those the total that you referenced in
 9  your opinions?
10  A.   Yes.
11  Q.   And are you able to say whether Exhibit U
12  represents those materials?
13  A.   Exhibit U represents a lot of material that I feel
14  confident I have not seen because just of the sheer
15  volume of it.  But within it is my report, other than
16  that if it does not have --- if there are medical
17  records in it I'm going to assume that I've seen them,
18  but I don't know that I have seen absolutely every
19  medical record.
20  Q.   Let's go at it this way if we can.
21  A.   Okay.
22  Q.   I want you to look at paragraph four in the list
23  of records that you reviewed, and it says a
24  certification of medical records produced by Desert
25  River Solutions on behalf of Dr. John B. Hudson.
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  A.    Uh-huh (yes).

 2  Q.    Do you see that?

 3  A.    Yes.

 4  Q.    And then I want you to turn to page seven of

 5  Exhibit U.

 6  A.    You mean MAI0007?

 7  Q.    Seven.

 8  A.    Okay.

 9  Q.    And you see there that it says certification of

10  records of rarely conducted business activity?

11  A.    Yes, I see that.

12  Q.    And do you see in paragraph two there's a

13  reference to Desert River Solutions and Dr. John B.

14  Hudson?

15  A.    Yes, I see that.

16  Q.    And it says in total we have ingested over 456

17  pages of medical documentation from Dr. John B. Hudson

18  relating to patient Pamela Mathews.  Attached to this

19  affidavit are 12 pages of records from these business

20  records, which is a true albeit redacted and copy of

21  records sourced from our system.

