407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

**CONDENSED**

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE MIDDLE DISTRICT OF FLORIDA

 3   ORLANDO DIVISION

 4

 5   Case No.: 6:21-cv-00808-WWB-EJK

 6

 7   PAMELA R. MATHEWS,

 8   PLAINTIFF,

 9

10   VS.

11

12   BRYAN A. COLE,

13   DEFENDANT.

14   _____/

15   VIDEOTAPED DEPOSITION OF PAMELA MATHEWS

16   DATE:        MARCH 10, 2022

17   REPORTER:    VANESSA MCCORMICK

18   PLACE:       GREENBURG TRAURIG, PA

19                450 SOUTH ORANGE AVENUE

20                SUITE 650

21                ORLANDO, FLORIDA 32801

22

23

24

25
```



400 North Ashley Drive, Suite 2600        100 East Pine Street, Suite 308        4651 Salisbury Road, 4th Floor
**TAMPA, FL 33602**                       **ORLANDO, FL 32801**                  **JACKSONVILLE, FL 32256**
                                          **CORPORATE**

---

**2**

1                    APPEARANCES
2
3  ON BEHALF OF THE PLAINTIFF, PAMELA MATHEWS:
4  Duncan G. Byers, Esquire
5  Patten, Womom, Hatten & Diamonstien
6  12350 Jefferson Avenue
7  Suite 300
8  Newport News, Virginia 23602
9  Telephone No.: (757) 223-4474
10  E-mail: dbyers@pwhd.com
11
12  ON BEHALF OF THE DEFENDANT, BRYAN A. COLE:
13  Ira William Spivey, II, Esquire
14  Greenberg Traurig, PA
15  450 South Orange Avenue
16  Suite 650
17  Orlando, Florida 32801
18  Telephone No.: (407) 254-2614
19  E-mail:  spiveyw@gtlaw.com
20
21  Also Present:
22  Shannon Casey - Paralegal to Ira William Spivey, II,
23  Esquire
24
25

---

**4**

1                    STIPULATION
2
3  The video deposition of Pamela Mathews taken at
4  Greenburg Traurig, PA 450 South Orange Avenue Suite 650
5  Orlando, Florida 32801 on Thursday the 10th day of March
6  2022 at approximately 9:50 a.m.; said deposition was
7  taken pursuant to the Fed. R. Civ. P. 30 Rules of Civil
8  Procedure. It is agreed that Vanessa McCormick, being a
9  Notary Public and Court Reporter for the State of
10  Florida, may swear the witness.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**3**

1                    INDEX
                                              Page
2  PROCEEDINGS                                   5
   DIRECT EXAMINATION BY MR. SPIVEY         5
3                    EXHIBITS
4  Exhibit                                    Page
     1 - Mathew Litigation Summary          24
5     2 - Osceola Sheriff Office incident number
        081127081                           30
6     3 - Osceola Sheriff Office incident number
        14I085720                           36
7     4 - Glenn Count Police Department incident
        number G21-37736                    45
8     5 - N/A (Skipped)
     6 - Written statement from Pamela Mathews  58
9     7 - Second Amendment Complaint         82
     8 - Social Security Administration -
10      Function Report Adult               115
     9 - Complaint                         117
11    10 - Finding of Facts conclusions of law
        and decision                        132
12    11 - Text message 11/16/2018          138
     12 - Text message 05/11/2018 - 05/12/2018  140
13    13 - Orlando Health medical records   143
     14 - Text message 02/17/2017 - 02/18/2017  161
14    15 - Text message 03/23/2017          165
     16 - Text message 02/14/2017          166
15    17 - Text message 02/22/2018          170
     18 - Text message 08/30/2018          173
16    19 - Text message 10/19/2018          176
     20 - Text message 11/17/2018          178
17    21 - Declare of Pamela Mathews in Support
        of Her Response to the Court's Order to
18      Show Cause                          182
     22 - South East Georgia Physicians
19      Associate March 19, 2021            187
     23 - Glynn County Police Department
20      incident report number G21-50373   196
     24 - Pamela Santine - Pharmacy pickup
21      dates                               197
     25 - History of Illness provided by John.
22      B Hudson, Md                        201
     26 - Email addressed- apology on May 2,
        2018                                217
23
24
25

---

**5**

1                    PROCEEDINGS
2       COURT REPORTER:  -- Pamela Mathews in the
3  matter of Pamela Mathews versus Bryan Cole, pending
4  in the Middle District of Florida, Orlando Division,
5  case number 621CB00808WWBEJK.  Will Counsel please
6  introduce themselves for the record, starting with
7  the plaintiff?
8       MR. BYERS:  Duncan Byers with Patten, Womom,
9  Hatten & Diamonstien for the plaintiff.
10      MR. SPIVEY:  Bill Spivey of Greenberg Traurig
11  for the defendant.
12      COURT REPORTER:  Ms. Mathews, will you please
13  raise your right hand and be sworn by the court
14  reporter?
15      COURT REPORTER:  Thank you, Ms. Pamela Mathews,
16  do you solemnly swear and affirm that the testimony
17  that you're about to give will be the truth, the
18  whole truth, and nothing but the truth?
19      THE WITNESS:  I do.
20      COURT REPORTER:  Thank you.  You may begin.
21      DIRECT EXAMINATION
22      BY MR. SPIVEY:
23   Q   Ms. Mathews, good morning.
24   A   Good morning.
25   Q   My name is Bill Spivey.  I think this is the

---



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**6**

1  first time I've met you personally face-to-face.  I
2  think I've seen you on a video of a hearing or something
3  like that, but it's nice to see you.
4    A   You as well.
5    Q   Do you understand you're under oath today?
6    A   Yes, sir.
7    Q   Okay.  And do you significance of that?
8    A   Yes, sir.
9    Q   All right.  Have you ever been deposed before?
10   A   Yes, sir.
11   Q   Approximately how many times?
12   A   Once.
13   Q   One time?
14   A   Yeah, I think so.
15   Q   And in what case was that?
16   A   It was against Gentiva Health Services
17  (phonetic).
18   Q   Gentiva?
19   A   Uh-huh.
20   Q   And how long ago was that?
21   A   20 years.
22   Q   You were represented by Counsel in that case?
23   A   Yes, sir.
24   Q   Who was your attorney?
25   A   I don't really remember that.

**7**

1    Q   All right.  Let me go over a few ground rules
2  that'll hopefully we'll make our time together more
3  efficient.  I'm going to ask you a series of questions,
4  and I'll ask that you answer them as fully and
5  truthfully as you can.  I would ask that you allow me to
6  finish my question before you start to answer, and I'll
7  allow you to finish your answer before I ask my next
8  question.  That way, we're not talking over each other,
9  and it'll be easier for the court reporter to take down
10  your testimony, okay?
11   A   Okay.
12   Q   If you want to take a break at any time, we'll
13  be glad to indulge you as long as a question isn't
14  pending.  We're going to have some lunch brought in
15  today, and we can separate and not be all over each
16  other while we're eating lunch.  But if you don't
17  understand the question that I ask you, please tell me,
18  okay?  If you don't indicate that you don't understand
19  my question, I'm going to assume that you do understand
20  the question and that the answer you provide is
21  responsive to that question; is that fair?
22   A   Yes.
23   Q   All right.  Would you state your full legal
24  name, please, ma'am?
25   A   Pamela Rae Santini (phonetic)?

**8**

1    Q   Santini.  And what's your date of birth,
2  please?
3    A   April 19, 1970.
4    Q   All right.  And where were you born?
5    A   Beach Grove, Indiana.
6    Q   When did you move to Florida?
7    A   I was in the fifth grade.
8    Q   I'm sorry.  Fifth grade?
9    A   Fifth grade.  Yes.
10   Q   And what part of Florida did you move to?
11   A   I moved every year, so I don't really have a
12  keen recollection on what part.  I want to say Lakeland,
13  but it could be anywhere because --
14   Q   And am I understanding you to say that your
15  family relocated a lot when you were a child?
16   A   Yes.  Every year.
17   Q   Okay.  And why was that?
18   A   My dad was a minister.
19   Q   What was that?  I'm sorry.
20   A   Prior to that, he had his own company, a
21  collection system, and he moved every year.
22   Q   What type of minister was your father?  What
23  church?  What congregation?
24   A   Nazarene.
25   Q   Nazarene.  Okay.  And approximately when in

**9**

1  relation to your childhood did your father become a
2  preacher?
3    A   Well, he was a preacher prior to me being
4  born.  Then he took it back up when I was 13.
5    Q   And I think you said something to the effect
6  that he was also in some kind of collection industry?
7    A   Yeah.  He had a business called Master
8  Collection Systems.
9    Q   And briefly, what is Master Collection
10  Systems?
11   A   I'm not sure.  I was a kid.
12   Q   Is it the recovery of debts for people?
13   A   That's what I believe, yes.
14   Q   Okay.  Fair enough.  And did that entity,
15  Master Collection Systems, operate in Florida?
16   A   I really don't know.
17   Q   What was your father's name?
18   A   Donald Eugene Mathews.
19   Q   Did your mother work?
20   A   No.
21   Q   Traditional stay-at-home mother?
22   A   Yes.
23   Q   And what's her name, please?
24   A   Mary Mathews.
25   Q   Okay.  I understand from the records that I



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

**10**

1  reviewed that your father passed away at some point; is
2  that right?
3     A   Yes.
4     Q   I'm sorry.  When was that approximately?
5     A   In '95.
6     Q   1995.  Okay.  And were your mother and father
7  still married at the time of your father's passing?
8     A   Yes.
9     Q   And where did they live at the time that your
10  father passed away?
11    A   Auburndale.
12    Q   And where does your mother live now?
13    A   Winter Haven.
14    Q   How long has your mother lived in winter
15  Haven?
16    A   25 years plus, give or take.
17    Q   I think I saw something in the records
18  indicating that she owns a condominium there.
19    A   Yes.
20    Q   Is that still correct?
21    A   Correct.
22    Q   Okay.  Does she live there alone?
23    A   Yes.
24    Q   Okay.  How old is your mother?
25    A   85.

**11**

1     Q   Does your mother drive?
2     A   No.
3     Q   Where do you live, ma'am?
4     A   Georgia.
5     Q   What's your address, please?
6         MR. BYERS:  I'm sorry.  Her address is
7  protected under the witness -- under the Florida
8  Statutes to protect her from her abuser.  So I need
9  to keep that off the record.
10        (OFF THE RECORD)
11        BY MR. SPIVEY:
12    Q   And with whom do you live there?
13    A   Jorge Santini.
14    Q   And is Mr. Santini your husband?
15    A   Yes.
16    Q   Are you an owner of that home?
17    A   No.
18    Q   Just Mr. Santini?
19    A   Yes.
20    Q   I gather at some point you and Mr. Santini got
21  married?
22    A   Yes.
23    Q   And when did that happen?
24    A   February 13th of '21.
25    Q   How did you meet Mr. Santini?

**12**

1     A   Through a friend of ours.
2     Q   Who is that?
3     A   Murph.
4     Q   I'm sorry?
5     A   Murph.
6     Q   Murph?
7     A   Yes.
8     Q   What's Murph's last name?
9     A   I have no idea.
10    Q   How would I find Murph if I wanted to have a
11  conversation with him or her?
12    A   I'd have to get you his address from my
13  husband.
14    Q   Murph is --
15    A   He's in Puerto Rico.
16    Q   I'm sorry?
17    A   He's in Puerto Rico now.  He moved to Puerto
18  Rico.
19    Q   All right.  So I'm gathering that Murph is a
20  man.
21    A   Yes, sir.
22    Q   And he somehow knows your husband?
23    A   Yeah, they were best friends.
24    Q   Okay.  And how did he know you?
25    A   He met -- he knew me through my work.  I did a

**13**

1  lot of work with the veterans and so forth.  We did home
2  visits.
3     Q   When did you meet Murph?
4     A   I've probably known him for five years.
5     Q   And through what entity were you working when
6  you met Murph doing veterans home visits.
7     A   It was at the time Dosec Connect (phonetic).
8     Q   Where did you meet Murph?
9     A   At an assisted living facility.
10    Q   What location?
11    A   I cannot remember the name of it here in
12  Orlando.  I don't -- I don't know.  I've been to a lot,
13  but is here in Orlando.
14    Q   It's here in Orlando?
15    A   Yes.  Yes.  Uh-huh.
16    Q   You told me that you married Mr. Santini on
17  February 13th, 2021.  When did you meet him in relation
18  to that date?
19    A   I met him in the end of April of '19.
20    Q   April 2019?
21    A   Yes, sir.
22    Q   At that time, April 2019, where were you
23  living?
24    A   Talman.  Winter Park.
25    Q   Mr. Cole's residence?

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

14

1    A    Yes.
2    Q    And did you start dating Mr. Santini at some
3 point?
4    A    Yes.
5    Q    When did that happen?
6    A    Approximately August.
7    Q    August of '19?
8    A    Yes.
9    Q    2019?
10   A    Yes, sir.
11   Q    All right.  And during that time, the April to
12 August 2019 timeframe, where was Mr. Santini living?
13   A    He still lives in Brunswick.
14   Q    So is it fair for me to think this was a long-
15 distance relationship?
16   A    Well, he would come and stay at Talman as a
17 friend.  I was afraid to be there alone.  So he had --
18 he came and stayed.
19   Q    He would come to the Orlando area and stay
20 with you at the Talman reside?
21   A    Yeah, I was afraid.
22   Q    Okay.  And would you likewise make trips to
23 Brunswick to see him?
24   A    One time.
25   Q    When did you do that?

15

1    A    I don't recall.  Maybe July.  It was --
2    Q    And did you stay at his residence?
3    A    Yes.
4    Q    If you know, when did Mr. Santini get divorced
5 from his prior wife?
6    A    October -- I want to say October 2018.
7    Q    Have -- I'm sorry.
8    A    But I'm not sure.
9    Q    Have you ever met Mr. Santini's prior wife?
10   A    Yes.
11   Q    And what's her name, please?
12   A    Marisol.
13   Q    Mr. Santini has a young son, 15, 17-years-old,
14 something like that?
15   A    16.
16   Q    16.  What's that young man's name, please?
17   A    A.
18   Q    Where did you stay last night?
19   A    My mother's.
20   Q    In Winter Haven?
21   A    Yes.
22   Q    And where do you typically stay?
23   A    In Florida?
24   Q    No, just generally.  Over the last ten days,
25 where have you stayed?

16

1    A    Brunswick.
2    Q    You stayed in Brunswick until Tuesday or so,
3 and then you came down to see your mother?
4    A    No.  I stayed in Brunswick until Tuesday, and
5 I came down here for the deposition.
6    Q    Correct.  But you stayed with your mother?
7    A    Yes.
8    Q    Okay.  And it takes, what, four, five, six
9 hours to drive from Brunswick to here?
10   A    Four-and-a-half hours.
11   Q    Okay.  And you went directly from Brunswick to
12 your mother's condominium in Winter Haven?
13   A    Yes.
14   Q    Do you have a key to your mother's
15 condominium?
16   A    No.
17   Q    And I gather that you drove.
18   A    I don't drive.  My husband drove.
19   Q    So Mr. Santini brought you here?
20   A    Yes.
21   Q    All right.  And where is Mr. Santini right
22 now?
23   A    Maybe sleeping in the parking lot.  I don't
24 know.
25   Q    So he drove you over this morning from Winter

17

1 Haven?
2    A    Yes, I don't drive.
3    Q    What kind of vehicle did you come in?
4    A    A Lincoln.
5    Q    And who owns that vehicle?
6    A    I do.
7    Q    Do you own any other vehicles?
8    A    No.
9    Q    And is that a black MKX?
10   A    Uh-huh.  Yes.
11   Q    Is that a yes?  Okay.  When did you acquire
12 that vehicle?
13   A    2018.
14   Q    Is it titled in your name?
15   A    Yes, with a lien.
16   Q    And is the vehicle registered in the state of
17 Florida?
18   A    The tag is, yes.
19   Q    So if I saw the car, it would have a Florida
20 license tag on it?
21   A    Yes, sir.  Uh-huh.
22   Q    Before we started today, the court reporter
23 asked you for your driver's license.  In what state is
24 your driver's license issued?
25   A    Georgia.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

18

1    Q    And when was that issued?
2    A    April 19th last year.  Well, somewhere around
3    there.
4    Q    Shortly after you got married?
5    A    Yes.
6    Q    And does your driver's license say Santini?
7    A    Yes.
8    Q    Are you registered to vote in Georgia?
9    A    No, I don't think so.  I don't think I did
10   that yet.
11   Q    Are you registered to vote in Florida?
12   A    To be honest, I don't even know that.
13   Q    I think I saw some records suggesting you're a
14   registered Republican?
15   A    Yes.
16   Q    And are you registered as Republican in
17   Florida?
18   A    I was.  Yes.
19   Q    Is there any other state that you could be
20   registered in?
21   A    Georgia.  I did -- when I did my license, I
22   said I wanted a voter's ID card, but --
23   Q    To your knowledge, you don't have one?
24   A    No.
25   Q    When is the last time that you filed a tax

19

1    return, Ms. Santini?
2    A    I want to say 2016.
3    Q    2016.  Are you operating under an extension of
4    some kind from the Internal Revenue Service?
5    A    No.
6    Q    The last income tax return that you filed, did
7    you do it yourself or did you have the assistance of an
8    accountant?
9    A    An accountant.
10   Q    And who was that?
11   A    Harold at H&R Block.
12   Q    And what office of H&R Block?
13   A    Orlando.
14   Q    And had Harold done your taxes previous to the
15   last time you filed taxes?
16   A    Yes.
17   Q    What's Harold's last name?
18   A    I can't tell you.  It was on the tax -- it was
19   on the tax return supplied to you.
20   Q    Okay.  Have you paid any state income tax in
21   the state of Georgia?
22   A    No.
23   Q    When you married Mr. Santini, where did that
24   ceremony take place?
25   A    The B Resort.

20

1    Q    Sorry?
2    A    The B Resort in Orlando.
3    Q    The B Resort?
4    A    Yes.
5    Q    I'm not familiar with that.
6    A    It's a Disney resort in Orlando.
7    Q    Oh, I'm sorry.  Okay.  And you had a Florida
8    marriage license, I presume.
9    A    Yes.
10   Q    And from whom did you get it?
11   A    The minister at Elevation Church.
12   Q    What was his name?
13   A    Petre.  P-E-T-R-E.
14   Q    Is that his first name?
15   A    Yes, first name.
16   Q    Petre?
17   A    Yeah.  P-E-T-R-E.
18   Q    And what's his last name?
19   A    Don't even know.
20   Q    And who attended your wedding?
21   A    Jorge's friends and family, my mom, and my
22   daughter.
23   Q    And just for the record, what's your
24   daughter's name, please?
25   A    Mary Wolf.  Mary -- I'm sorry.  Mary Austin.

21

1    Q    Mary Jo Ellen Austin?
2    A    Yes.
3    Q    And did I see something that she got married
4    fairly recently?
5    A    Yes.
6    Q    When did she get married?
7    A    November 13th last year.
8    Q    Okay.  And does she live in Tampa?
9    A    Yes.
10   Q    What is the current status of your marriage to
11   Mr. Santini?
12   A    I'm married.
13   Q    Do you have a lawyer with whom you consult
14   regarding your marriage to Mr. Santini?
15   A    No.
16   Q    Okay.  If I show you later some records that
17   refer to you having a divorce lawyer, do you have any
18   idea what those would be about?
19   A    A divorce lawyer?
20   Q    Yeah.
21   A    From what marriage?
22   Q    Current marriage.
23   A    No, I do not.
24   Q    Are you and Mr. Santini separated in any way?
25   A    No.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

22

1    Q    To your knowledge, has Mr. Cole ever met Mr.
2 Santini?
3    A    Not that I'm aware of.
4    Q    So when Mr. Santini was staying with you in
5 Mr. Cole's residence, where was Mr. Cole?
6    A    I have no idea.
7    Q    Did you get permission for Mr. Cole to have
8 guests stay in his home?
9    A    I was living there.
10    Q    Right, but you didn't own the home, correct?
11    A    Well, my name wasn't on the title, but as far
12 as it being my home at the time, yes, that was my place
13 of residence.
14    Q    You regarded it as your home, but you didn't
15 legally own it; is that fair?
16    A    That's fair.
17    Q    All right.  Did you obtain the permission of
18 the legal owner of the home for you to have overnight
19 guests stay there?
20    A    No, I wasn't required to.
21    Q    Did you and Mr. Santini undergo any kind of
22 premarital counseling?
23    A    Yes.
24    Q    And who administered that counseling?
25    A    Petre.

23

1    Q    And over what period of time did Petre do
2 that?
3    A    It was just a couple hours.
4    Q    Okay.  When did you get engaged to Mr. Santini
5 in relation to your wedding date of February 13th, 2021?
6    A    It was Christmastime of 2020.
7    Q    And where did you get engaged?
8    A    Brunswick.
9    Q    How many times have you been married, ma'am?
10    A    Five.
11    Q    And how many times have you been divorced?
12    A    Four.
13    Q    Okay.  In each of your divorces, were you
14 represented by counsel?
15    A    No.
16    Q    Let me go over a list that may make our
17 conversation a little easier if I can.  We'll mark as
18 number 1, please.  Thank you.
19        COURT REPORTER:  Can I -- oh.
20        MR. SPIVEY:  I'll just mark it.
21        COURT REPORTER:  Thank you.
22        MR. SPIVEY:  Can you put it over it?
23        COURT REPORTER:  Yes.  That'll work.
24        MR. SPIVEY:  Duncan, is that okay?
25        MR. BYERS:  Yeah.  That's okay.

24

1        BY MR. SPIVEY:
2    Q    Ms. Matthew, I'm handing you what will be
3 marked as Exhibit 1.  It is a summary that I have
4 prepared of litigation involving you that I was able to
5 find in the public records.  And I'm offering this to
6 you just as a summary that hopefully will expedite our
7 discussions about your prior litigation history; is that
8 fair?
9        (EXHIBIT 1 MARKED FOR IDENTIFICATION)
10    A    Okay.  Sure.
11    Q    All right.  By my math, I think you've been
12 married six times.
13    A    No.
14    Q    Okay.  Let's go over this then.  On item A, it
15 references Timothy Graham versus Pamela Wold Graham.
16    A    I don't know who that is.
17    Q    That's not you?
18    A    No, that is not me.
19    Q    Okay.  That makes it easier, then.  How about
20 B?  Is that you?
21    A    That is me.
22    Q    All right.  And you were the plaintiff in that
23 case filed in Hillsborough County?
24    A    Yes, sir.
25    Q    All right.  And you married Mr. Marshall on

25

1 June 18, 1988?
2    A    That's what the paperwork says.
3    Q    You don't have any recollection of that?
4    A    No.  No.  I have a recollection of the
5 marriage, but I couldn't tell you the exact date.
6    Q    I understand.  Were you represented by counsel
7 in that divorce?
8    A    Not that I remember.
9    Q    Okay.  Look at item C on Exhibit 1.  This
10 references your divorce from William Wold (phonetic) in
11 Polk County; do you see that?
12    A    Uh-huh.  Yes.
13    Q    And I believe you were represented by Kelly
14 Butts (phonetic) in that case?
15    A    Yes.
16    Q    Do you recall that?
17    A    Well, I don't recall her name.  But yes.
18    Q    Okay.  You had an attorney in that case,
19 right?
20    A    Yes.
21    Q    Okay.  And you were the plaintiff in that as
22 well, right?
23    A    Yes.
24    Q    All right.  Item D looks like a divorce
25 involving you and Greg Robert Wishert (phonetic).  Is

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

26

1 that the correct pronunciation?
2   A   Yes.
3   Q   All right.  And that was in Pasco County?
4   A   Yes.
5   Q   And you were represented by a gentleman named
6 Norman Williams.  Do you recall that?
7   A   Yeah.  Burt.  Yes.
8   Q   Okay.  Going back up, it looks like, from what
9 I saw in the public records that you married William
10 Wold four days after you were divorced from Kevin
11 Marshall.  Is that consistent with your recollection?
12   A   I don't have recollection.  I can only go by
13 the dates you gave me.
14   Q   Do you have any reason to think those are
15 inaccurate?
16   A   No.
17   Q   Okay.  I want to stay on the family law issues
18 if I can, and we just talked about D.  Let me ask you to
19 flip over to page 2 and item L, which is Pamela Glover
20 versus Walter Glover.  Do you see that one?
21   A   Yes.
22   Q   And that was a divorce in Osceola County?
23   A   Yes.
24   Q   And you were represented in that case, by a
25 gentleman named Kenneth Morse.  Do you recall that?

27

1   A   Yes.
2   Q   And you were the plaintiff in that case as
3 well, right?
4   A   Yes.
5   Q   So of your four divorces, you've been the
6 plaintiff three times, correct?
7   A   I thought it was four.
8   Q   I'm sorry?
9   A   I thought it was four.  I was the plaintiff
10 four times.
11   Q   Well, in item D, I think Gregory Wishert was
12 the plaintiff, unless you believe otherwise.
13   A   I believe otherwise.
14   Q   You -- you were the plaintiff in all of them?
15   A   Yes.
16   Q   Okay.  Fair enough.  So in every one of the
17 divorces that you have obtained, you were the
18 protagonist, if you will.
19   A   Plaintiff.
20   Q   Right.  And in at least three of those, you
21 hired counsel to assist you in your divorce, right?
22   A   Correct.
23   Q   Were each of your divorce experiences
24 traumatic for you?
25   A   No.

28

1   Q   They didn't cause you stress?
2   A   Some, but not much.
3   Q   They didn't cause you hardship?
4   A   No.
5   Q   No emotional baggage in connection with each
6 divorce?
7   A   No.
8   Q   You just moved on from one person to the next
9 without any emotional recoil?
10   A   No.  We're still friends.
11   Q   Okay.  When's the last time that you spoke to
12 Mr. Glover?
13   A   I don't speak to Mr. Glover.
14   Q   Right.  Okay.  But it's your sworn testimony
15 that you have no emotional linkage in any of these
16 marriages.
17   A   That's correct.
18   Q   You just -- you got married.  You got divorced
19 and you moved on.  That's your sworn statement?
20   A   I wouldn't say that you get married to divorce
21 to move on.  I would say that you get married, you have
22 irreconcilable differences, you grow, you learn, and you
23 move on.
24   Q   But that didn't cause you any stress when you
25 were going through the divorce process?

29

1   A   No.
2   Q   In fact, while you were going through some of
3 your divorces, you were seeing other men, weren't you?
4   A   No.
5   Q   In fact, you were still married to Mr. Glover
6 when you met Mr. Cole, correct?
7   A   Yes.
8   Q   And it seems like you were still married to
9 Mr. Marshall when you met Mr. Wold, correct?
10   A   I don't recall.
11   Q   Okay.  But you'd agree with me that you
12 frequently have multiple romantic partners at the same
13 time?
14   A   No, I do not.
15   Q   You're always exclusive.
16   A   If I was married, it would've been I was
17 separated, not living together as married husband and
18 wife.  It took me five years to get divorced from -- I
19 mean, yeah.
20   Q   So -- but you acknowledge that even though you
21 were still technically married, you were seeing other
22 men.
23   A   Not other men.  I would be exclusive with one.
24 I don't see more than one at one time.
25   Q   Okay.  We'll go over that in a little bit. Did



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

30

1  you ever have any legal issues with Mr. Glover that were
2  apart from matrimonial disarming?
3     A   Sure. Yes.
4     Q   I'm sorry?
5     A   Yes.
6     Q   Did -- did Mr. Glover ever physically abuse
7  you?
8     A   No.
9     Q   Did you ever call the police on Mr. Glover and
10  report that he had physically abused you?
11    A   There were two times the police were called.
12    Q   I'm sorry?
13    A   Two times the police were called.
14    Q   All right. And we'll go over those, but do
15  you recall telling the police relative to Mr. Glover
16  that he had abused you?
17    A   No, I don't recall it.
18    Q   You're not saying you didn't do that. You're
19  just saying you don't remember that?
20    A   I don't recall.
21    Q   Okay. Let me see if we can show you some
22  things and refresh your memory. We'll mark this as
23  number 2, please. Ms. Santini I've handed you what will
24  be marked as Exhibit 2. It is a report from the Osceola
25  County Sheriff's Department dated December 30th, 2008.

31

1  Does this ring any bell with you?
2        (EXHIBIT 2 MARKED FOR IDENTIFICATION)
3     A   No, I don't know.
4     Q   Let's start at the very top. It says address
5  117 Celebration Boulevard, Celebration, Florida. You
6  were living there on December 30th, 2008, correct?
7     A   Yes.
8     Q   Okay. And in the middle of the page, there's
9  a section that talks about the complainant. You see
10  that?
11    A   Yes.
12    Q   And it refers to Pamela Rae Glover, right?
13    A   Yes.
14    Q   And that's you?
15    A   Yes.
16    Q   All right. And it lists there a cell phone
17  number; do you see it?
18    A   Yes.
19    Q   is that still your cell phone number?
20    A   It is.
21    Q   And who is your cell phone provider?
22    A   T-Mobile.
23    Q   T-Mobile. Has T-Mobile always been your cell
24  phone provider?
25    A   No.

32

1     Q   Who -- when did T-Mobile start being your cell
2  phone provider?
3     A   I don't recall. Maybe a year, year-and-a-half
4  ago. I'm not sure.
5     Q   Prior to T-Mobile, who was it?
6     A   Sprint.
7     Q   Sprint. Have you had any other providers
8  beyond T-Mobile and Sprint?
9     A   I don't recall.
10    Q   Do you have a home telephone number in
11  Brunswick?
12    A   No.
13    Q   Just use your cell number?
14    A   Yes, sir.
15    Q   Okay. Looking down further towards the bottom
16  of the first page of Exhibit 2, it says, "Domestic
17  violence involved." Do you see that?
18    A   Yes.
19    Q   And it says, "Relationships, spouse, ex-
20  spouse, hands, fist, feet." Do you see that?
21    A   Uh-huh. Yes.
22    Q   Do you recall telling Osceola County Sheriff's
23  office that Mr. Glover had assaulted you on or about
24  December 30, 2008?
25    A   No. I don't recall that.

33

1     Q   Seeing Exhibit 2, that doesn't refresh your
2  recollection at all?
3     A   No, sir.
4     Q   Do you recall that Mr. Glover was in fact
5  arrested on December 30, 2008?
6     A   I don't know the date, but I know he was
7  arrested.
8     Q   Okay. And you were physically there when they
9  took him away in handcuffs in a patrol car, right?
10    A   Twice, yes.
11    Q   Right. I'm talking about the first time right
12  now.
13    A   Yes.
14    Q   Do you recall that incident?
15    A   I was next door with my friend, Jess Waller.
16    Q   What's the name? I'm sorry.
17    A   Jess Waller.
18    Q   Jess Waller?
19    A   That's correct.
20    Q   Is that a man or woman?
21    A   It's woman.
22    Q   Woman. Is it Jessica Waller?
23    A   Yes.
24    Q   All right. And is Jessica still a friend of
25  yours?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

34

1    A    Yes.
2    Q    And where does Jessica live now?
3    A    Arkansas.
4    Q    Okay.  When is the last time you spoke to
5  Jessica?
6    A    A couple days ago.
7    Q    But you would agree with me that the Sheriff's
8  Department came and arrested Mr. Glover in response to a
9  complaint that you had filed, right?
10    A    I don't recall it.  I can't say that.  No.
11    Q    Do you think the police just showed up out of
12  the blue and arrested Mr. Glover for no reason?
13    A    Well, it happened the second time, so I don't
14  recall it.
15    Q    You see on the second page of Exhibit 2 that
16  Mr. Glover was arrested with report.
17    A    Yes.
18    Q    Do you recall that?
19    A    No, I don't.
20    Q    Was that stressful to you to see your husband
21  taken away in handcuffs?
22    A    Was it stressful to me?  I don't even recall
23  what it was to me.
24    Q    Okay.  Is it fair to say, ma'am, you don't
25  have a good recollection of the past?

35

1    A    No.  No.  I would say I have a pretty good
2  recollection the past.
3    Q    Is there any reason that you can't recall your
4  husband being arrested on this particular occasion?
5    A    I was next door with the neighbor.
6    Q    Right.  So is it your testimony then that you
7  didn't even see this happen?
8    A    I did not.  I do not remember seeing him
9  actually arrest, no.
10    Q    But you were involved in the process of him
11  being arrested, correct?
12    A    Somewhat, yes.
13    Q    And you made statements to the police officers
14  that resulted in your husband being arrested?
15    A    I'm not sure about that.
16    Q    Are you on any medications that would impact
17  your memory?
18    A    No.
19    Q    Do you have any disabilities or conditions
20  that would impact your memory?
21    A    Yes.
22    Q    Okay.  What conditions do you have that would
23  impact your memory?
24    A    I have Stockholm syndrome, complex PTSD, and
25  disassociation.

36

1    Q    Disassociation.  And it's your belief that
2  those alleged conditions impact your ability to remember
3  things?
4    A    Yes.
5    Q    So you would agree with me that you're not a
6  great historian because of these conditions?
7    A    I don't know.
8    Q    But you acknowledge there are things you don't
9  or can't remember because of these alleged conditions?
10    A    That's what I'm told, yes.
11    Q    Okay.  Let me show you, ma'am, what we'll mark
12  is Exhibit 3.  This is another report from the Osceola
13  County Sheriff's Office.  This one is dated October 4th,
14  2014.  And it references another incident at 117
15  Celebration Boulevard; do you see that?
16        (EXHIBIT 3 MARKED FOR IDENTIFICATION)
17    A    Yes.
18    Q    Now, you were a co-owner of that home with
19  your then husband, correct?
20    A    Yes.
21    Q    You're both on the title to that home?
22    A    Yes.
23    Q    All right.  And this references another
24  domestic violence spouse, ex-spouse relationship.  Do
25  you see that on the first page?

37

1    A    Yes.
2    Q    And do you recall making the complaint that
3  led to this report being generated?
4    A    No, I didn't.  I mean, I didn't actually.  I
5  wasn't there.
6    Q    Let's look at the third page of Exhibit 3, if
7  we can please.  First full paragraph, the second
8  sentence says, "I arrived on scene and made contact with
9  the victim, Pamela Glover, who advised me of the
10  following via a verbal statement."  Do you see that?
11    A    Yes.
12    Q    Do you recall that now?
13    A    I recall pulling up and they were already on
14  scene.
15    Q    But you recall talking to the officers?
16    A    Yes.  I talked to them.  I don't recall what I
17  said.
18    Q    It says, "Pamela advised on 10-4-14 at about
19  11:30 hours, her and her husband, Walter Glover, were
20  involved in a verbal altercation over money."  You see
21  that?
22    A    Oh, I'm sure.
23    Q    Do you have any reason to doubt that?
24    A    No.
25    Q    Okay.  It goes on to say, "Pamela stated she



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

38

1 attempted to leave and Walter stood in the doorway to
2 prevent her from leaving and then slapped her on the
3 left side of her face." Do you remember that happening?
4    A  I do remember it happening. I'm -- he did not
5 want me to leave all the time. That's true.
6    Q  If this didn't happen, would you have told it
7 to the police officer?
8    A  No.
9    Q  Is it fair for me to believe that when you
10 interface with a police officer, you tell him the truth?
11    A  Sure.
12    Q  Okay. And you would expect the police
13 officer's report to then accurately reflect what you
14 told him?
15    A  Sure.
16    Q  Do you have any reason to think that this
17 report, Exhibit 3, does not accurately reflect what
18 happened on October 5, 2014?
19    A  Only that I did not call them. They were
20 there. My family called.
21    Q  Okay. But you spoke to the police officer?
22    A  After they did, yes.
23    Q  Right. But you were the victim of being
24 slapped in the face; is that right?
25    A  I didn't actually consider myself a victim of

39

1 anything.
2    Q  This goes on to say that "Pamela stated she
3 was so scared she struck the garage door as she pulled
4 her vehicle out, causing damage to the front passenger
5 side of her vehicle."
6    A  I don't recall that. I recall --
7    Q  I'm sorry?
8    A  I don't recall saying I was scared. I recall
9 saying that I miscalculated and I -- when I backed out
10 of the garage.
11    Q  So in connection with this incident that's
12 documented on October -- or strike that. Yeah, October
13 5th, 2014, you had a motor vehicle collision immediately
14 following the incident; is that fair?
15    A  No, I backed out of the garage wrong.
16    Q  Right. But that would be a motor vehicle
17 collision, right?
18    A  If you'd call it that. I didn't claim it, it
19 wasn't that bad.
20    Q  Your car hit a structure as you were leaving?
21    A  Hit my garage. Yes.
22    Q  Is that right?
23    A  Yes.
24    Q  All right. And you told the police that?
25    A  Well, if they saw it, yes.

40

1    Q  But you also told the police that, correct?
2    A  Yes.
3    Q  Okay. The report goes on to say, "Pamela said
4 her and Walter have been married for approximately 13
5 years. Pamela advised Walter has been arrested for
6 domestic violence against her in the past. See report
7 number 08I127081." You see that?
8    A  Yes, I do.
9    Q  Do you recall telling the police officer that?
10    A  No.
11    Q  Do you have any reason to think you didn't
12 tell the police officer that?
13    A  No.
14    Q  The report goes on to say, "Pamela stated she
15 and Walter are currently having marital problems over a
16 large amount of money from their business. And she
17 fears he may kill or seriously harm her if he was
18 arrested." Do you recall that?
19    A  No, I don't recall saying that at all.
20    Q  Do you think the police officer who wrote this
21 up just made it up?
22    A  I don't believe I said that.
23    Q  No, I'm asking you if you didn't tell him
24 that, where did he get this information?
25    A  I don't know that.

41

1    Q  So it's your testimony that you have no idea
2 where the police officer got the information contained
3 on this report?
4    A  Possibly my family.
5    Q  Okay. The report indicates that he was
6 speaking directly to you. Do you see that?
7    A  Yes. I was never alone with the police
8 officer. My family was always there.
9    Q  Do you see any part of this report that
10 references anybody other than you as speaking to the
11 police officer?
12    A  No, I don't, but they were there, and they did
13 speak to him. They called him.
14    Q  This goes on to say, "Pamela advised Walter
15 has struck her several times in the past, but she only
16 reported the incident in 2008." Do you recall that?
17    A  I don't recall that.
18    Q  Did Mr. Glover in fact assault you on more
19 than one occasion?
20    A  Mr. Glover stood in my way, would -- and
21 prevented me from leaving when I wanted to leave, all
22 the time.
23    Q  And how many occasions did that happen?
24    A  I couldn't -- I don't know.
25    Q  More than two?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

2679FYS  Mathews  Pamela   05-16-19   22

42

1    A    Sure.  Yes.
2    Q    More than ten?
3    A    Possibly
4    Q    More than 20?
5    A    I doubt it.
6    Q    Okay.  Did you tell the officer that Walter
7   had struck you several times?
8    A    No.
9    Q    Can you explain why the officer would use that
10   word then, "Struck her several times"?
11   A    No, I cannot.
12   Q    Do you recall Walter being arrested on this
13  occasion in 2014?
14   A    Yes, but we didn't know why.
15   Q    Did you have to participate in any kind of
16  prosecution of Walter on either of these occasions?
17   A    I didn't, no.  I did not participate in
18  anything.  No.
19   Q    Did investigators talk to you?
20   A    I think so, yes.
21   Q    And was any of that stressful to you?
22   A    No.
23   Q    Having police come to your home isn't a
24  stressful occurrence for you?
25   A    Well, yes, if it's -- it depends on the

43

1   reason.  Yes.
2    Q    And if you've called the police, that would be
3   stressful to you, right?
4    A    Yes.  But I didn't call the police here.
5    Q    All right.  But you were the complainant.  You
6   were the victim of whatever's reported in both of these
7   incidents, right?
8    A    I don't recall this.  No, it did not happen
9   like this.
10   Q    Okay.  How did it happen?
11   A    My mother, my friend, my sister, my daughter
12  called the police based on the fact they couldn't get
13  ahold of me.
14   Q    And is it your sworn testimony that that group
15  of people you just identified called the police on both
16  occasions, giving rise to Exhibit 2 and Exhibit 3?
17   A    I believe the first time Mary, my daughter,
18  was involved.  Mr. Glover was very mean to my daughter.
19   Q    So if I'm hearing you correctly, your daughter
20  is the one who called the police in relation to the 2008
21  incident?
22   A    I don't recall.  I don't recall who called.  It
23  was --
24   Q    Right.  But you testified that some group of
25  people called the police, right?

44

1    A    Somebody did, yes, but I don't know who.
2    Q    All right.  And let's talk about that second
3   group of people that you identified.  You said it's your
4   mother?
5    A    Uh-huh.
6    Q    Right?
7    A    Yes.
8    Q    You said it was your sister?
9    A    Correct.
10   Q    And what sister was that?
11   A    Paula.
12   Q    Paula.  And where does Paula live?
13   A    I have no idea.
14   Q    Where did Paula live in 2014?
15   A    I don't know.
16   Q    Where did Paula live in 2008?
17   A    I couldn't tell you.
18   Q    So how do you know that Paula was involved in
19  calling the police on either one of those occasions?
20   A    Because when I drove up, they were standing
21  out in front of my yard.
22   Q    Which time?
23   A    This particular time.
24   Q    You're pointing to the 2014 report?
25   A    Yes.  Correct.

45

1    Q    So it's your sworn testimony that you showed
2   up, and who was in your yard?
3    A    My sister, my mother, my best friend Jess, and
4   Mary.
5    Q    All four of them were there?
6    A    Yes.
7    Q    And where were they staying at that time?
8    A    Mary lived with me.  Jess lived next door.  My
9   mom lived in Winter Haven.  I don't know about my
10  sister.
11   Q    Okay.  Why was your mom in Celebration on this
12  incident?
13   A    She said she had called me and called me and
14  couldn't get ahold of me.
15   Q    So why was she there though?
16   A    I have no idea.  Worried about me.  Checking
17  on me.
18   Q    Do you know for sure that she was there?  You
19  just speculated?
20   A    No, I know for sure.
21   Q    It's your sworn testimony that those four
22  people were in your yard when the police arrived?
23   A    Yes.
24   Q    All right.  Let's mark this one as number 4,
25  please.  Ma'am, I'm showing you what will be marked as



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

46

1  Exhibit 4.  It is a police report from the Glynn County
2  Police Department in Brunswick, Georgia.  You see that?
3       (EXHIBIT 4 MARKED FOR IDENTIFICATION)
4    A   Yes.
5    Q   Okay.  And the address in the upper right-hand
6  corner is the address you told me at the outset of this
7  deposition, (address redacted), right?
8    A   Yes.
9    Q   And this happened less than a year ago,
10  correct?
11   A   Correct.
12   Q   Do you recall this incident?
13   A   I do.
14   Q   The report, on the third page, indicates that
15  police had been summoned to your residence in Brunswick
16  several times prior to July 4th, 2021.  Do you recall
17  that?
18   A   Yes, I do.
19   Q   Okay.  And on some of those occasions you had
20  called the police, correct?
21   A   Yes, I did
22   Q   The report says about a third of the way down,
23  "I spoke with both of them at length.  And it was
24  obvious that the two were using law enforcement as a way
25  to 'one up' the other during an argument while no

47

1  criminal offense had been committed.  I warned both
2  parties that they were in violation of OCGA disorderly
3  house due to their multiple disturbances, which were
4  taking up the time and resources of the Glynn County
5  Police Department and hindering the abilities of patrol
6  officers to effectively respond to other more pressing
7  calls for service."  Do you recall that?
8    A   I do.
9    Q   Do you recall having that kind of discussion
10  with the officer --
11   A   I do.
12   Q   -- or officers who showed up?
13   A   Yes, I do.
14   Q   All right.  The report goes on to say, "Pamela
15  stated that Jorge was cussing at her and that she wanted
16  him to calm down.  However, she also stated in the same
17  call that he was a good man.  Dispatch was able to tell
18  that female had slurred speech and asked if anyone had
19  been drinking or taking drugs.  Pamela stated she had
20  not.  However a male was saying otherwise in the
21  background."  Do you recall that?
22   A   I do.
23   Q   And is that an accurate --
24   A   That is not.
25   Q   Okay.  The report goes on to say, "When I made

48

1  contact with Pamela in the open garage, I could see that
2  she was obviously intoxicated.  Her speech was slurred.
3  She repeated herself multiple times, couldn't formulate
4  complete and coherent sentences, swayed and stumbled as
5  she walked.  And I could smell an odor of an alcoholic
6  beverage about her breath and person as she got closer
7  to me."  Do you see that?
8    A   I do.
9    Q   Do you recall being drunk --
10   A   I was not.
11   Q   You're not.  Do you recall personally being
12  arrested that night?
13   A   I do.
14   Q   And you were taken to jail?
15   A   I was.
16   Q   And criminal charges were ultimately filed
17  against you?
18   A   For calling 911.
19   Q   Right.  And those charges are still pending,
20  right?
21   A   Yes.  We did not get to --
22   Q   Do you have an attorney in connection with
23  that case?
24   A   I do.
25   Q   Who is it?

49

1    A   Attorney Harrison.
2    Q   Harrison?
3    A   Yes.
4    Q   Ron Harrison?
5    A   I don't know his first name.
6    Q   Okay.  Are you aware that the incident that's
7  portrayed in Exhibit 4 is videotaped?
8    A   Yes.
9    Q   Have you seen the videotape?
10   A   I have not.
11   Q   Do you have any reason to think that the
12  videotape doesn't accurately portray your condition and
13  appearance?
14   A   Yes, I do.
15   Q   You think the video is false?
16   A   I think that the video can't portray complex
17  PTSD, Stockholm, or when you disassociate.  I think it
18  doesn't -- this report doesn't portray what I did prior
19  to calling 911 last time.
20   Q   All right.  But do you think that the video,
21  the film, shows your condition in terms of being
22  intoxicated, and slurring your speech, and stumbling,
23  and the things like that?
24   A   No.  I think a condition that you assume or
25  you can presume is intoxication could be something



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

50

1  different given panic, trauma, anxiety.
2      Q   Okay.  So you're saying that when a trained
3  police officer says that you're drunk, in reality, this
4  may be a condition from some other problem that you
5  have?
6      A   I'm saying that same police officer came back,
7  understood the mental illness, and actually walked me
8  through the house, understood sometimes you have to call
9  a safe place.  I'm saying the police officer would say
10 differently now that he understands what I have.
11     Q   Okay.  Do you know if the police officer has
12 dropped the charges against you?
13     A   No, I don't.  I know that he stayed with me
14 for an hour, understanding that I was afraid of cops,
15 yes.
16     Q   Looking at the bottom of page 3, there's a
17 reference to the other calls that had been made
18 concerning domestic disharmony at the Brunswick address;
19 do you see that?
20     A   Yes.
21     Q   Several calls on July 2, 2021?
22     A   Yes.
23     Q   Another -- the next page.  Another call on
24 July 3rd.
25     A   Yes.

51

1      Q   And then yet had another call on July 4th.
2      A   Sure.
3      Q   So you and/or your husband had called the
4  police numerous times in relation to some kind of
5  disagreement you were having, right?
6      A   No.  It wasn't a disagreement with my husband.
7      Q   What prompted whomever to call the police on
8  these five or six occasions?
9      A   Back flashes.  I flash back.  Me not being
10 able to understand I disassociate at the time.  Me not
11 being willing to listen to reason.  He did not know what
12 to do with me, with my condition.  I looked for a safe
13 house prior to the call.  I called three different
14 place, safe houses, which are on record here in Seminole
15 County, Saint Mary's.  I was trying to find a safe
16 house, that was it.  So I could remove myself from the
17 situation, given my disease.
18     Q   Is it your belief that your disease is what
19 would cause you to stumble and have slurred speech and
20 appear to be inebriated?
21     A   I don't know what my disease would cause me to
22 do apparently.
23     Q   All right.  So --
24     A   You disassociate, you don't know.
25     Q   Okay.

52

1      MR. BYERS:  Bill, can we take a quick five so I
2  can hit the head?
3      MR. SPIVEY:  Yeah.
4      MR. BYERS:  All right.
5      COURT REPORTER:  It is now 10:41, and we are
6  off record.
7      (OFF THE RECORD)
8      COURT REPORTER:  The time is now 10:45.  And we
9  are back on record.
10     BY MR. SPIVEY:
11     Q   Ms. Santini, who are your brothers and
12 sisters?
13     A   Peggy Morrison.
14     Q   And where does Peggy live?
15     A   Somewhere in Lakeland.
16     Q   Lakeland?
17     A   Yes.
18     Q   Who else?
19     A   Paula Patton.
20     Q   Where does Paula live?
21     A   Don't know.
22     Q   Okay.  Who else?
23     A   Don Mathews.
24     Q   Don.  And where does he live?
25     A   Fort Myers.

53

1      Q   Okay.
2      A   Johnny Davis.
3      Q   Where does Johnny live?
4      A   Texas.
5      Q   Okay.
6      A   Scott Davis.
7      Q   Where does he live?
8      A   Michigan.
9      Q   Okay.  Who else?
10     A   Jimmy Davis.
11     Q   Where does he live?
12     A   Indiana.  Ron Mathews.
13     Q   Where does Ron live?
14     A   Tennessee.
15     Q   Who else?
16     A   Barbara Mathews.
17     Q   And where does Barbara live?
18     A   Don't know.  Karen Mathews.
19     Q   Carrie?
20     A   Karen.
21     Q   Karen?
22     A   Uh-huh.
23     Q   K-A-R-E-N?
24     A   Yes.
25     Q   All right.  And where does Karen live?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

54

1    A   I don't know.
2    Q   Okay.
3    A   Donna Mathews.
4    Q   Donna Mathews?
5    A   Uh-huh.
6    Q   Okay.
7    A   And Randy Mathews.
8    Q   Where does Donna live?
9    A   I don't know.
10   Q   And where does Randy Mathews live?
11   A   I don't know.
12   Q   So you have 12 siblings?
13   A   Yes.
14   Q   Okay.
15   A   Some are half.
16   Q   Do you recall ever telling anybody that you
17   had 11 siblings?
18   A   Well, I do.  If you have -- me is -- I'm the
19   12th.
20   Q   You're the 12th.  Okay.
21   A   Yes.
22   Q   I've got it.  Of this spectrum of 12, where do
23   you fall in terms of age?
24   A   The second to youngest.
25   Q   Second to youngest.  And who is the youngest?

55

1    A   My brother, Don.
2    Q   And Don is an attorney in Fort Myers?
3    A   Yes.
4    Q   Okay.  What is your relationship with your
5    brother, Don?
6    A   He's my brother.
7    Q   You speak to him a good bit?
8    A   Yes.
9    Q   Let's go back to Exhibit 1, which is the
10   Mathews litigation summary.  You see that?
11   A   Yes.
12   Q   Your brother has actually represented you
13   numerous times in various legal matters, hasn't he?
14   A   Yes.
15   Q   Most recently he represented you in item R
16   that's listed on page 3 of this?
17   A   No.  Yes.  Yes, yes, yes.  I'm sorry.
18   Q   Okay.  Your brother filed a lawsuit against
19   some people named Landy (phonetic) for a car wreck.
20   A   I don't know about the people.  It was an
21   insurance company.
22   Q   Right.
23   A   Yes.
24   Q   And your brother also represented you case in
25   2012 against Senior Lifestyle Management Corporation.  Do

56

1    you recall that?
2    A   I do not.
3    A   Item K on this list.
4    A   Yes.  Uh-huh.
5    Q   And your brother also represented you in the
6    cases listed on item G on the first page, Glover v.
7    Gentiva Health?
8    A   I can't talk about that one.
9    Q   You can tell me who your lawyer was, right?
10   A   It wasn't my brother.
11   Q   So if the public records show that --
12   A   Yes, that was my brother's.  Yes.  Okay.
13   Q   Your brother filed that case on your behalf,
14   right?
15   A   Yes.  Yes.
16   Q   All right.  And the case was voluntarily
17   dismissed and then refiled; do you recall that?
18   A   Non competes.  I don't know.  I mean, I've had
19   four non-competes so I can't -- I don't know.
20   Q   Do you recall the case in item I on this list,
21   Glover v. Gentiva in Orange County Circuit Court in
22   2010?
23   A   Yes.
24   Q   Recall your brother filed that case too,
25   right?

57

1    A   Yes.  Uh-huh.  Yes.
2    Q   And then that same case in I was removed to
3    federal court; do you recall that?
4    A   Yes.
5    Q   And you remember your brother continued to
6    represent you after the case was removed to federal
7    court?
8    A   I don't recall.
9    Q   You recall losing that case?
10   A   I did not lose.  That was a breach of contract
11   on their part, and I couldn't prove that they had
12   breached the contract by talking about me.
13   Q   All right.  You recall the Court granted
14   summary judgment against you in that case?
15   A   That's correct.  Uh-huh.
16   Q   And then item K was a whistleblower case that
17   your brother filed in Polk County, Florida, right?
18   A   Yes.
19   Q   In 2012?
20   A   Yes.
21   Q   And your brother also filed a case against
22   Gentiva Health in 2008 in Orange County.  Do you recall
23   that?  We've talked about that, I apologize.  Do you
24   recall being represented by Gary Wilson?
25   A   Yes.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

58

1    Q   That's the case referenced in item E?
2    A   Yes.
3    Q   And that case was also removed to federal
4   court?
5    A   I am only allowed to say it was settled
6   amicably.
7    Q   Right.  And Mr. Wilson represented you
8   throughout that case?
9    A   Yes.
10   Q   And you had a good relationship with Mr.
11  Wilson?
12   A   Yes.
13   Q   Okay.  And you had a good relationship with
14  your brother, right?
15   A   Yes.
16   Q   And you continue to have a good relationship?
17   A   Yes.
18      MR. SPIVEY:  6?
19      COURT REPORTER:  Yeah.
20   Q   Ma'am, I'm going to hand you what has been
21  marked as Exhibit 6.  I'm not sure I'm giving you the
22  right ones here.  Ma'am, I'll represent to you that
23  Exhibit 6 is a compilation of documents that were
24  produced by Toni Furbinger (phonetic).  When's the last
25  time you spoke to Toni Furbinger?

59

1      (EXHIBIT 6 MARKED FOR IDENTIFICATION)
2    A   I don't.  It's been several months.
3    Q   Who are you currently being treated by for the
4   conditions that you've identified this morning during
5   your deposition?
6    A   Baptist Health.
7      MR. BYERS:  What was that?
8    Q   Who is Baptist Health?
9    A   It's a hospital system.
10   Q   Do you have a doctor at Baptist Health?
11   A   Dr. Ahmed.
12   Q   Will you spell that?
13   A   A-H-M-E-D.
14   Q   And where does -- where do you see Dr. Ahmed?
15   A   That's in Kings Bay, Georgia.
16   Q   Kings Bay.  All right.  How long have you been
17  under the care of Dr. Ahmed in Kings Bay, Georgia?
18   A   Just for the last three months.
19   Q   Three months.  Okay.  And what kind of doctor
20  is Dr. Ahmed?
21   A   He's the primary care doctor.
22   Q   But is he a psychiatrist?
23   A   No.
24   Q   Is he a obstetrician?  What's his specialty?
25   A   Primary care.

60

1    Q   Oh, primary care.
2    A   That's what I said, yes.
3    Q   Oh, I'm sorry.
4    A   The therapist is Jim Lanier (phonetic).
5    Q   How long have you seen Jim Lanier?
6    A   It's been about eight months now.
7    Q   Okay.  So you started seeing Mr. Lanier before
8   you saw Dr. Ahmed?
9    A   Yes.
10   Q   All right.  And did somebody refer you to Jim
11  Lanier?
12   A   My husband.
13   Q   And your husband knows Mr. Lanier?
14   A   Yes.
15   Q   And what's the nature of that relationship, if
16  you know?  How do they know each other?
17   A   He went to therapy with Jim Lanier in the
18  past.
19   Q   Okay.  Your husband, independently of you --
20   A   That's correct.
21   Q   -- consulted with Dr. Lanier or Mr. Lanier?
22   A   Yes.
23   Q   All right.  Fair enough.  Does your husband
24  still see Mr. Lanier?
25   A   No.

61

1    Q   All right.  What was the timeframe of your
2   husband seeing Mr. Lanier?
3    A   Back in 2017.
4    Q   All right.  2017.  Who else are you being
5   currently treated by?
6    A   Dr. Dilahunt.
7    Q   Dilahunt?
8    A   Yes.
9    Q   Would you spell that please?
10   A   D-I-L-A-H-U-N-T.
11   Q   All right.  And what kind of whatever does Dr.
12  Dilahunt practice?
13   A   He's a cardiologist.
14   Q   Cardiologist.  All right.  And where do you
15  see Dr. Dilahunt?
16   A   Jacksonville.  No, I'm sorry.  Fernando Beach.
17   Q   Fernandina Beach?
18   A   Yes.
19   Q   Okay.  How long have you seen Dr. Dilahunt?
20   A   I just -- it been about 30 days.
21   Q   All right.  What other doctors or counselors
22  are you currently seeing?
23   A   I'm have to -- I have a scheduled appointment
24  with a psychiatrist with Baptist Health.
25   Q   Who is that?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

62

1    A    I don't recall the name.  I haven't seen him
2    yet.  And I have a neurology appointment.
3    Q    And with whom do you have the neurology
4    appointment?
5    A    I'd have to go back and look.  I haven't seen
6    them yet.
7    Q    Let me make sure I understand what you're
8    telling me.  You have an appointment to see a
9    psychologist at Baptist Health?
10   A    No, psychiatrist.
11   Q    Psychiatrist?
12   A    Yes, psychiatrist.
13   Q    All right.  Have you seen that person yet?
14   A    No, not yet.
15   Q    All right.  Do you even know that person's
16   name?
17   A    I have it written down on the date.
18   Q    And where are you going to go to have that
19   appointment?
20   A    Ferdinando Beach?
21   Q    Fernandina Beach?
22   A    Fernandina, yeah.
23   Q    Fernandina, okay.  All right.  And so is that
24   person part of Baptist Health?
25   A    Yes.  All of it is, yes.

63

1    Q    And I think you said you have a neurology
2    appointment?
3    A    Yes, neurologist.
4    Q    Have you seen the neurologist yet?
5    A    Not yet.
6    Q    And where is the neurologist located?
7    A    Jacksonville.
8    Q    Jacksonville.  Do you know the name of the
9    neurologist?
10   A    Not off the top of my head, no.
11   Q    All right.  And am I correct in thinking that
12   Dr. Ahmed is supervising all of this and referring you
13   to the various subspecialists?
14   A    That's correct.
15   Q    All right.  Are you seeing any other medical
16   or mental health providers at this time?
17   A    Not at this time.
18   Q    So the people we've just talked about, Dr.
19   Ahmed, Jim Lanier, Dr. Dilahunt are the only doctors
20   you're currently seeing?
21   A    Well, plus the other two referrals, yes.
22   Q    That you haven't yet seen?
23   A    Yes.
24   Q    All right.  So that universe of five people
25   would be the totality of people you're seeing now?

64

1    A    At this point, yes.
2    Q    You're not currently under the care of Dr.
3    Furbinger?
4    A    No.
5    Q    How about Dr. Klein?
6    A    He's in Orlando.  I can see him, yes.
7    Q    When's the last time you saw Dr. Klein?
8    A    A few months ago.
9    Q    Give me a -- what do you mean by a few months
10   ago?
11   A    I don't recall exact date.
12   Q    I obviously wasn't there so I'm trying to get
13   a sense of it.  Three months ago?  Six months ago?
14   A    I don't know.  Maybe three months ago.  I --
15   yeah, I honestly don't remember.  It's just he's too far
16   away.
17   Q    Okay.  Let's go back to Exhibit 6, and I want
18   to call your attention to a few pages.  First of all,
19   you see the Bates number in the lower right-hand corner,
20   where it says Furbinger 0002?
21   A    Yes.
22   Q    That's the one?  That goes all the way back to
23   000223, okay?
24   A    Okay.
25   Q    And I'm going to refer to those numbers as

65

1    pagination numbers, to work through this exhibit.
2    A    Okay.
3    Q    Is that all right?
4    A    Yes.
5    Q    I want to go to page 00089, please, which is
6    an intake questionnaire.  Do you see that?
7    A    Yeah.
8    Q    And do you recall providing to Dr. Furbinger
9    the information that's listed on this page?
10   A    No.
11   Q    I want to drop down to the part that talks
12   about significant childhood traumatic experiences; do
13   you see that?
14   A    Yes.
15   Q    And first of all, is this your handwriting, or
16   is this Dr. Furbinger's?
17   A    This is not mine.
18   Q    Okay.  Under significant childhood traumatic
19   experiences, there's a reference to medical traumatic
20   experiences.  Do you see that?
21   A    Yes.
22   Q    And I read this as saying, "17, pregnant,
23   doctor's harsh while she was in labor with first child.
24   Lost first child, blood was everywhere."  Do you see
25   that?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

66

1    A    I do see it.
2    Q    Do you recall telling that to Dr. Furbinger?
3    A    I did not tell her that.
4    Q    Did you in fact, ma'am, become pregnant at age
5  17?
6    A    I did.
7    Q    And did you in fact lose that baby before it
8  was born alive?
9    A    Yes.
10   Q    And that was traumatic, correct?
11   A    Yes.
12   Q    At age 17, you were in high school?
13   A    No, I had already graduated.
14   Q    I'm sorry, you had already graduated?
15   A    Yes.
16   Q    All right, when -- at what age did you
17 graduate?
18   A    17.
19   Q    From what school?
20   A    Auburndale High School.
21   Q    Home of the Bloodhounds?
22   A    Yep.
23   Q    You were not married at that time, correct?
24   A    No, I was.
25   Q    To whom were you married?

67

1    A    Kevin Marshall.
2    Q    When did you marry Kevin Marshall?
3    A    Well, I'd have to go back through the
4  paperwork.
5    Q    Yeah, go ahead.
6    A    So -- 6-18-88.
7    Q    Did you get married as a result of the
8  pregnancy?
9    A    Yes.
10   Q    All right.  What was your father's reaction to
11 you becoming pregnant out of wedlock?
12   A    He was loving, he understood, he said, "How
13 can I help?"
14   Q    Do you ever recall your father being abusive
15 to you?
16   A    My dad was not abusive.
17   Q    Did you ever tell Dr. Furbinger that he was?
18   A    I did not.
19   Q    To the extent Dr. Furbinger's records reflect
20 that, Dr. Furbinger wouldn't be an accurate --
21   A    That is --
22   Q    -- historian of what you told her?
23   A    That is correct.  My dad wasn't abusive.
24   Q    I'm sorry, he was abusive?
25   A    He was not.

68

1    Q    He was not abusive.
2    A    No, he was not.
3    Q    Do you ever recall telling Dr. Furbinger that
4  you got into drugs during high school?
5    A    I did not.
6    Q    Do you ever recall telling Dr. Furbinger that
7  your dad, a preacher, was so mad at you that he put your
8  head through a wall?
9    A    He did not.
10   Q    My question is do you recall telling Dr.
11 Furbinger that?
12   A    No.
13   Q    Okay.  Did your dad in fact put your head
14 through a wall?
15   A    No.
16   Q    Do you recall leaving school a number of
17 times?
18   A    Oh, yes.
19   Q    Okay.  What schools did you attend throughout
20 high school?
21   A    Well, we moved every year, so I don't have an
22 accurate thing.  Lakeland Christian.
23   Q    Lakeland Christian?
24   A    Yes, Lakeland Christian.
25   Q    Okay.

69

1    A    Auburndale High School.
2    Q    Any others you can think of?
3    A    No.
4    Q    You were just bouncing all over the place?
5    A    Every year, yes.
6    Q    Were you ever addicted to anything while you
7  were in high school?
8    A    No.
9    Q    Drugs?
10   A    No.
11   Q    Did you ever take pain pills in high school?
12   A    No.
13   Q    Did you ever take pain pills in sixth grade?
14   A    No.
15   Q    The young man with whom you got pregnant, what
16 did his father do for a living?
17   A    His father was dead.
18   Q    He wasn't the manager of a fast-food place?
19   A    The man was, yes.
20   Q    The young man who got you pregnant was the
21 manager of a fast-food restaurant?
22   A    Correct.
23   Q    All right.  Did you ever abuse your mother?
24   A    No.
25   Q    You ever kick at her?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

70

1    A    No.
2    Q    Did you ever cuss at her?
3    A    Here and there maybe, but not much, maybe
4  twice in my life.
5    Q    Do you ever recall, "Going off the deep end,"
6  with your mother?
7    A    No.
8    Q    You told me that you have two children,
9  correct?
10   A    Yes.
11   Q    Were they both prematurely born?
12   A    Yes.
13   Q    And which one of them is older?
14   A    My son, W.
15   Q    And how premature was he?
16   A    He was born at 27 weeks.
17   Q    Did he have to stay in the NICU for a long
18  period of time?
19   A    Two months, yes.
20   Q    And how about your daughter?  Was she also
21  prematurely born?
22   A    Yes.
23   Q    And did she also have to stay in the hospital
24  for some length of time?
25   A    Ten days.

71

1    Q    Was that very stressful for you to have
2  premature children?
3    A    Of course.
4    Q    Did you ever see Dr. Furbinger jointly with
5  your mother?
6    A    Yes.
7    Q    You had family sessions?
8    A    No.  I think that was my mother, I was in
9  there for the first 15 minutes, maybe.  But it wasn't a
10  full session with my mother, that I recall.
11   Q    But you do recall having joint sessions with
12  your mother and Dr. Furbinger?
13   A    I recall only one that I was in there at least
14  15 minutes.
15   Q    Did you grow up with some people named Jamie,
16  Bernie, and Steve?
17   A    No, I didn't grow up with them.
18   Q    Were they your friends?
19   A    For maybe the six months I was there at that
20  school.
21   Q    What school?
22   A    I do not remember.  I want to say it was the
23  Lakeland -- I don't know, I forgot.
24   Q    Who were these three men that I just
25  mentioned, Jamie, Bernie, and Steve?

72

1    A    Well, I only knew Bernie and Steve for an
2  evening, and Jamie was a friend from school.
3    Q    You knew them for an evening?
4    A    Jamie I knew -- she was my friend, we snuck
5  out.
6    Q    Okay.
7    A    I was what, 14?
8    Q    And what did you do when you were 14?
9    A    We snuck out, Jamie and Steve, I don't know.
10  Bernie and I sat in the car.  He had a girlfriend who
11  was pregnant.
12   Q    Do you recall telling Dr. Furbinger that that
13  was part of the significant childhood traumatic
14  experience?
15   A    That wasn't even -- no.  No, absolutely not.
16   Q    Do you recall telling Dr. Furbinger that your
17  dad was physically abusive?
18   A    My dad wasn't.
19   Q    So you never told that to Dr. Furbinger?
20   A    I did not.
21   Q    Did you ever tell Dr. Furbinger that your dad
22  was very intimidating and controlling?
23   A    No.
24   Q    You never said that, or you just don't recall
25  saying that?

73

1    A    I don't believe I said that.
2    Q    You told me earlier that you have some
3  difficulty remembering things because of your condition,
4  right?
5    A    Yes, but I remember my childhood.  I had a
6  good one.
7    Q    But you don't remember exactly what you told
8  Dr. Furbinger on any given occasion, right?
9    A    I would remember if I said anything negative
10  about my parents, and I didn't.
11   Q    When you were meeting with Dr. Furbinger, did
12  you take notes?
13   A    No, neither did she.
14   Q    So you don't have any notes of what was going
15  on with your sessions with her, correct?
16   A    That's correct.
17   Q    Okay.  Ma'am, do you own a gun?
18   A    Yes.
19   Q    What kind of gun do you own?
20   A    It's a -- I don't know.  I don't know.
21   Q    Is it a pistol?
22   A    Yeah, I guess.
23   Q    Where is it right this minute?
24   A    At home.
25       MR. BYERS:  Anything having to do with

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

74

1    conversations you and I have had, or any
2    interactions we've had, do not reveal, okay?
3        THE WITNESS:  Okay, yes sir.
4        BY MR. SPIVEY:
5        Q    This is a factual question about the
6    whereabouts of a gun, I'm not asking for any
7    communications you've had with your counsel.
8        A    I have a gun at my house in Brunswick.
9        Q    And it's a pistol of some kind?
10       A    Yes.
11       Q    Do you have any other guns?
12       A    No, not personally that I own.
13       Q    Okay.  You got access to guns?
14       A    Yes.
15       Q    And to whom do those guns belong?
16       A    Oh, my husband.
17       Q    Jorge Santini?
18       A    Uh-huh.
19       Q    Is that a yes?
20       A    Yes.
21       Q    You need to answer audibly for the court
22   reporter.
23       A    Yes, yes.
24       Q    Okay.  Have any of your guns ever been taken
25   by law enforcement officers?

75

1        A    Well, I don't recall them being taken.
2        Q    What do you recall?
3        A    I recall living at Winter Park and Bryan had
4    over 200 guns.  I recall being terrified, and them
5    laying out all over, and law enforcement advising me
6    that I need to keep them put somewhere.
7        Q    Do you recall the police officers in Brunswick
8    seizing any of your guns?
9        A    No.  That didn't happen like that.
10       Q    What -- how did it happen?
11       A    My husband was concerned because of my
12   condition and disassociation, so my husband actually
13   took the guns, and the police officers actually went to
14   my husband, got the guns back for me, and gave them to
15   me.
16       Q    Is there a reason the -- did they take the
17   pistol that you've identified today in your testimony?
18       A    No, they never took them.  My husband had
19   them, they simply went to my husband and said, "Let me
20   have her guns back," and the police actually took the
21   guns from my husband and gave them back to me.  They did
22   not confiscate my guns.
23       Q    Do you have an Uber account?
24       A    Yeah.
25       Q    Just to be clear, I'm talking about a

76

1    ridesharing service where you can call them, a car will
2    come pick you up and take you to a destination?
3        A    Yes.
4        Q    Do you also have a Lyft account?
5        A    No.
6        Q    And you know what Lyft is?
7        A    Yes.
8        Q    It's like a competitor of Uber?
9        A    Yes.
10       Q    Is Uber the only lift service that you have?
11       A    Yes.
12       Q    How long have you had the Uber account?
13       A    Years.
14       Q    During the time that you were with Mr. Cole,
15   did you have an Uber account?
16       A    Yes.
17       Q    Ma'am, have you ever been accused of trying to
18   stab or hurt Mr. Santini's son?
19       A    Have I been accused of it?  No.
20       Q    Have you ever tried to hurt Mr. Santini's son?
21       A    No.
22       Q    To the extent that any medical records that I
23   see that make reference to that topic, what's that all
24   about?
25       A    You'd have to ask Mr. Santini.

77

1        Q    That's your husband?
2        A    That's correct.
3        Q    Okay.  If you know, what is Mr. Santini's
4    account of you trying to stab his son?
5        A    He would say it didn't happen.
6        Q    If he told police officers otherwise?
7        A    If he told police officers otherwise at the
8    time, it was because of duress, it was because of him
9    learning I can disassociate, it was fear of what I could
10   do, given my disease.
11       Q    Look at page 7, 0007 of Exhibit 6, please.
12   This appears to be a note created by Dr. Furbinger on
13   October 25, 2021, around 11:00 a.m.  It says, "Pam,
14   George -- Jorge trying to say she tried to stab his son.
15   Do you see that?"
16       A    Yes.
17       Q    Okay.  And then it says, "Her divorce attorney
18   told her to stay put in the house."  Do you see that?
19       A    I do.
20       Q    What divorce attorney would that be?
21       A    I don't have a divorce attorney, none of this
22   happened.
23       Q    This conversation never took place?
24       A    I don't have any -- no, none of this happened.
25       Q    Okay.  If you called Dr. Furbinger, that would



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

78

1 be on your cell phone records, right?
2    A    Yes.
3    Q    All right, and that would be under the T-
4 Mobile account as of October 2021?
5    A    Correct.
6    Q    All right, so when we get your cell phone
7 records, we'll be able to see all the cell phone calls
8 that you've made?
9    A    Sure, but that doesn't mean this was actually
10 said on a call.
11    Q    I understand, but we can at least identify
12 what calls were made and when they were made, right?
13    A    Possibly, possibly not, I don't know.
14    Q    Do you use any phone other than your cell
15 phone, your personal cell phone?
16    A    As well I use Jorge's cell phone.
17    Q    And what's his phone number?
18    A    (787) --
19    Q    Sorry, (787).
20    A    354.
21    Q    354.
22    A    3122.
23    Q    3122. And who's his cell phone provider?
24    A    T-Mobile.
25    Q    Okay. And it's your testimony that you

79

1 sometimes use his phone?
2    A    Yes.
3    Q    When do you use Jorge's phone as opposed to
4 using yours?
5    A    When people won't talk to me because they're
6 afraid Bryan's listening.
7    Q    I'm sorry?
8    A    People won't talk to me on mine because
9 they're afraid Bryan's listening.
10    Q    Who are those people that you're referring to?
11    A    Toni.
12    Q    Oh, Dr. Furbinger?
13    A    That's correct.
14    Q    Okay, who else?
15    A    Skip.
16    Q    Who's Skip?
17    A    A friend of --
18    Q    What's Skip's --
19    A    An acquaintance.
20    Q    What's Skip's last name?
21    A    Brennan.
22    Q    Skip Brennan, okay. Who else?
23    A    That's it.
24    Q    Toni and Skip won't talk to you on your cell
25 phone because they think Bryan Cole is listening in?

80

1    A    Yes.
2    Q    Did the -- did Jorge's son's school ever talk
3 to you about any abuse incidents?
4    A    No.
5    Q    Ma'am, have you made any report to the FBI
6 concerning Bryan Cole?
7    A    Yes.
8    Q    When did you do that?
9    A    I don't know the specific date.
10    Q    Just approximately.
11    A    I don't know, you have information. I don't
12 know exactly, I really don't.
13    Q    No, I didn't do it, so I'm trying to find out
14 when you did.
15    A    Maybe a year ago.
16    Q    A year ago?
17    A    Yeah -- I mean, I don't know.
18    Q    Who did you contact at the FBI?
19    A    I did -- I contacted the DODIG.
20    Q    The what?
21    A    The DODIG.
22    Q    What is that? For the record.
23    A    The Department of Defense Inspector General.
24    Q    And with whom did you speak?
25    A    Karen Stokes.

81

1    Q    Karen Stokes. And where is or was Karen
2 Stokes?
3    A    In Orlando.
4    Q    Did you ever meet Karen Stokes?
5    A    No.
6    Q    You spoke to her on the phone?
7    A    Yes.
8    Q    And what did you tell Karen Stokes?
9    A    I don't recall.
10    Q    What was the gist of -- why were you calling
11 Karen Stokes?
12    A    Because Bryan would pay his -- from what I
13 understand, third party, he paid people money when he
14 sold coal, that gave him contracts.
15    Q    And what did you want Karen Stokes to do about
16 that?
17    A    Ease on me from knowing it.
18    Q    I'm sorry?
19    A    That I -- understand that I'm not a
20 participant in it, that just because I know it, I did
21 something, so I don't want any part of it.
22    Q    Okay. And again, what agency was Karen Stokes
23 with?
24    A    Department of Defense Inspector General.
25    Q    Ma'am, let's go over some materials in your

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

82

1 complaint, if we can please. I'm going to mark this as
2 Exhibit 7. Excuse me. And I'll represent to you this
3 is a copy of the second amended complaint that's been
4 filed in this case. There's some pagination difficulty
5 at the bottom of each page. You'll see the first page
6 starts 3 of 28, and so forth. So I want to go by the
7 page numbers in the upper right-hand corner, which are
8 the Court stamp, where it says 1 of 28, et cetera. Do
9 you see that?
10      (EXHIBIT 7 MARKED FOR IDENTIFICATION)
11    A   Yes.
12    Q   Okay. So if I ask you to turn to page 2,
13 you'd turn to the second Bates-stamp at the top of the
14 document.
15    A   Okay.
16    Q   Okay?
17    A   Yes.
18    Q   All right. First of all, have you seen this
19 document before?
20    A   Yes.
21    Q   And what do you understand it to be?
22    A   My complaint against Bryan Cole.
23    Q   And you think the allegations in the complaint
24 are accurate?
25    A   Yes.

83

1    Q   Let's -- let me ask you this. You and Mr.
2 Cole were never engaged, correct?
3    A   Correct.
4    Q   You were just boyfriend/girlfriend?
5    A   Yes.
6    Q   All right. Did you have any understanding of
7 Mr. Cole's financial status at any time during your
8 relationship?
9    A   What do you mean by understanding?
10    Q   Did you come to understand how much money he
11 had?
12    A   No.
13    Q   Did you generally know or understand that Mr.
14 Cole was a wealthy man?
15    A   Yes.
16    Q   And how did you come to have that belief or
17 understanding?
18    A   His bragging about it, his vehicles, houses.
19    Q   Okay. How many houses did Mr. Cole have?
20    A   I'm not -- to my knowledge he had three.
21    Q   Okay.
22    A   He may have more, I don't know.
23    Q   What kind of cars did Mr. Cole have that gave
24 you the impression he was wealthy?
25    A   Corvette, two Porsches, a truck, a Yukon, two

84

1 motorcycles.
2    Q   Anything else that gave you the impression
3 that Mr. Cole was very wealthy?
4    A   Mr. Cole told me.
5    Q   What did Mr. Cole tell you relative to his
6 financial condition or status?
7    A   I guess the main thing I can point back to is
8 he gave me a Rolex and said, "People know. When you're
9 sitting around the table, people know. You should
10 always wear a Rolex. Nothing more, nothing less. You
11 always put a Rolex on, because that's your stature."
12    Q   Okay. When did Mr. Cole give you a Rolex?
13    A   Early on. It was really early on. I don't
14 remember the exact date.
15    Q   Do you still have the Rolex?
16    A   Oh, no.
17    Q   What happened to it?
18    A   I sold it.
19    Q   And when you sold it, how much did you sell it
20 for?
21    A   $5,000.
22    Q   Do you know if that's how much it was worth?
23    A   I didn't care.
24    Q   Okay. When did you sell the Rolex?
25    A   2019, sometime around April or May.

85

1    Q   And to whom did you sell it?
2    A   I do not remember that.
3    Q   I'm sorry?
4    A   I don't remember.
5    Q   Did you sell it to a person, did you go to a
6 pawn shop?
7    A   No, a person.
8    Q   A person. You just don't recall who it was?
9    A   No, no.
10    Q   Did the person give you $5,000 in cash?
11    A   Yes.
12    Q   Was it a man or woman?
13    A   It was a man.
14    Q   And where was the man located?
15    A   I don't know. I put it on Craigslist.
16    Q   I'm sorry?
17    A   I put it on Craigslist, I don't know.
18    Q   Oh, you put it on Craigslist.
19    A   Yes.
20    Q   I'm sorry.
21    A   Yeah.
22    Q   Okay. Did you ever see any of Mr. Cole's
23 financial statements?
24    A   Only what he gave me.
25    Q   Okay. And of what he gave you, what do you

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

2021FWS Matthews Pamela 05-26-2022

Page 86

1 recall those financial statements saying?
2    A    He had bank statements, but I don't recall. It
3 was close to a million dollars; I don't remember.
4    Q    Did you see any of his stock holdings, or bond
5 holdings, or security holdings, or anything like that?
6    A    No.
7    Q    Did you at some point come to know that Mr.
8 Cole was selling his company?
9    A    After he sold it.
10    Q    And do you know how much money Mr. Cole made
11 from the sale of his company?
12    A    Only what he told me.
13    Q    And what did he tell you?
14    A    He told me 50 million.
15    Q    When did -- when did that happen, if you know?
16    A    That was in October of 2019.
17    Q    2019.  And at that time --
18    A    I think, or maybe '18, I'm not sure.
19    Q    2018-2019 --
20    A    Yeah, probably '18.
21    Q    You were still seeing Mr. Cole, right?
22    A    I was living with him.
23    Q    So you knew that Mr. Cole had a lot of money,
24 right?
25    A    Mr. Cole made sure, yes.

Page 87

1    Q    And you had never before been with a man with
2 the kind of resources that Mr. Cole had, had you?
3    A    I wouldn't say that.
4    Q    Which of your prior relationships involved a
5 man with the kind of resources that Mr. Cole had?
6    A    I wouldn't say the kind of resources, but I
7 would say Glen Glover had resources.
8    Q    And what kind of resources did Glen Glover
9 have?
10    A    Well, when I met him, he had about $800,000.
11    Q    Okay.  Now, eventually, you and Mr. Glover
12 were foreclosed out of your home down in --
13    A    Yes.
14    Q    -- Celebration, right?
15    A    Yes.
16    Q    And in fact a foreclosure judgment was entered
17 against you as a result of that --
18    A    No.
19    Q    -- case, right?
20    A    No, I -- I -- no, I sold that house.  They
21 tried to foreclose.  We were separated; I sold it.
22    Q    Okay, so it didn't go to foreclosure judgment?
23    A    That is correct.
24    Q    But neither you nor Mr. Glover were able to
25 pay the mortgage on the property, correct?

Page 88

1    A    He hadn't worked for five years because he was
2 doing the stock market.
3    Q    Right, but --
4    A    So I did until I could -- I could pay it so
5 much, but then I couldn't anymore.
6    Q    But Mr. Glover didn't have a lot of money, as
7 evidenced by the foreclosure action that was filed
8 against your home.
9    A    Mr. Glover had a lot of money when I first met
10 him, but five years of gambling in the stock market, he
11 had no money.
12    Q    You said he gambled in the stock market?
13    A    I say -- well, that's my opinion.  He did --
14 he quit his job and he traded stocks for five years.
15    Q    And how did that come out for him?
16    A    He had a foreclosure going against him until I
17 sold it.
18    Q    We saw in one of the prior police reports that
19 you and Mr. Glover had arguments about financial
20 matters, correct?
21    A    It wasn't an argument, it was a IRS agent that
22 showed up at the door.  And he ran, and I let her in.
23 She was nice.
24    Q    In fact, you have federal tax liens, or you
25 did have federal tax liens outstanding against you as a

Page 89

1 result of your failure and Mr. Glover's failure to pay
2 income taxes --
3    A    No sir.
4    Q    -- right?
5    A    No sir, I didn't even know we owed income
6 taxes.  When I found out, I put the house on the market
7 for sale, and I paid it off.
8    Q    Are you aware of the federal tax liens that
9 were filed against you?
10    A    I was not until Ms. Ricks (phonetic) told me.
11    Q    Until who?
12    A    Ms. Ricks, the nice lady that came to the
13 door.
14    Q    Oh, the IRS lady?
15    A    Uh-huh.  She was very nice, uh-huh.
16    Q    So at some point you became aware that you had
17 federal tax liens against you?
18    A    Yes, and I put the house up for sale and paid
19 them.
20    Q    Other than your claim about Mr. Glover being
21 wealthy, what other relationship had you been in with a
22 man that had the kind of money that Mr. Cole has?
23    A    Well, Greg Wishart.
24    Q    And what kind of money does Mr. Wishart have?
25    A    Well, he was with UPS, and he had their stock

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

90

1  before they went public.
2      Q    And you were married to Mr. Wishart for what,
3  two years?  Less than two years?
4      A    Yes.
5      Q    About a year-and-a-half?
6      A    Uh-huh, yes.
7      Q    Okay.  Where did you live with Mr. Wishart?
8      A    We lived on Lake Padgett in Tampa.
9      Q    Isn't that Dade City?
10     A    No, it's not Dade City, it's Pasco County.
11     Q    All right.
12     A    Yes, Pasco County.
13     Q    All right, that's not Tampa, right?
14     A    Well, right side of Tampa, yeah.
15     Q    What -- do you think Mr. Wishart had as much
16  money as Mr. Cole?
17     A    I think he had good money, probably not as
18  much as Mr. Cole, not many people do.
19     Q    All right.  So my question was, have you ever
20  been in a relationship with a man that had the kind of
21  resources that Mr. Cole had?
22     A    Well, I have not really ever been able to
23  verify the resources Mr. Cole has.
24     Q    All right.  But you knew he had a lot of
25  money, right?

91

1      A    He -- I was told he had a lot of money.
2      Q    Have you ever been with anybody who you
3  believe to have as much money as Mr. Cole?
4      A    I can't answer that because I cannot verify
5  how much money Mr. Cole had or how much Greg Wishart
6  had.  I don't know.
7      Q    I'm not asking you to verify, I'm just asking
8  you do you -- can you identify any person with whom
9  you've been in a relationship, who you believe to have
10  as much money as you believe Mr. Cole to have?
11     A    I'm going to have to say I can't answer that,
12  because I don't know what Greg Wishart had.
13     Q    You can't identify anybody for me, can you?
14     A    I can identify Greg Wishart had quite a bit of
15  money.
16     Q    Okay.  And when you say quite a bit of money,
17  what does that mean?
18     A    I don't know because I didn't get involved in
19  it.
20     Q    Did you get any kind of settlement from Mr.
21  Wishart in your divorce?
22     A    No.
23     Q    You didn't get anything, did you?
24     A    Basically he paid the van off, and he -- I
25  think he gave me like $10,000-15,000.  I wasn't asking

92

1  for anything.
2      Q    Right.
3      A    I wasn't trying to get anything from Mr.
4  Wishart.
5      Q    Because you were only married about 16 months?
6      A    Yes, correct.
7      Q    Okay.  Now, Ms. Santini, you would agree with
8  me that prior to 2019, you had a significant litigation
9  history, correct?
10     A    No.
11     Q    You'd agree with me that you'd been involved
12  in a lot of litigation prior to 2019?
13     A    No.
14     Q    You wouldn't say that?
15     A    I would say that I got -- I had four non-
16  competes.  I would say that it was all frivolous.  I
17  wouldn't call it a lot of litigation because a lot of it
18  was ridiculous.
19     Q    Well, let's go at it this way.  Exhibit 1,
20  I'll represent to you identifies matters A through T,
21  which is 21 separate matters; do you see that?
22     A    Yes.
23     Q    Do you have any reason to think that any of
24  that is incorrect?
25     A    Okay.  Here are -- they're divorces.  The one

93

1  I can't talk about, the JPMorgan Chase, that wasn't
2  against me, that was against my husband, because I was
3  not -- I was on the title, not the mortgage.
4      Q    But you were party to the lawsuit, right?
5      A    Not with JP Chase, Morgan, no.
6      Q    You were represented in that case by your
7  brother?
8      A    No.  My husband was represented by my brother.
9  Not I.
10     Q    You would defer to whatever filings your
11  brother actually made in that case?
12     A    It doesn't have my name on it, so it's not my
13  lawsuit.
14     Q    Okay.
15     A    Okay?  The rest are -- we're talking business
16  lawsuits.  So you're talking business lawsuits,
17  divorces.  I wouldn't call that a lot of litigation.  Car
18  accidents.  So no, I couldn't agree with that statement.
19     Q    All right.  Of the 21 items that are listed on
20  Exhibit 1, you were the plaintiff 14 times, right?
21     A    I'd have to count it.
22     Q    Go ahead.
23     A    So you have Gentiva on here four times, so
24  when you say that the removal, I don't know.  I think
25  that having Gentiva on there four times, that would



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

94

1  constitute one time.  And then you've got four divorces,
2  so that's five.  And then you've got Lifestyle, that's
3  six.  You've got two businesses, Docs Nick v. Care
4  Clicks (phonetic), Keith Hadlow (phonetic), that's a
5  business.  That wasn't under my name, it was the
6  business's name.  So then you've got Volusia County.
7  You've got Cole v. Mathews.  This one.  The Cole v.
8  Mathews case, it's one and the same.  It's just, you
9  know, I took advice of counsel.  So no, I would not
10 agree 14 times I was the plaintiff.
11     Q    The fact is, ma'am, that when you think that
12 you have been wronged, you know how to address your
13 reported grievances, don't you?
14     A    No, sir.
15     Q    And in fact you have access to a lot of
16 lawyers, don't you?
17     A    No, sir.
18     Q    In fact, your brother has represented you five
19 different times over the years, hasn't he?
20     A    No, sir.
21     Q    He hasn't?
22     A    No, sir.  I just -- we just discussed that.
23 You've got -- if you look at this, if you have Gentiva
24 on here three times.  You've got JP Morgan, which is not
25 my lawsuit.  And you've got divorces, and you've got

95

1  non-competes.  So having a non-compete thrown at me, I
2  have to defend it, clearly.  And so, that's not
3  something that I have any say in.
4      Q    Can you identify for me any case on Exhibit 1
5  in which somebody has sued you on a non-compete?
6      A    Yes.
7      Q    Which one?
8      A    Gentiva, actually.  We started with that.  I
9  had a non-compete thrown against me for nine months with
10 Gentiva.
11     Q    Which one?  Let's talk about letter numbers,
12 please, on Exhibit 1.
13     A    I don't know.  I have to go back.  I don't
14 know.  I ended up -- I don't know.  It kind of all went
15 together.  I think -- yeah.  So Gentiva.  And then --
16     Q    But I'm asking you specifically to identify
17 for me the case in which Gentiva sued you?
18     A    It was in the Glover v. Gentiva Health
19 Services.  It was intertwined in that case.
20     Q    And which one is it?
21     A    The one that Gary was involved in.
22     Q    You talking about Mr. Wilson?
23     A    That's correct.
24     Q    So you're saying that the case identified in
25 paragraph E of Exhibit 1, Gentiva actually sued you for

96

1  non-compete?
2      A    No, I'm saying I got served a non-compete.  And
3  then when I went to Gary, I was defending a non- compete
4  as well.
5      Q    What do you mean you got served a non-compete?
6      A    You get served a temporary injunction that you
7  cannot go back and work in that area.
8      Q    And what case would that be?
9      A    That was one that I was in with Gary.  I went
10 to seek his counsel.  He was involved in that one.
11     Q    Are you telling me that an injunction was
12 issued by some court against you?
13     A    Yes.  In Polk County.
14     Q    In Polk County?
15     A    I could not go -- it was a temporary
16 injunction not to compete.
17     Q    You'd agree with me that the litigation
18 process is not foreign to you?
19     A    No.  I won't agree to that.  The litigation
20 process is always foreign to me.
21     Q    Not withstanding your frequent involvement in
22 litigation?
23     MR. BYERS:  I'm just going to object.  Now,
24 you're just badgering the witness.  She's already
25 said she doesn't think it's a lot of litigation.

97

1      You've characterized it as a lot of litigation.
2      There you go.  I mean --
3          MR. SPIVEY:  Are you done?
4          MR. BYERS:  Yeah.
5          BY MR. SPIVEY:
6      Q    Now, ma'am, you were involved romantically
7  with Mr. Cole for --
8          MR. BYERS:  Oh, I'm sorry.
9      Q    -- four years?
10         MR. BYERS:  One thing I did want to check, and
11 this is just a housekeeping thing.  What did we
12 identify as 5?
13         MR. SPIVEY:  I don't know.
14         COURT REPORTER:  You did reference back to
15 Exhibit 1, after 4.
16         MR. BYERS:  Oh, okay.
17         COURT REPORTER:  And then we went to 6, so I
18 think we might've skipped 5.
19         MR. BYERS:  Okay.  I just wanted to make sure.
20 Sorry.
21         BY MR. SPIVEY:
22     Q    Ma'am, you were romantically involved with Mr.
23 Cole for an excess of four years?
24     A    Five.
25     Q    Five years.  You wanted to marry Mr. Cole,



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

98

1   didn't you?
2        A    At one time.  Yes.
3        Q    Did you speak to Mr. Cole about getting
4   married?
5        A    No.
6        Q    At what point during your relationship with
7   Mr. Cole did you want to marry him?
8        A    Excuse me?
9        Q    At what point during your relationship with
10   Mr. Cole did you want to marry him?
11        A    From the start.
12        Q    And why did you want to marry Mr. Cole?
13        A    I thought I loved him.
14        Q    And you liked his money, didn't you?
15        A    No.  I liked the man, not the money.
16        Q    Did you ever know a man named Tom Seibert
17   (phonetic)?
18        A    Yes.
19        Q    And who is Mr. Seibert?
20        A    He's a friend.
21        Q    Did you ever have a relationship with Mr.
22   Seibert?
23        A    No.
24        Q    How did you meet Mr. Seibert?
25        A    I met Mr. Seibert downtown at a park.

99

1        Q    And when did you do that?
2        A    I don't recall.
3        Q    Did you meet Mr. Seibert at the same time that
4   you were seeing Mr. Cole?
5        A    Yeah.  I believe I introduced them.
6        Q    Was Mr. Seibert single?
7        A    No.  He was dating somebody.
8        Q    When I say single, I mean not married.
9        A    He was with somebody, whether they were
10   married or not, he was exclusive with somebody.
11        Q    Did you ever have a personal relationship with
12   Mr. Seibert?
13        A    No.
14        Q    That's your sworn testimony?
15        A    Yes, it is.
16        Q    Did you ever have sex with Mr. Seibert in Mr.
17   Cole's house?
18        A    No.
19        Q    Did you ever date Mr. Seibert?
20        A    No.
21        Q    Ma'am, you say in numerous places in the
22   complaint that you were trapped by Mr. Cole, do you
23   recall that?
24        A    Yes.
25        Q    I just want to be clear, you were never

100

1   physically trapped, right?
2        A    No.  You're not right.
3        Q    You were physically restrained at some point?
4        A    Yeah, I was.
5        Q    When -- tell me when you were physically
6   restrained!
7        A    When I hid under the sink for 48 hours,
8   because I couldn't come out.  You know?  Under the
9   stairs.  I was told to sit the fuck down, right there.
10        Q    Let me stop you.  Tell me when these events
11   occurred.
12        A    Off and on.  I don't know the exact dates.  I
13   mean, how many?
14        Q    When you hid under the stairs, Mr. Cole didn't
15   make you stay under the stairs, correct?
16        A    It's either that or get hit.
17        Q    But you weren't restrained?  You weren't tied
18   down or handcuffed, were you, ma'am?
19        A    Yes.  I had been tied down and handcuffed.
20        Q    Now, when you were tied down and handcuffed,
21   was that consensual?
22        A    No.
23        Q    And you've done that too, haven't you?
24        A    No.
25        Q    We're going to look at some videotape in a

101

1   little bit --
2        A    That's fine.
3        Q    To show that maybe that's not true.
4        A    That's fine.
5        Q    All right.  You always had the ability to
6   leave Mr. Cole's residence, right?
7        A    No.
8        Q    You always had your own car?
9        A    Yes.
10        Q    And you had Uber?
11        A    Yes.
12        Q    And you had friends who lived nearby, right?
13        A    No.
14        Q    You didn't have any friends who lived in
15   Orlando?
16        A    I did not.
17        Q    How about Mr. Seibert?
18        A    He was -- if that -- part-time.  I mean, he
19   wasn't really a friend, I hardly knew him.  I helped
20   him.  He lived across the street.  I helped him, but he
21   wasn't a friend, and I wouldn't call him.  No.
22        Q    How about your brother?  You could have called
23   your brother, right?
24        A    You don't call people like that.
25        Q    You don't call your brother?

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

102

```
 1    A   I don't call anybody.
 2    Q   You don't call anybody?
 3    A   No.  You don't get to call people.
 4    Q   Now, what does your son do for a living?
 5    A   He's a minister.
 6    Q   And where is he a minister?
 7    A   Jacksonville.
 8    Q   And with what church is he affiliated?
 9    A   Mandarin United Methodist.
10    Q   And what's his position there?
11    A   He's associate pastor.
12    Q   So he's a man of faith?
13    A   Yes, supposedly.  But that's between him and
14  God.
15    Q   What's your relationship with your son?
16    A   Fine.  It's good.
17    Q   And has your relationship with your son always
18  been fine and good?
19    A   It's been what it's supposed to be.  Yes.
20    Q   Okay.  And your daughter, she's an attorney,
21  isn't she?
22    A   Yes.
23    Q   And she lives in Tampa?
24    A   Yes.
25    Q   And she's lived in Tampa her adult life?
```

103

```
 1    A   Yes.
 2    Q   All right.  And what's your relationship with
 3  your daughter?
 4    A   Very good.
 5    Q   And you could have called either your lawyer
 6  daughter, your lawyer brother, or your minister son to
 7  help you at any time, right?
 8    A   No.
 9    Q   Why not?
10    A   Because if I would've done it, I would've been
11  on the streets.  I wouldn't have food, shelter.  I had
12  nothing.  And basically, I couldn't do anything.  And
13  you don't call people on Bryan Cole.  You don't do that.
14  As you said, a man of money, this powerful man, you
15  don't call anybody.  You beg him to forgive you and do
16  exactly what he says.
17    Q   Is it your testimony, ma'am, that your lawyer
18  brother would not have helped you in a time of need?
19    A   It's my testimony that I couldn't call
20  anybody.  I was scared.  There's no way I'd ever call
21  anybody.
22    Q   Is it your sworn testimony ma'am, that your
23  lawyer daughter would not have helped you in a time of
24  need?
25    A   It's my testimony that I would never call
```

104

```
 1  anybody.
 2    Q   And is it your sworn testimony that your
 3  pastor son would not have helped you in a time of need?
 4    A   It's my testimony that I wouldn't call
 5  anybody.
 6    Q   And the decision to not call anybody would be
 7  your own personal decision, right?
 8    A   No.  It'd be my own personal safety and fear.
 9  It'd be terrified.  You just don't know, you think you
10  do, but you don't.
11    Q   Were the police ever called to your apartment,
12  with Mr. Seibert, in connection with a handgun incident?
13    A   Not that I recall.
14    Q   You're not saying it didn't happen?
15    A   I don't recall any such incident.  No.
16    Q   If police records confirm that that happened,
17  what would you say about it?
18    A   I would tell you I have no recollection.
19    Q   So sometimes your memory's not all that good,
20  is it?
21    A   They say I disassociate.
22    Q   What does that mean?
23    A   Apparently, it means I've been so much trauma
24  that my instinct is something else takes over and I just
25  don't remember, I'm not even the same person,
```

105

```
 1  apparently, because I'm trying to cope with trauma that
 2  happened to me.
 3    Q   When is the last time that you had any contact
 4  with Dr. John Hudson?
 5    A   Before he retired.
 6    Q   When did he retire?
 7    A   God, I don't know the last time I saw him.  I
 8  don't know.  Right with COVID.  COVID started.
 9    Q   Do you know where Dr. Hudson is today?
10    A   Dundee Road.  He's in Winter Park somewhere,
11  but I don't know.
12    Q   Do you know if Dr. Hudson ever had a
13  relationship with Toni Furbinger?
14    A   I don't know his personal life.  He's married.
15  I would doubt he would.
16    Q   What did you think I was asking about a
17  personal relationship?
18    A   Well, that's what you said relationship.  I
19  would assume personal, but okay.  What are you asking?
20  I'm sorry.
21    Q   Any professional relationship really?
22    A   I don't know that.
23    Q   You know what the referral relationship is
24  between the two?
25    A   I don't know that either.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

| | 106 |
|---|---|
| 1 | Q   Do you know somebody named Sylvie? |
| 2 | A   Yes. |
| 3 | Q   Who is Sylvie?  What's her last name? |
| 4 | A   I don't know.  Dupriest, I think, but I'm not |
| 5 | sure. |
| 6 | Q   Would you spell it for the court reporter? |
| 7 | A   But I'm not really sure. |
| 8 | Q   Just give us the best you can. |
| 9 | A   Okay.  D-U-P-R-I-E-S-T. |
| 10 | Q   And how do you know Sylvie? |
| 11 | A   She is a friend.  She would do my nails. |
| 12 | Q   And where does Sylvie work? |
| 13 | A   I don't know. |
| 14 | Q   Where does Sylvie live? |
| 15 | A   Orlando, but I'm not sure where. |
| 16 | Q   During the time that you knew Sylvie, she |
| 17 | lived in Orlando? |
| 18 | A   Yes. |
| 19 | Q   And you would telephone her from time to time? |
| 20 | A   Well, she did my nails. |
| 21 | Q   Right.  And you would telephone her to get |
| 22 | your nail appointments set up, right? |
| 23 | A   Sure.  Yes. |
| 24 | Q   So you knew how to contact her, right? |
| 25 | A   Yes. |

| | 107 |
|---|---|
| 1 | Q   And she knew how to contact you? |
| 2 | A   Yes. |
| 3 | Q   Right.  And in fact, you guys exchanged |
| 4 | personal phone numbers, so you can text back and forth |
| 5 | too? |
| 6 | A   Sure.  Yes. |
| 7 | Q   Right? |
| 8 | A   Uh-huh. |
| 9 | Q   Okay.  So you had the ability to call or |
| 10 | contact Sylvie almost any time you wanted to? |
| 11 | A   Sure.  Yes. |
| 12 | Q   Do you know somebody named Jenny? |
| 13 | A   No. |
| 14 | Q   You never heard that name in the context of |
| 15 | your situation here? |
| 16 | A   The only Jenny that I heard the name was a |
| 17 | hooker. |
| 18 | Q   Jenny wasn't one of your friends? |
| 19 | A   No. |
| 20 | Q   Did you ever have a sexual relationship with |
| 21 | Sylvie? |
| 22 | A   No. |
| 23 | Q   You never slept with her? |
| 24 | A   No. |
| 25 | Q   Okay.  You know, in fact, ma'am, you called |

| | 108 |
|---|---|
| 1 | your mother from time-to-time to come to Orlando, did |
| 2 | you not? |
| 3 | A   No. |
| 4 | Q   So if your complaint says differently, that |
| 5 | part of the complaint would be wrong? |
| 6 | A   My mother came to visit me. |
| 7 | Q   Right. |
| 8 | A   Yes. |
| 9 | Q   And she'd stay with you and Mr. Cole? |
| 10 | A   Yes. |
| 11 | Q   Right.  And she would help you from time to |
| 12 | time?  Correct? |
| 13 | A   Help me with what? |
| 14 | Q   Whatever. |
| 15 | A   I don't -- I don't know what you're asking me. |
| 16 | Q   All right.  I'm just following your own |
| 17 | complaint.  It says, "Mathews called her mother and |
| 18 | asked if she would come over to help her." |
| 19 | A   Could you tell me what page that's on so I can |
| 20 | see it? |
| 21 | Q   Well, I'm just asking did she ever come over |
| 22 | to help you? |
| 23 | A   I'd have to know the context.  I mean, my mom |
| 24 | came over to visit. |
| 25 | Q   And she could drive herself over here at that |

| | 109 |
|---|---|
| 1 | time? |
| 2 | A   No. |
| 3 | Q   How would she get over here? |
| 4 | A   I would have to pick her up, or I would have |
| 5 | to Uber her. |
| 6 | Q   So you did Uber your mother from Winter Haven |
| 7 | to Orlando from time to time? |
| 8 | A   I did. |
| 9 | Q   How many times did you shoot holes in the |
| 10 | walls of Mr. Cole's home? |
| 11 | A   I did once. |
| 12 | Q   Just one time? |
| 13 | A   Yes.  One time.  I did it on purpose.  Yes. |
| 14 | Q   Why did you do that? |
| 15 | A   I came home, and Bryan had left shells on the |
| 16 | table.  Anyways, I was so distraught, I shot holes in |
| 17 | the wall. |
| 18 | Q   And what gun did you use to shoot holes in the |
| 19 | wall? |
| 20 | A   I don't recall. |
| 21 | Q   And how many holes did you shoot? |
| 22 | A   I don't recall. |
| 23 | Q   Did you ever point a gun at Mr. Cole? |
| 24 | A   No. |
| 25 | Q   Ma'am, do you ever text with your daughter? |

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

110

1   A   Do I text with my daughter?
2   Q   Yeah.
3   A   Yes.
4   Q   Have you ever exchanged text messages with
5   your daughter about Mr. Cole?
6   A   Not lately.  I mean, in the past, I'm sure.
7   Yes.
8   Q   Do you know why you haven't produced to us any
9   text messages in this case?
10  A   I don't have any text messages to produce.
11  Q   And why is that?
12  A   Because I don't have -- no.  I don't have any
13  text messages.  I don't have the phone.  I have nothing.
14  Q   What phone did you use to send text messages
15  to your daughter?
16  A   The one that Bryan has.
17  Q   You didn't send it from your own personal cell
18  phone?
19  A   Yes.  Bryan has my own personal cell phone.  He
20  has the old ones.
21  Q   I'm sorry?
22
23  A   Bryan has the old cell phone.
24  Q   What old cell phone?
25  A   The old cell phone that I originally had when

111

1   I was with Bryan.  He has that one.  And then the other
2   one is gone.  I mean, it's damaged.  So I don't have
3   them.
4   Q   What other one are you referring to?
5   A   The other phone that I had in between that,
6   it's damaged.  I don't have access.
7   Q   Where is it?
8   A   I don't know.
9   Q   When's the last time you saw the phone that
10  was damaged?
11  A   A long time ago.
12  Q   You've got to give me some specificity.
13  A   I don't know.  I don't recall.
14  Q   Okay.  Where was it the last time you saw it?
15  A   I don't recall.  At Talman.
16  Q   And how was it damaged?
17  A   Broken.
18  Q   How?
19  A   I don't recall that.
20  Q   Did you drop it?
21  A   I don't recall.
22  Q   Ma'am, who is Dr. Patricia Maisano, M-A-I-S-A-
23      N-O?
24  A   She is somebody that was hired to give an
25  expert opinion.

112

1   Q   Have you ever met Dr. Maisano?
2   A   Not in person.
3   Q   Have you spoken to her on the phone?
4   A   Yes.
5   Q   And how long did you speak to her on the
6   phone?
7   A   It was multiple times.  I would say a total of
8   maybe five to six hours.
9   Q   Did you retain her to do something on your
10  behalf?
11  A   She was retained to give an expert opinion.
12  Q   And did she do that?
13  A   She wrote a report.  Yes.
14  Q   The report that she wrote, do you know if it
15  was ever put in final form?
16  A   I don't know.
17  Q   Have you ever seen a final report from Dr.
18  Maisano?
19  A   I've seen a report that says final.  Yes.
20  Q   It says final?
21  A   It said, yeah.  Final report.  Yes.  I think
22  at the top.
23  Q   It was signed by Dr. Maisano?
24  A   I don't recall that.  I'm not sure.
25      MR. SPIVEY:  Counselor, if such a report

113

1   exists, I'd ask that you to produce it to me.
2       MR. BYERS:  Okay.  I'll look and see if we have
3   it.  I thought we should have produced it --
4       MR. SPIVEY:  You should have.
5       MR. BYERS:  -- but I'll go back and verify.
6       MR. SPIVEY:  Okay.
7       MR. BYERS:  All right.
8       BY MR. SPIVEY:
9   Q   Do you know if you ever paid Dr. Maisano?
10  A   I don't recall that.
11  Q   When's the last time you spoke to Dr. Maisano?
12  A   I don't recall that.
13  Q   But whatever interface you had with her was
14  strictly by telephone?
15  A   Yes, I believe so.
16  Q   Was anybody else involved in whatever
17  consultations you had with Dr. Maisano?
18  A   I don't recall that.  I'm not sure.  Not when
19  I was talking directly to her.  No.
20  Q   So the only time that you spoke to Dr.
21  Maisano, it was just the two of you on the phone, to
22  your knowledge?
23  A   To my knowledge, yes.
24      MR. BYERS:  Just to clarify, what would that
25  report be responsive to in the discovery?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

114

1    MR. SPIVEY: I don't have it on the top of my
2 head, Counselor, right now.
3    MR. BYERS: Okay.
4    MR. SPIVEY: What exhibit are we on?
5    COURT REPORTER: So we're going to go to 6,
6 since 5 was skipped? Yes.
7    MR. SPIVEY: Okay.
8    COURT REPORTER: And that will --
9    MR. SPIVEY: Actually, let's just skip whatever
10 we skipped. Put in the record skip.
11    COURT REPORTER: Okay.
12    MR. BYERS: Because we've already done 6 and
13 7.
14    COURT REPORTER: 7. Yes.
15    MR. SPIVEY: Right.
16    COURT REPORTER: So we'd be on 8, if you want
17 to skip 5.
18    MR. SPIVEY: Yeah.
19    MR. BYERS: That's easy. Yeah. I already made
20 a note.
21    COURT REPORTER: Okay. No worries. Sorry
22 about that.
23    MR. BYERS: Yeah, Bill's right. It's a lot
24 easier to do that.
25    COURT REPORTER: Okay. So I'll just say we

115

1 skipped 5.
2    MR. SPIVEY: Right. So we're on 8?
3    COURT REPORTER: Yes.
4    BY MR. SPIVEY:
5    Q  Ma'am, let me show you what we'll mark as
6 Exhibit 8? Tell me if you recognize this document,
7 please?
8    (EXHIBIT 8 MARKED FOR IDENTIFICATION)
9    A  Yes.
10    Q  What do you recognize it to be?
11    A  It's for Disability.
12    Q  It's disability what?
13    A  Social Security Disability.
14    Q  And is that your handwriting?
15    A  Yes, it is.
16    Q  On all of it?
17    A  Let me make sure. Yes, it is.
18    Q  Where were you when you completed Exhibit 8?
19    A  Well, it says 3-2-20. So I would say I was at
20 Talman still.
21    Q  Were you -- did you go to somebody's office to
22 fill out Exhibit 8, or were you doing this at home?
23    A  No, I did it at home.
24    Q  Do you recall doing it at home?
25    A  Yes, I do.

116

1    Q  Okay. And at the time that you did this, were
2 you represented by Counsel?
3    A  No.
4    Q  Why did you fill out Exhibit 8?
5    A  Because I was trying to get help. Because I
6 knew that I couldn't function anymore working. I knew
7 Bryan had control of everything, and I thought, well, if
8 I could -- if I can't work, then I really can't work. So
9 I did that.
10    Q  How did you know to do this though? I mean,
11 how did you know to fill out this paperwork?
12    A  I Googled it.
13    Q  What did you Google?
14    A  I don't remember that.
15    Q  So you were not working, you wanted money, and
16 you Googled something, and it steered you to fill out
17 Exhibit 8?
18    A  Yeah, I was not working. I didn't want money
19 because Bryan was giving me money. So I had plenty of
20 money. I wanted freedom. I wanted to go. I wanted to
21 get away.
22    Q  And you thought that filling out Exhibit 8 was
23 part of that?
24    A  I thought I could --
25    Q  Pardon?

117

1    A  I thought I could've -- I could get something
2 then I could -- I'd get away from him.
3    Q  The first page of Exhibit 8 references a phone
4 number, (863) 412-5962. That's your cell phone number?
5    A  Yes.
6    Q  And that's the one you've had for a long time,
7 right?
8    A  Uh-huh.
9    Q  Is that still your cell phone number today?
10    A  Yes.
11    Q  Did you -- you said that you filled out
12 Exhibit 8 to enable you to get away from Mr. Cole?
13    A  Yes.
14    Q  Did I understand that right?
15    A  I was trying.
16    Q  Okay. Did Mr. Cole know that you were trying
17 to get away from him?
18    A  No.
19    Q  Did you -- to whom did you submit Exhibit 8?
20    A  I submitted it to Social Security Disability
21 office.
22    Q  Did you submit anything to Social Security
23 Disability that purported to come from Mr. Cole?
24    A  Not that I recall.
25    Q  To your knowledge, what you were doing with

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

118

1  Social Security Disability was without Mr. Cole's
2  knowledge, right?
3     A  Initially, yes.
4     Q  Because you were trying to get away from him?
5     A  I was trying to be independent.  Yes,
6  initially, yes, it was.  Yes.  Initially.
7     Q  When you say initially, what does it mean?
8     A  Because Bryan finds out everything.
9     Q  And what did Bryan find out relative to
10  Exhibit 8?
11    A  He found out that I filed for it.
12    Q  Okay.  And when did Mr. Cole find that out?
13    A  I don't recall that.
14    Q  And what happened when Mr. Cole found out
15  about it?
16    A  He thinks you're a loser, but you've always
17  been a loser.  And that was just stupid, but can you
18  ever not be a loser?  You're just a loser.
19    Q  Now, this is dated March 2, 2020.  When did
20  Mr. Cole find out about this, according to your version
21  of events?
22    A  I don't recall, but I really don't know.
23    Q  So because Mr. Cole regarded anybody who did
24  this as a loser --
25    A  Yes.

119

1     Q  Mr. Cole would not have supported this; is
2  that right?
3     A  I don't know that.  You'd have to ask Mr. Cole
4  that.
5     Q  Right.  But did you ever submit anything to
6  Social Security that purported to be from Mr. Cole?
7     A  I don't recall.
8     Q  If you did, you'd recall that, right?
9     A  I don't know.
10    Q  I mean, you recall things that happened with
11  respect to arrest incidents from 2008 and 2014.
12  Certainly you recall if you submitted anything in 2020
13  on behalf of Mr. Cole, right?
14    A  I don't know that.
15    Q  Do you see anything in Exhibit 8 that
16  references Mr. Cole in a negative or unflattering
17  fashion?
18    A  Yeah.  Number 6.
19    Q  What part of number 6 do you see as being
20  unflattering?
21    A  Oh, let's see.  Not unflattering.  "I sit
22  outside and try listen to Christian music.  Watch TV. My
23  boyfriend brings dinner home and I talked to him. Most
24  of the day I worry.  I'm afraid that because of how I
25  am, that's the loser, my boyfriend will leave."

120

1     Q  But you -- in Exhibit 8, you don't claim that
2  Mr. Cole caused any of the problems that you're
3  complaining of, do you?
4     A  I don't say it directly in this, but yes, I
5  mean it.  How did I get PTSD?  Mr. Cole.
6     Q  You don't say that in Exhibit 8, do you,
7  ma'am?
8     A  I don't say it, but I don't say he didn't
9  either.
10    Q  You claim in the paragraph 5, that PTSD was
11  heightened due to an accident on 12-6-19; do you see
12  that?
13    A  Which one is that?
14    Q  I'm in paragraph 5 on the very first page.
15    A  Okay.  Yes.
16    Q  You say actually, to put it all in context, it
17  says, "I cannot work due to pain from fractured disc in
18  my back.  PTSD that is heightened due to accident on 12-
19  6-19"  Right?
20    A  That's what I said.  That's what I wrote, yes.
21    Q  And the pain from your fractured disc in your
22  back related to the car accident, right?
23    A  Yes.
24    Q  Okay.  And the PTSD was heightened by that
25  same car accident, right?

121

1     A  No, that's what it says, but PTSD isn't
2  heightened by a car accident.  That was me in layman's
3  term writing it.  Basically, what I'm saying is the car
4  accident hurt me.  I was in pain.  And I'm saying, you
5  know, I have PTSD.  But yeah, it's just an inability to
6  write it properly.
7     Q  These are your words though, right?
8     A  They're my writings.  Yes.
9     Q  And you personally wrote this in manuscript,
10  right?  Your handwriting?
11    A  Yes.
12    Q  So you selected the terminology?
13    A  I am not a writer.
14    Q  Right.
15    A  So therefore I write -- I have an ADHD brain,
16  so I obviously jumbled that up, which is okay.
17    Q  This is what you said, and this is what you
18  submitted to Social Security Disability?
19    A  Correct.
20    Q  Right.  And the accident that you're referring
21  to here is a car accident that happened on December 6,
22  2019, right?
23    A  Yes.
24    Q  And you were rear ended at that time?
25    A  Yes.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

122

1    Q    And in fact, that's the incident that is
2 referenced in item R of Exhibit 1, right?
3    A    I don't know. I have to go back.
4    Q    It's Mathews versus Carl Landy (phonetic),
5 filed in Seminole County Circuit Court?
6    A    Yes, but I wasn't aware that was done. There
7 was no court, it was an insurance company.
8    Q    Okay. But that lawsuit references an accident
9 that happened on 12-6-19, right?
10    A    Correct.
11    Q    And your brother filed that case, right?
12    A    Correct.
13    Q    I'm going to show you what we'll mark as
14 Exhibit 9. Ma'am, Exhibit 9 is a copy of a lawsuit that
15 was filed on your behalf against the Landys in Seminole
16 Circuit Court. You see that?
17         (EXHIBIT 9 MARKED FOR IDENTIFICATION)
18    A    Yes, I do.
19    Q    And on page 2 of this exhibit, paragraph 6
20 says, "On or about December 6, 2019, Plaintiff, Pamela
21 Mathews, was operating her motor vehicle on Central
22 Florida GreeneWay Seminole County, when the vehicle she
23 was in was negligently struck on the back by the vehicle
24 that Aliya, A-L-I-Y-A Landy, was driving." You see
25 that?

123

1    A    Yes, I do.
2    Q    And that happened, right?
3    A    Yes.
4    Q    At what rate of speed, approximately, was the
5 defendant traveling when she hit you?
6    A    I don't know.
7    Q    Was anybody with you in the car at the time of
8 the accident?
9    A    Yes. My mother.
10    Q    Was your mother injured?
11    A    Yes.
12    Q    And did she file any litigation?
13    A    I don't know.
14    Q    Did she have any recovery against anybody?
15    A    I don't know.
16    Q    Now, you claim in Exhibit 9 that this rear end
17 accident caused you physical pain and suffering, right?
18    A    I've never seen this before.
19    Q    But you're aware it was filed by your brother,
20 right?
21    A    No. I mean, I thought it was an insurance
22 company, so no. I wasn't.
23    Q    Do you think your brother made this up?
24    A    No. I'm saying I don't know anything about
25 it. I thought it was with an insurance company.

124

1 Progressive. I don't know.
2    Q    Are you aware that your brother claimed that
3 you had physical and mental pain and suffering?
4    A    No.
5    Q    Are you aware that your brother said you had
6 mental anguish from this rear end accident?
7    A    No.
8    Q    Can you describe for me what mental anguish
9 you had as a result of the 2019 rear end accident?
10    A    No.
11    Q    Did you in fact have any mental anguish at
12 all?
13    A    Not that I can recall.
14    Q    Did you have any mental pain and suffering as
15 a result of the rear end accident?
16    A    I believe you have some -- if you're hurting,
17 yes. I was hurting.
18    Q    What was that?
19    A    My back hurt.
20    Q    And it caused you mental pain and suffering?
21    A    Well, I don't know, know if that's what you
22 would call it. I'd have to ask a doctor that.
23    Q    But this is, we looked at in Exhibit 9 is what
24 you're referencing in Exhibit 8, right?
25    A    No, it's not. I've never seen this before.

125

1    Q    I understand.
2    A    Yeah. No, Exhibit 8, I just did the paragraph
3 improperly because I've also done another one of these
4 since that time. And it would read totally different.
5 It would be read accurate. And I've also done a video
6 thing with the judge, so it would actually show my
7 wording. So that's kind of better than that, but I've
8 never seen this.
9    Q    You've never seen number 9.
10    A    No, I have not.
11    Q    Right. My question, ma'am, is going back to
12 Exhibit 8, you claim that your PTSD was heightened due
13 to an accident on 12-6-19, right?
14    A    That's what it says, but that's not what I
15 meant.
16    Q    But something happened on 12-6-19 that
17 prompted you to say that, right?
18    A    I don't know that. I don't think it prompted
19 me to say that. I think I just wrote it incorrectly.
20    Q    Are you telling me that there's some amendment
21 or modification of Exhibit 8 that you submitted to
22 Social Security?
23    A    Absolutely. There is.
24    Q    Okay. And when did you do that?
25    A    I had to submit a new one of those about a



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

126

1 year ago. So absolutely there is.
2    Q    And is it the same format as Exhibit 8?
3    A    It is. Yes.
4    Q    And how is it different than Exhibit 8?
5    A    My writing's totally different.
6    Q    And were you represented by counsel when you
7 filed the new one or the amended one?
8    A    I was, I did have a counselor, but I was given
9 the form and said you need to do this.
10    Q    And who was the counselor you're referring to?
11    A    I would have to go back and look. I can't
12 remember.
13    Q    Was that Mr. Hitchcock?
14    A    Yes. Mr. Hitchcock, yes.
15    Q    So after you started being represented by Mr.
16 Hitchcock, you filed some different papers; is that
17 right?
18    A    Basically what I understood is your first
19 case, you have it, it goes in. The second case you have
20 to a totally different one, you have to refile all of
21 it. And I did get it correct, the amended one.
22    Q    Now, initially your claims to Social Security
23 Disability were denied, right?
24    A    Yes.
25    Q    And they were actually denied on two separate

127

1 occasions, correct?
2    A    Yes.
3    Q    And then after they were denied on the second
4 occasion, that's when you hired Mr. Hitchcock?
5    A    No.
6    Q    When did you hire Mr. Hitchcock in relation to
7 the denials?
8    A    After the first one.
9    Q    After the first one. So even with Mr.
10 Hitchcock, the second one was denied?
11    A    Yes.
12    Q    So then you went a third time and you got some
13 Disability benefits?
14    A    No. It's common for Social Security denying
15 you twice until you get a hearing with a judge. I got a
16 hearing with the judge, and it was the judge that said,
17 no. And he said, "No, no. She qualifies."
18    Q    Okay. And the judge awarded you some
19 Disability benefits in October of 2021, right?
20    A    He dated it back to October, 2018.
21    Q    Okay. But the award was given in 2021.
22    A    Correct.
23    Q    October '21.
24    A    I believe so.
25    Q    But you're saying that the award is

128

1 retroactive back to 2018?
2    A    That's correct.
3    Q    And what kind of benefits do you receive from
4 Social Security Disability?
5    A    I get 100 percent.
6    Q    No, I'm looking for a dollar figure. What do
7 you get?
8    A    I get 2000, this is estimate, 60 a month. I
9 get full Medicare.
10    Q    And is this direct deposited into your account
11 somewhere?
12    A    Yes.
13    Q    It's electronic?
14    A    Yes.
15    Q    And you would have records of how much you've
16 received on account of this Disability claim?
17    A    Yes.
18    Q    And explain to me how you understand the
19 Medicare component works.
20    A    I have Medicare insurance.
21    Q    You now have Medicare, even though you're not
22 65.
23    A    That's correct.
24    Q    All right. And what is your understanding as
25 to how long the Disability payments remain in place?

129

1    A    You don't know that. They will go back and
2 they may send you to a doctor, what have you. So you
3 don't know. I mean, so far, it's lifetime, but they can
4 do follow-ups, I guess. I don't know.
5    Q    Is it your belief that you'll continue to get
6 Disability even beyond the time when you would
7 ordinarily retire?
8    A    Yes.
9    Q    Why don't we take a lunch break? We'll get
10 some sandwiches brought in and --
11        COURT REPORTER: The time is now 12:10, and we
12 are off record.
13        (OFF THE RECORD)
14        BY MR. SPIVEY:
15    Q    Ms. Santini, we're back after a lunch break.
16 Do you understand you're still under oath?
17    A    Yes, sir.
18    Q    Okay. Want to go back and talk a little bit
19 about Dr. Furbinger. Approximately when did you first
20 start seeing her?
21    A    It was in 2017.
22    Q    And did you find her helpful to you?
23    A    I don't really know.
24    Q    Did you find her responsive to you when you
25 would contact her? Would she contact you back?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

130

1    A    Yes.
2    Q    How about Dr. Hudson?  Did you find him
3 helpful?
4    A    Yes.
5    Q    Did you find him responsive to you if you had
6 a problem or a need, did you find him to react to that
7 issue?
8    A    Yes.
9    Q    Have you ever undergone any inpatient therapy
10 for the conditions you complain of?
11   A    No.
12   Q    Has anybody he recommended that to you?
13   A    Yes.
14   Q    Who recommended that to you?
15   A    Toni Furbinger, the psychiatrist at
16 AdventHealth.
17   Q    Who is that?
18   A    I call her Dr. J.  It's at AdventHealth
19 Psychiatry in Winter Park, off Fairbanks.
20   Q    Okay.
21   A    And it's Dr. J.
22   Q    Is it a man or a woman?
23   A    It's a woman, but it's a really long name and
24 it's very hard to pronounce.
25   Q    And why haven't you pursued the inpatient

131

1 therapy?
2    A    Because I'm still working with the outpatient
3 therapy, because I'm afraid of inpatient therapy.
4    Q    Ma'am, you drink quite a bit, do you not?
5    A    I don't drink at all.
6    Q    When did you stop drinking?
7    A    It's been months now.
8    Q    Previously though, you were a big drinker,
9 weren't you?
10   A    Well, how would you define a big drinker?
11   Q    You got drunk with some regularity.  Did you
12 not?
13   A    No.
14   Q    You became impaired and unable to control
15 yourself.
16   A    I can't say that to be the case.  No.
17   Q    When you did drink, ma'am, what was your drink
18 of choice?
19   A    Half the time, it's whatever Bryan poured.  In
20 my glass the other time, it was tequila.
21   Q    Do you recall, ma'am, being arrested for DUI
22 by the Florida Highway Patrol?
23   A    Yes, I do.
24   Q    When did that happen?
25   A    I don't know the exact date.

132

1    Q    Do you recall what your blood alcohol content
2 was?
3    A    No.
4        MR. SPIVEY:  What exhibit are we on?  10?
5        MR. BYERS:  10.
6    Q    Ma'am, I'm handing you what we marked as
7 Exhibit 10.  It's a document issued by the State of
8 Florida Department of Highway Safety and Motor Vehicles
9 in relation to the driving privileges of Pamela Rae
10 Mathews; do you see that?
11       (EXHIBIT 10 MARKED FOR IDENTIFICATION)
12   A    I do.
13   Q    And have you ever seen this before?
14   A    I don't believe I have, no.
15   Q    Okay.  On the very last page of the exhibit,
16 there's a reference at the bottom to John S. Hager,
17 Esquire.  Do you see that?
18   A    Yes.
19   Q    He was your drunk driving lawyer, right?
20   A    Yes.
21   Q    And --
22   A    So may I add that it was actually reckless
23 driving it turned out to be.
24   Q    Do you recall how fast you were driving when
25 you were stopped by the Florida Highway Patrol?

133

1    A    No.
2    Q    The exhibit indicates that your arrest took
3 place on May 19, 2019.  Do you see that?
4    A    I do.
5    Q    Do you have any reason to doubt that?
6    A    No.
7    Q    Do you recall where you were when you were
8 arrested for DUI?
9    A    No.
10   Q    You were somewhere in Volusia County?
11   A    Yes.
12   Q    Do you recall where though?  Were you in
13 Daytona, Ormond Beach?  New Smyrna Beach?
14   A    I left Port Orange beach house.
15   Q    The Port Orange beach house, is that a
16 condominium owned by Mr. Cole?
17   A    That's a house.
18   Q    It's a house?
19   A    On the ocean, yes.
20   Q    Okay.  At the bottom of page 2, on top of page
21 3 of this exhibit, there is an indication that Trooper
22 Taylor determined the petitioner to be traveling at over
23 100 miles per hour at the time of the stop or prior to
24 the stop; do you see that?
25   A    I do see that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

134

1    Q    Does that refresh your recollection at all as
2  to how fast you were traveling?
3    A    No.  It does not.
4    Q    Do you dispute that you were traveling 100
5  miles an hour?
6    A    I don't dispute it, but I don't agree with it.
7  I don't know.
8    Q    The report goes on to say that "Trooper Taylor
9  observed the petitioner's eyes to be bloodshot, watery,
10  and glassy.  Her speech was slurred and thick tongued,
11  and she had difficulty maintaining her balance."  Do you
12  recall doing a field sobriety test with Trooper Taylor?
13    A    I do.
14    Q    And do you recall failing it?
15    A    I don't.
16    Q    Do you recall Trooper Taylor taking you into
17  custody and arresting you?
18    A    I do.
19    Q    And where were you taken?
20    A    That I couldn't tell you.  I was taken to two
21  different -- I was taken to one stop, but they didn't
22  have something there.  So I was taken somewhere else.  I
23  don't know.
24    Q    The next paragraph on page 3 says that you
25  submitted to a breathalyzer test.  Do you recall that?

135

1    A    Yes, I do.
2    Q    Okay.  And it says the result of the first
3  test was 0.174.  Do you see that?
4    A    Yes, I do.
5    Q    Do you know what the legal level of
6  intoxication is in the state of Florida?
7    A    Yes.
8    Q    What is it?
9    A    I think it's .15, right?
10    Q    .15?
11    A    I think so.
12    Q    If I told you it was 0.08, would you be
13  surprised?
14    A    Okay, yes.  That's it.  I'm sorry.  Yes,
15  that's it.
16    Q    So you'd agree with me that .174 is double the
17  legal rate of intoxication in the state of Florida.
18    A    Yes.
19    Q    And then it says that you underwent a second
20  breathalyzer test and the results were .173.  Do you see
21  that?
22    A    Yeah.  Uh-huh.
23    Q    Do you have any reason to think that those
24  test results are incorrect?
25    A    No I don't.

136

1    Q    And in fact, your driving privileges remain
2  suspended as a result of this, correct?
3    A    No.
4    Q    When were you able to start driving again?
5    A    I know it was -- there was -- I can't find it.
6  It was --
7    Q    Let me ask you --
8    A    I got it.  I got it.  I was able to start
9  driving, 11-19-2019.
10    Q    11 what?
11    A    19, 2019.
12    Q    And that would be about five months after the
13  date of this exhibit that we're looking at?
14    A    That's correct.
15    Q    And what did you look at to refresh your
16  recollection as to when your driving license was
17  reinstated?
18    A    My old Florida driver's license.
19    Q    And what does it say on there that --
20    A    It says 11-19-2019.  It was replaced.
21    Q    11-19-2019.
22    A    That's correct.
23    Q    Now, you say it's an old Florida driver's
24  license.
25    A    Yes.  You can't have two.

137

1    Q    Okay.  But you do.
2    A    I don't use the Florida one.  It's got an X on
3  the back of it.
4    Q    The page 5 of this exhibit, to the extent you
5  have any question about the unlawful blood alcohol level
6  in Florida, the last sentence says, "Petitioner had an
7  unlawful blood alcohol level or breath alcohol level of
8  .08 or higher as provided in section 316.193 of the
9  Florida Statutes."
10    A    Okay.
11    Q    And you see where it goes on, it says, "The
12  order of suspension of the driving privilege of
13  petitioner is here by affirmed."  Do you see that?
14    A    Yes.  That's correct.
15    Q    So your driving license remained suspended
16  until November 19, 2019?
17    A    That's correct.
18    Q    All right.  Do you have any explanation as to
19  how or why your blood alcohol content was .174 on this
20  occasion?
21    A    Yes.  I drank two glasses of wine.
22    Q    Just two?
23    A    Yes, sir.
24        MR. SPIVEY:  Tell me our number again, please.
25        COURT REPORTER:  11.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

138

```
 1        MR. SPIVEY:  We're at 11 now?
 2        COURT REPORTER:  Yeah, we left off at 10.  So
 3   now it's 11.
 4        BY MR. SPIVEY:
 5    Q   All right.  Fine.  Okay, ma'am, I'm going to
 6   hand you what we'll mark as Exhibit 11.  I'll represent
 7   to you this is an excerpt of a text thread between you
 8   and Mr. Cole, but let's look up at the upper left-hand
 9   corner at the top of the page.  It says, "Pam Mathews,
10   (863)-412-5962."  Do you see that?
11        (EXHIBIT 11 MARKED FOR IDENTIFICATION)
12    A   Uh-huh.
13    Q   That's your cell number?
14    A   Uh-huh.
15    Q   Is that a yes?
16    A   Yes.  Yes, it is.
17    Q   And then underneath that to the right, we see
18   Bryan's iPhone and it says 1-(321)-689-3566.  Do you see
19   that?
20    A   Yes, I do.
21    Q   And do you recognize that to be Bryan Cole's
22   cell phone number?
23    A   Yes, I do.
24    Q   And do you dispute that this is an excerpt of
25   a text exchange that took place on January 16th and 17,
```

139

```
 1   2020?
 2    A   I don't.
 3        MR. BYERS:  It says 2018.
 4        THE WITNESS:  Yeah.
 5    Q   I'm sorry.  I miss spoke.  Thank you.  2018.
 6    A   Yeah, I don't.  I mean, it's in black and
 7   white, but I don't dispute it or agree with it.
 8    Q   Let's look at the middle of the page.  There's
 9   a text at 8:12 a.m. on the 17th of January, 2018 from
10   you.  "Good morning, baby.  Sorry I didn't say goodnight
11   last night.  I drank too much tequila and went to sleep.
12   Leaving soon.  Want you to know that I hope your day is
13   blessed.  I love you, Bryan Adam, forever and a day.  I
14   miss you so much."  Do you see that?
15    A   I do.
16    Q   Okay.  What did you mean by your phrase, "I
17   drank too much tequila and went to sleep?"
18    A   Well, I had a little bit too much tequila to
19   drink, and I went to sleep.
20    Q   But you drank enough tequila that it was worth
21   noting in a text message.
22    A   I have no idea.  I don't recall this text
23   message at all.  I don't know.
24    Q   But you don't deny sending anything?
25    A   I have no earthly idea.  I don't recollect it
```

140

```
 1   at all.
 2    Q   My question was:  Do you deny sending it?
 3    A   I don't recall it.
 4    Q   Are you aware of any facts that would suggest
 5   that the text wasn't sent by you?
 6    A   Am I aware of any facts?
 7    Q   Yeah.
 8    A   Only the fact that I've sent a ton of text
 9   messages with Bryan saying, "I'm a drunk.  I drank too
10   much."  I mean, over and over.  So who knows?
11    Q   So you acknowledge sending Mr. Cole many, many
12   texts where you acknowledged being drunk?
13    A   No.  Mr. Cole sent them to me acknowledging he
14   is just a drunk.
15    Q   Okay.  But my question, are you aware of any
16   facts that indicate that the text message we just looked
17   at was not authentic or legitimate?
18    A   I'm not aware.  No.
19    Q   All right.  Let me show you another exhibit,
20   ma'am, we'll mark as number 12.  This is another text
21   thread between you and Mr. Cole on May 11, 2018.  Do you
22   see that?
23        (EXHIBIT 12 MARKED FOR IDENTIFICATION)
24    A   Yes.
25    Q   And you see your cell phone number and you see
```

141

```
 1   Mr. Cole's cell phone number --
 2    A   Yes.
 3    Q   -- listed on the document?
 4    A   Uh-huh, yes.
 5    Q   And those are correct phone numbers for each
 6   of you?
 7    A   Yes.
 8    Q   And at the very bottom, there's a message from
 9   you that says, "Good morning, baby.  I hope you had a
10   great evening.  Mine consisted of a little too much
11   tequila, but all is good.  I am headed out to watch the
12   sunrise and walk Paradise Beach.  I hope you have a
13   blessed day.  I love you, Bryan Adam, forever and a day,
14   baby."  Do you see that?
15    A   I do.
16    Q   And this is another occasion on which you
17   acknowledge drinking too much tequila.
18    A   Well, it's all relative.  First of all, I'm
19   not acknowledging or denying this, but I'm saying, a
20   little bit too much tequila, in my opinion, having a
21   little glass of this is too much tequila.  You shouldn't
22   have it.
23    Q   But these are your words, right?
24    A   I don't know.  I can't confirm or deny because
25   I don't recall it.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

142

1    Q    Where is Paradise Beach?
2    A    Where is Paradise Beach? I don't remember. I
3 think it's like over by -- I don't know.
4    Q    Is it in Florida?
5    A    Yes, but I don't remember.
6    Q    That's apparently where you were on the May
7 12th, 2018?
8    A    Yeah. And I said I was out to walk the watch
9 the sun -- I never stayed at Paradise Beach. I would
10 drive it from Winter Park.
11    Q    So wherever Paradise Beach is, it's within
12 driving range of Orlando?
13    A    Yes.
14    Q    All right. And the time of this text is 3:10
15 a.m. Do you see that?
16    A    Yes. I would get up early because it's a dog
17 park too. I'd take my dog. It's a doggy beach park.
18    Q    Right. So now that you know it's a doggy
19 beach, does that refresh your recollection as to where
20 it is?
21    A    I don't remember. No.
22    Q    Is it in Volusia County?
23    A    No, I really don't remember. I'd have to look
24 it up. I really don't know.
25    Q    Your memory's not very good. Is it, ma'am?

143

1    A    I wouldn't say that. I just -- directionally
2 challenged.
3    Q    Ma'am, I'm going to hand you what we'll mark
4 as Exhibit 13. These are some medical documents that we
5 received from one of our subpoenas. Have you seen these
6 before?
7        (EXHIBIT 13 MARKED FOR IDENTIFICATION)
8    A    No.
9    Q    These came to us from Orlando Health, Inc. Dr.
10 Phillips Hospital. And you see at the bottom of the
11 pages where I've hopefully included page numbers?
12    MR. BYERS: No. Not on them.
13    Q    Let me ask you to flip to -- you have to do
14 this manually. I apologize. The 13th page of the
15 collection --
16    MR. BYERS: Including the cover page?
17    MR. SPIVEY: That would be page 1.
18    MR. BYERS: Okay.
19    BY MR. SPIVEY:
20    Q    And just go 13 pages deep, if you would,
21 please. And it should say at the very top, "Dictated
22 emergency resume." Do you see that?
23    A    Yes.
24    Q    Are you on the right page? Just making sure
25 we're on page 13.

144

1    A    Yes.
2    Q    All right. And there's a paragraph that says,
3 "History of present illness." Do you see that?
4    A    Yes.
5    Q    Okay. Third sentence in or so it says,
6 "Patient does admit she drank a bottle of wine over many
7 hours last night. That is unusual for her. She did not
8 eat any food with this." Do you see that?
9    A    I don't know.
10    Q    Do you see it though?
11    A    Yes. Now I do, yeah.
12    Q    And presumably that information was provided
13 by you to the medical staff, right?
14    A    Yes.
15    Q    And the medical staff wouldn't know what you
16 drank or how much you drank, correct?
17    A    Correct.
18    Q    And at the bottom it says, "Patient is unable
19 to stay for admission at this time due to two very
20 important business meetings today." Do you see that?
21    A    I do.
22    Q    Do you know what business meetings this would
23 have been?
24    A    I could not recall that. No.
25    Q    This was -- the date of this was May 16, 2018.

145

1    A    I have no idea.
2    Q    Now, we looked at a record earlier that said
3 that you stopped working in 2017. Do you remember that?
4    A    I said that my last tax return was 2016.
5    Q    We looked at your Social Security Disability
6 paperwork. And you said that you stopped working in
7 2017. Do you recall that?
8    A    I recall them saying that I became disabled
9 October, 2018.
10    Q    I'm just trying to find out -- you told them
11 in your own handwriting that you stopped working in
12 2017.
13    A    Yeah, I know that the last income I earned was
14 middle of 2016. So anything after that, I was supported
15 by Bryan.
16    Q    Does that give you any recollective framework
17 for what business meetings you would have been attending
18 in May of 2018?
19    A    I couldn't tell you. It could have been just
20 an excuse not to be admitted to the hospital.
21    Q    Sometimes you make things up, right?
22    A    No. Not at all.
23    Q    What else would it be then?
24    A    I don't know. I cannot recall any business
25 meetings. I honestly do not know.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

146

1    Q    So to the extent that you told them there were
2  business meetings, that would have been untrue?
3    A    I don't know that. I don't know. I can't
4  recall. Sorry.
5    Q    But you don't remember being in business in
6  May of 2018, right?
7    A    No. I have to look back because -- so there
8  was a company, Docs Connect (phonetic), but I don't
9  remember all of it now. But there was a company, Bryan
10  was going to keep going.
11    Q    You said you'll have to go back and check.
12  What would you check?
13    A    I wouldn't. I said I'd have to go back and
14  check the taxes. When the tax guy. I don't think we
15  earned any money after that, but there was a company,
16  Docs Connected. Bryan was insistent is could stay
17  going.
18    Q    And what tax guy are you referring to?
19    A    Harold. He did the taxes. I don't know.
20    Q    Harold in H&R Block?
21    A    Yes.
22    Q    And where is H&R Block in Orlando? What
23  office? You don't remember?
24    A    Harold Daniels. I don't know.
25    Q    Harold Daniels?

147

1    A    Yes.
2    Q    Is Harold Daniels a CPA?
3    A    Yes.
4    Q    I'm sorry?
5    A    Yes.
6    Q    When is the last time you spoke to Harold
7  Daniels?
8    A    I don't know. When I asked him for the
9  information for the lawsuit? I don't know.
10    Q    Now, you said earlier, before the lunch break,
11  that your Social Security Disability payment was
12  retroactive to 2018; is that right?
13    A    Correct. Yes.
14    Q    So that mean that you got $2,000 a month
15  approximately for the last three years?
16    A    No, because it was -- you had a cost of living
17  raise this year and it was prorated, so it doesn't work
18  like that.
19    Q    So how much money did you get once you got
20  this award for the past, for the relation back aspect of
21  it?
22    A    Yeah, like 42,000.
23    Q    And did they take taxes out of that?
24    A    I don't believe so.
25    Q    Do you know if you have to pay taxes on it?

148

1    A    I don't think so.
2    Q    And what's the basis of that belief?
3    A    Because they sent me a W2 form saying that if
4  this is all the income you make, you don't have to file
5  taxes.
6    Q    Who sent that to you?
7    A    Social Security Disability.
8    Q    And you still have that document somewhere?
9    A    I don't know.
10    Q    Would you have thrown it away?
11    A    Possibly.
12    Q    Going back to Exhibit 13, I'm now on page 16
13  from the very beginning. So I'll ask you to flip back
14  to that please. And at the top, it should have, "Triage
15  Category 3." You see that?
16    A    Yes.
17        MR. BYERS:  Is it right under "Aspirin
18  Unknown?"
19        MR. SPIVEY:  Yes.
20        MR. BYERS:  Okay.
21        MR. SPIVEY:  Yeah.
22        MR. BYERS:  Thank you.
23        BY MR. SPIVEY:
24    Q    First of all, ma'am, do you recall going to
25  the hospital in an ambulance?

149

1    A    What date is this? I don't even know.
2    Q    This is May 16, 2018. You recall going to
3  hospital in the ambulance?
4    A    Vaguely. Not really, no.
5    Q    And to the extent you went in an ambulance,
6  that suggests somebody called 911, right?
7    A    I would assume, yes.
8    Q    And that would've been you, right?
9    A    Well, I don't know that.
10    Q    Who else would it have been?
11    A    Well, I don't know. I would assume that it'd
12  be either Bryan or my mom if it was somebody else.
13    Q    Now, did your mother live with you here in
14  Orlando?
15    A    No, my mom stays with me a lot.
16    Q    Do you have any reason to believe you were
17  living with Mr. Cole on May 16, 2018?
18    A    I was -- even though we lived in separate
19  residences, we stayed with each other all the time. I
20  never really did live with him, even though I was in the
21  same house. He was always at the Longwood house with me
22  or I was Talman. So do I have a reason to believe he
23  was probably there that night? He spent at least five
24  nights out of seven with me every night. Yes.
25    Q    Let me ask you to look at the bottom of this



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

150

1 page, 16, and it says "204" at the bottom, just for --
2    A    Okay.
3    Q    Make sure we're on the same page.  There's
4 something called the C-SSRS, Columbia Suicide Severity
5 Rating Scale; do you see that?
6    A    Yes.
7    Q    And the first question is, "Is patient equal
8 to or greater than 12 years of age?"  It says "yes."
9 That was correct, right?
10    A    Yes.
11    Q    Right.  And it says, "In the past month, have
12 you wished you were dead or wished you could go to sleep
13 and not wake up?"  And it says "no."  You see that?
14    A    Yes.
15    Q    You think that's the information you provided
16 to the medical staff on May 16, 2018?
17    A    I'm sure.
18    Q    And the next question says, "In the past
19 month, have you actually had any thoughts of killing
20 yourself?"  And it says, "No."  Do you think that's
21 consistent with what you told the medical staff?
22    A    I'm sure.
23    Q    And then it says, "Have you ever done
24 anything, started to do anything, or prepared to do
25 anything to end your life?"  And you say "no."  Do you

151

1 think that's consistent with what you told the medical
2 staff?
3    A    Possibly, yes.
4    Q    All right.  And at the bottom, there's a final
5 section that says, "Domestic violence.  Do you feel
6 threatened or afraid of others close to you?"  And the
7 responses is "no."  Do you see that?
8    A    Yes, I do.
9    Q    And do you think that's consistent with what
10 you told the medical staff on May 16, 2018?
11    A    It's consistent with what I told everybody,
12 yes.
13    Q    The 22nd page of this document, in the very
14 top, it should say, "Continue all home medications as
15 prescribed."  Are you on that page?
16    A    Yes.
17    Q    Then it says, "Discharge information.  Patient
18 has blah, blah, blah."  Is that where you are?
19    A    Yes.
20    Q    Okay.  I'm just asking to make sure we're on
21 the same page.  It says that you were accompanied to the
22 hospital by a friend.  You see that?
23    A    "Accompanied by self, friend."  It was Bryan.
24    Q    You think it was Bryan?
25    A    Had to be Bryan.  The only persons that ever

152

1 went to the hospital with me was my mom or Bryan.
2    Q    If I told you it wasn't Bryan, who else would
3 it be?
4    A    My mom.
5    Q    You wouldn't describe your mom as a friend,
6 would you?
7    A    Well, it's how they're describing it, not me.
8 I don't know.  "Accompanied by self -- accompanied by
9 self, friend."  I don't know.  "Relationship -- self."
10 Okay, I don't know.
11    Q    You didn't go to the hospital by yourself
12 though, did you?
13    A    I don't remember.
14    Q    Have you ever gone to the hospital by
15 yourself?
16    A    Yes, I have.
17    Q    All right.  At the bottom of the same page,
18 22, there's a section called patient confidentiality; do
19 you see that?
20    A    Yes.
21    Q    And it says, "Florida Coalition Against
22 Domestic Violence Hotline number 1-(800)-500-1119."  You
23 see that?
24    A    Yes.
25    Q    Did you ever call that hotline?

153

1    A    No, I called another one.
2    Q    Which one did you call?
3    A    I called Seminole County victim advocate
4 program.
5    Q    And when did you do that?
6    A    I've done that around -- since 2017.  My
7 caseworker is Linda.
8    Q    What's Linda's name?
9    A    Linda is my caseworker.  They don't give you
10 last names.
11    Q    Do you have a case file, a case number?
12    A    No.  They don't give you that.  I have a card.
13    Q    You have Linda's card?
14    A    No.  I have a card of victim advocate program,
15 but, no, they don't give you that stuff.
16    Q    They don't give you that stuff?
17    A    They don't give you anything.  They don't give
18 you their last -- it's a private program.  It's secret.
19 I don't know.
20    Q    But you called the domestic abuse hotline in
21 Seminole County how many times?
22    A    30 plus.
23    Q    Do you have any record of that, ma'am?
24    A    They record all calls.
25    Q    Oh, they do?  Now, is this a division of



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

154

1 Seminole County government, if you know?
2     A   I don't know.
3     Q   When you called, did you always speak to
4 Linda?
5     A   No, I spoke with a couple of their attorneys,
6 their domestic violence attorneys.  I've been to the
7 domestic violence shelter.
8     Q   Do you know their names?
9     A   No.
10    Q   Did you ever write them down?
11    A   No.
12    Q   Did they ever send you any information?
13    A   No, the police officer gives it to you.
14    Q   Do you still have any of that information,
15 ma'am?
16    A   I believe that was sent to you in the -- in
17 the information from the Seminole County Sheriff's
18 Office.  It gave the phone number of the advocates line.
19    Q   Did you ever keep a log of how many times you
20 called?
21    A   No.  They record the calls.
22    Q   Right.  But my question was did you keep a
23 log?  Did you keep any notes for yourself that would
24 identify when you called?
25    A   No.

155

1     Q   When's the first time that you believe that
2 you called the hotline?
3     A   I don't recall that.
4     Q   When's the last time that you called the
5 hotline, you believe?
6     A   The night of the Glynn County Police arrest.
7     Q   I'm sorry?
8     A   The night of the Glynn County Police arrest in
9 Brunswick, Georgia.
10    Q   You called the Seminole County advocate
11 program then?
12    A   Yes, sir.
13    Q   Okay.  And that related to some incident
14 involving your current husband?
15    A   No.  I was trying to call them to find a
16 shelter in the area that I was at because you have the
17 shelters that you can go when you fear you're having
18 flashbacks, and I was trying to find a shelter.
19    Q   Do you know who you spoke to?
20    A   No, just a person answered the phone.  They
21 talked to me.  They gave me different numbers, and I
22 called those different numbers trying to find a place
23 because I was having issues.
24    Q   Now, when you have these conversations with
25 whomever at the Seminole County hotline, are they

156

1 getting your information, your name, your number?
2     A   Yes.
3     Q   So they have some means of following up with
4 you?
5     A   Yes.
6     Q   Have they ever followed up with you?
7     A   Yes.
8     Q   In what way, writing, phone?
9     A   They'll call you.
10    Q   Do they ever send you anything in writing?
11    A   No.
12    Q   So the only follow-up that you have from
13 Seminole County hotline is follow-up phone calls?
14    A   And the victim awareness card that I have for
15 my address.
16    Q   Say that for me again.
17    A   And the victim awareness card that I have for
18 my address.
19    Q   Do you have that with you?
20    A   Yes.
21    Q   Can you show it to me please?  Is that okay?
22        MR. BYERS:  Yeah.
23        MR. SPIVEY:  Okay.  And we can seal this later
24 if you want to.
25        MR. BYERS:  Yeah.  It's just attorneys' eyes

157

1 only.  It can't be provided --
2        MR. SPIVEY:  It's fine.  I'm not trying to --
3        MR. BYERS:  Yeah, yeah.
4        MR. SPIVEY:  I just want to say something on
5 the record, that I'm happy to seal this part.
6        MR. BYERS:  Okay.  That's fine.
7        BY MR. SPIVEY:
8     Q   Ma'am, I appreciate you showing this to me.  It
9 respectfully isn't -- doesn't seem to have anything to
10 do with the Seminole County agency we've been talking
11 about.  This is from the Office of the Attorney General
12 address confidentiality program.
13    A   That's correct, but that's how I got it.
14    Q   You got this from what?
15    A   I was talking to the Seminole County that's on
16 the Sheriff's report as a victim.  I called that number.
17 It was Linda who got me that, and she works for the
18 Seminole County.
19    Q   Okay.  Fair enough.  I understand what you're
20 saying.
21    A   Okay.
22    Q   Thank you.  Ma'am, part of your lawsuit
23 alleges that you were forced to have sexual liaisons
24 with prostitutes and other women that you'd didn't want
25 to participate in; is that right?

III  MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

158

1     A    That's correct.
2     Q    Okay.  And as I understand your allegations,
3  you claim that you were forced to do that.
4     A    I was forced to do that, not physically but on
5  a mental basis.  I would -- Bryan would leave.  I would
6  lose everything.  I'd be homeless.  I'd have no food.
7  He'd be after me the rest of my life, so yeah, I would
8  do anything for that not to have happened.  So I had no
9  choice.
10    Q    So that was your conclusion or your opinion
11 about the circumstances?
12    A    No, that was my -- that was my Stockholm
13 syndrome that I didn't know I had.
14    Q    Did Mr. Cole ever tell you that if you don't
15 participate in the sexual liaisons that he would throw
16 you out of the house with no food and no money?
17    A    Yes.
18    Q    He told you that?
19    A    Oh, yes, and I've got e-mails with him writing
20 it.
21    Q    That's your sworn testimony.
22    A    Yes, he told me that.  Yes.
23    Q    Are you aware that some of these sexual
24 liaisons were being videotaped?
25    A    All of them were.

159

1     Q    And you were very aware of that, right?
2     A    Yes, I had no choice.
3     Q    And you consented to it, right?
4     A    I had no choice, yes.
5     Q    Have you ever seen the videotapes?
6     A    Yes, I have.
7     Q    Do any of them portray you as an unwilling
8  participant?
9     A    They wouldn't.  I couldn't be.  I had to act
10 the part.  I drank a whole lot of alcohol to even get
11 through it.  I hated it.  Can you imagine being in love
12 with somebody -- you think, "This is the guy for me,"
13 and all of a sudden, he wants you to be with him and
14 other women?  Nobody wants that, no woman with any
15 dignity, but in order to not be thrown out, I had to
16 disgrace myself and share.  I mean, no, I didn't want
17 this.
18    Q    But you'd agree with me that when we look at
19 that content, there's nothing on the content that's
20 going to suggest that you weren't a very willing
21 participant in those activities?
22    A    I don't know.  I would -- I would assume so,
23 but it's -- it isn't what it appeared to be.  Like the
24 whole thing with Bryan, nothing is as it appears.
25    Q    Do you recall engaging in sexual related

160

1  contest with some of the other participants in these
2  trysts?
3     A    I did whatever Bryan told me to do.
4     Q    And to the extent he told you to do that,
5  that'll be on the tape too, right?
6     A    Not always, no.
7     Q    That's not going to show up?
8     A    You -- Bryan will tell you exactly how he
9  wants it.  I mean, okay, think about this.  He's going
10 to tell you exactly how he wants it done, and you'll do
11 it.  Now, I don't know what 50-year-old woman -- or what
12 was I?  Early 40s at the time, wants to have a hooker
13 with her boyfriend, who the hooker calls you "Mommy,"
14 making you feel old.  Yeah, that was a whole lot of fun,
15 but I did it and I played the part, okay?
16    Q    Let's take a look at some text messages that
17 may be helpful.  Let me -- before I get into these, let
18 me ask you, did you -- and I apologize in advance for
19 the coarse language.  Did you ever refer to your
20 daughter as "little fucker"?
21    A    No, Bryan did.
22    Q    You never used that verbiage?
23    A    Did I?
24    Q    Yeah.
25    A    Not that I remember, no, but Bryan always

161

1  called her "little fucker."
2     Q    But you don't recall ever using that verbiage?
3     A    No, I don't.
4        MR. SPIVEY:  What number are we on?
5        COURT REPORTER:  14.
6     Q    14, yeah.  And let me show you some text
7  messages on Exhibit 14 that seem to be dated February
8  17th, 2017.  And first of all, that's your name and your
9  cell phone number in the upper left-hand corner, right?
10       (EXHIBIT 14 MARKED FOR IDENTIFICATION)
11    A    Yes.
12    Q    Okay.  And do you have any reason to doubt
13 that these were sent to Bryan Cole?
14    A    I do, yes.
15    Q    I'm sorry?  You think these went to somebody
16 else?
17    A    No, they say -- I don't know.
18    Q    Look at the second page of Exhibit 14.  You
19 see Mr. Cole's iPhone credentials there in the middle of
20 the page?
21    A    Yes.
22    Q    You see that?  Does that help you believe that
23 this, in fact, is an exchange that you had with Mr. Cole
24 on February 17, 2017?
25    A    I don't know.  I can't recall this.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

162

1    Q   I'm not asking if you recall it.  Do you have
2  any reason to dispute that this is, in fact, a text mail
3  -- text exchange that you had with Mr. Cole on February
4  17, 2017?
5    A   I don't -- I personally have reason to dispute
6  a lot of the stuff that is sent via text and all that
7  with Mr. Cole because I don't know whether I did it or
8  he did it.
9    Q   Can you set forth any facts, ma'am, that would
10  indicate that this particular exhibit that we're looking
11  at, number 14, is anything other than an authentic text
12  exchange that you had with Mr. Cole?
13    A   The only fact I can set forth is that a lot of
14  times he took my phone.  He knew the code to it.  He
15  paid the phone company.  He had all my passwords, so I
16  don't know.  That's the only facts I can set forth.  I
17  don't recall it.
18    Q   You're not aware of that happening here,
19  right?
20    A   I don't know.  I don't -- I don't deny it or
21  say I did.  I don't know.
22    Q   Let's look at the verbiage.  It -- on the
23  first line, what appears to be from you says, "Just had
24  issues with little fucker yet again."  Do you see that?
25    A   I do.

163

1    Q   Do you recall having some issues with your
2  daughter around February 17, 2017?
3    A   No, I don't recall that.  No.
4    Q   And then look down a little bit further at the
5  10:35 p.m. message.  It says, "PS little fucker is such
6  a little fucker tonight, has been drinking way too much.
7  I'm afraid we are losing her to alcohol.  I blame
8  myself.  Call me please, if you get this."  You see
9  that?
10    A   I do.
11    Q   Do you recall your daughter having drinking
12  issues in February of 2017?
13    A   No, I don't recall her having drinking issues,
14  and I certainly don't recall me saying at 10:49, "She's
15  headed for destruction without you in her life," that
16  sounds just like me.
17    Q   It's not pretty, is it?
18    A   I don't -- I'm not one that would actually say
19  that to Bryan Cole about my daughter.
20    Q   If you look at the viewed entries on Exhibit
21  14, do you know what those mean?
22    A   Wait a minute.  4:59 a.m., "Do you still have
23  her panties with you?"  Do you see that?
24    A   I do.
25    Q   Okay.

164

1    Q   Do you understand what the "viewed"  thing
2  means?
3    A   No.
4    Q   Do you think that's the time of when Mr. Cole
5  was looking at your text to him?
6    A   I have no earthly idea.
7    Q   But after seeing Exhibit 14, you can't say
8  that you never referred to your own daughter as "little
9  fucker."
10    A   If Bryan called her "little fucker" all the
11  time, I believe I called Mary Jo "little fucker" in
12  front of Bryan because that's what he called her.  We
13  didn't know any different, but "Do you still have her
14  panties with you?" Well, let's see.  He didn't deny
15  that.  Okay.
16    Q   Now, did this -- pardon the question, but I've
17  got to do this.  "Little fucker" implies that there's a
18  big fucker; is that fair?
19        MR. BYERS:  I'm going to object to the form.
20    A   No, that's -- no.
21    Q   Okay.  I didn't know if there -- was somebody
22  else referred to as a different size fucker?  Pardon my
23  French.
24    A   No.
25    Q   Okay.

165

1    A   No.
2    Q   So am I correct in believing that the phrase
3  "little fucker,"  and again, I apologize for the coarse
4  language, referred only to your daughter?
5    A   Yeah, I referred her as spunky -- called her
6  that as a spunky little thing because she would -- she's
7  spunky.  Yep.
8    Q   Let me show you, ma'am, the next exhibit,
9  which we'll mark as 15.  And before we go there, did you
10  also refer to your daughter as Mary Jo?
11        (EXHIBIT 15 MARKED FOR IDENTIFICATION)
12    A   Do I refer to my -- yes.
13    Q   Yeah.  When you say "Mary Jo," you're
14  referring to your daughter?
15    A   Yeah, usually.
16    Q   Do you know anybody else named Mary Jo?
17    A   No.
18    Q   Exhibit 15 appears to be a text thread that
19  started on March 23, 2017.  And again, you see your name
20  and your phone number mentioned in the upper left-hand
21  corner?
22    A   Yes.
23    Q   And you see Mr. Cole's e-mail credentials or
24  text messaging credentials a quarter of the way down the
25  page?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

166

1    A    That's what it says, yes.
2    Q    All right.  And I want to look at the text
3 that came seemingly from you at 9:19 a.m.  It says, "PS
4 I have told Mary Jo we have hired professionals together
5 for threesomes.  She can live with that because it's the
6 truth."  You see that?
7    A    Yes, I do.
8    Q    Do you dispute sending that text message on
9 March 23, 2017 at 9:19 a.m.?
10    A    I don't recall it, but I can't dispute it.  I
11 don't recall it.
12        MR. SPIVEY:  Bless you.
13        COURT REPORTER:  Bless you.
14    Q    Ma'am, let me show you what we'll mark as
15 Exhibit 16.  Exhibit 16 appears to be some text messages
16 that were exchanged on February 14, 2017.  Do you see
17 that?
18        (EXHIBIT 16 MARKED FOR IDENTIFICATION)
19    A    Yes, I do.
20    Q    And you see your text credentials in the upper
21 left-hand corner and Mr. Cole's text credentials around
22 the middle of the page?
23    A    Yes, I do.
24    Q    All right.  I want to look at the one timed at
25 6:17, which is actually the third one on this page.

167

1 Seemingly from you, it says, "I'm leaving the house now.
2 You need to decide to be 100 percent in and heal us or
3 go be with who you think you love.  We are wonderful
4 together.  I can't drink.  Lesson learned.  I will
5 forever beat myself up about it.  I need you to choose
6 me and be 100 percent in.  I am the woman you need.
7 Figure it out.  Try and find me again.  You really can.
8 I enjoy women as much as you do.  Do something or you
9 win, I'm gone."  Do you see that?
10    A    I do see that.
11    Q    I want to focus on the clause that says, "I
12 enjoy women as much as you do."
13    A    Okay.
14    Q    You've had bisexual relationships with other
15 women?
16    A    No, I have not.
17    Q    Okay.
18    A    And I don't understand the bottom thing, just
19 while you're asking a question.  It's talking April 14,
20 2017, right?  And then the bottom one is saying
21 delivered 6-5-2019.  I'm not sure how on this page it
22 jumps from the 14th of 2017 to June 5th of '19.
23    Q    I can't explain technical issues, ma'am.  Do
24 you dispute sending that text message at 6:17 p.m. on
25 February 14th?

168

1    A    I don't recall it.  I don't validate it
2 either.
3    Q    Can you identify any facts that would suggest
4 you didn't send it?
5    A    Yes.  It's -- and up here too on Bryan's,
6 where he supposedly answered back.  See, on mine, it
7 would say 2-14-2017 if I sent that, but I'm pretty sure
8 February 14th, 2017, I spent that night with Bryan.  And
9 then if you look down at his little blurb, it says
10 delivered 6-5-2019, so now we're over two years old.  It
11 doesn't -- this one doesn't make sense.
12    Q    Do you have your own text messages, ma'am?
13    A    I've never had one like this, like a strand.
14 If I send something on the 14th of '17 and I get his
15 answer back and answer back that comes back on 6-5-2019,
16 maybe that was doctored, where he sent it back then
17 because he wanted something in the middle of this to
18 doctor -- I don't know.  I just don't trust -- this, I
19 don't trust.
20    Q    Do you have your text messages?
21    A    Yes, I do.
22    Q    Where are they?
23    A    I gave you everything I have.
24    Q    You gave us everything you have?
25    A    I sure did.

169

1    Q    Do you have your phone with you, ma'am?
2    A    I do.
3    Q    Do you ever recall being with Sylvie?
4    A    I have never been with Sylvie in a sexual
5 manner, but you're welcome to ask her.
6    Q    Look at the entry that's at 6:57 p.m.,
7 seemingly from you.  It says, "PS" -- and again, I
8 apologize.  "Really want to fuck you with Sylvie.  Want
9 to fuck you with a lot of women only if you are 100
10 percent in and come home.  Goodnight, baby."
11    A    I see it.
12    Q    Do you dispute sending that?
13    A    I do.  Yeah, I dispute sending that based on
14 these two lines.  You can't have an answering back on 6-
15 15-2019 for a text on 2-14-2 -- no, there's not a
16 technical person in this world that wouldn't say
17 something's wrong with this.  No, I dispute it.  I
18 dispute the validity of this particular page, yes.
19    Q    You realize there are thousands of these?
20    A    That's fine.  Let it be thousands, but this
21 particular page is -- I love this page, actually,
22 because it shows what I've been saying all along.  Bryan
23 doctors this stuff up, and he's got the credentials to
24 do it.
25    Q    You don't know this document's been doctored,



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

170

1  right?
2       A    I know that -- are you saying since two --
3  February 14th of '17, he didn't answer me -- or after
4  this, sent -- delivered on 6-5-19.  Now, the texts from
5  2017 are there?  That can't work.  It -- that's -- no, I
6  -- that can't work.  No, I dispute it.
7       Q    But you don't know that, do you?
8       A    I know that there's some -- well, I do know
9  that you can't answer my 2017 text with an answer from
10  6-5-2019.  The date's right over there.  It's obvious
11  it's doctored.
12       Q    Ma'am, let me show you what we'll mark as
13  Exhibit 17.  This appears to be an e-mail -- strike
14  that, a text thread from February 22, 2018.  You see
15  that?
16       (EXHIBIT 17 MARKED FOR IDENTIFICATION)
17       A    Yes.
18       Q    And you see your credentials in the upper
19  left-hand corner.
20       A    Yes.
21       Q    And you see Mr. Cole's credentials?
22       A    Yes.
23       Q    I want to look at the one posted at 5:53 p.m.
24  It says, "Hi, baby.  Do you remember Selena?  She has
25  been calling me, so I called her back.  She has had a

171

1  baby girl and she is very worried about the tape that
2  she made.  She is wanting to know if you will please
3  delete it."  Do you see that?
4       A    Yes, I do.
5       Q    Do you know who Selena is?
6       A    Yes, I do.  It's a hooker Bryan hired.
7       Q    Okay.  It says here that Selena had been
8  calling you, correct?
9       A    Yes, I gave her my phone number when she left.
10  Absolutely.
11       Q    Do you still have Selena's contact information
12  in your phone?
13       A    I don't.
14       Q    What happened to it?
15       A    I don't have that phone.
16       Q    Your contact information doesn't transmit from
17  one phone to the next?
18       A    I did not save her number.  I don't know her
19  number, no.
20       Q    Do you recall making an inappropriate video
21  with Selena?
22       A    Bryan videotaped every video.
23       Q    And you were in that video with Selena,
24  correct?
25       A    Bryan was, too.  Bryan made us do -- yes.

172

1       Q    And on the second page of Exhibit 17, there's
2  a photo.  Is that who you recognized Selena to be?
3       A    Yes.
4       Q    Do you know where Selena is now?
5       A    I do not.  I remember her reaching out to me
6  because I would feel bad for them.  I did feel bad, so I
7  asked him to please delete it.  He said he would, but he
8  was going to -- but then he said, "I deleted it, but
9  that's not before I watched it first."  I remember that.
10  Yeah.
11       Q    What prompts you to remember that?
12       A    Because I thought it was all --
13       Q    And you can't remember so many other things.
14       A    Because I thought -- because I felt bad for
15  these girls.  I felt bad that if she's asking him like
16  that and he's saying, "Okay, I will,"  then why did you
17  have to watch it again?  And I guess, you know, why does
18  he have to watch my videos when we've been separated for
19  so long?  It wasn't necessary.  I didn't like his e-mail
20  he sent me about that either.
21       Q    But you acknowledge --
22       A    I remember --
23       Q    -- participating in multiple-party sexual
24  trysts --
25       A    Yes, of course I do.

173

1       Q    -- involving women?
2       A    I acknowledge having to participate, yes.
3       MR. BYERS:  Did we mark that 17?
4       MR. SPIVEY:  It should -- it should be 17.
5       MR. BYERS:  All right.
6       BY MR. SPIVEY:
7       Q    Ma'am, let me show you what we'll mark as
8  Exhibit 18.  This is another text exchange, this one
9  from August 30, 2018, starting at 9:06 a.m.  Do you see
10  that?
11       (EXHIBIT 18 MARKED FOR IDENTIFICATION)
12       A    Uh-huh.  Yes.
13       Q    Is that a yes?
14       A    Yes, I do.
15       Q    The first one says, "All right, I'm with
16  Sylvie getting nails."
17       A    Yes.
18       Q    And I think you mentioned earlier that Sylvie
19  does your nails.
20       A    Yes, she does.
21       Q    What's Sylvie's last name?
22       A    I think Dupriest, but I'm not sure.
23       Q    Do you have your phone with you?  Can you
24  check?
25       A    I don't have her under her last name with me.


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

174

1    Q    Do you have her first name?
2    A    Yes, Sylvie.
3    Q    Can you -- can you check please?
4    A    I know I don't have her last name in here.
5  Okay.
6    Q    Do you have her name?
7    A    Uh-huh, I do.
8    Q    What is it please?
9    A    It's actually Silvania, S-I-L-V-A-N-I-A.  Last
10  name is Debrito, D-E-B-R-I-T-O.  Do you want a phone
11  number too?
12    Q    Please.
13    A    Okay.  It's (407) 485-4030.
14    Q    Thank you.  Is she with a particular salon, to
15  your knowledge?
16    A    No, she rents spaces, but I don't know where
17  she's at right now.
18    Q    When is the last time you had communication
19  with Sylvie?
20    A    She stood up for me at my wedding to George.
21    Q    Okay.  So you obviously invited to the
22  wedding?
23    A    Yeah.
24    Q    All right.  So you obviously had contact
25  information for Sylvie, right?

176

1    A    No.  No.  Sylvie's, well, she's a very
2  Christian girl, and it's not like that at all.
3    Q    Did you, Bryan, and Sylvie ever have three-way
4  relations?
5    A    No.  Sylvie and I never had any relations.
6    Q    Let me show you, ma'am, what we'll mark as
7  Exhibit 19.  This is a text thread from October 19th,
8  2018.  You see your text credentials here?
9         (EXHIBIT 19 MARKED FOR IDENTIFICATION)
10    A    Yes, I do.
11    Q    And you see Bryan's?
12    A    Yes, I do.
13    Q    Did you ever meet Deyah, D-E-Y-A-H?
14    A    She did my hair once.
15    Q    Do you have her contact information in your
16  phone?
17    A    I don't.  She didn't do a good job.
18    Q    On the -- it seems like the first text message
19  is someone from your end at least, sending Deyah's
20  contact information to Mr. Cole.  Do you agree with
21  that?
22    A    I guess, yes.  I guess that's what that was.  I
23  don't know.  I mean --
24    Q    And then underneath it says, "Trust but
25  verify, you think it's all bullshit.  Try me on it.  I

175

1    A    Yes, I had her number in there.  Yes.  Uh-huh.
2    Q    Going back to your transmission on Exhibit 18,
3  9:11 a.m., it says -- again, I apologize.  It says, "Do
4  you want to fuck?"  Do you see that?
5    A    Yes, we -- Bryan and I always text each other
6  that, yes.
7    Q    All right.  And you also frequently used a lot
8  of emojis.  You see that?
9    A    We both did, and always a kissy face, fire,
10  and a kissy face.  Both of us did.
11    Q    Does that have any significance?
12    A    Bryan started it.  I don't know what it is.
13    A    But it's always smiley face, fire, smiley
14  face.
15    A    Kissy face, fire, kissy face.
16    Q    At the very bottom of Exhibit 18, there's a
17  text from 10:03 a.m., seemingly from you, saying, "It's
18  all right.  I was just trying to get a little spice.  I
19  know I kept calling, but I figured you would love it.
20  Sorry to disturb."  You see that?
21    A    Uh-huh.
22    Q    Do you dispute sending that text message?
23    A    I don't dispute it.  I don't recall it.
24    Q    The gist of the text message is that you were
25  offering three-way sex with your friend, Sylvie, right?

177

1  don't mind you having her number and asking for
2  yourself.  Have a great evening."  Do you see that?
3    A    I do.
4    Q    And Mr. Cole responds, "I am good, baby.  Won't
5  call her.  I love you."  Do you see that?
6    A    I do.
7    Q    And then the response is, "You certainly can
8  if you would like.  She's single and bisexual, so she's
9  definitely your type.  Have at it, baby.  Just be
10  happy."  Do you deny sending that text?
11    A    I don't recall it, but I can see that it's a
12  text that I would -- I was doing whatever I thought to
13  keep Bryan and not be homeless.  I can tell it -- I can
14  see it right now.
15    Q    You don't deny sending it.
16    A    I don't deny it.  It's something that I think
17  I'm trying not to be homeless and I'm doing whatever it
18  takes to please Bryan in that text.  Anything.
19    Q    You go on and say, "If you do hook up with
20  her, just tell me.  It's all good."  Right?
21    A    Yes.
22    Q    And Mr. Cole responds, "I won't hook up with
23  her without you."  Right?
24    A    That's what it says.
25    Q    And then over to the next page, it -- you seem



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

178

1 to say at 1:53 p.m., "It truly wouldn't bother me if you
2 do. Deyah certainly has many more girlfriends than I
3 have ever had. I wasn't in the army either. Deyah is a
4 man's dream girl. I'm sure you will find her a little
5 thick, but it'll be one hell of a good time. I am not
6 keeping anything from you. I hope you go for it, and
7 I'm certain you will find that I'm pretty good at
8 knowing who a true bisexual woman is. Just take it and
9 run with it. I love you." Do you see that?
10   A   I do.
11   Q   Do you dispute sending that, ma'am?
12   A   I don't recall it. I don't dispute it. I
13 mean, would I send it to keep Bryan if I was losing him?
14 Yes, I would've. You do anything to keep him. Yeah.
15   Q   You wanted to stay with Mr. Cole, didn't you?
16   A   I thought I loved him and I'd never find
17 anybody like him. I -- but I didn't know I was sick
18 either. So I don't know. Today, I would tell you --
19 today, I would tell you I have no idea. Back then, did
20 I think he was the love of my life? Yeah, he'd -- I had
21 to do anything. Everything. Whatever he wanted. He
22 controlled me.
23   Q   Let me show you, ma'am, Exhibit 20. This is a
24 text thread from November 17th and 18th of 2018. There's
25 seemingly a text message from you at 5:49 p.m. About two

179

1 thirds of the way down on the first page, it says, "I
2 miss being with another woman and you. I so want it."
3 You see that?
4         (EXHIBIT 20 MARKED FOR IDENTIFICATION)
5   A   Yeah. I don't remember sending this and I do
6 not believe I did.
7   Q   Who would've sent that then?
8   A   Well, the only reason I say that is because
9 that picture there that I sent right before that -- so
10 no, I was in New Smyrna Beach. That's New Smyrna Beach.
11 And I have two friends there, and I'm with my dog. I
12 can't imagine. The time doesn't correlate, but that's
13 fine.
14   Q   Well, if you look at that picture, that's
15 actually from the day before. You see that?
16   A   No, it says 11-17, the same date, 2018.
17   Q   No, the e-mail or the text I just talked to
18 you about from 5:49 p.m. was from November 18th; do you
19 see that?
20   A   Oh, okay. I see. Okay.
21   Q   So it's the next day.
22   A   Okay. Well, okay. I would've still been
23 there, but okay.
24   Q   And it actually makes sense based on what you
25 said, "I miss being with another woman and you. I so

180

1 want it."
2   A   Yeah, I don't think I said that, but I doubt
3 it.
4   Q   Are you disputing sending that?
5   A   Yeah, I am.
6   Q   And what facts would you rely on to say you
7 didn't send that?
8   A   I would say -- where's that one? I'm going to
9 rely on this fact right here that shows one was doctored
10 already, which I didn't have. So I'm going to rely on
11 this to say that I don't believe I said that, no.
12   Q   Now, you don't have any technical expertise in
13 identifying electronic transmissions that have been
14 doctored, to use your word, right?
15   A   I have common sense.
16   Q   But you don't have any technical knowledge
17 about what's doctored or what's maybe a copying error or
18 a printing error or any other thing, right?
19   A   I would say that this would be like doctoring
20 for dummies. I can least skip through that book. This
21 -- I don't know. I don't have any degree in it, I just
22 have a common sense, and I know Bryan Cole.
23   Q   You've identified what you think is a single
24 irregularity, and based on that, you now think that all
25 of the text messages are irregular?

181

1   A   No. I thought that a lot of the e-mails and
2 text messages would be irregular way prior to ever
3 meeting you today because I know Bryan.
4   Q   Look at the top of page 2 of Exhibit 20. This
5 looks like a text from you at 5:53 p.m. It says, "Hmm,
6 I'm not a freak, I'm not a sinner. My body want a woman
7 and you at the same time. Truth." You see that?
8   A   Yes. It doesn't sound like me at all.
9   Q   And then down at 6:00, about halfway down that
10 page, you say, "I have a woman in mind."
11   A   No.
12   Q   You see it?
13   A   I see it, but --
14   Q   Ma'am, I want to go back and talk about your
15 Social Security Disability award. Am I correct that the
16 Medicare benefit that you were given is also retroactive
17 back to 2018?
18   A   No, it's not.
19   Q   The Medicare's not?
20   A   No, it's not.
21   Q   When did the Medicare benefit go into effect?
22   A   I think it was November of 2021.
23   Q   Is there a reason that the compensation was
24 retroactive but not the Medicare benefit?
25   A   I don't really know that, but it wasn't --



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

182

1  they gave it to you November of 2021.
2      Q   Did you attend whatever hearing occurred on
3  October 6th of 2021?
4      A   I attended via Zoom.
5      Q   Right.  How long was the hearing?
6      A   I don't recall.  45 minutes, an hour.
7      Q   Did anybody else appear in the hearing?
8      A   Yes.
9      Q   Who?
10     A   The judge, the person with the jobs.  They try
11 to qualify you for a job they think you can do based on
12 what they hear.  And Hitchcock and myself.
13     Q   Did you present any other witnesses at the
14 hearing?
15     A   No.
16     Q   Did Dr. Furbinger testify at the hearing?
17     A   No.
18     Q   Did any other medical or psychological expert
19 testify at the hearing?
20     A   No.
21     Q   Who gave you, if anyone, an official PTSD
22 diagnosis?
23     A   I was first given it by Dr. Hudson, and then
24 by Toni Furbinger, and then Patricia Maisano, David
25 Klein, Jim Lanier.

183

1      Q   When did Dr. Hudson make the determination?
2      A   It was in, I want to say February 2017.
3      Q   And do you know what information had been
4  given to Dr. Hudson prior to that determination?
5      A   I'd been seeing him for a long time.  I saw
6  him when I was moving into town.  I saw him the whole
7  time.
8      Q   When's the first time you saw Dr. Hudson?
9      A   I'm not sure.  I want to say 2014, '15.  It
10 was a long time ago, prior to this.
11     Q   What is Dr. Hudson's area of practice or
12 specialty?
13     A   I don't know all of it.  I know he's family
14 doctor, but he's got some other certificates, and I'm
15 not sure what they are.
16     Q   To your knowledge, he's just a family
17 practitioner, right?
18     A   No, to my -- he's got a couple other things.
19 I'm not really sure, but he understood the trauma.
20     Q   And whatever he understood was told to him by
21 you, right?
22     A   No.  I was a patient.  He'd ask me questions
23 and I'd be honest with him.  But no, what he understood
24 was not told of by me.  He came to that conclusion on as
25 a medical doctor.  I'm not a doctor.

184

1      Q   I understand.  My question are the sources of
2  the information that he relied on to make his
3  determination, that source was you, right?
4      A   Not just me.  No.
5      Q   Who else gave him information upon which he
6  relied to make his --
7      A   My mother.
8      Q   Did -- to your knowledge, did Dr. Hudson ever
9  meet your mother?
10     A   Yes.  She came to visits with me.
11     Q   Okay.  How many times did your mother go with
12 you to see Dr. Hudson?
13     A   I would -- maybe five or six.
14     Q   All right.  Other than you and your mother,
15 who else provided him with information regarding your
16 situation?
17     A   I'm not completely sure, but possibly Mary Jo,
18 my daughter.
19     Q   But you don't know that.
20     A   It rings a bell, but --
21     Q   Even if she did, is there anybody beyond you,
22 your mother, and your daughter who would've given
23 information to Dr. Hudson?
24     A   No.
25     Q   Did Dr. Hudson ever interview Bryan?

185

1      A   Dr. Hudson didn't interview him personally.  I
2  showed him things.
3      Q   My question was, did he ever meet Bryan Cole?
4      A   I don't believe he did.  I don't think Bryan
5  came with me.
6      Q   Did he ever talk to Bryan Cole on the phone?
7      A   I don't know that.
8      Q   Did you ever share with Dr. Hudson your prior
9  marital history?
10     A   No.
11     Q   Did you share with Dr. Hudson the prior police
12 reports that we've looked at today?
13     A   Yes.
14     Q   You shared them with him?
15     A   Yes.
16     Q   You showed Dr. Hudson the police reports from
17 2008 and 2014?
18     A   No, I showed him the police reports from -- he
19 saw the police report where my foot was broke.  He
20 one after that.  Yes, he saw those two.
21     Q   Okay.  So that timeframe is well after 2017,
22 right?
23     A   No.  It was not.  It -- 2017 is when the first
24 police report was done.  I want to say it was February
25 8, 2017, which I showed Dr. Hudson that.  Yes.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

186

1    Q    Okay.  But you did not show him the ones
2  relating to the arrest of your prior husband relating to
3  alleged domestic violence, did you?
4    A    Because I don't recall that.  And I just said
5  I did not agree with that, so no, of course not.  It had
6  nothing to do with him.  It had everything with Bryan
7  Cole.
8    Q    Did you share with Dr. Hudson your prior
9  marital history?
10   A    No.  I shared with him the bruises on my body,
11 and the only one that was there was Bryan.
12   Q    Same thing with Dr. Lanier.  Did you share
13 with -- is it -- is he a doctor?
14   A    Yes, he is.
15   Q    Okay.  Did you share with Dr. Lanier, any of
16 your matrimonial history?
17   A    Every last detail.  Every last detail.
18   Q    Including the arrest reports from 2008 and
19 2014?
20   A    Every last detail he knows.  Yes.
21   Q    So when I subpoena his records, I'm going to
22 find the 2008 --
23   A    Yes, absolutely.
24   Q    -- and 2014 --
25   A    Yes, absolutely.

187

1    Q    So you have in your possession, the 2008 and
2  2014 police reports?
3    A    No, I wouldn't have shared the actual reports.
4  I would tell him about what happened to my ability to
5  recall it.
6    Q    And we've just demonstrated today that your
7  recall isn't that great, right?
8    A    I certainly recall all the bruises Bryan gave
9  me.  I think we're talking about that --
10   Q    Well, I'm just trying to find out what
11 information you gave these so-called professionals to
12 make their analyses, and it doesn't sound to me like you
13 gave them the full overview of Pam Mathews --
14   A    I did.  I let them see the video, I hit you
15 with the flesh, not the bone.  That way now they can see
16 how it bruises on you.
17   Q    All right.  Ma'am, let me show you what we'll
18 mark as Exhibit 22 [sic].  This is a declaration that
19 you filed in the current litigation.  Do you recognize
20 this?
21   A    Do I recognize this?  Vaguely.  I don't even
22 know who filed it.
23   Q    Is this your signature on the second page?
24   A    It doesn't -- I don't know.
25   Q    Do you dispute that that's your signature?

188

1    A    I'm not going to dispute, because I don't even
2  know what it is.
3    Q    This is a declaration of Pam Mathews in
4  support of her response to the Court's order to show
5  cause; do you see that?
6        (EXHIBIT 21 MARKED FOR IDENTIFICATION)
7    A    Yes, I do.
8    Q    Okay.  And in paragraph 2, you say that you've
9  incurred approximately $57,087.73 in medical expenses as
10 a result of the physical and psychological harm caused
11 by defendant, Bryan Cole; do you see that?
12   A    I do.
13   Q    And then there's a list of all these things.
14   A    Okay.
15   Q    And I'm trying to find out, did you actually
16 sign this document?
17   A    Well, I'm sure that if it's written there, I
18 did it.
19   Q    I'm sorry?
20   A    I'm sure that's my signature.  I don't recall
21 it though.  I don't know.
22   Q    Right.  My question is: Is that your
23 signature?
24   A    I don't know.  I don't recall this.
25   Q    You don't recognize it as your signature?

189

1    A    I don't recall it.  No.
2    Q    Do you have invoices that would corroborate
3  the line-item entries on this Exhibit 21?
4    A    Yes, I do.  I called AdventHealth.  I remember
5  this.  I called AdventHealth, I got the total from
6  AdventHealth, their department.  I called all these
7  people.  I called Klein.  Yes, I do.  I can corroborate
8  all of this.  That you can do that with AdventHealth and
9  Orlando Regional.  Yes, I can.
10   Q    You're going to do it for me though, right?  If
11 I ask you for the corroboration, you're just going to
12 send it to me.
13   A    Yeah.  Well, I mean, I'm not going to call
14 AdventHealth again because would you believe me?  You
15 can call them and ask them what the bill is.  Because
16 they're, you know, they're not going to give me a
17 readout.  They're going to say, "You owed this much,"
18 or, "This is how much was paid."  That's what they did.
19   Q    Most of these are very detailed numbers,
20 correct?
21   A    Yes.  AdventHealth.  Yeah.  Uh-huh.
22   Q    All right.  So presumably you didn't have this
23 data rattling around in your head?
24   A    No, I had to call.  I remember calling.
25   Q    So you telephoned somebody to get this



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

190

1  information?
2      A  Yeah.  You have to call -- I called the
3  billing department at Advent and I said, "Could you tell
4  me how much?  And that would be including the charges
5  that the insurance company paid, and then my portion,
6  blah, blah, blah.  What was the total in this timeframe
7  to this timeframe?"  And that's what they gave me. These
8  were the precise numbers.
9      Q  And did you receive the backup documentation
10 to corroborate these entries?
11     A  They didn't even offer me backup
12 documentation.
13     Q  You didn't ask for it?
14     A  I can't remember.  I know exactly where the
15 numbers came from.  They weren't made up.
16     Q  Let's talk about Danielle Shelton, item H, in
17 Brunswick, Georgia.  What did you see Dr. Shelton for?
18     A  I was trying to establish a PCP in that area
19 because Klein was very far away.
20     Q  And how long did you see Dr. Shelton?
21     A  Just one visit.
22     Q  Ma'am, let me show you what we'll mark as
23 Exhibit 2.  22, I'm sorry.  Exhibit 22.  This appears to
24 be a letter from Danielle Shelton to you dated March 19,
25 2021, right?

191

1          (EXHIBIT 22 MARKED FOR IDENTIFICATION)
2      A  Yes, I'm familiar with that.
3      Q  And says, "Dear, Miss Pamela Santini, please
4  accept this letter as formal clarification that the
5  providers and staff SGPA Primary Care will no longer be
6  able to provide medical care to you as a result of your
7  inappropriate and verbally abusive behavior and
8  inappropriate language towards the clinical staff.  We
9  suggest that you place yourself with another provider
10 without delay."  Do you see that?
11     A  I do.  Do you have the letter I wrote in
12 response?
13     Q  I haven't seen it, ma'am.  You didn't produce
14 it to me.
15     A  Oh, okay.  Well, I didn't -- I sent it
16 directly to them.
17     Q  What does the letter say?  I can't wait to see
18 it.
19     A  So this particular doctor had seen me.  Dr.
20 Klein, I did not see.  She refused to fill my medication
21 until a blood screen came in.  No problem, except theirs
22 took three days.  Well, at the time, you can't wait
23 three days.  So David Klein says, "No, no, you call them
24 back, tell that Dr. Klein says you have been here.  She
25 needs to fill it."  She waited five days.  And no, there

192

1  was no verbally abuse for anything.  It was basically
2  you didn't do it, that's a problem.  So I said, you
3  know, I spoke with Dr. Klein, I had to go see Dr. Klein.
4  It's a problem.  And she didn't want another doctor
5  getting involved, so they did this real quick.
6      Q  What kind of medication were you seeking?
7      A  At that particular time, I needed alprazolam.
8      Q  What is that?
9      A  It's a form of Xanax.
10     Q  And what does that do for you?
11     A  Nothing anymore.
12     Q  Why?
13     A  I don't take it.
14     Q  Okay.  You were taking it at the time,
15 obviously?  Right?
16     A  Yes.
17     Q  What is -- what's it designed to treat, to
18 your knowledge?
19     A  Anxiety.
20     Q  Okay.  And the doctor wouldn't give it to you
21 because a disagreement?
22     A  No, the doctor wouldn't -- wanted to wait
23 until the test came and the blood work for drugs, which
24 is not -- it's not okay.  Because at the time, I had not
25 gone off of it yet.  And you can't -- it can cause

193

1  seizures, even death.  It's just not a good thing.
2      Q  Did you report Dr. Shelton to any professional
3  medical associations?
4      A  No.
5      Q  Have you taken any action against Dr. Shelton?
6      A  No.
7      Q  Now, you have run out of Xanax a few times,
8  have you not?
9      A  I wouldn't say I've run out of it a few times.
10 No.
11     Q  There have been times when you wanted Xanax or
12 needed Xanax and you didn't have it; is that fair?
13     A  I mean, like when they've -- yes, there's been
14 one time, I think.
15     Q  And when was that?
16     A  When I went to jail for the DUI, they
17 confiscate your medicine.
18     Q  Right.  Do you recall making a police report
19 in connection with alleged theft of Xanax from your
20 home?
21     A  Yes, I do.
22     Q  And when did you do that?
23     A  I don't recall the date.
24     Q  I'm sorry?
25     A  I don't recall the date.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

194

1    Q   Do you recall the year?
2    A   I don't.
3    Q   Do you recall what happened after you made the
4  police report?
5    A   No, I don't.
6    Q   Do you know whether you used the police report
7  to get a prescription refilled?
8    A   You would have to, yes.  That's --
9    Q   Did you do that?
10    A   I don't recall.  I recall not wanting to be a
11  prisoner.
12    Q   What pharmacy do you use in Georgia?
13    A   I don't.
14    Q   Where do you get your medications?
15    A   At the Publix in Jacksonville.
16    Q   Okay.  So you drive from South Georgia to
17  Jacksonville to get your medications?
18    A   Yes.
19    Q   All right.  Which Publix do you do business
20  within Jacksonville?
21    A   Duval Station Road.
22    Q   Duval Station Road.  Is that the only pharmacy
23  that you use?
24    A   Yes.
25    Q   How far is Jacksonville from your residence?

195

1    A   An hour.
2    Q   Is there a reason you went to go to a store
3  near your town?
4    A   Yes.
5    Q   Why?
6    A   Because David Klein can only prescribe in
7  Florida.
8    Q   So whatever you're -- are you still getting
9  prescriptions filled by David Klein, from David Klein?
10    A   No.
11    Q   So from whom are you currently getting your
12  prescriptions filled?
13    A   I only get one prescription.
14    Q   Right this minute, you're on one medication?
15    A   Yes.
16    Q   And what is that?
17    A   Mydayis.
18    Q   And is -- would you spell that for the court
19  reporter?
20    A   Yeah.  M-Y-D-A-Y-I-S.
21    Q   And who prescribes that for you?
22    A   Dr. Ahmed.
23    Q   Ahmed.  And where do you get that filled?
24    A   Publix in Jacksonville.
25    Q   Because Dr. Ahmed's in Florida as well?

196

1    A   No, Dr. Ahmed's in Georgia, but because
2  Mydayis is very hard to get at any drugstore, they have
3  to order it in.  It takes several days.  Phil is the
4  pharmacist that I work with in Jacksonville.  He knows
5  to have it in.  It's difficult to get.
6    Q   Let me show you, ma'am, what we'll mark as
7  Exhibit 23.  This appears to be a police report from
8  Glynn County Police Department dated September 8th, 2021
9  relating to an alleged theft of medication from your
10  home.
11        (EXHIBIT 23 MARKED FOR IDENTIFICATION)
12    A   Yeah, he was showing the house.
13    Q   And someone called and said that your
14  prescription medication had been stolen.
15    A   My husband.  I left it on top the dresser, as
16  I always do, in the same spot, and we went in, it was
17  gone.  He was showing the house.  He knew it was full.  I
18  had just gotten it, and he was around me, so he knew I
19  didn't take it.
20    Q   So did you use the police report in Exhibit 23
21  to get the prescription refilled?
22    A   You would've had to.
23    Q   And what medication had been stolen?
24    A   The alprazolam.
25    Q   The Xanax?

197

1    A   Oh, yeah.
2    Q   And when did you get the Xanax prescription
3  refilled in relation to the 9-8-21 date of this police
4  report?
5    A   I don't recall that.
6    Q   Very shortly thereafter?
7    A   Yes, probably.
8    Q   And where would you have gone to get that
9  refilled?
10    A   I would've gone to Duval Station Publix in
11  Jacksonville.
12        MR. SPIVEY:  Let's take a break.
13        MR. BYERS:  Okay.
14        COURT REPORTER:  The time now 2:12, and we are
15    off record.
16        (OFF THE RECORD)
17        BY MR. SPIVEY:
18    Q   Ms. Santini, let me hand you what we'll mark
19  as Exhibit 24, please.  This is an excerpt of documents
20  that we received from Dr. Klein's office, and it's a so-
21  called NaxCare [sic] report.  Are you familiar with
22  that?
23        (EXHIBIT 24 MARKED FOR IDENTIFICATION)
24    A   Yeah, I filled it out.
25    Q   This one is dated 3-29-21.  Do you see that?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

Page 198

```
 1    A   Yes.  Yes.
 2    Q   Are you aware of there being any NaxCare
 3  report for you for any date subsequent to that?
 4    A   There is none.
 5    Q   During the time that you were still seeing Dr.
 6  Klein, did he do any subsequent NaxCare report?
 7    A   No.  This was it in entirety.
 8    Q   This, beginning on page 5 --
 9    MR. BYERS:  I'm sorry, to clarify, you mean
10  NarxCare report?
11    MR. SPIVEY:  Yeah, NarxCare.
12    MR. BYERS:  Okay.  All right.  And it's N-A-R-
13  X-C-A-R-E.
14    BY MR. SPIVEY:
15    Q   Starting on page 5 of 8, ma'am, in the upper
16  right-hand, these are actually numbered by the report
17  itself.  This indicates that as of the day of this
18  report, there are 52 historical prescriptions in your
19  history.  Do you see that?
20    A   I do.
21    Q   And do you have any reason to think that
22  that's incorrect?
23    A   No.
24    Q   Look at the very last page, which identifies
25  some of the pharmacies, the Publix supermarket at 731
```

Page 199

```
 1  Duval Station, is that the Publix at which you're
 2  presently getting your stuff?
 3    A   Yes.
 4    Q   How about the Walgreens?  Are you still
 5  getting anything from them?
 6    A   Nothing.
 7    Q   In Jacksonville?
 8    A   No.  I never got anything from them.
 9    Q   Do you know why they'd be listed here?
10    A   No, I don't.  Because I never filled a
11  prescription there.
12    Q   Did you fill something at The Medicine Cabinet
13  at Brunswick?
14    A   Yes, I filled one prescription there.
15    Q   And what is that?
16    A   It was the Mydayis and alprazolam.
17    Q   And do you have any ongoing relationship
18  there?
19    A   No.
20    Q   Ma'am, when you were going through your Social
21  Security Disability claim, did you disclose this
22  litigation to the Disability judge?
23    A   No, I disclosed it to my attorney.
24    Q   I looked through the filings in that case, and
25  I couldn't find anything that made any reference to this
```

Page 200

```
 1  litigation.
 2    A   My attorney said it was irrelevant.
 3    Q   Do you know General Petraeus (phonetic)?
 4    A   What do you mean do I know him?
 5    Q   Have you ever met him?
 6    A   No.
 7    Q   Have you ever spoken to him with a telephone?
 8    A   Yes.
 9    Q   Okay.  When did you speak to General Petraeus
10  on the phone?
11    A   It was a long time ago.  I don't recall.
12    Q   What was the occasion for you speaking to
13  General Petraeus?
14    A   Business.
15    Q   Have you ever spoken to General Petraeus about
16  Bryan Cole?
17    A   I haven't spoken to him on the phone about
18  Bryan Cole.  No.
19    Q   Have you communicated with General Petraeus
20  about Bryan Cole in any other way?
21    A   Yes.  I sent e-mails and Bryan has copied
22  them.
23    Q   And did General Petraeus respond to those e-
24  mails?
25    A   Yes.
```

Page 201

```
 1    Q   And have you produced to me those responsive
 2  e-mails?
 3    A   Yes.
 4    Q   In general, what did General Petraeus say in
 5  response to your e-mails?
 6    A   Contact the DODIG.
 7    Q   And when is the last time you had any
 8  communication with General Petraeus?
 9    A   That was it.
10    Q   When was that though?
11    A   Whatever date was on that contact the DODIG.
12    Q   Ma'am, during the time that you were seeing
13  Mr. Cole, you were also seeing other men, were you not?
14    A   I was not.
15    Q   I don't want to be indelicate, so please don't
16  think I'm going somewhere that I don't belong, but have
17  you ever had a sexually transmitted disease?
18    A   No.
19    Q   Do you know if any of your medical records
20  reflect that you do?
21    A   They do not.
22    Q   Okay.  Let me hand you what we'll mark as
23  Exhibit 25.  This is an excerpt of records that we
24  received from Dr. Hudson.  And I've put a paper clip on
25  the page that I want to call your attention to.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

202

1    (EXHIBIT 25 MARKED FOR IDENTIFICATION)
2    A   Okay.
3    Q   It's paragraph 11 on a page that says page 6
4  at the bottom, it's dated 3-4-20 at 9:30.  And Dr.
5  Hudson seems to be providing a chronicle of your
6  situation; is that fair?
7    A   Yeah.  Do you know what herpes simplex is
8  though?  It's not a sexual disease.
9    Q   Okay.  What is herpes --
10   A   So basically, well, you can get on Google.  And
11  I came back with a bunch of the stuff.  They didn't know
12  if it was COVID or not, what have you.  They needed a
13  bunch of blood work.  It came back with mono, herpes.
14  This particular herpes is not a sexual disease.  Not at
15  all.
16   Q   What is it?
17   A   Well, I can Google it.
18   Q   Well, I can do that myself.
19   A   Okay.
20   Q   I'm just trying to find out what your
21  understanding is.
22   A   I know that there's no sexual disease going on
23  here.
24   Q   How do you know that?
25   A   Because if there was, and I really had

203

1  something, then I would've certainly done something
2  about it.  There is none.  He checked.  He was checking
3  it and he said, "Should I check it?"  I said, "Well, you
4  know what, with Bryan, yeah, check everything."  And I
5  have been checked, but no, there is none.
6    Q   Says that you've experienced oral cold sores,
7  rarely, every several months for decades.
8    A   Cold sores, rarely, every several years.
9    Q   Every several years for decades.
10   A   Yeah.  Well, so you don't ever get a cold sore
11  on your lip or bite your lip and get -- of course, yeah.
12  No, there's no sexual disease.
13   Q   Are you saying that the next time I get a cold
14  sore, that could be herpes simplex?
15   A   Well, I have to Google it to read you the
16  exact diagnosis of that, but I can assure you, it's not
17  a sexual disease.
18   Q   But that's in your medical records, right?
19   A   Yeah.  There's a whole lot of it.  He did a
20  whole lot of blood work.
21   MR. BYERS:  Just to be clear, I want to
22  understand what the basis is for asserting that is a
23  sexual transmitted disease.  Do you have -- all it
24  says is it's herpes simplex.  It says nothing about
25  sexual transmission.  Okay.

204

1    BY MR. SPIVEY:
2    Q   Ma'am, I want to talk about your other car
3  wreck.  So let's go back to Exhibit 6, which is the Dr.
4  Furbinger stack here at the bottom there, please.  Do
5  you recall being in a traffic accident in Georgia?  In
6  Brunswick?
7    A   Yes.  My husband was driving.
8    Q   And were you injured in that matter?
9    A   Was I injured?  My injuries sustained were
10  worse than what I had according to the back doctor.  But
11  you'd have to get that medical record.
12   Q   Has there been any litigation filed relating
13  to this lawsuit we're talking about or this incident or
14  accident we're talking about?
15   A   No, not that I'm aware of.
16   Q   Let me ask you to go to page 192 of Exhibit 6.
17  And this appears to be a letter from your brother, Don
18  Mathews, dated December 30, 2020 to Progressive.  Do you
19  see that?
20   A   I do.
21   Q   And it appears that the driver of the other
22  vehicle or owner of the other vehicle was somebody named
23  Dale Hurd.  H-U-R-D; do you see that?
24   A   Uh-huh.
25   Q   Do you remember that?

205

1    A   I remember getting hit.
2    Q   Yes.  And what kind of accident was this?  A
3  rear-ender?
4    A   It was at a stoplight.  My husband was
5  driving.
6    Q   And were you hit from the side?  Hit from the
7  back?
8    A   Yeah.  Hit right from the back.
9    Q   A rear-end collision?  Is that a yes?
10   A   Yes.  Yeah.
11   Q   And how fast was the other driver going?
12   A   I don't recall that.
13   Q   Do you recall having surgery recommended for
14  you following this accident in Georgia?
15   A   Well, the surgeon is in Florida.  And yes, he
16  said it got worse.  He said I should get surgery right
17  away.  Yes.
18   Q   My question was: Was surgery recommended for
19  you?
20   A   Oh yeah.  Yeah.
21   Q   And did you have the surgery?
22   A   No.
23   Q   Why not?
24   A   Fear.
25   Q   What were you scared of?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

206

1    A    What am I not scared of?
2    Q    Look at page 199 of Exhibit 6.  Says,
3  "patient's scheduled for surgery, 1-25-21."  Do you see
4  that?
5    A    I do.
6    Q    And am I gathering that the surgery was
7  canceled at some point?
8    A    So there was something about, I couldn't, I
9  was going to go through with surgery, but I couldn't go
10  through with surgery because they had to collect on
11  uninsured motorist.
12    Q    Did that happen?
13    A    Yes, it did.
14    Q    And who collected on uninsured motorist?
15    A    My brother.
16    Q    So going back to page 192 of Exhibit 6, are
17  you telling me that your brother's settlement demand was
18  complied with?
19    A    Yes.
20    Q    So has there been a complete settlement of
21  whatever accident involved Dale Hurd on November 1st,
22  2020?
23    A    Yes.
24    Q    Was any litigation ever filed?
25    A    No.

207

1    Q    And did you exchange release documents with
2  Progressive or Mr. Hurd?
3    A    Yes.
4    Q    Ma'am, when was the first time that you had
5  any form of mental health counseling?
6    A    I would say '17, 2017.
7    Q    That was the very first time?
8    A    What I recall, yes.
9    Q    Did you ever have to go to any kind of
10  counseling in connection with any of your prior
11  marriages?
12    A    Oh, yes.  We did go to marriage counseling.
13    Q    And --
14    A    No, but it wasn't had to, I went there.
15    Q    Who were your prior marriage counselors?
16    A    I have no idea.  No idea.
17    Q    Where were they?
18    A    I don't know.  I have no idea.
19    Q    How many marriage counselors did you go to?
20    A    I believe it was only one.
21    Q    Okay.  And who was that?
22    A    I don't remember.  It was with the children's
23  father.  I have no idea.  It was over 20 years ago.
24    Q    That's Mr. Wold?
25    A    Yes.

208

1    Q    Where were you living during that marriage?
2    A    When we separated, I moved to Davenport.  We
3  were in Winter Haven, I believe.
4    Q    Is it fair to believe that the marriage
5  counselor was somewhere in Polk County?
6    A    Yes.
7    Q    Did you ever have any form of psychiatric or
8  mental health care prior to 2017?
9    A    Not that I recall.
10    Q    In connection with your prior lawsuits, did
11  you have any claims for emotional distress?
12    A    I don't recall that.
13    Q    Do you recall ever retaining experts to opine
14  on your mental outlook, your mental condition?
15    A    No.
16    Q    You're not saying that didn't happen.
17    A    Yeah, I'm saying I've never had an expert.  The
18  first one I've had is Patricia.
19    Q    Have you had any other experts?
20    A    No.
21    Q    What damages do you seek in this lawsuit,
22  ma'am?
23    A    I am not a skilled attorney, so I would
24  reframe that to the attorneys.
25    Q    I'm asking you, what damages do you think

209

1  you're entitled to?
2    A    How do you put a price on it?
3    Q    You haven't done that yet?
4    A    Have I put a price on it?  I don't think you
5  can put a price on it.
6    Q    Are you aware that in the complaint you asked
7  for $50 million?
8    A    I will always follow the advice of attorney.  I
9  don't pretend to be one.
10    Q    Right.  My question was:  Are you aware that
11  your -- you made a claim for $50 million?
12    A    Yes.
13    Q    Can you give me any factual support that would
14  help me explain or understand the claim for $50 million?
15    A    Well, I don't know that I could help you
16  understand or explain it unless you were a doctor, but I
17  guess you could say there hasn't been one night that I
18  slept the whole night.  I get up.  I wake up in hot
19  sweat.  I have night terrors.  I have back flash.  The
20  flashbacks are ridiculous.  I don't drive anymore.  My
21  whole life has been upended.  I don't trust.  I don't
22  believe.  I have been displaced.  I've been lied to.
23  I've been hit in the back of the head.  I've been shoved
24  down.  I've been told I'm such a loser.  I believed it.
25  Hell, half the time I didn't even believe I knew what I



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

210

1  was doing.  Because I looked at myself as, "Okay, am I
2  going crazy?"  Why do you think I have the recording?
3  Because I thought I was going crazy.  Because he said it
4  didn't happen.  But I knew it did.  I knew it did.  But
5  yet how many times do you have to be hit?  How many
6  times do you have to hide under a seat?  Get in the
7  driver.  How many times does somebody have to tell you,
8  you're such a loser and you'll never be anything and
9  he'll go spin.  Do this.  He'll fuck where he wants.
10  Because I'm worthless and I'll never have anything.  How
11  many times does somebody have to threaten the hierarchy
12  of needs and tell you that if you do anything about it,
13  you know what's going to happen?  Threaten your child.
14  How many times does he have to hit on my daughter and
15  tell me he'd rather have sex with my daughter than me?
16  How much does one person taking, what's the cost of
17  that?  What, how much money can you possibly give
18  somebody?  You know what?  He doesn't have enough money
19  to fix this.
20      Q    Yes, ma'am.  Would you explain to the Court
21  why you just didn't leave?
22      A    Yeah, I will.  Because Stockholm syndrome,
23  it's has complex PTSD.  It's hierarchy of needs.  See,
24  when I met him, I had a business, you know?  I had a
25  purpose.  But he took that and he changed it and he made

211

1  me do Docs Connect, because that's what he wanted.  But
2  I had a medical clinic, you know?  I had a life.  But he
3  wanted control.  Then little by little, he took all the
4  money.  Then I had to ask him, and he had to put it in
5  there.  And you think, you know, what I wouldn't have
6  give to have met the man when he had no money.  He might
7  have been a nicer person, but I believed all of it,
8  okay?  You can't give me back those years.  You can't
9  give me back what happened to my children, how Mary Jo
10  was hurt.  I mean, she didn't have a dad.  Hardly ever
11  loved her, and here she thought Bryan Cole was a dad for
12  once.  And then he stands around sniffing your panties I
13  found between the washer and dryer.  What is that worth?
14  How dare you do that?  And degrade me, but you know
15  what?  She has the same thing.  And she didn't talk to
16  me for three months.  Why can't you be?  Well, they
17  wouldn't understand because it's Stockholm syndrome.  So
18  there's no -- you can't -- he doesn't have enough money
19  to fix this.  I just want something to justify
20  everything that I've been through.  And the fact that
21  he's walking out there acting like nothing happened
22  being this man, ladies' man.  You don't know him.  But
23  he'll convince you.  Why does he do this?  Why did he
24  strip me of everything?  There wasn't even any food when
25  he left on April 6th.  He texted me eight minutes prior,

212

1  I love you forever and a day.  There's no food.  I said,
2  "I'm hungry."  "Well, you should have thought of that."
3  He knew I had no money.  Why?  There was no reason, I
4  did everything he commanded me to do.  But I still --
5  the biggest fear I had, he did it anyways.
6      Q    What is your daughter's relationship with her
7  biological father?
8      A    Her dad's good.  We've always been close.  Mary
9  Jo was difficult growing up.  Okay.  She was a tween.  A
10  tween girl.  That's not always easy.
11      Q    What does that mean?
12      A    A tween.  12, 13, 14.  Those are the ages.  So
13  her dad, it was hard for her dad because he met a woman
14  and she decided her dad was moving.  So he was going to
15  get rid of the woman.  It's just -- it is what it is.  So
16  her dad kind of couldn't see her, this and that.  So I
17  was her main figure.  And she really didn't have one
18  that thought she, that really treated her really, really
19  good.  He does now.  That's not -- you know, this is in
20  the past.  But when she met Bryan, we were stupid.
21      Q    You would agree with me that Mr. Cole had no
22  legal obligation for your children?
23      A    No, but he -- why did he -- no, he didn't.  But
24  he did all this, gave all this to Mary Jo acting said,
25  "Call me -- call me your dad,"  all this stuff.  Acting

213

1  like he was really interested in that.  And then he
2  texted her about the panties, and we realized, "Oh, my
3  God."  But she didn't -- we thought he was, he loved her
4  like a parent.  Not in some sick way.
5      Q    What is it that Mr. Wold do?  Mary Jo's
6  biological father.
7      A    A Telephone company and flips houses.
8      Q    And where does he live?
9      A    He lives in New Port Richey.
10      Q    And do you have any contact with him?
11      A    Yes.  We're friends.
12      Q    Do your children have contact with their
13  father?
14      A    Yes.  We're all very close.  Mary Jo just got
15  married.  We were all there.
16      Q    What is your relationship with your son?  The
17  pastor in Jackson.
18      A    He was at Mary's wedding.  I was going through
19  a phase for a while and -- my mom's important to me,
20  okay?  She's not well, she's important to me.  So when
21  he was going to get married, grandparents weren't
22  invited.  I said, "That's evil."  I told the new wife --
23  he didn't like that.  So he hadn't talked to me for a
24  while.  We met at Mary Jo's wedding, and we're getting
25  back, you know, but just a little thing.  That



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

214

1  generation.
2      Q    Did you ever tell anybody that your son had
3  died when in fact he had not?
4      A    No.  What I had said, I know what that's
5  coming from.  I said, I worry about my kids getting
6  COVID because they were preemies.  And I worried so much
7  that, as Bryan would tell you, before anybody bought N95
8  mask, I had bought everybody one in the family, William
9  and his wife, and I just worried because they were
10  preemies.
11     Q    But did you ever tell anybody that your son
12  had died?  No.
13     A    No.  No.  I read that text.
14     Q    Do you have any recordings, or videotapes, or
15  other evidence of the day-to-day interaction that you
16  had with Mr. Cole?
17     A    Just what I sent you.
18     Q    Other than what you sent me, do you have
19  anything else that would corroborate your version of the
20  events here?
21     A    I'm not sure what you're asking me for.
22     Q    I'm trying to find out, ma'am, is this really
23  just a he said/she said situation for the most part?
24     A    No, the video was very clear.  He said, "I hit
25  you at the flesh, not the bone.  Don't you think I know

215

1  the difference, you fuckwad?"
2      Q    Other than that video, are you aware there
3  being any other real time, contemporaneous recording
4  information that would reflect what was going on between
5  the two of you?
6      A    Yes.  The one with me in the Yukon, sitting
7  next to him.  When I would -- I sent, I sent that.  I
8  was in the Yukon next to him, and I -- he was taking me
9  to Wendy's, and I just told him that I felt like I was
10  in -- cowering in the corner like a dog.
11     Q    Other than that one, do you have any other
12  kind of documentary proof of your story here?
13     A    Just the police reports.  And the witnesses.
14     Q    To your knowledge was Mr. Cole ever arrested
15  for any of his alleged misdeeds?
16     A    I wouldn't say anything.  They tried.
17     Q    He hasn't, he was never arrested, right?
18     A    Because I wouldn't re -- I wouldn't press
19  anything.
20     Q    Did you ever say to Mr. Cole, "Men can't win"?
21     A    Men can't win?
22     Q    Yeah.  Did you ever say that to him?
23     A    No.  All I know is, he said, "How's this going
24  to work if you don't do what I say?"
25     Q    Did you ever say to Mr. Cole in writing, no

216

1  less, that men can't win?
2      A    I don't recall that.  If you if it did, it was a
3  joke.  That, all I remember constantly every day, "How's
4  this going to work if you don't do what I say?"  And I
5  think that comes from Outlaw Josey Wales?  Yes.  His
6  favorite movie.
7      Q    Ma'am, how many e-mail addresses do you have?
8      A    Well, I don't have but one now.
9      Q    Which one is that?
10     A    Map.pamgo@gmail.
11     Q    And what happened to all the prior ones?
12     A    They were taken from me.
13     Q    By who?
14     A    Bryan.  Though I tried to call GoDaddy and get
15  the website back, but it goes to -- back and then some
16  numbers at Yahoo.  That's Bryan's Yahoo address.  So
17  he's got the website.  They wouldn't give me
18  information.
19     Q    Do you have any proof that Mr. Cole took your
20  domain or your e-mail address?  Is there any of your
21  other e-data?
22     A    Yes.  We sent that to you.  He admitted that
23  to his attorney for the house.  He admitted that he has
24  it, and he was supposed to give it back to me after I
25  signed the agreement, but he didn't, but I sent that

217

1  information.
2          MR. SPIVEY:  26?
3          COURT REPORTER:  26.
4      Q    Ma'am, let me show you what we'll mark Exhibit
5  26.  This appears to be an e-mail from you to Mr. Cole
6  dated May 2, 2018 at 4:38 a.m.  You've seen this before,
7  right?
8          (EXHIBIT 26 MARKED FOR IDENTIFICATION)
9      A    I have seen it, yes.
10     Q    Paragraph 1 says, "I claimed that you gave me
11  PTSD.  This is not the case.  Through a lot of therapy,
12  I realized that I indeed had the PTSD long before I met
13  you.  The PTSD was only diagnosed after meeting you, but
14  by my actions only, and not yours, I am sincerely sorry
15  for ever making that statement.  It has come to my
16  attention that I made this statement about you.  That
17  was completely false and wanted to put it in writing
18  after thinking about it today."  Do you see that?
19     A    I do see it, but I didn't write it.
20     Q    Who wrote this?
21     A    I assume Bryan Cole wrote this.  And you can
22  look at any of my e-mails, any of them.  I don't number
23  things.  The ADHD, mine's not that organized.  This is a
24  Bryan writing.  And he had my access to the computer.  He
25  had access to the e-mail.  He had everything.  But I



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

218

1  didn't write this.  I never once exovled [sic] him with
2  PTSD, not once.
3      Q   Do you have any forensic proof that Mr. Cole
4  authored or wrote or sent Exhibit 26?
5      A   No, but I didn't write it.  I can assure you
6  that I did not write this.  I will never claim that
7  because it didn't happen.
8      Q   Now, you're aware that Exhibit 26 has been
9  filed repeatedly in several courts?
10     A   And I've said --
11     Q   Correct?
12     A   Yes.  And I've said over and over, I didn't
13 write it.
14     Q   Can you show me where you have ever taken any
15 action to declare Exhibit 26 as not authentic?
16     A   Okay.  I didn't -- I tell the attorneys if I
17 didn't do it, that's it.  But as far as what an attorney
18 does, that's up to them how they handle it.  But I
19 personally am not going to take action myself.  I'm not
20 attorney.
21     Q   Are you aware of any of your attorneys taking
22 any action to have Exhibit 26 stricken, or nullified, or
23 determined inauthentic?
24     A   I just follow the advice of counsel.  Whatever
25 they're doing, they're, you know.  I don't know, but I

219

1  did not write this.
2      Q   Now, you initially sued Mr. Cole in Seminole
3  County state court, correct?
4      A   Correct.
5      Q   And you were scheduled to be deposed in that
6  case, and then you voluntarily dismissed that case.  Do
7  you recall that?
8      A   Yes.  On advise of attorneys.
9      Q   Why did you do that?
10     A   Advice of an attorney.
11     Q   Your attorney told you to?
12     A   Yes, sir.
13     Q   I'm not trying to invade the substance of any
14 privilege.  Which attorney told you to do that?
15     A   That was the case, not the house, right?  The
16 PTSD one?
17     Q   Yes.
18     A   So that would be, initially, it would be Paul
19 Mascia.
20     Q   Paul Mascia?
21     A   Yeah.  Initially I think.  Either him or
22 Duncan, one of them.  But I took the -- I've done
23 everything that I've done based on attorney's advice.
24     Q   So you're saying it was either your Counsel
25 here today or Paul Mascia?  M-A-S-C-I-A?

220

1      A   Yes.
2      Q   One of those two?
3      A   Yes.
4      Q   And you had worked with Mr. Byers' firm long
5  prior to current litigation, correct?
6      A   Correct.
7      Q   They had represented you before?
8      A   Not me.
9      Q   The company.
10     A   Yeah.  Uh-huh.
11     Q   When did you first consult with Mr. Byers'
12 firm about the incident case?
13     A   When you say the incident case --
14     Q   The one we're here on today, the federal court
15 action.
16     MR. BYERS:  I'm going to -- I'm going to just
17 stop you there.  You're starting to get into
18 privileged communications between me and my client.
19 And we can have that -- we can have that fight.  We
20 can have that fight but go ahead and let him know
21 when we first spoke.  But I'm shutting it down after
22 that.
23     MR. SPIVEY:  I'm just asking for date.
24     MR. BYERS:  All right.
25     A   I don't recall actually, because, yeah, I

221

1  don't recall when I first discussed it with him.  But I
2  didn't discuss it with him as an attorney at first.
3      BY MR. SPIVEY:
4      Q   Ma'am, I don't mean to be too personal, and I
5  apologize.  Did you have another child who was not born
6  alive?
7      A   Yes, not my first one.  Are you talking
8  about --
9      Q   When you were 17?
10     A   Yes, we went with that.  Yes.
11     Q   Right.  Did you have another child that was
12 not live birthed?
13     A   Since the first one?
14     Q   Yes.
15     A   Okay.  So I had the first one, then I had two
16 miscarriages.  Then I had my son.  Then I had another
17 miscarriage and I had my daughter.  I have an
18 incompetent cervix.  It's okay.  I mean, that's the --
19 what I did.
20     Q   You had three failed childbirths; is that
21 fair?
22     A   I had three miscarriages and one that was
23 actually -- I carried, but he didn't make it, so four.
24     Q   So you had four very unfortunate circumstances
25 regarding childbirth.

**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

222

1    A    Yeah.  I have an incompetent cervix.
2    Q    Right.  And that was obviously very traumatic
3 for you, was it not?
4    A    So I looked at it a little differently because
5 they had to sew my cervix up and all that, and I feel so
6 extremely blessed and thankful that I have two children,
7 that against all odds I shouldn't.  So I don't look at
8 it as a tragedy.  I look it as I have two children and I
9 have took for granted, so --
10   Q    What were the approximate dates of the
11 miscarriages?
12   A    I could not tell you.  I don't recall that.
13   Q    We know when your two children were born.
14   A    Uh-huh.
15   Q    Correct?
16   A    Yes.
17   Q    Did the miscarriages happen before your son
18 was born?
19   A    The mis -- yes.  So a couple of them, yes.  And
20 then -- then I had, after my son was born.  But they
21 were not, they were very, very early miscarriages.  In
22 fact, I didn't even actually know I miscarried.  But so
23 the only one that really was an issue was the first one,
24 which they did not know I had an incompetent cervix.
25 They figured it out.  And because of that, my son lived.

223

1    Q    In retrospect, was that medical condition the
2 reason that your first child --
3    A    Incompetent cervix?
4    Q    Yes.
5    A    Yes.
6    Q    Okay.  Ma'am, have you ever filed any kind of
7 grievance or professional proceeding against any of the
8 lawyers who have represented you in any of the cases
9 that we've talked about here today?
10   A    No.
11   Q    Do you think the attorneys have all done a
12 good job for you?
13   A    No.
14   Q    Which attorney didn't do a good job for you?
15   A    Well, I guess I should -- I don't want to use
16 your words.  I wouldn't say didn't do a good job for me.
17 I think that -- just wasn't experienced in the field as
18 necessary in order to guide me directly.
19   Q    And who are you referring to?
20   A    Probably Mr. Donovan.  Mr. Mascia was very
21 experienced in his field.
22   Q    Mr. Who, I'm sorry?
23   A    Paul.  He was experienced.
24   Q    Mascia.  M-A-S-C-I-A.
25   A    But that was never, no, I didn't file any

224

1 grievances.
2    Q    Okay.  Duncan, I'm going to stop for the day.
3 I'm happy to talk to you off the record about the
4 records I think I still need.  I'm not terminating the
5 deposition.  I think I'm entitled to get some updated
6 materials and conclude another day, but --
7         MR. BYERS:  I can't -- yeah, we can discuss it
8 off the record, but I can't agree that it's not
9 terminated until we see what may or may not be out
10 there.  So I mean, if it -- you know, I just -- I
11 just don't know.
12        MR. SPIVEY:  Let me just say your client today
13 identified a number of care providers who have never
14 been disclosed in your interrogatory answers or your
15 Rule 26 disclosures.  I'm certainly obligated or
16 entitled to get all that information.  I'm entitled
17 to ask her questions about that data.  That's what
18 I'm referring to.
19        MR. BYERS:  Well, you're assuming that it's
20 responsive to the discovery that you've propounded.
21 I just don't -- I'm not willing to commit one way or
22 the other because of that.  I have to look at it.
23        MR. SPIVEY:  Right.
24        MR. BYERS:  I'm not -- I'm not trying to tell
25 you no, I'm just saying, I just don't know at this

225

1 point, that's all.
2         COURT REPORTER:  And the time is now 2:57.  We
3 are now going off the record.
4         MR. SPIVEY:  Thank you.
5         COURT REPORTER:  Are you ordering a transcript?
6         MR. SPIVEY:  Absolutely.  Yes.
7         (DEPOSITION CONCLUDED AT 2:57 P.M.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS



226

1         CERTIFICATE OF OATH
2
3    STATE OF FLORIDA
4    COUNTY OF ORANGE
5
6        I, the undersigned, certify that the witness in the
7    foregoing transcript personally appeared before me and
8    was duly sworn.
9
10   Identification:  Produced Identification
11
12
13
14
15        _____
16        Vanessa McCormick
17        Court Reporter, Notary Public
18        State of Florida
19        Commission Expires: 04/06/2025
20        Commission No. # HH 114479
21
22
23
24
25

227

1         C E R T I F I C A T E
2
3    STATE OF FLORIDA)
4    COUNTY OF ORANGE)
5
6        I, Vanessa McCormick, Court Reporter and Notary
7    Public for the State of Florida at Large, do hereby
8    certify that I was authorized to and did report the
9    foregoing proceeding, and that said transcript is a true
10   record of the said proceeding.
11
12       I FURTHER CERTIFY that I am not of counsel for,
13   related to, or employed by any of the parties or
14   attorneys involved herein, nor am I financially
15   interested in said action.
16
17   Submitted on: March 29, 2022.
18
19
20
21
22        _____
23        Vanessa McCormick
24        Court Reporter, Notary Public
25



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

## $

**$10,000-15,000**
91:25

**$2,000** 147:14

**$5,000** 84:21
85:10

**$50** 209:7,11,14

**$57,087.73**
188:9

**$800,000** 87:10

## 0

**0.08** 135:12

**0.174** 135:3

**0002** 64:20

**000223** 64:23

**0007** 77:11

**00089** 65:5

**01/17/2018** 3:12

**02/14/2017** 3:14

**02/17/2017** 3:13

**02/18/2017** 3:13

**02/22/2018** 3:15

**03/23/2017** 3:14

**04/06/2025**
226:19

**05/11/2018** 3:12

**05/12/2018** 3:12

**08** 137:8

**08/30/2018** 3:15

**081127081** 3:5

**08I127081** 40:7

## 1

**1** 3:4 23:18
24:3,9 25:9
55:9 82:8
92:19 93:20
95:12,25 97:15
122:2 143:17
217:10

**1-
(321)-689-3566**
138:18

**1-
(800)-500-1119**
152:22

**1:53** 178:1

**10** 1:16 3:11
132:4,5,7,11
138:2

**10/19/2018** 3:16

**10:03** 175:17

**10:35** 163:5

**10:41** 52:5

**10:45** 52:8

**10:49** 163:14

**100** 128:5
133:23 134:4
167:2,6 169:9

**10-4-14** 37:18

**10th** 4:5

**11** 3:12 54:17
136:10 137:25
138:1,3,6,11
140:21 202:3

**11/16/2018** 3:12

**11/17/2018** 3:16

**11:00** 77:13

**11:30** 37:19

**11-17** 179:16

**11-19-2019**
136:9,20,21

**114479** 226:20

**115** 3:10

**117** 31:5 36:14

**12** 3:12
54:12,22
120:18
140:20,23
150:8 212:12

**12:10** 129:11

**122** 3:10

**12350** 2:6

**1-25-21** 206:3

**12-6-19** 120:11
122:9
125:13,16

**12th** 54:19,20
142:7

**13** 3:13 9:4
40:4
143:4,7,20,25
148:12 212:12

**132** 3:11

**138** 3:12

**13th** 11:24
13:17 21:7
23:5 143:14

**14** 3:13 72:7,8
93:20 94:10
161:5,6,10,18

**162:11 163:21
164:7 166:16
167:19 212:12**

**140** 3:12

**143** 3:13

**14I085720** 3:6

**14th** 167:22,25
168:8,14 170:3

**15** 3:14 15:13
71:9,14
135:9,10
165:9,11 183:9

**16** 3:14
15:15,16 92:5
144:25 148:12
149:2,17
150:1,16
151:10
166:15,18

**161** 3:13

**165** 3:14

**166** 3:14

**16th** 138:25

**17** 3:15 65:22
66:5,12,18
138:25 161:24
162:4 163:2
168:14
170:3,13,16
172:1 173:3,4
207:6 221:9

**170** 3:15

**173** 3:15 135:20

**174** 135:16
137:19

**176** 3:16



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**178** 3:16

**17th** 139:9
    161:8 178:24

**17-years-old**
    15:13

**18** 3:15 25:1
    86:18,20
    173:8,11
    175:2,16

**187** 3:19

**188** 3:18

**18th** 178:24
    179:18

**19** 3:16,19 8:3
    13:19 14:7
    133:3 136:11
    137:16 167:22
    176:7,9 190:24

**192** 204:16
    206:16

**196** 3:20

**197** 3:21

**1970** 8:3

**1988** 25:1

**199** 206:2

**1995** 10:6

**19th** 18:2 176:7

**1st** 206:21

—————————
           2
—————————
**2** 3:5,22 26:19
    30:23,24 31:2
    32:16 33:1
    50:21 82:12
    118:19 122:19
    133:20 181:4

**188:8** 190:23
    217:6

**2:12** 197:14

**2:57** 225:2,7

**20** 3:16 6:21
    42:4 178:23
    179:4 181:4
    207:23

**200** 75:4

**2000** 128:8

**2008** 30:25 31:6
    32:24 33:5
    41:16 43:20
    44:16 57:22
    119:11 185:17
    186:18,22
    187:1

**201** 3:22

**2010** 56:22

**2012** 55:25
    57:19

**2014** 36:14
    38:18 39:13
    42:13 44:14,24
    119:11 183:9
    185:17
    186:19,24
    187:2

**2016** 19:2,3
    145:4,14

**2017** 61:3,4
    129:21
    145:3,7,12
    153:6 161:8,24
    162:4 163:2,12
    165:19
    166:9,16

**167:**20,22
    168:8 170:5,9
    183:2
    185:21,23,25
    207:6 208:8

**2018** 3:23 15:6
    17:13 127:20
    128:1
    139:3,5,9
    140:21 142:7
    144:25
    145:9,18 146:6
    147:12
    149:2,17
    150:16 151:10
    170:14 173:9
    176:8 178:24
    179:16 181:17
    217:6

**2018-2019** 86:19

**2019** 13:20,22
    14:9,12 84:25
    86:16,17
    92:8,12 121:22
    122:20 124:9
    133:3 136:11
    137:16

**2020** 23:6
    118:19 119:12
    139:1 204:18
    206:22

**2021** 3:19 13:17
    23:5 46:16
    50:21 77:13
    78:4 127:19,21
    181:22 182:1,3
    190:25 196:8

**2022** 1:16 4:6
    227:17

**204** 150:1

**21** 3:17 11:24
    92:21 93:19
    127:23 188:6
    189:3

**2-14-2** 169:15

**2-14-2017** 168:7

**217** 3:23

**22** 3:18 152:18
    170:14 190:23
    191:1

**223-4474** 2:9

**22nd** 151:13

**23** 3:19 165:19
    166:9 196:7,11

**23602** 2:8

**24** 3:4,20
    197:19,23

**25** 3:21 10:16
    77:13 201:23
    202:1

**254-2614** 2:18

**26** 3:22
    217:2,3,5,8
    218:4 224:15

**27** 70:16

**28** 82:6,8

**29** 227:17

—————————
           3
—————————
**3** 3:6 36:12,16
    37:6 38:17
    43:16 50:16
    55:16 82:6
    133:21 134:24



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

148:15

**3:10** 142:14

**30** 3:5 4:7
32:24 33:5
61:20 153:22
173:9 204:18

**300** 2:7

**30th** 30:25 31:6

**3122** 78:22,23

**316.193** 137:8

**3-2-20** 115:19

**32801** 1:21 2:17
4:5

**3-29-21** 197:25

**3-4-20** 202:4

**354** 78:20,21

**36** 3:6

**3rd** 50:24

---
4
---

**4** 3:7 45:24
46:1,3 97:15

**4:38** 217:6

**4:59** 163:22

**407** 2:18 174:13

**40s** 160:12

**412-5962** 117:4

**42,000** 147:22

**45** 3:7 182:6

**450** 1:19 2:15
4:4

**48** 100:7

**485-4030** 174:13

**4th** 36:13 46:16
51:1

---
5
---

**5** 3:2,8 38:18
97:12,18
114:6,17 115:1
120:10,14
137:4 198:8,15

**5:49** 178:25
179:18

**5:53** 170:23
181:5

**50** 86:14

**50-year-old**
160:11

**52** 198:18

**5-2019** 169:15

**58** 3:8

**5th** 39:13
167:22

---
6
---

**6** 3:8 58:18,21
59:1 64:17
77:11 97:17
114:5,12
119:18,19
121:21
122:19,20
169:14 202:3
204:3,16
206:2,16

**6:00** 181:9

**6:17** 166:25
167:24

**6:21-cv-00808-**

**WWB-EJK** 1:5

**6:57** 169:6

**60** 128:8

**6-18-88** 67:6

**6-19** 120:19

**621CB00808WWBEJ
K** 5:5

**65** 128:22

**650** 1:20 2:16
4:4

**6-5-19** 170:4

**6-5-2019** 167:21
168:10,15
170:10

**6th** 182:3
211:25

---
7
---

**7** 3:9 77:11
82:2,10
114:13,14

**731** 198:25

**757** 2:9

**787** 78:18,19

---
8
---

**8** 3:9 114:16
115:2,6,8,18,2
2 116:4,17
117:19 118:10
120:1,6 124:24
125:2,12
126:2,4 185:25
198:15

**8:12** 139:9

**82** 3:9

**85** 10:25

**863** 117:4

**863)-412-5962**
138:10

**8th** 196:8

---
9
---

**9** 3:10
122:14,17
125:9

**9:06** 173:9

**9:11** 175:3

**9:19** 166:3,9

**9:30** 202:4

**9:50** 4:6

**911** 48:18 49:19
149:6

**95** 10:5

**9-8-21** 197:3

---
A
---

**a.m** 4:6 77:13
139:9 142:15
163:22 166:3,9
173:9 175:3,17
217:6

**abilities** 47:5

**ability** 36:2
101:5 107:9
187:4

**able** 24:4 47:17
51:10 78:7
87:24 90:22
136:4,8 191:6


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

**absolutely**
72:15 125:23
126:1 171:10
186:23,25
225:6

**abuse** 30:6
69:23 80:3
153:20 192:1

**abused** 30:10,16

**abuser** 11:8

**abusive**
67:14,16,23,24
68:1 72:17
191:7

**accept** 191:4

**access** 74:13
94:15 111:6
217:24,25

**accident**
120:11,18,22,25
121:2,4,20,21
122:8 123:8,17
124:6,9,15
125:13
204:5,14
205:2,14
206:21

**accidents** 93:18

**accompanied**
151:21,23
152:8

**according**
118:20 204:10

**account** 75:23
76:4,12,15
77:4 78:4

128:10,16

**accountant**
19:8,9

**accurate** 47:23
67:20 68:22
82:24 125:5

**accurately**
38:13,17 49:12

**accused**
76:17,19

**acknowledge**
29:20 36:8
140:11 141:17
172:21 173:2

**acknowledged**
140:12

**acknowledging**
140:13 141:19

**acquaintance**
79:19

**acquire** 17:11

**across** 101:20

**act** 159:9

**acting** 211:21
212:24,25

**action** 88:7
193:5
218:15,19,22
220:15 227:15

**actions** 217:14

**activities**
159:21

**actual** 187:3

**actually** 35:9
37:4 38:25

50:7 55:12
75:12,13,20
78:9 93:11
95:8,25 114:9
120:16 125:6
126:25 132:22
150:19 163:18
166:25 169:21
174:9
179:15,24
188:15 198:16
220:25 221:23
222:22

**Adam** 139:13
141:13

**add** 132:22

**addicted** 69:6

**address** 11:5,6
12:12 31:4
46:5,6,7 50:18
94:12
156:15,18
157:12
216:16,20

**addressed** 3:22

**addresses** 216:7

**ADHD** 121:15
217:23

**administered**
22:24

**Administration**
3:9

**admission**
144:19

**admit** 144:6

**admitted** 145:20
216:22,23

**adult** 3:10
102:25

**advance** 160:18

**Advent** 190:3

**AdventHealth**
130:16,18
189:4,5,6,8,14
,21

**advice** 94:9
209:8 218:24
219:10,23

**advise** 219:8

**advised** 37:9,18
40:5 41:14

**advising** 75:5

**advocate**
153:3,14
155:10

**advocates**
154:18

**affiliated**
102:8

**affirm** 5:16

**affirmed** 137:13

**afraid** 14:17,21
50:14 79:6,9
119:24 131:3
151:6 163:7

**against** 6:16
40:6 48:17
50:12 55:18,25
57:14,21 82:22
87:17
88:8,16,25
89:9,17 93:2
95:9 96:12
122:15 123:14



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

152:21 193:5
222:7 223:7

**age** 54:23
66:4,12,16
150:8

**agency** 81:22
157:10

**agent** 88:21

**ages** 212:12

**ago** 6:20 32:4
34:6 46:9
64:8,10,13,14
80:15,16
111:11 126:1
183:10 200:11
207:23

**agreed** 4:8

**agreement**
216:25

**ahead** 67:5
93:22 220:20

**Ahmed**
59:11,14,17,20
60:8 63:12,19
195:22,23

**A-H-M-E-D** 59:13

**Ahmed's** 195:25
196:1

**ahold** 43:13
45:14

**alcohol** 132:1
137:5,7,19
159:10 163:7

**alcoholic** 48:5

**alive** 66:8
221:6

**Aliya** 122:24

**A-L-I-Y-A**
122:24

**allegations**
82:23 158:2

**alleged** 36:2,9
186:3 193:19
196:9 215:15

**alleges** 157:23

**allow** 7:5,7

**allowed** 58:5

**alone** 10:22
14:17 41:7

**alprazolam**
192:7 196:24
199:16

**already** 37:13
66:13,14 96:24
114:12,19
180:10

**altercation**
37:20

**am** 8:14 58:5
63:11 119:25
121:13 140:6
141:11 165:2
167:6 177:4
178:5 180:5
181:15 206:1,6
208:23 210:1
217:14 218:19
227:12,14

**ambulance**
148:25 149:3,5

**amended** 82:3
126:7,21

**amendment** 3:9

125:20

**amicably** 58:6

**amount** 40:16

**analyses** 187:12

**and/or** 51:3

**anguish**
124:6,8,11

**answer**
7:4,6,7,20
74:21 91:4,11
168:15 170:3,9

**answered** 155:20
168:6

**answering**
169:14

**answers** 224:14

**anxiety** 50:1
192:19

**anybody** 41:10
54:16 91:2,13
102:1,2
103:15,20,21
104:1,5,6
113:16 118:23
123:7,14
130:12 165:16
178:17 182:7
184:21
214:2,7,11

**anymore** 88:5
116:6 192:11
209:20

**anyone** 47:18
182:21

**anything** 39:1
42:18 69:6
73:9,25 84:2

86:5 91:23
92:1,3 103:12
117:22
119:5,12,15
123:24 139:24
145:14
150:24,25
153:17 156:10
157:9 158:8
162:11 177:18
178:6,14,21
192:1
199:5,8,25
210:8,10,12
214:19
215:16,19

**anyways** 109:16
212:5

**anywhere** 8:13

**apart** 30:2

**apartment**
104:11

**apologize** 57:23
143:14 160:18
165:3 169:8
175:3 221:5

**apology** 3:22

**apparently**
51:22 104:23
105:1 142:6

**appear** 51:20
182:7

**appearance**
49:13

**APPEARANCES** 2:1

**appeared** 159:23
226:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

appears 77:12
159:24 162:23
165:18 166:15
170:13 190:23
196:7
204:17,21
217:5

appointment
61:23
62:2,4,8,19
63:2

appointments
106:22

appreciate
157:8

approximate
222:10

approximately
4:6 6:11 8:25
10:4 14:6 40:4
80:10 123:4
129:19 147:15
188:9

April 8:3
13:19,20,22
14:11 18:2
84:25 167:19
211:25

area 14:19 96:7
155:16 183:11
190:18

argument 46:25
88:21

arguments 88:19

Arkansas 34:3

army 178:3

arrest 119:11

133:2 155:6,8
186:2,18

arrested 33:5,7
34:8,12,16
35:4,9,11,14
40:5,18 42:12
48:12 131:21
133:8
215:14,17

arresting
134:17

arrived 37:8
45:22

aspect 147:20

Aspirin 148:17

assault 41:18

assaulted 32:23

asserting
203:22

assist 27:21

assistance 19:7

assisted 13:9

associate 3:19
102:11

associations
193:3

assume 7:19
49:24 105:19
149:7,11
159:22 217:21

assuming 224:19

assure 203:16
218:5

attempted 38:1

attend 68:19

182:2

attended 20:20
182:4

attending
145:17

attention 64:18
201:25 217:16

attorney 6:24
25:18 48:22
49:1 55:2
77:17,20,21
102:20 157:11
199:23 200:2
208:23 209:8
216:23
218:17,20
219:10,11,14
221:2 223:14

attorneys
154:5,6 156:25
208:24
218:16,21
219:8 223:11
227:14

attorney's
219:23

Auburndale
10:11 66:20
69:1

audibly 74:21

August
14:6,7,12
173:9

Austin 20:25
21:1

authentic
140:17 162:11

218:15

authored 218:4

authorized
227:8

Avenue 1:19
2:6,15 4:4

award 127:21,25
147:20 181:15

awarded 127:18

aware 22:3 49:6
89:8,16 122:6
123:19 124:2,5
140:4,6,15,18
158:23 159:1
162:18 198:2
204:15
209:6,10 215:2
218:8,21

awareness
156:14,17

away 10:1,10
33:9 34:21
64:16 116:21
117:2,12,17
118:4 148:10
190:19 205:17

---

**B**

baby 66:7
139:10
141:9,14
169:10 170:24
171:1 177:4,9

backed 39:9,15

background
47:21

backup 190:9,11



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**bad** 39:19
172:6,14,15

**badgering** 96:24

**baggage** 28:5

**balance** 134:11

**bank** 86:2

**Baptist**
59:6,8,10
61:24 62:9,24

**Barbara**
53:16,17

**based** 43:12
169:13 179:24
180:24 182:11
219:23

**basically** 91:24
103:12 121:3
126:18 192:1
202:10

**basis** 148:2
158:5 203:22

**Bates** 64:19

**Bates-stamp**
82:13

**Bay** 59:15,16,17

**beach** 8:5
61:16,17
62:20,21
133:13,14,15
141:12
142:1,2,9,11,1
7,19 179:10

**beat** 167:5

**became** 89:16
131:14 145:8

**become** 9:1 66:4

**becoming** 67:11

**beg** 103:15

**begin** 5:20

**beginning**
148:13 198:8

**behalf** 2:3,12
56:13 112:10
119:13 122:15

**behavior** 191:7

**belief** 36:1
51:18 83:16
129:5 148:2

**believe** 9:13
25:13 27:12,13
38:9 40:22
43:17 73:1
91:3,9,10 99:5
113:15 124:16
127:24 132:14
147:24
149:16,22
154:16 155:1,5
161:22 164:11
179:6 180:11
185:4 189:14
207:20 208:3,4
209:22,25

**believed** 209:24
211:7

**believing** 165:2

**bell** 31:1
184:20

**belong** 74:15
201:16

**benefit**
181:16,21,24

**benefits**
127:13,19
128:3

**Bernie** 71:16,25
72:1,10

**best** 12:23 45:3
106:8

**better** 125:7

**beverage** 48:6

**beyond** 32:8
129:6 184:21

**biggest** 212:5

**bill** 5:10,25
52:1 189:15

**billing** 190:3

**Bill's** 114:23

**biological**
212:7 213:6

**birth** 8:1

**birthed** 221:12

**bisexual** 167:14
177:8 178:8

**bit** 29:25 55:7
91:14,16 101:1
129:18 131:4
139:18 141:20
163:4

**bite** 203:11

**black** 17:9
139:6

**blah** 151:18
190:6

**blame** 163:7

**Bless** 166:12,13

**blessed** 139:13
141:13 222:6

**Block** 19:11,12
146:20,22

**blood** 65:24
132:1
137:5,7,19
191:21 192:23
202:13 203:20

**Bloodhounds**
66:21

**bloodshot** 134:9

**blue** 34:12

**blurb** 168:9

**body** 181:6
186:10

**bond** 86:4

**bone** 187:15
214:25

**book** 180:20

**born** 8:4 9:4
66:8
70:11,16,21
221:5
222:13,18,20

**bother** 178:1

**bottle** 144:6

**bottom** 32:15
50:16 82:5
132:16 133:20
141:8 143:10
144:18 149:25
150:1 151:4
152:17
167:18,20
175:16 202:4



**MILESTONE** | **REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

204:4

**bought** 214:7,8

**Boulevard** 31:5
36:15

**bouncing** 69:4

**boyfriend**
119:23,25
160:13

**boyfriend/
girlfriend**
83:4

**bragging** 83:18

**brain** 121:15

**breach** 57:10

**breached** 57:12

**break** 7:12
129:9,15
147:10 197:12

**breath** 48:6
137:7

**breathalyzer**
134:25 135:20

**Brennan**
79:21,22

**briefly** 9:9

**brings** 119:23

**broke** 185:19

**Broken** 111:17

**brother**
55:1,5,6,12,18
,24
56:5,10,13,24
57:5,17,21
58:14
93:7,8,11

94:18
101:22,23,25
103:6,18
122:11
123:19,23
124:2,5 204:17
206:15

**brothers** 52:11

**brother's** 56:12
206:17

**brought** 7:14
16:19 129:10

**bruises** 186:10
187:8,16

**Brunswick**
14:13,23
16:1,2,4,9,11
23:8 32:11
46:2,15 50:18
74:8 75:7
155:9 190:17
199:13 204:6

**Bryan** 1:12 2:12
5:3 75:3 79:25
80:6 81:12
82:22 103:13
109:15
110:16,19,23
111:1 116:7,19
118:8,9 131:19
138:21 139:13
140:9 141:13
145:15
146:9,16
149:12
151:23,24,25
152:1,2 158:5
159:24
160:3,8,21,25

161:13 163:19
164:10,12
168:8 169:22
171:6,22,25
175:5,12 176:3
177:13,18
178:13 180:22
181:3 184:25
185:3,4,6
186:6,11 187:8
188:11
200:16,18,20,2
1 203:4 211:11
212:20 214:7
216:14
217:21,24

**Bryan's** 79:6,9
138:18 168:5
176:11 216:16

**bullshit** 176:25

**bunch** 202:11,13

**Burt** 26:7

**business** 9:7
40:16 93:15,16
94:5 144:20,22
145:17,24
146:2,5 194:19
200:14 210:24

**businesses** 94:3

**business's** 94:6

**Butts** 25:14

**Byers** 2:4 5:8
11:6 23:25
52:1,4 59:7
73:25 96:23
97:4,8,10,16,1
9 113:2,5,7,24
114:3,12,19,23

132:5 139:3
143:12,16,18
148:17,20,22
156:22,25
157:3,6 164:19
173:3,5 197:13
198:9,12
203:21
220:4,11,16,24
224:7,19,24

---

C

**Cabinet** 199:12

**calm** 47:16

**canceled** 206:7

**car** 17:19 33:9
39:20 55:19
72:10 76:1
93:17 101:8
120:22,25
121:2,3,21
123:7 204:2

**card** 18:22
153:12,13,14
156:14,17

**cardiologist**
61:13,14

**care**
59:17,21,25
60:1 64:2
84:23 94:3
191:5,6 208:8
224:13

**Carl** 122:4

**Carrie** 53:19

**carried** 221:23

**cars** 83:23



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

**case** 1:5 5:5 6:15,22 24:23 25:14,18 26:24 27:2 48:23 55:24 56:13,16,20,24 57:2,6,9,14,16,21 58:1,3,8 82:4 87:19 93:6,11 94:8 95:4,17,19,24 96:8 110:9 122:11 126:19 131:16 153:11 199:24 217:11 219:6,15 220:12,13

**cases** 56:6 223:8

**caseworker** 153:7,9

**Casey** 2:22

**cash** 85:10

**Category** 148:15

**cause** 3:18 28:1,3,24 51:19,21 188:5 192:25

**caused** 120:2 123:17 124:20 188:10

**causing** 39:4

**Celebration** 31:5 36:15 45:11 87:14

**cell** 31:16,19,21,23 32:1,13

78:1,6,7,14,15,16,23 79:24 110:17,19,23,24,25 117:4,9 138:13,22 140:25 141:1 161:9

**Central** 122:21

**ceremony** 19:24

**certain** 178:7

**certainly** 119:12 163:14 177:7 178:2 187:8 203:1 224:15

**CERTIFICATE** 226:1

**certificates** 183:14

**certify** 226:6 227:8,12

**cervix** 221:18 222:1,5,24 223:3

**cetera** 82:8

**challenged** 143:2

**changed** 210:25

**characterized** 97:1

**charges** 48:16,19 50:12 190:4

**Chase** 93:1,5

**check** 97:10 146:11,12,14

173:24 174:3 203:3,4

**checked** 203:2,5

**checking** 45:16 203:2

**child** 8:15 65:23,24 210:13 221:5,11 223:2

**childbirth** 221:25

**childbirths** 221:20

**childhood** 9:1 65:12,18 72:13 73:5

**children** 70:8 71:2 211:9 212:22 213:12 222:6,8,13

**children's** 207:22

**choice** 131:18 158:9 159:2,4

**choose** 167:5

**Christian** 68:22,23,24 119:22 176:2

**Christmastime** 23:6

**chronicle** 202:5

**church** 8:23 20:11 102:8

**Circuit** 56:21 122:5,16

**circumstances**

158:11 221:24

**City** 90:9,10

**Civ** 4:7

**Civil** 4:7

**claim** 39:18 89:20 120:1,10 123:16 125:12 128:16 158:3 199:21 209:11,14 218:6

**claimed** 124:2 217:10

**claims** 126:22 208:11

**clarification** 191:4

**clarify** 113:24 198:9

**clause** 167:11

**clear** 75:25 99:25 203:21 214:24

**clearly** 95:2

**Clicks** 94:4

**client** 220:18 224:12

**clinic** 211:2

**clinical** 191:8

**clip** 201:24

**close** 86:3 151:6 212:8 213:14

**closer** 48:6



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

coal 81:14

Coalition
152:21

coarse 160:19
165:3

code 162:14

coherent 48:4

cold
203:6,8,10,13

Cole 1:12 2:12
5:3 22:1,5,7
29:6 76:14
79:25 80:6
82:22
83:2,14,19,23
84:3,4,5,12
86:8,10,21,23,
25 87:2,5
89:22
90:16,18,21,23
91:3,5,10 94:7
97:7,23,25
98:3,7,10,12
99:4,22 100:14
103:13 108:9
109:23 110:5
117:12,16,23
118:12,14,20,2
3
119:1,3,6,13,1
6 120:2,5
133:16 138:8
140:11,13,21
149:17 158:14
161:13,23
162:3,7,12
163:19 164:4
176:20
177:4,22

178:15 180:22
185:3,6 186:7
188:11
200:16,18,20
201:13 211:11
212:21 214:16
215:14,20,25
216:19
217:5,21 218:3
219:2

Cole's 13:25
22:5 83:7
85:22 99:17
101:6 109:10
118:1 138:21
141:1 161:19
165:23 166:21
170:21

collect 206:10

collected
206:14

collection 8:21
9:6,8,9,15
143:15

collision
39:13,17 205:9

Columbia 150:4

comes 168:15
216:5

coming 214:5

commanded 212:4

Commission
226:19,20

commit 224:21

committed 47:1

common 127:14
180:15,22

communicated
200:19

communication
174:18 201:8

communications
74:7 220:18

company 8:20
55:21 86:8,11
122:7
123:22,25
146:8,9,15
162:15 190:5
213:7 220:9

compensation
181:23

compete 96:3,16

competes 56:18
92:16

competitor 76:8

compilation
58:23

complain 130:10

complainant
31:9 43:5

complaining
120:3

complaint
3:9,10 34:9
37:2
82:1,3,22,23
99:22
108:4,5,17
209:6

complete 48:4
206:20

completed

115:18

completely
184:17 217:17

complex 35:24
49:16 210:23

complied 206:18

component
128:19

computer 217:24

concerned 75:11

concerning
50:18 80:6

conclude 224:6

CONCLUDED 225:7

conclusion
158:10 183:24

conclusions
3:11

condition
49:12,21,24
50:4 51:12
73:3 75:12
84:6 208:14
223:1

conditions
35:19,22
36:2,6,9 59:4
130:10

condominium
10:18 16:12,15
133:16

confidentiality
152:18 157:12

confirm 104:16
141:24



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

2D7479 Matthews Pamela 03-16-2022 Page 69

**confiscate**
75:22 193:17

**congregation**
8:23

**Connect** 13:7
146:8 211:1

**Connected**
146:16

**connection** 28:5
39:11 48:22
104:12 193:19
207:10 208:10

**consensual**
100:21

**consented** 159:3

**consider** 38:25

**consisted**
141:10

**consistent**
26:11 150:21
151:1,9,11

**constantly**
216:3

**constitute** 94:1

**consult** 21:13
220:11

**consultations**
113:17

**consulted** 60:21

**contact** 37:8
48:1 80:18
105:3 106:24
107:1,10
129:25
171:11,16
174:24

176:15,20
201:6,11
213:10,12

**contacted** 80:19

**contained** 41:2

**contemporaneous**
215:3

**content** 132:1
137:19 159:19

**contest** 160:1

**context** 107:14
108:23 120:16

**continue** 58:16
129:5 151:14

**continued** 57:5

**contract**
57:10,12

**contracts** 81:14

**control** 116:7
131:14 211:3

**controlled**
178:22

**controlling**
72:22

**conversation**
12:11 23:17
77:23

**conversations**
74:1 155:24

**convince** 211:23

**co-owner** 36:18

**cope** 105:1

**copied** 200:21

**cops** 50:14

**copy** 82:3
122:14

**copying** 180:17

**corner** 46:6
64:19 82:7
138:9 161:9
165:21 166:21
170:19 215:10

**Corporation**
55:25

**correct**
10:20,21 16:6
22:10 26:1
27:6,22 28:17
29:6,9 31:6
33:19 35:11
36:19 40:1
44:9,25
46:10,11,20
57:15 60:20
63:11,14
66:10,23 67:23
69:22 70:9
73:15,16 77:2
78:5 79:13
83:2,3
87:23,25 88:20
92:6,9 95:23
100:15 108:12
121:19
122:10,12
126:21
127:1,22
128:2,23
136:2,14,22
137:14,17
141:5
144:16,17
147:13 150:9
157:13 158:1

165:2 171:8,24
181:15 189:20
218:11 219:3,4
220:5,6 222:15

**correctly** 43:19

**correlate**
179:12

**corroborate**
189:2,7 190:10
214:19

**corroboration**
189:11

**Corvette** 83:25

**cost** 147:16
210:16

**could've** 117:1

**counsel** 5:5
6:22 23:14
25:6 27:21
74:7 94:9
96:10 116:2
126:6 218:24
219:24 227:12

**counseling**
22:22,24
207:5,10,12

**counselor**
112:25 114:2
126:8,10 208:5

**counselors**
61:21
207:15,19

**count** 3:7 93:21

**County** 3:19
24:23 25:11
26:3,22 30:25
32:22 36:13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

46:1 47:4
51:15 56:21
57:17,22
90:10,12 94:6
96:13,14
122:5,22
133:10 142:22
153:3,21
154:1,17
155:6,8,10,25
156:13
157:10,15,18
196:8 208:5
219:3 226:4
227:4

**couple** 23:3
34:6 154:5
183:18 222:19

**course** 71:3
172:25 186:5
203:11

**court** 1:1 4:9
5:2,12,13,15,2
0 7:9 17:22
23:19,21,23
52:5,8 56:21
57:3,7,13
58:4,19 74:21
82:8 96:12
97:14,17 106:6
114:5,8,11,14,
16,21,25 115:3
122:5,7,16
129:11 137:25
138:2 161:5
166:13 195:18
197:14 210:20
217:3 219:3
220:14 225:2,5
226:17

227:6,24

**courts** 218:9

**Court's** 3:17
188:4

**cover** 143:16

**COVID** 105:8
202:12 214:6

**cowering** 215:10

**CPA** 147:2

**Craigslist**
85:15,17,18

**crazy** 210:2,3

**created** 77:12

**credentials**
161:19
165:23,24
166:20,21
169:23
170:18,21
176:8

**criminal** 47:1
48:16

**C-SSRS** 150:4

**current**
21:10,22
155:14 187:19
220:5

**currently** 40:15
59:3 61:5,22
63:20 64:2
195:11

**cuss** 70:2

**cussing** 47:15

**custody** 134:17

---

## D

**dad** 8:18
67:16,23
68:7,13
72:17,18,21
211:10,11
212:13,14,16,2
5

**Dade** 90:9,10

**dad's** 212:8

**Dale** 204:23
206:21

**damage** 39:4

**damaged**
111:2,6,10,16

**damages**
208:21,25

**Danielle**
190:16,24

**Daniels**
146:24,25
147:2,7

**dare** 211:14

**data** 189:23
224:17

**date** 1:16 8:1
13:18 23:5
25:5 33:6
62:17 64:11
80:9 84:14
99:19 131:25
136:13 144:25
149:1 179:16
193:23,25
197:3 198:3
201:11 220:23

**dated** 30:25
36:13 118:19
127:20 161:7
190:24 196:8
197:25 202:4
204:18 217:6

**dates** 3:21
26:13 100:12
222:10

**date's** 170:10

**dating** 14:2
99:7

**daughter** 20:22
43:11,17,18,19
70:20 102:20
103:3,6,23
109:25
110:1,5,15
160:20
163:2,11,19
164:8
165:4,10,14
184:18,22
210:14,15
221:17

**daughter's**
20:24 212:6

**Davenport** 208:2

**David** 182:24
191:23 195:6,9

**Davis** 53:2,6,10

**day** 4:5 119:24
139:12,13
141:13
179:15,21
198:17 212:1
216:3 224:2,6

**days** 15:24

---



**MILESTONE** | **REPORTING** **COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

26:10 34:6
61:20 70:25
191:22,23,25
196:3

**day-to-day**
214:15

**Daytona** 133:13

**dbyers@pwhd.com**
2:10

**dead** 69:17
150:12

**Dear** 191:3

**death** 193:1

**Debrito** 174:10

**D-E-B-R-I-T-O**
174:10

**debts** 9:12

**decades** 203:7,9

**December** 30:25
31:6 32:24
33:5 121:21
122:20 204:18

**decide** 167:2

**decided** 212:14

**decision** 3:11
104:6,7

**declaration**
187:18 188:3

**declare** 3:17
218:15

**deep** 70:5
143:20

**defend** 95:2

**defendant** 1:13
2:12 5:11

123:5 188:11

**defending** 96:3

**Defense** 80:23
81:24

**defer** 93:10

**define** 131:10

**definitely**
177:9

**degrade** 211:14

**degree** 180:21

**delay** 191:10

**delete** 171:3
172:7

**deleted** 172:8

**delivered**
167:21 168:10
170:4

**demand** 206:17

**demonstrated**
187:6

**denials** 127:7

**denied**
126:23,25
127:3,10

**deny** 139:24
140:2 141:24
162:20 164:14
177:10,15,16

**denying** 127:14
141:19

**department**
3:7,19 30:25
34:8 46:2 47:5
80:23 81:24
132:8 189:6

190:3 196:8

**depends** 42:25

**deposed** 6:9
219:5

**deposited**
128:10

**deposition** 1:15
4:3,6 16:5
46:7 59:5
224:5 225:7

**describe** 124:8
152:5

**describing**
152:7

**designed** 192:17

**destination**
76:2

**destruction**
163:15

**detail**
186:17,20

**detailed** 189:19

**determination**
183:1,4 184:3

**determined**
133:22 218:23

**Deyah** 176:13
178:2,3

**D-E-Y-A-H**
176:13

**Deyah's** 176:19

**diagnosed**
217:13

**diagnosis**
182:22 203:16

**Diamonstien** 2:5
5:9

**Dictated** 143:21

**died** 214:3,12

**difference**
215:1

**differences**
28:22

**different** 50:1
51:13 94:19
125:4
126:4,5,16,20
134:21
155:21,22
164:13,22

**differently**
50:10 108:4
222:4

**difficult** 196:5
212:9

**difficulty** 73:3
82:4 134:11

**dignity** 159:15

**Dilahunt**
61:6,7,12,15,1
9 63:19

**D-I-L-A-H-U-N-T**
61:10

**dinner** 119:23

**direct** 3:2 5:21
128:10

**directionally**
143:1

**directly** 16:11
41:6 113:19
120:4 191:16



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

223:18

**disabilities**
35:19

**disability**
115:11,12,13
117:20,23
118:1 121:18
126:23
127:13,19
128:4,16,25
129:6 145:5
147:11 148:7
181:15
199:21,22

**disabled** 145:8

**disagreement**
51:5,6 192:21

**disarming** 30:2

**disassociate**
49:17 51:10,24
77:9 104:21

**disassociation**
35:25 36:1
75:12

**disc** 120:17,21

**Discharge**
151:17

**disclose** 199:21

**disclosed**
199:23 224:14

**disclosures**
224:15

**discovery**
113:25 224:20

**discuss** 221:2
224:7

**discussed** 94:22
221:1

**discussion** 47:9

**discussions**
24:7

**disease**
51:17,18,21
77:10 201:17
202:8,14,22
203:12,17,23

**disgrace** 159:16

**disharmony**
50:18

**dismissed** 56:17
219:6

**Disney** 20:6

**disorderly** 47:2

**Dispatch** 47:17

**displaced**
209:22

**dispute** 134:4,6
138:24 139:7
162:2,5
166:8,10
167:24
169:12,13,17,1
8 170:6
175:22,23
178:11,12
187:25 188:1

**disputing** 180:4

**distance** 14:15

**distraught**
109:16

**distress** 208:11

**District** 1:1,2

5:4

**disturb** 175:20

**disturbances**
47:3

**division** 1:3
5:4 153:25

**divorce**
21:17,19
25:7,10,24
26:22 27:21,23
28:6,20,25
77:17,20,21
91:21

**divorced** 15:4
23:11 26:10
28:18 29:18

**divorces** 23:13
27:5,17 29:3
92:25 93:17
94:1,25

**Docs** 13:7 94:3
146:8,16 211:1

**doctor**
59:10,19,21
124:22 129:2
168:18
183:14,25
186:13 191:19
192:4,20,22
204:10 209:16

**doctored** 168:16
169:25 170:11
180:9,14,17

**doctoring**
180:19

**doctors** 61:21
63:19 169:23

**doctor's** 65:23

**document**
82:14,19 115:6
132:7 141:3
148:8 151:13
188:16

**documentary**
215:12

**documentation**
190:9,12

**documented**
39:12

**documents** 58:23
143:4 197:19
207:1

**document's**
169:25

**DODIG** 80:19,21
201:6,11

**dog** 142:16,17
179:11 215:10

**doggy** 142:17,18

**dollar** 128:6

**dollars** 86:3

**domain** 216:20

**domestic** 32:16
36:24 40:6
50:18 151:5
152:22 153:20
154:6,7 186:3

**Don** 52:23,24
55:1,2,5
204:17

**Donald** 9:18

**done** 19:14 97:3
100:23 103:10



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

114:12 122:6
125:3,5 150:23
153:6 160:10
185:24 203:1
209:3
219:22,23
223:11

**Donna** 54:3,4,8

**Donovan** 223:20

**door** 33:15 35:5
39:3 45:8
88:22 89:13

**doorway** 38:1

**double** 135:16

**doubt** 37:23
42:5 105:15
133:5 161:12
180:2

**downtown** 98:25

**Dr**
59:11,14,17,20
60:8,21
61:6,11,15,19
63:12,18,19
64:2,5,7
65:8,16 66:2
67:17,19,20
68:3,6,10
71:4,12
72:12,16,19,21
73:8,11
77:12,25 79:12
105:4,9,12
111:22
112:1,17,23
113:9,11,17,20
129:19
130:2,18,21
143:9

182:16,23
183:1,4,8,11
184:8,12,23,25
185:1,8,11,16,
25 186:8,12,15
190:17,20
191:19,24
192:3 193:2,5
195:22,25
196:1 197:20
198:5 201:24
202:4 204:3

**drank** 137:21
139:11,17,20
140:9 144:6,16
159:10

**dream** 178:4

**dresser** 196:15

**drink**
131:4,5,17
139:19 167:4

**drinker**
131:8,10

**drinking** 47:19
131:6 141:17
163:6,11,13

**drive** 11:1
16:9,18 17:2
108:25 142:10
194:16 209:20

**driver** 204:21
205:11 210:7

**driver's**
17:23,24 18:6
136:18,23

**driving** 122:24
132:9,19,23,24
136:1,4,9,16

137:12,15
142:12 204:7
205:5

**drop** 65:11
111:20

**dropped** 50:12

**drove**
16:17,18,25
44:20

**drugs** 47:19
68:4 69:9
192:23

**drugstore** 196:2

**drunk** 48:9 50:3
131:11 132:19
140:9,12,14

**dryer** 211:13

**due** 47:3
120:11,17,18
125:12 144:19

**DUI** 131:21
133:8 193:16

**duly** 226:8

**dummies** 180:20

**Duncan** 2:4 5:8
23:24 219:22
224:2

**Dundee** 105:10

**Dupriest** 106:4
173:22

**D-U-P-R-I-E-S-T**
106:9

**duress** 77:8

**during** 14:11
46:25 59:4

68:4 76:14
83:7 98:6,9
106:16 198:5
201:12 208:1

**Duval** 194:21,22
197:10 199:1

---

E

**earlier** 73:2
145:2 147:10
173:18

**early** 84:13
142:16 160:12
222:21

**earned** 145:13
146:15

**earthly** 139:25
164:6

**Ease** 81:17

**easier** 7:9
23:17 24:19
114:24

**East** 3:18

**easy** 114:19
212:10

**eat** 144:8

**eating** 7:16

**e-data** 216:21

**effect** 9:5
181:21

**effectively**
47:6

**efficient** 7:3

**eight** 60:6
211:25

**either** 42:16



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

44:19 100:16
103:5 105:25
120:9 149:12
168:2 172:20
178:3,18
219:21,24

**electronic**
128:13 180:13

**Elevation** 20:11

**Ellen** 21:1

**else** 52:18,22
53:9,15 61:4
79:14,22 84:2
104:24 113:16
134:22 145:23
149:10,12
152:2 161:16
164:22 165:16
182:7 184:5,15
214:19

**e-mail** 165:23
170:13 172:19
179:17
216:7,20
217:5,25

**Email** 3:22

**E-mail** 2:10,19

**e-mails** 158:19
181:1 200:21
201:2,5 217:22

**emergency**
143:22

**emojis** 175:8

**emotional**
28:5,9,15
208:11

**employed** 227:13

**enable** 117:12

**enforcement**
46:24 74:25
75:5

**engaged** 23:4,7
83:2

**engaging** 159:25

**enjoy** 167:8,12

**entered** 87:16

**entirety** 198:7

**entitled** 209:1
224:5,16

**entity** 9:14
13:5

**entries** 163:20
189:3 190:10

**entry** 169:6

**equal** 150:7

**error** 180:17,18

**Esquire**
2:4,13,23
132:17

**establish**
190:18

**estimate** 128:8

**et** 82:8

**Eugene** 9:18

**evening** 72:2,3
141:10 177:2

**events** 100:10
118:21 214:20

**eventually**
87:11

**everybody**

151:11 214:8

**everything**
116:7 118:8
158:6
168:23,24
178:21 186:6
203:4
211:20,24
212:4 217:25
219:23

**everywhere**
65:24

**evidence** 214:15

**evidenced** 88:7

**evil** 213:22

**ex** 32:19

**exact** 25:5
64:11 84:14
100:12 131:25
203:16

**exactly** 73:7
80:12 103:16
160:8,10
190:14

**EXAMINATION** 3:2
5:21

**except** 191:21

**excerpt**
138:7,24
197:19 201:23

**excess** 97:23

**exchange** 138:25
161:23
162:3,12 173:8
207:1

**exchanged** 107:3

110:4 166:16

**exclusive**
29:15,23 99:10

**excuse** 82:2
98:8 145:20

**exhibit** 3:4
24:3,9 25:9
30:24 31:2
32:16 33:1
36:12,16 37:6
38:17 43:16
46:1,3 55:9
58:21 59:1
64:17 65:1
77:11 82:2,10
92:19 93:20
95:12,25 97:15
114:4
115:6,8,18,22
116:4,17
117:19 118:10
120:1,6
122:2,14,17,19
124:24
125:2,12
126:2,4
132:4,7,11,15
133:2,21
136:13 137:4
138:6,11
140:19,23
143:4,7 148:12
161:10,18
162:10 163:20
164:7 165:8,11
166:15,18
170:13,16
172:1 173:8,11
175:2,16
176:7,9 178:23
179:4 181:4



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

188:6 189:3
190:23 191:1
196:7,11
197:19,23
201:23 202:1
204:3,16
206:2,16
217:4,8 218:4

**Exhibit 1** 95:4

**Exhibit 14**
161:7

**Exhibit 15**
165:18

**Exhibit 16**
166:15

**Exhibit 2** 34:15
43:16

**Exhibit 22**
187:18

**Exhibit 23**
196:20

**Exhibit 26**
218:8,15,22

**Exhibit 4** 49:7

**Exhibit 6** 58:23

**Exhibit 8**
116:22
117:3,12
119:15 125:21

**Exhibit 9**
122:14 123:16
124:23

**EXHIBITS** 3:3

**exists** 113:1

**exovled** 218:1

**expect** 38:12

**expedite** 24:6

**expenses** 188:9

**experience**
72:14

**experienced**
203:6
223:17,21,23

**experiences**
27:23
65:12,19,20

**expert** 111:25
112:11 182:18
208:17

**expertise**
180:12

**experts**
208:13,19

**Expires** 226:19

**explain** 42:9
128:18 167:23
209:14,16
210:20

**explanation**
137:18

**ex-spouse** 36:24

**extension** 19:3

**extent** 67:19
76:22 137:4
146:1 149:5
160:4

**extremely** 222:6

**eyes** 134:9
156:25

---
F
---

**face** 38:3,24

175:9,10,13,14
,15

**face-to-face**
6:1

**facility** 13:9

**fact** 29:2,5
33:4 41:18
43:12 66:4,7
68:13 87:16
88:24
94:11,15,18
107:3,25 122:1
124:11 136:1
140:8 161:23
162:2,13 180:9
211:20 214:3
222:22

**facts** 3:11
140:4,6,16
162:9,16 168:3
180:6

**factual** 74:5
209:13

**failed** 221:20

**failing** 134:14

**failure** 89:1

**fair** 7:21 9:14
14:14 22:15,16
24:8 27:16
34:24 38:9
39:14 60:23
157:19 164:18
193:12 202:6
208:4 221:21

**Fairbanks**
130:19

**fairly** 21:4

**faith** 102:12

**fall** 54:23

**false** 49:15
217:17

**familiar** 20:5
191:2 197:21

**family** 8:15
20:21 26:17
38:20 41:4,8
71:7 183:13,16
214:8

**fashion** 119:17

**fast** 132:24
134:2 205:11

**fast-food**
69:18,21

**father** 8:22 9:1
10:1,6,10
67:14 69:16,17
207:23 212:7
213:6,13

**father's** 9:17
10:7 67:10

**favorite** 216:6

**FBI** 80:5,18

**fear** 77:9 104:8
155:17 205:24
212:5

**fears** 40:17

**February** 11:24
13:17 23:5
161:7,24 162:3
163:2,12
166:16 167:25
168:8 170:3,14
183:2 185:24



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

Fed 4:7

federal 57:3,6
58:3 88:24,25
89:8,17 220:14

feel 151:5
160:14 172:6
222:5

feet 32:20

felt 172:14,15
215:9

female 47:18

Ferdinando
62:20

Fernandina
61:17
62:21,22,23

Fernando 61:16

field 134:12
223:17,21

fifth 8:7,8,9

fight 220:19,20

figure 128:6
167:7 212:17

figured 175:19
222:25

file 123:12
148:4 153:11
223:25

filed 18:25
19:6,15 24:23
34:9 48:16
55:18 56:13,24
57:17,21 82:4
88:7 89:9
118:11
122:5,11,15

123:19
126:7,16
187:19,22
204:12 206:24
218:9 223:6

filings 93:10
199:24

fill 115:22
116:4,11,16
191:20,25
199:12

filled 117:11
195:9,12,23
197:24
199:10,14

filling 116:22

film 49:21

final
112:15,17,19,2
0,21 151:4

financial 83:7
84:6 85:23
86:1 88:19

financially
227:14

Finding 3:11

finds 118:8

fine 101:2,4
102:16,18
138:5 157:2,6
169:20 179:13

finish 7:6,7

fire
175:9,13,15

firm 220:4,12

first 6:1

20:14,15 32:16
33:11 36:25
37:7 43:17
49:5 56:6
64:18
65:15,23,24
71:9 82:5,18
88:9 117:3
120:14 126:18
127:8,9 129:19
135:2 141:18
148:24 150:7
155:1 161:8
162:23 172:9
173:15 174:1
176:18 179:1
182:23 183:8
185:23 207:4,7
208:18
220:11,21
221:1,2,7,13,1
5 222:23 223:2

fist 32:20

five 13:4 16:8
23:10 29:18
51:8 52:1
63:24
88:1,10,14
94:2,18
97:24,25 112:8
136:12 149:23
184:13 191:25

fix 210:19
211:19

flash 51:9
209:19

flashbacks
155:18 209:20

flashes 51:9

flesh 187:15
214:25

flip 26:19
143:13 148:13

flips 213:7

Florida 1:2,21
2:17 4:5,10
5:4 8:6,10
9:15 11:7
15:23 17:17,19
18:11,17 20:7
31:5 57:17
122:22 131:22
132:8,25
135:6,17
136:18,23
137:2,6,9
142:4 152:21
195:7,25
205:15
226:3,18
227:3,7

focus 167:11

follow-up
156:12,13

follow-ups
129:4

food 103:11
144:8 158:6,16
211:24 212:1

foot 185:19

forced 157:23
158:3,4

foreclose 87:21

foreclosed
87:12

foreclosure



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

87:16,22
88:7,16

**foregoing** 226:7
227:9

**foreign**
96:18,20

**forensic** 218:3

**forever** 139:13
141:13 167:5
212:1

**forgive** 103:15

**forgot** 71:23

**form** 112:15
126:9 148:3
164:19 192:9
207:5 208:7

**formal** 191:4

**format** 126:2

**formulate** 48:3

**Fort** 52:25 55:2

**forth** 13:1 82:6
107:4
162:9,13,16

**Four-and-a-half**
16:10

**fractured**
120:17,21

**framework**
145:16

**freak** 181:6

**freedom** 116:20

**French** 164:23

**frequent** 96:21

**frequently**

29:12 175:7

**friend** 12:1
14:17 33:15,24
43:11 45:3
72:2,4 79:17
98:20
101:19,21
106:11
151:22,23
152:5,9 175:25

**friends** 12:23
20:21 28:10
71:18
101:12,14
107:18 179:11
213:11

**frivolous** 92:16

**front** 39:4
44:21 164:12

**fuck** 100:9
169:8,9 175:4
210:9

**fucker** 160:20
161:1 162:24
163:5,6
164:9,10,11,17
,18,22 165:3

**fuckwad** 215:1

**full** 7:23 37:7
71:10 128:9
187:13 196:17

**fully** 7:4

**fun** 160:14

**function** 3:10
116:6

**Furbinger**
58:24,25

64:3,20 65:8
66:2 67:17,20
68:3,6,11
71:4,12
72:12,16,19,21
73:8,11
77:12,25 79:12
105:13 129:19
130:15
182:16,24
204:4

**Furbinger's**
65:16 67:19

---

**G**

**G21-37736** 3:7

**G21-50373** 3:20

**gambled** 88:12

**gambling** 88:10

**garage**
39:3,10,15,21
48:1

**Gary** 57:24
95:21 96:3,9

**gather** 11:20
16:17

**gathering** 12:19
206:6

**general** 80:23
81:24 157:11
200:3,9,13,15,
19,23 201:4,8

**generally** 15:24
83:13

**generated** 37:3

**generation**
214:1

**Gentiva** 6:16,18
56:7,21 57:22
93:23,25 94:23
95:8,10,15,17,
18,25

**gentleman**
26:5,25

**George** 77:14
174:20

**Georgia** 3:18
11:4 17:25
18:8,21 19:21
46:2 59:15,17
155:9 190:17
194:12,16
196:1 204:5
205:14

**getting** 98:3
156:1 173:16
192:5 195:8,11
199:2,5 205:1
213:24 214:5

**girl** 171:1
176:2 178:4
212:10

**girlfriend**
72:10

**girlfriends**
178:2

**girls** 172:15

**gist** 81:10
175:24

**given** 50:1
51:17 73:8
77:10 126:8
127:21 181:16
182:23 183:4
184:22



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

gives 154:13

giving 43:16
  58:21 116:19

glad 7:13

glass 131:20
  141:21

glasses 137:21

glassy 134:10

Glen 87:7,8

Glenn 3:7

Glover 26:19,20
  28:12,13 29:5
  30:1,6,9,15
  31:12 32:23
  33:4
  34:8,12,16
  37:9,19
  41:18,20 43:18
  56:6,21
  87:7,8,11,24
  88:6,9,19
  89:20 95:18

Glover's 89:1

Glynn 3:19 46:1
  47:4 155:6,8
  196:8

God 102:14
  105:7 213:3

GoDaddy 216:14

gone 111:2
  152:14 167:9
  192:25 196:17
  197:8,10

goodnight
  139:10 169:10

Google 116:13

202:10,17
  203:15

Googled
  116:12,16

gotten 196:18

government
  154:1

grade 8:7,8,9
  69:13

graduate 66:17

graduated
  66:13,14

Graham 24:15

grandparents
  213:21

granted 57:13
  222:9

great 36:6
  141:10 177:2
  187:7

greater 150:8

Greenberg 2:14
  5:10

Greenburg 1:18
  4:4

GreeneWay
  122:22

Greg 25:25
  89:23
  91:5,12,14

Gregory 27:11

grievance 223:7

grievances
  94:13 224:1

ground 7:1

group 43:14,24
  44:3

Grove 8:5

grow 28:22
  71:15,17

growing 212:9

guess 73:22
  84:7 129:4
  172:17 176:22
  209:17 223:15

guests 22:8,19

guide 223:18

gun 73:17,19
  74:6,8
  109:18,23

guns
  74:11,13,15,24
  75:4,8,13,14,2
  0,21,22

guy 146:14,18
  159:12

guys 107:3

————————
        H
————————
H&R 19:11,12
  146:20,22

Hadlow 94:4

Hager 132:16

hair 176:14

half 54:15
  131:19 209:25

halfway 181:9

hand 5:13 58:20
  138:6 143:3

197:18 201:22

handcuffed
  100:18,19,20

handcuffs 33:9
  34:21

handed 30:23

handgun 104:12

handing 24:2
  132:6

handle 218:18

hands 32:20

handwriting
  65:15 115:14
  121:10 145:11

happen 11:23
  14:5 35:7 38:6
  41:23 43:8,10
  75:9,10 77:5
  86:15 104:14
  131:24 206:12
  208:16
  210:4,13 218:7
  222:17

happened 34:13
  38:18 46:9
  77:22,24 84:17
  104:16 105:2
  118:14 119:10
  121:21 122:9
  123:2 125:16
  158:8 171:14
  187:4 194:3
  211:9,21
  216:11

happy 157:5
  177:10 224:3

hard 130:24



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

**196:2 212:13**

**hardly** 101:19
211:10

**hardship** 28:3

**harm** 40:17
188:10

**Harold** 19:11,14
146:19,20,24,2
5 147:2,6

**Harold's** 19:17

**Harrison**
49:1,2,4

**harsh** 65:23

**hated** 159:11

**Hatten** 2:5 5:9

**Haven** 10:13,15
15:20 16:12
17:1 45:9
109:6 208:3

**haven't** 62:1,5
63:22 100:23
110:8 130:25
191:13 200:17
209:3

**having** 21:17
40:15 42:23
47:9 51:5
71:11 73:25
93:25 95:1
141:20
155:17,23
163:1,11,13
173:2 177:1
205:13

**head** 52:2 63:10
68:8,13 114:2
189:23 209:23

**headed** 141:11
163:15

**heal** 167:2

**health** 3:13
6:16 56:7
57:22
59:6,8,10
61:24 62:9,24
63:16 95:18
143:9 207:5
208:8

**hear** 182:12

**heard** 107:14,16

**hearing** 6:2
43:19
127:15,16
182:2,5,7,14,1
6,19

**he'd** 158:7
178:20 183:22
210:15

**heightened**
120:11,18,24
121:2 125:12

**hell** 178:5

**he'll** 210:9
211:23

**Hell** 209:25

**He'll** 210:9

**help** 67:13
103:7
108:11,13,18,2
2 116:5 161:22
209:14,15

**helped**
101:19,20
103:18,23

**104:3**

**helpful** 129:22
130:3 160:17

**hereby** 227:7

**herein** 227:14

**herpes**
202:7,9,13,14
203:14,24

**herself** 48:3
108:25

**he's** 12:15,17
55:6 59:21
61:13 64:6,15
98:20
102:5,11,12
105:10,14
160:9 169:23
172:16
183:13,14,16,1
8 211:21
216:17

**HH** 226:20

**Hi** 170:24

**hid** 100:7,14

**hide** 210:6

**hierarchy**
210:11,23

**high** 66:12,20
68:4,20
69:1,7,11

**higher** 137:8

**Highway** 131:22
132:8,25

**Hillsborough**
24:23

**hindering** 47:5

**hire** 127:6

**hired** 27:21
111:24 127:4
166:4 171:6

**historian** 36:6
67:22

**historical**
198:18

**history** 3:21
24:7 92:9
144:3 185:9
186:9,16
198:19

**hit** 39:20,21
52:2 100:16
123:5 187:14
205:1,6,8
209:23
210:5,14
214:24

**Hitchcock**
126:13,14,16
127:4,6,10
182:12

**Hmm** 181:5

**holdings** 86:4,5

**holes**
109:9,16,18,21

**home** 11:16
13:1,6
22:8,10,12,14,
18 32:10
36:18,21 42:23
66:21 73:24
87:12 88:8
109:10,15
115:22,23,24
119:23 151:14



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

169:10 193:20
196:10

**homeless** 158:6
177:13,17

**honest** 18:12
183:23

**honestly** 64:15
145:25

**hook** 177:19,22

**hooker** 107:17
160:12,13
171:6

**hope** 139:12
141:9,12 178:6

**hopefully** 7:2
24:6 143:11

**hospital** 59:9
70:23 143:10
145:20 148:25
149:3 151:22
152:1,11,14

**hot** 209:18

**hotline**
152:22,25
153:20
155:2,5,25
156:13

**hour** 50:14
133:23 134:5
182:6 195:1

**hours** 16:9,10
23:3 37:19
100:7 112:8
144:7

**house** 47:3 50:8
51:13,16 74:8
77:18 87:20

89:6,18 99:17
133:14,15,17,1
8 149:21
158:16 167:1
196:12,17
216:23 219:15

**housekeeping**
97:11

**houses** 51:14
83:18,19 213:7

**How's** 215:23
216:3

**Hudson** 3:22
105:4,9,12
130:2 182:23
183:1,4,8
184:8,12,23,25
185:1,8,11,16,
25 186:8
201:24 202:5

**Hudson's** 183:11

**hungry** 212:2

**Hurd** 204:23
206:21 207:2

**H-U-R-D** 204:23

**hurt** 76:18,20
121:4 124:19
211:10

**hurting**
124:16,17

**husband** 11:14
12:13,22 16:18
29:17 34:20
35:4,14 36:19
37:19 51:3,6
60:12,13,19,23
61:2 74:16
75:11,12,14,18

,19,21 77:1
93:2,8 155:14
186:2 196:15
204:7 205:4

---

**I**

**I'd** 12:12 62:5
67:3 93:21
103:20 108:23
113:1 117:2
124:22
142:17,23
146:13 158:6
178:16
183:5,23

**ID** 18:22

**idea** 12:9 21:18
22:6 41:1
44:13 45:16
139:22,25
145:1 164:6
178:19
207:16,18,23

**Identification**
24:9 31:2
36:16 46:3
59:1 82:10
115:8 122:17
132:11 138:11
140:23 143:7
161:10 165:11
166:18 170:16
173:11 176:9
179:4 188:6
191:1 196:11
197:23 202:1
217:8 226:10

**identified**
43:15 44:3
59:4 75:17

95:24 180:23
224:13

**identifies**
92:20 198:24

**identify** 78:11
91:8,13,14
95:4,16 97:12
154:24 168:3

**identifying**
180:13

**II** 2:13,22

**I'll** 7:4,6
23:20 58:22
82:2 92:20
113:2,5 114:25
138:6 148:13
210:10

**illness** 3:21
50:7 144:3

**I'm** 7:3,19
8:8,19 9:11
10:4 11:6
12:4,16,19
15:7,8
20:5,7,25
21:12 22:3
24:2,5 27:8
30:4,12 32:4
33:11,16 35:15
36:10 37:22
38:4 39:7
40:23 43:19
45:25 50:6,9
54:18 55:17
58:20,21 60:3
61:16,23
64:12,25 66:14
67:24 74:6
75:25 79:7

---



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

80:13 81:18,19
82:1 83:20
85:3,16,20
86:18 91:7,11
95:16 96:2,23
97:8 104:25
105:1,20
106:4,7,15
108:16,21
110:6,21
112:24 113:18
119:24 120:14
121:3,4 122:13
123:24 128:6
131:2,3 132:6
135:14 138:5
139:5 140:9,18
141:18,19
143:3 145:10
147:4 148:12
150:17,22
151:20 155:7
157:2,5 161:15
162:1 163:7,18
164:19
167:1,9,21
168:7
173:15,22
177:17 178:4,7
179:11
180:8,10 181:6
183:9,14,19,25
184:17 186:21
187:10
188:1,15,17,19
,20 189:13
190:23 191:2
193:24 198:9
201:16 202:20
204:15
208:17,25
209:24 210:10

212:2
214:21,22
218:19 219:13
220:16,21,23
223:22
224:2,3,4,5,15
,16,18,21,24,2
5

**imagine** 159:11
179:12

**immediately**
39:13

**impact**
35:16,20,23
36:2

**impaired** 131:14

**implies** 164:17

**important**
144:20
213:19,20

**impression**
83:24 84:2

**improperly**
125:3

**inability** 121:5

**inaccurate**
26:15

**inappropriate**
171:20 191:7,8

**inauthentic**
218:23

**Inc** 143:9

**incident**
3:5,6,7,20
33:14 36:14
39:11,14 41:16
43:21 45:12

46:12 49:6
104:12,15
122:1 155:13
204:13
220:12,13

**incidents** 43:7
80:3 119:11

**included** 143:11

**including**
143:16 186:18
190:4

**income** 19:6,20
89:2,5 145:13
148:4

**incompetent**
221:18
222:1,24 223:3

**incorrect** 92:24
135:24 198:22

**incorrectly**
125:19

**incurred** 188:9

**indeed** 217:12

**indelicate**
201:15

**independent**
118:5

**independently**
60:19

**INDEX** 3:1

**Indiana** 8:5
53:12

**indicate** 7:18
140:16 162:10

**indicates** 41:5
46:14 133:2

198:17

**indicating**
10:18

**indication**
133:21

**indulge** 7:13

**industry** 9:6

**inebriated**
51:20

**information**
40:24 41:2
65:9 80:11
144:12 147:9
150:15 151:17
154:12,14,17
156:1
171:11,16
174:25
176:15,20
183:3
184:2,5,15,23
187:11 190:1
215:4 216:18
217:1 224:16

**initially**
118:3,6,7
126:22
219:2,18,21

**injunction**
96:6,11,16

**injured** 123:10
204:8,9

**injuries** 204:9

**inpatient**
130:9,25 131:3

**insistent**
146:16



MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

**Inspector** 80:23
81:24

**instinct** 104:24

**insurance** 55:21
122:7
123:21,25
128:20 190:5

**intake** 65:6

**interaction**
214:15

**interactions**
74:2

**interested**
213:1 227:15

**interface** 38:10
113:13

**Internal** 19:4

**interrogatory**
224:14

**intertwined**
95:19

**interview**
184:25 185:1

**intimidating**
72:22

**intoxicated**
48:2 49:22

**intoxication**
49:25 135:6,17

**introduce** 5:6

**introduced** 99:5

**invade** 219:13

**investigators**
42:19

**invited** 174:21

213:22

**invoices** 189:2

**involved** 32:17
35:10 37:20
43:18 44:18
87:4 91:18
92:11 95:21
96:10 97:6,22
113:16 192:5
206:21 227:14

**involvement**
96:21

**involving** 24:4
25:25 155:14
173:1

**iPhone** 138:18
161:19

**Ira** 2:13,22

**irreconcilable**
28:22

**irregular**
180:25 181:2

**irregularity**
180:24

**irrelevant**
200:2

**IRS** 88:21 89:14

**isn't** 7:13
42:23 90:9
102:21 121:1
157:9 159:23
187:7

**issue** 130:7
222:23

**issued** 17:24
18:1 96:12

132:7

**issues** 26:17
30:1 155:23
162:24
163:1,12,13
167:23

**it'd** 104:8,9
149:11

**item** 24:14
25:9,24 26:19
27:11 55:15
56:3,6,20
57:16 58:1
122:2 190:16

**items** 93:19

**it'll** 7:9 178:5

**I've** 6:1,2
13:4,12 30:23
54:22 56:18
104:23 112:19
123:18 124:25
125:3,5,7
140:8 143:11
153:6 154:6
158:19 164:16
168:13 169:22
193:9 201:24
208:17,18
209:22,23,24
211:20
218:10,12
219:22,23

---

J

**Jackson** 213:17

**Jacksonville**
61:16 63:7,8
102:7
194:15,17,20,2

5 195:24 196:4
197:11 199:7

**jail** 48:14
193:16

**Jamie** 71:15,25
72:2,4,9

**January** 138:25
139:9

**Jefferson** 2:6

**Jenny**
107:12,16,18

**Jess**
33:15,17,18
45:3,8

**Jessica**
33:22,24
34:2,5

**Jim**
60:4,5,10,17
63:19 182:25

**Jimmy** 53:10

**Jo** 21:1 164:11
165:10,13,16
166:4 184:17
211:9 212:9,24
213:14

**job** 88:14
176:17 182:11
223:12,14,16

**jobs** 182:10

**John** 3:21 105:4
132:16

**Johnny** 53:2,3

**joint** 71:11

**jointly** 71:4



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

joke 216:3

Jorge 11:13
47:15 74:17
77:14

Jorge's 20:21
78:16 79:3
80:2

Jo's 213:5,24

Josey 216:5

JP 93:5 94:24

JPMorgan 93:1

judge 125:6
127:15,16,18
182:10 199:22

judgment 57:14
87:16,22

July 15:1 46:16
50:21,24 51:1

jumbled 121:16

jumps 167:22

June 25:1
167:22

justify 211:19

_____

K

Karen
53:18,20,21,25
80:25
81:1,4,8,11,15
,22

K-A-R-E-N 53:23

keen 8:12

Keith 94:4

Kelly 25:13

Kenneth 26:25

Kevin 26:10
67:1,2

key 16:14

kick 69:25

kid 9:11

kids 214:5

kill 40:17

killing 150:19

Kings
59:15,16,17

kissy
175:9,10,15

Klein 64:5,7
182:25 189:7
190:19
191:20,23,24
192:3 195:6,9
198:6

Klein's 197:20

knew 12:25
72:1,3,4 86:23
90:24 101:19
106:16,24
107:1 116:6
162:14
196:17,18
209:25 210:4
212:3

knowledge 18:23
22:1 83:20
113:22,23
117:25 118:2
174:15 180:16
183:16 184:8
192:18 215:14

known 13:4

_____

L

labor 65:23

ladies 211:22

lady 89:12,14

Lake 90:8

Lakeland 8:12
52:15,16
68:22,23,24
71:23

Landy 55:19
122:4,24

Landys 122:15

language 160:19
165:4 191:8

Lanier
60:4,5,7,11,13
,17,21,24 61:2
63:19 182:25
186:12,15

large 40:16
227:7

last 12:8
15:18,24
18:2,25
19:6,15,17
20:18 21:7
28:11 34:4
49:19 58:24
59:18 64:7
79:20 105:3,7
106:3 111:9,14
113:11 132:15
137:6 139:11
144:7 145:4,13
147:6,15
153:10,18
155:4

173:21,25
174:4,9,18
186:17,20
198:24 201:7

lately 110:6

later 21:16
156:23

law 3:11 26:17
46:24 74:25
75:5

lawsuit 55:18
93:4,13 94:25
122:8,14 147:9
157:22 204:13
208:21

lawsuits 93:16
208:10

lawyer
21:13,17,19
56:9
103:5,6,17,23
132:19

lawyers 94:16
223:8

laying 75:5

layman's 121:2

learn 28:22

learned 167:4

learning 77:9

least 27:20
71:13 78:11
149:23 176:19
180:20

leave 38:1,5
41:21 101:6
119:25 158:5



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

210:21

**leaving** 38:2
39:20 41:21
68:16 139:12
167:1

**led** 37:3

**left-hand** 138:8
161:9 165:20
166:21 170:19

**legal** 7:23
22:18 30:1
55:13 135:5,17
212:22

**legally** 22:15

**legitimate**
140:17

**length** 46:23
70:24

**less** 46:9 84:10
90:3 216:1

**Lesson** 167:4

**let's** 24:14
31:4 37:6 44:2
45:24 55:9
64:17 81:25
83:1 92:19
95:11 114:9
119:21 138:8
139:8 160:16
162:22 164:14
190:16 197:12
204:3

**letter** 95:11
190:24
191:4,11,17
204:17

**level** 135:5

137:5,7

**liaisons** 157:23
158:15,24

**license**
17:20,23,24
18:6,21 20:8
136:16,18,24
137:15

**lied** 209:22

**lien** 17:15

**liens** 88:24,25
89:8,17

**life** 70:4
102:25 105:14
150:25 158:7
163:15 178:20
209:21 211:2

**Lifestyle** 55:25
94:2

**lifetime** 129:3

**lift** 76:10

**likewise** 14:22

**Lincoln** 17:4

**Linda** 153:7,9
154:4 157:17

**Linda's**
153:8,13

**line** 154:18
162:23

**line-item** 189:3

**lines** 169:14

**linkage** 28:15

**lip** 203:11

**list** 23:16

56:3,20 188:13

**listed** 55:16
56:6 65:9
93:19 141:3
199:9

**listen** 51:11
119:22

**listening**
79:6,9,25

**lists** 31:16

**litigation** 3:4
24:4,7 55:10
92:8,12,17
93:17
96:17,19,22,25
97:1 123:12
187:19 199:22
200:1 204:12
206:24 220:5

**little** 23:17
29:25 101:1
129:18 139:18
141:10,20,21
160:20 161:1
162:24
163:4,5,6
164:8,10,11,17
165:3,6 168:9
175:18 178:4
211:3 213:25
222:4

**live** 10:9,12,22
11:3,12 21:8
34:2
44:12,14,16
52:14,20,24
53:3,7,11,13,1
7,25 54:8,10
90:7 106:14

149:13,20
166:5 213:8
221:12

**lived** 10:14
45:8,9 90:8
101:12,14,20
102:25 106:17
149:18 222:25

**lives** 14:13
102:23 213:9

**living** 13:9,23
14:12 22:9
29:17 31:6
69:16 75:3
86:22 102:4
147:16 149:17
208:1

**located** 63:6
85:14

**location** 13:10

**log** 154:19,23

**long** 6:20 7:13
10:14 14:14
59:16 60:5
61:19 70:17
76:12 111:11
112:5 117:6
128:25 130:23
172:19 182:5
183:5,10
190:20 200:11
217:12 220:4

**longer** 191:5

**Longwood** 149:21

**lose** 57:10 66:7
158:6

**loser**
118:16,17,18,2



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

4 119:25
209:24 210:8

**losing** 57:9
163:7 178:13

**Lost** 65:24

**lot** 8:15
13:1,12 16:23
86:23 88:6,9
90:24 91:1
92:12,17 93:17
94:15 96:25
97:1 114:23
149:15 159:10
160:14
162:6,13 169:9
175:7 181:1
203:19,20
217:11

**love** 139:13
141:3 159:11
167:3 169:21
175:19 177:5
178:9,20 212:1

**loved** 98:13
178:16 211:11
213:3

**loving** 67:12

**lower** 64:19

**lunch** 7:14,16
129:9,15
147:10

**Lyft** 76:4,6

———————
M
———————
**ma'am** 7:24 11:3
23:9 34:24
36:11 45:25
58:20,22 66:4

73:17 76:17
80:5 81:25
94:11 97:6,22
99:21 100:18
103:17,22
107:25 109:25
111:22 115:5
120:7 122:14
125:11
131:4,17,21
132:6 138:5
140:20 142:25
143:3 148:24
153:23 154:15
157:8,22 162:9
165:8 166:14
167:23 168:12
169:1 170:12
173:7 176:6
178:11,23
181:14 187:17
190:22 191:13
196:6 198:15
199:20 201:12
204:2 207:4
208:22 210:20
214:22 216:7
217:4 221:4
223:6

**mad** 68:7

**mail** 162:2

**mails** 200:24

**main** 84:7
212:17

**maintaining**
134:11

**M-A-I-S-A**
111:22

**Maisano** 111:22

112:1,18,23
113:9,11,17,21
182:24

**male** 47:20

**man** 12:20 33:20
47:17
69:15,19,20
83:14
85:12,13,14
87:1,5 89:22
90:20 98:15,16
102:12 103:14
130:22
211:6,22

**Management**
55:25

**manager**
69:18,21

**Mandarin** 102:9

**manner** 169:5

**man's** 15:16
178:4

**manually** 143:14

**manuscript**
121:9

**Map.pamgo@gmail**
216:10

**March** 1:16 3:19
4:5 118:19
165:19 166:9
190:24 227:17

**Marisol** 15:12

**marital** 40:15
185:9 186:9

**mark** 23:17,20
30:22 36:11
45:24 82:1

115:5 122:13
138:6 140:20
143:3 165:9
166:14 170:12
173:3,7 176:6
187:18 190:22
196:6 197:18
201:22 217:4

**marked** 24:3,9
30:24 31:2
36:16 45:25
46:3 58:21
59:1 82:10
115:8 122:17
132:6,11
138:11 140:23
143:7 161:10
165:11 166:18
170:16 173:11
176:9 179:4
188:6 191:1
196:11 197:23
202:1 217:8

**market**
88:2,10,12
89:6

**marriage** 20:17
21:10,14,21,22
25:5
207:12,15,19
208:1,4

**marriages** 28:16
207:11

**married** 10:7
11:21 13:16
18:4 19:23
21:3,6,12 23:9
24:12,25 26:9
28:18,20,21
29:5,8,16,17,2



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

1 40:4
66:23,25 67:7
90:2 92:5 98:4
99:8,10 105:14
213:15,21

**marry** 67:2
97:25
98:7,10,12

**Marshall** 24:25
26:11 29:9
67:1,2

**Mary** 9:24 20:25
21:1 43:17
45:4,8 164:11
165:10,13,16
166:4 184:17
211:9 212:8,24
213:5,14,24

**Mary's** 51:15
213:18

**Mascia**
219:19,20,25
223:20,24

**M-A-S-C-I-A**
219:25 223:24

**mask** 214:8

**Master** 9:7,9,15

**materials** 81:25
224:6

**math** 24:11

**Mathew** 3:4

**Mathews** 1:7,15
2:3 3:8,17 4:3
5:2,3,12,15,23
9:18,24 52:23
53:12,16,18
54:3,4,7,10

55:10 94:7,8
108:17
122:4,21
132:10 138:9
187:13 188:3
204:18

**matrimonial**
30:2 186:16

**matter** 5:3
204:8

**matters** 55:13
88:20 92:20,21

**Matthew** 24:2

**may** 3:22 4:10
5:20 23:16
40:17 50:4
83:22 84:25
129:2 132:22
133:3 140:21
142:6 144:25
145:18 146:6
149:2,17
150:16 151:10
160:17 217:6
224:9

**maybe** 15:1
16:23 32:3
64:14 70:3
71:9,19 80:15
86:18 101:3
112:8 168:16
180:17 184:13

**McCormick** 1:17
4:8 226:16
227:6,23

**Md** 3:22

**mean** 29:19 37:4
43:18 56:18

64:9 78:9
80:17 83:9
91:17 96:5
97:2 99:8
100:13 101:18
104:22 108:23
110:6 111:2
116:10 118:7
119:10 120:5
123:21 129:3
139:6,16
140:10 147:14
159:16 160:9
163:21 176:23
178:13 189:13
193:13 198:9
200:4 211:10
212:11
221:4,18
224:10

**means** 104:23
156:3 164:2

**meant** 125:15

**medical** 3:13
63:15 65:19
76:22 143:4
144:13,15
150:16,21
151:1,10
182:18 183:25
188:9 191:6
193:3 201:19
203:18 204:11
211:2 223:1

**Medicare**
128:9,19,20,21
181:16,21,24

**Medicare's**
181:19

**medication**
191:20 192:6
195:14
196:9,14,23

**medications**
35:16 151:14
194:14,17

**medicine** 193:17
199:12

**meet** 11:25
13:3,8,17 81:4
98:24 99:3
176:13 184:9
185:3

**meeting** 73:11
181:3 217:13

**meetings**
144:20,22
145:17,25
146:2

**memory** 30:22
35:17,20,23

**memory's** 104:19
142:25

**men** 29:3,22,23
71:24 201:13
215:20,21
216:1

**mental** 50:7
63:16
124:3,6,8,11,1
4,20 158:5
207:5 208:8,14

**mentioned** 71:25
165:20 173:18

**message**
3:12,13,14,15,
16 139:21,23



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

140:16 141:8
163:5 166:8
167:24
175:22,24
176:18 178:25

**messages**
110:4,9,10,13,
14 140:9
160:16 161:7
166:15
168:12,20
180:25 181:2

**messaging**
165:24

**met** 6:1 12:25
13:6,19 15:9
22:1 29:6,9
87:10 88:9
98:25 112:1
200:5 210:24
211:6
212:13,20
213:24 217:12

**Methodist** 102:9

**Michigan** 53:8

**middle** 1:2 5:4
31:8 139:8
145:14 161:19
166:22 168:17

**might've** 97:18

**miles** 133:23
134:5

**million** 86:3,14
209:7,11,14

**mind** 177:1
181:10

**mine** 65:17 79:8

141:10 168:6

**mine's** 217:23

**minister**
8:18,22 20:11
102:5,6 103:6

**minute** 73:23
163:22 195:14

**minutes** 71:9,14
182:6 211:25

**mis** 222:19

**miscalculated**
39:9

**miscarriage**
221:17

**miscarriages**
221:16,22
222:11,17,21

**miscarried**
222:22

**misdeeds** 215:15

**miss** 139:5,14
179:2,25 191:3

**MKX** 17:9

**Mobile** 78:4

**modification**
125:21

**mom** 20:21
45:9,11 108:23
149:12,15
152:1,4,5

**Mommy** 160:13

**mom's** 213:19

**money** 37:20
40:16 81:13
83:10 86:10,23

88:6,9,11
89:22,24
90:16,17,25
91:1,3,5,10,15
,16 98:14,15
103:14
116:15,18,19,2
0 146:15
147:19 158:16
210:17,18
211:4,6,18
212:3

**mono** 202:13

**month** 128:8
147:14
150:11,19

**months**
59:2,18,19
60:6
64:8,9,13,14
70:19 71:19
92:5 95:9
131:7 136:12
203:7 211:16

**Morgan** 93:5
94:24

**morning** 5:23,24
16:25 59:4
139:10 141:9

**Morrison** 52:13

**Morse** 26:25

**mortgage** 87:25
93:3

**mother** 9:19,21
10:6,12,14,24
11:1 16:3,6
43:11 44:4
45:3 69:23

70:6
71:5,8,10,12
108:1,6,17
109:6 123:9,10
149:13
184:7,9,11,14,
22

**mother's** 15:19
16:12,14

**motor** 39:13,16
122:21 132:8

**motorcycles**
84:1

**motorist**
206:11,14

**move** 8:6,10
28:21,23

**moved** 8:11,21
12:17 28:8,19
68:21 208:2

**movie** 216:6

**moving** 183:6
212:14

**multiple** 29:12
47:3 48:3
112:7

**multiple-party**
172:23

**Murph**
12:3,5,6,10,14
,19 13:3,6,8

**Murph's** 12:8

**music** 119:22

**Mydayis** 195:17
196:2 199:16

**M-Y-D-A-Y-I-S**



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

195:20

**Myers** 52:25
55:2

**myself** 38:25
51:16 159:16
163:8 167:5
182:12 202:18
210:1 218:19

---

N

**N/A** 3:8

**N95** 214:7

**nail** 106:22

**nails** 106:11,20
173:16,19

**N-A-R** 198:12

**NarxCare**
198:10,11

**nature** 60:15

**NaxCare** 197:21
198:2,6

**Nazarene**
8:24,25

**nearby** 101:12

**necessary**
172:19 223:18

**negative** 73:9
119:16

**negligently**
122:23

**neighbor** 35:5

**neither** 73:13
87:24

**neurologist**
63:3,4,6,9

**neurology**
62:2,3 63:1

**Newport** 2:8

**News** 2:8

**nice** 6:3 88:23
89:12,15

**nicer** 211:7

**Nick** 94:3

**NICU** 70:17

**night** 15:18
48:12 139:11
144:7
149:23,24
155:6,8 168:8
209:17,18,19

**nights** 149:24

**nine** 95:9

**N-O** 111:23

**Nobody** 159:14

**non** 56:18 92:15
96:3

**non-compete**
95:1,5,9
96:1,2,5

**non-competes**
56:19 95:1

**none** 77:21,24
198:4 203:2,5

**nor** 87:24
227:14

**Norman** 26:6

**Notary** 4:9
226:17
227:6,24

**note** 77:12

114:20

**notes** 73:12,14
154:23

**nothing** 5:18
84:10 103:12
110:13
159:19,24
186:6 192:11
199:6 203:24
211:21

**noting** 139:21

**November** 21:7
137:16 178:24
179:18 181:22
182:1 206:21

**nullified**
218:22

**numerous** 51:4
55:13 99:21

---

O

**oath** 6:5 129:16
226:1

**object** 96:23
164:19

**obligated**
224:15

**obligation**
212:22

**obstetrician**
59:24

**obtain** 22:17

**obtained** 27:17

**obvious** 46:24
170:10

**obviously** 48:2

64:12 121:16
174:21,24
192:15 222:2

**occasion** 35:4
41:19 42:13
73:8 127:4
137:20 141:16
200:12

**occasions** 41:23
42:16 43:16
44:19 46:19
51:8 127:1

**occurred** 100:11
182:2

**occurrence**
42:24

**ocean** 133:19

**OCGA** 47:2

**October** 15:6
36:13 38:18
39:12 77:13
78:4 86:16
127:19,20,23
145:9 176:7
182:3

**odds** 222:7

**odor** 48:5

**offense** 47:1

**offer** 190:11

**offering** 24:5
175:25

**office** 3:5,6
19:12 32:23
36:13 115:21
117:21 146:23
154:18 157:11
197:20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**officer**
38:7,10,21
40:9,12,20
41:2,8,11
42:6,9 47:10
50:3,6,9,11
154:13

**officers** 35:13
37:15 47:6,12
74:25 75:7,13
77:6,7

**officer's** 38:13

**official** 182:21

**oh** 20:7 23:19
37:22 60:1,3
68:18 74:16
79:12 84:16
85:18 89:14
97:8,16 119:21
153:25 158:19
179:20 191:15
197:1 205:20
207:12 213:2

**okay** 6:7
7:10,11,18
8:17,25
9:14,25
10:6,22,24
12:24 14:22
16:8,11 17:11
19:20 20:7
21:8,16
23:4,13,24,25
24:10,14,19
25:9,18,21
26:8,17 27:16
28:11,14
29:11,25 30:21
31:8 32:15
33:8 34:4,24

35:22 36:11
37:25 38:12,21
40:3 41:5 42:6
43:10 45:11
46:5,19 47:25
49:6 50:2,11
51:25 52:22
53:1,5,9
54:2,6,14,20
55:4,18 56:12
58:13 59:19
60:7,19 61:19
62:23
64:17,23,24
65:2,18
68:13,19,25
72:6 73:17
74:2,3,13,24
77:3,17,25
78:25 79:14,22
81:22
82:12,15,16
83:19,21
84:12,24
85:22,25
87:11,22 90:7
91:16 92:7,25
93:14,15
97:16,19
102:20 105:19
106:9 107:9,25
111:14 113:2,6
114:3,7,11,21,
25 116:1
117:16 118:12
120:15,24
121:16 122:8
125:24
127:18,21
129:18 130:20
132:15 133:20
135:2,14

137:1,10 138:5
139:16 140:15
143:18 144:5
148:20 150:2
151:20 152:10
155:13
156:21,23
157:6,19,21
158:2 160:9,15
161:12 163:25
164:15,21,25
167:13,17
171:7 172:16
174:5,13,21
179:20,22,23
184:11 185:21
186:1,15
188:8,14
191:15
192:14,20,24
194:16 197:13
198:12 200:9
201:22
202:2,9,19
203:25 207:21
210:1 211:8
212:9 213:20
218:16
221:15,18
223:6 224:2

**old** 10:24
110:20,23,24,2
5 136:18,23
160:14 168:10

**older** 70:13

**ones** 58:22
110:20 186:1
216:11

**ongoing** 199:17

**open** 48:1

**operate** 9:15

**operating** 19:3
122:21

**opine** 208:13

**opinion** 88:13
111:25 112:11
141:20 158:10

**opposed** 79:3

**oral** 203:6

**Orange** 1:19
2:15 4:4 56:21
57:22
133:14,15
226:4 227:4

**order** 3:17
137:12 159:15
188:4 196:3
223:18

**ordering** 225:5

**ordinarily**
129:7

**organized**
217:23

**originally**
110:25

**Orlando** 1:3,21
2:17 3:13 4:5
5:4
13:12,13,14
14:19 19:13
20:2,6 64:6
81:3 101:15
106:15,17
108:1 109:7
142:12 143:9
146:22 149:14
189:9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Ormond 133:13

Osceola 3:5,6
  26:22 30:24
  32:22 36:12

others 69:2
  151:6

otherwise
  27:12,13 47:20
  77:6,7

ours 12:1

Outlaw 216:5

outlook 208:14

outpatient
  131:2

outset 46:6

outside 119:22

outstanding
  88:25

overnight 22:18

overview 187:13

owed 89:5
  189:17

owned 133:16

owner 11:16
  22:18 204:22

owns 10:18 17:5

——————
      P
——————
p.m 163:5
  167:24 169:6
  170:23
  178:1,25
  179:18 181:5
  225:7

PA 1:18 2:14

4:4

Padgett 90:8

page 3:1,4
  26:19 31:8
  32:16 34:15
  36:25 37:6
  46:14 50:16,23
  55:16 56:6
  65:5,9 77:11
  82:5,7,12
  108:19 117:3
  120:14 122:19
  132:15 133:20
  134:24 137:4
  138:9 139:8
  143:11,14,16,1
  7,24,25 148:12
  150:1,3
  151:13,15,21
  152:17
  161:18,20
  165:25
  166:22,25
  167:21
  169:18,21
  172:1 177:25
  179:1 181:4,10
  187:23
  198:8,15,24
  201:25 202:3
  204:16
  206:2,16

pages 64:18
  143:11,20

pagination 65:1
  82:4

paid 19:20
  81:13 89:7,18
  91:24 113:9
  162:15 189:18

190:5

pain 69:11,13
  120:17,21
  121:4 123:17
  124:3,14,20

Pam 77:13 138:9
  187:13 188:3

Pamela 1:7,15
  2:3 3:8,17,20
  4:3 5:2,3,15
  7:25 24:15
  26:19 31:12
  37:9,18,25
  39:2 40:3,5,14
  41:14 47:14,19
  48:1 122:20
  132:9 191:3

panic 50:1

panties 163:23
  164:14 211:12
  213:2

paper 201:24

papers 126:16

paperwork 25:2
  67:4 116:11
  145:6

Paradise 141:12
  142:1,2,9,11

paragraph 37:7
  95:25
  120:10,14
  122:19 125:2
  134:24 144:2
  188:8 202:3
  217:10

Paralegal 2:22

pardon 116:25

164:16,22

parent 213:4

parents 73:10

park 13:24 75:3
  98:25 105:10
  130:19
  142:10,17

parking 16:23

participant
  81:20 159:8,21

participants
  160:1

participate
  42:15,17
  157:25 158:15
  173:2

participating
  172:23

particular 35:4
  44:23 162:10
  169:18,21
  174:14 191:19
  192:7 202:14

parties 47:2
  227:13

partners 29:12

part-time
  101:18

party 81:13
  93:4

Pasco 26:3
  90:10,12

passed 10:1,10

passenger 39:4

passing 10:7

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

**passwords**
162:15

**past** 34:25 35:2
40:6 41:15
60:18 110:6
147:20
150:11,18
212:20

**pastor** 102:11
104:3 213:17

**patient**
144:6,18 150:7
151:17 152:18
183:22

**patient's** 206:3

**Patricia** 111:22
182:24 208:18

**patrol** 33:9
47:5 131:22
132:25

**Patten** 2:5 5:8

**Patton** 52:19

**Paul**
219:18,20,25
223:23

**Paula**
44:11,12,14,16
,18 52:19,20

**pawn** 85:6

**pay** 81:12 87:25
88:4 89:1
147:25

**payment** 147:11

**payments** 128:25

**PCP** 190:18

**Peggy** 52:13,14

**pending** 5:3
7:14 48:19

**people** 9:12
43:15,25 44:3
45:22 55:19,20
63:18,24,25
71:15
79:5,8,10
81:13 84:8,9
90:18 101:24
102:3 103:13
189:7

**per** 133:23

**percent** 128:5
167:2,6 169:10

**period** 23:1
70:18

**permission**
22:7,17

**person** 28:8
48:6 62:13,24
85:5,7,8,10
91:8 104:25
112:2 155:20
169:16 182:10
210:16 211:7

**personal** 78:15
99:11 104:7,8
105:14,17,19
107:4
110:17,19
221:4

**personally** 6:1
48:11 74:12
121:9 162:5
185:1 218:19
226:7

**persons** 151:25

**person's** 62:15

**petitioner**
133:22
137:6,13

**petitioner's**
134:9

**Petraeus**
200:3,9,13,15,
19,23 201:4,8

**Petre** 20:13,16
22:25 23:1

**P-E-T-R-E**
20:13,17

**pharmacies**
198:25

**pharmacist**
196:4

**pharmacy** 3:20
194:12,22

**phase** 213:19

**Phil** 196:3

**Phillips** 143:10

**phone**
31:16,19,21,24
32:2
78:1,6,7,14,15
,16,17,23
79:1,3,25 81:6
107:4
110:13,14,18,1
9,23,24,25
111:5,9
112:3,6 113:21
117:3,4,9
138:22 140:25
141:1,5 154:18

155:20
156:8,13 161:9
162:14,15
165:20 169:1
171:9,12,15,17
173:23 174:10
176:16 185:6
200:10,17

**phonetic** 6:17
7:25 13:7
25:10,14,25
55:19 58:24
60:4 89:10
94:4 98:17
122:4 146:8
200:3

**photo** 172:2

**phrase** 139:16
165:2

**physical** 123:17
124:3 188:10

**physically**
30:6,10 33:8
72:17
100:1,3,5
158:4

**Physicians** 3:18

**pick** 76:2 109:4

**pickup** 3:20

**picture**
179:9,14

**pills** 69:11,13

**pistol** 73:21
74:9 75:17

**places** 99:21

**plaintiff** 1:8
2:3 5:7,9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

24:22 25:21
27:2,6,9,12,14
,19 93:20
94:10 122:20

**played** 160:15

**please** 5:5,12
7:17,24 8:2
9:23 11:5
15:11,16 20:24
23:18 30:23
37:7 45:25
61:9 65:5
77:11 82:1
95:12 115:7
137:24 143:21
148:14 156:21
163:8 171:2
172:7
174:3,8,12
177:18 191:3
197:19 201:15
204:4

**plenty** 116:19

**plus** 10:16
63:21 153:22

**point** 10:1
11:20 14:3
64:1 84:7 86:7
89:16 98:6,9
100:3 109:23
206:7 225:1

**pointing** 44:24

**police** 3:7,19
30:9,11,13,15
34:11 35:13
38:7,10,12,21
39:24
40:1,9,12,20
41:2,7,11

42:23
43:2,4,12,15,2
0,25 44:19
45:22
46:1,2,15,20
47:5
50:3,6,9,11
51:4,7
75:7,13,20
77:6,7 88:18
104:11,16
154:13 155:6,8
185:11,16,18,1
9,24 187:2
193:18 194:4,6
196:7,8,20
197:3 215:13

**Polk** 25:11
57:17 96:13,14
208:5

**Porsches** 83:25

**Port** 133:14,15
213:9

**portion** 190:5

**portray**
49:12,16,18
159:7

**portrayed** 49:7

**position** 102:10

**possession**
187:1

**possibly** 41:4
42:3 78:13
148:11 151:3
184:17 210:17

**posted** 170:23

**poured** 131:19

**powerful** 103:14

**practice** 61:12
183:11

**practitioner**
183:17

**preacher** 9:2,3
68:7

**precise** 190:8

**preemies**
214:6,10

**pregnancy** 67:8

**pregnant** 65:22
66:4 67:11
69:15,20 72:11

**premarital**
22:22

**premature** 70:15
71:2

**prematurely**
70:11,21

**prepared** 24:4
150:24

**prescribe** 195:6

**prescribed**
151:15

**prescribes**
195:21

**prescription**
194:7 195:13
196:14,21
197:2
199:11,14

**prescriptions**
195:9,12
198:18

**powerful** 103:14

**present** 2:21
144:3 182:13

**presently** 199:2

**press** 215:18

**pressing** 47:6

**presumably**
144:12 189:22

**presume** 20:8
49:25

**pretend** 209:9

**pretty** 35:1
163:17 168:7
178:7

**prevent** 38:2

**prevented** 41:21

**previous** 19:14

**Previously**
131:8

**price** 209:2,4,5

**primary**
59:21,25 60:1
191:5

**printing** 180:18

**prior** 8:20 9:3
15:5,9 24:7
32:5 46:16
49:18 51:13
87:4 88:18
92:8,12 133:23
181:2 183:4,10
185:8,11
186:2,8
207:10,15
208:8,10
211:25 216:11
220:5



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

**prisoner** 194:11

**private** 153:18

**privilege**
137:12 219:14

**privileged**
220:18

**privileges**
132:9 136:1

**probably** 13:4
86:20 90:17
149:23 197:7
223:20

**problem** 50:4
130:6 191:21
192:2,4

**problems** 40:15
120:2

**Procedure** 4:8

**proceeding**
223:7 227:9,10

**PROCEEDINGS** 3:2
5:1

**process** 28:25
35:10 96:18,20

**produce** 110:10
113:1 191:13

**produced** 58:24
110:8 113:3
201:1 226:10

**professional**
105:21 193:2
223:7

**professionals**
166:4 187:11

**program**
153:4,14,18

155:11 157:12

**Progressive**
124:1 204:18
207:2

**prompted** 51:7
125:17,18

**prompts** 172:11

**pronounce**
130:24

**pronunciation**
26:1

**proof** 215:12
216:19 218:3

**properly** 121:6

**property** 87:25

**propounded**
224:20

**prorated** 147:17

**prosecution**
42:16

**prostitutes**
157:24

**protagonist**
27:18

**protect** 11:8

**protected** 11:7

**prove** 57:11

**provide** 7:20
191:6

**provided** 3:21
137:8 144:12
150:15 157:1
184:15

**provider**
31:21,24 32:2

78:23 191:9

**providers** 32:7
63:16 191:5
224:13

**providing** 65:8
202:5

**PS** 163:5 166:3
169:7

**psychiatric**
208:7

**psychiatrist**
59:22 61:24
62:10,11,12
130:15

**Psychiatry**
130:19

**psychological**
182:18 188:10

**psychologist**
62:9

**PTSD** 35:24
49:17
120:5,10,18,24
121:1,5 125:12
182:21 210:23
217:11,12,13
218:2 219:16

**public** 4:9 24:5
26:9 56:11
90:1 226:17
227:7,24

**Publix**
194:15,19
195:24 197:10
198:25 199:1

**Puerto** 12:15,17

**pulled** 39:3

**pulling** 37:13

**purported**
117:23 119:6

**purpose** 109:13
210:25

**pursuant** 4:7

**pursued** 130:25

———————

Q

**qualifies**
127:17

**qualify** 182:11

**quarter** 165:24

**question**
7:6,8,13,17,19
,20,21 68:10
74:5 90:19
125:11 137:5
140:2,15
150:7,18
154:22 164:16
167:19 184:1
185:3 188:22
205:18 209:10

**questionnaire**
65:6

**questions** 7:3
183:22 224:17

**quick** 52:1
192:5

**quit** 88:14

**quite** 91:14,16
131:4

———————

R

**Rae** 7:25 31:12
132:9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

**raise** 5:13
  147:17

**ran** 88:22

**Randy** 54:7,10

**range** 142:12

**rarely** 203:7,8

**rate** 123:4
  135:17

**rather** 210:15

**Rating** 150:5

**rattling** 189:23

**re** 215:18

**reaching** 172:5

**react** 130:6

**reaction** 67:10

**readout** 189:17

**real** 192:5
  215:3

**reality** 50:3

**realize** 169:19

**realized** 213:2
  217:12

**really** 6:25
  8:11 9:16
  80:12 84:13
  90:22 101:19
  105:21 106:7
  116:8 118:22
  129:23 130:23
  142:23,24
  149:4,20 167:7
  169:8 181:25
  183:19 202:25
  212:17,18
  213:1 214:22

  222:23

**rear** 121:24
  123:16
  124:6,9,15

**rear-end** 205:9

**rear-ender**
  205:3

**reason** 26:14
  34:12 35:3
  37:23 38:16
  40:11 43:1
  49:11 51:11
  75:16 92:23
  133:5 135:23
  149:16,22
  161:12 162:2,5
  179:8 181:23
  195:2 198:21
  212:3 223:2

**recall** 15:1
  25:16,17
  26:6,25 29:10
  30:15,17,20
  32:3,9,22,25
  33:4,14
  34:10,14,18,22
  35:3
  37:2,12,13,15,
  16 39:6,8
  40:9,18,19
  41:16,17 42:12
  43:8,22
  46:12,16
  47:7,9,21
  48:9,11 54:16
  56:1,17,20,24
  57:3,8,9,13,22
  ,24 62:1 64:11
  65:8 66:2
  67:14

  68:3,6,10,16
  70:5
  71:10,11,13
  72:12,16,24
  75:1,2,3,4,7
  81:9 85:8
  86:1,2 99:2,23
  104:13,15
  109:20,22
  111:13,15,19,2
  1 112:24
  113:10,12,18
  115:24 117:24
  118:13,22
  119:7,8,10,12
  124:13 131:21
  132:1,24
  133:7,12
  134:12,14,16,2
  5 139:22 140:3
  141:25 144:24
  145:7,8,24
  146:4 148:24
  149:2 155:3
  159:25
  161:2,25
  162:1,17
  163:1,3,11,13,
  14 166:10,11
  168:1 169:3
  171:20 175:23
  177:11 178:12
  182:6 186:4
  187:5,7,8
  188:20,24
  189:1
  193:18,23,25
  194:1,3,10
  197:5 200:11
  204:5
  205:12,13
  207:8

  208:9,12,13
  216:2 219:7
  220:25 221:1
  222:12

**receive** 128:3
  190:9

**received** 128:16
  143:5 197:20
  201:24

**recently** 21:4
  55:15

**reckless** 132:22

**recognize**
  115:6,10
  138:21
  187:19,21
  188:25

**recognized**
  172:2

**recoil** 28:9

**recollect**
  139:25

**recollection**
  8:12 25:3,4
  26:11,12 33:2
  34:25 35:2
  104:18 134:1
  136:16 142:19

**recollective**
  145:16

**recommended**
  130:12,14
  205:13,18

**record** 5:6
  11:9,10 20:23
  51:14 52:6,7,9
  80:22 114:10



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

129:12,13
145:2
153:23,24
154:21 157:5
197:15,16
204:11 224:3,8
225:3 227:10

**recording** 210:2
215:3

**recordings**
214:14

**records** 3:13
9:25 10:17
18:13 21:16
24:5 26:9
56:11 67:19
76:22 78:1,7
104:16 128:15
186:21
201:19,23
203:18 224:4

**recovery** 9:12
123:14

**redacted** 46:7

**refer** 21:17
60:10 64:25
160:19
165:10,12

**reference** 50:17
65:19 76:23
97:14 132:16
199:25

**referenced** 58:1
122:2

**references**
24:15 25:10
36:14,23 41:10
117:3 119:16

122:8

**referencing**
124:24

**referral** 105:23

**referrals** 63:21

**referred**
164:8,22
165:4,5

**referring** 63:12
79:10 111:4
121:20 126:10
146:18 165:14
223:19 224:18

**refers** 31:12

**refile** 126:20

**refiled** 56:17

**refilled** 194:7
196:21 197:3,9

**reflect**
38:13,17 67:19
201:20 215:4

**reframe** 208:24

**refresh** 30:22
33:1 134:1
136:15 142:19

**refused** 191:20

**regarded** 22:14
118:23

**regarding** 21:14
184:15 221:25

**Regional** 189:9

**registered**
17:16
18:8,11,14,16,
20

**regularity**
131:11

**reinstated**
136:17

**related** 120:22
155:13 159:25
227:13

**relating** 186:2
196:9 204:12

**relation** 9:1
13:17 23:5
43:20 51:4
127:6 132:9
147:20 197:3

**relations**
176:4,5

**relationship**
14:15 36:24
55:4
58:10,13,16
60:15 83:8
89:21 90:20
91:9 98:6,9,21
99:11
102:15,17
103:2
105:13,17,18,2
1,23 107:20
152:9 199:17
212:6 213:16

**relationships**
32:19 87:4
167:14

**relative** 30:15
84:5 118:9
141:18

**release** 207:1

**relied** 184:2,6

**relocated** 8:15

**rely** 180:6,9,10

**remain** 128:25
136:1

**remained** 137:15

**remember** 6:25
13:11 25:8
30:19 35:8
36:2,9 38:3,4
57:5 64:15
71:22 73:5,7,9
84:14 85:2,4
86:3 104:25
116:14 126:12
142:2,5,21,23
145:3
146:5,9,23
152:13 160:25
170:24
172:5,9,11,13,
22 179:5
189:4,24
190:14 204:25
205:1 207:22
216:3

**remembering**
73:3

**removal** 93:24

**remove** 51:16

**removed** 57:2,6
58:3

**rents** 174:16

**repeated** 48:3

**repeatedly**
218:9

**replaced** 136:20

**report** 3:10,20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

30:10,24 34:16
36:12 37:3
38:13,17
40:3,6,14
41:3,5,9 44:24
46:1,14,22
47:14,25 49:18
80:5
112:13,14,17,1
9,21,25 113:25
134:8 157:16
185:19,24
193:2,18
194:4,6
196:7,20
197:4,21
198:3,6,10,16,
18 227:8

**reported** 41:16
43:6 94:13

**reporter** 1:17
4:9
5:2,12,14,15,2
0 7:9 17:22
23:19,21,23
52:5,8 58:19
74:22 97:14,17
106:6
114:5,8,11,14,
16,21,25 115:3
129:11 137:25
138:2 161:5
166:13 195:19
197:14 217:3
225:2,5 226:17
227:6,24

**reports** 88:18
185:12,16,18
186:18 187:2,3
215:13

**represent** 57:6
58:22 82:2
92:20 138:6

**represented**
6:22 23:14
25:6,13
26:5,24
55:12,15,24
56:5 57:24
58:7 93:6,8
94:18 116:2
126:6,15 220:7
223:8

**Republican**
18:14,16

**required** 22:20

**reside** 14:20

**residence** 13:25
15:2 22:5,13
46:15 101:6
194:25

**residences**
149:19

**resort** 19:25
20:2,3,6

**resources** 47:4
87:2,5,6,7,8
90:21,23

**respect** 119:11

**respectfully**
157:9

**respond** 47:6
200:23

**responds**
177:4,22

**response** 3:17
34:8 177:7

188:4 191:12
201:5

**responses** 151:7

**responsive** 7:21
113:25 129:24
130:5 201:1
224:20

**rest** 93:15
158:7

**restaurant**
69:21

**restrained**
100:3,6,17

**result** 67:7
87:17 89:1
124:9,15 135:2
136:2 188:10
191:6

**resulted** 35:14

**results**
135:20,24

**resume** 143:22

**retain** 112:9

**retained** 112:11

**retaining**
208:13

**retire** 105:6
129:7

**retired** 105:5

**retroactive**
128:1 147:12
181:16,24

**retrospect**
223:1

**return**

19:1,6,19
145:4

**reveal** 74:2

**Revenue** 19:4

**reviewed** 10:1

**Richey** 213:9

**Ricks** 89:10,12

**Rico**
12:15,17,18

**rid** 212:15

**ridesharing**
76:1

**ridiculous**
92:18 209:20

**right-hand** 46:5
64:19 82:7
198:16

**ring** 31:1

**rings** 184:20

**rise** 43:16

**Road** 105:10
194:21,22

**Robert** 25:25

**Rolex**
84:8,10,11,12,
15,24

**romantic** 29:12

**romantically**
97:6,22

**Ron** 49:4
53:12,13

**Rule** 224:15

**rules** 4:7 7:1

**run** 178:9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

193:7,9

## S

safe 50:9
51:12,14,15

safety 104:8
132:8

said/she 214:23

Saint 51:15

sale 86:11
89:7,18

salon 174:14

sandwiches
129:10

Santine 3:20

Santini 7:25
8:1
11:13,14,18,20
,25 13:16
14:2,12
15:4,13
16:19,21 18:6
19:1,23
21:11,14,24
22:2,4,21 23:4
30:23 52:11
74:17 76:25
92:7 129:15
191:3 197:18

Santini's 15:9
76:18,20 77:3

sat 72:10

save 171:18

saw 10:17 17:19
18:13 26:9
39:25 60:8
64:7 88:18

105:7 111:9,14
183:5,6,8
185:19,20

Scale 150:5

scared 39:3,8
103:20 205:25
206:1

scene 37:8,14

scheduled 61:23
206:3 219:5

school
66:12,19,20
68:4,16,20
69:1,7,11
71:20,21 72:2
80:2

schools 68:19

Scott 53:6

screen 191:21

seal 156:23
157:5

seat 210:6

second 3:9
34:13,15 37:7
44:2 54:24,25
82:3,13 126:19
127:3,10
135:19 161:18
172:1 187:23

secret 153:18

section 31:9
137:8 151:5
152:18

security 3:9
86:5 115:13
117:20,22
118:1 119:6

121:18 125:22
126:22 127:14
128:4 145:5
147:11 148:7
181:15 199:21

seeing 29:3,21
33:1 35:8 60:7
61:2,22
63:15,20,25
86:21 99:4
129:20 164:7
183:5 198:5
201:12,13

seek 96:10
208:21

seeking 192:6

seem 157:9
161:7 177:25

seemingly 166:3
167:1 169:7
175:17 178:25

seems 29:8
176:18 202:5

seen 6:2 49:9
60:5 61:19
62:1,5,13
63:4,22 82:18
112:17,19
123:18 124:25
125:8,9 132:13
143:5 159:5
191:13,19
217:6,9

Seibert
98:16,19,22,24
,25
99:3,6,12,16,1
9 101:17

104:12

seizing 75:8

seizures 193:1

selected 121:12

Selena 170:24
171:5,7,21,23
172:2,4

Selena's 171:11

self 151:23
152:8,9

sell 84:19,24
85:1,5

selling 86:8

Seminole 51:14
122:5,15,22
153:3,21
154:1,17
155:10,25
156:13
157:10,15,18
219:2

send 110:14,17
129:2 154:12
156:10
168:4,14
178:13 180:7
189:12

sending 139:24
140:2,11 166:8
167:24
169:12,13
175:22 176:19
177:10,15
178:11 179:5
180:4

Senior 55:25

sense 64:13



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

168:11 179:24
180:15,22

**sent** 140:5,8,13
148:3,6 154:16
161:13 162:6
168:7,16 170:4
172:20 179:7,9
191:15 200:21
214:17,18
215:7
216:22,25
218:4

**sentence** 37:8
137:6 144:5

**sentences** 48:4

**separate** 7:15
92:21 126:25
149:18

**separated** 21:24
29:17 87:21
172:18 208:2

**September** 196:8

**series** 7:3

**seriously** 40:17

**served** 96:2,5,6

**service** 19:4
47:7 76:1,10

**Services** 6:16
95:19

**session** 71:10

**sessions**
71:7,11 73:15

**settled** 58:5

**settlement**
91:20
206:17,20

**seven** 149:24

**several** 41:15
42:7,10 46:16
50:21 59:2
196:3
203:7,8,9
218:9

**Severity** 150:4

**sew** 222:5

**sex** 99:16
175:25 210:15

**sexual** 107:20
157:23
158:15,23
159:25 169:4
172:23
202:8,14,22
203:12,17,23,2
5

**sexually** 201:17

**SGPA** 191:5

**Shannon** 2:22

**share** 159:16
185:8,11
186:8,12,15

**shared** 185:14
186:10 187:3

**she'd** 108:9

**shells** 109:15

**shelter** 103:11
154:7
155:16,18

**shelters** 155:17

**Shelton**
190:16,17,20,2
4 193:2,5

**Sheriff** 3:5,6

**Sheriff's** 30:25
32:22 34:7
36:13 154:17
157:16

**she's** 96:24
102:20,25
163:14 165:6
172:15 174:17
176:1 177:8
213:20

**shoot**
109:9,18,21

**shop** 85:6

**shortly** 18:4
197:6

**shot** 109:16

**shoved** 209:23

**showed** 34:11
45:1 47:12
88:22
185:2,16,18,25

**showing** 45:25
157:8
196:12,17

**shows** 49:21
169:22 180:9

**shutting** 220:21

**siblings**
54:12,17

**sic** 187:18
197:21 218:1

**sick** 178:17
213:4

**sign** 188:16

**signature**

187:23,25
188:20,23,25

**signed** 112:23
216:25

**significance**
6:7 175:11

**significant**
65:12,18 72:13
92:8

**Silvania** 174:9

**S-I-L-V-A-N-I-A**
174:9

**simplex** 202:7
203:14,24

**simply** 75:19

**sincerely**
217:14

**single** 99:6,8
177:8 180:23

**sink** 100:7

**sinner** 181:6

**sir** 6:6,8,10,23
12:21 13:21
14:10 17:21
24:24 32:14
33:3 74:3
89:3,5
94:14,17,20,22
129:17 137:23
155:12 219:12

**sister** 43:11
44:8,10
45:3,10

**sisters** 52:12

**sit** 100:9
119:21



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

sitting 84:9
  215:6

situation 51:17
  107:15 184:16
  202:6 214:23

six 16:8 24:12
  51:8 64:13
  71:19 94:3
  112:8 184:13

sixth 69:13

size 164:22

skilled 208:23

skip
  79:15,16,22,24
  114:9,10,17
  180:20

skipped 3:8
  97:18 114:6,10
  115:1

Skip's 79:18,20

slapped 38:2,24

sleep
  139:11,17,19
  150:12

sleeping 16:23

slept 107:23
  209:18

slurred 47:18
  48:2 51:19
  134:10

slurring 49:22

smell 48:5

smiley 175:13

Smyrna 133:13
  179:10

sniffing 211:12

snuck 72:4,9

sobriety 134:12

so-called
  187:11

Social 3:9
  115:13
  117:20,22
  118:1 119:6
  121:18 125:22
  126:22 127:14
  128:4 145:5
  147:11 148:7
  181:15 199:20

sold 81:14
  84:18,19 86:9
  87:20,21 88:17

solemnly 5:16

somebody 44:1
  60:10 95:5
  99:7,9,10
  106:1 107:12
  111:24
  149:6,12
  159:12 161:15
  164:21 189:25
  204:22
  210:7,11,18

somebody's
  115:21

somehow 12:22

someone 176:19
  196:13

something's
  169:17

sometime 84:25

Somewhat 35:12

somewhere 18:2
  52:15 75:6
  105:10 128:11
  133:10 134:22
  148:8 201:16
  208:5

son 15:13 70:14
  76:18,20
  77:4,14
  102:4,15,17
  103:6 104:3
  213:16
  214:2,11
  221:16
  222:17,20,25

son's 80:2

sore 203:10,14

sores 203:6,8

sorry 8:8,19
  10:4 11:6
  12:4,16 15:7
  20:1,7,25 27:8
  30:4,12 33:16
  39:7 55:17
  60:3 61:16
  66:14 67:24
  78:19 79:7
  81:18
  85:3,16,20
  97:8,20 105:20
  110:21 114:21
  135:14
  139:5,10 146:4
  147:4 155:7
  161:15 175:20
  188:19 190:23
  193:24 198:9
  217:14 223:22

sound 181:8

187:12

sounds 163:16

source 184:3

sources 184:1

South 1:19 2:15
  3:18 4:4
  194:16

spaces 174:16

speak 28:13
  41:13 55:7
  80:24 98:3
  112:5 154:3
  200:9

speaking
  41:6,10 200:12

specialty 59:24
  183:12

specific 80:9

specifically
  95:16

specificity
  111:12

spectrum 54:22

speculated
  45:19

speech 47:18
  48:2 49:22
  51:19 134:10

speed 123:4

spell 59:12
  61:9 106:6
  195:18

spent 149:23
  168:8

spice 175:18



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

spin 210:9

Spivey 2:13,22
3:2 5:10,22,25
11:11
23:20,22,24
24:1 52:3,10
58:18 74:4
97:3,5,13,21
112:25
113:4,6,8
114:1,4,7,9,15
,18 115:2,4
129:14 132:4
137:24 138:1,4
143:17,19
148:19,21,23
156:23
157:2,4,7
161:4 166:12
173:4,6
197:12,17
198:11,14
204:1 217:2
220:23 221:3
224:12,23
225:4,6

spiveyw@gtlaw.c
om 2:19

spoke 28:11
34:4 38:21
46:23 58:25
81:6 113:11,20
139:5 147:6
154:5 155:19
192:3 220:21

spoken 112:3
200:7,15,17

spot 196:16

spouse 32:19,20

36:24

Sprint 32:6,7,8

spunky
165:5,6,7

stab 76:18
77:4,14

stack 204:4

staff 144:13,15
150:16,21
151:2,10
191:5,8

stairs
100:9,14,15

stamp 82:8

standing 44:20

stands 211:12

start 7:6 14:2
31:4 32:1
98:11 129:20
136:4,8

started 17:22
60:7 95:8
105:8 126:15
150:24 165:19
175:12

starting 5:6
173:9 198:15
220:17

starts 82:6

state 4:9 7:23
17:16,23 18:19
19:20,21 132:7
135:6,17 219:3
226:3,18
227:3,7

stated 37:25

39:2 40:14
47:15,16,19

statement 3:8
28:19 37:10
93:18
217:15,16

statements
35:13 85:23
86:1,2

STATES 1:1

Station
194:21,22
197:10 199:1

stature 84:11

status 21:10
83:7 84:6

Statutes 11:8
137:9

stay 14:16,19
15:2,18,22
22:8,19 26:17
70:17,23 77:18
100:15 108:9
144:19 146:16
178:15

stay-at-home
9:21

stayed 14:18
15:25 16:2,4,6
50:13 142:9
149:19

staying 22:4
45:7

stays 149:15

steered 116:16

Steve 71:16,25

72:1,9

STIPULATION 4:1

stock 86:4
88:2,10,12
89:25

Stockholm 35:24
49:17 158:12
210:22 211:17

stocks 88:14

Stokes 80:25
81:1,2,4,8,11,
15,22

stolen
196:14,23

stood 38:1
41:20 174:20

stop 100:10
131:6
133:23,24
134:21 220:17
224:2

stoplight 205:4

stopped 132:25
145:3,6,11

store 195:2

story 215:12

strand 168:13

street 101:20

streets 103:11

stress 28:1,24

stressful
34:20,22
42:21,24 43:3
71:1

stricken 218:22



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

strictly 113:14

strike 39:12
170:13

strip 211:24

struck 39:3
41:15 42:7,10
122:23

structure 39:20

stuff 153:15,16
162:6 169:23
199:2 202:11
212:25

stumble 51:19

stumbled 48:4

stumbling 49:22

stupid 118:17
212:20

submit
117:19,22
119:5 125:25

submitted
117:20 119:12
121:18 125:21
134:25 227:17

subpoena 186:21

subpoenas 143:5

subsequent
198:3,6

subspecialists
63:13

substance
219:13

sudden 159:13

sued 95:5,17,25
219:2

suffering
123:17
124:3,14,20

suggest 140:4
159:20 168:3
191:9

suggesting
18:13

suggests 149:6

Suicide 150:4

Suite 1:20
2:7,16 4:4

summary 3:4
24:3,6 55:10
57:14

summoned 46:15

sun 142:9

sunrise 141:12

supermarket
198:25

supervising
63:12

supplied 19:19

support 3:17
188:4 209:13

supported 119:1
145:14

supposed 102:19
216:24

supposedly
102:13 168:6

sure 9:11 15:8
24:10 30:3
32:4 35:15
37:22 38:11,15

42:1 45:18,20
51:2 58:21
62:7 78:9
86:18,25 97:19
106:5,7,15,23
107:6,11 110:6
112:24 113:18
115:17 143:24
150:3,17,22
151:20 167:21
168:7,25
173:22 178:4
183:9,15,19
184:17
188:17,20
214:21

surgeon 205:15

surgery
205:13,16,18,2
1 206:3,6,9,10

surprised
135:13

suspended 136:2
137:15

suspension
137:12

sustained 204:9

swayed 48:4

swear 4:10 5:16

sweat 209:19

sworn 5:13
28:14,19 43:14
45:1,21 99:14
103:22 104:2
158:21 226:8

Sylvie
106:1,3,10,12,
14,16

107:10,21
169:3,4,8
173:16,18
174:2,19,25
175:25 176:3,5

Sylvie's 173:21
176:1

syndrome 35:24
158:13 210:22
211:17

system 8:21
59:9

Systems
9:8,10,15

---

**T**

table 84:9
109:16

tag 17:18,20

taking 47:4,19
134:16 192:14
210:16 215:8
218:21

talk 42:19 44:2
56:8 79:5,8,24
80:2 93:1
95:11 129:18
181:14 185:6
190:16 204:2
211:15 224:3

talked 26:18
37:16 57:23
63:18 119:23
155:21 179:17
213:23 223:9

talking 7:8
33:11 37:15
57:12 75:25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

93:15,16 95:22
113:19
157:10,15
167:19 187:9
204:13,14
221:7

**talks** 31:9
65:11

**Talman** 13:24
14:16,20
111:15 115:20
149:22

**Tampa** 21:8
90:8,13,14
102:23,25

**tape** 160:5
171:1

**tax** 18:25
19:6,18,19,20
88:24,25
89:8,17 145:4
146:14,18

**taxes** 19:14,15
89:2,6
146:14,19
147:23,25
148:5

**Taylor** 133:22
134:8,12,16

**technical**
167:23 169:16
180:12,16

**technically**
29:21

**telephone**
2:9,18 32:10
106:19,21
113:14 200:7

213:7

**telephoned**
189:25

**temporary**
96:6,15

**ten** 15:24 42:2
70:25

**Tennessee** 53:14

**tequila** 131:20
139:11,17,18,2
0
141:11,17,20,2
1

**term** 121:3

**terminated**
224:9

**terminating**
224:4

**terminology**
121:12

**terms** 49:21
54:23

**terrified** 75:4
104:9

**terrors** 209:19

**test** 134:12,25
135:3,20,24
192:23

**testified** 43:24

**testify**
182:16,19

**testimony** 5:16
7:10 28:14
35:6 41:1
43:14 45:1,21
75:17 78:25

99:14
103:17,19,22,2
5 104:2,4
158:21

**Texas** 53:4

**text**
3:12,13,14,15,
16 107:4
109:25
110:1,4,9,10,1
3,14 138:7,25
139:9,21,22
140:5,8,16,20
142:14 160:16
161:6
162:2,3,6,11
164:5
165:18,24
166:2,8,15,20,
21 167:24
168:12,20
169:15
170:9,14 173:8
175:5,17,22,24
176:7,8,18
177:10,12,18
178:24,25
179:17 180:25
181:2,5 214:13

**texted** 211:25
213:2

**texts** 140:12
170:4

**Thank** 5:15,20
23:18,21 139:5
148:22 157:22
174:14 225:4

**thankful** 222:6

**that'll** 7:2

23:23 160:5

**theft** 193:19
196:9

**theirs** 191:21

**themselves** 5:6

**therapist** 60:4

**therapy** 60:17
130:9 131:1,3
217:11

**thereafter**
197:6

**therefore**
121:15

**there's** 31:8
50:16 65:19
82:4 103:20
125:20 132:16
139:8 141:8
144:2 150:3
151:4 152:18
159:19 164:17
169:15 170:8
172:1 175:16
178:24 188:13
193:13 202:22
203:12,19
211:18 212:1

**they'd** 199:9

**They'll** 156:9

**they're** 79:5,9
92:25 121:8
152:7
189:16,17
218:25

**they've** 193:13

**thick** 134:10
178:5



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

third 37:6
46:14,22 81:13
127:12 144:5
166:25

thirds 179:1

thoughts 150:19

thousands
169:19,20

thread 138:7
140:21 165:18
170:14 176:7
178:24

threaten
210:11,13

threatened
151:6

threesomes
166:5

three-way
175:25 176:3

throughout 58:8
68:19

throw 158:15

thrown 95:1,9
148:10 159:15

Thursday 4:5

tied
100:17,19,20

timeframe 14:12
61:1 185:21
190:6,7

time-to-time
108:1

Timothy 24:15

title 22:11

36:21 93:3

titled 17:14

T-Mobile
31:22,23
32:1,5,8 78:24

today 6:5 7:15
17:22 75:17
105:9 117:9
144:20
178:18,19
181:3 185:12
187:6 217:18
219:25 220:14
223:9 224:12

Tom 98:16

ton 140:8

tongued 134:10

Toni 58:24,25
79:11,24
105:13 130:15
182:24

tonight 163:6

top 31:4 63:10
82:13 112:22
114:1 133:20
138:9 143:21
148:14 151:14
181:4 196:15

topic 76:23

total 112:7
189:5 190:6

totality 63:25

totally 125:4
126:5,20

towards 32:15
191:8

town 183:6
195:3

traded 88:14

Traditional
9:21

traffic 204:5

tragedy 222:8

trained 50:2

transcript
225:5 226:7
227:9

transmission
175:2 203:25

transmissions
180:13

transmit 171:16

transmitted
201:17 203:23

trapped 99:22
100:1

trauma 50:1
104:23 105:1
183:19

traumatic 27:24
65:12,18,19
66:10 72:13
222:2

Traurig 1:18
2:14 4:4 5:10

traveling 123:5
133:22 134:2,4

treat 192:17

treated 59:3
61:5 212:18

Triage 148:14

tried 76:20
77:14 87:21
215:16 216:14

trips 14:22

Trooper 133:21
134:8,12,16

truck 83:25

true 38:5 101:3
178:8 227:9

truly 178:1

trust 168:18,19
176:24 209:21

truth 5:17,18
38:10 166:6
181:7

truthfully 7:5

try 119:22
167:7 176:25
182:10

trying 51:15
64:12 76:17
77:4,14 80:13
92:3 105:1
116:5
117:15,16
118:4,5 145:10
155:15,18,22
157:2 175:18
177:17 187:10
188:15 190:18
202:20 214:22
219:13 224:24

trysts 160:2
172:24

Tuesday 16:2,4

turn 82:12,13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

turned 132:23

TV 119:22

tween
212:9,10,12

twice 33:10
70:4 127:15

type 8:22 177:9

typically 15:22

_____
U
Uber 75:23
76:8,10,12,15
101:10 109:5,6

uh-huh 6:19
13:15 17:10,21
25:12 32:21
44:5 53:22
54:5 56:4
57:1,15 74:18
89:15 90:6
107:8 117:8
135:22
138:12,14
141:4 173:12
174:7 175:1,21
189:21 204:24
220:10 222:14

ultimately
48:16

unable 131:14
144:18

undergo 22:21

undergone 130:9

underneath
138:17 176:24

undersigned
226:6

understand 6:5
7:17,18,19
9:25 25:6
51:10 62:7
78:11 81:13,19
82:21 83:10,13
117:14 125:1
128:18 129:16
157:19 158:2
164:1 167:18
184:1 203:22
209:14,16
211:17

understanding
8:14 50:14
83:6,9,17
128:24 202:21

understands
50:10

understood
50:7,8 67:12
126:18
183:19,20,23

underwent
135:19

unflattering
119:16,20,21

unfortunate
221:24

uninsured
206:11,14

United 1:1
102:9

universe 63:24

Unknown 148:18

unlawful
137:5,7

unless 27:12
209:16

untrue 146:2

unusual 144:7

unwilling 159:7

updated 224:5

upended 209:21

upon 184:5

upper 46:5 82:7
138:8 161:9
165:20 166:20
170:18 198:15

UPS 89:25

usually 165:15

_____
V
Vaguely 149:4
187:21

validate 168:1

validity 169:18

van 91:24

Vanessa 1:17
4:8 226:16
227:6,23

various 55:13
63:13

vehicle
17:3,5,12,16
39:4,5,13,16
122:21,22,23
204:22

vehicles 17:7
83:18 132:8

verbal 37:10,20

verbally 191:7

192:1

verbiage 160:22
161:2 162:22

verify 90:23
91:4,7 113:5
176:25

version 118:20
214:19

versus 5:3
24:15 26:20
122:4

veterans 13:1,6

via 37:10 162:6
182:4

victim 37:9
38:23,25 43:6
153:3,14
156:14,17
157:16

video 4:3 6:2
49:15,16,20
125:5
171:20,22,23
187:14 214:24
215:2

videos 172:18

videotape
49:9,12 100:25

videotaped 1:15
49:7 158:24
171:22

videotapes
159:5 214:14

viewed 163:20
164:1

violation 47:2



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

**violence** 32:17
  36:24 40:6
  151:5 152:22
  154:6,7 186:3

**Virginia** 2:8

**visit** 108:6,24
  190:21

**visits** 13:2,6
  184:10

**voluntarily**
  56:16 219:6

**Volusia** 94:6
  133:10 142:22

**vote** 18:8,11

**voter's** 18:22

**VS** 1:10

————————
W
————————

**W2** 148:3

**wait** 163:22
  191:17,22
  192:22

**waited** 191:25

**wake** 150:13
  209:18

**Wales** 216:5

**Walgreens** 199:4

**walk** 141:12
  142:8

**walked** 48:5
  50:7

**walking** 211:21

**wall** 68:8,14
  109:17,19

**Waller**

33:15,17,18,22

**walls** 109:10

**Walter** 26:20
  37:19 38:1
  40:4,5,15
  41:14
  42:6,12,16

**warned** 47:1

**washer** 211:13

**wasn't** 22:11,20
  37:5 39:19
  51:6 56:10
  64:12 67:23
  69:18 71:9
  72:15,18 88:21
  91:25 92:3
  93:1 94:5
  101:19,21
  107:18 122:6
  123:22 140:5
  152:2 172:19
  178:3 181:25
  207:14 211:24
  223:17

**watch** 119:22
  141:11 142:8
  172:17,18

**watched** 172:9

**watery** 134:9

**wealthy**
  83:14,24 84:3
  89:21

**wear** 84:10

**website**
  216:15,17

**we'd** 114:16

**wedding** 20:20

23:5 174:20,22
  213:18,24

**wedlock** 67:11

**weeks** 70:16

**welcome** 169:5

**we'll** 7:2,12
  23:17 29:25
  30:14,22 36:11
  78:7 115:5
  122:13 129:9
  138:6 140:20
  143:3 165:9
  166:14 170:12
  173:7 176:6
  187:17 190:22
  196:6 197:18
  201:22 217:4

**Wendy's** 215:9

**we're** 7:8,14,16
  28:10 93:15
  100:25 114:5
  115:2 129:15
  136:13 138:1
  143:25 150:3
  151:20 162:10
  168:10 187:9
  204:13,14
  213:11,14,24
  220:14

**we've** 57:23
  63:18 74:2
  114:12 157:10
  172:18 185:12
  187:6 212:8
  223:9

**whatever** 61:11
  93:10 108:14
  113:13,16
  114:9 131:19

160:3
  177:12,17
  178:21 182:2
  183:20 195:8
  201:11 206:21
  218:24

**whatever's** 43:6

**When's** 28:11
  58:24 64:7
  111:9 113:11
  155:1,4 183:8

**whereabouts**
  74:6

**where's** 180:8

**wherever** 142:11

**whether** 99:9
  162:7 194:6

**whistleblower**
  57:16

**white** 139:7

**whole** 5:18
  159:10,24
  160:14 183:6
  203:19,20
  209:18,21

**whom** 11:12
  20:10 21:13
  62:3 66:25
  69:15 74:15
  80:24 85:1
  91:8 117:19
  195:11

**whomever** 51:7
  155:25

**who's** 78:23
  79:16

**wife** 15:5,9



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

29:18 213:22
214:9

**William** 2:13,22
25:10 26:9
214:8

**Williams** 26:6

**willing** 51:11
159:20 224:21

**Wilson** 57:24
58:7,11 95:22

**win** 167:9
215:20,21
216:1

**wine** 137:21
144:6

**winter** 10:13,14
13:24 15:20
16:12,25 45:9
75:3 105:10
109:6 130:19
142:10 208:3

**Wishart**
89:23,24
90:2,7,15
91:5,12,14,21
92:4

**wished** 150:12

**Wishert** 25:25
27:11

**withstanding**
96:21

**witness** 4:10
5:19 11:7 74:3
96:24 139:4
226:6

**witnesses**
182:13 215:13

**Wold** 24:15
25:10 26:10
29:9 207:24
213:5

**Wolf** 20:25

**woman**
33:20,21,22
85:12
130:22,23
159:14 160:11
167:6 178:8
179:2,25
181:6,10
212:13,15

**women** 157:24
159:14
167:8,12,15
169:9 173:1

**Womom** 2:5 5:8

**wonderful** 167:3

**wording** 125:7

**work** 9:19 12:25
13:1 23:23
65:1 96:7
106:12 116:8
120:17 147:17
170:5,6 192:23
196:4 202:13
203:20 215:24
216:4

**worked** 88:1
220:4

**working** 13:5
116:6,15,18
131:2
145:3,6,11

**works** 128:19
157:17

**world** 169:16

**worried** 45:16
171:1 214:6,9

**worries** 114:21

**worry** 119:24
214:5

**worse** 204:10
205:16

**worth** 84:22
139:20 211:13

**worthless**
210:10

**would've** 29:16
103:10 149:8
178:14
179:7,22
184:22 196:22
197:10 203:1

**wreck** 55:19
204:3

**write** 121:6,15
154:10 217:19
218:1,5,6,13
219:1

**writer** 121:13

**writing** 121:3
156:8,10
158:19 215:25
217:17,24

**writings** 121:8

**writing's** 126:5

**written** 3:8
62:17 188:17

**wrong** 39:15
108:5 169:17

**wronged** 94:12

**wrote** 40:20
112:13,14
120:20 121:9
125:19 191:11
217:20,21
218:4

---

X

**Xanax** 192:9
193:7,11,12,19
196:25 197:2

**X-C-A-R-E**
198:13

---

Y

**Yahoo** 216:16

**yard** 44:21
45:2,22

**year-and-a-half**
32:3 90:5

**Yep** 66:22 165:7

**yet** 18:10 51:1
62:2,6,13,14
63:4,5,22
162:24 192:25
209:3 210:5

**you'll** 82:5
129:5 146:11
160:10 210:8

**young** 15:13,16
69:15,20

**youngest**
54:24,25

**yours** 33:25
79:4 217:14

**yourself** 19:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

```
131:15 150:20
152:11,15
154:23 177:2
191:9
```

**you've** 24:11
```
27:5 43:2 59:4
74:7 75:17
78:8 91:9
94:1,2,3,6,7,2
3,24,25 97:1
100:23 111:12
117:6 118:16
125:9 128:15
167:14 180:23
188:8 203:6
217:6 224:20
```

**Yukon** 83:25
```
215:6,8
```

---
Z
---

**Zoom** 182:4



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS