UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA R. MATHEWS,

    Plaintiff,

v.                                                  Case No.:  6:21-cv-00808-WWB-EJK

BRYAN A. COLE,

    Defendant.
_____/

**PLAINTIFF AMENDED RULE 26 (a)(1) INITIAL DISCLOSURES**

    Plaintiff, Pamela R. Mathews ("Mathews" or "Plaintiff"), by and through her undersigned counsel, hereby submits the following initial disclosures in accordance with Rule 26(a)(1), Fed.R.Civ.P. Cole reserves the right to supplement, modify or amend these disclosures as new information is developed through the discovery process or as otherwise provided by law.

    **(i)    Individuals Likely to Have Discoverable Information**

    Pursuant to Rule 26(a)(1)(A)(i), Plaintiff discloses the following names, addresses, and telephone numbers (if known) of each individual likely to have discoverable information that Plaintiff may use to support her claims or defenses, unless solely for impeachment, and identifies the subjects of such information. This is a preliminary list and Plaintiff makes no representations as to the extent of her exhaustiveness or as to the knowledge (or lack thereof) of the listed individuals. This list is based upon the information that is currently known to Plaintiff. Plaintiff retains the right to modify or supplement this list as circumstances warrant, and as otherwise

**EXHIBIT "B"**

permitted by the Court. The general subject matter of information listed for each individual does not limit Plaintiff's right to question and/or call any individual listed to testify regarding any other subject(s). Plaintiff in no manner waives any privilege under state or federal law by disclosing any of the names below.:

    a.    I. William Spivey, II, Esq.
           Greenberg Traurig, P.A.
           450 South Orange Avenue
           Suite 650
           Orlando, FL 32801
           (407) 420-1000

Mr. Spivey is counsel for Defendant and is believed to have information relevant to all facts in this matter.

    b.    Mary Jo Wold
           12524 Blazing Star Drive
           Tampa, FL. 33626
           (813) 694-6777

It is believed that Ms. Wold has knowledge about the abuse, and injuries sustained by Plaintiff as a result of Defendant's behavior, as well as Defendant's inappropriate behavior towards her.

    c.    William Wold Sr.
           7104 Manor Beach Road
           New Port Richey, Florida 34652

It is believed that Mr. Wold has knowledge about the abuse, and injuries sustained by Plaintiff as a result of Defendant's behavior, as well as Defendant's inappropriate behavior towards her.

    d.    Nancy Harmon
           725 Pioneer Way
           Geneva, FL 32732
           (407) 221-6015

It is believed that Ms. Harmon will have knowledge about Defendant's character.

  e. Mike Harmon
    725 Pioneer Way
    Geneva, FL 32732
    (407) 221-6015

It is believed that Mr. Harmon will have knowledge about Defendant's character.

  f. Lisa Schurter
    656 Marlin Road
    Winter Springs, FL. 32708
    (407) 791-4625

Ms. Schurter will have knowledge as to Defendant's drinking and abusive behavior.

  g. Lillian Cole
    1312 Winter Springs Blvd.
    Winter Springs, FL 32708
    (618) 719-6054

It is believed that Ms. Cole will have knowledge about Plaintiff's and Defendant's relationship and Defendant's heavy drinking.

  h. Barbara Krna (employee at Cole Engineering)

It is believed that Ms. Krna will have knowledge as to Defendant's character and behavior.

  i. Matt Thompson (COO at Cole Engineering)
    (321) 945-9689

It is believed that Mr. Thompson can testify as to the prostitutes hired by Defendant and has knowledge of the abuse Plaintiff suffered by Defendant.

  j. John Stevenson (Partner at Cole Engineering)

It is believed that Mr. Stevenson can testify as to Defendant's character and behavior.

  k. Lucas Austin
    12524 Blazing Star Drive
    Tampa, FL 33626

It is believed that Mr. Austin will have knowledge as to Plaintiff's and Defendant's relationship, as well as Defendant's character.

  l. Charles "Skip" Brennen
    Maitland, FL
    (312) 356-8389

It is believed that Mr. Brennen will have knowledge as to Defendant's character and has knowledge of Defendant's business dealings. It is also believed that Mr. Brennan will have knowledge about Plaintiff's and Defendant's relationship.

  m. Mary Mathews
    1700 6th Street NW, Unit C38
    Winter Haven, FL 33881
    (863) 514-8170

It is believed that Ms. Mathews will have knowledge about Plaintiff's and Defendant's relationship.

  n. Jared Smith
    Nashville, TN
    (585) 507-6676

It is believed that Mr. Smith will have knowledge about Defendant's character.

  o. Christopher Torchia, Esq.
    Torchia Law Firm
    555 Winderley Place
    Suite 300
    Maitland, FL 32751
    (407) 252-9652

