| | |
|---|---|
| **From:** | Matthew Pamlico |
| **To:** | Duncan Byers; Jeannie Oxley |
| **Subject:** | In patient care |
| **Date:** | Tuesday, September 14, 2021 1:44:47 PM |

---

**David S. Klein, MD, FACA, FACPM**
Stages of Life Medical Institute
1917 Boothe Circle
Longwood, FL 32750
Tel: 407-679-3337
Fax: 407-678-7246

09/14/2021

Letter of Referral

Re: Pamela Santini
(H) Phone: 863-412-5962
(C) Phone: 863-412-5962

To: Inpatient psychiatric care

----------------------------------------------------------------

Please take my patient in referral for psychiatric care for Stockholm's syndrome. Medically Necessary.

Thank you in advance for your kind considerations.

With best regards,

*[signature: Charito Alley PA-C]*

Charito Alley PA-C
David Stephen Klein, MD, FACA, FACPM

PLF PRODUCTION - 001138

**EXHIBIT "D"**