**Casey, Shannon E. (Para-Orl-LT)**

| | |
|---|---|
| **From:** | mail@sf-notifications.com on behalf of Jeannie Oxley <mail@sf-notifications.com> |
| **Sent:** | Friday, September 3, 2021 5:22 PM |
| **To:** | Gonzalez, Samantha M. (Secy-ORL-LT) |
| **Subject:** | Mathews v. Cole |

**\*EXTERNAL TO GT\***



Sam,

Jeannie Oxley has sent you files.                                        Expires 3/2/22

A note from Jeannie :
Good Afternoon:

Attached please find the responsive documents to Defendant's Request for Production.

Thank you.

Jeannie Oxley
Paralegal to Duncan G. Byers
Patten, Wornom, Hatten & Diamonstein
12350 Jefferson Avenue, Ste 300
Newport News, VA 23602
(757) 223-4457
joxley@pwhd.com

**Download**

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://pwhd.sharefile.com/d-eb227074e4364365?a=e522b4c81c9acc2f

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2021

**COMPOSITE EXHIBIT "E"**

# PERSONAL LOSSES: FINAL

Pam Mathews

Average earnings for three years prior to starting SNF Pro. Founded September 27, 2013

$385K per year

From the last quarter of 2013 through 2015 Pam was able to maintain an independent standard of living while building SNF Pro. As in normal and customary with a partially self-funded startup Pam's earnings were reduced.

Because of Pam's carefully built reputation in the Extended Care industry customer acquisition was easier than if Pam's sterling history of dependance and honesty were different. Unlike most startups SNF Pro was cash flow positive almost from the first day.

Pam Matthews originally solicited Bryan Cole in late 2013 as an investor in SNF Pro. His original investment of $100,000.00 was for working capital to fund operations between billing and collection. The capital invested was in exchange for Ten Per Cent (10%) equity interest in SNF Pro therefore assigning a One Million Dollar value to SNF Pro shortly after starting in business.

In 2014 Pam and Bryan Cole's business relationship turned to one that included a romantic component.

In addition to his capital, Bryan Cole was to offer his supposed superior knowledge and skills as a successful businessman. Bryan claimed starting Cole Engineering from scratch and scaling it to multimillion dollar a year US Government contractor specializing in simulation systems for various branches of the US Military.

*(The importance of the simulation business will be written about elsewhere)*

Sometime in the first half of 2014 Bryan Cole began discussions with Pam about program (application) app. he and one of Cole Engineering engineers had developed then named "Docsinsight" This program was to assist a physician, physician's assistant or nurse in the process of seeing patients, whereby the professional could input notes and said notes transmit to the patients file via the internet and or wireless, all the while meeting the HIPPA requirements for Patient confidentiality. In 2014, such software application would have been considered cutting edge and highly desirable.

At the insistence of Bryan Cole, in August 2014 DocsConnect LLC was formed by Pam Matthews. The business plan was to exploit Docsinsight via DocsConnect. From the beginning, the software program Docsinsight manifesting operating problems.

1

PLF PRODUCTION - 000730

Bryan Cole knew and verified Pam's access to the Extended Care industry at the executive suit level leading him to conclude through Pam's reputation of creditability with Extended Care Industry leadership his Docsinsight could by pass the normal process of vetting other competitors would have to follow.

By late 2014 through the insistence of Bryan Cole Pam was running two start up companies, one with a faulty and unproven software program. The latter taking the bulk of Pam's time.

In 2015 at Bryan Cole's invitation Pam moved in with Bryan Cole, at 151 Trismen, Winter Park, Florida and then in 2016 at Talman Winter Park Florida . Shortly after moving in together, Bryan Cole offered Pam, as an inducement, of long term security, an interest in the Talman House.

Sometime in 2016 using coercion Bryan Cole induced Pam to solicited local investors from her contacts raising a total of 300,000.  From a total of 6 individuals The pitch was a combination of SNF and DocsConnect future. The Investors believed they were investing in SNF Pro LLC and DocsConnect, LLC

By the second half of 2015 Pam became increasingly dependent on Bryan Cole for personal living expenses. Without dispute by 2016 through the first quarter of 2020 Pam was 100 percent dependent on Bryan for support; therefore, denied the ability to earn at least $385K per year.

