## Casey, Shannon E. (Para-Orl-LT)

| | |
|---|---|
| **From:** | Spivey, I. William (Shld-Orl-LT) |
| **Sent:** | Monday, August 30, 2021 2:11 PM |
| **To:** | Duncan Byers |
| **Cc:** | Casey, Shannon E. (Para-Orl-LT); Jeannie Oxley; Baker, Colin (Shld-Orl-LT) |
| **Subject:** | RE: Cole / Mathews |
| **Importance:** | High |

Duncan, please let me know when we can expect to receive from your office real and meaningful discovery responses. With all due respect, the things you sent us on August 20 are woefully and surprisingly insufficient.   (I am responding today, August 30, only because I was on vacation when these disappointing items arrived).

For starters, there are 57 paragraphs in the First Request for Production ("RFP").   A review of your client's "responses" to the RFP is appropriate:

a.       as to paragraphs 1-3 and 17 of the RFP, you say that the requested documents were provided in Mathews' Initial Disclosures -- which is only partially true, at best -- and that each response "will be supplemented."  First, specifically, which of the Rule 26 documents are responsive to these four (4) paragraphs of the RFP?   You need to specifically identify them.  Also, when can we expect to receive the referenced supplementation?  Further, as you can easily see from Cole's substantial Initial Disclosures, Mathews DID NOT produce to Cole (without limitation) the countless emails and text messages exchanged between them.  I submit that your client's Rule 26 and RFP responses (paragraphs 1-3 and 17) are both materially incomplete.

b.       as to paragraphs 4-16, 18-19, 37-38, 46, 52, 55-58 and 61 of the RFP, you say in identical boilerplate fashion that "this Interrogatory (sic) is not reasonably particularized and is overbroad, and, as such, is an improper Interrogatory (sic). This request would encompass records and information that has (sic) no relevance to the matter before the Court and is disproportionate to the needs of the case."  I am not sure why you are asserting "interrogatory objections" to the RFP. Even assuming the references to "this Interrogatory" and "improper Interrogatory" are somehow labeling errors, the objections are completely without merit in any event.   And the second sentence of each such "response" -- which at least references a "request," not an "Interrogatory" -- is also substantively without merit.  Each paragraph of the RFP is specifically tied to (a) Mathews' allegations and her purported physical and mental conditions (all of which Cole contends were pre-existing or caused by other parties), and/or (b) Cole's defenses.    You may want to take a look at the Middle District's position on boilerplate discovery objections.  They are treated as tantamount to no response at all, and Mathews has thus waived any ability to complain about any of these paragraphs of the RFP.   Please let me know when I can expect to receive all documents responsive to these paragraphs.

c.       as to paragraphs 20-36, 39-45, 47-51, 53-54 and 59-60 of the RFP, you inexplicably provide no response whatsoever.  All of those paragraphs seek highly relevant documents, and any potential objections to such paragraphs -- which would not be well-taken in any event -- have now been waived.   Please let me know when I can expect to receive all documents responsive to each of these paragraphs.

The responses to Cole's First Set of Interrogatories ("Interrogatories") are also badly flawed in each of the following respects:

d.       they are not verified.  Please let me know when I will receive Mathews' verification.

**COMPOSITE EXHIBIT "F"**

e.      you completely ignore the defined word "identify" in the Interrogatories, and fail to provide any of the requested contact/address information for the referenced persons and entities.  Without limiting the generality of this significant problem, who and what is "Orcun," and where would we find it/her/him?

f.      you attempt to answer various Interrogatories (i.e., paragraphs 3, 5 and 16) by generically referring Cole to documents provided under Rule 26.  As you certainly know, this is improper.  You must SPECIFY the document(s) from which the answer to any Interrogatory can be ascertained.

g.      you repeat the improper boilerplate objection practice as to paragraphs 4, 6, 7, 8, 9, 10, 11 and 12 of the Interrogatories.  Beyond the improper form of those objections, the "substance" of each objection is completely lacking.  Each of these identified Interrogatories seeks information that is directly relevant to Mathews' claim and/or Cole's defenses.   For illustrative purposes only, relative to the objection to paragraph 12 of the Interrogatories, the Second Amended Complaint claims that Mathews was "trapped" and/or that she had "nowhere else to go."  We believe the evidence will show that Mathews has a myriad of nearby family members -- some very successful professionals -- with whom she could have easily stayed or lived.  She did not, of course, because she expressly consented to all aspects of her relationship with Cole (until it became apparent that her true objective could not be obtained).  In any event, all of the Interrogatory objections are improper and without merit.

