# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAMELA R MATHEWS,

    Plaintiff,

v.                                         Case No. 6:21-cv-808-WWB-EJK

BRYAN A COLE,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. Plaintiff has brought one claim of Continuing Domestic Violence under Fla. Stat. § 768.35 (Doc. 20). However, pursuant to the Florida Supreme Court's holding in *Heggs v. State*, 759 So. 2d 620 (Fla. 2000), this provision appears to be void as it violates the Florida Constitution.

Therefore, it is **ORDERED** that Plaintiff shall show cause on or before **5:00 PM, January 13, 2023**, as to why the Second Amended Complaint (Doc. 20) should not be dismissed.

**DONE AND ORDERED** in Orlando, Florida on January 10, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record