**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAMELA R MATHEWS,

       Plaintiff,

v.                                        Case No. 6:21-cv-808-WWB-EJK

BRYAN A COLE,

       Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Responses to the Court's Order to Show Cause (Doc. Nos. 100, 103).  For the reasons set forth in the parties' Responses, it is **ORDERED** that the Order to Show Cause (Doc. 96) is hereby **DISCHARGED**. The status conference will be held on **March 7, 2023 at 10:00 AM** in Orlando Courtroom 3B.

**DONE AND ORDERED** in Orlando, Florida on January 27, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record