22        Do you see that?

23  A.    Yes, I do.

24  Q.    And then pages 9 through 20 of Exhibit U, are

25  those redacted records?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

```
 1  A.   Okay.

 2  Q.   Do you see that?

 3  A.   Yes, I do.

 4  Q.   Do you have any reason to think that those

 5  materials are not the items that you described in

 6  paragraph four of your expert report?

 7  A.   I do not recall reading 400 and some odd pages of

 8  records.  Everything was just what Ms. Mathews gave me.

 9  Q.   Okay.

10       What Ms. Mathews gave you, how would you describe

11  the quantity of that material?

12  A.   It was fairly minimal.  It wasn't typical of most

13  cases that I review.

14  Q.   And whatever Ms. Mathews sent to you, those were

15  items that Ms. Mathews selected?

16  A.   Yes.

17  Q.   Okay.

18       Did you ask Ms. Mathews for any other materials?

19  A.   I had asked her for her records, the records she

20  had available to her and that's all I had.

21  Q.   But when you received whatever she had sent to

22  you, which your testimony suggested it wasn't a huge

23  amount of documentation, did you ask for more?

24  A.   I don't recall.

25  Q.   Okay.
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     On paragraph ten of Exhibit A it indicates that

2 you receive from Ms. Mathews so-called lawsuit

3 documents dated April 24, 2020.

4     Do you see that?

5 A.   I'm looking for it.

6 Q.   It's paragraph ten.  You just turned passed it.

7 A.   Okay.

8 Q.   Paragraph ten.

9 A.   Oh, right here you're talking about?

10 Q.   Yes.

11 A.   Yes.  That's item ten.  I see that I wrote it.  I

12 must have had them at some point.

13 Q.   Okay.

14     Do you know when the lawsuit that we're sitting in

15 today was filed?

16 A.   I have no idea.

17 Q.   Were you aware that Ms. Mathews has sued Mr. Cole

18 on more than one occasion?

19 A.   I'm aware of this particular action because of my

20 involvement in it.  I don't know of anything else.

21 Q.   If I told you that this lawsuit, the federal court

22 lawsuit in which you're being deposed today was filed

23 on May 10th of 2021, would you have any reason to doubt

24 that?

25 A.   I don't have any reason to doubt it.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Q.   Have you read any of the pleadings from this case,

2  the federal court case filed in 2021?

3  A.   No, I have not.

4  Q.   Your report doesn't reference any pleadings from

5  this case.

6       Correct?

7  A.   That's correct.

8  Q.   All right.

9       And likewise, your report doesn't reference any of

10 the deposition transcripts that have been taken in this

11 case?

12 A.   That's correct.

13 Q.   Okay.

14      Likewise, it doesn't reference any of the

15 documents from Dr. Furbringer's file.

16      Correct?

17 A.   That is correct.

18 Q.   And it doesn't reference any of the other expert

19 reports that have been generated in this case?

20 A.   That's correct.

21 Q.   So whatever your opinions are in Exhibit A they

22 were derived from necessarily the 11 categories of

23 material that you identify here?

24 A.   Yes.  And a contact with Dr. Furbringer --- I

25 don't know if that's the right name.  And I also had


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 | just minimal contact with Pam Mathews.

2 | Q.   All right.

3 |      Let's go at it this way.  Within Exhibit U, which

4 | is the larger category of material here, let me ask you

5 | to turn to pages 76 through 77.

6 |      Do you see that?

7 | A.   Yes, it's a list of apparently different

8 | documents.

9 | Q.   Tell me what you see on page 76 and 77.

10 | A.   It's a list of record review, renewal report,

11 | e-mails and phone calls.  And those on the right-hand

12 | side are notes of mine probably within my billing.

13 | Q.   Okay.

14 |      Pages 76 and 77 came from your office, did they

15 | not?

16 | A.   The material on the right, yes, it appears to be

17 | the case.  The material on the left activity it really

18 | is --- it looks like it's just repeating what I've

19 | said.

20 | Q.   But my point is, your office generated the two

21 | pages that are marked as Bates 76 and 77 within Exhibit

22 | U.

23 |      Correct?

24 | A.   No.  This does not look like anything my office

25 | would produce.


**MILESTONE** | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Q.   Let's go at it this way.

 2              ATTORNEY SPIVEY:

 3              I'm going to show her what has been listed

 4  on your index as Exhibit T.  And these are Plaintiffs

 5  production documents 027303 through 304.  It's actually

 6  a four-page document, three of which are inexplicitly

 7  Bates numbered 304.

 8                        ---

 9              (Whereupon, Defendant's Exhibit T,

10              Documents, was marked for identification.)

11                        ---

12  BY ATTORNEY SPIVEY:

13  Q.   Nevertheless, let me hand you, ma'am, what we'll

14  mark as Exhibit T.

15  A.   Okay.

16              ATTORNEY BYERS:

17              I've got it.

18  BY ATTORNEY SPIVEY:

19  Q.   Let me ask you to turn to the second page of

20  Exhibit T and tell me what that is, please.

21  A.   That's a billing page.

22  Q.   Okay.

23       And your office generated the billing pages that

24  are included in Exhibit T?

25  A.   Yes, that is correct.
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Q.   All right.

2       Who is Teckman@IKORBV.com?

3  A.   She was, at the time, an employee of mine, a

4  clerical person, that I had at IKOR.  And she continued

5  to work with me as I segued into Varna.

6  Q.   And what is that lady's name?

7  A.   Tammy Eckman.

8  Q.   And what is her exact e-mail address there?  I

9  can't really read it?

10  A.   Where?

11  Q.   Upper left-hand corner under Varna?

12  A.   Oh, okay.

13       It's Teckman@IKORBV.com.

14  Q.   What does BV stand for?

15  A.   Brandywine Valley.

16  Q.   Okay.

17       So would you agree with me, ma'am, that your

18  billing statement, which is dated July 17, 2020, which

19  is marked as part of Exhibit T is very similar to Bates

20  Number 76 and 77 within Exhibit U?

21  A.   Yes.

22  Q.   And what is the relationship between Bates number

23  76 and 77 within Exhibit U and your billing statement

24  that is part of Exhibit T?

25  A.   Could you rephrase that, sir?



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 Q. Sure. You recognize that these two documents are

2 largely duplicative of each other?

3 A. Yes.

4 Q. What is the relationship between the documents, if

5 you know?

6 A. This one is a document of a bill.

7 Q. You're talking about T?

8 A. T. And U is just a regurgitation of what was in

9 my billing.

10 Q. Okay.

11     If I told you that pages 76 and 77 were a

12 pre-bill, if you will, a mechanism by which you kept

13 track of what you were doing as you went through an

14 engagement, would you have any reason to disagree with

15 that?

16 A. That 76 and --- pages under U, 76 and 77?

17 Q. Right.

18 A. Well, they're noted as Practice Panther. These

19 would have been generated by Tammy Eckman, because I

20 had Practice Panther at the time. I don't know that

21 they would have been generated as notes because they

22 say exactly the same thing as the billing statements

23 do.

24 Q. Okay.

25     But I think you now told me what I was asking you.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  Tammy Eckman or someone in your office generated 76 and

 2  77 within Exhibit U?

 3  A.    Yes.

 4  Q.    And somehow or another pages 76 and 77 within

 5  Exhibit U became the bill that is in Exhibit T?

 6  A.    That's correct.

 7  Q.    And if we look at Exhibit T, that tells us the

 8  dates on which you performed activities for which you

 9  bill.

10        Correct?

11  A.    They are --- well, that's a good question.  I

12  don't know --- well, she issued it on 2017 of 2020.  I

13  would say some of them are reflective of a date that it

14  happened.  I don't know --- it does not note --- the

15  last thing it notes --- oh, in the completed report,

16  okay.  It has got to be somewhat close to that.  There

17  is a way that if you do the billing that if it was

18  printed out at a different time it would print with

19  that current date.

20  Q.    All right.

21        Let's do it this way, ma'am, on the first page of

22  your bill it has bill number 17066.

23        Correct?

24  A.    Yes.

25  Q.    And the issue date is July 17th, 2020?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.   Yes.

 2  Q.   Right?

 3  A.   Yes.

 4  Q.   That's the day you created that bill?

 5  A.   That was the day it was printed.

 6  Q.   Right.  And then if we look at the second page of

 7  your bill, your last time entry is recorded on July

 8  17th, 2020.

 9       Correct?

10  A.   That is what it says, yes.

11  Q.   And your total charges for this engagement were

12  $8,575.

13       Correct?

14  A.   That is correct.

15  Q.   And the total time spent was 24.5 hours?

16  A.   That is correct.

17  Q.   And you billed at the rate of $350 an hour?

18  A.   Yes.

19  Q.   And on the second page of your bill it looks like

20  Ms. Mathews paid you $3,500?

21  A.   That was my retainer.

22  Q.   And if you remember or know, how was that paid to

23  you?

24  A.   I think by a check.  I don't recall any credit

25  cards or anything of that nature.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Q.   So after you applied that retainer, there was a
 2  balance owed of $5,075?
 3  A.   That's correct.
 4  Q.   And then if we look at the last page of Exhibit T
 5  we see a check from Plaintiff's attorney to you for
 6  $5,075?
 7  A.   That is correct.
 8  Q.   And that check is dated June 1st, 2022?
 9  A.   Yes.  That is correct.  That is correct.
10  Q.   And did you issue an invoice to the Patten, Wornom
11  Firm for that balance?
12  A.   I don't believe I did, because this bill was
13  initially done under a program called Practice Panther,
14  which I do not use any longer, but Pam would have had a
15  copy of the invoice.
16  Q.   So you received the check from Plaintiff's
17  attorney in the amount of $5,075?
18  A.   That is correct.
19  Q.   And when did you receive that?
20  A.   Well, it says June 1 is when it was dated, issued
21  probably sometime first or second week in June.
22  Q.   And on that same page, it has a copy of the law
23  firm check.  Do you see at the bottom there's an
24  invoice date, it says 5/23/22?
25  A.   Yes, I do see that.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1 Q.   Do you have any idea what that relates to?

2 A.   Possibly when they got the bill.

3 Q.   And that would have been from you?

4 A.   No, I don't recall giving them a bill that was in

5 Practice Panther.  It was probably destroyed with all

6 of my other records.

7 Q.   Is it fair for me to believe then that once you

8 received this payment from Plaintiff's firm in the

9 amount of $5,075, you then took your draft report from

10 July 15 of 2020, you re-dated it as May 31st, 2022 and

11 then issued it as your report?

12 A.   Yes.  Yes.

13 Q.   Did you do any additional analysis between July

14 15, 2020 and May 31st, 2022 relative to your opinions?

15 A.   No, I did not.

16 Q.   And all of the work that you did in connection

17 with this engagement is described on your billing

18 statement here that's part of Exhibit T?

19 A.   Yes.  If it's reflecting --- yeah, she only --- I

20 think she only received one bill from me.

21 Q.   Did you undertake any investigation to determine

22 whether there were other papers that had been filed in

23 the lawsuit that's mentioned in category ten of your

24 expert report?

25 A.   No, I did no further investigation.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1   Q.   Did you look in the public records of any kind ---

2   A.   No.

3   Q.   --- to find anything out about Ms. Mathews?

4   A.   No, I did not.

5   Q.   Are you aware that Ms. Mathews remarried in

6   February of 2021?

7   A.   I saw that in some records, yes.

8   Q.   Do you know what Ms. Mathews' current name is?

9   A.   I don't recall.

10  Q.   Do you know how many times Ms. Mathews has been

11  married?

12  A.   A few.

13  Q.   Do you know how many?

14  A.   No, I do not.

15  Q.   Do you know if Ms. Mathews has ever alleged that

16  one or more of her prior husband's committed domestic

17  violence against her?

18  A.   Am I aware of that?

19  Q.   Yes.

20  A.   Yes.  From the reading, yes.

21  Q.   And what did you read to become aware of that?

22  A.   Much of it, the depositions which I just obtained.

23  Q.   When did you just obtain the depositions?

24  A.   Two days ago, three days ago.

25  Q.   And from whom did you obtain them?



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  A.   Mr. Byers.

2  Q.   And whatever you received from Mr. Byers was not

3  the predicate upon which you formed your report?

4  A.   No, not at all.

5  Q.   Did you --- did Mr. Byers send you information

6  that made you aware of the number of lawsuits that Pam

7  Mathews has been involved in over the years?

8  A.   No.

9  Q.   As you sit here today do you have any idea how

10 many lawsuits she has been involved in over the years?

11 A.   I know she was involved in a few because of the

12 divorces.  Other than that, no, I don't know.

13 Q.   Did you see anything or did Pam Mathews tell you

14 anything about her childhood history?

15 A.   No, she did not.

16 Q.   Did you at any time know that Pam Mathews had a

17 failed teen pregnancy?

18 A.   I knew that when I read the depositions.

19 Q.   Which deposition did you know when you read that?

20 A.   Well, the issue was discussed in, I believe,

21 almost every one of them that I saw.  So I can't tell

22 you where I first saw it, but it was reiterated and ---

23 reiterated.

24 Q.   Is that something that you would have wanted to

25 know at the time that you prepared your draft report?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  A.    No, no.
 2  Q.    Would Ms. Mathews history of allegedly being the
 3  victim of domestic violence have been something that
 4  you would have wanted to know?
 5  A.    I don't think it was relevant for the topic.
 6  Q.    Did you have any understanding at the time you
 7  prepared your report about Ms. Mathews' dependence on
 8  prescription medications?
 9  A.    Can you repeat that for me, sir?
10  Q.    Yes, at the time that you prepared the report
11  that's a part of Exhibit A, are you aware of Ms.
12  Mathews' dependants on prescription medications?
13  A.    No, I was not.
14              ATTORNEY BYERS:
15              Object to the form.
16  BY ATTORNEY SPIVEY:
17  Q.    At the time you prepared your report, did you have
18  any awareness of Ms. Mathews arrest for drunk driving?
19  A.    No, I did not.
20  Q.    At the time you prepared your report, which is
21  part of Exhibit A, did you have any information
22  concerning Pam Mathews general usage of alcohol?
23  A.    No, I did not.
24  Q.    At the time you wrote your report did you have any
25  understanding of her ex-husband suggesting that Pam
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Mathews had been diagnosed with bipolar syndrome?
 2  A.   Did I know about it?
 3  Q.   Yes.
 4  A.   At the time I wrote my report, no.
 5  Q.   At the time you wrote your report did you know
 6  that Pam Mathews was estranged from her adult son?
 7  A.   No.
 8  Q.   At the time you wrote your report were you aware
 9  that Ms. Mathews was estranged from both of her
10  sisters?
11  A.   No, I did not.
12  Q.   At the time you wrote your report, did you have
13  any awareness of Pam Mathews' family's mental health
14  history?
15  A.   No, I did not.
16  Q.   Did you know that Pam Mathews' mother had been
17  institutionalized for mental problems?
18  A.   I did not.
19  Q.   Did you know anything about Pam Mathews'
20  grandmother having mental health problems?
21  A.   No, I did not.
22  Q.   Would you agree with me that mental health
23  problems can sometimes be genetic in nature?
24  A.   There are some, they're pretty rare, but there are
25  some.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Q.   Did you ever speak to Dr. John Hudson?

 2  A.   No.

 3  Q.   Do you know who Dr. John Hudson is?

 4  A.   He was one of her doctors based on the data that

 5  I've read, yes, but I did not speak to him.

 6  Q.   Now, have you read Dr. Hudson's deposition prior

 7  to today?

 8  A.   I believe I did.  I do a lot of cramming.  I

 9  believe I did, yes.

10  Q.   Okay.

11       Did somebody ask you to cram for your deposition?

12  A.   No, I wanted to be prepared for today.

13  Q.   And are you billing somebody for whatever cramming

14  you did?

15  A.   Yes.

16  Q.   And who are you billing?

17  A.   I'm billing --- well, I guess Ms. Mathews but

18  billing it through Mr. Byer.

19  Q.   And what are the terms of your agreement relative

20  to the cramming time?

21  A.   Oh, that's irrelevant.  That was my desire, so

22  it's $350 an hour.

23  Q.   Your rate hasn't changed?

24  A.   I'm sorry?

25  Q.   Your rate hasn't changed?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.   No, it has not changed.

 2  Q.   Let's go back to Exhibit A, if we can, which is

 3  your part of your expert report, ---

 4  A.   Okay.

 5  Q.   --- please, ma'am?

 6  A.   Yeah.  Yes, sir.

 7  Q.   And I want to look at the document.  It's actually

 8  the eight physical page of the exhibit.

 9  A.   Okay.

10  Q.   It's marked as Exhibit B and it's your Curriculum

11  Vitae.

12  A.   Yes.

13  Q.   Do you see that?

14  A.   I do.

15  Q.   And is that the Curriculum Vitae that you're

16  currently using?

17  A.   Yes.  Nothing has changed in substance at all.

18  Q.   Okay.

19       I notice in the lower left-hand corner of the

20  first page that it was revised June 2020?

21  A.   Uh-huh (yes).

22  Q.   Do you see that?

23  A.   Yes, I do.

24  Q.   Is that the last time your CV was updated?

25  A.   It is the last time --- yes, it was.  Actually it
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   was.

 2   Q.   Okay.

 3   A.   My patent has since been received, so it is a

 4   patent, the last item under the first page --- under

 5   the first page of the Vitae.  It talks about a Halo

 6   watch.

 7   Q.   Okay.

 8   A.   I have the patent for that now.

 9   Q.   Okay.

10        Let me go to the second page of your CV, and under

11   education there is a reference to Master's degree and

12   your DHs degree.

13        Do you see that?

14   A.   Yes, I do.

15   Q.   And you don't list the schools from which you

16   received those degrees.

17        Right?

18   A.   You're right.  I didn't.

19   Q.   Is there a reason you didn't do that?

20   A.   No, I just noticed that actually.

21   Q.   I'm looking at the certifications that you have

22   listed here.

23   A.   Uh-huh (yes).

24   Q.   Are the acronyms that you've listed under your

25   certifications accurate?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  A.   Yes, they are.  ACCM --- yes, it does not include

2  --- oh no, it does.  ABDA, yes.

3  Q.   Do you have any certifications in post-traumatic

4  stress disorder?

5  A.    No, I do not.

6  Q.   Do you have any certifications in Stockholm

7  syndrome?

8  A.    No, I do not.

9  Q.    I'm looking at the next page which is the tenth

10 physical page of Exhibit A and there's a listing of

11 your honors.

12 A.    Uh-huh (yes).

13 Q.   Do you see that?

14 A.   Yes, I do.

15 Q.   Have you received any honors subsequent to 1997?

16 A.   No formal honors, no.

17 Q.   And then at the bottom of that 10th page, carrying

18 over to the 11th and 12th page, there is a list of your

19 presentations and publications.

20      Do you see that?

21 A.   Yes, I do.

22 Q.   Of those publications, how many of them did you

23 actually write?

24 A.    I believe I wrote them all.  In the course of my

25 documents there have been --- or articles there have



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  been people who have written about me, but no, I

2  believe I have written every one of these.

3  Q.   Okay.

4       And are there any new presentations or

5  publications that you have prepared subsequent to June

6  of 2020?

7  A.   No.

8  Q.   So this listing of your presentations and

9  publications is up-to-date?

10 A.   Per COVID, yes, it is.

11 Q.   Do you see anything in the presentations and

12 publications that addresses post-traumatic stress

13 disorder?

14 A.   No.

15 Q.   Do you see anything in the presentations and

16 publications that addresses Stockholm syndrome?

17 A.   Yeah, they're not there.  The presentations to the

18 groups I mentioned to you earlier.

19 Q.   They're not listed.

20      Correct?

21 A.   No.  And thank you, I will make sure I list them.

22 Q.   When you prepared your expert report what

23 methodology did you use to arrive at your conclusions?

24 A.   In a way, the same ones that are used.  That's the

25 DSM-IV and V level.  I based it on our discussion and



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1 the records and reading the things that have been said

2 in records, and my conversation with Dr. Furbringer ---

3 is that how you say it?  Yes.  So those were the items

4 that I used.  And to really understand, you have to

5 understand the symptoms, do you know what I mean, that

6 makeup Stockholm syndrome or post-traumatic stress

7 disorder.

8 Q.    In your report did you mention DSM-V?

9 A.    No, I didn't.

10 Q.    Did you mention DSM-IV?

11 A.    No.

12 Q.    Did you explain in your report how you applied the

13 teachings of those two things to your conclusions?

14 A.    No, I didn't.

15 Q.    When is the last time you spoke to Pam Mathews?

16 A.    When she first retained me, that was the only time

17 I have ever spoken to her.

18 Q.    So you have not spoken to her recently?

19 A.    No, not at all.

20 Q.    In your report in the very last paragraph you say

21 the records show these episodes began at least as of

22 February 12, 2017 until sometime in September of 2019.

23 There is no question that the PTSD did not exist before

24 2/12/17.  Ms. Mathews' medical records contain none of

25 the medication which treats depression, anxiety until



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   after 2/12/17.

 2   A.    That's correct.

 3   Q.    Did you review any of Ms. Mathews' medical or

 4   other data before 2017?

 5   A.    That was dated before 2/12/2017?

 6   Q.    Yes.

 7   A.    Yes, sir, I did.

 8   Q.    And what did you review?

 9   A.    I read --- reviewed doctors records primarily.

10   Q.    Which doctors records?

11   A.    The ones that I had.  I have to look at the list

12   again.  Dr. Hudson, Desert River Solutions on behalf of

13   Dr. Hudson, cardiac report which has nothing to do with

14   this, and that's all.  So her doctors.

15   Q.    And I think you the testified earlier that

16   whatever you received from Dr. Hudson was pretty

17   minimal?

18   A.    That's correct.

19   Q.    You never spoke to Dr. Hudson?

20   A.    No, I did not.

21   Q.    You never had Dr. Hudson's complete medical

22   records?

23   A.    I don't know if I did.  I honest --- I reviewed

24   what I got.  And there were records before 2/12/2017.

25   Q.    But it's your testimony you didn't receive all of
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  his records?

2  A.   Not that I know of.  I have no substantiation for

3  that.

4  Q.   You don't reference in your report the specific

5  records that you relied on?

6  A.   Just other than listing them, yes, that's all I

7  did, list them.

8  Q.   All right.

9       What analysis did you undertake to rule out the

10 possibility that someone other than Bryan Cole was the

11 cause of Ms. Mathews alleged PTSD?

12 A.   Okay.

13      Can you repeat that for me, please?

14 Q.   Yes.  What analysis did you engage in to rule out

15 the possibility that Ms. Mathews' purported

16 post-traumatic stress disorder was caused by somebody

17 else?

18 A.   The only data that I really counted on was the

19 records of her doctor --- doctors.  So what they told

20 me was that there wasn't anything before February of

21 2017.  I'm looking at prescription records and notes

22 taken in the office, so no, I did not see anything at

23 all before February 12, 2017.

24 Q.   But you acknowledge you never had all of Ms.

25 Mathews' medical records prior to 2017?



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  A.   Well, I had enough, I'm sure, that told me that

2  there was a period and then it hit a wall in February

3  12, 2017, so I had to have looked at other records

4  prior to that and seen no mention, no mention of --- I

5  don't even believe a mention of PTSD was there,

6  definitely no medications were there to treat anything

7  like that, so that's what I went on.

8  Q.   You relied only on what Ms. Mathews said to you.

9       Right?

10 A.   That's correct.

11 Q.   Have you ever testified as an expert witness on

12 the issue of post-traumatic stress disorder?

13 A.   Yes, I have, in the context of guardianship.

14 Q.   And when did you do that?

15 A.   Oh, quite a few times over time.  I don't remember

16 the exact dates of it.

17 Q.   I want you to tell me every case in which you have

18 been recognized as an expert witness on post traumatic

19 stress disorder?

20 A.   Tell you every case.  I do not know, sir.

21 Q.   Okay.

22      Have you ever testified as an expert witness on

23 Stockholm syndrome?

24 A.   No, I do not believe so.

25 Q.   And you don't have a list of all the cases that



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  you have testified in, whether at trial or by

2  deposition over the past four years?

3  A.   I have not really done any other than October of

4  2020.  That was the deposition.  Other than that

5  everything shutdown pretty much after I started the

6  company.

7  Q.   Right.  But you don't have a list of all the cases

8  in which you've testified?

9  A.   You mean the prior ones?

10  Q.   Yeah.

11  A.   No, I don't actually.

12  Q.   So if somebody asked you to identify the cases in

13  which you have been recognized as an expert witness on

14  the issue of post-traumatic stress disorder, could you

15  do that?

16  A.   I don't know.  That's a good question.  But sir, I

17  want to be accurate about one thing, you asked me about

18  the Stockholm syndrome, did I ever testify as an

19  expert, and yes, actually I remember the situation now.

20  It was in Chester County Court, Court of Common Pleas,

21  and it dealt with a woman and her three children,

22  daughter and two sons.

23  Q.   When did you do that?

24  A.   I --- that would have been probably 2018, 2018 or

25  so.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  Q.   Do you have any records relating to that ---
 2  A.   No.
 3  Q.   --- engagement?
 4  A.   No.
 5  Q.   Do you know how many times Ms. Mathews has alleged
 6  to be the victim of domestic violence?
 7  A.   No, I don't.
 8  Q.   Do you know how many times Ms. Mathews has
 9  threatened suicide?
10  A.   Only from the records.
11  Q.   The records you saw?
12  A.   The deposition records ---
13  Q.   Okay.
14  A.   --- that I just read, yes.
15  Q.   But other than that, you don't have any
16  independent knowledge of how many times she has
17  threatened suicide?
18  A.   No, I do not.
19  Q.   Do you know that she threatened suicide prior to
20  ever meeting Bryan Cole?
21  A.   No, I did not.
22  Q.   Do you know how many times Ms. Mathews has called
23  the police on her husband?
24  A.   I don't know how many times.  I saw it throughout
25  the deposition records.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1   Q.   And again, the deposition records that you are

2   referring to are not the predicate for your expert

3   report?

4   A.   No, I just read them.

5   Q.   You crammed for those?

6   A.   Well, I had to read them in a short period of

7   time.  They were pretty lengthy.

8   Q.   Are you aware of the number of times that Ms.

9   Mathews has been arrested?

10  A.   Only from the depositions.

11  Q.   And that wasn't part of your analysis?

12  A.   No, it was not.

13              ATTORNEY SPIVEY:

14              I'm going to show her what will be marked

15  as Exhibit R, Duncan.

16                       ---

17          (Whereupon, Defendant's Exhibit R, E-Mail,

18              was marked for identification.)

19                       ---

20              ATTORNEY BYERS:

21              Yeah, I'm pulling it up right now.  I ---

22  it's identified in the list as --- oh, I'm sorry.  I'm

23  sorry, yes, I have it.  I had to expand it.

24  BY ATTORNEY SPIVEY:

25  Q.   Dr. Maisano, I'm handing you what has been marked

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  as Exhibit R?

 2  A.    Okay.

 3  Q.    This appears to be an e-mail from Pam Mathews to

 4  Bryan Cole dated May 2nd, 2018?

 5  A.    Okay.

 6  Q.    Had you ever seen this before?

 7  A.    Not that I can recall, no.

 8  Q.    Okay.

 9        Did you see this when you crammed for today's

10  deposition?

11  A.    No, I did not.

12  Q.    In paragraph 1 of Exhibit R, it says I claim that

13  you gave me PTSD this is not the case.  Through a lot

14  of therapy I realized that I indeed had the PTSD long

15  before I met you.  The PTSD was only diagnosed after

16  meeting you, but by my actions only and not yours.  I

17  am sincerely sorry for ever making that statement.  It

18  has come to my attention that I made this statement

19  about you that was completely false and wanted to put

20  it in writing after thinking about it today?

21  A.    I see that, yes.

22  Q.    Is that something that you would have wanted to be

23  aware of as you prepared your expert report that has

24  been marked as Exhibit A?

25  A.    I wasn't --- when I created my report I was not to



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  point fingers of anyone.  It was simply to tell her

2  what had happened and what my opinion of it was.  So it

3  really --- it really wouldn't have made a lot of

4  difference especially given the memory issues that are

5  part and parcel of dissociative disorder as well as

6  PTSD.

7  Q.   So is it your sworn testimony today that Exhibit R

8  would have had no impact at all on your ---?

9  A.   Well, I haven't read it all, so I don't know.  You

10 read me number one, and to me the person could be

11 saying this to --- to make nice to someone, to ---

12 especially if it's a person who's feeling very

13 vulnerable.

14 Q.   Would you have wanted to at least know of the

15 existence of this document as you prepared your expert

16 report?

17 A.   Again, I don't know what the rest of the report is

18 about --- this letter is about, but she realized that

19 she had PTSD long before I met you, so she had PTSD.

20 And you know, you can --- you can cause it --- you can

21 cause an individual to go back in time with PTSD by

22 something that occurs in the present time.

23 Q.   Take all the time you want to read Exhibit R, my

24 question is, is that something that you would have

25 wanted to be aware of at the time you prepared your



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  report?

 2                        ---

 3  (WHEREUPON, WITNESS REVIEWS DOCUMENT.)

 4                        ---

 5            THE WITNESS:

 6            Okay.

 7            I've read it.

 8  BY ATTORNEY SPIVEY:

 9  Q.   Is that something that you would have wanted to be

10  aware of at the time you wrote your report?

11  A.   I would have wanted to know about it --- as it

12  supports the Stockholm syndrome issue.

13  Q.   Would you have wanted to know about it from the

14  standpoint that it relates to Ms. Mathews' statements

15  about alcohol?

16  A.   Again, this is a person telling me I don't know if

17  this is really accurate.  She is saying that.  There

18  are people who say a lot of things when they're upset

19  and feeling under the stress of post-traumatic stress.

20  Q.   Would you have wanted to know the comment my

21  problem is when I get drunk I blackout and don't

22  remember anything that I have done?

23  A.   Well, I've never met anyone or dealt with anyone

24  who has an alcohol problem who blacks out and remembers

25  everything that happened ergo that's what blackout

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  means.  I know nothing.

 2  Q.   But would you have wanted to know that as you were

 3  opining as you did?

 4  A.   I would have probably looked at it as her trying

 5  to self medicate.  Alcohol is used as a form of self

 6  medication for people in a lot of stressful situations.

 7  Q.   But when you wrote your report you had no

 8  information relative to Ms. Mathews' alcohol use?

 9  A.   That's correct.

10              ATTORNEY SPIVEY:

11              I'm going to hand her what will be marked

12  as Exhibit V, as in victor.  Tell me when you have it,

13  please.

14                        ---

15          (Whereupon, Defendant's Exhibit V, SEAK's

16          Directories Document, was marked for

17          identification.)

18                        ---

19              THE WITNESS:

20              Uh-huh (yes).

21              ATTORNEY BYERS:

22              I got it.

23  BY ATTORNEY SPIVEY:

24  Q.   Ma'am, I'm handing you what has been marked as

25  Exhibit V.  I will represent to you that this is your



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  profile as it exists on a website called SEAK.com,

2  S-E-A-K, .com.

3      Do you have any reason to doubt that?

4  A.   No, not at all.

5  Q.   What is SEAK.com?

6  A.   SEAK is a website that brings together people with

7  different expert abilities and attorneys or whoever is

8  looking for them.

9  Q.   And do you have to pay some fee to SEAK to appear

10  on their website?

11  A.   Just as I would in any advertising system.

12  Q.   This is a marketing thing for you?

13  A.   It's a thing --- yeah, it's to tell people that

14  I'm out there.

15  Q.   And how long have you been affiliated with SEAK?

16  A.   Just since I started the business.

17  Q.   The business being Varna?

18  A.   Varna, yes.

19  Q.   And the information that appears on Exhibit V,

20  that's information that you provided to SEAK?

21  A.   Yes.

22  Q.   And the information that you provided is true and

23  correct?

24  A.   To the best of my recollection and knowledge, sir.

25  Q.   Did you get to proofread whatever was posted on



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  the website?

 2  A.    In 2019, yes.

 3  Q.    At some point before they published it, you got a

 4  chance to sign off on it and say yes, this is good to

 5  go?

 6  A.    Yes.

 7  Q.    And you did that?

 8  A.    I believe that I did, yes.

 9  Q.    Do you know why Sheffield State is not correctly

10  listed under your education?

11  A.    Sheffield University.

12        Okay.

13        It's there.

14  Q.    Is that how you spell Sheffield?

15  A.    I believe so.  S ---.

16  Q.    That's the correct spelling of Sheffield?

17  A.    Yes.  Yes, sir.

18  Q.    All right.

19        And it says here that you have been deposed or

20  testified in the last four years 20 times.

21        Do you see that?

22  A.    Okay.

23        And that was before 2019, and it's deposed and

24  testified, yes.

25  Q.    Right.  Do you think that is accurate?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.    I think that's accurate.

 2  Q.    Do you see anything on Exhibit V that makes any

 3  reference to post-traumatic stress disorder?

 4  A.    No, I do not.

 5  Q.    Do you see anything on Exhibit V that makes any

 6  reference to Stockholm syndrome?

 7  A.    No, I do not.

 8  Q.    Are the acronyms at the top of Exhibit V accurate?

 9  Are there any mistakes in there?

10  A.    No, that is correct.

11  Q.    Those are all accurate?

12  A.    Uh-huh (yes).

13  Q.    Is that a yes?

14  A.    Yes.  Yes, sir, sorry.

15  Q.    Is there a reason that the acronyms that appear on

16  your expert report are incorrect?

17  A.    A typing error is all I can consider it to be.

18  Q.    And that would have been your typing error?

19  A.    Yes.

20              ATTORNEY SPIVEY:

21              Duncan, I'm going to hand her what we'll

22  mark as Exhibit X, which is a printout of Sheffield

23  State University.

24                        ---

25              (Whereupon, Defendant's Exhibit X, Sheffield
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                State University Packet, was marked for

 2                identification.)

 3                         ---

 4                ATTORNEY BYERS:

 5                Got it.

 6                THE WITNESS:

 7                May I clarify something?  You asked me if

 8  this shows any idea of Stockholm syndrome, my Vitae or

 9  the information from SEAK.  And I would tell you that

10  someone could say abuse of the elderly, financial and

11  physical is what I testified.

12  BY ATTORNEY SPIVEY:

13  Q.   Would be what?

14  A.   Stockholm syndrome.

15  Q.   Somebody could say that, ---

16  A.   Could say that, yes.

17  Q.   --- but you didn't say that?

18  A.   I wouldn't have used those terms.

19  Q.   The point is on the SEAK website you don't hold

20  yourself out as being an expert in PTSD?

21  A.   Never.

22  Q.   And you don't hold yourself out to being an expert

23  in Stockholm syndrome?

24  A.   Never.

25  Q.   Let's go to Exhibit X, which should be in front of
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  you.  I will represent to you that this is a printout

2  of what I found online about Sheffield State

3  University.

4      Does Exhibit X identify the institution from which

5  you obtained your Master's degree?

6  A.   I am almost certain that is correct.

7  Q.   Okay.

8      Why do you have any doubt?

9  A.   Because clearly my spelling is terrible.

10  Q.   Your spelling is terrible where?

11  A.   Sheffield.  And you asked me to verify that that

12  is how you spell Sheffield.

13  Q.   On Exhibit V Sheffield is misspelled?

14  A.   Yes, or one of these, yes.

15  Q.   Okay.

16      And in Exhibit V it doesn't say Sheffield State

17  University?

18  A.   That's correct.  It doesn't.

19  Q.   And you told me at the outset of early on in the

20  deposition that you went to Sheffield State?

21  A.   Yes.

22  Q.   So is that where you went to school?

23  A.   That's where I went to school.

24  Q.   Can you explain why you would have the wrong

25  university listed on your marketing credential in



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

1  Exhibit V?

2  A.    Actually, no, I don't.

3  Q.    To your knowledge, is Sheffield State University

4  accredited?

5  A.    I don't know.

6  Q.    As you sit here today you have no idea if your

7  Master's degree is from an accredited institution?

8  A.    No, and if I graduated from Harvard I wouldn't

9  have an accredited degree either.

10  Q.    I'm not asking about your degree, I'm asking about

11  the institution.  Do you know whether Sheffield State

12  University is an accredited institution?

13  A.    I would imagine it is.

14  Q.    When you say you imagine it, what do you base that

15  on?

16  A.    I don't know what it takes to get accredited.

17  Q.    Have you ever investigated whether Sheffield State

18  is an accredited institution?

19  A.    No, and nor has any attorney ever asked me to do

20  that.  I would have been happy to.

21  Q.    The phone number that appears on the first page of

22  Exhibit V have you ever called that number?

23  A.    That's my cellphone number 302 --- V.  Yes, my

24  ---.

25  Q.    I'm sorry.  I apologize, I meant X.  I apologize.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  A.    Oh.

 2  Q.    I apologize.  In Exhibit X ---

 3  A.    Yeah.

 4  Q.    --- there's a phone number for Sheffield State

 5  University 440-922-6411, have you ever called that

 6  number?

 7  A.    I don't remember calling that number.

 8  Q.    When you paid for your programs at Sheffield

 9  State, do you recall how you did that?

10  A.    Most of it by credit card, I believe.

11  Q.    I see on the last page of Exhibit X that they

12  accept payment via PayPal and a number of credit cards.

13  Do you recall which mechanism you used to get your

14  credentials?

15  A.    As I said, a credit card I feel pretty confident.

16  Q.    Were you doing your Master's program and your

17  Ph.D. program --- I said Ph.D., DHs program

18  simultaneously?

19  A.    No, I would not say that.

20  Q.    Do you have pieces of paper issued by Sheffield

21  State University that bestow upon you one or more

22  diplomas?

23  A.    Uh-huh (yes).  Yes, I do.

24  Q.    Is that a yes?

25  A.    Yes.
```