It is believed that Mr. Torchia will have knowledge regarding Plaintiff's and Defendant's relationship.

      p.     Jeff (handyman) (Last name unknown)
              (407) 463-8135

It is believed that Jeff will have knowledge regarding Plaintiff's and Defendant's relationship.

      q.     Bob Donahue, Jr. (CEO of Bylight)

It is believed that Mr. Donahue will have knowledge regarding Plaintiff's and Defendant's relationship

      r.     Larry Linkous (pastor of New Life Church)
              6755 South Washington
              Titusville, FL 32780
              (407) 276-2419

It is believed that Mr. Linkous will have knowledge about Plaintiff's and Defendant's relationship.

      s.     Sandra Linkous
              (321) 543-0855

It is believed that Mrs. Linkous will have knowledge about Plaintiff's and Defendant's relationship.
.

      t.     Officer Cannady
              Winter Park, Florida Sheriff's Department
              (407) 474-5179

It is believed that Officer Cannady will have knowledge about Plaintiff's and Defendant's relationship and Defendant's alcohol abuse and abuse of Plaintiff.

      u.     Vicki Clay
              (407) 922-2279

Ms. Clay will have knowledge as to Plaintiff's and Defendant's relationship.

  v.  Toni Furbringer, Ph.D.
     Heartwork and the Family Tree
     711 Ciara Creek Cove
     Suite 1001
     Longwood, Fl 32750
     (321) 277-5925

Dr. Furbringer treated Plaintiff.

  w.  David S. Klein, M.D.
     1917 Booth Circle
     Longwood, FL 32750
     (407) 679-3337

Dr. Klein treated Plaintiff.

  x.  John B. Hudson, M.D.
     3422 S. Atlantic Avenue
     Daytona Beach, FL 32118
     (386) 756-0481

Dr. Hudson treated Plaintiff.

  y.  Patricia Maisano, RN, PHs, CCM, FAACM, PLCM, NCG, ABDA
     873 East Baltimore Pike
     Suite 432
     Kenneth Square, PA 19348
     302-379-3330

Dr. Maisano has been retained as an expert by Plaintiff and has knowledge related to the diagnosis and treatment of Plaintiff for harm caused by Defendant.

  z.  Fiorella Harre
     2516 Abacus Ct
     Lake Mary, FL 32746
     (407) 480-6019

It is believed that Ms. Harre will have knowledge about Plaintiff's and Defendant's relationship.

  aa.  Advent Health Psychiatry
     1573 W Fairbanks Ave. Suite 100
     Winter Park, Fl 32789
     (407) 896-8097

It is believed that a custodian will have knowledge as to treatment rendered Plaintiff and the facts surrounding same.

      bb.    Kate Priest
            BetterHelp, Inc.
            [betterhelp.com](betterhelp.com)

It is believed that Ms. Priest will have knowledge as to treatment rendered Plaintiff and the facts surrounding same.

      cc.    Anabel Lubaton
            GAIA Holistic
            430 State Road 436
            Suite 224
            Casselberry, FL 32707
            (786) 449-5448

It is believed that Ms. Lubin will have knowledge as to treatment rendered Plaintiff and the facts surrounding same.

      dd.    Dzmitry Fursevich, MD
            Advent Health ER
            1573 W Fairbanks Ave. Suite 100
            Winter Park, Fl 32789
            (407) 896-8097

It is believed that Dr. Fursevich will have knowledge as to treatment rendered Plaintiff and the circumstances surrounding same.

      ee.     Paul N. Mascia, Esq.
            Nardella & Nardella, PLLC
            135 W. Central Blvd., Suite 300
            Orlando, Florida 32801
            Telephone: (407) 966-2680

It is believed that Mr. Mascia will have knowledge as to Plaintiff's and Defendant's relationship.

  ff. Mary Meyers
    Seminole County Sheriff's Office
    100 Eslinger Way
    Sanford, Florida 32773
    (407) 665-6600

It is believed that Ms. Meyers will have information relating to domestic incidents involving Plaintiff and Defendant.

  gg. Daniel Antle
    Seminole County Sheriff's Office
    100 Eslinger Way
    Sanford, Florida 32773
    (407) 665-6600

It is believed that Mr. Antle will have information relating to domestic incidents involving Plaintiff and Defendant.

  hh. Heather Stanley
    Seminole County Sheriff's Office
    100 Eslinger Way
    Sanford, Florida 32773
    (407) 665-6600

It is believed that Ms. Stanley will have information relating to domestic incidents involving Plaintiff and Defendant.

  ii. William Dunn
    Seminole County Sheriff's Office
    100 Eslinger Way
    Sanford, Florida 32773
    (407) 665-6600

It is believed that Mr. Dunn will have information relating to domestic incidents involving Plaintiff and Defendant.

  jj. Linmary Green
    Seminole County Sheriff's Office
    100 Eslinger Way
    Sanford, Florida 32773
    (407) 665-6600

It is believed that Mr. Green will have information relating to domestic incidents involving Plaintiff and Defendant.

  kk. David Petraeus
    Washington, D.C.