Through Docs Connect using Docsinsight  app. Bryan Cole placed Pam in a position that had to lead to failure, especially in view Pam's best opportunity to introduce Docsinsight was in Texas. Bryan insisted Pam devote eighty plus percent of her time in Texas with Fundamental Extended Care attempting to get Docsinsight app to perform as it should.

Bryan Cole knew Pam did not have technical expertise to understand the underlying reasons for failure. Pam was the point of the spear with the Clients without on the ground technical support another recipe for failure.

Multiple attempts to have the Docsinsight software perform failed. Bryan Cole's head engineers at Cole Engineering could not solve the multiple operating deficits. Bryan Cole knew Pam did not have technical expertise to understand the underlying reasons for failure. Pam was the point of the spear with the Clients without on the ground technical support another recipe for failure.

The Best Business Practices in the deployment of new software is: Once the program is working at the development or lad level, to deploy it in a Bata Test environment, wherein the entity using the software do so without cost and in parallel with its then current operating procedures. The foregoing deployment procedures should be manned by technically competent persons familiar with the development of software being deployed.

2

PLF PRODUCTION - 000731

This di not happen with Docsinsight, Additionally Bryan Cole insisted the client pay which they did for one facility of 100 plus potential Extended Care Facilities.

After 6 months and Pam's creditability drained with the client, Fundamental terminated the opportunity. As partial restitution Pam refunded the clients money for the test site. Bryan Cole was not pleased and blamed Pam for the failure.

By this point in the duel relationship Bryan Cole had Pam captive devoting time to DocsConnect and away from SNF Pro where Pam by the second half of 2015 could have been back to her previous earning potential therefor losing the following

Summary
| | | |
|---|---|---|
| Six Months 2015 | $192,500.00 | |
| All of 2016 | $385,000.00 | |
| All of 2017 | $385,000.00 | |
| All of 2018 | $385,000.00 | |
| All of 2019 | $385,000.00 | |
| All of 2020 | $385,000.00 | |
| Sub Total | | $2,117,500.00 |

According to Pam's therapist Pam will require intensive treatment and recovery period estimated to take two years as a directs result of the Bryan Cole's induced injury resulting in PTSD

The estimated inpatient treatment periods are two, over the two year period with an estimated out of pocket expense of $200,000.00

Pam will be encouraged to not work at any stressful job during the two year extended treatment period. Instead Pam will be required to focus on restoration of balance consisting of family, friends, volunteer work and self-reflection.

| | |
|---|---|
| The lost income opportunity for the two-year period will be | $770,000.00 |
| Recover Treatment out of Pocket | $200,000.00 |
| Sub Total | $970,000.00 |

In 2023 Pam will be 54 with an estimated 11 years of working years left in what is recognized as a normal and acceptable working period baring any serious health issues.

Once ready to apply her skills and contacts toward full capacity Pam should be able to earn at least sixty percent (60%) of her former peak average or $231,000.00 leaving Pam $154,000.00 short of her capacity.

| | |
|---|---|
| Twelve years 11 X $154,000.00 | $1,694,000.00 |
| Just Lost Income and expense to Recover | **$4,781,500.00** |

At this time, looking back it appears Bryan Cole kept up with the internal financials of SNF via review of bank statements and daily discussions with Pam. If that is true, he

3

PLF PRODUCTION - 000732

would know it was generating good cash flow. Plus adding the outside investors money
Bryan Cole

By Bryan insisting Pam spend almost full time in Texas persuading a failed software system and Bryan Cole refusing to fix the defects SNF Pro was all but left unattended.

Had Pam been left to concentrate on SNF Pro providing its services in Central Florida from 2013 through 2016 using off the shelf technology for back office support plus above market competent professionals it would have reached an annual revenue of $5Million +/- with an annual pretax distributable income of $2Million +/-

At any given time, Pam owned no less than 80 Percent of SNF Pro meaning her annual income would have been $1,600,000.00. Using a very concretive pretax multiplier of five time (5X) pretax income, Pam's interest would be worth---- **$8Million**

Lost Reputation: To be discussed with attorney

The attorney will have opinion of the value for pain and suffering

Without assigning a dollar value the above two items the loss is **$12,781,500**

4

PLF PRODUCTION - 000733