h.      the responses to paragraphs 13, 14 and 15 of the Interrogatories are simply inadequate.  Mathews does not provide all of the requested information, nor does she identify any documents that would confirm, corroborate or quantify her purported (staggering) damages.

i.      the responses to paragraphs 3 and 18 (and 15, in part) of the Interrogatories say that each response will be supplemented.  Please let me know when we will receive the supplementation.

j.      as to paragraph 17 of the Interrogatories, who is "CL"?   He is specifically referenced in paragraph 90 of the SAC, and paragraph 17 asks that he be "identified."  (See item e. above).   Notably, no one matching those initials is referenced in the answer to paragraph 2 of the Interrogatories.  If Mathews does not know "CL's" contact information, she must at least give us his name so that we can make our own search.  Mathews cannot traffic in this kind of vagueness and partial disclosure.

Duncan, absent the immediate correction and supplementation of these discovery responses, I will be forced to file with the Court an appropriate motion.  I hope that can be avoided.  But having filed a claim against our client for $50,000,000 -- which obviously caught the eye of the Court -- Mathews can expect that we will very aggressively defend this case and challenge every one of her highly suspect allegations (and deficient discovery responses).   To that end, I wish to depose Mathews in Orlando shortly after I receive full and fair responses to the RFP and the Interrogatories.

Please let me know if a telephone conference would be productive.  Thanks.

I. William Spivey, II
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801 T +1 407.418.2398 | F +1 407.841.1295 SPIVEYW@gtlaw.com | www.gtlaw.com

-----Original Message-----
From: Duncan Byers <dbyers@PWHD.com>
Sent: Friday, August 20, 2021 5:13 PM
To: Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>

Cc: Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Jeannie Oxley <joxley@pwhd.com>; Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>
Subject: RE: Cole / Mathews
Importance: High

All - please see attached Plaintiff's Discovery Objections and Responses.  As I noted in my earlier email, I am still organizing the documents for response and will provide those as soon as possible.   There are some Interrogatory responses that will be supplemented as well.

Duncan G. Byers, Partner

PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.

12350 Jefferson Avenue, Suite 300

Newport News, Virginia 23602

Direct: 757-223-4474

Fax: 757-249-3242

Email: dbyers@pwhd.com

Website:
https://urldefense.com/v3/__http://www.pwhd.com__;!!DUT_TFPxUQ!R8uQuwMQKhhNZ0NY1f99mJC1CuTox33RZFKhAkOOnwJfmpCXJfUXo02iRm5Pf08$

https://urldefense.com/v3/__https://www.pwhd.com/duncan-g-byers__;!!DUT_TFPxUQ!R8uQuwMQKhhNZ0NY1f99mJC1CuTox33RZFKhAkOOnwJfmpCXJfUXo02iyZ8iS5Q$
https://urldefense.com/v3/__https://www.linkedin.com/in/duncangbyers/__;!!DUT_TFPxUQ!R8uQuwMQKhhNZ0NY1f99mJC1CuTox33RZFKhAkOOnwJfmpCXJfUXo02ifDKZGT8$


Selected for the 27th Ed. of Best Lawyers in America  -
Intellectual Property Litigation


-----Original Message-----
From: Duncan Byers
Sent: Friday, August 20, 2021 4:04 PM
To: SPIVEYW@gtlaw.com
Cc: caseysh@gtlaw.com; Jeannie Oxley <Joxley@pwhd.com>; bakerco@gtlaw.com
Subject: RE: Cole / Mathews
Importance: High

Bill - I'm still working on getting the documents organized for the responses to the SDT.  As you know I had to get our response to the Court's Order to Show Cause and that ate up some of my time before I could get back to the discovery responses.

I will send along our objections to the RPDs so we can start discussing those and objections and responses to the IRROGs.  Those will be supplemented as well but I don't want to leave you hanging with no responses.

Duncan G. Byers, Partner

PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.