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  Q.   And you have those diplomas?
 2  A.   I should.  I've moved a lot in the last two years,
 3  but I should.
 4  Q.   Did you participate in any graduation ceremonies
 5  from Sheffield State?
 6  A.   No, I did not.
 7  Q.   Do they have graduation ceremonies?
 8  A.   Honestly, I don't know.
 9  Q.   Has the media ever done any articles on you in
10  terms of purporting to have a degree from a so-called
11  diploma mill?
12  A.   I said that?
13  Q.   No, no.  Are you aware of the media running any
14  articles about you contending that you have degrees
15  from a so-called diploma mill?
16  A.   The only thing I can remember is while I was
17  running the second time someone went to the daily local
18  and told them it was a --- it was a diploma mill.
19  Q.   And who was that, if you know?
20  A.   I don't remember.  The party said, the party told
21  me about it.
22  Q.   When were you running on this occasion?
23  A.   It was --- I was running in 2021 and I took office
24  this time in 2022, January.
25  Q.   Let me back up and make sure I understood you
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1  correctly.  I think you told me that you were first the
 2  treasurer of Chester County in 2016?
 3  A.   Yes, that's when I was elected.
 4  Q.   And that was a four-year term.
 5       Correct?
 6  A.   Uh-huh (yes).  Yeah.
 7  Q.   And so your first term ended in approximately
 8  2020?
 9  A.   No, it didn't.  They overlap each other.  When you
10  run for re-election you're in office at the time.
11  Q.   Sure.
12  A.   So for me it was four years the first time and now
13  I'm in the first year of my four year term, second
14  four-year term.  Those are the dates.
15  Q.   When would you have been running for re-election?
16  A.   I began running for re-election in 2020.
17  Q.   And when was the election?
18  A.   November 2021.
19  Q.   2021.  Okay.
20             ATTORNEY SPIVEY:
21             Let me mark, Duncan, what we'll designate
22  as Exhibit W.
23                        ---
24        (Whereupon, Defendant's Exhibit W, Article,
25        was marked for identification.)
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                        ---