It is believed that Mr. Petraeus will have information relating to Plaintiff's and Defendant's relationship, as well as Defendant's character.

      ll.      Shari Collins
              Seminole County Sheriff's Office
              100 Eslinger Way
              Sanford, Florida 32773
              (407) 665-6600

It is believed that Ms. Collins will have information relating to domestic incidents involving Plaintiff and Defendant.

      mm.    Paul Michelson
              Seminole County Sheriff's Office
              100 Eslinger Way
              Sanford, Florida 32773
              (407) 665-6600

It is believed that Mr. Michelson will have information relating to domestic incidents involving Plaintiff and Defendant.

      nn.     Mark Roche
              Seminole County Sheriff's Office
              100 Eslinger Way
              Sanford, Florida 32773
              (407) 665-6600

It is believed that Mr. Roche will have information relating to domestic incidents involving Plaintiff and Defendant.

      oo.     Any additional affirmative, rebuttal and impeachment witnesses as they become necessary, or as further revealed by discovery, including any and all witnessed identified by Defendant.

Plaintiff reserves the right to identify and name additional individuals who may possess information that will be used by Plaintiff to support her allegations and defenses as and when they become known to Plaintiff. Plaintiff also reserves any objections she may have to any of the information or documents which are the subject matter of these

Initial Disclosures based on the attorney-client privilege, attorney work product privilege or any other objection it may have to the discovery of information or documents under the Federal Rules of Civil Procedure or any applicable rule of law.

1.  A description by category and location of all documents, data compilations and tangible things that are in the possession, custody or control of Pamela R. Mathews that Pamela R. Mathews may use to support her claims or defenses, unless solely for impeachment, are as follows. Unless otherwise noted, all such documents or things are, or will be, located at the office of counsel for Plaintiff, Patten, Wornom, Hatten & Diamonstein, 12350 Jefferson Avenue, Suite 300, Newport News, VA 23602.

    (ii)    <u>Documents</u>

        i.    <u>Correspondence</u>

All correspondence, including electronic mail, that Plaintiff may use to support her claims or defenses are maintained electronically by Plaintiff on a computer and cell phone.

        ii.    <u>Financial records</u>

All financial records, including invoices and other related financial records that Plaintiff may use to support her claims or defenses are maintained electronically by her on a computer and on her phone.  Any non-electronic records are in the custody of Plaintiff.

    (ii)    <u>Computation of Damages</u>

Other documents not correspondence or financial records that Plaintiff may use to support her claims or defenses are maintained electronically by Plaintiff on a computer

and cell phone. Plaintiff's claim for damages is based upon the cost of her medical care, pain and suffering, and available punitive damages as pled.

This category of disclosures will be supplemented as discussed by counsel for the Parties.

    (iv)    <u>Applicable Agreements</u>

Pursuant to Rule 26(a)(1)(A)(iv), Plaintiff does not have any materials applicable to this category.

Pursuant the Federal Rules of Civil Procedure and the Local Rules, these disclosures will be supplemented as information disclosable under Fed. R. Civ. P. 26(a)(1)(A).

    PATTEN, WORNOM, HATTEN,
    &amp; DIAMONSTEIN, P.C.

By: /Duncan G. Byers/
Duncan G. Byers, Esq.
(*Pro Hac Vice*)
Virginia Bar No. 48146
PATTEN, WORNOM, HATTEN
&amp; DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Ste 300
Newport News, VA 23602
Email: dbyers@pwhd.com
    cveals@pwhd.com
Tel: (757) 223-4500
Fax: (757) 249-1627
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify the on this _____ day of June 2022, I sent the foregoing via electronic mail to the following:

William Spivey, II, Esquire
Colin S. Baker, Esquire
GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email: spiveyw@gtlaw.com
bakerco@gtlaw.com
nef-iws@gtlaw.com
FLService@gtlaw.com
*Counsel Defendant Bryan Cole*

    /Duncan G. Byers/
    Duncan G. Byers, Esquire
    Virginia Bar No. 48146
    PATTEN, WORNOM, HATTEN
     & DIAMONSTEIN, P.C.
    12350 Jefferson Avenue, Ste 300
    Newport News, VA 23602
    Email: dbyers@pwhd.com
          cveals@pwhd.com
    Tel: (757) 223-4500
    Fax: (757) 249-1627
    *Counsel for Plaintiff*