12350 Jefferson Avenue, Suite 300

Newport News, Virginia 23602

Direct: 757-223-4474

Fax: 757-249-3242

Email: dbyers@pwhd.com

Website:
https://urldefense.com/v3/__http://www.pwhd.com__;!!DUT_TFPxUQ!R8uQuwMQKhhNZ0NY1f99mJC1CuTox33RZFKh AkOOnwJfmpCXJfUXo02iRm5Pf08$

https://urldefense.com/v3/__https://www.pwhd.com/duncan-g-byers__;!!DUT_TFPxUQ!R8uQuwMQKhhNZ0NY1f99mJC1CuTox33RZFKhAkOOnwJfmpCXJfUXo02iyZ8iS5Q$
https://urldefense.com/v3/__https://www.linkedin.com/in/duncangbyers/__;!!DUT_TFPxUQ!R8uQuwMQKhhNZ0NY1f9 9mJC1CuTox33RZFKhAkOOnwJfmpCXJfUXo02ifDKZGT8$

Selected for the 27th Ed. of Best Lawyers in America  - Intellectual Property Litigation

-----Original Message-----
From: SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
Sent: Tuesday, August 17, 2021 5:06 PM
To: Duncan Byers <dbyers@PWHD.com>
Cc: caseysh@gtlaw.com; Jeannie Oxley <joxley@pwhd.com>; bakerco@gtlaw.com
Subject: Re: Cole / Mathews

Thanks

Sent from my iPhone

> On Aug 17, 2021, at 5:03 PM, Duncan Byers <dbyers@pwhd.com> wrote:
>
> Bill - we're finishing up the documents for production.  You should have them soon.
>
>
> Duncan G. Byers, Partner
>
> PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
>
> 12350 Jefferson Avenue, Suite 300
>

> Newport News, Virginia 23602
>
> Direct: 757-223-4474
>
> Fax: 757-249-3242
>
> Email: dbyers@pwhd.com
>
> Website:
> https://urldefense.com/v3/__http://www.pwhd.com__;!!DUT_TFPxUQ!XfvurDs
> YOWtPh2NoS6NqeqQIeczGOtko1l3qXSnGr1bgE-P51kajCZSkufSiaIg$
>
> https://urldefense.com/v3/__https://www.pwhd.com/duncan-g-byers__;!!DU
> T_TFPxUQ!XfvurDsYOWtPh2NoS6NqeqQIeczGOtko1l3qXSnGr1bgE-P51kajCZSkNUG47
> 7Q$
> https://urldefense.com/v3/__https://www.linkedin.com/in/duncangbyers/_
> _;!!DUT_TFPxUQ!XfvurDsYOWtPh2NoS6NqeqQIeczGOtko1l3qXSnGr1bgE-P51kajCZS
> kOVC_uKc$
>
>
> Selected for the 27th Ed. of Best Lawyers in America  - Intellectual
> Property Litigation
>
>
>
> -----Original Message-----
> From: SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
> Sent: Monday, August 16, 2021 3:40 PM
> To: Duncan Byers <dbyers@PWHD.com>
> Cc: caseysh@gtlaw.com; Jeannie Oxley <joxley@pwhd.com>;
> bakerco@gtlaw.com
> Subject: RE: Cole / Mathews
>
> OK, we will do the same.
>
> I. William Spivey, II
> Shareholder
>
> Greenberg Traurig, P.A.
> 450 So. Orange Avenue, Suite 650 | Orlando, FL 32801 T +1 407.418.2398
> | F +1 407.841.1295 SPIVEYW@gtlaw.com | http://www.gtlaw.com
>
>
>
> -----Original Message-----
> From: Duncan Byers <dbyers@PWHD.com>
> Sent: Monday, August 16, 2021 3:33 PM
> To: Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>
> Cc: Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Jeannie Oxley
> <joxley@pwhd.com>; Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>
> Subject: RE: Cole / Mathews
>