 2              ATTORNEY BYERS:

 3              Got it.

 4  BY ATTORNEY SPIVEY:

 5  Q.   Dr. Maisano, I will hand you what has been marked

 6  as Exhibit W.  Have you seen this before?

 7  A.   No, I haven't.

 8  Q.   This is an article that apparently ran in the

 9  Broad and Liberty, do you know what that is?

10  A.   It's an online political newspaper.

11  Q.   Okay.

12       And do you know a gentleman named Todd Shepherd?

13  A.   No, I do not.

14  Q.   S-H-E-P-H-E-R-D?

15  A.   No, I do not.

16  Q.   Do you recall how much in tuition that you paid to

17  Sheffield State for your Master's degree?

18  A.   No, sir, I don't.

19  Q.   Was it over a thousand dollars?

20  A.   I think it was over that, but I don't recall, so I

21  don't want to miscommunicate.

22  Q.   When you got your DHs certification, do you know

23  if that was under a thousand dollars?

24  A.   I don't believe that it was, but I don't remember.

25  Q.   The reason I'm asking you is, at the bottom of
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Exhibit W there's a quote that says next I try the

2  State University of Sheffield, which also charges $449

3  for a doctorate degree, although the summa cum laude

4  designation is an extra $100, do you see that?

5  A.   I see it.  I don't know who they're talking about.

6  Q.   Is --- was your enrollment at Sheffield State on

7  any basis like that?

8  A.   No.  And I would have remembered if I paid $100

9  for something.

10 Q.   Exhibit W says that this website attempted to gain

11 clarification from you about your educational

12 background, including attempts to obtain comment via

13 the county spokeswoman.

14      Do you see that?

15 A.   Okay.

16 Q.   Do you recall that happening?

17 A.   No, actually I was never contacted about this.

18 Q.   If you would have been aware of this, would you

19 have responded to it?

20 A.   No, it's a political season.

21           ATTORNEY BYERS:

22           Bill, when you get to a convenient

23 stopping break can we take a bathroom break.

24           ATTORNEY SPIVEY:

25           Yes.  Let's do it right now.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              ATTORNEY BYERS:

 2              Okay.  Very good.

 3              VIDEOGRAPHER:

 4              Going off the record at 12:14.

 5  OFF VIDEO

 6                        ---

 7  (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)

 8                        ---

 9  ON VIDEO

10              VIDEOGRAPHER:

11              We're back on the record at 12:20 p.m.

12  BY ATTORNEY SPIVEY:

13  Q.  Dr. Maisano, we're back after a break.  I'm

14  handing you what will be marked as Exhibit C to your

15  deposition transcript.

16                        ---

17         (Whereupon, Defendant's Exhibit C, Draft

18         Report, was marked for identification.)

19                        ---

20  BY ATTORNEY SPIVEY:

21  Q.  And I want to be clear on something, your expert

22  report didn't become final until May 31st of 2022.

23      Is that right?

24  A.  That's right.

25  Q.  So prior iterations of that document had been
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  drafts?

 2  A.    Yes.

 3  Q.    And they were drafts because you hadn't been paid

 4  for your services?

 5  A.    That's correct.

 6  Q.    And only when you got paid were you then

 7  comfortable making the draft report a final report?

 8  A.    Yes.

 9  Q.    Did you ever authorize Pam Mathews to use, in any

10  proceeding, your draft report?

11  A.    No.

12  Q.    Are you aware of Pam Mathews doing that?

13  A.    No.

14  Q.    If you had been aware of that what would your

15  reaction to it be?

16  A.    Well, she used a document she hadn't paid for and

17  it could put me in a bad position going forward.

18  Q.    In what way?

19  A.    Well, if I'm --- if she doesn't have an attorney

20  and she decides she's going to go forward she goes to a

21  judge --- I know this is all hypothetical, but goes to

22  a judge and tries to present that information, the

23  judge is going to say why can't I hear from Dr.

24  Maisano, and then she is going to what, call me and

25  have me go to Florida to testify for her.  See how it
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

Case 6:21-cv-00808-WWB-EJK   Document 75-3   Filed 09/03/22   Page 104 of 165 PageID 1630

Xxxxxxx Xxxxxx et al. Xxxxxxxx on xx, xxxx                            Page 104

1  becomes a --- it becomes a self-fulfilling prophecy

2  basically.

3  Q.   So it's your testimony that you had no awareness

4  that your draft report was being used prior to it

5  becoming a final report?

6  A.   Well, I knew it --- I knew it just becoming a

7  final report, yes, because I had to hear from Mr. Byer

8  that it was --- we were going to court or you were

9  going to court.

10 Q.   But just to be clear, your final report wasn't any

11 different substantively from your draft report?

12 A.   No, that's correct.

13 Q.   And when you finalized your final report you

14 didn't engage in any new or additional analysis?

15 A.   No, I did not.

16 Q.   And in fact, you didn't review anything that

17 related to this federal court lawsuit which was filed

18 on May 10th of 2021?

19 A.   Right.   I had not read any of the documents or

20 things.

21 Q.   Turning to Exhibit C, you'll see at the top of the

22 page there is some facts header transmission

23 information.

24 A.   Uh-huh (yes).

25 Q.   Do you see that?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

```
 1  A.   Yes, I do.

 2  Q.   Okay.

 3       If I told you that Ms. Mathews Social Security

 4  lawyer used your draft report in connection with the

 5  Social Security claim, what would be your reaction to

 6  that?

 7  A.   I would be surprised that an attorney has their

 8  license and is functioning would use a report with

 9  draft written all over it.  That would be my first

10  response.

11  Q.   Would you have any other response?

12  A.   Well, just what I said before, it wasn't --- she

13  didn't pay me for it.

14  Q.   Did you authorize Pam Mathews to use your draft

15  report in connection with a Social Security proceeding

16  that was pending in 2021?

17  A.   No.

18  Q.   So to the extent it was used, it was used without

19  your authorization?

20  A.   That is correct.

21  Q.   And I want to make sure I understand this, this is

22  the first time you have attempted to testify in Federal

23  Court?

24  A.   Yes, it is.

25  Q.   Relative to Ms. Mathews multiple marriages, did
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  you have any awareness of the speed with which she was
 2  moving from one relationship to another?
 3  A.   I didn't even know about the multiple marriages.
 4  Q.   Is that something that you would have wanted to
 5  know about?
 6  A.   No.
 7  Q.   It just didn't matter?
 8  A.   It doesn't matter, yeah.
 9  Q.   In your cramming for today's deposition, did you
10  read any of the other expert reports that have been
11  generated in this case?
12  A.   Yes, I did.
13  Q.   And which ones did you read?
14  A.   There was a --- besides Dr. Furbringer you
15  referred to her report, there was a medical expert
16  witness, Doctor, is that what you are talking about?
17  Q.   I'm just trying to find out what you read.
18  A.   Oh, okay.
19  Q.   What other expert reports you read in preparation
20  for your deposition today?
21  A.   I think the two, I'm going to say two doctors or
22  one social worker, or one doctor, I'm not really sure.
23  Q.   Is it your belief a that Dr. Furbringer prepared
24  her own report for this case?
25  A.   She prepared --- I mean, she has her own records
```



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  and that's the report I would imagine --- I don't know

 2  if she was asked to write a report actually.  So no, I

 3  didn't read anything of hers.  I read about her work as

 4  it was being casted in the depositions basically.

 5  Q.   But your expert report that has been used in this

 6  case was not dependent on anything that Dr. Furbringer

 7  said during her deposition?

 8  A.   That's correct.

 9  Q.   And it wasn't dependent on the totality of Dr.

10  Furbringer's records that she had concerning Pam

11  Mathews?

12  A.   That's correct.

13            ATTORNEY SPIVEY:

14            That's all I've got, Duncan.

15            ATTORNEY BYERS:

16            All right.

17            Do you want to --- I've got a number of

18  things to run through, Bill.  Do you want to do a quick

19  lunch and then come back at it?

20            ATTORNEY SPIVEY:

21            I would like you to do it as quickly as we

22  can, because I'm trying to catch a flight home and I'm

23  going to be pressed.

24            ATTORNEY BYERS:

25            I gotcha.  All right.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              So let's dive into it then.

 2                         ---

 3                    EXAMINATION

 4                         ---

 5  BY ATTORNEY BYERS:

 6  Q.    So Dr. Maisano, in terms of the records that you

 7  reviewed when forming your opinion when drafting your

 8  report you testified that you had destroyed those.

 9      Correct?

10  A.    Yes.  All of those records.  That is correct.

11  Q.    All right.

12      And I provided those records back to you, again,

13  after you were engaged by my firm.

14      Correct?

15  A.    Yes, you did.

16  Q.    And you took a look at those and those are the

17  records that you relied upon in forming your opinion

18  that was draft report.

19      Right?

20              ATTORNEY SPIVEY:

21              Object to the form.

22              THE WITNESS:

23              Yes.  I used those records, and they were

24  the records that I used to create my report.

25  BY ATTORNEY BYERS:
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1  Q.   Okay.

2       And after you had finalized your report we

3  provided you with additional records.

4       Correct?

5  A.   Yes.

6  Q.   Okay.

7       And those additional records included medical

8  records subsequent to the time of your first draft

9  report.

10      Correct?

11 A.   That's correct.

12 Q.   We also provided you with records from this case

13 including the pleadings --- well, the complaint and the

14 Answer to grounds of defense, I believe, as well as the

15 deposition transcripts and the expert opinion reports.

16      Correct?

17 A.   Yes, that's correct.

18 Q.   And you reviewed all of that.

19      Right?

20 A.   I did not review the submission to the court, you

21 know, the first pleading.  Those court documents I did

22 not do.  I focused in on the depositions because they

23 would tell me more.

24 Q.   Okay.

25      And you also did review the expert reports



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   provided by the Plaintiff through me.

2       Right?

3   A.   Yes.

4               ATTORNEY SPIVEY:

5               Objection.

6   BY ATTORNEY BYERS:

7   Q.   Or the Defendant's experts?

8   A.   Yes.

9   Q.   Okay.

10      So after reviewing those, anything that you see

11  subsequent to submitting your expert report change any

12  of your opinions in your expert report?