> Tomorrow.
>
>
> Duncan G. Byers, Partner
>
> PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
>
> 12350 Jefferson Avenue, Suite 300
>
> Newport News, Virginia 23602
>
> Direct: 757-223-4474
>
> Fax: 757-249-3242
>
> Email: dbyers@pwhd.com
>
> Website:
> https://urldefense.com/v3/__http://www.pwhd.com__;!!DUT_TFPxUQ!R4dKE79
> E6rJY-NKDn7eXPc84N3bY6YJlPMCmDmt9Wov-0hEdGkFAokX-iF0KKww$
>
> https://urldefense.com/v3/__https://www.pwhd.com/duncan-g-byers__;!!DU
> T_TFPxUQ!R4dKE79E6rJY-NKDn7eXPc84N3bY6YJlPMCmDmt9Wov-0hEdGkFAokX-4vHnV
> II$
> https://urldefense.com/v3/__https://www.linkedin.com/in/duncangbyers/_
> _;!!DUT_TFPxUQ!R4dKE79E6rJY-NKDn7eXPc84N3bY6YJlPMCmDmt9Wov-0hEdGkFAokX
> -rW1TS-k$
>
>
> Selected for the 27th Ed. of Best Lawyers in America  - Intellectual
> Property Litigation
>
>
>
> -----Original Message-----
> From: SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
> Sent: Monday, August 16, 2021 3:28 PM
> To: Duncan Byers <dbyers@PWHD.com>
> Cc: caseysh@gtlaw.com; Jeannie Oxley <joxley@pwhd.com>;
> bakerco@gtlaw.com
> Subject: RE: Cole / Mathews
>
> Duncan, you producing your documents today or tomorrow?
>
> Thanks.
>
> I. William Spivey, II
> Shareholder
>
> Greenberg Traurig, P.A.
> 450 So. Orange Avenue, Suite 650 | Orlando, FL 32801 T +1 407.418.2398
> | F +1 407.841.1295 SPIVEYW@gtlaw.com | http://www.gtlaw.com

>
>
>
> -----Original Message-----
> From: Duncan Byers <dbyers@PWHD.com>
> Sent: Friday, August 13, 2021 10:45 AM
> To: Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>
> Cc: Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Jeannie Oxley
> <joxley@pwhd.com>; Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>
> Subject: RE: Cole / Mathews
>
> Yes; you will have our disclosures today and likely the same thing with documents.
>
> DUNCAN G. BYERS
> ATTORNEY AT LAW, PATENT ATTORNEY
>
>
>
> 12350 Jefferson Ave., Suite 300
> Newport News, VA.  23602
> Telephone      757.223.4474
> Fax            757.249.1627
> https://urldefense.com/v3/__https://www.pwhd.com/duncan-g-byers__;!!DU
> T_TFPxUQ!XHpRxOHoFHbx8xx0okhubQYHfllXzy4JfHlfg9aZwzYD4G4BXZ2956Rfs8clF
> HM$
> https://urldefense.com/v3/__https://www.linkedin.com/in/duncangbyers/_
> _;!!DUT_TFPxUQ!XHpRxOHoFHbx8xx0okhubQYHfllXzy4JfHlfg9aZwzYD4G4BXZ2956R
> fwlFuFFk$
>
>
> Selected for the 27th Ed. of Best Lawyers in America  - Intellectual
> Property Litigation
>
>
>
>
> CONFIDENTIALITY NOTICE:
>
> This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
>
> IRS Circular 230 Disclosure:  Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion.  To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.
>
>
> -----Original Message-----
> From: SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
> Sent: Friday, August 13, 2021 10:43 AM

> To: Duncan Byers <dbyers@PWHD.com>
> Cc: caseysh@gtlaw.com; Jeannie Oxley <joxley@pwhd.com>;
> bakerco@gtlaw.com
> Subject: RE: Cole / Mathews
>
> Duncan, we intend to serve our Rule 26 disclosure today.
>
> The documents that we are providing to you are being processed onto a drive or disc, and likely will not fly until Monday or Tuesday.
>
> Wanted to keep you posted on our status and make sure the above is satisfactory to you (and that you will be reciprocating on the same schedule).
>
> THANKS.
>
> I. William Spivey, II
> Shareholder
>
> Greenberg Traurig, P.A.
> 450 So. Orange Avenue, Suite 650 | Orlando, FL 32801 T +1 407.418.2398
> | F +1 407.841.1295 SPIVEYW@gtlaw.com | http://www.gtlaw.com
>
>
>
>
> -----Original Message-----
> From: Duncan Byers <dbyers@PWHD.com>
> Sent: Tuesday, August 10, 2021 11:49 AM
> To: Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>
> Cc: Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Jeannie Oxley
> <joxley@pwhd.com>
> Subject: RE: Cole / Mathews
>
> *EXTERNAL TO GT*
>
> We are working on it but as you know we have an upcoming deadline on the responses to your other discovery.  And we are just now receiving documents and responses from our client on those.  I think we should be able to exchange on Friday but if it's going to be a problem I will reach out to you.
>
>
> Duncan G. Byers, Partner
>
> PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
>
> 12350 Jefferson Avenue, Suite 300
>
> Newport News, Virginia 23602
>
> Direct: 757-223-4474
>
> Fax: 757-249-3242
>