13              ATTORNEY SPIVEY:

14              Object to form.

15              THE WITNESS:

16              No, it does not.

17  BY ATTORNEY BYERS:

18  Q.   Okay.

19      So to be clear, even though you did not have those

20  records at the time that you drafted your initial

21  report, you, in fact, did review those in light of your

22  report to determine whether or not there would be any

23  change in your opinion and there was no change in your

24  opinion based upon the records generated in the time

25  since then?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

```
 1                ATTORNEY SPIVEY:

 2                Object to the form.

 3                THE WITNESS:

 4                Yes, there is no difference in my opinion.

 5  BY ATTORNEY BYERS:

 6  Q.   Okay.  All right.

 7       So in terms of the basis for your opinion Mr.

 8  Spivey has spent an amount of time going through your

 9  credentials, the degrees that you have and

10  certifications, but I would like you to explain to me

11  what the expertise that you have is that is the basis

12  of your experience to allow you to form the opinion?

13                ATTORNEY SPIVEY:

14                Object to the form.

15                THE WITNESS:

16                Thank you, sir.  I will --- let me say

17  what have I done that has helped to do this --- me to

18  have an opinion.  First off, I'm a big believer in the

19  fact that when you --- it's one thing to read about it

20  and it's another to experience it as the clinician.

21  And my work with seniors and the disabled, my work in

22  financial and emotional abuse which is often following

23  the course of Stockholm syndrome and my work with

24  people with PTSD and their ability to have these things

25  trigger for themselves very, very quickly and
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  unexpectedly.

 2  BY ATTORNEY BYERS:

 3  Q.   Well, let's start with your PTSD.  What is your

 4  clinical experience with dealing with people who are or

 5  potentially would be diagnosed with PTSD?

 6              ATTORNEY SPIVEY:

 7              Object to the form.

 8              THE WITNESS:

 9              How would I be aware of them or how would

10  I treat them?  I missed that.

11  BY ATTORNEY BYERS:

12  Q.   No, what is your clinical experience in dealing?

13              ATTORNEY SPIVEY:

14              Object to the form.

15              THE WITNESS:

16              Oh, okay.  Clinical experience in dealing

17  with clients who have had experiences that have caused

18  them to have PTSD.  Individuals I've known with PTSD

19  diagnosed and working actually in a psych setting with

20  PTSD.  I don't know if that's answering your question.

21  BY ATTORNEY BYERS:

22  Q.   Yes sort of.  Can you clarify what you mean by

23  psych setting?

24              ATTORNEY SPIVEY:

25              Object to the form.
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:

 2              Oh, in my career I spent some time doing

 3  acute psychiatric work, so to see people in an acute

 4  psychiatric situation that's when they're going to be

 5  very vulnerable and you are really getting to see the

 6  conditions.  The schizophrenia, if that's the

 7  condition, bipolar disorder and PTSD and among other

 8  things obviously.

 9              And then as I went on in my career I've

10  had to deal with it from the prospective of my work in

11  Workers' Comp, helping individuals who were --- who had

12  had PTSD like a driver of a truck who hit and killed an

13  entire family, he had PTSD, and part of my job was to

14  help get him settled and help him get out of the house

15  because he was not going to leave his home.

16  BY ATTORNEY BYERS:

17  Q.  So in your clinical experience, was part of your

18  responsibility to assess patients and diagnose PTSD?

19              ATTORNEY SPIVEY:

20              Object to the form.

21              THE WITNESS:

22              Yes.  I believe it is the requirement of a

23  nurse in almost every situation, but yes, in this

24  definitely.

25  BY ATTORNEY BYERS:
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Q.   In your clinical --- excuse me, in your clinical

2  experience did you have experience in treating and/or

3  diagnosing patients who suffered from PTSD due to an

4  abusive relationship?

5                ATTORNEY SPIVEY:

6                Object to the form.

7                THE WITNESS:

8                Yes, I have.

9  BY ATTORNEY BYERS:

10 Q.   Can you expand on that a little bit and tell us

11 your experience in that particular area?

12                ATTORNEY SPIVEY:

13                Same objection.

14                THE WITNESS:

15                And can you repeat it for me, sir?  I'm

16 sorry.  I want to make sure I got it right.

17 BY ATTORNEY BYERS:

18 Q.   Right.  I'm asking if you can expand upon that

19 experience that you had in the clinical setting

20 treating and/or diagnosing people with PTSD that had

21 the PTSD as a result of an abusive relationship or

22 relationships?

23                ATTORNEY SPIVEY:

24                Object to the form.

25                THE WITNESS:



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1          Okay.

2          And now I can answer.  Thank you.  One

3   example --- and there are quite a few of this type of

4   example --- a son and a woman who had no other family

5   but her son and basically she was terrified of losing

6   him, of him not being with her, but then when she was

7   --- when he was with her she was very guarded.

8          She appeared frightened almost, and it

9   came down to the fact that the son had actually, not

10  financially primarily --- financially abused her that

11  caused her current --- that current circumstance.  To

12  just step in as a foil, if you will, to be between the

13  two of them gave her a great deal of comfort.

14         He wanted to take her on a vacation, on a

15  cruise, this was a lady in a wheelchair and she was

16  terrified.  So to help her get past that I had to

17  understand what she was going through, how she might

18  show that to me and then how do I respond

19  appropriately.  There's a response for everything in

20  psych, you just have to know what you are dealing with

21  to work with it well.

22         The most recent was a woman who was going

23  under --- they wanted to go under guardianship, it did

24  not ultimately, but the --- there were two sons on one

25  side and a daughter on the other.  The daughter had

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   taken her mother and moved her without anybody knowing

2   it to the place out in the middle of nowhere, then

3   didn't give her a phone, she had a television, there

4   was nowhere she could walk because she was really out

5   in the country.  And that --- and the daughter kept

6   telling the mother you don't have other children, they

7   don't care about you anyway, they would have called you

8   by now blah, blah, blah.

9             So I was involved, first off in reading

10  medical records and then understanding what had

11  transpired to that point and what are the queues that

12  tell me it's there and that there is possible danger

13  for this woman on top of it all.  And I did testify to

14  the courts on that.  I testified to her physical abuse,

15  which was in the records.  And all of it occurred while

16  she was, if you will, put aside from socializing her

17  family.  So that was my role.

18            And I presented in court on that one.

19  There were two clinical psychologists that also did.

20  The court ultimately found that abuse had occurred and

21  her fears were founded and they removed her from her

22  daughter.

23  BY ATTORNEY BYERS:

24  Q.   Okay.

25       And do you have any further particular places that

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  you can recall that would illustrate your experience

2  diagnosing or dealing with PTSD in somebody who has

3  been abused emotionally, physically, sexually or

4  otherwise?

5          ATTORNEY SPIVEY:

6          Object to the form.

7          THE WITNESS:

8          I want to think about this.  There was a

9  case that I was involved in for a very short period of

10 time that I'm remembering.  It was a woman, her husband

11 had contacted IKOR asking for her to be evaluated,

12 assessed and evaluated and that she probably needed

13 more care at home.  That was the theory behind the

14 referral.

15         And when we did the referral we found that

16 there was --- the woman was there, her husband put

17 himself in front of her and basically answered every

18 question that was asked of him --- asked of her and in

19 the course of it her body language, her --- you know,

20 kind of I don't want to look at him, I'm looking down,

21 I'm not dealing with it was right there, it was

22 repeated.  Enough that I felt that she was a victim of

23 abuse.  She had showed the PTSD component of that in

24 the way her body moved in reaction to him and that was

25 pretty significant because she was living the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  experience still.

 2             And how I had to deal with that situation

 3  was I had to be aware of who the players were and how

 4  vulnerable she was.  And she clearly was very

 5  vulnerable by my assessment and made sure that we were

 6  very careful in the wording of the report because felt

 7  confident that her husband was going to get it.

 8             In fact, he did contact me after and

 9  basically told me that the best thing for his wife was

10  for me to give him the report, only him, and have no

11  other copy of the report.

12  BY ATTORNEY BYERS:

13  Q.   So with regards to PTSD based upon your training

14  and experience, what are the indications or signs or

15  symptoms of PTSD that you would expect to see in

16  someone who's the victim of abuse or manipulation and

17  control?

18             ATTORNEY SPIVEY:

19             Object to the form.

20             THE WITNESS:

21             Well, it can go one of two ways actually.

22  One of the ways that I can assess it or know it's

23  happening is to see an over correction of the

24  individual, the proported injured party.  That party

25  over --- going over what is normal and this is, you
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  know, this is my husband, isn't he wonderful, isn't he

2  wonderful and really causing --- wanting the audience

3  to agree with her because that would be a way for her

4  to separate herself from --- or to try to recover from

5  anybody that would suspects it.

6           Obviously there's visual points that can

7  happen, you know, if physical violence is involved.

8  Doctors emergency room appointments or visits if that

9  has --- if a physical has been involved.  The persons

10 --- they're overly cautious.  They tend to be aware of

11 all their surroundings and anticipating that they are

12 going to be frightened.  And fear is really a lot of

13 what they're experiencing, but it's fear often of not

14 something that happened in that moment, but something

15 in their past, and that past could be many years, it

16 could be months, it could be weeks.

17          Everybody responds to it differently, and

18 if they have PTSD, let's say years ago and they've

19 lived with it and gone through it, will they still have

20 PTSD symptoms like grimacing and pushing back and just

21 watching every word they say years later, yeah, if that

22 same situation reminds them of what caused them to be

23 shaken to begin with.

24 BY ATTORNEY BYERS:

25 Q.   So in your review of the depositions and other

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   records that you have seen in a time since you provided

2   the final version of your draft report, did you see

3   anything reliable that would indicate that Pam Mathews

4   had PTSD prior to her relationship with Bryan Cole?

5              ATTORNEY SPIVEY:

6              Objection to the form.

7              THE WITNESS:

8              No, in fact, I believe that question was

9   asked of some people, and they said no.  And also the

10  relationship, yes, they were at times rocky

11  relationships, that's true even people not in this type

12  of circumstance.

13             But most of them related, you know, decent

14  relationship with her, and if they were angry you could

15  --- you could figure out where that anger was because

16  they were very vocal about it.

17  BY ATTORNEY BYERS:

18  Q.   So in the deposition transcripts --- and I will

19  represent this to you I believe you have read through

20  them --- that the depositions of Ms. Mathews' prior

21  husband's indicated quite clearly that she was not

22  engaged in and had not tried to be engaged in sexual

23  behavior that included prostitutes or third parties?

24  A.   That is correct.

25  Q.   And yet did so within her relationship with Mr.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Cole.  Does that change --- did that change your

 2  assessment of her PTSD at all?

 3              ATTORNEY SPIVEY:

 4              Object to the form.

 5  BY ATTORNEY BYERS:

 6  Q.   Did it re-enforce it?

 7              ATTORNEY SPIVEY:

 8              Object to the form.

 9              THE WITNESS:

10              It reinforced it truly.  If this was not

11  something that was part of her life and through the

12  marriages of these gentlemen who gave their depositions

13  it wasn't there and suddenly it was there, I would

14  really --- I would want to know a whole lot more if I

15  were going to be working with her day in and day out.

16  I mean, when --- when did it start, how did it start?

17  And I'm not getting the impression that it was at all a

18  part of her life prior to that.  But is it possible

19  that she would have agreed to it feeling under scrutiny

20  and that her life post to that request could be

21  impacted by her answer, yeah, I would expect her to do

22  it.  Not like it but do it uh-huh.

23  BY ATTORNEY BYERS:

24  Q.   All right.

25       Going back to an e-mail that Mr. Spivey showed you
```



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1  which was labeled Exhibit A.  I don't believe it was

 2  labeled for inclusion in the deposition, but it is the

 3  e-mail dated Wednesday, May 2nd, 2018 from Pam Mathews

 4  to Bryan Cole.

 5       Do you have that in front of you?

 6  A.   No, I don't, but I think I can find it.

 7                ATTORNEY SPIVEY:

 8                I think it's R.

 9  BY ATTORNEY BYERS:

10  Q.   It is labeled R?

11  A.   Oh, there.  Okay.

12       Yes, I do have it, sir.

13  Q.   Okay.

14       And you did take a few minutes to read that?

15  A.   Yes.

16  Q.   In light of what your opinion was and is of Pam

17  Mathews and whether or not Pam Mathews has PTSD, and

18  the character of her relationship with Mr. Cole, tell

19  me what your impression of this e-mail from her to him,

20  assuming it was her, tell me what your impression of

21  that e-mail is?

22                ATTORNEY SPIVEY:

23                Object to form.

24                THE WITNESS:

25                It is --- as I was reading it, it is
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  totally accepting all responsibility for everything and

2  would continue to.  It's not just that this happened,

3  you know, I'm sorry, but taking her apart, step-by-step

4  and blaming herself for everything that happened.

5  Again, that's very typical of someone who is, you know,

6  afraid of the circumstances and afraid of the outcome

7  of any kind of relationship or situation that they're

8  in.  So this was done ---.

9  BY ATTORNEY BYERS:

10 Q.   What do you make --- I'm sorry.

11 A.   No, no.  That's okay.  So to me she wrote this in

12 hopes that she would give Mr. Cole the answers he

13 wanted.

14 Q.   So what do you make of the fact that in the body

15 of the e-mail, assuming that it was written by her,

16 that she contradicts herself and says that the things

17 that happened because she was drunk and it was her

18 fault, but she can't remember anything when she is

19 drunk because she blacks out.  What do you make of that

20 contradiction?

21            ATTORNEY SPIVEY:

22            Object to the form.

23            THE WITNESS:

24            Well, I find it interesting that she

25 thinks she should know what happens when she blacks out

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  and she can't remember that.  That's interesting.

2           Again, the alcohol she's taking total

3  responsibility for.  And then portraying him in her

4  word as a saint to stay with her is kind of over the

5  top in a normal situation.

6  BY ATTORNEY BYERS:

7  Q.   What does that tell you, if anything, about their

8  relationship?

9           ATTORNEY SPIVEY:

10          Object to the form.

11          THE WITNESS:

12          I believe that it tells me that she is

13 suffering from some form of abuse psychological,

14 physical, financial, I'm not sure.  And that he is the

15 --- frankly the abuser because she is writing to him in

16 this way.  She wants to win him over.  Most people who

17 have PTSD and were abused do want to win over the

18 person who's abusing them.

19 BY ATTORNEY BYERS:

20 Q.   The last full paragraph of this e-mail, the very

21 first sentence says, I felt compelled to stop and write

22 this before going to bed this morning because as I was

23 sitting in the hospital you were the only person that I

24 would have wanted there should something have gone

25 wrong and that is very telling.  What do you make of

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  that sentence?