> Email: dbyers@pwhd.com
>
> Website:
> https://urldefense.com/v3/__http://www.pwhd.com__;!!DUT_TFPxUQ!WOoliMV
> gV9k8RhzVMryjZTtPUM3BXeQMIekG_d0NJxr5W4TJ7-d0ELrPzA32jc4$
>
> https://urldefense.com/v3/__https://www.pwhd.com/duncan-g-byers__;!!DU
> T_TFPxUQ!WOoIiMVgV9k8RhzVMryjZTtPUM3BXeQMIekG_d0NJxr5W4TJ7-d0ELrPmSgvK
> 38$
> https://urldefense.com/v3/__https://www.linkedin.com/in/duncangbyers/_
> _;!!DUT_TFPxUQ!WOoIiMVgV9k8RhzVMryjZTtPUM3BXeQMIekG_d0NJxr5W4TJ7-d0ELr
> PqZpSoew$
>
>
> Selected for the 27th Ed. of Best Lawyers in America  - Intellectual
> Property Litigation
>
>
>
> -----Original Message-----
> From: SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
> Sent: Tuesday, August 10, 2021 11:37 AM
> To: Duncan Byers <dbyers@PWHD.com>
> Cc: caseysh@gtlaw.com
> Subject: Cole / Mathews
>
> Duncan, are we both on track to exchange Rule 26 disclosures on Friday? We will be ready, but just checking in….these should be exchanged simultaneously, in my view.
> Thanks.
>
> Sent from my iPhone
>
> ------------------------------------------------------------------
> If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.
> CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.
> CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

> CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

> CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

**Casey, Shannon E. (Para-Orl-LT)**

| | |
|---|---|
| **From:** | Spivey, I. William (Shld-Orl-LT) |
| **Sent:** | Friday, April 1, 2022 7:48 AM |
| **To:** | Duncan Byers |
| **Cc:** | Carla Veals; Casey, Shannon E. (Para-Orl-LT); Baker, Colin (Shld-Orl-LT); Gonzalez, Samantha M. (LSS-ORL-LT) |
| **Subject:** | RE: Mathews / Cole -- Documents & Deposition Dates |

Duncan, following up on:

a. The medical records referenced below (which we did not receive yesterday)
b. The "damage documents" that relate to Mathews' declaration
c. Getting copies of whatever documents you received in response to your subpoena
d. (new) My desire to depose Dr. Klein on April 28 (we will determine today whether that is possible)

Thanks.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398 | F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Duncan Byers <dbyers@PWHD.com>
**Sent:** Thursday, March 31, 2022 11:00 AM
**To:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>
**Cc:** Carla Veals <cveals@pwhd.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>; Gonzalez, Samantha M. (LSS-ORL-LT) <gonzalezsam@gtlaw.com>
**Subject:** RE: Mathews / Cole -- Documents & Deposition Dates

We are sending you what medical records we have today.  The 21st works for Mr. Cole's deposition; we will Notice it.

As for the others, the plan sounds good for the 26th and 27th.  Please let me know as soon as possible if those dates are going to work for them.



Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

1

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America  -*
*Intellectual Property Litigation  2021 - 2022*



**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Wednesday, March 30, 2022 11:54 AM
**To:** Duncan Byers <dbyers@PWHD.com>
**Cc:** Carla Veals <cveals@pwhd.com>; caseysh@gtlaw.com; bakerco@gtlaw.com; gonzalezsam@gtlaw.com
**Subject:** RE: Mathews / Cole -- Documents & Deposition Dates

Duncan, this is my latest follow-up on the "new" medical documents, which I need in order to (a) reschedule Pam's IME; and (b) schedule Pam's continuation deposition.   I also still need whatever documents support or corroborate Pam's Declaration (regarding damages).  Please make sure I have these records before the close of business on Friday, April 1.

Mr. Cole is available to be deposed on April 21 in our office.