 2              ATTORNEY SPIVEY:

 3              Object to the form.

 4  BY ATTORNEY BYERS:

 5  Q.   More importantly what do you make of the fact that

 6  she's telling him that while she was in the hospital he

 7  was not there, but he was the only person that she

 8  would have wanted to have there?

 9              ATTORNEY SPIVEY:

10              Object to the form.

11              THE WITNESS:

12              Again, it kind of re-enforces that feeling

13  of she is still trying --- even if a moment and I have

14  no idea what the hospitalization was, but she's still

15  trying to end this on a --- on this communication on a

16  more than a positive note.  She is trying to convince

17  him he is the only person that she trusts.

18  BY ATTORNEY BYERS:

19  Q.   Is there anything in this e-mail that would cause

20  you to need to go back and revise any part of your

21  opinion?

22              ATTORNEY SPIVEY:

23              Object to form.

24              THE WITNESS:

25              The only thing that it would have me
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  revise my report is that I would include this letter as

2  examples of, and I believe I put some examples in my

3  report of what could happen.  I would use her own words

4  actually.

5  BY ATTORNEY BYERS:

6  Q.   But this does not contradict anything in your

7  opinion.

8       Correct?

9  A.   No.

10              ATTORNEY SPIVEY:

11              Object to the form.

12              THE WITNESS:

13              No.

14  BY ATTORNEY BYERS:

15  Q.   Okay.

16       Have you seen anything at all in the deposition

17  transcripts or in any of the other documents or medical

18  records that you've received in the time since you were

19  re-engaged that indicates that Pam Mathews drank

20  alcohol to any extent up to and including abuse prior

21  to her relationship with Mr. Cole?

22              ATTORNEY SPIVEY:

23              Object to the form.

24              THE WITNESS:

25              Did I read anything that said that is that

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   the question?

2   BY ATTORNEY BYERS:

3   Q.   Did you see anything in anything that you

4   reviewed, the expert opinions, the deposition

5   transcripts, ---

6   A.   Oh, okay.

7   Q.   --- the medical records that gives you any

8   indication that she was misusing or abusing alcohol

9   prior to her relationship with Mr. Cole?

10              ATTORNEY SPIVEY:

11              Same objection.

12              THE WITNESS:

13              Well, the input from different people was

14   kind of interesting to me.  Like one husband said, no,

15   we didn't drink in our home.  Okay.  We would certainly

16   know if she was --- or you should know if she was

17   abusing alcohol.

18              The one thing that was fascinating to me

19   is did people make some --- jump to a conclusion based

20   on what they thought it was.  So her acting out, for

21   example, that happened because she was drunk.  You

22   don't know that that's true or was it the use of the

23   drugs.  You know, these things are really --- at times

24   they can be separated, but I didn't get the impression

25   really.  I didn't come away with the impression from

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  anyone that she was a drunk.  That she lived in that

2  world a lot.  People can get drunk just generally

3  speaking, but somebody who lives that way --- but I did

4  not get that impression.

5  BY ATTORNEY BYERS:

6  Q.   With regard to the drugs, what drugs was ---

7  according to the records that you reviewed, what drugs

8  was Pam Mathews prescribed or using?

9  A.   Well, the one that jumps out is the one that I

10  heard most repeated, and that was Xanax, X-A-N-A-X.

11  Q.   And what is the name of the generic version of

12  that?

13  A.   Oprazapan.

14  Q.   I think lorazepam?

15  A.   Yes, thank you.  Lorazepam.

16  Q.   Okay.

17      There have been a number of accusations or

18  inferences made in depositions and otherwise that Pam

19  Mathews was abusing the lorazepam that she was

20  prescribed.

21      Do you recall seeing those?

22  A.   Yes, I do.

23  Q.   After reviewing the medical records and the

24  testimony did you see any indication that she was

25  abusing lorazepam, and more importantly whether she had



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  the ability to abuse lorazepam?

2              ATTORNEY SPIVEY:

3              Object to the form.

4              THE WITNESS:

5              Well, I remember seeing in the records how

6  many times she called in, you know.  And afraid that

7  she had two little pills, and it was always about

8  Xanax.  It was like a focal point for her and some

9  people mentioning it.  And one being --- one husband

10 who said she was on six milligrams or nine milligrams

11 of it per day, that's a significant amount, but it's

12 very interesting.

13             The percentages of milligrams on an

14 individual isn't really based on their size or the

15 severity of their condition.  There have been people

16 --- woman who are tiny who have needed three milligrams

17 of Xanax just to come off the ceiling.  And men who

18 can't take a half a milligram of Xanax.  It really

19 depends on the individual and their need.

20 BY ATTORNEY BYERS:

21 Q.   So even if the record were to reflect that at one

22 point in time or in a given instance or for a period of

23 time Pam was or was prescribed and taken eight or ten

24 milligrams of lorazepam a day, would that be outside of

25 the recommended treatment regimen?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1              ATTORNEY SPIVEY:

2              Object to the form.

3              THE WITNESS:

4              Yes.  I've never seen any more than four

5  or five milligrams prescribed.

6  BY ATTORNEY BYERS:

7  Q.   Did you see anything in the records that you

8  reviewed that indicated that she ever was prescribed or

9  was using more than four or five milligrams?

10              ATTORNEY SPIVEY:

11              Object to the form.

12              THE WITNESS:

13              No.

14  BY ATTORNEY BYERS:

15  Q.   Would it be possible for her to obtain enough

16  lorazepam to exceed the prescribed dosages?

17              ATTORNEY SPIVEY:

18              Object to the form.

19              THE WITNESS:

20              It shouldn't.  It shouldn't from two

21  levels.  One from the physician --- Xanax is a

22  controlled substance, so it's one of the ones that is

23  very carefully monitored by pharmacies and doctors, and

24  if they --- insurances companies kind of keep in check

25  with some of that.  If they're over using something or

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  charging the insurance company for more than what they

2  need, they'll catch it.  Doctors are usually very

3  hesitant to order Xanax just for whatever.  I mean, you

4  can't call in and go, gee, I need more Xanax.  If the

5  doctor gave you a prescription for it that is based on

6  the amount that was ordered per dosage for usually

7  about a 30-day period and especially in something like

8  Xanax.  And then the pharmacy will catch it.

9  BY ATTORNEY BYERS:

10 Q.   And so what happens --- I'm sorry.

11 A.   No, that's okay.  Then the pharmacy would catch

12 it.  If it were just a humongous dose, way over the

13 norm, the pharmacy would catch that and they would

14 refuse to fill it until they talked to the doctor.  In

15 some cases they might refuse to fill it just because

16 they're not going to follow whatever the doctor said.

17 They have that right, and so no, I don't see how she

18 could possibly have enough of it to do nine or ten

19 milligrams of it a day, or six or nine whatever.

20 Q.   Okay.

21      The insinuation or allegation or description of

22 Pam being arrested for a DUI has been brought up any

23 number of times and you saw that throughout the

24 depositions by Counsel for the Defendant.  Are you

25 aware that Pam was never convicted of any moving

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 violation for that arrest, other than a wreckless

2 driving?

3 A.   Yes, I am.  From the content of the depositions,

4 yes.  She was not --- she was not convicted.

5 Q.   So have you seen anything in the record whatsoever

6 that would indicate that she was, in fact, operating a

7 vehicle under the influence at the time of her arrest?

8                 ATTORNEY SPIVEY:

9                 Object to the form.

10                THE WITNESS:

11                No.

12 BY ATTORNEY BYERS:

13 Q.   Okay.

14      Well, let me ask you this.  Again, there's been a

15 lot made of that arrest but it is a single arrest.

16 Let's assume for the sake of argument that she was, in

17 fact, arrested under the suspicion of being under the

18 influence and she was convicted of driving under the

19 influence that single occasion, would that change your

20 expert opinion with regards to your findings about Pam

21 Mathews?

22                ATTORNEY SPIVEY:

23                Object to the form.

24                THE WITNESS:

25                No, it wouldn't.  First off, anyone can

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  get drunk and get a DUI.  Our country's filled with

2  them.  And in Pennsylvania the court's are very careful

3  about that first time a person is arrested by basically

4  giving them something called ARD, a rehab kind of

5  program and they attend that, they do that and that's

6  all they needed.

7           So it's not really thought of as unusual

8  for one time.  And I wouldn't think it unusual.  Again,

9  going back to what I said about self --- even if she

10 did I would first look to her being self medicating.

11 BY ATTORNEY BYERS:

12 Q.  Did you see anything in any of the records that

13 you reviewed or in any of the testimony that would

14 indicate that Pam Mathews had a history of drug abuse

15 outside of lorazepam?

16           ATTORNEY SPIVEY:

17           Object to the form.

18           THE WITNESS:

19           No, I saw nothing else.

20 BY ATTORNEY BYERS:

21 Q.  So if Pam Mathews smoked pot when she was 15 in

22 high school, would that change your opinion?

23 A.  No, not at all.

24 Q.  What about Pam Mathews having had a failed

25 pregnancy when she was younger?



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    ATTORNEY SPIVEY:

 2                    Object to form.

 3                    THE WITNESS:

 4                    Well, it certainly could have started or

 5   added to what her situation was, but she's a teenager.

 6   How many times are teenagers now getting pregnant?

 7   It's not --- it's is not a standout kind of thing.

 8   BY ATTORNEY BYERS:

 9   Q.   So did you see any indication whatsoever in any of

10   the records that that pregnancy impacted or caused any

11   of the conditions that you, in your opinion, found that

12   Pam was suffering from?

13                    ATTORNEY SPIVEY:

14                    Object to form.

15                    THE WITNESS:

16                    Well, I think the thing that says to me

17   that it wasn't --- it wasn't a part of a PTSD for her

18   is remember I said the person tries to avoid it, avoid

19   the circumstances?  She had two more children and I

20   think she --- no, she didn't lose another, I don't

21   think, but I know she had two children.  That would

22   have been very difficult for someone with PTSD over a

23   death of a child.

24                    It's living with it not just at the moment

25   that you are told when you're pregnant, but through a
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 6:21-cv-00808-WWB-EJK   Document 75-1   Filed 00/03/22   Page 135 of 165 PageID 1041

212953 Mathews vr. Faircloth 06 28 2022                    Page 135

```
 1  pregnancy, getting yourself through it in a positive

 2  manner so that both of your children are delivered

 3  healthy.

 4  BY ATTORNEY BYERS:

 5  Q.   Well, let's assume for the sake of argument that

 6  that failed pregnancy caused some form of

 7  post-traumatic stress disorder.  Would that have any

 8  impact whatsoever on her relationship with Mr. Cole

 9  given that they never, by all indications, tried to or

10  had any children?

11              ATTORNEY SPIVEY:

12              Object to the form.

13              THE WITNESS:

14              Will you repeat it for me again, please?

15  BY ATTORNEY BYERS:

16  Q.   Right.  Let's assume for the sake of this question

17  that Pam ended up with some form of PTSD as a result of

18  that failed pregnancy, would that PTSD have anything to

19  do with the psychological and emotional condition that

20  Pam Mathews is in now as a result of her relationship

21  with Bryan Cole, especially given that they never tried

22  to or had children based upon the information that we

23  have?

24              ATTORNEY SPIVEY:

25              Object to the form.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1              THE WITNESS:
 2              I don't think it would have had an impact
 3   on that relationship only because I'm basing this on
 4   the history.  She was married numerous times from the
 5   time she was a teenager up and yes, they didn't
 6   succeed, a lot of marriage jest don't succeed, but I
 7   didn't read anything in those situations where she was
 8   --- that she demonstrated had PTSD --- well, she did in
 9   using alcohol if she needed it or Xanax if she did.
10              She already started a history of that, but
11   she went through it --- through all these other
12   relationships without this same opinion or feeling
13   about the relationships.  So to me it makes sense that
14   it would start in this relationship because it seems
15   everything started in this relationship.
16   BY ATTORNEY BYERS:
17   Q.   And to clarify you brought up the drinking but
18   there's no indication of her drinking much at all, let
19   alone to excess prior to her relationship with Bryan
20   Cole.
21        Correct?
22   A.   That is ---.
23              ATTORNEY SPIVEY:
24              Objection to the form.
25              THE WITNESS:
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 6:21-cv-00808-WWB-EJK   Document 75-1   Filed 09/03/22   Page 137 of 165 PageID 1646

Pamela Nelson vs. Patricia 6-29-2022   Page 137

```
 1              That is correct.  And she ---.
 2  BY ATTORNEY BYERS:
 3  Q.  And the same thing ---.
 4  A.   Yes.  And she just --- she wouldn't have been just
 5  able to get herself together and go through another
 6  relationship if she had experienced PTSD from
 7  relationships by that earlier marriages.
 8       Is that making sense?
 9  Q.   Yes.  There's also been a lot of questioning and
10  inquiry with regards --- various people including Dr.
11  Furbringer and other people about whether they knew and
12  how they feel about how many times Pam has been married
13  and how quickly, if you can call it quickly she moved
14  from one marriage to the other, does that have any
15  bearing whatsoever on your opinion or does that fact
16  change your opinion at all as you sit here right now?
17              ATTORNEY SPIVEY:
18              Object to the form.
19              THE WITNESS:
20              No, it doesn't.  You know, she made a lot
21  of bad choices and that happens.  To how close they
22  were to each other really only reinforces for me that
23  she wanted a man in her life and she wanted that to be
24  a permanent situation.  Again, showing me that
25  relationships was not part of the problem in those
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  years.