We will attempt to depose the non-parties listed below – Hudson, Wold and Brennan – on April 26-27 (subject to me getting them subpoenaed).  So please confirm those dates ASAP.   I think we can depose Hudson and Brennan on one day in Orlando, and then Wold in Jacksonville the next.   Please re-confirm these dates are still good for you.   I also need to depose Dr. Klein, so, depending on his availability, maybe we could do this on a separate day during the above Florida visit.

To the extent Sprint or T-Mobile produced documents in response to your subpoena, please send us copies (which we are happy to pay for, of course).

Thanks.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Duncan Byers <dbyers@PWHD.com>
**Sent:** Monday, March 28, 2022 9:23 AM

2

**To:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>
**Cc:** Carla Veals <cveals@pwhd.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>
**Subject:** RE: Mathews / Cole -- Documents

Apologies; I didn't add you to an email responsive to your email.  I sent this on Friday in response:


The weeks of April 18-22 and 25-29 are fairly open at this point.  I can take Mr. Cole's deposition on the 21st.  I can also do it on the 14th or some other time that week if it works out.

I am reviewing the new medical documents and will get them to you as soon as possible.




Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America  -
Intellectual Property Litigation  2021 - 2022*



**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Monday, March 28, 2022 8:58 AM
**To:** Duncan Byers <dbyers@PWHD.com>
**Cc:** Carla Veals <cveals@pwhd.com>; caseysh@gtlaw.com; bakerco@gtlaw.com
**Subject:** RE: Mathews / Cole -- Documents
**Importance:** High

Duncan, need some follow-up here, please:

   a.  Need to see whatever amended subpoenas you sent out to the phone companies;
   b.  Need your client's "Baptist" records;

c.  Need back-up documents supporting or relating to Pam's declaration concerning damages;

d.  Need your feedback on the non-party depositions I wish to take; and

e.  Need your feedback on the newly-proposed depo dates for Cole (which you requested us to provide).

Thanks.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398 | F +1 407.841.1295
SPIVEYW@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Spivey, I. William (Shld-Orl-LT)
**Sent:** Thursday, March 24, 2022 10:32 AM
**To:** 'Duncan Byers' <dbyers@PWHD.com>
**Cc:** Carla Veals <cveals@pwhd.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>
**Subject:** RE: Mathews / Cole -- Documents

I think those will be 3 separate days since they are located in 3 different cities.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398 | F +1 407.841.1295
SPIVEYW@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Duncan Byers <dbyers@PWHD.com>
**Sent:** Thursday, March 24, 2022 10:28 AM
**To:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>
**Cc:** Carla Veals <cveals@pwhd.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>
**Subject:** RE: Mathews / Cole -- Documents

We're following up on the documents.

Please let me know for the non-party depositions how you propose to handle them.  Are you thinking about multiple depositions on a single day/etc.

Thanks,

Duncan G. Byers, Partner



**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America  -*
*Intellectual Property Litigation  2021 - 2022*



---

**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Thursday, March 24, 2022 7:26 AM
**To:** Duncan Byers <dbyers@PWHD.com>
**Cc:** Carla Veals <cveals@pwhd.com>; caseysh@gtlaw.com; bakerco@gtlaw.com
**Subject:** RE: Mathews / Cole -- Documents

Duncan, what is the ETA on the outstanding documents referenced below?

Also let me know about the proposed depo dates I gave you for Cole, and some dates for the non-parties mentioned below.

THANKS.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>
**Sent:** Tuesday, March 22, 2022 7:16 PM
**To:** Duncan Byers <dbyers@pwhd.com>
**Cc:** Carla Veals <cveals@pwhd.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Baker, Colin (Shld-Orl-LT)

<bakerco@gtlaw.com>
**Subject:** Re: Mathews / Cole -- Documents

Son

Sent from my iPhone

On Mar 22, 2022, at 7:14 PM, Duncan Byers <dbyers@pwhd.com> wrote:

**\*EXTERNAL TO GT\***

Are you talking about William Wold (ex-husband) or William Wold Jr. (son)?



Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America -*
*Intellectual Property Litigation  2021 - 2022*



**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Tuesday, March 22, 2022 10:20 AM
**To:** Duncan Byers <dbyers@PWHD.com>; Carla Veals <cveals@pwhd.com>
**Cc:** caseysh@gtlaw.com; bakerco@gtlaw.com
**Subject:** Mathews / Cole -- Documents

Duncan, good to see you yesterday.