2  BY ATTORNEY BYERS:

3  Q.   So I believe you're saying and I'm paraphrasing

4  here, correct me if I'm wrong, I believe you're saying

5  that you see an indication that Pam was looking for

6  some kind of long-term stability.

7       Is that fair?

8              ATTORNEY SPIVEY:

9              Object to the form.

10             THE WITNESS:

11             Yes.  I think that's --- that is very

12  fair.  And she didn't find it in one person so she

13  tried to find it in another.

14  BY ATTORNEY BYERS:

15  Q.   So if she had gone through all of these prior

16  marriages looking for stability, why would she have not

17  tried to or demanded that she and Brian marry?

18             ATTORNEY SPIVEY:

19             Object to the form.

20  BY ATTORNEY BYERS:

21  Q.   Because there is nothing in the record that

22  indicates that?

23  A.   Clearly their relationship was different.  And in

24  whatever way she felt that it went and whatever way she

25  was told she believed, I think, that that was her --- I

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  mean, it was her house, it was the food, it was

 2  everything, that was her security.

 3  Q.   Do you find it odd that she didn't try to marry

 4  Mr. Cole or insist on it?

 5              ATTORNEY SPIVEY:

 6              Object to the form.

 7              THE WITNESS:

 8              No, it doesn't if there was abuse going on

 9  in the relationship.  She wouldn't have wanted to do

10  that because that would have just tied him to her a

11  whole lot longer.

12  BY ATTORNEY BYERS:

13  Q.   The only indication that we have in the record

14  that she may have had or been diagnosed with bipolar

15  disorder is in the single deposition of a prior

16  husband.

17      Correct?

18              ATTORNEY SPIVEY:

19              Object to the form.

20              THE WITNESS:

21              Yes, I believe that's the only time I saw

22  it.

23  BY ATTORNEY BYERS:

24  Q.   Okay.

25      So do you give any credence to that at all?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1              ATTORNEY SPIVEY:

 2              Objection to the form.

 3              THE WITNESS:

 4              No, it's interesting.  One of the few

 5   psychiatric diagnoses that you can tell from blood work

 6   is actually bipolar disorder.  It's a diminished amount

 7   of Lithium in the bloodstream and that can be picked up

 8   with something they call medical vernacular a lith

 9   level, L-I-T-H, level, meaning lithium level.

10              All of our bodies have lithium in them and

11   they're required for a certain amount of functionality.

12   For the individuals who have bipolar they need it, they

13   need lithium put into their system.  So doctors that

14   give them lithium and first they diagnose them as

15   bipolar and bipolar has waves of function.  The

16   person's either up, very busy, needs little sleep,

17   doesn't really take care of themselves because they're

18   running ten ways to Sunday to being depressed, so it's

19   a roller coaster.

20              And doctors would prescribe lithium only

21   if they knew that they could have --- an individual

22   have blood tests done every two to four weeks to show

23   what their lithium levels were to go forward and treat.

24   I didn't see anything like that in her records, not

25   even the testing.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  BY ATTORNEY BYERS:
 2  Q.   With regards to her relationship with her family,
 3  again, there have been a number of inquires made of
 4  different people with regards to her relationship to
 5  other family members, her sister, her son and it's been
 6  characterized as estrangement, so for the purposes of
 7  this question let's assume that that's a correct
 8  assessment or a correct term to apply.
 9       Assuming that she is or has been estranged from
10  her sister and/or her son, does that change your
11  opinion at all?
12              ATTORNEY SPIVEY:
13              Object to the form.
14              THE WITNESS:
15              No, not at all.  There are family members
16  that do not get along with other family members.  And I
17  think I read somewhere she had 11 siblings.  Okay.  If
18  you don't get along with one or two of them that could
19  happen.
20  BY ATTORNEY BYERS:
21  Q.   Let's assume for the sake of argument that it is
22  correct that her grandmother was institutionalized for
23  some reason, ostensively for some kind of mental health
24  issue, does that change your opinion?
25              ATTORNEY SPIVEY:
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1          Object to form.

2          THE WITNESS:

3          No, not without any --- and really I would

4  question it anyway.  Given her age her grandmother

5  would have been living in a time where basically you

6  could get anybody.  There wasn't here in Pennsylvania

7  called a 301, Bates is, I think, the term in Florida.

8  You don't have someone --- you don't need to be that.

9  You don't have the criteria.

10          It used to be all you needed was somebody

11  to commit you and you were committed.  In fact, there

12  have been some very significant marriages of people who

13  just wanted to move on to the second spouse and

14  determined that they were going to put their current

15  spouse in a mental institution.

16  BY ATTORNEY BYERS:

17  Q.   You reviewed the expert opinions that were

18  provided to you in this case and we have not deposed

19  those experts as of yet, but you have seen their expert

20  reports, let's start with Dr. Ansell.

21      Do you recall reviewing Dr. Ansell's expert

22  opinion?

23  A.   Now, the name isn't coming up to me clearly, but

24  is he the witness who was a professor?

25  Q.   That's correct.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   A.   Okay.

2        Yes.  Yes, I do remember that.

3   Q.   Okay.  Tell me your impression of that report.

4             ATTORNEY SPIVEY:

5             Object to the form.

6             THE WITNESS:

7             I thought it was an academician reciting

8   academician things.  I mean, there's two things I think

9   that are very important in medicine, and I think there

10  are a whole lot of people that would agree with me on

11  that.  There is theory the books that you read and then

12  there is actual clinical experience.

13            What have you seen, what have you done,

14  what have you had to do for these various diagnoses.  I

15  did not get the impression that he deals with them

16  other than from an academic point of view.  And he also

17  talks about Ms. Mathews being a sociopath, I believe is

18  the term he used.  Also the term personality

19  distortion, but sociopath is what he used.

20            I don't see anything in the records that

21  indicate to me that --- okay.  What is a sociopath?

22  They're a person who never develops their super ego

23  structure via Freud.  They --- so they know what they

24  want when they're a child and they act like that, but

25  can get through that, then they may have some feeling

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  of sadness when they are caught at doing something but

 2  when they are really talking about depth of

 3  relationships sociopaths don't have that, they just

 4  don't have that.  If something becomes troublesome to

 5  them --- and honestly there are psychiatrists who would

 6  tell you this as well, and they couldn't kill the

 7  person to get rid of them, they would walk away if they

 8  could, because --- I'll just go to the next victim.

 9              That's how they think.  They want what

10  they want and they don't have to be patient about

11  anything.  They certainly don't have to put up with

12  abuse and they would never put up with abuse.  They're

13  just too --- they're too separate from the rest of the

14  world.  The rules of life do not apply to them, and I

15  mean, the really substantial rules of life do not apply

16  to them.  And I did not get that impression looking at

17  Ms. Mathews.  So I was a bit confounded by him saying

18  that she was a sociopath, but that is his opinion.

19  BY ATTORNEY BYERS:

20  Q.   Understood.  In your discussion and --- let me

21  take a step back, you had just the one telephone

22  discussion with Dr. Furbringer.

23       Correct?

24  A.   That is correct.

25  Q.   Okay.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
1         And --- excuse me, and that was prior to you

2    writing your draft opinion.

3         Correct?

4    A.   That is correct.

5    Q.   Okay.

6         Was there anything in your discussion or

7    afterwards thinking about it where you disagreed with

8    Dr. Furbringer's assessment of Pam and her opinions

9    with regards to Pam's condition and her relationship

10   with Mr. Cole?

11                ATTORNEY SPIVEY:

12                Object to the form.

13                THE WITNESS:

14                I did not see anything that told me that

15   she wasn't on target.  She is basing everything she is

16   doing on what they have discussed in therapy and her

17   notes.

18   BY ATTORNEY BYERS:

19   Q.   Okay.

20   A.   No, I didn't see anything.

21   Q.   And you've read Dr. Furbringer's deposition.

22        Correct?

23   A.   Yes.  Yes, I have.

24   Q.   All right.

25        Is there anything either in the conversation as
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  you sit here now either in your conversation with her

 2  or in her deposition that would cause you to change

 3  your opinion?

 4               ATTORNEY SPIVEY:

 5               Object to the form.

 6               THE WITNESS:

 7               No, sir.

 8  BY ATTORNEY BYERS:

 9  Q.   Okay.  All right.

10       Let's go back for a minute to your opinion and the

11  basis for it.  Mr. Spivey spent quite a bit of time

12  going through usual credentials, and so I'm not going

13  to rehash those, but the --- I want to get some

14  clarification on the Master's degree and the doctorate

15  degree that you hold.

16       Those are not degrees in clinical psychology or

17  psychiatry.

18       Correct?

19  A.   No, not at all.

20  Q.   Okay.

21       Do those have anything to do with your experience

22  in terms of diagnosing and treating emotional and

23  mental disorders?

24               ATTORNEY SPIVEY:

25               Object to form.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Page 147

```
1              THE WITNESS:
2              No, I have not relied on --- on that at
3  all.  I'm relying strictly on my experience.
4  BY ATTORNEY BYERS:
5  Q.   Okay.
6       So there's --- there's nothing in that academic
7  process, whatever it may be, for the Master's degree or
8  the Bachelor's degree or the Ph.D. --- the doctorate,
9  that informed your opinion in this case?
10 A.   No.
11 Q.   All right.
12      And so the entirety of your opinion is based upon
13 your, I believe, it's 26 years of experience as a
14 clinician.
15      Is that correct?
16 A.   Twenty-six (26) years as a --- 22, 23 as an expert
17 witness.  I've actually been a nurse for 50 years.
18 Q.   What portion of that have you spent in the field
19 of psychology, psychotherapy and psychiatry?
20              ATTORNEY SPIVEY:
21              Object to the form.
22              THE WITNESS:
23              I would tell you 80 percent of it, 70
24 percent of it, somewhere around there.  The majority of
25 my clinical work was doing acute psych and then
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 teaching nursing students, but actually myself being

2 involved in psych, and then it went on to the things

3 that I had to deal with in my work under Workers' Comp.

4 Specifically one company --- a large company who had

5 asked me to get involved in a person who had expressed

6 suicidal ideations.  A person who was actually

7 homicidal not suicidal, and other, you know, cases

8 where it's been not that absolutely obvious.  It wasn't

9 the basis for why somebody came to me or why I was put

10 on a case.

11            Like, I had a woman, she was in her late

12 50s, I think it was, and I became her guardian because

13 she couldn't handle her money and she couldn't make

14 decisions.  Nobody knew that she had really experienced

15 a traumatic event as a child and she had been attacked

16 by her father.  But I discovered it as I was working

17 with her and putting her furniture together basically

18 and read --- and nothing in her medical records told me

19 that it was her own statements and her own behaviors.

20            She never slept in a bed when I knew her.

21 She slept on the floor.  She agreed to sleep on a sofa

22 bed.  Not a full bed, just the sofa, and that was the

23 only place that I could get her to sleep.  And then

24 finally she did tell me about the situation with her

25 father.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

BY ATTORNEY BYERS:

Q.   Gotcha.  So you relied upon your training and your

experience that not those --- not the Master's degree

or the Ph.D. or anything having to do with the getting

those degrees to be clear?

                ATTORNEY SPIVEY:

                Object to the form.

                THE WITNESS:

                Not at all.  Not at all.

BY ATTORNEY BYERS:

Q.   And you didn't get much into detail in terms of

--- I don't think, in terms of your work as a guardian,

tell me about that process.  In any one particular case

how do you become a guardian for an individual in a

case pending before the court?

                ATTORNEY SPIVEY:

                Object to form.

                THE WITNESS:

                Well, to begin with before I would ever

been considered or IKOR would ever have been considered

to be the professional guardian I had to present myself

and my credentials to the president judge of whatever

court I was, you know, trying to get into, much of them

in Pennsylvania.  And show what my credentials are,

answer questions for the court on how I would handle

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1  certain circumstances and then the court tried me the

2  first time and one court told another and told another

3  and told another, so that's kind of how it went.  You

4  have to be prescreened though.  I had to pass criminal

5  civil background checks though.

6  BY ATTORNEY BYERS:

7  Q.   How many times have you served as a guardian?

8           ATTORNEY SPIVEY:

9           Object to the form.

10          THE WITNESS:

11          I would say probably a hundred times.

12 BY ATTORNEY BYERS:

13 Q.   Okay.

14      And in that role who were you responsible for

15 reporting to and answering to?

16 A.   The court, always the court.

17 Q.   Okay.

18      At any time in any case where you were a guardian

19 were you ever removed as guardian?

20 A.   No.  No, I never was.

21 Q.   Going back just a second to teaching, you said

22 that you had taught nursing students.  Where and when

23 was that?

24 A.   I had taught LPN students in Pennsylvania in the

25 late '70s, early '80s in that period of time.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Q.   Where were you teaching?

2  A.   I was teaching at --- in Chester, Pennsylvania

3  that's where the location was.  And there were a couple

4  of hospitals actually that were involved in that as I

5  recall.

6  Q.   So this wasn't at a particular institution or

7  school?

8  A.   No, well, it was.  It was a school it was an LPN

9  training program and the program was sponsored by, I

10 don't want to say the Department of vocational Rehab,

11 I'm trying to remember the name of who handled the

12 program.  There was an organization that it came from.

13 Q.   Okay.

14      I'm not asking you to guess.  If you don't

15 remember ---

16 A.   Yeah, I don't remember.

17 Q.   --- then you don't remember.  What did you teach?

18 A.   I taught theoretical and clinical pharmacology and

19 I taught clinical psychiatry for a rotation of nurses

20 through the psych unit, we just referred to it as the

21 psych unit, and also I taught with a couple of other

22 people basic nursing protocols, like how do you take

23 care of a patient.  What's acceptable, what's not in

24 record writing and everything else.

25 Q.   So you didn't reference, in your opinion, either



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 6:21-cv-00808-WWB-EJK   Document 75-1   Filed 00/03/22   Page 152 of 165 PageID 1888

218983 Maisano et al. Facreala 04 20 2022                    Page 152

```
 1  the criteria listed in the DSM-IV or the DSM-V for

 2  PTSD, why is that?

 3              ATTORNEY SPIVEY:

 4              Object to the form.

 5              THE WITNESS:

 6              Well, that's a good question.  I mean, I

 7  don't know why I didn't.  I know them.  Maybe it's

 8  because I know them.  I just didn't think anybody would

 9  be interested in having all of that information.