You mentioned something about a "new subpoena" to AT&T.   Please send me a copy of whatever you are contemplating (or maybe have already done).

I also still need to receive the following:

    a.  All of Pam's medical records from "Baptist" (need quickly so we can reschedule Pam's IME);

    b.  The back-up documents that support or relate to Pam's Declaration regarding damages.

I also need to schedule the following additional depositions in the month of April:

    a.  Dr. John Hudson
    b.  William Wold
    c.  Skip Brennan

Also, please see my email yesterday about the new proposed dates for Mr. Cole's deposition.   Thanks.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398 | F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.
CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

**Casey, Shannon E. (Para-Orl-LT)**

| | |
|---|---|
| **From:** | Duncan Byers <dbyers@PWHD.com> |
| **Sent:** | Monday, May 2, 2022 4:00 PM |
| **To:** | Spivey, I. William (Shld-Orl-LT); Carla Veals |
| **Cc:** | Baker, Colin (Shld-Orl-LT); Casey, Shannon E. (Para-Orl-LT); Gonzalez, Samantha M. (LSS-ORL-LT) |
| **Subject:** | RE: telephone call |

Bill –

I'm tied up this afternoon but I have time first thing in the morning if that works for you.

On the two issues that you emailed about, I have no problems with whatever expert you want to also try to get into Pam's cell phone so long as we agree on what happens to the information if they can actually get it as well as ensuring chain of custody.

As for Pam's damages documents, she has been working on getting the billing supporting the actual damages.  You will have them as soon as I can possibly provide them.

And this is my final attempt to resolve the post-deposition Rule 26 disclosure issues.  If you are still refusing to provide your client for a further deposition to talk about the new information I am filing a Motion to Compel his additional deposition to including his payment of all costs and fees associated with it.

Please let me know if you will reconsider your position.



Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America  -
Intellectual Property Litigation  2021 - 2022*




**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Monday, May 2, 2022 2:48 PM
**To:** Duncan Byers <dbyers@PWHD.com>; Carla Veals <cveals@pwhd.com>
**Cc:** bakerco@gtlaw.com; caseysh@gtlaw.com; gonzalezsam@gtlaw.com
**Subject:** RE: Cole -- two more depositions / Document Issues

Duncan, I just left you a message.  Please call me.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Spivey, I. William (Shld-Orl-LT)
**Sent:** Friday, April 29, 2022 11:28 AM
**To:** 'Duncan Byers' <dbyers@PWHD.com>; Carla Veals <cveals@pwhd.com>
**Cc:** Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Gonzalez, Samantha M. (LSS-ORL-LT) <gonzalezsam@gtlaw.com>
**Subject:** RE: Cole -- two more depositions / Document Issues

The RFPs prescribe the time periods relevant to the requested texts/emails.  Pam's cell phone is only one of many devices on which e-communications were sent and received.  Simply telling us that "our experts can't open the old I-phone" is not a legally adequate response.   It is quite likely that our experts could successfully retrieve the information, and I am willing to extend that expertise if you will immediately make the device(s) available to them.   Obviously, we would agree to any protocol that shields from GT's eyes anything that is privileged, etc.

Your client signed a declaration purporting to show at least some of her damages.   I have asked you at least 5-6 times for the supporting documentation.   These items should have "come in" long ago – or are certainly available – as the declaration reflected alleged PAST expenses/damages.

Please let me know ASAP.   We need to discuss this, after which we will file a motion if we cannot work it out.   Thanks.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Duncan Byers <dbyers@PWHD.com>
**Sent:** Friday, April 29, 2022 10:34 AM
**To:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>; Carla Veals <cveals@pwhd.com>

**Cc:** Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Gonzalez, Samantha M. (LSS-ORL-LT) <gonzalezsam@gtlaw.com>
**Subject:** RE: Cole -- two more depositions / Document Issues

Please see my responses below.



Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America -*
*Intellectual Property Litigation  2021 - 2022*



**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Thursday, April 28, 2022 4:30 PM
**To:** Duncan Byers <dbyers@PWHD.com>; Carla Veals <cveals@pwhd.com>
**Cc:** bakerco@gtlaw.com; caseysh@gtlaw.com; gonzalezsam@gtlaw.com
**Subject:** RE: Cole -- two more depositions / Document Issues

Duncan, please advise where you stand on:

a. Producing documents corroborating Pam's alleged damages;*[Duncan Byers]*  we are producing them as they come in.  Her actual damages are predicated upon medical treatment and costs.
b. Producing emails and texts to/from Pam.*[Duncan Byers]*  For what time period?  We already attempted to have her old iPhone opened to retrieve what was there but our experts were unable to do so.  Is there anything else that I am missing here?

If we need to talk, let me know.   Absent some immediate closure on these fronts, we will need to file one or more motions.

Thanks.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Duncan Byers <dbyers@PWHD.com>
**Sent:** Thursday, April 28, 2022 7:54 AM
**To:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>; Carla Veals <cveals@pwhd.com>
**Cc:** Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Gonzalez, Samantha M. (LSS-ORL-LT) <gonzalezsam@gtlaw.com>
**Subject:** RE: Cole -- two more depositions

Ok.



Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America -*
*Intellectual Property Litigation  2021 - 2022*



---

**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Thursday, April 28, 2022 7:52 AM
**To:** Duncan Byers <dbyers@PWHD.com>; Carla Veals <cveals@pwhd.com>
**Cc:** bakerco@gtlaw.com; caseysh@gtlaw.com; gonzalezsam@gtlaw.com
**Subject:** RE: Cole -- two more depositions

We will just subpoena him.  No worries.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

 GreenbergTraurig

---

**From:** Duncan Byers <dbyers@PWHD.com>
**Sent:** Thursday, April 28, 2022 7:50 AM
**To:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>; Carla Veals <cveals@pwhd.com>
**Cc:** Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>; Gonzalez, Samantha M. (LSS-ORL-LT) <gonzalezsam@gtlaw.com>
**Subject:** RE: Cole -- two more depositions

That I'm not sure of.  I'll check.



Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

 

*Selected for Best Lawyers in America  -*
*Intellectual Property Litigation  2021 - 2022*



**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Thursday, April 28, 2022 7:14 AM
**To:** Duncan Byers <dbyers@PWHD.com>; Carla Veals <cveals@pwhd.com>
**Cc:** bakerco@gtlaw.com; caseysh@gtlaw.com; gonzalezsam@gtlaw.com
**Subject:** RE: Cole -- two more depositions

Let's do Santini on the 19th in Brunswick, and Mary Jo on the 24th in Tampa

Can you voluntarily produce Santini, or should I subpoena?

Will get out notices.  Thanks.

**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Duncan Byers <dbyers@PWHD.com>
**Sent:** Thursday, April 28, 2022 7:06 AM
**To:** Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com>; Carla Veals <cveals@pwhd.com>
**Cc:** Baker, Colin (Shld-Orl-LT) <bakerco@gtlaw.com>; Casey, Shannon E. (Para-Orl-LT) <caseysh@gtlaw.com>
**Subject:** RE: Cole -- two more depositions

**\*EXTERNAL TO GT\***

17th, 19th, 24-26.  I am out of the office from June 1 through June 8.



Duncan G. Byers, Partner
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Direct: 757-223-4474
Fax: 757-249-3242
Email: dbyers@pwhd.com
Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers
https://www.linkedin.com/in/duncangbyers/

---



*Selected for Best Lawyers in America  -
Intellectual Property Litigation  2021 - 2022*





---

**From:** SPIVEYW@gtlaw.com <SPIVEYW@gtlaw.com>
**Sent:** Thursday, April 28, 2022 5:58 AM

**To:** Duncan Byers <dbyers@PWHD.com>; Carla Veals <cveals@pwhd.com>
**Cc:** bakerco@gtlaw.com; caseysh@gtlaw.com
**Subject:** Re: Cole -- two more depositions

Duncan, please let me know about these 2 depositions.  Thanks.

Sent from my iPhone


On Apr 27, 2022, at 7:45 AM, Spivey, I. William (Shld-Orl-LT) <SPIVEYW@gtlaw.com> wrote:


Duncan, I would like to depose Jorge Santini and MaryJo Austin.

Please let me know what dates might work for you in May.

Thanks.


**I. William Spivey, II**
Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2398  |  F +1 407.841.1295
SPIVEYW@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.
CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.
CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.
CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged,

or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.