10  BY ATTORNEY BYERS:

11  Q.   Is there anything that you have seen today or that

12  you thought about or testified to that would change

13  your opinion at all or would it cause you to want to go

14  back and revise or amend your opinion?

15              ATTORNEY SPIVEY:

16              Object to the form.

17              THE WITNESS:

18              Nothing that I can think of.  Nothing.

19              ATTORNEY BYERS:

20              All right.

21              I don't have anything else.

22                      ---

23                  RE-EXAMINATION

24                      ---

25  BY ATTORNEY SPIVEY:
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Q.   Dr. Maisano, I will be very brief.  You told me at

2  some point today in response to my subpoena ---

3  A.   Yes.

4  Q.   --- relative to your records ---

5  A.   Yes.

6  Q.   --- that you sent some items to me?

7  A.   Yes, by e-mail.

8  Q.   When did you do that?

9  A.   Yesterday.

10  Q.   And to what address did you send them?

11  A.   Your law firm one.  Ends with your law firm.  And

12  it's Spivey.

13  Q.   Did you get any indication that the transmittal

14  bounced back to you?

15  A.   No, not at all.

16  Q.   Because I will represent that we didn't get any

17  from you ---

18  A.   That is really weird.

19  Q.   --- for today.

20  A.   Unless it was all too big to go through, but I

21  would have gotten a thing telling me that that wasn't

22  possible.

23  Q.   I'm going to ask you to resend to me ---

24  A.   Absolutely.

25  Q.   --- whatever you attempted to send.



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Okay?

2  A.   Absolutely.

3  Q.   All right.

4    You testified on Cross Examination about reviewing

5  various deposition transcripts?

6  A.   Yes.

7  Q.   When did you receive those in relation to May

8  31st, 2022?

9  A.   I only received those, sir, as I said a day or two

10  ago.

11  Q.   Okay.

12    So in the last 48 hours or so?

13  A.   Yes, maybe 72, but yes.

14  Q.   And how long did it take you to digest whatever

15  was sent to you?

16  A.   Maybe four, four and a half hours.

17  Q.   So it's your testimony that you read all of the

18  transcripts and all of the exhibits that went along

19  with them in four or five hours?

20  A.   I did not read the exhibits.  I read simply the

21  words of the individuals and some I could almost skim

22  through.  They were pretty easy, especially at the end.

23  Some were --- every sentence was very important.

24  Q.   But nevertheless, it's still your sworn testimony

25  that you digested all of those transcripts in four or



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  five hours?

2  A.   Yes, I would have to give you an exact amount, but

3  yes.

4  Q.   Did anybody explain to you why the deposition

5  transcripts could not have been sent to you prior to

6  May 31st of 2022?

7  A.   I think Mr. Byers told me he thought I had gotten

8  them, and that's why he sent them to me, because it's

9  important I have all the data he has.

10 Q.   But in realty you had never seen these deposition

11 transcripts at the time you finalized your report day

12 May 31st, 2022?

13 A.   That's correct.

14 Q.   All right.

15     Did you administer any tests to Pam Mathews in

16 connection with your consultation with her?

17 A.   No.  And there are no tests for PTSD, so no, I did

18 not --- one phone call and that was all.

19 Q.   What is the total amount of time that you were

20 exposed to Ms. Mathews verbally?

21 A.   Maybe a half an hour maybe.

22 Q.   So 30 minutes on the phone?

23 A.   Roughly.  Uh-huh (yes).

24 Q.   Correct.  And then you reviewed these ten

25 categories that are identified --- 11 categories of



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  material that were identified in your report?

2  A.   Yes.

3  Q.   And you talked to Toni Furbringer?

4  A.   Yes.

5  Q.   How long did you speak to Toni Furbringer?

6  A.   I don't recall.  I would say it was under an hour,

7  but I don't recall.

8  Q.   And that was the universe in which you relied on

9  in formulating your opinions?

10 A.   Yes.

11 Q.   Okay.

12      What's an LPN.

13 A.   A licensed practical nurse.

14 Q.   Okay.

15      And what does a licensed practical nurse typically

16 do?

17 A.   Today quite a bit.  They do direct Patient Care,

18 they --- when they've been trained to do it, they also

19 distribute medications and interact with the patients.

20 I mean, generally they're in a hospital setting.

21 Q.   Aren't they boots on the ground so to speak in

22 terms of having active patient interface?

23 A.   They do have active patient interface, yes.

24 Q.   So if you're ever in the hospital and somebody

25 brings your medication, is an LPN a person who would do



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  that?

2  A.   They could or an R.N.  You know, you would have to

3  see who they are.

4  Q.   What is the difference between an R.N. and an LPN.

5  A.   Quite a bit.  An R.N.s job is a whole lot more

6  detailed.  The R.N. is the one who takes orders from

7  the doctor, written orders off and executes them.

8       They're also the one, unbeknownst to a whole lot

9  of people, that actually pick up errors in medication

10 or treatment, and it's their responsibility to contact

11 the doctor and get them corrected.

12      They provide medication, they change dressings

13 which is a bandage, it depends on what their job is and

14 where the location is.  R.N.s do a whole lot of things.

15 Q.   Okay.

16      When --- I think you testified that you taught LPN

17 students in the State of Pennsylvania in the late '70s

18 and '80s.

19 A.   Yes.

20 Q.   Is that right?

21 A.   That's correct.  In that time period, yes.

22 Q.   What do you have to do to become an LPN in the

23 State of Pennsylvania?

24 A.   You have to take a test and be licensed.  For the

25 LPN to give medication they had to prove that they had



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  medication training.

2  Q.   What are the educational requirements, if any, to

3  become an LPN?

4  A.   Prior to entering LPN school, which is about a

5  year, high school.

6  Q.   And LPN school is something that can be obtained

7  at a vo-tech institution?

8  A.   It can.  Some have them, yes.

9  Q.   So you get a high school diploma and then you go

10 to vo-tech school and you become an LPN?

11 A.   Yes.

12 Q.   All right.

13          ATTORNEY SPIVEY:

14          That is all I've got.

15          ATTORNEY BYERS:

16          All right.

17          Bill, I obviously don't know what may or

18 may not have happened with the documents that Dr.

19 Maisano sent you, but once you do get them and have a

20 chance to look at them if we need to revisit this

21 issue, just let me know; all right?

22          ATTORNEY SPIVEY:

23          Okay.

24          ATTORNEY BYERS:

25          All right.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              VIDEOGRAPHER:

 2              Okay.

 3              We are going off the record at 1:35 p.m.

 4  And this concludes the deposition of Dr. Patricia

 5  Maisano.

 6              ATTORNEY SPIVEY:

 7              Thank you very much.

 8              THE WITNESS:

 9              Thank you very much, sir.

10                   * * * * * * * *

11       VIDEOTAPED DEPOSITION CONCLUDED AT 1:35 P.M.

12                   * * * * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

160

```
 1              COMMONWEALTH OF PENNSYLVANIA)

 2              COUNTY OF PHILADELPHIA      )

 3                      CERTIFICATE

 4              I, Nicole Montagano, a Notary Public in

 5    and for the Commonwealth of Pennsylvania, do hereby

 6                        certify:

 7              That the witness, Patricia Maisano, R.N.,

 8      DHS, CCM, FAACM, PGCM, NCG, ABDA, whose testimony

 9   appears in the foregoing deposition, was duly sworn by

10   me on July 20, 2022 and that the transcribed deposition

11   of said witness is a true record of the testimony given

12                     by said witness;

13              That the proceeding is herein recorded

14                   fully and accurately;

15              That I am neither attorney nor counsel

16   for, nor related to any of the parties to the action in

17   which these depositions were taken, and further that I

18   am not a relative of any attorney or counsel employed

19    by the parties hereto, or financially interested in

20                      this action.

21           Dated the 25 day of July, 2022

22

23                                   Nicole S. Montagano,

24

25                                   Court Reporter
```

Commonwealth of Pennsylvania - Notary Seal
Nicole Montagano, Notary Public
Philadelphia County
My Commission Expires February 7, 2023
Commission Number 1209565



Case of Pamela Mathews


Dr. Patricia A. Maisano RN, PHs, CCM, FAACM, PLCM, NCG, ABDA

July 15, 2020


Dr. Patricia Maisano
Varna LLC

**Maisano Dep., Exhibit B**

PO Box 707
Mendenhall, PA 19357

July 15, 2020

Mr. Bryant H. Dunivan Jr., Esq.
Owens & Dunivan PLLC
615 W. De Leon St.
Tampa, FL 33606

RE:   Pamela Mathews

Dear Attorney Dunivan:

At your Clients request, I have reviewed the following records provided by her, regarding the circumstances of her current psychological status.   The purpose of my involvement is to examine the situation based on the review of all records and  given my knowledge of and experience with PTSD render an option.. In my professional opinion, to a reasonable degree of medical certainty, Ms. Pamela Mathews has suffered from PTSD as a result of emotional and physical abuse.

I was selected to do this report because I have been an RN for 45 years, the last 20 of those years have been focused in life advocacy and with a sharp focus on physical and psychological abuse.  I have been recognized as an expert in this area by the courts and through  countless lectures, and authored numerous articles.

I currently hold an Master's Degree (MS)in Assessment and Evaluations and a PHs in Health Sciences. In addition, I hold numerous national certifications as outlined in my Vitae.

The records I reviewed are as follows:

1.  Numerous emails from and to Pam Mathews and Bryan Cole

2. Numerous text messages from and to Pam Mathews and Bryan Cole
3. Medical Records from Dr. John B. Hudson
4. Certification of Medical Records produced by Desert River Solutions on behalf of Dr. John B. Hudson.
5. Cardiac Report  ( Holter ) dated  12/03/2019
6. Police Reports dated   02/12/2017
7. Police Report dated     02/06/2019
8. Police report dated      01/29/2019
9. Cole Demand document
10. Lawsuit documents      04/24/20
11. Property and Settlement Agreement


I offer the following opinions and observations, to a reasonable degree of medical certainty, and based upon my knowledge and experience.


Emotional and Physical abuse can take many forms. One of the well known forms of PTSD is called the Stockholm Syndrome.  Given it's name in the 1970's with the kidnapping and abuse of  Heiress Patty Hearst, Stockholm Syndrome is a serious form of psychological abuse which is most often based on issues of comfort, such areas as food, clothing, shelter.  An example of this might be at first agreeing with what a person wants eat. It moves rather quickly to "You will eat what I want, or you will not eat at all". This situation is compounded by the lack of access to money in which to buy an alternative, with the abuser controlling all funds.  This is shown by Mr. Cole's continued paying of all of Ms. Mathews bills nearly 2 years later, while Ms. Mathews presents me with bank records showing no money. The providing of money, then the threat of refusing funds for basic things such as a place to live can often be seen in most cases.

This is not an overnight occurrence but a repetitive systemic abuse which grows over time. It can continue if the victim makes more decisions not permitted by the predator.  It can and often does escalated into physical violence as it has in this case. There is after all no point in threatening unless you can prove you will make good on the threats. PTSD victims are able to quasi function and appear to be in a "usual" life with no outward signs.

It is rare for a victim to report what is happening and very often do not press charges when authorities become involved.  They usually create stories to cover what is happening because psychology they feel they must. There life looks "ok" on the outside so the idea that anyone would believe what is actually happening is small.  People around them, even family, are reticent to believe that there is a problem and after all there are consequences (often expressed by the predator) for sharing what they are going through with another.  The victim begins to believe that this is what they deserve, and that they have done something to cause it. They slowly lose their identity, their dignity and their power.  They often give up.

In reviewing the texts and emails between Mr. Cole and Ms. Mathews, they reflect an almost adolescent way of expressing their affection, saying "I love you" many times in one text for example. They did not communicate as equal adults, secure in their relationship.  In my opinion they were communicating for the benefit of the victim, reassuring the victim of "security" while providing approval.

Ms. Mathews records have presented a long- term exposure to wide swings of emotional highs and lows directly from her "boyfriend" Bryan Cole".  The records show these episodes began at least as of 02/12/2017 until sometime in September of 2019. There is no question that the PTSD did not exist before 02/12/02017. Ms. Mathew medical records contain none of the medication which treats depression and anxiety until after 02/12/2017.


Sincerely,



Dr. Patricia Maisano

